## Statutory Warranty Deed

THE GRANTORs, WILLIAM H. WILLIAMS and VIOLET M. WILLIAMS, his wife,

for and in consideration of Ten Dollars ($10.00) and other valuable consideration,

in hand paid, conveys and warrants to
CLIFFORD F. SCHROEDER and KATHRYN L. SCHROEDER, his wife,
the following described real estate, situated in the County of King    , State of Washington:

That portion of Government Lot 4, Section 32, and of Government Lot 2, Section 31, all in Township 25 North, Range 6 East, W.M., in King County, Washington, described as follows:

Beginning at a point which is 229.36 feet east and 834.91 feet north of the southwest corner of said Government Lot 4 and running southwesterly 66 feet along the northwesterly margin of the Northern Pacific Railroad right of way to the point of beginning; thence north 70°28'04" west to the shore of Lake Sammamish; thence southwesterly along said shoreline to a line which is parallel to and 250 feet southwesterly of said initial course of north 70°28'04" west; thence south 70°28'04" east along said parallel line to the northwesterly margin of the Northern Pacific Railroad right of way; thence northerly along said margin to the point of beginning, EXCEPT the northeasterly 100 feet thereof.

TOGETHER WITH second class shore lands adjoining; which shore lands are subject to exceptions and reservations contained in deed from the State of Washington whereby said grantor excepts and reserves all oils, gases, coal, ores, minerals, fossils, etc., and the right of entry for opening, developing and working mines, etc., provided that no rights shall be exercised until provision has been made for full payment of all damages sustained by reason of such entry, which deed was recorded under King County Auditor's No. 2594667.

This conveyance is subject to general taxes for the year 1974 in the amount billed of $424.97, being County Treasurer's Parcel Number 322506-9144-39.

Grantors make no representations in respect to availability of utilities or condition of soil.

Dated this 29th day of March, 1974.

_____(SEAL)
William H. Williams

_____(SEAL)
Violet M. Williams

STATE OF WASHINGTON,
County of King        } ss.

On this day personally appeared before me William H. Williams and Violet M. Williams, his wife, to me known to be the individuals described in and who executed the within and foregoing instrument, and acknowledged that they signed the same as their free and voluntary act and deed, for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this 29th day of March, 1974.

Notary Public in and for the State of Washington, residing at Seattle.

Exhibit 1 at 1

APR-17-74 E00143 7404170393 — D RF 2.0E

RECORDED

974 APR 17 AM 11 14

DIRECTOR
RECORDS & ELECTIONS
KING COUNTY, WASH.

FILED for Record at Request of

Name  MAURICE EPSTEIN
Address  J34 Central Bldg
Seattle Wn 98104

Exhibit 1 at 2