This Space Reserved For Recorder's Use:

Filed for Record at Request of
Highberg-Parks Escrow, Inc.
AFTER RECORDING MAIL TO:

Name _____ Raymond C. Spencer _____

Address _____ 133 East Lake Sammamish Parkway _____

City, State, Zip _____ Redmond, WA 98052 _____

Escrow number: 21819

## Statutory Warranty Deed

**THE GRANTOR** RAY H. PATCHIN, personal representative of the Estate of Doris R. McCarty, deceased

for and in consideration of TEN DOLLARS AND OTHER GOOD AND VALUABLE CONSIDERATION

in hand paid, conveys and warrants to RAYMOND C. SPENCER and LAEL S. SPENCER, husband and wife

the following described real estate, situated in the County of King, State of Washington:
see attached legal description

SUBJECT TO:
Assessment levied by Sammamish Plateau Sewer District, L.I.D. No. S-10 which the grantor herein agrees to pay in full upon payment in full of the Deed of Trust recorded herewith.
Railroad right of way seperating our property from E. Lake Sammamish Parkway NE.
Reservations contained in deed under recording number 1439890.
Easements under recording numbers 2628804 and 4712061.
Grinder Pump Service Agreement under recording number 9204150651.
Right of the general public to the unrestricted use of navigable waters and the portion of the premises subject to submergence by the waterways for navigational recreational purposes.
Any restrictions of the use of the land resulting from the rights of the public or riparian owners to use any waters which may cover or may formerly have covered the land.
Rights of the United States and State of Washington to regulate the use or occupancy of that portion of the premises lying below the line of the mean high tide.
Lateral boundary issues regarding second class tidelands and shorelands.

Dated this 22 day of July, 1992

By ..................................................  By ..................................................

By ... Ray H. Patchin ..................... By ..................................................
   Ray Patchin, personal representative for the Estate of Doris Ruth McCarty

STATE OF _____ } ss

State of Washington )
                    ) ss.
County of King      )

I certify that RAY H. PATCHIN is the person who appeared before me, and said person acknowledged that (HE) SHE signed this instrument, on oath stated that (HE) SHE was authorized to execute the instrument and acknowledged it as the PERSONAL REPRESENTATIVE of ESTATE OF DORIS McCARTY, DECEASED to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated: 8/14/92

Notary Public in and for the State of Washington residing in Bellevue
My commission expires: 10/27/95     Exhibit 2 at 1

CLTIC NO.: H706459

## EXHIBIT "A-1"

That portion of Government Lot 2 in Section 32, Township 25 North, Range 6 East, in King County, Washington, described as follows:

Beginning at the intersection of a line of said Government Lot 2 with the southwesterly line of the Northern Pacific Railway right-of-way; thence north 38 degrees 00 minutes 00 seconds east along said right-of-way line 313.29 feet to the true point of beginning; thence continuing north 38 degrees 00 minutes 00 seconds east along said right-of-way line 75.00 feet; thence north 52 degrees 00 minutes 00 seconds west 230 feet more or less to the westerly line of said Government Lot 2; thence southwesterly along said westerly line to a point which bears north 52 degrees 00 minutes 00 seconds west from the true point of beginning; thence south 52 degrees 00 minutes 00 seconds east 230 feet more or less to the point of beginning;

(ALSO KNOWN AS Tract 8 and the northeasterly 25 feet of Tract 7, Connell's Subdivision of Government Lot 2, according to the unrecorded plat thereof.)

TOGETHER WITH second class shorelands fronting thereon.

END OF EXHIBIT "A-1"

9208171392

Exhibit 2 at 2