

**TICOR TITLE INSURANCE**

Filed for Record at Request of

AFTER RECORDING MAIL TO:

TICOR TITLE INSURANCE COMPANY
719 SECOND AVENUE
SEATTLE, WA 98104

308410-CM

THIS SPACE RESERVED FOR RECORDER'S USE:

KING COUNTY
EXCISE TAX PAID
JUL 20 1983
E0731896

REVENUE STAMPS

RECORDED THIS DAY
JUL 20  10 16 AM '83
BY THE DIVISION OF
RECORDS & ELECTIONS
KING COUNTY

#0642   E
5.00
****5.00
22

FORM L58

## Statutory Warranty Deed

THE GRANTOR   HAROLD G. DARGITZ, an unmarried individual; ALAN N. SJOLANDER & JUDY C. SJOLANDER, his wife; JACK A DARGITZ & MARGARET E. DARGITZ, husband and wife; as their interest may appear
for and in consideration of   TEN and NO/100 DOLLARS and other good and valuable consideration
in hand paid, conveys and warrants to   JOHN M. ROSSI and CAROLYN S. ROSSI, husband and wife

the following described real estate, situated in the County of   KING   , State of Washington:

LEGAL DESCRIPTION ON ATTACHED RIDER WHICH BY THIS REFERENCE MADE A PART HEREOF.

SUBJECT TO: Easements of record

Exceptions and reservations contained in deed from STate of Washington, as recorded under Auditor's File No. 965278

Covenants, conditions and restrictions contained in instrument under Auditor's File No. 2700627 and 2749558

Dated this   13th   day of   July, 1983

Jack A Dargitz
Margaret E Dargitz

STATE OF WASHINGTON,
County of   KING   } ss.

x Harold Dargitz   (SEAL)
HAROLD G. DARGIT

Alan N Sjolander   (SEAL)
Judy C Sjolander

On this day personally appeared before me   HAROLD G. DARGITZ, Alan N Sjolander, Judy C Sjolander, Jack A Dargitz, Margaret E Dargitz
to me known to be the individual described in and who executed the within and foregoing instrument, and acknowledged that he/she/they signed the same as his/her/their   free and voluntary act and deed, for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this   15   day of   July, 1983

Notary Public in and for the State of Washington, residing at

Exhibit 3 at 1



That portion of Government Lot 2, Section 32, Township 25 North, Range 6 East, W.M., in King County, Washington, described as follows:

Beginning at the intersection of the southerly line of said Government Lot with the westerly line of the right-of-way of the Northern Pacific Railway Company and running thence northerly along said westerly line 1238.29 feet to the true point of beginning; thence northerly along said westerly line 62 feet; thence North 52° 00' 00" West 43 feet; thence northeasterly at right angles 13 feet; thence North 52°00' 00" West to the westerly line of said Government Lot; thence southerly along said westerly line to a point from which the true point of beginning bears South 52° 00' 00" east; thence South 52 °00' 00" East 210 feet, more or less, to the true point of beginning.

Together with second class shorelands adjoining.

(Also known as Tract 26 and a portion of Tract 27, Willis J. Connell's Subdivision, according to the unrecorded plat thereof; together with second class shorelands adjoining.)

8307200642

Exhibit 3 at 2