SAFECO TITLE INSURANCE COMPANY

Filed for Record at Request of

NAME _____ David M Collins
                  2841 E Lk Samm Pky NE
ADDRESS _____ Redmond WA 98053

CITY AND STATE _____

THIS SPACE RESERVED FOR RECORDER'S USE

WARRANTY
FULFILLMENT
DEED

THE GRANTOR   Gordon S. Barrett, Jr. and Margaret E. Barrett, Husband and Wife, now and
at all times since February 23, 1987
for and in consideration of    Ten Dollars and no/100--------($10.00) and Other Good and
                               Valuable Consideration
in hand paid, conveys and warrants to    David M. Collins and Vanessa F. Collins, Husband and Wife

the following described real estate, situated in the County of    King               , State of
Washington:

9311051796

As per legal description hereto attached

Sales Tax Paid On Contract Att. 1304415
King ... ...rds Division
By _____ Deputy

This deed is given in fulfillment of that certain real estate contract between the parties hereto, dated   April 5th
19 93 , and conditioned for the conveyance of the above described property, and the covenants of warranty herein con-
tained shall not apply to any title, interest or encumbrance arising by, through or under the purchaser in said contract, and
shall not apply to any taxes, assessments or other charges levied, assessed or becoming due subsequent to the date of said
contract.

Real Estate Excise Tax was paid on this sale or stamped exempt on    April 27, 1993

Rec. No.
E1304415

Dated 18 October , 19 93
_Gordon S. Barrett_ (Individual)
Gordon S. Barrett (Individual)
_Margaret E. Barrett_ (Individual)
Margaret E. Barrett (Individual)

By _____
                (President)
By _____
                (Secretary)

STATE OF WASHINGTON
COUNTY OF   Mason            } ss.

On this day personally appeared before me
    Gordon S. Barrett Jr. and
    Margaret E. Barrett
to me known to be the individual described in and who
executed the within and foregoing instrument, and acknowl-
edged that    they
signed the same as    their
free and voluntary act and deed, for the uses and purposes
therein mentioned.

GIVEN under my hand and official seal this 18th
day of October , 19 93
_Ann Sund_
Notary Public in and for the State of Washington, residing

STATE OF WASHINGTON
COUNTY OF                    } ss.

On this _____ day of _____
19 ___, before me, the undersigned, a Notary Public in and
for the State of Washington, duly commissioned and sworn,
personally appeared _____
_____
and _____
to me known to be the _____ President
and _____ Secretary, respectively, of

the corporation that executed the foregoing instrument, and
acknowledged the said instrument to be the free and volun-
tary act and deed of said corporation, for the uses and pur-
poses therein mentioned, and on oath stated that _____
_____ authorized to execute the said
instrument and that the seal affixed is the corporate seal of
said corporation.

Witness my hand and official seal hereto affixed the day and
year first above written.

Notary Public in and for the State of Washington, residing
at _____

TL-142 R4 11/80

FILED BY:
STEWART TITLE
NOV 0 5 '93

Filed by Stewart Title
W-0871-SG

10209

**Exhibit 4 at 1**

That portion of Government Lot 2, Section 20, Township 25 North,
Range 6 East, W.M., in King County, Washington, described as follows:

Commencing at the intersection of the boundary line between Barrett
Estate and the early parcels as described in the Boundary Line
Agreement recorded under Recording Number 8302140262 with the
westerly line of the tract in which Burlington Northern Railway Co.,
Inc., as successor to the Seattle Lakeshore and Eastern Railroad,
has acquired an interest by deed recorded under Recording Number
13877;
thence northwesterly along said westerly line of railroad tract a
distance of 40.00 feet to the TRUE POINT OF BEGINNING;
thence continuing northerly along said westerly line a distance of
45.00 feet;
thence southwesterly at right angles to westerly margin of railroad
to the westerly boundary of the shorelands of the second class
previously owned by the State of Washington and acquired by deed
dated December 3, 1928 and recorded in Volume 16, page 286 of the
State of Washington's Record of Tideland Deeds;
thence southerly along said westerly boundary of shorelands to the
intersection with a line which bears south 55°02'12" west parallel
to the boundary line between Barrett Estate and Early property as
described in the Boundary Line Agreement recorded under Recording
Number 8302140262;
thence easterly along said line to true point of beginning;

An undivided 1/28th interest in community beach, described as
follows:

The uplands and shorelands of the Second Class in front of and
adjacent to, or abutting upon that portion of Government Lot 2,
Section 20, Township 25 North, Range 6 East of the W.M., in King
County, Washington, described as follows:

Commencing at the south quarter corner of said Section 20, which
corner is marked by a concrete monument, from which corner King
County Aerial Survey Monument J-285 bears south 86°12'40" west a
distance of 591.42 feet; and from which corner the north-south
center line of said Section 20 bears north 0°06'54" east;
thence north 32°16'31" west a distance of 2505.04 feet to the
southeast corner of Short Plat No. R-1277118, as recorded under
Recording Number 7901100957, records of King County, Washington, as
said Short Plat was surveyed and staked, and shown on that survey
recorded in Volume 16 of Surveys, page 158, records of said county,
and which point bears south 0°16'35" east a distance of 569.64 feet
from the northeast corner of said Short Plat;
thence south 89°40'10" west, parallel with the north line of said
Short Plat, a distance of 221.58 feet;
thence south 49°09'51" west, at right angles to the center line
(radially to the curve) of the Burlington Northern Railway (formerly
the Northern Pacific Railway), a distance of 3.66 feet to a point on
the curve of the northeasterly margin of the right-of-way of said
railway, at which point the tangent to said curve bears south
40°50'09" east;
thence in a southeasterly direction along said curve to the right,
having a radius of 2,342.01 feet, an arc distance of 240.04 feet;
thence south 55°02'12" west, at right angles to said right-of-way
(radially to the curve), a distance of 100.00 feet to a point on the
curve of the southwesterly margin of said right-of-way, and which
point is referred to hereinafter as Point "D";
thence continuing south 55°02'12" west to a point on the line of
navigability of Lake Sammamish, and which point is the TRUE POINT OF
BEGINNING of this description;
thence north 55°02'12" east to said Point "D";
thence in a northwesterly direction along the curve of the
southwesterly margin of the right-of-way of said railway to the
left, having a radius of 2,242.01 feet an arc distance of 40.00 feet;
thence south 55°02'12" west to a point on said line of navigability;
thence in a southwesterly direction, along said line of navigability
to the TRUE POINT OF BEGINNING, bearings in the above description
are oriented to said recorded survey;

TOGETHER WITH easement for ingress and egress as described in
instrument recorded under Recording Number 8805040489.

FILED BY:
STEWART TITLE
NOV 05 '93

931105179G

10210

**Exhibit 4 at 2**



10211

Exhibit 4 at 3