

**Chicago TITLE INSURANCE COMPANY**
**COURTWORK REQUEST**

ORDER # 114520
UNIT # _____
DATE 9/7/04
REQUESTED BY: Davelaux

(CERTIFIED) ✓   NON-CERTIFIED _____   CHARGES $ _____

AUDITOR'S FILE # 8702230722

IF OLD # PLEASE GIVE VOL & PAGE: RECORDED IN VOL _____ OF _____ PAGE ___

TYPE OF DOC. Deed

RECORDING DATE 2-23-87

GRANTOR: Herbert W. Simonton

GRANTEE: Donald W. Barrett

LEGAL DESCRIPTION: _____

*Retry - tape was out for another copy and should be back*

*************************************

REQUEST FOR SURVEY

RECORDING NUMBER: _____

VOL _____ PAGE _____         CHARGES $ _____

*************************************
REQUEST FOR ORIGINAL

_____, # _____, # _____

*************************************

OTHER SPECIAL REQUESTS

_____
_____
_____

S36

10386

Exhibit 5 at 1

**INSURANCE**

Filed for Record at Request of

AFTER RECORDING MAIL TO:

Rodgers & Deutsch (DAD)
11111 NE 3rd Street
Bellevue, WA 98004

FILED for Record at Request of

Name DONALD W. Barrett
Address 1920 E Lake Sammamish Rd N
Redmond WA 98053

THIS SPACE RESERVED FOR RECORDER'S USE

87/02/23  #0722  A
RECD F  7.00
CASHSL  ****7.00

NO SALES TAX
AFF N0927296
FEB 23
OFFICE OF THE COMPTROLLER
King County, Washington
By ................ Deputy

FEB 27  1 57 PM '87
BY THE RECORDER
KING COUNTY
RECEIVED THIS DAY

FORM L 56

## Quit Claim Deed

**THE GRANTOR** HERBERT W. SIMONTON, Personal Representative of the Estate of MARY H. BARRETT, deceased, Probate No. E-230468

8702230722

for and in consideration of  testamentary conveyance

convey S and quit claim S to  DONALD W. BARRETT

the following described real estate, situated in the County of  King

State of Washington including any interest therein which grantor may hereafter acquire:

(1) The property described on Exhibit No. 1

(2) An undivided 1/28th interest in the community beach described on Exhibit No. 2.

Dated this  23rd  day of  February 1987

By ........................................   By *Herbert W. Simonton*
                                               Herbert W. Simonton, Personal
                                               Representataive of Estate
By ........................................   By of Mary H. Barrett, deceased.

STATE OF WASHINGTON  } ss
COUNTY OF King

On this day personally appeared before me
Herbert W. Simonton
to me known to be the individual described in and who executed the within and foregoing instrument, and acknowledged that he signed the same as his free and voluntary act and deed, for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this 23rd day of February, 19 87.

.................... in and for the State of Washington,
residing at Issaquah
My appointment expires on 3/89

STATE OF WASHINGTON  } ss
COUNTY OF ..................

On this ...... day of ................, 19 .....
before me, the undersigned, a Notary Public in and for the State of Washington, duly commissioned and sworn, personally appeared ..............................................
and ................................................
to me known to be the ............ President and ............ Secretary, respectively, of ...................................
the corporation that executed the foregoing instrument, and acknowledged the said instrument to be the free and voluntary act and deed of said corporation, for the uses and purposes therein mentioned, and on oath stated that ................ authorized to executed the said instrument and that the seal affixed is the corporate seal of said corporation.

Witness my hand and official seal hereto affixed the day and year first above written. ................

Notary Public in and for the State of Washington, residing at ...............
My appointment expires on ...............

10387

**Exhibit 5 at 2**

That portion of Government Lots 2 and 3, SEction 20, Township 25 North, Range 6 East of the Willamette Meridian, in King County, Washington, described as follows:

