

Exhibit 6 at 1