

**Exhibit 7 at 1**