

Exhibit 8 at 1