**STEWART TITLE COMPANY**

"A Tradition of Excellence"

FILED FOR RECORD AT REQUEST OF

THIS SPACE PROVIDED FOR RECORDER'S USE

921222-1556  02:27:00 PM  KING COUNTY RECORDS  001  BG  7.00

WHEN RECORDED RETURN TO

Name: Gordon A. Livengood
LIVENGOOD, CARTER, TJOSSEM, FITZGERALD & ALSKOG
Address: 1313 Market Street
P.O. Box 908
City, State, Zip: Kirkland, WA 98083-0908

LPB No. 12

## Quit Claim Deed

THE GRANTOR GEORGE W. RAAB, a married man as his separate estate

for and in consideration of LOVE AND AFFECTION

conveys and quit claims to DONNA MARIE RAAB, as Trustee under the GEORGE W. RAAB QUALIFIED PERSONAL RESIDENCE TRUST AGREEMENT dated December 21, 1992, an undivided one-half interest in

the following described real estate, situated in the County of King, State of Washington: together with all after acquired title of the grantor(s) therein:

That portion of government lot 3 and the northeast quarter of the southwest quarter of section 32, township 25 north, range 6 east, W.M., in King County, Washington, described as follows:
Beginning at the intersection of the westerly line of the Northern Pacific Railway Company's right-of-way with the east-west center line of said section; thence south 38°05'37" west 282.99 feet; thence north 51°54'23" west 190 feet, more or less, to the westerly line of said government lot; thence northeasterly along said lot line to the northwest corner thereof; thence easterly along said lot line to the point of beginning;
TOGETHER with second class shorelands of Lake Sammamish fronting thereon.
EXCEPT that portion thereof lying southwesterly of the following described line:
Beginning at a point in the westerly margin of Northern Pacific Railway Company's right-of-way, distant 162.99 feet measured along said westerly margin, from the east-west centerline of said section, as established by the unrecorded plat of Ebright's Sammamish Shores and Waterfront Tracts; thence north 56°31'01" west 186.60 feet; thence North 51°54'23" west to the outer limits of said second class shorelands.

9212221556

Dated  December 21, 19 92

_/s/ Geo. W. Raab_

By _____ President
By _____ Secretary

STATE OF WASHINGTON,
County of King  } ss.

I hereby certify that I know or have satisfactory evidence that George W. Raab is the person(s) who appeared before me, and said person(s) acknowledged that (he,she,they) signed this instrument and acknowledged it to be (his,her,their) free and voluntary act for the uses and purposes mentioned in this instrument.

Dated: December 21, 1992

_/s/ Gordon A. Livengood_
Notary Public in and for the State of Washington,
residing at Seattle
My appointment expires 12/25/92

[Notary Seal: GORDON A. LIVENGOOD, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES DEC. 25, 1992]

STATE OF WASHINGTON,
County of _____ } ss.

I certify that I know or have satisfactory evidence that _____ is the person(s) who appeared before me, and said person(s) acknowledged that (he,she,they) signed this instrument, on oath stated that _____ authorized to execute the instrument and acknowledged it as the _____ of _____ to be the free and voluntary act of such party for the uses and purposes mentioned in this instrument.

Dated _____
_____
Notary Public in and for the State of Washington,
residing at _____
My appointment expires _____

D-2

E1285324  12/22/1992      .00         .00

Exhibit 9 at 1

**STEWART TITLE COMPANY**

"A Tradition of Excellence"

FILED FOR RECORD AT REQUEST OF

THIS SPACE PROVIDED FOR RECORDER'S USE

9212221557 02:27:00 PM KING COUNTY RECORDS 001 BG 7.00

WHEN RECORDED RETURN TO
Name: Gordon A. Livengood
LIVENGOOD, CARTER, TJOSSEM, FITZGERALD & ALSKOG
Address: 1313 Market Street
P.O. Box 908
City, State, Zip: Kirkland, WA 98083-0908

LPB No. 12

### Quit Claim Deed

THE GRANTOR   MILDRED M. RAAB, a married woman as her separate estate

for and in consideration of   LOVE AND AFFECTION

conveys and quit claims to   DONNA MARIE RAAB, as Trustee under the MILDRED M. RAAB QUALIFIED PERSONAL RESIDENCE TRUST AGREEMENT dated December 21, 1992, an undivided one-half interest in

the following described real estate, situated in the County of   King  , State of Washington; together with all after acquired title of the grantor(s) therein:

That portion of government lot 3 and the northeast quarter of the southwest quarter of section 32, township 25 north, range 6 east, W.M., in King County, Washington, described as follows:
Beginning at the intersection of the westerly line of the Northern Pacific Railway Company's right-of-way with the east-west center line of said section; thence south 38°05'37" west 282.99 feet; thence north 51°54'23" west 190 feet, more or less, to the westerly line of said government lot; thence northeasterly along said lot line to the northwest corner thereof; thence easterly along said lot line to the point of beginning;
TOGETHER with second class shorelands of Lake Sammamish fronting thereon.
EXCEPT that portion thereof lying southwesterly of the following described line:
Beginning at a point in the westerly margin of Northern Pacific Railway Company's right-of-way, distant 162.99 feet measured along said westerly margin, from the east-west centerline of said section, as established by the unrecorded plat of Ebright's Sammamish Shores and Waterfront Tracts; thence north 56°31'01" west 186.60 feet; thence North 51°54'23" west to the outer limits of said second class shorelands.

Dated   December 21, 1992

*/s/ Mildred M. Raab*

By _____ President
By _____ Secretary

STATE OF WASHINGTON,   } ss
County of   King

I hereby certify that I know or have satisfactory evidence that Mildred M. Raab is the person(s) who appeared before me, and said person(s) acknowledged that (he,she,they) signed this instrument and acknowledged it to be (his,her,their) free and voluntary act for the uses and purposes mentioned in this instrument.

Dated   December 21, 1992

*/s/ Gordon A. Livengood*

Notary Public in and for the State of Washington, residing at   Seattle
My appointment expires   12/25/92

STATE OF WASHINGTON,   } ss
County of _____

I certify that I know or have satisfactory evidence that _____ is the person(s) who appeared before me, and said person(s) acknowledged that (he,she,they) signed this instrument, on oath stated that _____ authorized to execute the instrument and acknowledged it as the _____ of _____ to be the free and voluntary act of such party for the uses and purposes mentioned in this instrument.

Dated _____

Notary Public in and for the State of Washington, residing at _____
My appointment expires _____

E1285326  12/22/1992   .00   .00

D-2

Exhibit 9 at 2