**First American Title**
INSURANCE COMPANY

Filed for Record at Request of

Name Trans-Pacific Escrow, Inc.

Address 1021 - 112th N.E.

City and State Bellevue, Washington

7303260236

THIS SPACE PROVIDED FOR RECORDER'S USE

REQUEST OF

1973 MAR 26 AM 8 00

ELECTIONS - KING CO. WN.
                DEPUTY

FILED for Record at Request of
FIRST AMERICAN TITLE
1000 - 2nd Avenue
Seattle, Washington 98104

## Statutory Warranty Deed

THE GRANTOR  R. A. HENNIG and N. ELOISE HENNIG, his wife

for and in consideration of TEN and NO/100 DOLLARS ($10.00) AND OTHER GOOD AND VALUABLE CONSIDERATION
in hand paid, conveys and warrants to REID E. BROCKWAY and SUSAN M. BROCKWAY, his wife

the following described real estate, situated in the County of KING, State of Washington:

BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF GOVERNMENT LOT 2, SECTION 32, TOWNSHIP 25 NORTH, RANGE 6 EAST, W.M., IN KING COUNTY, WASHINGTON, WITH THE WESTERLY LINE OF THE NORTHERN PACIFIC RAILWAY RIGHT OF WAY; THENCE ALONG SAID RIGHT OF WAY LINE NORTH 38°00' EAST 738.29 FEET TO THE TRUE PLACE OF BEGINNING; THENCE NORTH 38° 00' EAST 75 FEET; THENCE NORTH 52°00' WEST 225 FEET, MORE OR LESS, TO THE WESTERLY LINE OF SAID GOVERNMENT LOT 2; THENCE SOUTHWESTERLY ALONG SAID LOT LINE TO A POINT WHICH BEARS NORTH 52°00' WEST FROM THE TRUE PLACE OF BEGINNING; THENCE SOUTH 52°00' EAST 220 FEET, MORE OR LESS, TO THE PLACE OF BEGINNING.

(BEING KNOWN AS TRACT 16 AND THE SOUTH HALF OF TRACT 17, WILLIS J. CONNELL'S SUB-DIVISION, ACCORDING TO THE UNRECORDED PLAT THEREOF; SUBJECT TO A ROADWAY OVER THE SOUTHEASTERLY 15 FEET THEREOF; TOGETHER WITH SECOND CLASS SHORE LANDS RUNNING THEREON.)



Dated this  15th  day of  MARCH , 19 73

*R. A. Hennig* (SEAL)
*N. Eloise Hennig* (SEAL)

STATE OF WASHINGTON,
County of KING  } ss.

On this day personally appeared before me

to me known to be the individual s described in and who executed the within and foregoing instrument, and acknowledged that they signed the same as their free and voluntary act and deed, for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this 12 day of MARCH , 1973

Notary Public in and for the State of Washington,
residing at Bellevue

Exhibit 10 at 1