# STEWART TITLE COMPANY

"A Tradition of Excellence"

FILED FOR RECORD AT REQUEST OF

THIS SPACE PROVIDED FOR RECORDER'S USE

WHEN RECORDED RETURN TO
Name: STANLEY E. STONE, PS. MDH
Address: 401 PARKPLACE, #315
City, State, Zip: KIRKLAND, WASHINGTON 98033
E#3163

## Statutory Warranty Deed

THE GRANTOR  HARRY LYLE AND CAROL LYLE, HUSBAND AND WIFE

for and in consideration of TEN DOLLARS AND OTHER GOOD AND VALUABLE CONSIDERATION

in hand paid, conveys and warrants to  PAUL S. SPEARS AND JOANN L. SPEARS, HUSBAND AND WIFE

the following described real estate, situated in the County of  KING , State of Washington:

AS PER ATTACHED DESCRIPTION, BY THIS REFERENCE MADE A PART HEREOF:

SUBJECT TO:

EASEMENTS AS RECORDED UNDER AUDITOR'S FILE NOS. 4466467 AND 4581471;
AGREEMENTS AS RECORDED UNDER AUDITOR'S FILE NOS. 6597236 AND 9009280742;
EXCEPTIONS AND RESERVATIONS AS RECORDED UNDER AUDITOR'S FILE NO. 540375.

Dated AUGUST 23, 1994

_Harry Lyle_
HARRY LYLE

_Carol Lyle_
CAROL LYLE

STATE OF ~~WASHINGTON~~ Oregon
County of Lincoln

OFFICIAL SEAL
CHRISTINE L. HURLIMAN
NOTARY PUBLIC-OREGON
COMMISSION NO. 002706
MY COMMISSION EXPIRES NOV. 4, 1994

STATE OF WASHINGTON,
County of _____

I hereby certify that I know or have satisfactory evidence that
HARRY LYLE AND CAROL LYLE
are the person(s) who appeared before me, and said person(s) acknowledged that they signed this instrument and acknowledged it to be their free and voluntary act for the uses and purposes mentioned in this instrument.

Dated: AUGUST 29, 1994

_Christine L. Hurliman_
Notary Public in and for the State of ~~Washington~~ Oregon
residing at Lincoln City, Oregon
My appointment expires 11/4/94

I certify that I know or have satisfactory evidence that _____ is the person(s) who appeared before me, and said person(s) acknowledged that (he,she,they) signed this instrument, on oath stated that _____ authorized to execute the instrument and acknowledged it as the _____ of _____ to be the free and voluntary act of such party for the uses and purposes mentioned in this instrument.

Dated: _____

Notary Public in and for the State of Washington,
residing at _____
My appointment expires _____

D-1
LPB No. 10

Exhibit 11 at 1

That portion of Goverment Lot 1, Section 8, Township 24 North, Range 6 East, W.M., in King County, Washington, described as follows:

Beginning at the southwest corner of the northeast quarter of the southwest quarter of said Section 8;
thence south 1°35'24" west 311.96 feet;
thence north 68°01'44" west 348.87 feet to the southwesterly margin of the Northern Pacific Railway right of way;
thence south 18°34'40" east 136.05 feet along said railroad margin to the TRUE POINT OF BEGINNING;
thence south 18°34'40" east 78.95 feet;
thence south 80°08'20" west to the shore of Lake Sammamish;
thence northerly along said shore line to a point that bears south 80°08'20" west from the TRUE POINT OF BEGINNING;
thence north 80°08'20" east to the TRUE POINT OF BEGINNING;
EXCEPT the westerly 18.0 feet to the east 37.28 feet of the southerly 13 feet thereof;

TOGETHER WITH Second Class Shore Lands adjoining;
AND TOGETHER WITH an easement for ingress and egress over and across the following described strip of land:

Beginning at the point of intersection of the southerly line of the premises first hereinbefore described and the southwesterly line of the Northern Pacific Railway right of way, said point being the TRUE POINT OF BEGINNING;
thence southeasterly along the southwesterly line of said railway right of way to a point on the northwesterly line of the premises heretofore conveyed to Cecil H. Abelson and H. L. Abelson, his wife, by deed recorded September 22, 1954, under Recording Number 4488425, in King County, Washington;
thence north 45°30' east along the northwesterly line of said Abelson tract to the southwesterly line of said railway right of way as located in Government Lot 2 of said Section 8;
thence southeasterly along said right of way line to a point 360 feet northwesterly from the point of intersection of said southwesterly line of the railroad right of way and the south line of said Government Lot 2;
thence south 45°30' west 16 feet;
thence northwesterly along a line parallel with the southwesterly line of said railway right of way to a point on a line which is 16 feet southeasterly of and parallel with the northwesterly line of the said Abelson Tract as conveyed by deed recorded under Recording Number 4488425;

thence south 45°30' west along said parallel line to a point on the southwesterly line of the northeasterly 16 feet in width of that portion of Government Lot 1 of said Section 8, lying southwesterly of the said railway right of way;
thence northwesterly along said line to a point on the southerly line of the premises first hereinbefore described;
thence northeasterly along said southerly line to the TRUE POINT OF BEGINNING;

TOGETHER WITH an undivided 1/18th interest in the following described realty:

The southerly 13 feet of the westerly 21.28 feet of the easterly 37.28 feet of the following described portion of Government Lot 1 in Section 8, Township 24 North, Range 6 East, W.M., in King County, Washington:

Beginning at the southwest corner of the northeast quarter of the southwest quarter of said section;
thence south 1°35'24" west along the east line of said Government Lot, 311.96 feet;
thence north 68°1'44" west 348.87 feet to the southwesterly line of the Northern Pacific Railway right of way;
thence south 18°34'40" east along said southwesterly line 136.05 feet to the TRUE POINT OF BEGINNING;
thence south 18°34'40" east 78.95 feet;
thence south 80°08'20" west 170 feet, more or less, to the shore of Lake Sammamish;
thence northerly along said shore to a point that bears south 80°08'20" west from the TRUE POINT OF BEGINNING;
thence north 80°08'20" east 155 feet, more or less, to the TRUE POINT OF BEGINNING.

9408310820

Exhibit 11 at 2