**TICOR TITLE INSURANCE**

Filed for Record at Request of
LONGLEY & HECKER, P.S.
520 PIKE STREET, #2310
SEATTLE, WA 98101
AFTER RECORDING MAIL TO:

BRIAN J. CONWAY AND MARY W. CONWAY

19242 S.E. 45th PLACE

ISSAQUAH, WA 98027

THIS SPACE RESERVED FOR RECORDER'S USE:

Jun 1  3 22 PM '89
BY THE DIVISION OF
RECORDS & ELECTIONS
KING COUNTY

REVENUE STAMPS

32488-3

FORM L-58 (3-84)

## Statutory Warranty Deed

8

THE GRANTORS, LEON J. WEAVER AND ANN R. BOUSQUET, HUSBAND AND WIFE,

for and in consideration of TEN DOLLARS AND OTHER VALUABLE CONSIDERATION********************

in hand paid, conveys and warrants to BRIAN J. CONWAY AND MARY W. CONWAY, HUSBAND AND WIFE,

the following described real estate, situated in the County of KING, State of Washington:

LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A".

SUBJECT TO EXCEPTIONS ATTACHED HERETO AS EXHIBIT "B".

8906011017

FILED AT THE REQUEST OF NORTHWESTERN TITLE COMPANY

KING COUNTY
EXCISE TAX PAID
JUN 1 - 1989
E1063840

89/06/01   #1017 B
RECD F    8.00
CASHSL    ****8.00
          55

Dated this 25th day of May, 1989

_Leon J Weaver by his attorney in fact_ (SEAL)
LEON J. WEAVER   _Ann Bousquet_ (SEAL)

_Ann R Bousquet_ (SEAL)
ANN R. BOUSQUET
                                              (SEAL)

STATE OF WASHINGTON } ss
COUNTY OF KING
On this day personally appeared before me

STATE OF WASHINGTON } ss
COUNTY OF .....................
On this ........ day of ........................, 19 ......,
before me the undersigned Notary Public in and for the State of Washington, duly

10629

Exhibit 12 at 1

STATE OF WASHINGTON, }
County of KING } ss.

I certify that I know or have satisfactory evidence that ANN R. BOUSQUET signed this instrument, on oath stated that she is authorized to execute the instrument and acknowledged it as the attorney-in-fat of LEON J. WEAVER to be the free and voluntary act of such party for the uses and purposes mentioned in this instrument.

Dated: 5/30/89

Nancy Wickler

Notary Public in and for the State of Washington, residing at SEATTLE, WA

My appointment expires 4-1-93

A-7(86) REPRESENTATIVE

8906011017

10630

Exhibit 12 at 2

EXHIBIT "A"

The Southerly half of the following:

That portion of Government Lot 1, Section 8, Township 24 North, Range 6 East, Willamette Meridian, in King County, Washington, described as follows:

Beginning at the Southwest corner of the Northeast quarter of the Southwest quarter;
thence South 01°31'24" West, a distance of 311.96 feet along the Easterly limits of Government Lot 1;
thence North 68°01'44" West, a distance of 351.75 feet to the Westerly limits of the Northern Pacific Railroad right of way;
thence North 18°43'47" West along said Westerly limits, a distance of 809.16 feet to the true point of beginning;
thence along a curve to the left having a radius of 1,222.22 feet an arc distance of 180 feet;
thence South 71°16'13" West 110 feet, more or less, to shore of Lake Sammamish;
thence Southeasterly along said shore line to a point South 71°16'13" West of true point of beginning;
thence North 71°16'13" East to true point of beginning;

TOGETHER WITH shoreland adjoining;
EXCEPT a strip of land 26 feet in width lying Westerly and adjacent to the Westerly limits of the Northern Pacific Railroad right of way for county road.

8906011017

END OF EXHIBIT "A"

10631

Exhibit 12 at 3

EXHIBIT "B"

A. EASEMENT, AND THE TERMS AND CONDITIONS THEREOF:

    Grantee: B.D. Wilson and Lois E. Wilson
    Purpose: Use and enjoyment of the now existing concrete driveway
    Area Affected: .85 feet or less as disclosed by survey along North line of subject premises
    Recorded: January 15, 1988
    Recording No.: 8801150910

B. Any prohibition or limitation on the use, occupancy or improvement of the land resulting from the rights of the public or riparian owners to use any waters which may cover the land or any part thereof.

C. Rights of the State of Washington in and to that portion of said premises, if any, lying in the bed of Lake Sammamish, if it is navigable.

D. Right in the general public to the unrestricted use of all the waters of a navigable body of water not only for the primary purpose of navigation, but also for corollary purposes; including, but not limited to, fishing, boating, bathing, swimming, water skiing, and other related recreational purposes, as those waters may affect the shorelands and adjoining uplands; and whether the level of the water has been raised or lowered naturally or artificially to a maintained or fluctuating level, all as defined by the court decisions of the judicial bodies of the State of Washington.

E. Any questions of the location of lateral boundaries of the second class shorelands described in the caption hereof which may be asserted by the owners of the adjoining shorelands.

END OF EXHIBIT "B"

8906011017

10632

Exhibit 12 at 4