**Chicago Title Insurance Company**

FILED FOR RECORD AT REQUEST OF

THIS SPACE PROVIDED FOR RECORDER'S USE:

9610290650 10:46:00 AM KING COUNTY RECORDS 001 3D
E1512160 10/29/96
8.00

WHEN RECORDED RETURN TO

Name: Harrison H. deMers
Address: 30640 Pacific Highway So., Ste. A
City, State, Zip: Federal Way, WA 98003

## Statutory Warranty Deed

THE GRANTOR  S & D Pickering Trust

for and in consideration of $100 and other good and valuable consideration

in hand paid, conveys and warrants to  Sandra deMers and Scott E. deMers, wife and husband,

the following described real estate, situated in the County of  King , State of Washington:

Lot 1 of Waverly Shores, according to the plat thereof recorded in Volume 68 of Plats, page 41, in King County Washington;

Together with all uplands adjoining on the west and between the north and south lines of said lot produced; and

Together with Second Class Shorelands adjoining.

9610290650

Dated 10-25-96 , 1996

_____
David Pickering as Trustee of
S & D Pickering Trust

_____
Sandra deMers as Trustee of
S & D Pickering Trust

STATE OF WASHINGTON  } ss.
COUNTY OF  KING

On this day personally appeared before me David Pickering & Sandra deMers, Trustees of the S & D Pickering Trust to me known to be the individual described in and who executed the within and foregoing instrument, and acknowledged that __they__ signed the same as __their__ free and voluntary act and deed, for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this 25th day of October , 19 96.

_____
Gail L. Engstrom
Notary Public in and for the State of Washington,
residing at N Bend

F. 9235 R. 11/84

STATE OF WASHINGTON  } ss.
COUNTY OF _____

On this _____ day of _____, 19___ before me, the undersigned, a Notary Public in and for the State of Washington, duly commissioned and sworn, personally appeared _____ and _____ to me known to be the _____ President and _____ Secretary, respectively, of _____ the corporation that executed the foregoing instrument, and acknowledged the said instrument to be the free and voluntary act and deed of said corporation, for the uses and purposes therein mentioned, and on oath stated that _____ authorized to execute the said instrument and that the seal affixed is the corporate seal of said corporation.

Witness my hand and official seal hereto affixed the day and year first above written.

_____
Notary Public in and for the State of Washington,
residing at _____

**Exhibit 13 at 1**

Return Address:

Kosenkranius Family Trust
3237 E Lk Sammamish Shr Ln SE
Issaquah, WA 98029-7402



Please print or type information **WASHINGTON STATE RECORDER'S Cover Sheet** (RCW 65.04)

Document Title(s) (or transactions contained therein): (all areas applicable to your document must be filled in)

1. Quit Claim Deed, dated December 30, 1992
2.
3.
4.

Reference Number(s) of Documents assigned or released:

Additional reference #'s on page _____ of document

Grantor(s) (Last name first, then first name and initials)
1. Kosenkranius Family Trust
2. Kosenkranius, Helju, TTE
3. Kosenkranius, Lembit, TTE
4.

☐ Additional names on page _____ of document.

Grantee(s) (Last name first, then first name and initials)
1.
2. Kosenkranius, Evi S
3.
4.

☐ Additional names on page _____ of document.

Legal description (abbreviated: i.e. lot, block, plat or section, township, range)

Undivided three per cent (3%) of K C Tax Lot 082406-9127-07
☐ Additional legal is on page  2  of document.

Assessor's Property Tax Parcel/Account Number

☐ Assessor Tax # not yet assigned      082406-9127-07

The Auditor/Recorder will rely on the information provided on the form. The staff will not read the document to verify the accuracy or completeness of the indexing information provided herein.

Exhibit 13 at 2