940311-1517 12:25:00 PM KING COUNTY RECORDS 001 JD    7.00

This Space Reserved For Recorder's Use:

Filed for Record at Request of
Revelle Hawkins Escrow, Inc.

AFTER RECORDING MAIL TO:

Name _____ FOSTER RADFORD _____

Address _____ 3603 E. LK. SAMM. SHORE LANE S.E. _____

City, State, Zip _____ ISSAQUAH WA 98027 _____

Escrow number: 945053LG

## Statutory Warranty Deed

THE GRANTOR  W.E. MCGLASHAN AND PATRICIA A. MCGLASHAN, husband and wife

for and in consideration of  TEN DOLLARS AND OTHER GOOD AND VALUABLE CONSIDERATION

in hand paid, conveys and warrants to  FOSTER RADFORD a single person

the following described real estate, situated in the County of    KING    , State of Washington:

LOT 10, WAVERLY SHORES, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 68 OF PLATS, PAGE 41, RECORDS OF KING COUNTY, WASHINGTON; TOGETHER WITH SECOND CLASS SHORELANDS ADJACENT THERETO. SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON.

SUBJECT TO:  Easements, restrictions, reservations and provisions of record, if any.

Filed for Record at Request of
FIRST AMERICAN TITLE
2121 FOURTH AVENUE
SEATTLE, WA 98121

Dated this _____ 08 _____ day of March , 1994

By _W.E. McGlashan_                    By _____
W.E. MCGLASHAN

By _Patricia A. McGlashan_              By _____
PATRICIA A. MCGLASHAN

STATE OF WASHINGTON
COUNTY OF KING                } ss

I certify that I know or have satisfactory evidence that W.E. MCGLASHAN AND PATRICIA A. MCGLASHAN _____ the persons  who appeared before me, and said persons  acknowledged that they signed this instrument and acknowledged it to be _their_ free and voluntary act for the uses and purposes mentioned in this instrument.
Dated: _____

_Lynne L. Gascoigne_
Notary Public in and for the State of WASHINGTON  LYNNE L. GASCOIGN
Residing at ISSAQUAH
My appointment expires: 2-20-96

LPB-10

**Exhibit 14 at 1**

SAFECO TITLE INSURANCE COMPANY

Filed for Record at Request of

NAME _____ David M Collins

ADDRESS _____ 2841 E Lk Samm Pky NE
                      Redmond WA 98053

CITY AND STATE _____

THIS SPACE RESERVED FOR RECORDER'S USE

## WARRANTY FULFILLMENT DEED

THE GRANTOR   Gordon S. Barrett, Jr. and Margaret E. Barrett, Husband and Wife, now and at all times since February 23, 1987

for and in consideration of   Ten Dollars and no/100--------($10.00) and Other Good and Valuable Consideration

in hand paid, conveys and warrants to   David M. Collins and Vanessa F. Collins, Husband and Wife

the following described real estate, situated in the County of   King   , State of Washington:

Sales Tax Paid On Contract Att. No. **1304415**

As per legal description hereto attached

By _____ Deputy

This deed is given in fulfillment of that certain real estate contract between the parties hereto, dated   April 5th 19 93 , and conditioned for the conveyance of the above described property, and the covenants of warranty herein contained shall not apply to any title, interest or encumbrance arising by, through or under the purchaser in said contract, and shall not apply to any taxes, assessments or other charges levied, assessed or becoming due subsequent to the date of said contract.

Real Estate Excise Tax was paid on this sale or stamped exempt on   April 27, 1993

Rec. No.
E1304415

Dated   18 October   , 19 93

_Gordon S. Barrett Jr._
Gordon S. Barrett (Individual)

_Margaret E Barrett_
Margaret E. Barrett (Individual)

By _____
                    (President)

By _____
                    (Secretary)

STATE OF WASHINGTON
COUNTY OF   Mason   } ss.

On this day personally appeared before me
   Gordon S. Barrett Jr. and
   Margaret E. Barrett
to me known to be the individual described in and who executed the within and foregoing instrument, and acknowledged that   they
signed the same as   their
free and voluntary act and deed, for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this   18TH
day of   October   , 19 93

_Ann Sund_
Notary Public in and for the State of Washington, residing

STATE OF WASHINGTON
COUNTY OF _____   } ss.

