CHICAGO TITLE INSURANCE COMPANY
COURTWORK REQUEST

ORDER # 1145206
UNIT # _____
DATE 9/7/04
REQUESTED BY: DaveLenzo

(CERTIFIED) ✓ ____ NON-CERTIFIED _____   CHARGES $ _____

AUDITOR'S FILE # 8909280479

IF OLD # PLEASE GIVE VOL & PAGE: RECORDED IN VOL _____ OF Deeds PAGE ___

TYPE OF DOC. Deed

RECORDING DATE 9-28-89

GRANTOR: Janet S. Levick

GRANTEE: David M. Collins

LEGAL DESCRIPTION: _____

************************************************************

REQUEST FOR SURVEY

RECORDING NUMBER: _____

VOL _____ PAGE _____   CHARGES $ _____

************************************************************

REQUEST FOR ORIGINAL

$ _____, # _____, # _____

************************************************************

OTHER SPECIAL REQUESTS

_____

S8

10291

**Exhibit 16 at 1**

875 - 124th Avenue N.E.
Bellevue, WA 98005

AFTER RECORDING RETURN TO:

DAVID M. COLLINS

16185RO

KING COUNTY
EXCISE TAX PAID
SEP 28 1989
E1087798

8909280479

## STATUTORY WARRANTY DEED

THE GRANTOR  JANET S. LEVICK, AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF ZELLA F. SHORT, DECEASED

for and consideration of  TEN DOLLARS AND OTHER VALUABLE CONSIDERATION

in hand paid, conveys and warrants to  DAVID M. COLLINS AND  VANESSA F. COLLINS HUSBAND AND WIFE

the following described real estate, situated in the County of  KING  STATE OF WASHINGTON:

AS PER LEGAL DESCRIPTION HERETO ATTACHED.

SUBJECT TO:  EXCEPTIONS AND RESERVATIONS CONTAINED IN DEED FROM THE STATE OF WASHINGTON, WHEREBY THE GRANTOR EXCEPTS AND RESERVES ALL OIL, GASES, COAL, ORES, MINERALS, FOSSILS, ETC., AND THE RIGHT OF ENTRY FOR OPENING, DEVELOPING AND WORKING THE SAME AND PROVIDING THAT SUCH RIGHTS SHALL NOT BE EXERCISED UNTIL PROVISION HAS BEEN MADE FOR FULL PAYMENT OF ALL DAMAGES SUSTAINED BY REASON OF SUCH ENTRY; RECORDED UNDER RECORDING NUMBER 695428.  QUESTION OF LOCATION OF LATERAL BOUNDARIES OF SAID SECOND CLASS TIDE (OR SHORE) LANDS. ANY PROHIBITION OF OR LIMITATIN OF USE, OCCUPANCY OR IMPROVEMENT OF THE LAND RESULTING FROM THE RIGHTS OF THE PUBLIC OR RIPARIAN OWNERS TO USE ANY PORTION WHICH IS NOW OR HAS BEEN FORMERLY COVERED BY WATER.

Filed by Stewart Title
97765-6 (9028)

September 26, 1989

89/09/28          #0479  A
RECD F    6.00
RECFEE    2.00
CASHSL   ****8.00
               55

_Janet S. Levick_
JANET S. LEVICK

STATE OF WASHINGTON,  } ss.
County of King

I hereby certify that I know or have satisfactory evidence that _Janet S. Levick_ is the person who appeared before me, and said person acknowledged that (_s_he___) signed this instrument, on oath stated that _she is_ and acknowledged it as the _Attorney in Personal Representative_ authorized to execute the instrument to be the free and voluntary act of such party for the uses and purposes mentioned in this instrument. of _Zella F. Short_
Dated: 9/26/89

_Reni Olsen_
Notary Public in and for the State of Washington,
residing at _Seattle_
My appointment expires 9/15/90

A-10 REPRESENTATIVE

10292

Exhibit 16 at 2

The land referred to in this commitment is situated in the county of King, state of Washington, and described as follows:

Shorelands of the Second Class in front of, adjacent to, or abutting upon Government Lot 2, Section 20, Township 25 North, Range 6 East, W.M., in King County, Washington, described as follows:

Commencing at the south quarter corner of said Section 20, which corner is marked by a concrete monument, from which corner King County Aerial Survey Monument J-285 bears south 86°12'40" west a distance of 591.42 feet, and from which corner the north-south center line of said Section 20 bears north 0°06'54" east;
thence north 32°16'31" west a distance of 2,505.04 feet to the southeast corner of Short Plat No. R-1277118, as recorded under King County Recording Number 7901100957, as said Short Plat was surveyed and staked, and shown on that survey recorded in Volume 16 of Surveys, page 158, records of said county, which point bears south 0°16'35" east a distance of 569.64 feet from the northeast corner of said Short Plat; and which point is referred to hereinafter as Point "A";
thence south 0°16'35" east, along the southerly extension of the east line of said Short Plat, a distance of 307.32 feet to a point referred to hereinafter as Point "B";
thence north 0°16'35" west a distance of 307.32 feet to a said Point "A";
thence south 89°40'10" west, parallel with the north line of said Short Plat, a distance of 221.58 feet;
thence south 49°09'51" west, at right angles to the center line (radially to the curve) of the Burlington Northern Railway (formerly the Northern Pacific Railway), a distance of 3.66 feet to a point on the curve of the northeasterly margin of the right-of-way of said railway, at which point the tangent to said curve bears south 40°50'09" east;
thence in a southeasterly direction, along said curve, to the right, having a radius of 2,342.01 feet, an arc distance of 240.04 feet;
thence south 55°02'12" west, at right angles to said right-of-way (radially to the curve), a distance of 100.00 feet to a point on the curve of the southwesterly margin of said right-of-way, at which point the tangent to said curve bears south 34°57'48" east, and which point is the TRUE POINT OF BEGINNING of this description;
thence in a southeasterly direction, along the curve of the southwesterly margin of said right-of-way, to the right, having a radius of 2,242.01 feet, an arc distance of 132.63 feet to a point that bears south 58°25'34" west, a distance of 102.88 feet from said Point "B";
thence south 58°25'34" west, radially to said curve, to a point on the Line of Navigability of Lake Sammamish;
thence in a northwesterly direction along said Line of Navigability, to a point that bears south 55°02'12" west from the TRUE POINT OF BEGINNING;
thence north 55°02'12" east to the TRUE POINT OF BEGINNING.

8909280479

10293

Exhibit 16 at 3