

CHICAGO TITLE INSURANCE COMPANY
COURTWORK REQUEST

ORDER # 1145206
UNIT # _____
DATE 9/7/04
REQUESTED BY: DaveLewso

CERTIFIED ✓ ___ NON-CERTIFIED ___  CHARGES $ ___

AUDITOR'S FILE # 9104300653

IF OLD # PLEASE GIVE VOL & PAGE: RECORDED IN VOL _____ OF Deeds PAGE ___

TYPE OF DOC. Deed

RECORDING DATE 4-30-91

GRANTOR: Barry G. Lewis

GRANTEE: Howard L. Freedman

LEGAL DESCRIPTION: _____
_____
_____

****************************************************************

REQUEST FOR SURVEY

RECORDING NUMBER: _____

VOL _____ PAGE _____  CHARGES $ _____

****************************************************************

REQUEST FOR ORIGINAL

: _____, # _____, # _____

****************************************************************

OTHER SPECIAL REQUESTS
_____
_____
_____

S19

10325

**Exhibit 18 at 1**

**STEWART TITLE COMPANY of Washington, Inc.**
"A Tradition of Excellence"

FILED FOR RECORD AT REQUEST OF

OCT 12   3 52 PM '88

THIS SPACE PROVIDED FOR RECORDER'S USE

KING COUNTY
EXCISE TAX PAID
OCT 12 1988
E1026613

RECEIVED THIS DAY
APR 30  10 12 AM '91

WHEN RECORDED RETURN TO

Name __NORWEST ESCROW, formerly:__
__PACIFIC WEST ESCROW CO., INC.__
Address __1355f N.E. Bel-Red Road, Suite 228__
City, State, Zip __Bellevue, Washington 98005   Escrow #3-6065__

8810121014

9104300653

8176 53

91-205396-48

## Statutory Warranty Deed

THE GRANTOR   BARRY G. LEWIS, an unmarried person as his separate estate

for and in consideration of TEN DOLLARS ($10.00) and all other good and valuable consideration

in hand paid, conveys and warrants to   HOWARD L. FREEDMAN and PAMELA C. FREEDMAN, husband and wife

the following described real estate, situated in the County of   King   , State of Washington:

LEGAL DESCRIPTION IS HERETO ATTACHED AND MADE A PART HEREOF.

SUBJECT TO:
EXHIBIT "A" HERETO ATTACHED AND MADE A PART HEREOF.

*Said instrument is being rerecorded to correct the legal description herein.

Dated   October 10th   1988
_Barry G. Lewis_
BARRY G. LEWIS

STATE OF WASHINGTON, } ss.
County of   King

I hereby certify that I know or have satisfactory evidence that __Barry G. Lewis__ is the person who appeared before me, and said person acknowledged that (he) signed this instrument and acknowledged it to be __his__ free and voluntary act for the uses and purposes mentioned in this instrument.

Dated   October 11th, 1988

Notary Public in and for the State of Washington, residing at _Bellevue_
My appointment expires _1/25_

STATE OF WASHINGTON, } ss.
County of

I certify that I know or have satisfactory evidence that _____
is the person who appeared before me, and said person acknowledged that (he) signed this instrument, on oath stated that authorized to execute the instrument and acknowledged it as the ___ of ___ to be the free and voluntary act of such party for the uses and purposes mentioned in this instrument.

Dated _____

Notary Public in and for the State of Washington, residing at _____
My appointment expires _____

LEGAL
DESCRIPTION:

SECOND CLASS SHORELANDS ADJOINING THAT PORTION OF GOVERNMENT LOT 2, SECTION
30, TOWNSHIP 25 NORTH, RANGE 6 EAST W.M., DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF SAID GOVERNMENT LOT;
THENCE SOUTH ALONG THE EAST LINE THEREOF, 569.64 FEET;
THENCE WEST 221.58 FEET;
THENCE SOUTHWESTERLY AT RIGHT ANGLES TO THE RIGHT-OF-WAY OF THE NORTHERN
PACIFIC RAILWAY CO. (FORMERLY THE SEATTLE AND INTERNATIONAL RAILWAY) 15.3 FEET
TO THE NORTHEASTERLY LINE OF SAID RIGHT-OF-WAY;
THENCE NORTHWESTERLY ALONG SAID NORTHEASTERLY LINE TO THE NORTH LINE OF SAID
GOVERNMENT LOT;
THENCE EAST ALONG SAID NORTH LINE TO THE POINT OF BEGINNING;

EXCEPT PORTION, IF ANY, IN SAID RAILWAY RIGHT-OF-WAY, HEREINAFTER REFERRED TO
AS THE "MAIN TRACT"; 579* HP 4/23/91  PCF 4/23/91

AND EXCEPT NORTHERLY 200 FEET AND THE SOUTHERLY 420 FEET, AS MEASURED ALONG
THE SOUTHWESTERLY MARGIN OF SAID RAILROAD RIGHT-OF-WAY;

AND EXCEPT PORTION LYING WITHIN ISSAQUAH-REDMOND ROAD;

SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON.

8810121014

91043000653

EXHIBIT "A"

Right to enter said premises to cut trees which constitute a menace or danger
to the railroad right-of-way adjoining said property, as granted in instrument
recorded under Recording No. 13877.

Reservation contained in deed from the State of Washington recorded under
Recording No. 3090903, reserving to the grantor all oil, gases, coal, ores,
minerals, fossils, etc., and the right of entry for opening, developing and
working the same, and providing that such rights shall not be exercised until
provision has been made for full payment of all damages sustained by reason
of such entry.

Right of State of Washington or its successors, subject to payment of
compensation therefor, to acquire rights-of-way for private railroads, skid
roads, flumes, canals, water courses or other easements for transporting and
moving timber, stone, minerals and other products from this and other property,
as reserved in deed referred to above.

Declaration of covenants and the terms and conditions thereof, preventing
certain practices in the use of that portion of the property lying within 100
feet from a well, as disclosed by instrument recorded under Recording No.
7305220489.

Declaration of covenants and the terms and conditions thereof, preventing
certain practices in the use of that portion of the property lying within 100
feet from a well, as disclosed by instrument recorded under Recording No.
7305220490.

Question of location of lateral boundaries of said second class shore lands

Any prohibition of or limitation of use, occupancy or improvement of the land
resulting from the rights of the public or riparian owners to use any portion
which is now, or has formerly been covered by water.

Rights and easements for commerce, navigation, recreation and fisheries.

END OF EXHIBIT "A".

10327

Exhibit 18 at 3

9104300653



KING COUNTY
NO EXCISE TAX DUE
APR 30 1991
E1186441

STATE OF WASHINGTON } ss
County of King

The Director of Records & Elections, King County, State of Washington, and exofficio Recorder of Deeds and other instruments, do hereby certify the foregoing copy has been compared with the original instrument as the same appears on file and of record in the office, and that the same is a true and perfect transcript of said original and of the whole thereof.
Witness my hand and official seal this _____ day of APR 18 1991 , 19___

Director of Records & Elections





```
91/04/30              #0653 1A
RECD F      7.00
RECFEE      2.00
CASHSL      *****9.00
```

10328

Exhibit 18 at 4