SAFECO TITLE INSURANCE COMPANY
1100 SECOND AVENUE · SEATTLE, WASHINGTON 98101 · 623-0870

Filed for Record at Request of:
TRANSAMERICA TITLE
INSURANCE COMPANY
PARK PLACE
6th & UNIVERSITY
SEATTLE, WASHINGTON 98101

NAME: Mr. & Mrs. Robert G. Nelson
ADDRESS: 8002 149th Pl. NE #102
CITY AND STATE: Redmond, Wa. 98052

1977 OCT 12 AM 8 30

DIRECTOR
RECORDS & ELECTIONS
KING COUNTY, WASH.

7710120289

## PARTIAL Warranty Fulfillment Deed

THE GRANTOR   WILLIAM F. HUGHES and BETTY M. HUGHES, his wife,

for and in consideration of TEN AND NO/100 DOLLARS ($10.00)

in hand paid, conveys and warrants to   ROBERT G. NELSON and MARY BETH NELSON, his wife,

the following described real estate, situated in the county of   King   , State of Washington:

SEE EXHIBIT "A" attached hereto

Sales Tax
6/17/77
E 418851

partial
This deed is given in fulfillment of that certain real estate contract between the parties hereto, dated the 21 day of _____, 1977, and conditioned for the conveyance of the above described property, and the covenants of warranty herein contained shall not apply to any title, interest or encumbrance arising by, through or under the purchaser in said contract, and shall not apply to any taxes, assessments or other charges levied, assessed or becoming due subsequent to the date of said contract.

Dated this   6th   day of _____, 1977.

SALES TAX PAID ON CONTRACT AFF. NO. E41385/
KING CO. RECORDS DIVISION
BY _____, DEPUTY

William F. Hughes (SEAL)
Betty M. Hughes (SEAL)

STATE OF WASHINGTON,
County of King    } ss.

On this day personally appeared before me WILLIAM F. HUGHES and BETTY M. HUGHES, his wife, to me known to be the individuals described in and who executed the within and foregoing instrument, and acknowledged that they signed the same as their free and voluntary act and deed, for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this   6   day of _____.

Notary Public in and for the State of Washington,
residing at _____

TL-2 R2 1/75

US00002056

Exhibit 19 at 1

EXHIBIT "A"

The Southeasterly 96.00 feet of the Northwesterly 200 feet of the Second Class Shorelands adjoining that portion of Government Lot 2, Section 20, Township 25 North, Range 6 East; W.M., in King County, Washington, described as follows:

BEGINNING at the Northeast corner of said Government Lot; thence South along the East line thereof, 569.64 feet; thence West 221.58 feet; thence Southwesterly at right angles to the right-of-way of the Northern Pacific Railway Company, (formerly the Seattle & International Railway) 16.3 feet to the Northeasterly line of said right-of-way; thence Northwesterly along said Northeasterly line to the North line of said Government Lot; thence East along said North line to the point of beginning;
EXCEPT County Road;
EXCEPT portion if any, in said railroad right-of-way.

TOGETHER WITH permission to maintain a private road crossing over Northern Pacific Railroad right-of-way in the said Government Lot 2 as recorded under Auditor's File Number 7608310608.