Statutory Warranty Deed

JUL 12 76 E 00025 7607120476 — E RF 2.00

PAID JUN 24 1976 PACIFIC NATIONAL BANK OF WASHINGTON CONTRACT (INT) WALLINGFORD BRANCH SEATTLE WASHINGTON

JUL 12 9 55 AM '76

RECORDED RECORDS WASHINGTON TITLE INSURANCE COMPANY SEATTLE, WASHINGTON

FILED for Record at Request of
Mail to WILLIAM F. HUGHES
3202 E. LAKE
SAMMAMISH RD, REDMOND, WASH
Send Tax Statement to _____

FORM L58

## Statutory Warranty Deed

THE GRANTORS   ROSE A. EARLEY, a widow

for and in consideration of   $1.00 and other value

in hand paid, conveys and warrants to   WILLIAM F. HUGHES and BETTY M. HUGHES, his wife

the following described real estate, situated in the County of   King   , State of Washington:

The northwesterly 200 feet of the Second Class Shorelands adjoining that portion of Government lot 2, Secontion 20, Township 25 North, range 6, EWM, in King County, Washington, described as follows:
Beginning at the northeast corner of said Government Lot; thence south along the east line thereof, 569.64 feet; thence west 221.58 feet; thence southwesterly at right angles to the right of way of the Northern Pacific Railway Company, (formerly the Seattle & International Railway) 15.3 feet to the northeasterly line of said right of way; thence northwesterly along said northeasterly line to the north line of said Government Lot; thence east along said north line to the point of beginning;
EXCEPT County Road;
EXCEPT portion if any, in said raliroad right of way.

SALES TAX PAID ON CONTRACT AFF. NO. E463937
KING CO. RECORDS DIVISION
BY _____, DEPUTY

Dated this   9th   day of   April, 1962

_Rose Earley_ (SEAL)
_Emory Jack H_ (SEAL)

STATE OF WASHINGTON,
County of King   } ss.

On this day personally appeared before me   ROSE A. EARLEY, a widow
to me known to be the individual   described in and who executed the within and foregoing instrument, and acknowledged that   she   signed the same as   her   free and voluntary act and deed, for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this   9th   day of   April, 1962

_Jack H Green_
Notary Public in and for the State of Washington,
residing at   Seattle, Washington

Exhibit 20 at 1