

SECURITY TITLE INSURANCE COMPANY
OF WASHINGTON
1108 SECOND AVENUE · SEATTLE, WASHINGTON 98101 · MAIN 3-0570

Filed for Record at Request of

NAME William Hughes
ADDRESS 3202 E Lake Sammamish Road
CITY AND STATE Redmond Washington

NO SALES TAX REQUIRED
E638072
JUN 14 1966
M. J. R. WILLIAMS
KING COUNTY TREAS.

## Quit Claim Deed

THE GRANTOR   GERTIE GORMAN HUGHES, a Widow

for and in consideration of   Love and Affection

conveys   and quit claims   to WILLIAM HUGHES and BETTY MARY HUGHES, husband and wife
the following described real estate, situated in the County of   King
State of Washington, including any after acquired title:

That portion of Government Lot 1, Section 20, Township 25 North, Range 6 E.W.M., described as follows:
Beginning in the north line of said Government Lot 1, at a point 630 feet east of the northwest corner thereof; thence south 900 feet; thence southwesterly at right angles to the right of way of Northern Pacific Railway Company (formerly Seattle and International Railway) to the northeasterly line of said right of way; thence southeasterly along said northeasterly line to the south line of said government Lot 1; thence east along said south line to the southeast corner thereof; thence north along the east line thereof to the northeast corner thereof; thence west along the north line to the point of beginning; LESS the following described portion thereof:

That portion of Government Lot 1, Section 20, Township 25 North, Range 6 E.W.M., described as follows: Beginning at the intersection of the northeasterly margin of the Issaquah-Redmond County Road with the south line of said government lot; thence north 44°21'30" west along said margin 265.61 feet to the true point of beginning; thence north 45°38'30" east 337.19 feet; thence south 44°21'30" east 117.22 feet; thence south 45°38'30" west 337.19 feet; thence north 44°21'30" west 117.22 feet to the true point of beginning, and EXCEPT County Road.
TOGETHER WITH the second class shorelands conveyed to the above named grantor from the State of Washington by deed dated September 19, 1951, and recorded in Volume 3098 of Deeds at Page 491 under King County Auditor's Receiving No. 4185298.

JUN 14 1966

2 sheets



Dated this        day of              , 1966

x *Gertie Gorman Hughes* (SEAL)

..........................................(SEAL)

STATE OF WASHINGTON,  } ss.
County of King

On this 9th day of June, 1966, before me, the undersigned, a Notary Public in and for the State of Washington, duly commissioned and sworn, personally appeared

Gertie Gorman Hughes, A Widow

to me known to be the individual described in and who executed the foregoing instrument, and acknowledged to me that she signed and sealed this said instrument as her free and voluntary act and deed for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this 9th day of June, 1966

........................................................
Notary Public in and for the State of Washington,
residing at

TL-6 1/66

6041744

JUN 14 1966