

Exhibit 23 at 1



Exhibit 23 at 2