

CHICAGO TITLE INSURANCE COMPANY
COURTWORK REQUEST

ORDER # 1145206
UNIT # _____
DATE 9/7/04
REQUESTED BY: DaveLew56

CERTIFIED ✓    NON-CERTIFIED _____    CHARGES $ _____

AUDITOR'S FILE # 2562359           1452

IF OLD # PLEASE GIVE VOL & PAGE: RECORDED IN VOL ~~1454~~ OF Deeds PAGE ~~79~~   138

TYPE OF DOC. Deed
RECORDING DATE 9/27/1929
GRANTOR: State of Washington
GRANTEE: Samuel Turner
LEGAL DESCRIPTION: _____

*(handwritten note: Will you double check the vol. & pg. please — not found)*

REQUEST FOR SURVEY
RECORDING NUMBER: _____
VOL _____ PAGE _____       CHARGES $ _____

REQUEST FOR ORIGINAL
: _____, # _____, # _____

OTHER SPECIAL REQUESTS
_____

S22

10334

Exhibit 24 at 1

County, State of Washington, to-wit:

East half of Northeast quarter of Northwest quarter (E½ of NE¼ of NW¼) of Section 9, Township 23 North, Range 5 East, W. M., except county roads

The Grantor shall make no use of the land occupied by said transmission lines, or adjacent thereto, which in the opinion of the Grantee interferes with or endangers the operation of said lines, and no blasting shall be done within three hundred (300) feet of said lines without first giving to the Grantee, its successors or assigns, reasonable notice thereof in writing.

In exercising the rights herein granted, the Grantee, its successors and assigns, may pass and repass over adjacent lands of the Grantor; it may cut and remove all brush, trees and other obstructions which in the opinion of the Grantee interfere with or endanger the operation of said lines; and it may remove all or part of its property and equipment, and may surrender this easement, at any time.

The covenants herein contained shall run with the land and are binding upon all subsequent owners thereof.

The center line of each of said transmission lines shall be parallel with, and not more than twenty-five (25) feet distant on either side from, a principal center line across said land, but braces guys and achors may be placed where most convenient to the Grantee.

In Witness Whereof, The said grantor has executed this instrument the 26th day of September, 1929.

    Mabel Petzer Terrell
    Mabel Pitzer Terrell

State of Washington  )
                            ss
County of King      )

On this 26th day of September, 1929, before me, the undersigned, a Notary Public in and for the State of Washington, personally appeared Mabel Petzer Terrell, as her separate estate to me known to be the individual described in and who executed the within instrument, and acknowledged to me that she executed the same as her free and voluntary act and deed for the uses and purposes therein mentioned.

Witness My hand and official seal the day and year in this certificate first above written.

(C. A. McA. Notarial Seal)                    C. A. McArthur
(Com. Ex. Jan 26, 1933)                     Notary Public in and for the State of
                                                Washington, Residing at Seattle.

Filed for record at request of Stone & Webster Sept 27, 1929 at 47 min past 11 A. M.

LMS                                            George A. Grant, County Auditor

#######

2562359   State of Washington
                To                                  Deed
Samuel Turner

State of Washington

In consideration of Ninety-one and no/100 ($91.00) Dollars, the receipt of which is hereby acknowledged, the State of Washington does hereby grant, bargain, sell, and convey unto Samuel Turner, his heirs and assigns, the following described shore lands of the second class, as defined by Chapter 255 of the Session Laws of 1927, situate in King County, Washington, to-wit:

All shore lands of the second class, owned by the State of Washington, situate in front of adjacent to or abutting upon that portion of lot 2, section 20, township 25 north, range 6 east, W. M. described

10335

Exhibit 24 at 2

as follows:

Beginning at a point on the east line of said lot 2, 569.64 feet south of the northeast corner thereof; thence west 221.58 feet; thence southwesterly at right angles to the center line of the Northern Pacific Railway 15.3 feet to the easterly margin of the right-of-way of said railway; thence southeasterly along said right of way 240.04 feet; thence east 87 feet to the east line of said lot 2, thence north 200 feet to said point of beginning.

The above portion of said lot has a frontage of 3.64 lineal chains, more or less, measured along the government meander line.

The above described lands are sold subject to all the provisions of Chapter 312 of the Session Laws of 1927, to which reference is hereby made, and which shall be as binding upon the grantee and any successor... in interest of said grantee as though set out at length herein.

"The grantor, hereby expressly saves, excepts and reserves out of the grant hereby made, unto itself, its successors and assigns forever, all oils, gases, coal, ores, minerals and fossils of every name, kind or description, and which may be in or upon said lands above described, or any part thereof, and the right to explore the same for such oil, gases, coal, ores, minerals and fossils, and it also hereby expressly saves and reserves out of the grant hereby made, unto itself, its successors and assigns forever, the right to enter by itself, its agents, attorneys and servants upon said lands or any part or parts thereof, at any and all times, for the purpose of opening, developing and working mines thereon, and taking out and removing therefrom all such oils, gases, coal, ores, minerals and fossils, and to that end it further expressly reserves out of the grant hereby made, unto itself, its successors and assigns forever, the right by its or their agents, servants and attorneys at any and all times to erect, construct, maintain and use all such buildings, machinery roads and railroads, sink such shafts, remove such soil, and to remain on said lands or any part thereof for the business of mining and to occupy as much of said land as may be necessary or convenient for the successful prosecution of such mining business hereby expressly reserving to itself, its successors and assigns, as aforesaid, generally all rights and powers in, to, and over said lands, whether herein expressed or not, reasonably necessary or convenient to render beneficial and efficient the complete enjoyment of the property and rights hereby expressly reserved"; Provided, That no rights shall be exercised under this reservation by the State its successors or assigns, until privision has been made by the State, its successors or assigns, to pay the owner of the land upon which the rights herein reserved to the State, its successors or assigns or sought to be exercised, full payment for all damages sustained by said owner, by reason of entering upon said land.

To Have and to Hold the said premises, with their appurtenances, unto the said Samuel Turner, his heirs and assigns forever.

Witness the Seal of the State, affixed this 3d day of December, A. D. 1928.

(State of Washington Seal)

App No 8710

Cont No

Roland H. Hartley, Governor.

Attest:

A. M. Kitto, Assistant Secretary of State

State Record of TideLand Deeds,

Volume 16, Page 286.

Filed for record at request of Clay Lawrence Sept 27, 1929 at 45 min past 1 P.M.

George A. Grant, County Auditor

DMS

####### 

Florence P. Fisher,

To

Eleanor Wotherspoon

THE GRANTOR, Florence P. Fisher, as her sole and separate property for and in consideration of Ten ($10.00) Dollars in hand paid, conveys and warrants to Eleanor Wotherspoon, the following described

Warranty Deed   10336

Exhibit 24 at 3