# PROPERTY HISTORY

Issued By:

**Fidelity National Title** ®
Insurance Company

Guarantee Number:

**611176345**

### FIDELITY NATIONAL TITLE INSURANCE COMPANY
a Florida corporation, herein called the Company

# GUARANTEES

the Assured named in Schedule A, against actual loss not exceeding the liability stated in Schedule A which the Assured shall sustain by reason of any incorrectness in the assurances set forth in Schedule A.

### LIABILITY EXCLUSIONS AND LIMITATIONS

1.  No guarantee is given nor liability assumed with respect to the identity of any party named or referred to in Schedule A or with respect to the validity, legal effect, or priority of any matter shown therein.

2.  The Company's liability hereunder shall be limited to the amount of actual loss sustained by the Assured because of reliance upon the assurance herein set forth, but in no event shall the Company's liability exceed the liability amount set forth above.

**Fidelity National Title Insurance Company**

By:

_____
President

**Fidelity National Title Company of Washington**
**3500 188th St. SW, Suite 300**
**Lynnwood, WA 98037**

Countersigned By:

Attest:

_____
Authorized Officer or Agent

SEAL

_____
Secretary

**PLEASE NOTE CAREFULLY THE LIABILITY EXCLUSIONS AND LIMITATIONS AND THE SPECIFIC ASSURANCES AFFORDED BY THIS GUARANTEE.  IF YOU WISH ADDITIONAL LIABILITY, OR ASSURANCES OTHER THAN AS CONTAINED HEREIN, PLEASE CONTACT THE COMPANY FOR FURTHER INFORMATION AS TO THE AVAILABILITY AND COST.**

Your Property History Guarantee is enclosed.

Ex. 3A-1

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**                    **GUARANTEE NO. 611176345**

| ISSUING OFFICE: |
|---|
| Title Officer:  Bill Fisher / Carlos Maxwell / Terry Sarver / Jason Black<br>Fidelity National Title Company of Washington<br>3500 188th St. SW, Suite 300<br>Lynnwood, WA 98037<br>Phone:  (425)771-3031<br>Main Phone:  (425)771-3031<br>Email:  Unit2@fnf.com |

## PROPERTY HISTORY GUARANTEE

| Total Liability Limited to | Fee | Tax |
|---|---|---|
| $50,000.00 | $900.00 | $93.60 |

Date of Report:  December 29, 2017 at 12:00 AM

A.  Assured:  Stephens & Klinge LLP

B.  The land described in this Guarantee is described as follows:

    **For APN/Parcel ID(s):  173870-0035-01**

    That portion of Government Lot 2 in Section 32, Township 25 North, Range 6 East, in King County, Washington, described as follows:

    Beginning at the intersection of a line of said Government Lot 2 with the southwesterly line of the Northern Pacific Railway right-of-way;
    Thence North 38° 00' 00" East along said right-of-way line 313.29 feet to the true point of beginning;
    Thence continuing North 38° 00' 00" East along said right-of-way line 75.00 feet;
    Thence North 52° 00' 00" West 230 feet more or less to the westerly line of said Government Lot 2;
    Thence southwesterly along said westerly line to a point which bears North 52°00' 00" West from the true point of beginning;
    Thence South 52° 00' 00 "East 230 feet more or less to the point of beginning;

    (ALSO KNOWN AS Tract 8 and the northeasterly 25 feet of Tract 7, Connell's Subdivision of Government Lot 2, according to the unrecorded plat thereof)

    TOGETHER WITH second class shorelands fronting thereon.

C.  At your request, Fidelity National Title Insurance Company, a Florida corporation has searched the public records of King, Washington, which by law impart constructive notice, for the documents shown below (hereinafter called "the Instruments"):

    Deeds, Real Estate Contracts and Leases

D.  At your request, the period of time searched is as follows:

    Beginning date:   May 7, 1887 at 12:00 AM
    Ending date:      December 29, 2017 at 12:00 AM

E.  The following matters are excluded from the search provided by this guarantee:

    1.  Unpatented mining claims, and patents

---

Ex. 3A-2

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**                    **GUARANTEE NO. 611176345**

(continued)

2.   Water rights, or claims thereof
3.   Instruments, proceedings or other matters which do not specifically describe said land.

This Guarantee is restricted to the use of the Assured.  This Guarantee is not a Commitment nor an obligation by the Company to issue any Policy or Policies of Title Insurance insuring said land, and is not to be used as a basis for closing any transaction affecting title to said property.

F.   The Instruments as defined in Paragraph C recorded during the period of time searched are:

1.       Document Type:      Deed
         1st Party:          Jim Yonderpump and Alice Yonderpump
         2nd Party:          Seattle Lake Shore and Eastern Railway Company
         Recording Date:     May 7, 1887
         Recording No.:      13453


2.       Document Type:      Deed
         1st Party:          Jim Zacuse and Alice Zacuse, husband and wife (formerly Alice Yonderpump, widow of Jim Yonderpump and sole heir)
         2nd Party:          George Clark and Tolle Anderson
         Recording Date:     November 20, 1911
         Recording No.:      778238


3.       Document Type:      Quit Claim Deed
         1st Party:          George Clark
         2nd Party:          Jessie Clark
         Recording Date:     July 27, 1920
         Recording No.:      1437669


4.       Document Type:      Deed
         1st Party:          State of Washington
         2nd Party:          George Clark and Tolle Anderson
         Recording Date:     August 2, 1920
         Recording No.:      1439890


5.       Document Type:      Patent
         1st Party:          The United States of America
         2nd Party:          Jim Yonderpump
         Dated:              December 4, 1884
         Recording Date:     August 25, 1920
         Recording No.:      1445492


6.       Document Type:      Contract
         1st Party:          Tolle Anderson and Christine Anderson, husband and wife and Jessie Clark
         2nd Party:          William A. Connell
         Recording Date:     September 21, 1920
         Recording No.:      1453305

