vol 2600 ...

# WARRANTY DEED

(STATUTORY FORM)

FOR PROPERTY WITHIN THE STATE OF WASHINGTON

... GUY E. PETERMAN and ELIZABETH M. PETERMAN, his wife

... Seattle ... county of ... King ... State of Washington,

... in consideration of Ten and 00/100 ... ($10.00) dollars,

... and warrant to HILDA E. SPRAGUE

the following described real estate, situate in the county of King state of Washington:

Government Lot Three (3) and of the Northeast Quarter (NE¼) of the Southwest Quarter (SW¼) of Section Thirty-two (32), Township Twenty-five (25) North of Range Six (6) East, W. M., described as follows: Beginning at the intersection of the westerly line of the Northern Pacific Railway's Company's right-of-way with the east and west center line of said section; thence along said right-of-way line south 38 degrees, five minutes and thirty-seven seconds west 222.99 feet; thence north fifty-one degrees fifty-four minutes and twenty-three seconds west 190 feet, more or less, to the westerly line of said Government lot; thence northeasterly along said lot line to the Northwest corner thereof; thence easterly along said lot line to the point of beginning; TOGETHER with second class shore lands of Lake Sammamish fronting thereon, with the appurtenances.

subject to Restrictions and Reservations of Record.

Dated this 27th day of February, 1947.

Guy E. Peterman
Elizabeth M. Peterman

STATE OF WASHINGTON
County of King } ss.

I, the undersigned, a notary public in and for the state of Washington, hereby certify that on this 27th day of February, 1947 personally appeared before me

Guy E. Peterman and Elizabeth M. Peterman

to me known to be the individuals described in and who executed the foregoing instrument, and acknowledged that they signed and sealed the same as their free and voluntary act and deed, for the uses and purposes therein mentioned.

Given under my hand and official seal the day and year last above written.

Notary Public in and for the state of Washington



## O. L. ANDERSON & ASSOC.

### SURVEYORS & ENGINEERS

LEGEND

⊕  Existing Iron Pipe
◉  Existing Iron Pipe in Bulkhead
⊡  Existing Hub and Iron Pipe
△  2x3 Stake (Set)
✕  Conc. Nail in Bulkhead (Set)
——  Original shoreline as shown on Ebright's unrecorded plat.

PARCEL "A"

PARCEL "B"

PARCEL "C"

SURVEY AND DESCRIPTIONS

FOR: FRANK SPRAGUE
IN SEC. 32, T25N, RGE.

January 19, 1967

SCALE: 1" = 50'

DRW. H

1421 212TH S. E. ▪ ISSAQUAH, WASHINGTON 98027 ▪ EX 2-6868

Job No. 6702

Ex. 3 O-1



**STEWART TITLE COMPANY**

"A Tradition of Excellence"

FILED FOR RECORD AT REQUEST OF

THIS SPACE PROVIDED FOR RECORDER'S USE

WHEN RECORDED RETURN TO

Name: Gordon A. Livengood
LIVENGOOD, CARTER, TJOSSEM,
FITZGERALD & ALSKOG

Address: 1313 Market Street
P.O. BOX 908

City, State, Zip: Kirkland, WA 98083-0908

**Quit Claim Deed**    LPB No. 12

THE GRANTOR   GEORGE W. RAAB and MILDRED M. RAAB, husband and wife

for and in consideration of   LOVE AND AFFECTION

conveys and quit claims to GEORGE W. RAAB, as his separate estate, an undivided one-half interest with the intent to sever the community property interest in

the following described real estate, situated in the County of   King   , State of Washington:
together with all after acquired title of the grantor(s) therein:

That portion of government lot 3 and the northeast quarter of the
southeast quarter of section 32, township 25 north, range 6 east,
W.M., in King County, Washington, described as follows:
Beginning at the intersection of the westerly line of the Northern
Pacific Railway Company's right-of-way with the east-west center line
of said section; thence south 38°05'37" west 282.99 feet; thence
north 51°54'23" west 190 feet, more or less, to the westerly line of
said government lot; thence northeasterly along said lot line to the
northwest corner thereof; thence easterly along said lot line to the
point of beginning;
TOGETHER with second class shorelands of Lake Sammamish fronting thereon,
EXCEPT that portion thereof lying southwesterly of the following
described line:
Beginning at a point in the westerly margin of Northern Pacific
Railway Company's right-of-way, distant 162.99 feet measured along
said westerly margin, from the east-west centerline of said section,
as established by the unrecorded plat of Ebright's Sammamish Shores
and Waterfront Tracts; thence north 56°31'01" west 186.40 feet; thence
North 51°54'23" west to the outer limits of said second class shorelands.

Dated   December   21   , 19 92

[signature] G. W. Raab
[signature] Mildred M. Raab

By _____
        President

By _____
        Secretary

STATE OF WASHINGTON,
County of   King

I hereby certify that I know or have satisfactory evidence that
George W. Raab and Mildred Raab
is the person(s) who appeared before me,
and said person(s) acknowledged that (he/she)(they) signed this instrument and
acknowledged it to be (his/her)(their) free and voluntary act for the uses and
purposes mentioned in this instrument.

Dated   December 21   , 1992

[signature]
Notary Public in and for the State of Washington

residing at   Seattle

My appointment expires   12/25/92

STATE OF WASHINGTON,
County of

I certify that I know or have satisfactory evidence that
is the person(s) who appeared before
me, and said person(s) acknowledged that (he/she/they) signed this instrument, on
oath stated that                                      authorized to execute
the instrument and acknowledged it as the
to be the free and voluntary act
of such party for the uses and purposes mentioned in this instrument.

