ADVERTISEMENT

**Reference Links:**
- King County Tax Links
- Property Tax Advisor
- Washington State Department of Revenue (External link)
- Washington State Board of Tax Appeals (External link)
- Board of Appeals/Equalization
- Districts Report
- iMap
- Recorder's Office
- Scanned images of surveys and other map documents

New Search | Property Tax Bill | Map This Property | Glossary of Terms | Area Report | Print Property Detail

### PARCEL DATA

| Parcel | 202506-9042 | | Jurisdiction | SAMMAMISH |
|---|---|---|---|---|
| Name | GLOVER MICHAEL+ALLISON | | Levy Code | 2208 |
| | | | Property Type | R |
| Site Address | 3123 EAST LAKE SAMMAMISH PKWY NE 98074 | | Plat Block / Building Number | |
| | | | Plat Lot / Unit Number | |
| Residential Area | 047-001 (NE Appraisal District) | | Quarter-Section-Township-Range | SW-20-25-6 |
| Property Name | | | | |

**Legal Description**

SELY 96 FT OF NWLY 200 FT OF 2ND CL SH LDS & UPLANDS ADJ THAT POR GL 2 IN SEC 20-25-06 DAF BEG NE COR SD GL TH S ALG E LN THOF 569.64 FT TH W 221.58 FT TH SWLY AT R/A TO R/W NPRR 15.3 FT TO NELY LN SD R/W TH NWLY ALG SD NELY LN TO N LN SD GL TH E ALG SD N LN TO POB LESS CO RD & LESS POR IF ANY IN OR NELY OF SD RR R/W
PLat Block:
Plat Lot:

### LAND DATA

| Highest & Best Use As If Vacant | SINGLE FAMILY | | Parcel Unusable | 0 |
|---|---|---|---|---|
| Highest & Best Use As Improved | PRESENT USE | | Unbuildable | NO |
| | | | Restrictive Size Shape | NO |
| Present Use | Single Family(Res Use/Zone) | | Zoning | R4 |
| | | | Water | WATER DISTRICT |
| Land SqFt | 8,377 | | Sewer/Septic | PUBLIC |
| Acres | 0.19 | | Road Access | PUBLIC |
| | | | Parking | |
| | | | Street Surface | PAVED |

| Views | | | Waterfront | |
|---|---|---|---|---|
| Rainier | | | Waterfront Location | LAKE SAMM |
| Territorial | | | Waterfront Footage | 95 |
| Olympics | | | Lot Depth Factor | 0 |
| Cascades | | | Waterfront Bank | LOW |
| Seattle Skyline | | | Tide/Shore | |
| Puget Sound | | | Waterfront Restricted Access | |
| Lake Washington | | | Waterfront Access Rights | NO |
| Lake Sammamish | EXCELLENT | | Poor Quality | NO |
| Lake/River/Creek | | | Proximity Influence | NO |
| Other View | | | | |

| Designations | | | Nuisances | |
|---|---|---|---|---|
| Historic Site | | | Topography | |
| Current Use | (none) | | Traffic Noise | HIGH |
| Nbr Bldg Sites | | | Airport Noise | |
| Adjacent to Golf Fairway | NO | | Power Lines | NO |
| Adjacent to Greenbelt | NO | | Other Nuisances | NO |
| Other Designation | NO | | Problems | |
| Deed Restrictions | NO | | Water Problems | NO |
| Development Rights Purchased | NO | | Transportation Concurrency | NO |
| Easements | NO | | Other Problems | NO |
| Native Growth Protection Easement | NO | | Environmental | |
| DNR Lease | NO | | Environmental | NO |

| Environmental Type | Information Source | Delineation study | Percentage Affected |
|---|---|---|---|
| HundredYrFloodPlain | JURISDICTION | N | 0 |

### BUILDING

| Building Number | 1 |
|---|---|
| Year Built | 1977 |
| Year Renovated | 2013 |
| Stories | 2 |
| Living Units | 1 |
| Grade | 10 Very Good |
| Grade Variant | 0 |
| Condition | Average |
| Basement Grade | |
| 1st Floor | 1,860 |
| 1/2 Floor | 0 |
| 2nd Floor | 1,860 |
| Upper Floor | 0 |

 Click the camera to see more pictures.

Picture of Building 1



ADVERTISEMENT

Ex. 3NN-1



| | |
|---|---|
| Finished Basement | 0 |
| Total Finished Area | 3,720 |
| Total Basement | 0 |
| Basement Garage | 0 |
| Unfinished 1/2 | 0 |
| Unfinished Full | 0 |
| AGLA | 3,720 |
| Attached Garage | 870 |
| Bedrooms | 4 |
| Full Baths | 4 |
| 3/4 Baths | 0 |
| 1/2 Baths | 2 |
| Heat Source | Gas |
| Heat System | Forced Air |
| Deck Area SqFt | 0 |
| Open Porch SqFt | 240 |
| Enclosed Porch SqFt | 0 |
| Brick/Stone | 0 |
| Fireplace Single Story | 1 |
| Fireplace Multi Story | 0 |
| Fireplace Free Standing | 0 |
| Fireplace Additional | 0 |
| AddnlCost | 0 |
| Obsolescence | 0 |
| Net Condition | 0 |
| Percentage Complete | 0 |
| Daylight Basement | |
| View Utilization | |

**Accessory Of Building Number:** 1

| Accessory Type | Picture | Description | SqFt | Grade | Eff Year | % | Value | Date Valued |
|---|---|---|---|---|---|---|---|---|
| MISC IMP | | Dock & Boat lift | | | | | 13000 | 2/16/2017 |