Commencing at the South Quarter Corner of said Section 20, which corner is marked by a concrete monument, from which corner King County Aerial Survey Monument J-285 bears S 86° 12' 40" W a distance of 591.42 feet, and from which corner the North-South center line of said Section 20 bears N 0° 06' 54" E; thence N 32° 16' 31" W a distance of 2505.04 feet to the Southeast corner of Short Plat No. R-1277118, as recorded under Auditor's File No. 7901100957, records of King County, Washington, as said Short Plat was surveyed and staked, and shown on that survey recorded in Volume 16 of Surveys, page 158, records of said county, which point is referred to hereinafter as Point "A", and which point bears S 0° 16' 35" E a distance of 569.64 feet from the Northeast corner of said Short Plat; thence N. 0° 16' 35" W, along the East line of said Short Plat, a distance of 48.64 feet to the True Point of Beginning; thence S 53° 20' 12" W a distance of 146.09 feet to a point on the curve of the East right-of-way line of that 60 foot wide County Road known as East Lake Sammamish Road, as described in that instrument recorded under Auditor's File No. 956024, at which point the tangent to said curve bears N 38° 32' 14" W; thence in a Northwesterly direction, along said curve, to the left, having a radius of 2402.01 feet, an arc distance of 48.04 feet to a point at which the tangent to said curve bears N 39° 41' 51" W, and which point bears S 89° 40' 10" W, (parallel with the North line of said Short Plat) a distance of 148.11 feet from said Point "A"; thence S 89° 40' 10" W, parallel with the North line of said Short Plat a distance of 73.47 feet; thence S 49° 09' 51" W, at right angles to the center line (radially to the curve) of the Burlington Northern Railway (formerly the Northern Pacific Railway), a distance of 3.66 feet to a point on the curve of the Northeasterly margin of the right-of-way of said railway, at which point the tangent to said curve bears S 40° 50' 09" E; thence in a Southeastly direction, along said curve of the Northeasterly margin of said railway, to the right, having a radius of 2342.01 feet, an arc distance of 240.04 feet; thence in an Easterly direction to a point on the Southerly extension of the East line of said Short Plat, which bears S 0° 16' 35" E, a distance of 197.80 feet from said Point "A"; thence N 89° 40' 10" E a distance of 55.24 feet; thence N 58° 48' 36" E a distance of 79.26 feet; thence N 31° 12' 26" W a distance of 239.77 feet to the True Point of Beginning. EXCEPT County Road. SUBJECT to Easements of record.

8702230722

10388

Exhibit 5 at 3

The uplands and shorelands of the Second Class, in front of, and adjacent to, or abutting upon that portion of Government Lot 2, Section 20, Township 25 North, Range 6 East of the Willamette Meridian, in King County, Washington, described as follows:

Commencing at the South Quarter Corner of said Section 20, which corner is marked by a concrete monument, from which corner King County Aerial Survey Monument J-285 bears S 86° 12' 40" W a distance of 591.42 feet, and from which corner the North-South center line of said Section 20 bears N 0° 06' 54" E; thence N 32° 16' 31" W a distance of 2505.04 feet to the Southeast corner of Short Plat No. R-1277118, as recorded under Auditor's File No. 7901100957, records of King County, Washington, as said Short Plat was surveyed and staked, and shown on that survey recorded in Volume 16 of Surveys, page 158, records of said county, and which point bears S 0° 16' 35" E a distance of 569.64 feet from the Northeast corner of said Short Plat; thence S 89° 40' 10" W, parallel with the North line of said Short Plat, a distance of 221.58 feet; thence S 49° 09' 51" W, at right angles to the center line (radially to the curve) of the Burlington Northern Railway (formerly the Northern Pacific Railway), a distance of 3.66 feet to a point on the curve of the Northeasterly margin of the right-of-way of said railway, at which point the tangent to said curve bears S 40° 50' 09"E; thence in a Southeasterly direction, along said curve, to the right, having a radius of 2342.01 feet, an arc distance of 240.04 feet; thence S 55° 02' 12" W, at right angles to said right-of-way (radially to the curve), a distance of 100.00 feet to a point on the curve of the Southwesterly margin of said right-of-way, and which point is referred to hereinafter as Point "D"; thence continuing S 55° 02' 12" W to a point on the Line of Navigability of Lake Sammamish, and which point is the True Point of Beginning of this description; thence N 55° 02' 12" E to said Point "D"; thence in a Northwesterly direction, along the curve of the Southwesterly margin of the right-of-way of said railway, to the left, having a radius of 2242.01 feet, an arc distance of 40.00 feet; thence S 55° 02' 12" W to a point on said Line of Navigability; thence in a Southwesterly direction, along said Line of Navigability to the True Point of Beginning. Bearings in the above description are oriented to said recorded survey.

8702230722

LS 80-115
5-15-86
CML-LS

10389

Exhibit 5 at 4