On this _____ day of _____
19 ___, before me, the undersigned, a Notary Public in and for the State of Washington, duly commissioned and sworn, personally appeared _____
and _____
to me known to be the _____ President
and _____ Secretary, respectively, of

the corporation that executed the foregoing instrument, and acknowledged the said instrument to be the free and voluntary act and deed of said corporation, for the uses and purposes therein mentioned, and on oath stated that _____ authorized to execute the said instrument and that the seal affixed is the corporate seal of said corporation.

Witness my hand and official seal hereto affixed the day and year first above written.

Notary Public in and for the State of Washington, residing at _____



FILED BY:
STEWART TITLE

NOV 0 5 '93

TL-142 R4 11/80

9311051796

Filed by Stewart Title
W-8711-SG

10209

**Exhibit 14 at 2**

That portion of Government Lot 2, Section 20, Township 25 North, Range 6 East, W.M., in King County, Washington, described as follows:

Commencing at the intersection of the boundary line between Barrett Estate and the early parcels as described in the Boundary Line Agreement recorded under Recording Number 8302140262 with the westerly line of the tract in which Burlington Northern Railway Co., Inc., as successor to the Seattle Lakeshore and Eastern Railroad, has acquired an interest by deed recorded under Recording Number 13877;
thence northwesterly along said westerly line of railroad tract a distance of 40.00 feet to the TRUE POINT OF BEGINNING;
thence continuing northerly along said westerly line a distance of 45.00 feet;
thence southwesterly at right angles to westerly margin of railroad to the westerly boundary of the shorelands of the second class previously owned by the State of Washington and acquired by deed dated December 3, 1928 and recorded in Volume 16, page 286 of the State of Washington's Record of Tideland Deeds;
thence southerly along said westerly boundary of shorelands to the intersection with a line which bears south 55°02'12" west parallel to the boundary line between Barrett Estate and Early property as described in the Boundary Line Agreement recorded under Recording Number 8302140262;
thence easterly along said line to true point of beginning;

An undivided 1/28th interest in community beach, described as follows:

The uplands and shorelands of the Second Class in front of and adjacent to, or abutting upon that portion of Government Lot 2, Section 20, Township 25 North, Range 6 East of the W.M., in King County, Washington, described as follows:

Commencing at the south quarter corner of said Section 20, which corner is marked by a concrete monument, from which corner King County Aerial Survey Monument J-285 bears south 86°12'40" west a distance of 591.42 feet, and from which corner the north-south center line of said Section 20 bears north 0°06'54" east;
thence north 32°16'31" west a distance of 2505.04 feet to the southeast corner of Short Plat No. R-1277118, as recorded under Recording Number 7901100957, records of King County, Washington, as said Short Plat was surveyed and staked, and shown on that survey recorded in Volume 16 of Surveys, page 158, records of said county, and which point bears south 0°16'35" east a distance of 569.64 feet from the northeast corner of said Short Plat;
thence south 89°40'10" west, parallel with the north line of said Short Plat, a distance of 221.58 feet;
thence south 49°09'51" west, at right angles to the center line (radially to the curve) of the Burlington Northern Railway (formerly the Northern Pacific Railway), a distance of 3.66 feet to a point on the curve of the northeasterly margin of the right-of-way of said railway, at which point the tangent to said curve bears south 40°50'09" east;
thence in a southeasterly direction along said curve to the right, having a radius of 2,342.01 feet, an arc distance of 240.04 feet;
thence south 55°02'12" west, at right angles to said right-of-way (radially to the curve), a distance of 100.00 feet to a point on the curve of the southwesterly margin of said right-of-way, and which point is referred to hereinafter as Point "D";
thence continuing south 55°02'12" west to a point on the line of navigability of Lake Sammamish, and which point is the TRUE POINT OF BEGINNING of this description;
thence north 55°02'12" east to said Point "D";
thence in a northwesterly direction along the curve of the southwesterly margin of the right-of-way of said railway to the left, having a radius of 2,242.01 feet an arc distance of 40.00 feet;
thence south 55°02'12" west to a point on said line of navigability;
thence in a southwesterly direction, along said line of navigability to the TRUE POINT OF BEGINNING, bearings in the above description are oriented to said recorded survey.

TOGETHER WITH easement for ingress and egress as described in instrument recorded under Recording Number 8805040489.

9311051796

FILED BY:
STEWART TITLE

NOV 05 '93

10210

**Exhibit 14 at 3**



**Exhibit 14 at 4**