Ex. 3A-3

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**                    **GUARANTEE NO. 611176345**

(continued)

7.    Document Type:    Warranty Deed
      1st Party:    Tolle Anderson and Christine Anderson, husband and wife and Jessie Clark, a widow
      2nd Party:    William A. Connell
      Recording Date:    August 8, 1923
      Recording No.:    1767525


8.    Document Type:    Warranty Deed
      1st Party:    Willis J. Connell, as his separate estate
      2nd Party:    Doris McCarty
      Recording Date:    July 17, 1956
      Recording No.:    4712061


9.    Document Type:    Statutory Warranty Deed
      1st Party:    Ray H. Patchin, personal representative of the Estate of Doris R. McCarty, deceased
      2nd Party:    Raymond C. Spencer and Lael S. Spencer, husband and wife
      Recording Date:    August 17, 1992
      Recording No.:    9208171392


\*\*\*\*\*\*\*\*END OF GUARANTEE LIST OF INSTRUMENTS\*\*\*\*\*\*\*\*\*\*\*

Note:  Any map furnished with this Guarantee is for convenience in locating the land indicated herein with reference to streets and other land.  No liability is assumed by reason of reliance thereon.

Note: This Property History Guaranteee does not include unrecorded deeds, real estate contracts or leases which may be disclosed by other documents of record.

# PROPERTY HISTORY

Issued By:

**Fidelity National Title®**
Insurance Company

| Guarantee Number: |
|---|
| **611176347** |

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**
a Florida corporation, herein called the Company

# GUARANTEES

the Assured named in Schedule A, against actual loss not exceeding the liability stated in Schedule A which the Assured shall sustain by reason of any incorrectness in the assurances set forth in Schedule A.

### LIABILITY EXCLUSIONS AND LIMITATIONS

1.  No guarantee is given nor liability assumed with respect to the identity of any party named or referred to in Schedule A or with respect to the validity, legal effect, or priority of any matter shown therein.

2.  The Company's liability hereunder shall be limited to the amount of actual loss sustained by the Assured because of reliance upon the assurance herein set forth, but in no event shall the Company's liability exceed the liability amount set forth above.

**Fidelity National Title Insurance Company**

By:

**Fidelity National Title Company of Washington**
**3500 188th St. SW, Suite 300**
**Lynnwood, WA 98037**

President

Countersigned By:

Attest:

_____
Authorized Officer or Agent

SEAL

_____
Secretary

**PLEASE NOTE CAREFULLY THE LIABILITY EXCLUSIONS AND LIMITATIONS AND THE SPECIFIC ASSURANCES AFFORDED BY THIS GUARANTEE.  IF YOU WISH ADDITIONAL LIABILITY, OR ASSURANCES OTHER THAN AS CONTAINED HEREIN, PLEASE CONTACT THE COMPANY FOR FURTHER INFORMATION AS TO THE AVAILABILITY AND COST.**

Your Property History Guarantee is enclosed.

Ex. 3B-1

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**    GUARANTEE NO. 611176347

| ISSUING OFFICE: |
|---|
| Title Officer:  Bill Fisher / Carlos Maxwell / Terry Sarver / Jason Black<br>Fidelity National Title Company of Washington<br>3500 188th St. SW, Suite 300<br>Lynnwood, WA 98037<br>Phone:  (425)771-3031<br>Main Phone:  (425)771-3031<br>Email:  Unit2@fnf.com |

## PROPERTY HISTORY GUARANTEE

| Total Liability Limited to | Fee | Tax |
|---|---|---|
| $50,000.00 | $900.00 | $93.60 |

Date of Report:  December 28, 2017 at 12:00 AM

A.  Assured:  Stephens & Klinge LLP

B.  The land described in this Guarantee is described as follows:

    SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

C.  At your request, Fidelity National Title Insurance Company, a Florida corporation has searched the public records of King, Washington, which by law impart constructive notice, for the documents shown below (hereinafter called "the Instruments"):

    Deeds, Real Estate Contracts and Leases

D.  At your request, the period of time searched is as follows:

    Beginning date:  May 7, 1887 at 12:00 AM
    Ending date:  December 28, 2017 at 12:00 AM

E.  The following matters are excluded from the search provided by this guarantee:

    1.  Unpatented mining claims, and patents
    2.  Water rights, or claims thereof
    3.  Instruments, proceedings or other matters which do not specifically describe said land.

This Guarantee is restricted to the use of the Assured.  This Guarantee is not a Commitment nor an obligation by the Company to issue any Policy or Policies of Title Insurance insuring said land, and is not to be used as a basis for closing any transaction affecting title to said property.

F.  The Instruments as defined in Paragraph C recorded during the period of time searched are:

    1.        Document Type:    Deed
            1st Party:    Jim Yonderpump and Alice Yonderpump
            2nd Party:    Seattle Lake Shore and Eastern Railway Company
            Recording Date:    May 7, 1887
            Recording No.:    13453

Ex. 3B-2

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**                    **GUARANTEE NO. 611176347**

(continued)

2.    Document Type:        Deed
      1st Party:            Jim Zacuse and Alice Zacuse, husband and wife (formerly Alice Yonderpump, widow of Jim Yonderpump and sole heir)
      2nd Party:            George Clark and Tolle Anderson
      Recording Date:       November 20, 1911
      Recording No.:        778238


3.    Document Type:        Quit Claim Deed
      1st Party:            George Clark
      2nd Party:            Jessie Clark
      Recording Date:       July 27, 1920
      Recording No.:        1437669


4.    Document Type:        Deed
      1st Party:            State of Washington
      2nd Party:            George Clark and Tolle Anderson
      Recording Date:       August 2, 1920
      Recording No.:        1439890


5.    Document Type:        Patent
      1st Party:            The United States of America
      2nd Party:            Jim Yonderpump
      Dated:                December 4, 1884
      Recording Date:       August 25, 1920
      Recording No.:        1445492