Dated
Notary Public in and for the State of Washington.

residing at

My appointment expires

E1285320 12/22/1992        .00        .00

 **STEWART TITLE COMPANY**

"A Tradition
of Excellence"

FILED FOR RECORD AT REQUEST OF

THIS SPACE PROVIDED FOR RECORDER'S USE

WHEN RECORDED RETURN TO

Name    Gordon A. Livengood
        LIVENGOOD, CARTER, TJOSSEM,
        FITZGERALD & ALSKOG
Address  1313 Market Street
        P.O. BOX 908
City, State, Zip  Kirkland, WA 98083-0908

LPB No. 12

### Quit Claim Deed

THE GRANTOR  GEORGE W. RAAB, a married man as his separate estate

for and in consideration of  LOVE AND AFFECTION

conveys and quit claims to  DONNA MARIE RAAB, as Trustee under the GEORGE W. RAAB
QUALIFIED PERSONAL RESIDENCE TRUST AGREEMENT dated December 21,
1992, an undivided one-half interest in

the following described real estate, situated in the County of    King    . State of Washington:
together with all after acquired title of the grantor(s) therein:

That portion of government lot 3 and the northeast quarter of the
southwest quarter of section 32, township 25 north, range 6 east,
W.M., in king County, Washington, described as follows:
Beginning at the intersection of the westerly line of the Northern
Pacific Railway Company's right-of-way with the east-west center line
of said section; thence south 38°05'37" west 282.99 feet; thence
north 51°54'23" west 190 feet, more or less, to the westerly line of
said government lot; thence northeasterly along said lot line to the
northwest corner thereof; thence easterly along said lot line to the
point of beginning;
TOGETHER with second class shorelands of Lake Sammamish fronting thereon.
EXCEPT that portion thereof lying southwesterly of the following
described line:
Beginning at a point in the westerly margin of Northern Pacific
Railway Company's right-of-way, distant 162.99 feet measured along
said westerly margin, from the east-west centerline of said section,
as established by the unrecorded plat of Ebright's Sammamish Shores
and Waterfront Tracts; thence north 56°31'01" west 186.60 feet; thence
North 51°54'23" west to the outer limits of said second class shorelands.

Dated    December 21, 19 92

By _____
        President
By _____
        Secretary

STATE OF WASHINGTON,              STATE OF WASHINGTON,
County of    King                 County of

I hereby certify that I know or have satisfactory evidence that      I certify that I know or have satisfactory evidence that

        George W. Raab

is the person(s) who appeared before me,
and said person(s) acknowledged that (he) (she) signed this instrument and
acknowledged it to be (his) (her) free and voluntary act for the uses and
purposes mentioned in this instrument

Dated    December 21, 1992

Notary Public in and for the State of Washington,
residing at    Seattle

My appointment expires    12/25/92

[notary seal: GORDON A. LIVENGOOD NOTARY PUBLIC DEC STATE OF WASH]

D-2

E1285324 12/22/1992          .00          .00

9212221556
IF THE ... UMENT IN THIS FRAME IS LESS CLEAR THAN THIS NOTICE
IT IS DU... TO THE QUALITY OF THE DOCUMENT.
9212221556
Ex 3P.2
9212221556



**STEWART TITLE COMPANY**

"A Tradition of Excellence"

FILED FOR RECORD AT REQUEST OF

| THIS SPACE PROVIDED FOR RECORDER'S USE |
|---|

WHEN RECORDED RETURN TO

Name  Gordon A. Livengood
LIVENGOOD, CARTER, TJOSSEM,
FITZGERALD & ALSKOG

Address  1313 Market Street
P.O. BOX 908

City, State, Zip  Kirkland, WA 98083-0908

LPB No. 12

Quit Claim Deed

THE GRANTOR  MILDRED M. RAAB, a married woman as her separate estate

for and in consideration of  LOVE AND AFFECTION

conveys and quit claims to  DONNA MARIE RAAB, as Trustee under the MILDRED M. RAAB
QUALIFIED PERSONAL RESIDENCE TRUST AGREEMENT dated December 21, 1992,
an undivided one-half interest in

the following described real estate, situated in the County of  King  . State of Washington:
together with all after acquired title of the grantor(s) therein:

That portion of government lot 3 and the northeast quarter of the
southwest quarter of section 32, township 25 north, range 6 east,
W.M., in King County, Washington, described as follows:
Beginning at the intersection of the westerly line of the Northern
Pacific Railway Company's right-of-way with the east-west center line
of said section; thence south 38°05'37" west 282.99 feet; thence
north 51°54'23" west 190 feet, more or less, to the westerly line of
said government lot; thence northwesterly along said lot line to the
northwest corner thereof; thence easterly along said lot line to the
point of beginning;
TOGETHER with second class shorelands of Lake Sammamish fronting thereon.
EXCEPT that portion thereof lying southwesterly of the following
described line:
Beginning at a point in the westerly margin of Northern Pacific
Railway Company's right-of-way, distant 162.99 feet measured along
said westerly margin, from the east-west centerline of said section,
as established by the unrecorded plat of Ebright's Sammamish Shores
and Waterfront Tracts; thence north 56°31'01" west 186.60 feet; thence
North 51°54'23" west to the outer limits of said second class shorelands.

Dated  December 21, 19 92

_Mildred M. Raab_

By _____
      President

By _____
      Secretary

STATE OF WASHINGTON,
County of  King  } ss

I hereby certify that I know or have satisfactory evidence that
Mildred M. Raab
_____ is the person(s) who executed before me
and said person(s) acknowledged that she the that signed this instrument and
acknowledged it to be the/her/their free and voluntary act for the uses and
purposes mentioned in this instrument

Dated  December 21, 19___

_Gordon A. Livengood_

Notary Public in and for the State of Washington,
residing at  Seattle

My appointment expires  12/25/92

STATE OF WASHINGTON,
County of  } ss

I certify that I know or have satisfactory evidence that _____
_____ is the person(s) who appeared before
me, and said person(s) acknowledged that he/she/they signed this instrument, on
oath stated that _____ authorized to execute
the instrument and acknowledged it as the _____
of _____ to be the free and voluntary act
of such party for the uses and purposes mentioned in this instrument