TAX ROLL HISTORY

| Account | Valued Year | Tax Year | Omit Year | Levy Code | Appraised Land Value ($) | Appraised Imps Value ($) | Appraised Total Value ($) | New Dollars ($) | Taxable Land Value ($) | Taxable Imps Value ($) | Taxable Total Value ($) | Tax Value Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025069042 02 | 2016 | 2017 | | 2187 | 1,742,000 | 945,000 | 2,687,000 | 0 | 1,742,000 | 937,500 | 2,679,500 | HI |
| 2025069042 02 | 2015 | 2016 | | 2187 | 1,700,000 | 903,000 | 2,603,000 | 0 | 1,700,000 | 895,500 | 2,595,500 | HI |
| 2025069042 02 | 2014 | 2015 | | 2187 | 1,626,000 | 865,500 | 2,491,500 | 0 | 1,626,000 | 865,500 | 2,491,500 | |
| 2025069042 02 | 2013 | 2014 | | 2187 | 1,378,000 | 752,000 | 2,130,000 | 598,000 | 1,378,000 | 752,000 | 2,130,000 | |
| 2025069042 02 | 2012 | 2013 | | 2187 | 1,275,000 | 25,000 | 1,300,000 | 0 | 1,275,000 | 25,000 | 1,300,000 | |
| 2025069042 02 | 2011 | 2012 | | 2187 | 1,275,000 | 25,000 | 1,300,000 | 0 | 1,275,000 | 25,000 | 1,300,000 | |
| 2025069042 02 | 2010 | 2011 | | 2184 | 1,171,000 | 205,000 | 1,376,000 | 0 | 1,171,000 | 205,000 | 1,376,000 | |
| 2025069042 02 | 2009 | 2010 | | 2184 | 1,121,000 | 195,000 | 1,316,000 | 0 | 1,121,000 | 195,000 | 1,316,000 | |
| 2025069042 02 | 2008 | 2009 | | 2184 | 1,319,000 | 234,000 | 1,553,000 | 0 | 1,319,000 | 234,000 | 1,553,000 | |
| 2025069042 02 | 2007 | 2008 | | 2184 | 1,147,000 | 240,000 | 1,387,000 | 0 | 1,147,000 | 240,000 | 1,387,000 | |
| 2025069042 02 | 2006 | 2007 | | 2184 | 956,000 | 265,000 | 1,221,000 | 0 | 956,000 | 265,000 | 1,221,000 | |
| 2025069042 02 | 2005 | 2006 | | 2184 | 902,000 | 250,000 | 1,152,000 | 5 | 902,000 | 250,000 | 1,152,000 | |
| 2025069042 02 | 2004 | 2005 | | 2184 | 543,000 | 456,000 | 999,000 | 0 | 543,000 | 456,000 | 999,000 | |
| 2025069042 02 | 2003 | 2004 | | 2184 | 518,000 | 420,000 | 938,000 | 0 | 518,000 | 420,000 | 938,000 | |
| 2025069042 02 | 2002 | 2003 | | 2184 | 518,000 | 420,000 | 938,000 | 0 | 518,000 | 420,000 | 938,000 | |
| 2025069042 02 | 2001 | 2002 | | 2184 | 481,000 | 389,000 | 870,000 | 0 | 481,000 | 389,000 | 870,000 | |
| 2025069042 02 | 2000 | 2001 | | 2184 | 454,000 | 365,000 | 819,000 | 0 | 454,000 | 365,000 | 819,000 | |
| 2025069042 02 | 1999 | 2000 | | 7279 | 387,500 | 288,500 | 676,000 | 0 | 387,500 | 288,500 | 676,000 | |
| 2025069042 02 | 1998 | 1999 | | 7279 | 374,000 | 139,000 | 513,000 | 0 | 374,000 | 139,000 | 513,000 | |
| 2025069042 02 | 1997 | 1998 | | 7279 | 0 | 0 | 0 | 0 | 320,000 | 119,000 | 439,000 | |
| 2025069042 02 | 1996 | 1997 | | 7279 | 0 | 0 | 0 | 0 | 320,400 | 119,600 | 440,000 | |
| 2025069042 02 | 1995 | 1996 | | 7279 | 0 | 0 | 0 | 0 | 320,400 | 119,600 | 440,000 | |
| 2025069042 02 | 1994 | 1995 | | 7279 | 0 | 0 | 0 | 0 | 320,400 | 119,600 | 440,000 | |
| 2025069042 02 | 1992 | 1993 | | 7279 | 0 | 0 | 0 | 0 | 312,800 | 119,600 | 432,400 | |
| 2025069042 02 | 1991 | 1992 | | 7279 | 0 | 0 | 0 | 0 | 242,500 | 92,700 | 335,200 | |
| 2025069042 02 | 1990 | 1991 | | 7279 | 0 | 0 | 0 | 0 | 242,500 | 92,700 | 335,200 | |
| 2025069042 02 | 1988 | 1989 | | 7279 | 0 | 0 | 0 | 0 | 137,700 | 84,600 | 222,300 | |
| 2025069042 02 | 1986 | 1987 | | 7279 | 0 | 0 | 0 | 0 | 97,700 | 81,300 | 179,000 | |
| 2025069042 02 | 1985 | 1985 | | 7260 | 0 | 0 | 0 | 0 | 79,300 | 101,200 | 180,500 | |
| 2025069042 02 | 1982 | 1983 | | 7260 | 0 | 0 | 0 | 0 | 79,300 | 101,200 | 180,500 | |

SALES HISTORY

| Excise Number | Recording Number | Document Date | Sale Price | Seller Name | Buyer Name | Instrument | Sale Reason |
|---|---|---|---|---|---|---|---|
| 2574781 | 20121116002252 | 11/7/2012 | $1,229,500.00 | PIZZO MICHAEL JOSEPH+KATHRYN+PIZZO J RICHARD+EVELYN M | GLOVER MICHAEL+ALLISON | Statutory Warranty Deed | None |
| 1942034 | 20030228001763 | 2/19/2003 | $0.00 | PIZZO MICHAEL JOSEPH | PIZZO MICHAEL JOSEPH ET AL | Quit Claim Deed | Trust |
| 1942031 | 20030228001762 | 2/19/2003 | $0.00 | PIZZO KATHRYN A | PIZZO MICHAEL J | Quit Claim Deed | Property Settlement |
| | | | | | PIZZO J | | |

Ex. 3NN-2

| 1815817 | 20010504000004 | 4/18/2001 | $0.00 | PIZZO J RICHARD+EVELYN M | RICHARD+EVELYN M | Quit Claim Deed | Trust |
| 1650379 | 199811170889 | 11/13/1998 | $800,000.00 | NELSON ROBERT G+MARY BETH | PIZZO MICHAEL JOSEPH | Statutory Warranty Deed | None |