6.    Document Type:        Contract
      1st Party:            Tolle Anderson and Christine Anderson, husband and wife and Jessie Clark
      2nd Party:            William A. Connell
      Recording Date:       September 21, 1920
      Recording No.:        1453305


7.    Document Type:        Warranty Deed
      1st Party:            Tolle Anderson and Christine Anderson, husband and wife and Jessie Clark, a widow
      2nd Party:            William A. Connell
      Recording Date:       August 8, 1923
      Recording No.:        1767525


8.    Document Type:        Real Estate Contract
      1st Party:            Willis J. Connell, in his sole and separate right
      2nd Party:            M. J. Fohn
      Recording Date:       February 14, 1931
      Recording No.:        2656995

Ex. 3B-3

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**          **GUARANTEE NO. 611176347**

(continued)

9.  Document Type:   Warranty Deed
    1st Party:       Willis J. Connell
    2nd Party:       Ethel C. Berry and the heirs and devisees of Clarence R. Berry, deceased
    Recording Date:  November 18, 1931
    Recording No.:   2699313


10. Document Type:   Warranty Deed
    1st Party:       Harry J. Stith and Rachel L. Stith, husband and wife
    2nd Party:       Fohn Investment Company, a Washington corporation
    Recording Date:  November 28, 1931
    Recording No.:   2700626


11. Document Type:   Warranty Deed
    1st Party:       Ethel C. Berry, individual and as Executrix of the Estate of the Last Will of Clarence R. Berry, deceased
    2nd Party:       Fohn Investment Company, a Washington corporation
    Recording Date:  November 28, 1931
    Recording No.:   2700627


12. Document Type:   Warranty Deed
    1st Party:       Willis J Connell, as his sole and separate property
    2nd Party:       Fohn Investment Co., a Washington corporation
    Recording Date:  February 11, 1933
    Recording No.:   2749558


13. Document Type:   Quit Claim Deed
    1st Party:       M J Fohn
    2nd Party:       Fohn Investment Co., a corporation
    Recording Date:  February 11, 1933
    Recording No.:   2749559


14. Document Type:   Real Estate Contract
    1st Party:       Fohn Investment Company, a Washington corporation
    2nd Party:       Lewis J Bailey
    Recording Date:  May 19, 1941
    Record No.:      3165785

15. Document Type:   Warranty Deed
    1st Party:       Fohn Investment Company, a corporation of Washington
    2nd Party:       Lewis J. Bailey
    Recording Date:  September 18, 1941
    Recording No.:   3191538

Printed: 01.09.18 @ 08:50 AM
WA-FT-FTMA-01530.610051-SPS-1-17-611176347

Ex. 3B-4

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**　　　　　　**GUARANTEE NO. 611176347**

(continued)

16.　Document Type:　　Quit Claim Deed
　　　1st Party:　　　　Fohn Investment Company, a corporation
　　　2nd Party:　　　　M. J. Fohn, a widower
　　　Recording Date:　April 24, 1944
　　　Recording No.:　　3382366


17.　Document Type:　　Warranty Deed
　　　1st Party:　　　　M J Fohn, a widower
　　　2nd Party:　　　　Lewis J. Bailey
　　　Recording Date:　February 15, 1945
　　　Recording No.:　　3448375


18.　Document Type:　　Statutory Warranty Deed
　　　1st Party:　　　　Lewis J. Bailey and Gertrude Bailey, husband and wife
　　　2nd Party:　　　　Harold G. Dargitz and Josephine Dargitz, husband and wife
　　　Recording Date:　March 10, 1964
　　　Recording No.:　　5708615


19.　Document Type:　　Real Estate Contract
　　　1st Party:　　　　Harold G. Dargitz and Josephine Dargitz, husband and wife
　　　2nd Party:　　　　Alan N. Sjolander and Judy C. Sjolander, his wife, an undivided one-half interest and Jack A. Dargitz and Margaret E. Dargitz his wife, as to an undivided one-half interest, as tenants in common
　　　Recording Date:　December 7, 1972
　　　Recording No.:　　7212070431


20.　Document Type:　　Warranty Fulfillment Deed
　　　1st Party:　　　　Harold G. Dargitz and Josephine Dargitz, husband and wife
　　　2nd Party:　　　　Alan N. Sjolander and Judy C. Sjolander, his wife, an undivided one-half interest and Jack A. Dargitz and Margaret E. Dargitz his wife, as to an undivided one-half interest, as tenants in common
　　　Recording Date:　August　　5, 1983
　　　Recording No.:　　8308050241

21.　Document Type:　　Statutory Warranty Deed
　　　1st Party:　　　　Harold G. Dargitz, an unmarried man; Alan N. Sjolander & Judy C. Sjolander , his wife; Jack A. Dargitz & Margaret E. Dargitz, husband and wife, as their interest may appear
　　　2nd Party:　　　　John M. Rossi and Carolyn S. Rossi, husband and wife
　　　Recording Date:　July 20, 1983
　　　Recording No.:　　8307200642


******END OF GUARANTEE LIST OF INSTRUMENTS******


Note: This Property History Guarantee does not include unrecorded deeds, real estate contracts or leases which may be disclosed by other documents of record.

Note:  Any map furnished with this Guarantee is for convenience in locating the land indicated herein with reference to streets and other land.  No liability is assumed by reason of reliance thereon.

Ex. 3B-5

# EXHIBIT "A"
Legal Description

**For APN/Parcel ID(s):     173870-0130-05**

That portion of Government Lot 2, Section 32, Township 25 North, Range 6 East, W.M., in King County, Washington, described as follows:
Beginning at the intersection of the Southerly line of said Government Lot with the Westerly line of the right of way of the Northern Pacific Railway Company and running thence Northerly along said Westerly line 1238.29 feet to the true point of beginning;
THENCE Northerly along said Westerly line 62 feet;
THENCE North 52°00'00" West 43 feet;
THENCE Northeasterly at right angles 13 feet;
THENCE North 52°00'00" West to the Westerly line of said Government Lot;
THENCE Southerly along said Westerly line to a point from which the true point of beginning bears South 52°00'00" East;
THENCE South 52°00'00" East 210 feet, more or less, to the true point of beginning;

TOGETHER WITH second class shorelands adjoining.