Dated _____

Notary Public in and for the State of Washington,
residing at _____

My appointment expires _____

E1255526 12/22/1992    .00    .00

Ex 3P-3

9212221557

**STEWART TITLE COMPANY**

"A Tradition of Excellence"

FILED FOR RECORD AT REQUEST OF

| THIS SPACE PROVIDED FOR RECORDER'S USE |

WHEN RECORDED RETURN TO

Name: Gordon A. Livengood
LIVENGOOD, CARTER, TJOSSEM,
FITZGERALD & ALSKOG

Address: 1313 Market Street
P.O. BOX 908

City, State, Zip: Kirkland, WA 98083-0908

LPB No. 12

## Quit Claim Deed

THE GRANTOR  GEORGE W. RAAB and MILDRED M. RAAB, husband and wife

for and in consideration of  LOVE AND AFFECTION

conveys and quit claims to  MILDRED M. RAAB, as her separate estate, an undivided one-
half interest with the intent to sever the community property interest in

the following described real estate, situated in the County of   King   State of Washington:
together with all after acquired title of the grantor(s) therein:

That portion of government lot 3 and the northeast quarter of the
southwest quarter of section 32, township 25 north, range 6 east,
W.M., in King County, Washington, described as follows:
Beginning at the intersection of the westerly line of the Northern
Pacific Railway Company's right-of-way with the east-west center line
of said section; thence south 38°05'37" west 282.99 feet; thence
north 51°54'23" west 190 feet, more or less, to the westerly line of
said government lot; thence northwesterly along said lot line to the
northwest corner thereof; thence easterly along said lot line to the
point of beginning;
TOGETHER with second class shorelands of Lake Sammamish fronting thereon,
EXCEPT that portion thereof lying southwesterly of the following
described line:
Beginning at a point in the westerly margin of Northern Pacific
Railway Company's right-of-way, distant 162.99 feet measured along
said westerly margin, from the east-west centerline of said section,
as established by the unrecorded plat of Ebright's Sammamish Shores
and Waterfront Tracts; thence north 56°31'01" west 186.60 feet; thence
North 51°54'23" west to the outer limits of said second class shorelands.

Dated   December   21    19 92

[signatures]
Mildred M. Raab

By _____
    President

By _____
    Secretary

STATE OF WASHINGTON

County of  King

I hereby certify that I know or have satisfactory evidence that
George W. Raab and Mildred Raab
_____ is (are the person(s) who appeared before me,
and said person(s) acknowledged that (he/she/they) signed this instrument 1 and
acknowledged it to be (his/her/their) free and voluntary act for the uses and
purposes mentioned in this instrument

Dated   December 21, 1992

[signature] Gordon A. Livengood

Notary Public in and for the State of Washington

residing at  Seattle

My appointment expires  12/25/92

STATE OF WASHINGTON

County of ____

I certify that I know or have satisfactory evidence that
_____ is the person(s) who appeared before
me, and said person(s) acknowledged that (he/she/they) signed this instrument, on
oath stated that _____ authorized to execute
the instrument and acknowledged it as the _____
_____ to be the free and voluntary act
of such party for the uses and purposes mentioned in this instrument

_____ and for the State of Washington

E1285328  12/28/1992      .00      .00

Ex. 3P-4

9212221558

No. _544016_

_P.S.V. Vaccentine_
TO

# QUIT-CLAIM DEED

_King County_

The grantor___ herein _P.S.V. Vaccentine_ _____

for the consideration of _One ___ "00 _____ Dollars

and also of benefits to accrue to _____ by reason of laying out and establishing a public road through _____ property, and which is
hereafter described, convey_&_, release_&_ and quit-claim_&_ to the County of King, State of Washington, for use of the Public forever, as a public road and
highway, all interest in the following described real estate, viz:

_A strip of land 60 ft. in width in Lot 2, Sec. 31 Twp 25 N. R. 6 E. b.th the centre_
_line of which is described as follows:_
_Beginning at a point on the south line of said Lot 2, 40 ft. more or less_
_thest of the S.E. cor. of said Sec 31 thence running parallel with said 60 ft. line_
_of this N.P. Ry track to a point of the East line of said Lot 2, a distance of 30_
_more or less._
_Containing 80 Acres more or less _____
_Right of Way Mountain Road _____

situated in the County of King, State of Washington.

Dated this _10th _____ day of _April _____ A. D. 190_5_.

_Witnesses_ _____                    _P.S.V. Vaccentine_

State of Washington,  } ss.
County of _King_

On this _10th _____ day of _April _____ 190_5_, before me, a Notary Public in and for the State of Washington,
duly commissioned and sworn, personally came _P.S.V. Vaccentine _____
to me known to be the individual_ described in and ___ executed the within instrument and acknowledged to me that ___ signed an
sealed the same as ___ free and voluntary act and deed for the uses and purposes therein mentioned.

Witness my hand and official seal the day and year first above written.

[Notarial Seal]                              _C. E. Cestus_
Notarial Seal                    Notary Public in and for the State of Washington, residing at _Seattle_

Filed for record at the request of _J. P. Bryan County Auditor_ on the _13_ day of _Dec_ 190_5_.
at _50_ minutes past _11_ o'clock _A._ M.
                                             _____
                                             County Auditor.

Signed and Sealed                - - - - - - - - - - DENNY LAND COMPANY
in Presence of          D.L.CO.CORP.SEAL.
P. P. MURPHY            - - - - - - - - - - -   BY O.O. DENNY   ITS PRESIDENT.

ATTEST:  MARGARET L. DENNY
ITS  SECRETARY.