REVIEW HISTORY

| Tax Year | Review Number | Review Type | Appealed Value | Hearing Date | Settlement Value | Decision | Status |
|---|---|---|---|---|---|---|---|
| 1995 | 9406501 | Local Appeal | $528,800 | 1/1/1900 | $440,000 | REVISE, ASSESSOR RECOMMENDED | Completed |
| 1993 | 9208598 | Local Appeal | $432,400 | 1/1/1900 | $432,400 | SUSTAIN | Completed |
| 1991 | 9016646 | Local Appeal | $440,700 | 1/1/1900 | $335,200 | REVISE | Completed |

PERMIT HISTORY

| Permit Number | Permit Description | Type | Issue Date | Permit Value | Issuing Jurisdiction | Reviewed Date |
|---|---|---|---|---|---|---|
| BLD2012-01224 | SFR ADDITION, | Remodel | 2/5/2013 | $500,000 | SAMMAMISH | 7/19/2013 |
| BLD2012-01164 | CONSTRUCTION OF RETAINING WALL NOT TO EXCEED 8 FT, | Other | 12/5/2012 | $20,000 | SAMMAMISH | 7/16/2013 |

HOME IMPROVEMENT EXEMPTION

| Exempt Number | Building Number | Received Date | Estimated Cost | Estimated Completion Date | Begin Year | End Year | Amount | Permit Jurisdiction |
|---|---|---|---|---|---|---|---|---|
| 40972 | 1 | 10/2/2013 | $500,000 | 12/1/2013 | 2015 | 2017 | $7,500 | SAMMAMISH |

| New Search | Property Tax Bill | Map This Property | Glossary of Terms | Area Report | Print Property Detail |

ADVERTISEMENT

Ex. 3NN-3

ADVERTISEMENT

**Reference Links:**

- King County Tax Links
- Property Tax Advisor
- Washington State Department of Revenue (External link)
- Washington State Board of Tax Appeals (External link)
- Board of Appeals/Equalization
- Districts Report
- iMap
- Recorder's Office
- Scanned images of surveys and other map documents

New Search | Property Tax Bill | Map This Property | Glossary of Terms | Area Report | Print Property Detail

## PARCEL DATA

| Parcel | 202506-9085 | Jurisdiction | SAMMAMISH |
|---|---|---|---|
| Name | OGREN DANIEL JAMES+MIRON MA | Levy Code | 2208 |
| Site Address | | Property Type | R |
| Residential Area | 047-001 (NE Appraisal District) | Plat Block / Building Number | |
| | | Plat Lot / Unit Number | |
| Property Name | | Quarter-Section-Township-Range | SW-20-25-6 |

**Legal Description**

NWLY 200 FT OF 2ND CL SH LDS & UPLANDS ADJ THAT POR GL 2 IN SEC 20-25-06 DAF BEG NE COR SD GL TH S ALG E LN THOF 569.64 FT TH W 221.58 FT TH SWLY AT R/A TO R/W NPRR 15.3 FT TO NELY LN SD R/W TH NWLY ALG SD NELY LN TO N LN SD GL TH E ALG SD N LN TO POB LESS CO RD & LESS POR IF ANY IN OR NELY OF SD RR R/W LESS SELY 96 FT THOF
PLat Block:
Plat Lot:

## LAND DATA

| | | | |
|---|---|---|---|
| Highest & Best Use As If Vacant | SINGLE FAMILY | Percentage Unusable | 0 |
| Highest & Best Use As Improved | (unknown) | Unbuildable | YES |
| Present Use | Vacant(Single-family) | Restrictive Size Shape | NO |
| Land SqFt | 6,313 | Zoning | R4 |
| Acres | 0.14 | Water | WATER DISTRICT |
| | | Sewer/Septic | (none) |
| | | Road Access | PUBLIC |
| | | Parking | |
| | | Street Surface | PAVED |

| Views | | Waterfront | |
|---|---|---|---|
| Rainier | | Waterfront Location | LAKE SAMM |
| Territorial | | Waterfront Footage | 100 |
| Olympics | | Lot Depth Factor | 0 |
| Cascades | | Waterfront Bank | LOW |
| Seattle Skyline | | Tide/Shore | |
| Puget Sound | | Waterfront Restricted Access | |
| Lake Washington | | Waterfront Access Rights | NO |
| Lake Sammamish | EXCELLENT | Poor Quality | NO |
| Lake/River/Creek | | Proximity Influence | NO |
| Other View | | | |

| Designations | | Nuisances | |
|---|---|---|---|
| Historic Site | | Topography | |
| Current Use | (none) | Traffic Noise | HIGH |
| Nbr Bldg Sites | | Airport Noise | |
| Adjacent to Golf Fairway | NO | Power Lines | NO |
| Adjacent to Greenbelt | NO | Other Nuisances | NO |
| Other Designation | NO | Problems | |
| Deed Restrictions | NO | Water Problems | NO |
| Development Rights Purchased | NO | Transportation Concurrency | NO |
| Easements | NO | Other Problems | NO |
| Native Growth Protection Easement | NO | Environmental | |
| DNR Lease | NO | Environmental | NO |

| Environmental Type | Information Source | Delineation study | Percentage Affected |
|---|---|---|---|
| HundredYrFloodPlain | JURISDICTION | N | |

## BUILDING

## TAX ROLL HISTORY

| Account | Valued Year | Tax Year | Omit Year | Levy Code | Appraised Land Value ($) | Appraised Imps Value ($) | Appraised Total Value ($) | New Dollars ($) | Taxable Land Value ($) | Taxable Imps Value ($) | Taxable Total Value ($) | Tax Value Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 202506900500 | 2016 | 2017 | | 2187 | 200,000 | 0 | 200,000 | 0 | 200,000 | 0 | 200,000 | |
| 202506900500 | 2015 | 2016 | | 2187 | 200,000 | 0 | 200,000 | 0 | 200,000 | 0 | 200,000 | |
| 202506900500 | 2014 | 2015 | | 2187 | 200,000 | 0 | 200,000 | 0 | 200,000 | 0 | 200,000 | |
| 202506900500 | 2013 | 2014 | | 2187 | 200,000 | 0 | 200,000 | 0 | 200,000 | 0 | 200,000 | |