(ALSO KNOWN AS Tract 26, and a portion of Tract 27, WILLIS J CONNELL'S SUBDIVISION, according to the unrecorded plat thereof; TOGETHER WITH second class shorelands adjoining.)

# PROPERTY HISTORY

Issued By:

**Fidelity National Title®**
Insurance Company

Guarantee Number:

**611176346**

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**
a Florida corporation, herein called the Company

# GUARANTEES

the Assured named in Schedule A, against actual loss not exceeding the liability stated in Schedule A which the Assured shall sustain by reason of any incorrectness in the assurances set forth in Schedule A.

### LIABILITY EXCLUSIONS AND LIMITATIONS

1.  No guarantee is given nor liability assumed with respect to the identity of any party named or referred to in Schedule A or with respect to the validity, legal effect, or priority of any matter shown therein.

2.  The Company's liability hereunder shall be limited to the amount of actual loss sustained by the Assured because of reliance upon the assurance herein set forth, but in no event shall the Company's liability exceed the liability amount set forth above.

**Fidelity National Title Insurance Company**

By:

**Fidelity National Title Company of Washington**
**3500 188th St. SW, Suite 300**
**Lynnwood, WA 98037**

_____
President

Countersigned By:

Attest:

SEAL

_____
Authorized Officer or Agent

_____
Secretary

**PLEASE NOTE CAREFULLY THE LIABILITY EXCLUSIONS AND LIMITATIONS AND THE SPECIFIC ASSURANCES AFFORDED BY THIS GUARANTEE. IF YOU WISH ADDITIONAL LIABILITY, OR ASSURANCES OTHER THAN AS CONTAINED HEREIN, PLEASE CONTACT THE COMPANY FOR FURTHER INFORMATION AS TO THE AVAILABILITY AND COST.**

Your Property History Guarantee is enclosed.

Ex. 3C-1

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**                    **GUARANTEE NO. 611176346**

| ISSUING OFFICE: |
|---|
| Title Officer:  Bill Fisher / Carlos Maxwell / Terry Sarver / Jason Black<br>Fidelity National Title Company of Washington<br>3500 188th St. SW, Suite 300<br>Lynnwood, WA 98037<br>Phone:  (425)771-3031<br>Main Phone:  (425)771-3031<br>Email:  Unit2@fnf.com |

## PROPERTY HISTORY GUARANTEE

| Total Liability Limited to | Fee | Tax |
|---|---|---|
| $50,000.00 | $900.00 | $93.60 |

Date of Report:  December 28, 2017 at 12:00 AM

A.  Assured:  Stephens & Klinge, LLP

B.  The land described in this Guarantee is described as follows:

       SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

C.  At your request, Fidelity National Title Insurance Company, a Florida corporation has searched the public records of King, Washington, which by law impart constructive notice, for the documents shown below (hereinafter called "the Instruments"):

       Deeds, Real Estate Contracts and Leases

D.  At your request, the period of time searched is as follows:

       Beginning date:    May 7, 1887 at 12:00 AM
       Ending date:       December 28, 2017 at 12:00 AM

E.  The following matters are excluded from the search provided by this guarantee:

      1.  Unpatented mining claims, and patents
      2.  Water rights, or claims thereof
      3.  Instruments, proceedings or other matters which do not specifically describe said land.

      This Guarantee is restricted to the use of the Assured.  This Guarantee is not a Commitment nor an obligation by the Company to issue any Policy or Policies of Title Insurance insuring said land, and is not to be used as a basis for closing any transaction affecting title to said property.

F.  The Instruments as defined in Paragraph C recorded during the period of time searched are:

      1.       Document Type:    Deed
                 1st Party:          Jim Yonderpump and Alice Yonderpump
                 2nd Party:        Seattle Lake Shore and Eastern Railway Company
                 Recording Date:   May 7, 1887
                 Recording No.:    13453

Ex. 3C-2

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**                    **GUARANTEE NO. 611176346**

(continued)

2.      Document Type:      Deed
        1st Party:          Jim Zacuse and Alice Zacuse, husband and wife (formerly Alice Yonderpump, widow of Jim Yonderpump and sole heir)
        2nd Party:          George Clark and Tolle Anderson
        Recording Date:     November 20, 1911
        Recording No.:      778238


3.      Document Type:      Deed
        1st Party:          State of Washington
        2nd Party:          George Clark and Tolle Anderson
        Recording Date:     August 2, 1920
        Recording No.:      1439890


4.      Document Type:      Quit Claim Deed
        1st Party:          George Clark
        2nd Party:          Jessie Clark
        Recording Date:     July 27, 1920
        Recording No.:      1437669


5.      Document Type:      Patent
        1st Party:          The United States of America
        2nd Party:          Jim Yonderpump
        Dated:              December 4, 1884
        Recording Date:     August 25, 1920
        Recording No.:      1445492


6.      Document Type:      Contract
        1st Party:          Tolle Anderson and Christine Anderson, husband and wife and Jessie Clark
        2nd Party:          William A. Connell
        Recording Date:     September 21, 1920
        Recording No.:      1453305


7.      Document Type:      Warranty Deed
        1st Party:          Tolle Anderson and Christine Anderson, husband and wife and Jessie Clark, a widow
        2nd Party:          William A. Connell
        Recording Date:     August 8, 1923
        Recording No.:      1767525


8.      Document Type:      Deed
        1st Party:          Willis J Connell
        2nd Party:          A. F. Ebken
        Recording Date:     August 11, 1937
        Recording No.:      2959705

Ex. 3C-3

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**          **GUARANTEE NO. 611176346**

(continued)