VICTOR CLEMENTS        (SEAL)

STATE OF WASHINGTON)
                   (SS
COUNTY OF KING     )

On this 15th day of April A.D. 1911 before me  the undersigned a Notary Public in  and for the State of Washington duly commissioned and sworn personally appeared O.O. Denny and Margaret L. Denny to me known to be the President and Secretary of the Denny Land Company, the corporation that executed the within and foregoing instrument and acknowledged the said instrument to be the free and voluntary act and deed of said corporation for the uses and purposes therein mentioned and on oath stated that they were authorized to execute said instrument and that the seal affixed is the corporate seal of said corporation.

In Witnesseth Whereof, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

P.P.M.NOTARIAL SEAL                         P..P. MURPHY
COM.EX.NOV.28,1914
- - - - - - - - - - -Notary Public in and for the State of Washington, residing at Seattle.

Filed for record at request of Grantee Apr 17 1911 at 55  min past 10 A.M.

Otto Case
COUNTY AUDITOR

SB                                      ####
742042   T. N. TALLENTIRE
                                        WARRANTY DEED
TO
OTTO  JOHNSON  et ux.

WARRANTY DEED- STATUTORY FORM.

THE GRANTOR, T.N. Tallentire, a bachelor, of Seattle, Washington, for and in consideration of Five thousand and forty Dollars ($5040.00) in hand paid conveys and warrants to Otto Johnson and his wife, Annie Johnson, both of Car bonado, Washington, the following described real estate:

Lot two (2) in Section thirty-one (31) and lot four (4) and the southeast quarter of the southwest quarter both in Section thirty-two (32) all in Township twenty-five (25) north of Range six (6) east, W.M., except the following piece of land, to-wit:

Beginning at a point between Section five and six, Township twenty-four north  of Range six east, W.M. and Sections  thirty-one and thirty-two Township twenty-five, north of Range six east, W.M., and runs Six hundred and twenty-four feet east, thence Four hundred and sixteen feet north; thence Six hundred and twenty-four feet west; thence Four hundred and sixteen feet south to the place of beginning being a part of lot four above described, containing six acres more or less; which said six acres shall in no way be affected by this Deed but shall still be and remain the property of said T.N. Tallentire.

As part of the said purchase price and consideration causing said T.N. Tallentire to execute this deed, is that said Otto Johnson and his wife Annie Johnson do hereby assume and agree to pay when due that certain Mortgage and note made and executed by T.N. Tallentire, in favor of Robert McCormick, under date of June 3, 1908 for Thirty-five hundred Dollars ($3500) together with all interest that has or may accrue thereon at the rate of seven per cent (7%) per annum, which said note and Mortgage is payable about June 3, 1910, and is a lien on above described property and which Mortgage is recorded in Volume  419 Mort-

Ex. 3R-1

Case 1:02-cv-00035-MBH    Document 244-5    Filed 03/02/18    Page 9 of 28

gage records of King County, Washington, at page 290; situated in the County of King, State of Washington; all taxes assumed by grantee.   Dated this 5 day of February 1909.

Witnesses                                                T.N. TALLENTIRE
EVERETT SMITH

STATE OF WASHINGTON)
                   (SS
COUNTY OF KING     )

    I, the undersigned, a Notary Public do hereby certify that on this 5th day of February 1909, personally appeared before me the said T.N. Tallentire, a bachelor, to me known to be the individual described in and who executed the within instrument and acknowledged that he signed and sealed the same as his free and voluntary act and deed for the uses and purposes therein mentioned.

    Given under my hand and official seal this 5th day of February 1909.

E.S.NOTARIAL SEAL                                    EVERETT SMITH
COM.EX.MAY 27,1910
- - - - - - - -Notary Public in and for the State of Washington,residing at Seattle.

    Filed for record at request of Everett Smith Apr 17 1911 at 2 min past 11 A.M.

SS                                                   COUNTY AUDITOR
                              #####

742075    EUGENE E. HAROLD

        TO                                           QUIT-CLAIM DEED

J. C. HEITMAN

    THIS INDENTURE, Made this Eighth day of October A.D. 1910, between Eugene E. Harold, a bachelor party of the first part and J.C. Heitman party of the second part;

    WITNESSETH: That the said party of the first part for and in consideration of the pi sum of One Dollar and other valuable considerations lawful money of the United States of America to him in hand paid by the said party of the second part, does by these presents, remise, release convey and quit-claim unto the said party of the second part his heirs, executors, administrators and assigns all interest of the party of the first part in the following described real estate, lying and being in the County of King State of Washington, to-wit:

    Lots twenty-one (21) and twenty two (22) Block thirteen (13) Ross 2nd Addition to the City of Seattle, King County Washington;

    To have and to hold, unto the said party of the second part his heirs executors, administrators and assigns forever all the interest of the party of the first part in the above described premises with all the privileges and appurtenances thereto belonging.

    In Witness Whereof, The said party of the first part has hereunto set his hand and seal the day and year first above written.

Signed and Sealed                              EUGENE  E. HAROLD  (SEAL)
in the Presence of
WILLIAM  T. JOHNSTON

STATE OF WASHINGTON)
                   (SS
COUNTY OF KING     )

    I, the undersigned a Notary Public in and for the State of Washington, residing at Seattle in said County do hereby certify that on this Sixth day of December A.D. 1910 personally appeared before me Eugene E. Harold (a bachelor of Seattle Washington) to me known to be the  individual described in and who executed the within instrument and acknowledged that he signed and sealed the same as his free and voluntary act and deed for

In the Superior Court of the State of Washington

FOR THE COUNTY OF KING

## IN PROBATE

IN THE MATTER OF THE ESTATE OF

OTTO KYYPPA JOHNSON, Deceased.

No. 43048

PETITION FOR LETTERS OF
ADMINISTRATION

To the Honorable Judge of the Above Entitled Court:

The PETITION OF...ANNA JOHNSON...

respectfully shows to this Court:

That Otto Kyyppa Johnson........... died in ......Renton........... in the
County of ....King........... and State of ....Washington..........., on the .....5th ....day of
July ....., A. D. 19.22, and that ...he was, at the time of his....... death, a resident of
Redmond ..., in the County of .....King..........., in the State of .. Washington...........