ADVERTISEMENT

Ex. 3 OO-1

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2025069085000 | 2012 | 2013 | 2187 | 200,000 | 0 | 200,000 | 0 | 200,000 | 0 | 200,000 |
| 2025069085000 | 2011 | 2012 | 2187 | 200,000 | 0 | 200,000 | 0 | 200,000 | 0 | 200,000 |
| 2025069085000 | 2010 | 2011 | 2184 | 132,000 | 0 | 132,000 | 0 | 132,000 | 0 | 132,000 |
| 2025069085000 | 2009 | 2010 | 2184 | 127,000 | 0 | 127,000 | 0 | 127,000 | 0 | 127,000 |
| 2025069085000 | 2008 | 2009 | 2184 | 150,000 | 0 | 150,000 | 0 | 150,000 | 0 | 150,000 |
| 2025069085000 | 2007 | 2008 | 2184 | 150,000 | 0 | 150,000 | 0 | 150,000 | 0 | 150,000 |
| 2025069085000 | 2006 | 2007 | 2184 | 150,000 | 0 | 150,000 | 0 | 150,000 | 0 | 150,000 |
| 2025069085000 | 2005 | 2006 | 2184 | 150,000 | 0 | 150,000 | 0 | 150,000 | 0 | 150,000 |
| 2025069085000 | 2004 | 2005 | 2184 | 174,000 | 0 | 174,000 | 0 | 174,000 | 0 | 174,000 |
| 2025069085000 | 2003 | 2004 | 2184 | 174,000 | 0 | 174,000 | 0 | 174,000 | 0 | 174,000 |
| 2025069085000 | 2002 | 2003 | 2184 | 174,000 | 0 | 174,000 | 0 | 174,000 | 0 | 174,000 |
| 2025069085000 | 2001 | 2002 | 2184 | 174,000 | 0 | 174,000 | 0 | 174,000 | 0 | 174,000 |
| 2025069085000 | 2000 | 2001 | 2184 | 174,000 | 0 | 174,000 | 0 | 174,000 | 0 | 174,000 |
| 2025069085000 | 1999 | 2000 | 7279 | 174,000 | 0 | 174,000 | 0 | 174,000 | 0 | 174,000 |
| 2025069085000 | 1998 | 1999 | 7279 | 174,200 | 0 | 174,200 | 0 | 174,200 | 0 | 174,200 |
| 2025069085000 | 1997 | 1998 | 7279 | 0 | 0 | 0 | 0 | 174,200 | 0 | 174,200 |
| 2025069085000 | 1996 | 1997 | 7279 | 0 | 0 | 0 | 0 | 174,200 | 0 | 174,200 |
| 2025069085000 | 1994 | 1995 | 7279 | 0 | 0 | 0 | 0 | 174,200 | 0 | 174,200 |
| 2025069085000 | 1992 | 1993 | 7279 | 0 | 0 | 0 | 0 | 174,200 | 0 | 174,200 |
| 2025069085000 | 1990 | 1991 | 7279 | 0 | 0 | 0 | 0 | 135,000 | 0 | 135,000 |
| 2025069085000 | 1988 | 1989 | 7279 | 0 | 0 | 0 | 0 | 81,000 | 0 | 81,000 |
| 2025069085000 | 1986 | 1987 | 7279 | 0 | 0 | 0 | 0 | 67,500 | 0 | 67,500 |
| 2025069085000 | 1984 | 1985 | 7260 | 0 | 0 | 0 | 0 | 45,000 | 0 | 45,000 |
| 2025069085000 | 1982 | 1983 | 7260 | 0 | 0 | 0 | 0 | 45,000 | 0 | 45,000 |

SALES HISTORY

| Excise Number | Recording Number | Document Date | Sale Price | Seller Name | Buyer Name | Instrument | Sale Reason |
|---|---|---|---|---|---|---|---|
| 2722695 | 20150406001400 | 4/2/2015 | $575,000.00 | NELSON MARY BETH - TRUSTEE | OGREN DANIEL JAMES+MIRON MARIA ISABEL P D | Bargain and Sales Deed | None |
| 2145373 | 20050809000074 | 7/25/2005 | $0.00 | HUGHES WILLIAM F | HUGHES WILLIAM J | Executor's Deed | Trust |

REVIEW HISTORY

PERMIT HISTORY

HOME IMPROVEMENT EXEMPTION

| New Search | Property Tax Bill | Map This Property | Glossary of Terms | Area Report | Print Property Detail |
|---|---|---|---|---|---|

ADVERTISEMENT

Ex. 3 OO-2



**HARLEY H. HOPPE**

KING COUNTY ASSESSOR

708 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104



June 10, 1982

Mr. S. Michael Rodgers
Morris & Rodgers
111 N.E. 3rd St.
Bellevue, WA  98004

Re:  Wm. F. Hughes
     202506-9085

Dear Mr. Rodgers:

We are in receipt of your letter of May 27, 1982 concerning the legal
description change in your client's tax statement.

As we explained to Mr. Hughes, we had done some map update of the
section in which his property is located and discovered that the dry
beach area between the present location of the shore of Lake Sammamish
and the railroad right-of-way was unaccounted for from an assessment
standpoint.

Until the change, Mr. Hughes property was described only as shore
lands adjoining a tract of land in gov't lot 2 of the section.  The
westerly line of the tract ran a course that was probably once the
easterly line of the right-of-way.  His portion of the shore line,
as it is now shown on the map, is well over a hundred feet south-
westerly of this right-of-way line.  Even after subtracting the right-
of-way there is still an unassessed 50 to 55 foot strip that appears
to be above the high water line of the lake.

Judging from similar descriptions in the area, our feeling was that
the shore line and the railroad right-of-way was assumed to be the
same during the early years of property development along the shore
of the lake.  With that assumption in mind, we changed the adjoining
property owner's tax description to describe the strip when it
appeared that assumption best described the situation.