9.   Document Type:    Warranty Deed
     1st Party:         Willis J. Connell and Etta Connell, husband and wife
     2nd Party:         John J. Nelson and Margaret E. Nelson, husband and wife
     Recording Date:    January 27, 1940
     Recording No.:     3083577

10.  Document Type:    Warranty Deed
     1st Party:         John J. Nelson and Margaret E. Nelson, husband and wife
     2nd Party:         A. F. Ebken
     Recording Date:    August 3, 1942
     Recording No.:     3255917

11.  Document Type:    Contract
     1st Party:         A. F. Ebken and Myrtle M. Ebken, husband and wife
     2nd Party:         Forrest A. Gyger and Madeline Gyger, husband and wife
     Recording Date:    September 15, 1952
     Recording No.:     4271815

12.  Document Type:    Statutory Warranty Deed
     1st Party:         A. F. Ebken and Myrtle M. Ebken, his wife on the date of acquiring title to the within
     described Real Estate and at all times since
     2nd Party:         Forrest A. Gyger and Madeline Gyger, his wife
     Recording Date:    July 29, 1960
     Recording No.:     5186608

13.  Document Type:    Statutory Warranty Deed
     1st Party:         Ilene Ebken Smith, in her individual capacity, for and in consideration of payment of the
     balance of $1,2572.97 as the balance owing upon the following real estate, distributed to the grantor by decree
     of October 30,1958, Cause Number 146659, Superior Court of the State of Washington for King County
     2nd Party:         Forrest A. Gyger and Madeline Gyger, his wife
     Recording Date:    September 8, 1960
     Recording No.:     5199451

14.  Document Type:    Real Estate Contract
     1st Party:         Forrest A. Gyger and Madeline Gyger, his wife
     2nd Party:         R. A. Henning and N. Eloise Henning, his wife
     Recording Date:    September 16, 1960
     Recording No.:     5202355

15.  Document Type:    Statutory Warranty Deed
     1st Party:         Forrest A. Gyger and Madeline Gyger, his wife
     2nd Party:         R. A. Henning and N. Eloise Henning, his wife
     Recording Date:    February 8, 1972
     Recording No.:     720208460

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**          **GUARANTEE NO. 611176346**

(continued)

16.   Document Type:      Statutory Warranty Deed
      1st Party:          R. A. Henning and N. Eloise Henning, his wife
      2nd Party:          Reid E. Brockway and Susan M. Brockway, his wife
      Recording Date:     March 26, 1973
      Recording No.:      7303260236


********END OF GUARANTEE LIST OF INSTRUMENTS***********


Note: This Property History Guaranteee does not include unrecorded deeds, real estate contracts or leases which may be disclosed by other documents of record.


Note:  Any map furnished with this Guarantee is for convenience in locating the land indicated herein with reference to streets and other land.  No liability is assumed by reason of reliance thereon.

# EXHIBIT "A"
Legal Description

**For APN/Parcel ID(s):    173870-0080-05**

Beginning at the intersection of the South line of Government Lot 2, Section 32, Township 25 North, Range 6 east, W.M., in King County, Washington, with the Westerly line of the Northern Pacific Railway right of way;
Thence along said right of way line North 38° 00' East 738.29 feet to the true point of beginning;
Thence North 38°00' East 75 feet;
Thence North 52°00' West 225 feet, more or less, to the Westerly line of said Government Lot 2;
Thence Southwesterly along said lot line to a point which bears North 52° 00' West from the true point of beginning;
Thence South 52° 00' East 220 feet, more or less, to the place of beginning;


(Being known as Tract 16 and the South half of Tract 17, Willis J. Connell's Subdivision, according to the unrecorded plat thereof; together with second class shore lands running thereon).

34728-ng
1435349

D Fld Jul 16-20    3-12
Jan 27- 1919    $1200 $1.50 irs x
Alice Zacuse, an unmd woman of Monohan, k c w
        to W Baron Cook of k c w
  fp ay and q c to sp all int in the folg re est

lot 2, insec 32, twp 25 n r 6 e w m less the E 20   acres
thef, incl shorelands of 2nd cls as adjacent to and in front
thef; sitin k c w
wits E S Osborne Jr
Wm Brown                        her
                    Alice Zacuse sl
                        mark
KCW Jan 27-19, by Alice Za cuse, bef H S Head, n p for wn res
at Redmond W S  Dec 11-22
re rec of 1276686, in  ol 1042, of d pg 377 to correct
descp
Mail Sp      Monohan wn
                    + + +

Ex. 3D-1

D Jul 16-20                        3-12                        1435350
Dec 29-19  $10.  $1.50 1rsx
F.Baron Cook and Eva Cook, hw of s kcw
   to Tolle Anderson and Christine Anderson, hw and Jessie
Clarke a widow of kcw
Fp cy and qc to sp all int in the fol des r e

Lot 2 in Sec 32 Tp 25 N of R 5 E W.M. less the N 20 ac thof
inc shorelands of second class adjacent to and in front thof
sit in kc sw                     W.Baron Cook   51
                                 Eva Cook       51
kcw Dec 29-19 by W.Baron Cook and Eva Cook, hw bef Edward R.Taylor
np for sw res at s ns Jul 31-20
(Re-record of 1376785 Vol 1C93 D 58
(Ml T.Anderson, Issaquah, Wash Box 104)
                            - - -

Connell's Sub. of Gov Lot 2

S A M M A M I S H   L A K E

⑥

SEC. 32. TWP. 25. N. R. 6. E.

LOT 2

Scale 100" = 1"

Mar. 1927    Hudson.

N.

Ex. 3F-1



Willis J. Connell's
Subdivision of Gov. Lot 2
Sec. 32 - 25 - 6
Scale 1" = 100'
Mar. 1927  J. Hudson

This Space Reserved For Recorder's Use:

Filed for Record at Request of
Highberg-Parks Escrow, Inc.