That the decedent left no will.

That the said decedent left estate in the State of Washington subject to administration consisting of real estate on Lake Sammamish about 50 acres, and a shore lands, and one Paige car,

...........................................of the probable value of $ 3750.00...........

That the said decedent left surviving the following heirs:

| Name | Age | Relationship | Address | Estimated Value of Distributive Shares |
|------|-----|-------------|---------|----------------------------------------|
| Anna Johnson | 52 | Widow | Redmond, Washington | |
| Eaas Alfred Johnson | 27 | Son | Redmond, Washington | |
| Irene Violet Johnson Brown | | Daughter | Redmond, Washington | |

FILED
IN COUNTY CLERK'S OFFICE
KING COUNTY, WASH.
OCT 20 1927.
ABE N. OLSON
By H. C. O.C. Deputy

That Anna Johnson.........a resident of ... Redmond............ in
the County of King ..........................., and State of Washington, is qualified to act as
administrat rix of said estate,

WHEREOF, your petitioner... pray s that ...she , Anna Johnson,
be appointed administrat rix of said estate
and that letters of administration .................... upon said estate be issued to
her.

STATE OF WASHINGTON }
COUNTY OF KING       }

anna johnson
Petitioner.

....ANNA JOHNSON............ Being first duly sworn, on oath, says: That ...she is
the Petitioner... named in the foregoing petition....; that ...she .. ha.. heard said petition read, knows
the contents thereof and believes the same to be true.

anne Johnson

Subscribed and sworn to before me this .....20th .....day of ...October......., 19.27.

................................
Attorney... for Petitioner.

Notary Public in and for the State of Washington,
residing at Seattle.

Address 907 Arctic Building.
Seattle, Washington

Ex. 3S-1

In the Superior Court of the State of Washington, County of King

## IN PROBATE

IN THE MATTER OF THE ESTATE OF

OTTO HYYPPA JOHNSON

Deceased

No. 13018

**Inventory and Appraisement**

STATE OF WASHINGTON, } ss.
COUNTY OF KING.

ANNA JOHNSON, administratrix of the above named Estate being duly sworn on h 8r oath, says that the within is a true Inventory of all the Estate of said decedent coming in h 8r hands.

*anna Johnson*

Subscribed and sworn to before me this 20 day of October 192 7

Notary Public in and for the State of Washington, residing at Seattle, Washington

STATE OF WASHINGTON, } ss.
COUNTY OF KING.

J. J. Lundell, John W. Barlow and Joseph N. Thomas being first duly sworn on oath, each for himself says: That he will truly, honestly and impartially appraise the property of said estate which shall be exhibited to him, to the best of his knowledge and ability.

*J. Lundell*

*John W Barlow*

*Joseph Thomas*

Subscribed and sworn to before me this 20 day of October 192 7

Notary Public in and for the State of Washington, residing at Seattle, Washington

## INVENTORY

| REAL ESTATE | APPRAISED VALUE |
|---|---|
| Lot Four except Railroad right of way, less South 416 feet of West 624 feet thereof, and less County road and shorelands adjoining and Southeast quarter of Southwest quarter, all less North twenty acres, in Section 32, Township 26 North Range 6 E. W. M. | |
| Also Lot Two, less South 100 feet and less Railroad and less County road and all shorelands adjoining said lot, in Section 31, Township 26 North Range 6 E. W. M. | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total amount of Real Estate Carried Forward | 3750 — |

OCT 20 1927
ABE N. OLSON
by H. O. GORDON



FILED

KING COUNTY, WASH.
APR 24 1928
ABE N. OLSON
By GLENN'S SUPERIOR COURT DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY
IN PROBATE

In the Matter of the Estate )

of ) NO. 43048

) FINAL ACCOUNT AND REPORT AND
OTTO HYYPPA JOHNSON ) PETITION FOR DISTRIBUTION

Deceased. )

Comes now Anna Johnson, administratrix of the estate of
Otto Hyyppa Johnson, deceased, and for a final account and report
and petition for distribution represents as follows:

I.

That on or about the 5th day of July, 1922 the said Otto
Hyyppa Johnson died within King County, Washington, leaving an
estate therein consisting of real and personal property.

II.

That on or about the 20th day of October, 1927 the under-
signed caused to be filed in the above entitled court her petition
praying for her appointment as administratrix of the estate of said
decedent, and at the time of filing said petition the undersigned
also filed in said estate a document setting forth the date of the
death of the said decedent, his place of residence, the name and
residence of the undersigned, as well as the name and address of
the attorney for the undersigned and the nature and estimated value
of the estate of said decedent, together with the names and addresses
of the heirs at law and next of kin of the said decedent, conforming
in all respects with the statutes of the State of Washington in that
behalf provided.

III.

That such proceedings were duly had and taken as that on
the 20th day of October, 1927 the undersigned was by the above en-
titled court duly appointed administratrix of the estate of said de-

cedent and thereupon qualified according to law and the order of
her appointment, and has ever since been and now is the duly ap-
pointed, qualified and acting administratrix of the estate of said
decedent.

IV.

That within thirty days after the appointment of the under-
signed as such administratrix she caused to be filed with the clerk
of the above entitled court an inventory of all of the property of
the said decedent which had come to her knowledge, hands, possession
or control, and that no property whatsoever has come to the know-
ledge or possession of the undersigned except such as is shown by
the said inventory, and that the property therein described has been
duly appraised by three disinterested persons appointed by the court
herein to appraise said estate, and that a report has been returned
into court by the said appraisers showing the appraised valuation
of the said estate to be the sum of $3760.00.

V.