Mr. S. Michael Rodgers
Page Two
June 10, 1982


Please refer to the attached map for clarification.  The green area
is the strip heretofore unassessed.  The red area is the shore where
it is now believed to be located, and the blue area is the upland
that supposedly adjoins the lake.

Very Truly Yours,

HARLEY H. HOPPE
King County Assessor


A. Martin
Abstract Section Supervisor

AM:sv

Attachment

Ex. 3PP-2

VOL 2852 PAGE 105

3912221

## REFEREE'S DEED

By virtue of a decree entered January 21, 1949, in the
Superior Court of the State of Washington for King County in a
certain cause, being cause No. 367315, wherein Bert Stares and
Florence Stares, his wife, are plaintiffs, and Minnie Hughes,
Executrix of the Last Will and Testament of Maude Palmberg, deceased,
Annie Stangroom, nee Annie B. Palmberg and S. L. Stangroom, her
husband; Gertrude Hughes, formerly Gertie Gorman; Bertha Tuttle,
Alfred Zengel, Charlotte Zengel, Mary Moore and Ladora Zengel,
children, and J. A. Zengel, administrator and surviving husband
and heirs at law of Elizabeth Zengel, nee Elizabeth E. Palmberg,
deceased, who appears of record also as Bessie Zengel; Reah Whitehead
Harrison, administratrix of the estate of Alfred Palmberg, deceased;
the unknown heirs of Elizabeth Zengel, nee Elizabeth E. Palmberg,
deceased, who appears of record also as Bessie Zengel; the Unknown
Heirs of Alfred Palmberg, deceased; the Unknown Heirs of Maude
Palmberg, deceased; also "all other persons or parties unknown
claiming any right, title, estate, lien or interest in the real
estate described in the complaint herein", are defendants, which
plaintiffs and defendants are hereinafter known as the heirs of
Alfred Palmberg, deceased, which decree was supplemented by order
of said Court entered in said cause on March 23, 1949, and pursuant
to a sale held April 30, 1949, under the authority aforesaid, at
which the grantee hereinafter named became the purchaser of the
property hereinafter described, which sale was confirmed by order of
said Court entered in said cause May 20, 1949; Now, Therefore,

CHARLES W. BOVEE, hereinafter known as the grantor, being
the Referee appointed and authorized by said decree to make this sale
and conveyance, in consideration of Seven Thousand Five Hundred Dollars
($7500.00) to him in hand paid, grants, bargains, sells, conveys and

Ex. 3QQ-1

-1-

2852 190

confirms to J. J. SIMPSON, the grantee, the following described real estate:

> That portion of Government Lot 1, Section 20, Township 25 North, Range 6, E. W. M., King County, Washington, described as follows: Beginning at a point on the north line of Government Lot 1, 630 feet east of the northwest corner thereof; thence south 900 feet; thence southwesterly at right angles to the right of way of Northern Pacific Railway Company (formerly Seattle and International Railway) to the northeasterly line of the said right of way; thence southeasterly along said northeasterly line to the south line of said Government Lot 1; thence east along said south line to the southeast corner thereof; thence north along the east line thereof to the northeast corner thereof; thence west along the north line to point of beginning; EXCEPT County Road.

The grantor, for the aforesaid heirs of Alfred Palmberg, deceased, does by these presents covenant with the grantee, his heirs and assigns, as follows and not otherwise: That this conveyance passes to the grantee the title of all the said heirs of Alfred Palmberg, deceased, that said title is free from any encumbrances done or suffered from said heirs of Alfred Palmberg, deceased, and that the grantee shall have quiet enjoyment of said real estate against the said heirs of Alfred Palmberg, deceased, and their heirs and assigns.



DATED AT SEATTLE, WASHINGTON, this 8th day of June, 1949.

_Charles W. Bone_
Grantor

Ex. 3QQ-2

-2-

VOL. 2852 PAGE 107

STATE OF WASHINGTON )
                    ) SS:
COUNTY OF KING      )

On this day personally appeared before me CHARLES W. BOVEE, to me known to be the individual described in and who executed the within and foregoing instrument, and acknowledged that he signed the same as his free and voluntary act and deed for the uses and purposes therein mentioned.

GIVEN UNDER MY HAND AND OFFICIAL SEAL this _____ day of June, 1949.

_____
Notary Public in and for the State of Washington, residing at Seattle.

Approved: June 9th 1949

_____
Judge of the Superior Court of King County, Washington.

Ex. 3QQ-3

Statutory Warranty Deed

5510169

RECORDED
VOL...........
PAGE...........REQUEST OF

1962 NOV 23 PM 3 18

ROBERT A. MORRIS AUDITOR
KING COUNTY WASH.
............DEPUTY

WASHINGTON
TITLE INSURANCE
COMPANY

FILED

E461867

## Statutory Warranty Deed

THE GRANTOR J. J. SIMPSON, a widower,

for and in consideration of SEVEN THOUSAND FIVE HUNDRED DOLLARS ($7,500.00)

in hand paid, conveys and warrants to GERTIE GORMAN HUGHES, a widow,

the following described real estate, situated in the County of King, State of Washington:

That portion of Government Lot One (1), Section Twenty (20),
Twp. Twenty-five (25) north, Range Six (6) East, W.M., described
as follows:

Beginning in the north line of said Government Lot 1, at a
point 630 feet east of the northwest corner thereof; thence
south 900 feet; thence southwesterly at right angles to the
right-of-way of Northern Pacific Railway Company (formerly
Seattle and International Railway) to the northeasterly line
of said right-of-way; thence southeasterly along said north-
easterly line to the south line of said government Lot 1;
thence east along said south line to the southeast corner
thereof; thence north along the east line thereof to the
northeast corner thereof; thence west along the north line
to the point of beginning; EXCEPT county road.

This deed is given pursuant to the terms of that certain
real estate contract dated July 1, 1949, between the parties
hereto, and warrants the title accordingly and not otherwise.

Dated this 1st day of July, 1949.

J. J. Simpson (SEAL)

STATE OF WASHINGTON,
County of King  } ss.