AFTER RECORDING MAIL TO:

Name ___Raymond C. Spencer_____

Address ___133 East Lake Sammamish Parkway___

City, State, Zip ___Redmond, WA 98052___

Escrow number: 21819

## Statutory Warranty Deed

**THE GRANTOR** RAY H. PATCHIN, personal representative of the Estate of Doris R. McCarty, deceased

for and in consideration of TEN DOLLARS AND OTHER GOOD AND VALUABLE CONSIDERATION

in hand paid, conveys and warrants to RAYMOND C. SPENCER and LAEL S. SPENCER, husband and wife

the following described real estate, situated in the County of    King    , State of Washington:
    see attached legal description

SUBJECT TO:
Assessment levied by Sammamish Plateau Sewer District, L.I.D. No. S-10 which the grantor
            herein agrees to pay in full upon payment in full of the Deed of Trust
            recorded herewith.
Railroad right of way separating our property from E. Lake Sammamish Parkway NE.
Reservations contained in deed under recording number 1439890.
Easements under recording numbers 2628804 and 4712061.
Grinder Pump Service Agreement under recording number 9204150651.
Right of the general public to the unrestricted use of navigable waters and the portion
            of the premises subject to submergence by the waterways for navigational
            recreational purposes.
Any restrictions of the use of the land resulting from the rights of the public or riparian
            owners to use any waters which may cover or may formerly have covered
            the land.
Rights of the United States and State of Washington to regulate the use or occupancy of that
            portion of·the premises lying below the line of the mean high tide.
Lateral boundary issues regarding second class tidelands and shorelands.

Dated this        22        day of July    .  1992

By _____   By _____

By _Ray H. Patchin_____   By _____
Ray Patchin, personal representative for the Estate of Doris Ruth McCarty

STATE OF_____  }  ss

State of Washington    )
                       ) ss.
County of King         )

I certify that _RAY H. PATCHIN_____ is the person who appeared before me,
and said person acknowledged that HE SHE signed this instrument, on oath stated
that HE SHE was authorized to execute the instrument and acknowledged it as the
_PERSONAL REPRESENTATIVE_ of _ESTATE OF DORIS McCARTY, DECEASED_
to be the free and voluntary act of such party for the uses and purposes mentioned
in the instrument.

Dated: 8/14/92

_Michelle Stolen_
Notary Public in and for the State of
Washington residing in Bellevue
My commission expires: 10/27/95

Ex. 3H-1

CLTIC NO.: H706459

EXHIBIT "A-1"

That portion of Government Lot 2 in Section 32, Township 25 North, Range 6 East, in King County, Washington, described as follows:

Beginning at the intersection of a line of said Government Lot 2 with the southwesterly line of the Northern Pacific Railway right-of-way; thence north 38 degrees 00 minutes 00 seconds east along said right-of-way line 313.29 feet to the true point of beginning; thence continuing north 38 degrees 00 minutes 00 seconds east along said right-of-way line 75.00 feet; thence north 52 degrees 00 minutes 00 seconds west 230 feet more or less to the westerly line of said Government Lot 2; thence southwesterly along said westerly line to a point which bears north 52 degrees 00 minutes 00 seconds west from the true point of beginning; thence south 52 degrees 00 minutes 00 seconds east 230 feet more or less to the point of beginning;

(ALSO KNOWN AS Tract 8 and the northeasterly 25 feet of Tract 7, Connell's Subdivision of Government Lot 2, according to the unrecorded plat thereof.)

TOGETHER WITH second class shorelands fronting thereon.

END OF EXHIBIT "A-1"

NUTICE: IF THE DUCUMENI IN THIS FRAME IS LESS CLEAR THAN THIS NOTICE, IT IS DUE TO THE QUALITY OF THE DOCUMENT

9208171392

**TICOR TITLE INSURANCE**

THIS SPACE RESERVED FOR RECORDER'S USE:

REVENUE STAMPS

RECORDED THIS DAY

Filed for Record at Request of

JUL 20  10 16 AM '83

BY THE DIVISION OF
RECORDS & ELECTIONS
KING COUNTY

AFTER RECORDING MAIL TO:

TICOR TITLE INSURANCE COMPANY

719 SECOND AVENUE

SEATTLE, WA 98104

308410-CM

KING COUNTY
EXCISE TAX PAID
JUL 20 1983
E0731896

#0642   E
5.00
****5.00
22

308 410-0

$203.50

830720064.2

FORM L58

## Statutory Warranty Deed

THE GRANTOR   HAROLD G. DARGITZ, an unmarried individual; ALAN N. SJOLANDER
& JUDY C. SJOLANDER, his wife; JACK A DARGITZ & MARGARET E. DARGITZ, husband
and wife; as their interest may appear
for and in consideration of   TEN and NO/100 DOLLARS and other good and valuable
consideration

in hand paid, conveys and warrants to   JOHN M. ROSSI and CAROLYN S. ROSSI, husband and wife

the following described real estate, situated in the County of   KING   , State of
Washington:

LEGAL DESCRIPTION ON ATTACHED RIDER WHICH BY THIS REFERENCE MADE A PART HEREOF.

SUBJECT TO:  Easements of record

Exceptions and reservations contained in deed from STate of Washington, as
recorded under Auditor's File No. 965278

Covenants, conditions and restrictions contained in instrument under Auditor's
File No. 2700627 and 2749558

STATE OF Washington   Conveyance
Tax

DEPT OF JUL20'83
REVENUE   203.50

Dated this        13th        day of   July, 1983

Jack A Dargitz

Margaret E Dargitz

STATE OF WASHINGTON,

County of    KING    } ss.

X  HAROLD G. DARGITZ   (SEAL)

Alan N Sjolander X   (SEAL)

Judy C Sjolander

On this day personally appeared before me   HAROLD G. DARGITZ, Alan N Sjolander, Judy C
Sjolander, Jack A Dargitz, Margaret E Dargitz

to me known to be the individual described in and who executed the within and foregoing instrument, and
acknowledged that he/she/they signed the same as his/her/their free and voluntary act and deed, for the
uses and purposes therein mentioned.