That the undersigned caused to be published in The Argus,
a weekly newspaper published within King County, Washington and of
general circulation therein, a notice to creditors to present their
claims against said estate, together with a notice of the appoint-
ment and qualification of the undersigned as administratrix herein,
which said notice conformed in all respects to the statute in such
cases made and provided, the first publication thereof being on
the 22nd day of October, 1927, and that after said notice was pub-
lished in the manner required by law a return thereof was made by
the publisher of the paper in which said notice to creditors was
published by affidavit duly filed in the above entitled court, and
that the last day within which creditors had to present their claims
was the 23rd day of April, 1928.



## VI.

That the inventory and appraisement on file herein shows real property described as follows:

Lot Four except Railroad right of way, less South 416 feet of West 624 feet thereof, and less County Road and shorelands adjoining and Southeast quarter of Southwest quarter, all less North twenty acres, in Section 32, Township 25 North, Range 6 E. W. M.
Also Lot Two, less South 100 feet and less Railroad and less County road and all shorelands adjoining said lot, in Section 31, Township 25 North, Range 6 E. W. M. All in King County, Washington,

and personal property consisting of one Paige car, and that subsequent to the commencement of this proceeding the only issue of the marriage of the undersigned and the decedent made, executed acknowledged and delivered to the undersigned a deed of conveyance wherein and whereby all of the right, title and interest of the issue of said marriage in the said real property passed to the undersigned, which deed was recorded November 9, 1927 in Volume 1371 of Deeds, page 387, records of the County Auditor's office of King County, Washington, and that thereby the undersigned succeeded to and is now the sole owner of all of the real property involved in this proceeding.

## VII.

That the expenses of the last sickness of the decedent, together with the funeral expenses and all claims against said estate or the said decedent have been paid in full, excepting only the expenses of administration herein and an inheritance tax if any be due, and that the time for filing claims against said estate has fully expired.

## VIII.

That the next of kin and heirs at law of the said decedent are as follows:

Anna Johnson, widow, residing at Redmond, Washington, being the undersigned.
Hans Alfred Johnson, son, residing at Redmond, Washington.
Irene Violet Johnson Brown, daughter, residing at Redmond, Washington.

IX.

That the undersigned employed Robert D. Hamlin, Esq., a member of the bar of the State of Washington, to conduct this proceeding for the undersigned and has counseled and advised with the said attorney during the pendency thereof.

WHEREFORE, the undersigned prays that a day may be fixed for the hearing of this report and account and petition for distribution, and that due notice thereof be given according to law; upon the hearing of this petition proof be taken and that the persons entitled to share in said estate be determined and that the account of the undersigned be settled and approved and the same allowed and confirmed; that the court make provision for the expenses incident to the closing of the estate and fix the compensation for the undersigned for services herein, as well as the compensation of the attorney for the undersigned for services herein; that the property of the estate may be distributed to the persons entitled to the same and that the undersigned, after having performed said decree of distribution and after the closing of said estate, may be honorably discharged and her bondsman exonerated, and that she have such other and further or different relief as the court may deem meet and equitable and consistent with the proof offered at said hearing.

_Robert D. Hamlin_
Attorney for Administratrix.

_Anne Johnson_
Administrator of said Estate

STATE OF WASHINGTON }
COUNTY OF KING } ss.

ANNA JOHNSON, being first duly sworn deposes and says
that she is the person administering upon the above entitled estate
and the person who made and signed the foregoing final account and
report and petition for distribution; that she knows the contents
thereof and that the same contains a full and true account of the
said estate and of all the moneys and property which have come
to her hands, possession or knowledge, and that the same is true
and correct.

Subscribed and sworn to before me this 24th day of April,
A. D. 1928.

Notary Public in and for the State of
Washington, residing therein at Seattle.

## QUIT CLAIM DEED

The Grantors -- HANS ALFRED JOHNSON and IRENE VIOLET JOHNSON BROWN, for and in consideration of Ten ($10.00) Dollars in hand paid, convey and quitclaim to ANNA JOHNSON, the following described real estate, situated in the County of King, State of Washington, to-wit:

> Lot Four except Railroad right of way, less South 416 feet of West 624 feet thereof, and less County road and shorelands adjoining, and Southeast quarter of Southwest quarter, all less North twenty acres, in Section 32, Township 26 North Range 6 E. W. M.

Also,

> Lot Two, less South 100 feet and less Railroad and less County road and all shorelands adjoining said lot, in Section 31, Township 26 North Range 6 E. W. M.

Dated this 5th day of ~~October~~ November, A. D. 1927.

*Hans Alfred Johnson*

*Irene Violet Johnson Brown*

Grantors.

STATE OF WASHINGTON )
                    ) ss.
COUNTY OF KING      )

On this 5th day of ~~October~~ November, A. D. 1927, before me, the undersigned, a Notary Public in and for the State of Washington, duly commissioned and sworn, personally appeared HANS ALFRED JOHNSON and IRENE VIOLET JOHNSON BROWN, to me known to be the individuals described in and who executed the foregoing instrument, and acknowledged to me that they signed and sealed the said instrument as their free and voluntary act and deed for the uses and purposes therein mentioned.

Witness my hand and official seal hereto affixed the day and year in this certificate above written.

*M. Winning*

Notary Public in and for the State of Washington, residing at Issaquah.

Ex. 3S-8

# In the Superior Court of the State of Washington
## for the County of King

IN THE MATTER OF THE GUARDIANSHIP
OF

ANNA JOHNSON,

An Incompetent

142545

Copy of Within Received
OCT 18 1956
CHARLES O. CARROLL
PROSECUTING ATTORNEY

PETITION FOR APPOINTMENT
OF GUARDIAN

FILED

TO THE HONORABLE JUDGE OF THE ABOVE ENTITLED COURT:

Your Petitioner respectfully shows:

That the above named ........ **ANNA JOHNSON** ...........

aged / 80 .... years, is ...... an incompetent person ........

and a resident of .... King ........ County, State of ........ Washington

now in the care and custody of ...... your petitioner

residing at Rt. 1, Box 1600, Redmond, Wn. and in need of a Guardian.