On this day personally appeared before me J. J. SIMPSON, a widower,

to me known to be the individual described in and who executed the within and foregoing instrument, and
acknowledged that he signed the same as his free and voluntary act and deed, for the
uses and purposes therein mentioned.

GIVEN under my hand and official seal this 1st day of July, 1949.

Notary Public in and for the State of Washington,
residing at Seattle

NOV 23 1962



FORM L58

# Statutory Warranty Deed

THE GRANTOR    , **GERTRUDE HUGHES, a widow,**

for and in consideration of    **TWO HUNDRED DOLLARS ($200.00)**

in hand paid, conveys and warrants to    **WILLIAM F. HUGHES**

the following described real estate, situated in the County of    **King**    , State of
Washington:

> That portion of Government Lot 1, Section 20, Township 25 North,
> Range 6 E W M, described as follows:
>
> Beginning at the intersection of the northeasterly margin of the
> Issaquah-Redmond County Road with the south line of said Govern-
> ment Lot; thence north 44°21'30" west along said margin 34.80
> feet; thence north 45°38'30" east 219.64 feet; thence south 44°21'30"
> east 247 feet, more or less, to the south line of said Government
> Lot; thence westerly along said south line 306 feet, more or less,
> to the point of beginning.





Dated this    **11th**    day of    **April, 1956.**

*Gertrude Hughes* (SEAL)

_____ (SEAL)

STATE OF WASHINGTON, }
County of    **King**    } ss.

On this day personally appeared before me    **GERTRUDE HUGHES, a widow,**

to me known to be the individual    described in and who executed the within and foregoing instrument, and
acknowledged that    **she**    signed the same as    **her**    free and voluntary act and deed, for the
uses and purposes therein mentioned.

GIVEN under my hand and official seal this    **11th**    day of    **April, 1956.**

_____
Notary Public in and for the State of Washington,
residing at    **Seattle**

Ex. 3SS-1

AFFIDAVIT OF ACTUAL OWNERSHIP
and
WAIVER OF PREFERENCE RIGHT

STATE OF WASHINGTON )
                     )ss.
    COUNTY OF KING    )

GERTIE GORMAN HUGHES and J. J. SIMPSON, being each first duly sworn, on oath depose and say:

That J. J. Simpson is the legal and record owner of

That portion of Government Lot One (1), Section Twenty (20), Twp. Twenty-five (25) north, Range Six (6) East, W. M., described as follows:

Beginning in the north line of said Government Lot 1, at a point 630 feet east of the northwest corner thereof; thence south 900 feet; thence southwesterly at right angles to the right-of-way of Northern Pactific Railway Company (formerly Seattle & International Railway) to the northeastearly line of said right-of-way; thence southeasterly along said northeasterly line to the south line of said government Lot 1; thence east along said south line to the southeast corner thereof; thence north along the east line thereof to the northeast corner thereof; thence west along the north line to the point of beginning; except county road.

That by Real Estate Contract dated July 1, 1949, he contracted to sell the above-described property to Gertie Gorman Hughes, who has since been in continuous possession of the premises. That the contract is in good standing, with all payments made up to date.

That by this instrument, J. J. Simpson desires to and does waive his preference right to purchase the shore lands in front of the above-described land, in favor of Gertie Gorman Hughes, who is the applicant to purchase the same.

*J. J. Simpson*

*Gertie Gorman Hughes*

STATE OF WASHINGTON)
                    )ss.
COUNTY OF KING      )

THIS IS TO CERTIFY that on this 28th day of July, 1950, before me. a Notary Public in and for the State of Washington, personally came GERTIE GORMAN HUGHES and J. J. SIMPSON, to me known to be the individuals described in and who executed the above instrument, and acknowledged that they signed and sealed the same as their free and voluntary acts and deeds for the purposes and uses therein mentioned.
WITNESS MY HAND AND OFFICIAL SEAL this 28th of July, 1950.

*Frances A. Wright*

Notary Public in and for the
State of Washington, residing
at Seattle

WRIGHT & WRIGHT
ATTORNEYS
455 EMPIRE BUILDING
SEATTLE, WASH.

Ex. 3TT-1

DEPARTMENT OF PUBLIC LANDS
Office of Commissioner

. . . . . . . . . . . . . . . .
In re Appraisement of Shore Lands
of the Second Class under Appli-
cation No. 12036.
. . . . . . . . . . . . . . . .

O R D E R

July 30, 1951

It appearing to the Commissioner at this time that App-
lication No. 12036 was filed in this office by Gertie Gorman Hughes
for the purchase of certain shore lands of the second class, in
front of a portion of Lot 1, Section 20, Township 25 North, Range
6 East, W.M., on northeasterly side of Lake Sammamish in King
County, more particularly described as follows:

> The shore lands of the second class, owned by the
> State of Washington, situate in front of, adjacent to
> or abutting upon that portion of Lot 1, Section 20, Town-
> ship 25 North, Range 6 East, W.M., lying southeasterly
> of a line running S 45°35' W from a point in said Lot
> 1 which is East 630 feet and South 900 feet from the
> northwest corner thereof, with a frontage of 4.04 lineal
> chains, more or less.

and

It further appearing that subsequent to the filing of such
Application No. 12036, all interest therein was assigned to Gertie
Gorman Hughes, who purchased the abutting uplands from the applicant,
the applicant has submitted the necessary affidavit showing title to
said uplands and has filed a certificate by the Washington Title
Insurance Company showing the record ownership of the abutting uplands;
that by virtue of such upland ownership the said Gertie Gorman Hughes
is entitled to the preference right to purchase the shore lands abutting
upon her upland, and

It further appearing that from a report of inspection secured
and other information that the lands included within the said applica-
tion have a value of $50.00 per lineal chain or a total value of
$202.00; that the said Gertie Gorman Hughes has forwarded a sufficient
remittance to cover this appraisement and the required fee for a deed,
and the Commissioner being fully advised, it is

ORDERED and DETERMINED that the lands of the second class
more particularly described hereinabove, be and the same are hereby

appraised at $50.00 per lineal chain, or $202.00, and it is further

ORDERED and DIRECTED that a deed be issued to said Gertie Gorman Hughes covering the shore lands included within Application No. 12036 and as described herein.