GIVEN under my hand and official seal this   15   day of   July 1983

Notary Public in and for the State of Washington,
residing at

That portion of Government Lot 2, Section 32, Township 25 North, Range 6
East, W.M., in King County, Washington, described as follows:

Beginning at the intersection of the southerly line of said Government
Lot with the westerly line of the right-of-way of the Northern Pacific
Railway Company and running thence northerly along said westerly line
1238.29 feet to the true point of beginning; thence northerly along
said westerly line 62 feet; thence North 52° 00' 00" West 43 feet;
thence northeasterly at right angles 13 feet; thence North 52°00' 00"
West to the westerly line of said Government Lot; thence southerly
along said westerly line to a point from which the true point of begin-
ning bears South 52° 00' 00" east; thence South 52.°00' 00" East 210
feet, more or less, to the true point of beginning.

Together with second class shorelands adjoining.

(Also known as Tract 26 and a portion of Tract 27, Willis J. Connell's
Subdivision, according to the unrecorded plat thereof; together with
second class shorelands adjoining.)

8307200642

Ex. 3I-2



**First American Title**
INSURANCE COMPANY

Filed for Record at Request of

Name ...Trans-Pacific Escrow, Inc.....

Address ...1021 - 112th N.E..........

City and State ...Bellevue, Washington......

730326C236

THIS SPACE RESERVED FOR RECORDER'S USE
RECORDED

............................ REQUEST OF

1973 MAR 26 AM 8 00

RECORDS &
ELECTIONS - KING CO. WN.
.............. DEPUTY

FILED for Record at Request of
FIRST AMERICAN TITLE
1000-2nd Avenue
Seattle, Washington 98104

FILED for Record at Request of

## Statutory Warranty Deed

THE GRANTOR R. A. HENNIG and V. ELOISE HENNIG, his wife

for and in consideration of TEN and NO/100 DOLLARS ($10.00) AND OTHER GOOD AND VALUABLE
  CONSIDERATION
in hand paid, conveys and warrants to REID E. BROCKWAY and SUSAN M. BROCKWAY, his wife

the following described real estate, situated in the County of      KING                      , State of
Washington:

BEGINNING AT THE INTERSECTION OF THE SOUTH LINE OF GOVERNMENT LOT 2, SECTION 32,
TOWNSHIP 25 NORTH, RANGE 6 EAST, W.M., IN KING COUNTY, WASHINGTON, WITH THE WESTERLY
LINE OF THE NORTHERN PACIFIC RAILWAY RIGHT OF WAY; THENCE ALONG SAID RIGHT OF WAY
LINE NORTH 38°00' EAST 738.29 FEET TO THE TRUE PLACE OF BEGINNING; THENCE NORTH 38°
00' EAST 75 FEET; THENCE NORTH 52°00' WEST 225 FEET, MORE OR LESS, TO THE WESTERLY
LINE OF SAID GOVERNMENT LOT 2; THENCE SOUTHWESTERLY ALONG SAID LOT LINE TO A POINT
WHICH BEARS NORTH 52°00' WEST FROM THE TRUE PLACE OF BEGINNING; THENCE SOUTH 52°00'
EAST 220 FEET, MORE OR LESS, TO THE PLACE OF BEGINNING.

(BEING KNOWN AS TRACT 16 AND THE SOUTH HALF OF TRACT 17, WILLIS J. CONNELL'S SUB-
DIVISION, ACCORDING TO THE UNRECORDED PLAT THEREOF; SUBJECT TO A ROADWAY OVER THE
SOUTHEASTERLY 15 FEET THEREOF; TOGETHER WITH SECOND CLASS SHORE LANDS RUNNING
THEREON.)



Washington
Tax
$23.50

Dated this      15th      day of      MARCH      , 19 73

R. A. Hennig ........(SEAL)

V. Eloise Hennig ........(SEAL)

STATE OF WASHINGTON, }
                       } ss.
County of   KING

On this day personally appeared before me

...................known to be the individual s described in and who executed the within and foregoing instrument, and
.........................that     they     signed the same as     their     free and voluntary act and deed, for the
uses and purposes therein mentioned.

GIVEN under my hand and official seal this   15th   day of   MARCH   , 1973

...................................
Notary Public in and for the State of Washington,
residing at Bellevue

WA-26

Ex. 3J-1

2829540

THE GRANTORS, LOTTA M. EBRIGHT and FRANK R. EBRIGHT,
in consideration of the sum of SIXTY-FIVE HUNDRED and
NO/100 DOLLARS ($6500.00), in hand paid, convey and warrant
the following described real estate:

That certain portion of government lot three (3),
section thirty-two (32), township twenty-five (25)
north, range six (6) east, W. M., described as follows:

Beginning at the center of said section 32; thence
north along the north and south quarter line of said
section 200 feet, more or less, to a point 90 feet
south of the southeast corner of the northeast quarter
of the northeast quarter of the southwest quarter of
said section, said point being the southeast corner
of a tract of land conveyed to Lotta M. Ebright by
deed recorded in volume 513 of deeds, page 547, under
auditor's file No. 420556, records of said county;
thence west along the south line of said Ebright tract,
1320 feet, more or less, to the west line of the north-
east quarter of the southwest quarter of said section;
thence continuing along the said south line of the
Ebright tract, north 80° 57' west 441 feet, more or
less, to a point in the meander line 20 feet south of
the south line of the north half of the said northeast
quarter of the southwest quarter extended west to the
meander line, said point being the southwest corner of
the said Ebright tract and the true point of beginning
of this description; thence south 80° 57' east along
the south line of Ebright tract, to the northwesterly
line of the right of way of the Northern Pacific Railway;
thence northeasterly along said northwesterly line;
10 feet; thence northwesterly along a line at right
angles to said right of way line to an intersection with
the meander line; thence southwesterly along said mean-
line to the true point of beginning;

TOGETHER with shore lands of the second class ad-
joining thereon.