That said estate consists of ........ real estate in King County and a bank

account of less than a thousand dollars plus personal effects

of the approximate value of $ ...............

That ........ IRENE V. GLADD, is her daughter

........................................... and has the legal

qualifications to act as Guardian for the person and estate of said ..... ANNA JOHNSON

................. Wherefore ........ IRENE V. GLADD ....

prays for an order of said Court appointing .......... her

Guardian of the person and estate of said ....... Anna Johnson.

_Irene V. Gladd_
Petitioner.

STATE OF WASHINGTON,  } SS.
County of King.

....... IRENE V. GLADD ..................................., being first duly sworn,

deposes and says: That .... she is the petitioner above named; that ... she has read the foregoing petition

and knows the contents thereof and that the same is true.

_Irene V. Gladd_

Sworn to and subscribed before me this 16th day of ...... October ...... 19 56

_Daniel Brink_
Notary Public in and for the State of Washington,
residing at Seattle.

_Daniel Brink_
Attorney for Petitioner.

Ex. 3T-1



817 143

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY.
IN PROBATE.

IN THE MATTER OF THE GUARDIANSHIP                No. 142545.

OF                                      ORDER AUTHORIZING SALE OF REAL
                                        PROPERTY AT PRIVATE SALE.
ANNA JOHNSON,

        An Incompetent.

        The above entitled matter coming on for hearing this day in
open court upon the petition of Irene W. ........ the Guardian of the
above named Ward, asking for an order ........ herein, authorizing
her to sell a portion of the real property belonging to said Ward, and
it appearing to the Court from the records and files herein and testimony
adduced at the hearing thereof, that there is no personal property belong-
to the Ward which can be sold and that there is in the hands of the Guardian
the sum of $13.21 only, and that there are certain outstanding obligations
to be liquidated which were heretofore authorized by the Court, and that
it is necessary to sell a portion of the land owned by said Ward and it will
be to her advantage to have same sold at the present time and that the
Guardian believes the same can be sold for cash which will amply provide for
the care of said Ward, and that the said petition should be granted,

        It is now, therefore, hereby ORDERED that the said Guardian
be and she hereby is authorized to sell the hereinafter described real
property to the highest and best bidder for cash or upon such terms as shall
be to the advantage of the estate of the said Ward upon giving notice of
said sale in the manner provided by law, said real property being more
particularly described as follows, to-wit:

        That portion of Government Lot 4, Section 33, Township 24 North,
Range 6 East W.M. situate in King County, State of Washington, approximately
described as follows:
        Starting at a point which is 229.55 feet east and 854.91 feet North
of the Southwest corner of said section and running Southwesterly 50
feet along the Northwesterly margin of the Northern Pacific Railroad
right of way to the point of beginning; thence North 70° 28' 04" west to
the shore of Lake Sammamish; thence Southwesterly along said shoreline
to a line which is parallel to and 250 feet Southwesterly of said
line.

Ex. 3U-1

**VOL 817 PAGE 144**

inital course of 70° 28ʹ 04ʺ west; thence South 70° 28ʹ 04ʺ east
along said parallel line to the Northwesterly margin of the Northern
Pacific Railroad right of way; thence Northerly along said margin to the
point of Beginning, EXCEPT the Northeastern 100 feet thereof; and EXCEPT
THAT THERE SHALL BE RESERVED to the Vendor, her heirs, successors and
assigns the right to enter upon said premises for the purpose of taking
from the spring upon said premises such amounts of spring water
which may be required for their personal use upon the various parcels of
real estate now owned by said Ward adjoining on the South and for the use
of Harry J. Gladd and Irene V. Gladd, their heirs, successors or assigns.

Done in open court this ___ day of June, 1961.

_____
Judge of the Superior Court.

Presented by:
_____
J. W. Goss
Attorney for Estate.

-2-



SALES TAX LIEN
PAID

**GUARDIAN'S DEED**

This indenture made in the City of Seattle, County of King, and State of Washington, on the 24 day of July, 1961, between IRENE V. GLADD as Guardian of the person and property of ANNA JOHNSON, an Incompetent, Grantor herein, and WILLIAM M. WILLIAMS and VIOLET M. WILLIAMS, his wife, Grantees, herein WITNESSETH:

That she is the duly appointed Guardian of the person and property of said Anna Johnson and that on the 19th day of June, 1961, in the Superior Court of the State of Washington for King County, "In the Matter of the Guardianship of Anna Johnson, An Incompetent," bearing Number 142548, she was duly and regularly authorized to sell the hereinafter described real property at private sale to the highest and best bidder therefor and after due notice thereof said property was sold to Grantees and return thereof made to the Court, which said sale was duly and regularly confirmed by said court, for the purchase price of Nineteen Thousand Dollars; now by virtue of the authority and power given to her by said order of Court and in consideration of the payment of Nineteen Thousand Dollars, paid by Grantees, the Grantor does hereby grant and convey unto Grantees, their heirs and assigns, forever, all the right, title and interest in that certain lot, piece or parcel of land bounded and described as follows:

That portion of Government Lot 4, Section 32, and Lot 2, Section 31 in Township 25 North, Range 6 East, W.M., situate in King County, State of Washington, particularly described as follows:

Starting at a point which is 229.36 feet East and 834.91 feet North of the Southwest corner of said Section 32 and running Southwesterly 66 feet along the Northwesterly margin of the Northern Pacific Railroad right of way to the point of beginning; thence North 70°28'04" West to the shore of Lake Sammamish; then e Southwesterly along said shore line to a line which is parallel to and 260 feet Southwesterly of said initial course of 70°28'04" East; thence South 70°28'04" East along said parallel line to the Northwesterly margin of the Northern Pacific Railroad right of way; thence Northerly along said margin to the point of beginning; EXCEPT the Northeasterly 100 feet thereof;

TOGETHER with second class shore lands adjoining;

This deed is given subject also to exceptions and reservations contained in the deed from the State of Washington, recorded under Auditor's file No. 259-667 whereby the grantor saves, excepts and reserves all oils, gases, coal, minerals and fossils, etc., together with the right to enter upon said lands for the purpose of opening, developing and working mines, etc., provided that no rights shall be exercised under this reservation until provision has been made by the State, its successors

-1-

vol 4173 page 173

or assigns, for full payment of all damages sustained by owner by reason of such entering.