Dated this 30th day of July, A. D., 1951.

_Jack Taylor_
Commissioner of Public Lands

gbt

Ex. 3UU-2

DEED—SECOND CLASS TIDE OR SHORE LANDS sold subsequent to June 7, 1911.

Case 1:03-cv-00785-MBH Document 244-8 Filed 02/02/18 Page 16 of 22

VOL 5698 PAGE 491

# STATE OF WASHINGTON

IN CONSIDERATION OF ——Two Hundred Two and no/100 ————

———————————— ($202.00) ———————————— Dollars,

the receipt of which is hereby acknowledged, the State of Washington does hereby grant, bargain, sell

and convey unto ————————————————————————————

———————————— Gertie Gorman Hughes , her ————————————

heirs and assigns, the following described tide or shore lands of the second class, as defined by Chap-

ter 255 of the Session Laws of 1927, situate in——King ————————County, Washington, to-wit:

————————The shore lands of the second class, owned by the State
of Washington, situate in front of, adjacent to, or abutting upon
that portion of Lot 1, Section 20, Township 25 North, Range 6 East,
W.M., lying southeasterly of a line running S 45°35' W from a point
in said Lot 1 which is East 630 feet and South 900 feet from the
northwest corner thereof, with a frontage of 4.04 lineal chains,
more or less.

The above described lands are sold subject to all the provisions of Chapter 312 of the Session Laws of 1927, to which reference is hereby made, and which shall be as binding upon the grantee and any successor in interest of said grantee as though set out at length herein.

The grantor hereby expressly saves, excepts and reserves out of the grant hereby made, unto itself, its successors and assigns forever, all oils, gases, coal, ores, minerals and fossils of every name, kind or description, and which may be in or upon said lands above described, or any part thereof, and the right to explore the same for such oils, gases, coal, ores, minerals and fossils; and it also hereby expressly saves and reserves out of the grant hereby made, unto itself, its successors and assigns forever the right to enter by itself, its agents, attorneys and servants upon said lands or any part or parts thereof, at any and all times, for the purpose of opening, developing and working mines thereon, and taking out and removing therefrom all such oils, gases, coal, ores, minerals and fossils, and to that end it further expressly reserves out of the grant hereby made, unto itself, its successors and assigns forever, the right by its or their agents, servants and attorneys at any and all times to erect, construct, maintain and use all such buildings, machinery, roads and railroads, sink such shafts, remove such soil, and to remain on said lands or any part thereof as may be necessary to occupy as much of said lands as may be necessary or convenient for the successful prosecution of such mining business hereby expressly reserving to itself, its successors and assigns, as aforesaid, generally all rights and powers in, to and over said lands, whether herein expressed or not, reasonably necessary or convenient to render beneficial and efficient the complete enjoyment of the property and rights hereby expressly reserved''; Provided, that no rights shall be exercised under this reservation by the State, its successors or assigns, until provision has been made by the State, its successors or assigns to pay to the owner of the land upon which the rights herein reserved to the State, its successors or assigns aresought to be exercised, full payment for all damages sustained by said owner, by reason of entering upon said land.

TO HAVE AND TO HOLD the said premises, with their appurtenances, unto the said ————————

———————————— Gertie Gorman Hughes, her ————————heirs and assigns forever.

WITNESS the Seal of the State affixed this 19th

day of September, 1951.

[SEAL]

Arthur B. Langlie _Governor._

Attest: Ray J. Yeoman _Assistant Secretary of State._

App. No. 12036

Cont. No. _ _ _

State record of Tide Land Deeds, Volume 21, Page 532

Filed for Record Nov. 13 1951 8 47 A. M.
.laquest of Gertie Gorman Hughes
ROBERT A. MORRIS, County Auditor

S. F. No. 485—2-48—1M. 17749.

Ex. 3VV-1

4185298

# DEED

Second Class Tide or Shore Lands

No. 20855

## STATE OF WASHINGTON

TO

Gertie Gorman Hughes

---

**STATE OF WASHINGTON.**
County of_____ } ss.

*I hereby certify that the within instrument
was filed for record this_____
day of_____, A. D.
19____, at_____o'clock_____ M.
and recorded at the request of_____
in Book_____ Page_____ Records,
of_____County,
State of Washington, as witness my hand and
official seal, this_____
day of_____, A. D. 19____*



_____
Auditor of_____County, Wash.

1.00



SECURITY TITLE INSURANCE COMPANY
OF WASHINGTON
1101 SECOND AVENUE • SEATTLE, WASHINGTON 98101 • MAIN 3-0570

THIS SPACE RESERVED FOR RECORDER'S USE

Filed for Record at Request of

NAME *William Hughes*

ADDRESS *3202 E Lake Sammamish Road*

CITY AND STATE *Redmond Washington*

NO SALES TAX
REQUIRED
F635012

JUN 14 1966
M. J. R. WILLIAMS
KING COUNTY TREAS.

## Quit Claim Deed

THE GRANTOR    GERTIE GORMAN HUGHES, a Widow

for and in consideration of    Love and Affection

convey s    and quit claim s    to WILLIAM HUGHES and BETTY MARY HUGHES, husband and
wife

the following described real estate, situated in the County of    King
State of Washington, including any after acquired title:

That portion of Government Lot 1, Section 20, Township 25 North, Range
6 E.W.M., described as follows:
Beginning in the north line of said Government Lot 1, at a point 630 feet
east of the northwest corner thereof; thence south 900 feet; thence south-
westerly at right angles to the right of way of Northern Pacific Railway
Company (formerly Seattle and International Railway) to the northeasterly
line of said right of way; thence southeasterly along said northeasterly
line to the south line of said government Lot 1; thence east along said
south line to the southeast corner thereof; thence north along the east line
thereof to the northeast corner thereof; thence west along the north line to
the point of beginning; LESS the following described portion thereof:

That portion of Government Lot 1, Section 20, Township 25 North, Range 6
E.W.M., described as follows:  Beginning at the intersection of the north-
easterly margin of the Issaquah-Redmond County Road with the south line of
said government lot; thence north 44°21'30" west along said margin 265.61
feet to the true point of beginning; thence north 45°38'30" east 337.19
feet; thence south 44°21'30" east 117.22 feet; thence south 45°38'30" west
337.19 feet; thence north 44°21'30" west 117.22 feet to the true point of
beginning, and EXCEPT County Road.