That certain portion of the northeast quarter of the
southwest quarter and of government lot 3, section 32,
ship 25 north, range 6 east, W. M., described as follows:

Beginning at the center of said section 32; thence
west along the east and west center line of said section,
1320 feet, more or less, to a point in the meander line
of said point, being the northwest corner of a tract of
land conveyed to Lotta M. Ebright by deed recorded in
volume 513 of deeds, page 547, under auditor's file No.
420556, records of said county, and the true point of
beginning of this description; thence east along said
east and west center line to an intersection with the
northwesterly line of the right of way of the Northern
Pacific Railway Company; thence southwesterly along said
northwesterly line 262.00 feet; thence northwesterly along
a line at right angles to said right of way line to an
intersection with the meander line; thence northeasterly

-1-

Ex. 3K-1

Vol 1603 319

along said meander line to the true point of beginning.

together with shore lands of the second class adjacent.

...

... pipeline runs across the premises
... supply located on Tract Eighteen (18)
... shore, Water Front and Acre Tracts, in
... which said pipeline supplies water to Lots
... eleven (11), inclusive, of said unrecorded plat.
... being run to the barn and milk house through
... inch pipe connected onto a three inch line running
... described premises. The Grantee shall have
... continue to use water for the barn and milk house ...
... pipes during the life of the existing pipes but
... no obligation on the part of the Grantors to keep
... such pipeline.
... one of the property conveyed shall be used for resort
... this restriction refers to installing concept
... such as arbor garden, dance hall, store, op similar
... It is understood that the Grantee is not to be ...
... in the erection of cottages, either for his own use
... other persons.
... not included in this conveyance a strip of...
... side along the north side of the land said
... this foot strip is reserved for the benefit of
... all persons who may become owners of Lots
... eleven (11), inclusive, of the unrecorded plat here-
... to for the purpose of going to and from the said
... supply system and the property on which said water supply
... and for the purpose of ingress and egress, and the
... hereby grant to the Grantee an easement to use said strip
... purpose of ingress and egress.
... this 8th day of November, 1934.

Lotta M. Ebright

Frank R. Ebright

Ex. 3K-3



THE GRANTOR E. CHARLES KUHNERT and FRIEDA KUHNERT, Husband and Wife

............... TEN ($10.00) ...............

............... BRUCE JENNINGS ...............

............... that certain portion of the Northeast quarter (NE¼) of the
........ quarter (SE¼) and of Government Lot three (3), Section thirty-two (32)
...... twenty-five (25) North, Range six (6), East W. M., King County, State of Wash......
......... described as follows:
............... Beginning at the Center of said Section thirty-two (32)
...... run along the East and West center line of said Section, 1,346 feet, more or
....... to intersect the meander line ...... said point being the Northwest corner of a
tract to Lottie M. Ebright by deed recorded in Volume 513 of deeds, page six ...
under File No. 420554, records of said .......... county, and the true point of beginning
.......... thence East along said East and West center line to an intersection ........
....... of the right of way of the Northern Pacific Railway Company .......
....... along said Northwesterly line 282.99 .... feet; thence Northwesterly along ...
........ of said right of way line to an intersection with the meander line; thence
....... along said meander line to the true point of beginning; TOGETHER with sho...
.......... land abutting thereon.
............... Subject, however, to ............... reservations and res......



KING
State of Washington
......... JUNE ......... 1936

............... Charles Kuhnert (Seal)
............... Frieda Kuhnert (Seal)

State of Washington

......... JUNE ......... 193...
... the undersigned,
...... duly commissioned and sworn, personally came
CHARLES KUHNERT and FRIEDA KUHNERT, Husband and Wife
........................... known to be the individual.....
....... executed the ...... instruments, and acknowledged ...... to me that ...... they ......... signed and sealed ...
............... as ...... free and ...... act and deed for the uses and purposes therein mentioned.
............... hand and seal ...... day and year in this certificate ...... above written.

L. Cristoph...
Notary Public in and for the State of Wa......
......... at SEATTLE ......

VOL **2129** PAGE **611**

3308201

**WARRANTY DEED**

THE GRANTOR, Bessie Jennings, an unremarried widow, of
Seattle, Washington, for and in consideration of the sum of ONE
DOLLAR ($1.00) and other good and valuable consideration in hand paid,
conveys and warrants to Guy E. Peterman and Elizabeth M. Peterman,
husband and wife, as co-owners, of Seattle, Washington, the following
described real estate, towit:

That portion of Government Lot three (3) and of the
northeast quarter of the southwest quarter (NE¼SW¼)
of Section thirty-two (32), Township twenty-five (25)
North, Range Six (6) East, W.M., described as follows:

Beginning at the intersection of the westerly line of
the Northern Pacific Railway Company's right of way
with the east and west center line of said section;
thence along said right of way line south 38 degrees
five minutes and thirty-seven seconds west 222.89 feet;
thence north fifty-one degrees fifty-four minutes and
23 seconds west 190 feet, more or less, to the westerly
line of said Government lot; thence northeasterly along
said lot line to the northwest corner thereof; thence
easterly along said lot line to the point of beginning;

TOGETHER with second class shore lands of Lake Sammamish
fronting thereon, with the appurtenances,

situate in the County of King, State of Washington.

The Grantor specifically excepts from the warranties
implied herein all liens, charges and encumbrances on said premises
originating after July 22, 1942, other than liens thereon created
by the Grantor.

DATED this 29 day of April, 1943.

Bessie Jennings

STATE OF WASHINGTON )
                    : ss.
County of King      )

On this day personally appeared before me Bessie Jennings,
to be known to be the individual described in and who executed
the within and foregoing instrument, and acknowledged that she signed
the same as her free and voluntary act and deed, for the uses and
purposes therein mentioned.

Given under my hand and official seal this 29ᵗʰ day of
April, 1943.

NOTARY PUBLIC in and for the State of
Washington, residing at Seattle,
Washington.

ROBERT A. MORRIS, County Auditor