To have and to hold the premises herein granted unto the said Grantees, their heirs, successors and assigns for ever.

IN WITNESS WHEREOF, the Grantor has hereunto set her hand and seal, the day and year first above written.

_Irene V. Ladd_

As Guardian of the person and property of Anna Johnson, an Incompetent.

STATE OF WASHINGTON)
                    )ss
COUNTY OF KING.     )

On this day personally appeared before me, Irene V. Ladd, to me known to be the individual described in and who executed the within and foregoing instrument, and acknowledged that she signed the same in her capacity as Guardian of the person and property of Anna Johnson, an Incompetent person, as her free and voluntary act and deed, for the uses and purposes therein mentioned.

Given under my hand and official seal this 24 day of July, 1961.

_Helen M McHugh_

Notary Public in and for the state of Washington, residing at Seattle.

Filed for Record Aug 4 1961 8½ am
Request of M. H. Ad...
ROBERT A. MORRIS, County Auditor

Ex. 3V-2



# Property Survey for Clifford and Kathy Schroeder

VOL **4495** PAGE **202**

5689468



5689468

Statutory Warranty Deed

FORM L98

## Statutory Warranty Deed

THE GRANTOR  IRENE V. GLADD, as her separate estate

for and in consideration of  TEN DOLLARS and other good consideration

in hand paid, conveys and warrants to  RICHARD B. HOOPER

the following described real estate, situated in the County of  KING  , State of
Washington

That portion of Government Lot 4, section 32, township 25 north,
range 6 east, W.M., in King County, Washington, described as follows:
Beginning at the southwest corner of said section; thence east along
the south line of said section, a distance of 1105 feet; thence north
parallel with the west line of said section, a distance of 516 feet
and the true point of beginning; thence north parallel with the west
line of said section 80 feet; thence west parallel with the south line
of said section, 850 feet, more or less, to the southeasterly line of
the Issaquah-Redmond Road; thence southwesterly along said southeasterly
line to the point 516 feet north of the south line of said section; thence
east a distance of 900 feet more or less to the true point of beginning.

SUBJECT TO:  Exceptions and reservations contained in the deed from the
State of Washington, recorded under auditor's file No. 2594667.

   



**SALES TAX LIEN
PAID**

JAN 20 1964

Dated this _____ day of January, 1964

A. A. THOMAS
KING COUNTY TREASURER

_____ (SEAL)

_____ (SEAL)



STATE OF WASHINGTON,
County of  KING

On this day personally appeared before me  IRENE V. GLADD, as her separate estate

to me known to be the individual  described in and who executed the within and foregoing instrument, and
acknowledged that  she  signed the same as her  free and voluntary act and deed, for the
uses and purposes therein mentioned.

GIVEN under my hand and official seal this  15th  day of  January, 1964.

Notary Public in and for the State of Washington,
residing at  Mercer Island.



SAMMAMISH

SCHROEDER PROPERTY →

NE 6-24-6

Ex. 3X-2



FORM L59

# Statutory Warranty Deed

**THE GRANTOR**   Irene Violet Johnson Gladd

for and in consideration of   **Ten Dollars and other valuable consideration**

in hand paid, conveys and warrants to   **Joy Ann Gladd Griswold**

the following described real estate, situated in the County of   **King**   , State of Washington:

Commencing at the Southwest corner of Section 32, Township 25 North, Range 6 East; thence easterly along the south line of said section 32 S 88°19'30" E. 692.74 feet; thence northerly parallel to North/South center line of said Section No. 0050'51"E. 797.78 feet, said point being 162.50 feet south of the southline of the North 20 acres of South 1/2 of Southwest 1/4 of Section 32; thence westerly parallel to the above mentioned south line N 88°42'56" W, to a point 119.17 feet east of the east margin of the East Sammamish Road S.E. as now constructed, and the True Point of Beginning; thence southwesterly parallel to the East margin of said road to a line 596.05 feet north of southwest corner of Section 32-25-6; thence N 88°19'30" W. 119.17 feet to the east margin of East Sammamish Road S. E.; thence northeasterly along east margin of East Sammamish Road S. E. as constructed 1962 236.0 feet more or less to a line 162.50 feet south of the south line of the North 20 acres of the South 1/2 of Southwest 1/4; thence S 88°42'56" E. 119.17 feet to the True Point of Beginning.

Subject to and together with an easement for utility and road purposes over the Northerly 20 feet thereof.

--No Revenue--

**NO SALES TAX REQUIRED**
AFF. NO. 0139382
APR 9 1968
WILLIAMS
TREAS.

Dated this                    day of   April, 1968

*Irene Violet Johnson Gladd* (SEAL)

(SEAL)

STATE OF WASHINGTON, }
County of   **King**        } ss.

On this day personally appeared before me   **Irene Violet Johnson Gladd**
to me known to be the individual   described in and who executed the within and foregoing instrument, and acknowledged that   she   signed the same as   **her**   free and voluntary act and deed, for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this   4th   day of   April, 1968

*Lindgren*
Notary Public in and for the State of Washington, residing at Bellevue, Washington.



SCHROEDER PROPERTY ➔

Ex. 3Y-2



Deeded Right of Way

<= SCHROEDER PROPERTY

"Deeded Right of Way"
SECTION 2 –
ATTACHMENT 1

Ex. 3Z-1