TOGETHER WITH the second class shorelands conveyed to the above named
grantor from the State of Washington by deed dated September 19, 1951,
and recorded in Volume 3098 of Deeds at Page 491 under King County Auditor's
Receiving No. 4105298.

JUN 14 1966

2 sheets

Ex. 3WW-1

Dated this                    day of                    , 1966

× *Gertie Gorman Hughes* (SEAL)

.................................................(SEAL)

STATE OF WASHINGTON,

County of   King

On this    9ᵗʰ    day of   June        , 1966 , before me, the undersigned,

a Notary Public in and for the State of Washington, duly commissioned and sworn, personally appeared

Gertie Gorman Hughes, A Widow

to me known to be the individual   described in and who executed the foregoing instrument, and acknowl-
edged to me that   she   signed and sealed this said instrument as   her   free and voluntary act and
deed for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this   9ᵗʰ    day of June        , 1966

.................................................

*Ralph E. Thom*

*Notary Public in and for the State of Washington,
residing at*

TL-6 1/66

**JUN 14 1966**

Ex. 3WW-2



SAFECO. TITLE INSURANCE COMPANY
1109 SECOND AVENUE · SEATTLE, WASHINGTON 98101 · 623-0870

THIS SPACE RESERVED FOR RECORDER'S USE

Filed for Record at Request of

AFTER RECORDING MAIL TO

NAME _____ WM. JOHN HUGHES

ADDRESS _____ 3206 E. Lake Sammamish Rd.

CITY AND STATE _Redmond, WA. 98052_

**STATUTORY WARRANTY DEED**

THE GRANTOR  GERTIE GORMAN HUGHES, a widow,

for and in consideration of  Ten Dollars and other good and valuable consideration

in hand paid, conveys and warrants to  WILLIAM JOHN HUGHES and PEGGY ANNE HUGHES, his
wife,

as Grantee, the following described real estate, situated in the County of  KING
State of Washington:

> That portion of Government Lot 1, Section 20, Township 25 North,
> Range 6 East, W.M., described as follows:
>
> Beginning at the intersection of the northeasterly margin of the
> Issaquah-Redmond County Road with the south line of said govern-
> ment lot; thence north 44°21'30" west along said margin 265.61
> feet to the true point of beginning; thence north 45°38'30"
> east 337.19 feet; thence south 44°21'30": east 117.22 feet;
> thence south 45°38'30" west 337.19 feet; thence north 44°21'30"
> west 117.22 feet to the true point of beginning, and EXCEPT
> County Road.



KING COUNTY
EXCISE TAX PAID
MAR 2 0 1978
E462430

Dated this  8th                day of      March, 1978.

_____ (SEAL)
GERTIE GORMAN HUGHES
_____ (SEAL)

STATE OF WASHINGTON
County of  KING     } ss.

On this  8th  day of  March, 1978                      , before me, the
undersigned, a Notary Public in and for the State of Washington, duly commissioned and sworn, personally appeared
GERTIE GORMAN HUGHES

to me known to be the individual   described in and who executed the foregoing instrument, and acknowledged to me
that  S he   signed and sealed this said instrument as       her       free and voluntary act and deed for the
uses and purposes therein mentioned .

GIVEN under my hand and official seal this     8th   day of    March, 1978 .

_____
Notary Public in and for the State of Washington,
residing at

TL-1 R1 5/74                                          ® SAFECO Insurance Company of America, registered trademark owner.

Case 2:21-cv-00895-BMP   Document 24-6   Filed 2/24/23   Page 21 of 22

8703059047

54-86



Ex. 3YY-1



**TICOR TITLE INSURANCE**

RECEIVED THIS DAY

REVENUE STAMPS



Filed for Record at Request of

AFTER RECORDING MAIL TO:

MERIWETHER LEACHMAN
11800 NE 160TH St.
Bothell, Wa 98011

DEC 8 10 26 AM '87

BY THE DIVISION OF
RECORDS & ELECTIONS
KING COUNTY

KING COUNTY
NO EXCISE TAX
DEC 8 1987
E0977058

8712080416

'07/12/08        #0416  D
RECD F      5.00
CASHSL          $$$$5.00
                        11

FORM L 56 R

## Quit Claim Deed

THE GRANTOR    William F. Hughes and Betty M. Hughes,
husband and wife

for and in consideration of   Love and Affection

convey   and quit claim   to William J. Hughes and Peggy Ann Hughes,
husband and wife

the following described real estate, situated in the County of    King

State of Washington including any interest therein which grantor may hereafter acquire:

That portion of Government Lot 1, Section 20, Township 25 North,
Range 6 East W.M., described as follows:   Beginning at the
irtersection of the northeasterly margin of the Issaquah-Redmond
County Road with the south line of said Government Lot; thence
North 44°21'30" West along said margin 148.39 feet to the TRUE
POINT OF BEGINNING; thence North 45°38'30" East 317.19 feet;
thence South 44°21'30" East 30.00 feet; thence South 45°38'30"
West 337.19 feet; thence North 44°21'30" West along said
northeasterly margin of County Road, 30.00 feet to the TRUE POINT
OF BEGINNING, and EXCEPT County Road

Dated this   7th           day of   December, 1987.

William F. Hughes        (SEAL)

Betty M. Hughes          (SEAL)

NOTARY PUBLIC
STATE OF WASHINGTON
County of King          } ss.

On this day personally appeared before me   William F. Hughes & Betty M. Hughes
to me known to be the individual s described in and who executed the within and foregoing instrument, and
acknowledged that they       signed the same as   their        free and voluntary act and deed, for the
uses and purposes therein mentioned.

GIVEN under my hand and official seal this   7th   day of   December, 1987

Joel S. Tanner

Notary Public in and for the State of Washington,
residing at   Redmond

Ex. 3ZZ-1