SEC. 20, TWP. 25N, R. 6E.



Ex. 3NNN-1

In the Superior Court of the State of Washington, County of King

# IN PROBATE

IN THE MATTER OF THE ESTATE OF

WILLIAM A. CONNELL

*Deceased.*

No. 45692

**INVENTORY AND APPRAISEMENT**

STATE OF WASHINGTON, } ss.
COUNTY OF KING

AGNES ELIZABETH CONNELL, Executrix of the above named
Estate being duly sworn on her oath, says that the within is a true Inventory of all the Estate of
said decedent coming into her hands.

*Agnes Elizabeth Connell*

Subscribed and sworn to before me this ____ day of ____ January ____ 192 8.

*Notary Public in and for the State of Washington, residing at ____, Washington*
REDMOND

STATE OF WASHINGTON, } ss.
COUNTY OF KING

EDWARD CONNOR, H. S. REED and EDWARD BENSON

Being first duly sworn, on oath, each for himself, says: That he will truly, honestly and impartially
appraise the property of said estate which shall be exhibited to him, to the best of his knowledge
and ability.

*Edward Connor*
*Edward Benson*
*H S Reed*

Subscribed and sworn to before me this ____ day of ____ February ____ 192 8.

*Notary Public in and for the State of Washington, residing at ____, Washington*

## INVENTORY

| REAL ESTATE | APPRAISED VALUE |
|---|---|
| That portion of Government Lot 2, Section 32, | |
| Township 25, North, Range 6 E. W. M., lying West | |
| of the Northern Pacific Railroad right of way, | |
| together with the shore lands of the second class | |
| fronting thereon , less the north ten feet previously | |
| conveyed. . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total Valuation of Real Estate Carried Forward | $ 4 000 |

FILED
IN PROBATE DEPT. No.
KING COUNTY, WASH.
FEB 24 1928
ABE N. OLSON
By GLENN J. TWIGG
DEPUTY



Ex. 3PPP-1



Ex. 3PPP-2

# In the Superior Court of the State of Washington
## for the County of King

IN THE MATTER OF THE ESTATE OF

**LOTTA N. ENRIGHT**

Deceased.

No. **15A55A**

**INVENTORY AND APPRAISEMENT**

**Date of death:  June 16, 1959**

STATE OF WASHINGTON,
County of King  } ss.

**CARROLL MALCOLM ENRIGHT, Executor** of the above entitled estate, being first duly sworn on his oath, says: That the within is a true inventory of all the estate of said decedent coming into his hands.

*Carroll Malcolm Enright*

Subscribed and sworn to before me this 27 day of August 1959

*Ward O'Brumm*
Notary Public in and for the State of Washington,
residing at **Seattle**

STATE OF WASHINGTON,
County of King  } ss.

**MICHAEL GALLAGHER**
and **A. W. NEWTON**, **FRED M. DARNELL** duly appointed appraisers of the above entitled estate, being duly sworn, each for himself, says:

I will honestly and impartially appraise the property of said estate, which shall be exhibited to me, according to the best of knowledge and ability.

Subscribed and sworn to before me this _____ day of _____ 1959

Notary Public in and for the State of Washington,
residing at **Seattle**

| INVENTORY OF PROPERTY OR LAND ESTATE | ASSESSED VALUATION | | APPRAISED VALUE | |
|---|---|---|---|---|
| | Real Estate | Improvements | Personal Property | Real Property |
| Community interest in: Lot 4, Block 2, University Heights, according to plat recorded in Volume 9 of plats, page 41, auditor's records of King County, Washington. | 8,000.00 | 1,800.00 | | |
| An undivided one-half interest in Lot 2, Block 51, John H. Nagle's Second Addition to the City of Seattle, according to plat recorded in Volume 5 of plats, page 37, auditor's records of King County, Washington. | 7,500.00 | 1,600.00 | | |
| An undivided one-half interest in Lots 5 and 6, Block 51, Second Addition to the Town of Seattle as laid off by the Heirs of Sarah A. Bell, (deceased,) Commonly known as Heirs of Sarah A. Bell's 2nd Addition to the City of Seattle) according to plat recorded in Volume 1 of plats, page 121, auditor's records of King County, Washington. | 11,600.00 | | | |
| Totals Carried Forward | $ | $ | $ | $ |

| INVENTORY OF PROPERTY OF SAID ESTATE | ASSESSED VALUATION | | APPRAISED VALUES | |
|---|---|---|---|---|
| | Real Estate | Improvements | Personal Property | Real Property |
| Brought Forward | | | | |
| 4. An undivided one-half interest in the North 30 feet of Lots 8, Block 16, Addition to the City of Seattle as laid off by the heirs of Sarah A. Bell, deceased (being known as heirs of Sarah A. Bell's Addition to the City of Seattle), according to the plat recorded in Volume 1 of plats, page 183, auditor's records of King County, Washington; less that portion condemned for street. | 6,480.00 | 3,400.00 | | |
| 5. Lot 8, Block B, Phinney's Addition to the City of Seattle, according to plat recorded in Volume 1 of plats, page 175, auditor's records for King County, Washington. | 1,000.00 | 1,300.00 | | |
| 6. Northeast quarter of the southeast quarter of Section 32, Township 25 North, Range 6 East W.M., in King County, Washington. | 1,600.00 | | | |
| 7. The south 300 feet of the north 774.31 feet of the east 225 feet of the northeast quarter of the southwest quarter of Section 32, Township 25 North, Range 6 East W.M.; in King County, Washington. | | | | |
| 8. A strip of land 20 feet in width over a portion of the northeast quarter of the southwest quarter of Section 32, Township 25 North, Range 6 East, W.M., the longitudinal center line of said strip being described as follows: Beginning at a point in the said northeast quarter of the southwest quarter, (from which the northeast corner thereof bears north 0 56'30" east 512.00 feet and north 89 01'45" east 225.00 feet; thence northwesterly to a point in the southeasterly line of the Monohan County Road, (cont'd)... | | | | |
| TOTALS | $ | $ | $ | $ |

Total Assessed Valuation of Real Estate ............ $

Total Appraised Valuation of Estate ............ $

We, the undersigned appraisers, do hereby certify that we have appraised the property described in the above inventory at

the fair value thereof.

Dated this        day of        , 19

APPRAISERS' FEES

............ day ............ miles $............

............ day ............ miles $............

............ day ............ miles $............

Ex. 3QQQ-2

INVENTORY AND APPRAISEMENT
Estate of Lotta N. Ebright, Deceased

| | Personal Property Appraised Value | Real Property App. Val |
|---|---|---|

a distance of 461.00 feet, south 38°05'37"
west from the point of intersection of said
southeasterly line with the north line of
said northeast quarter of southwest quarter,
situated in King County, Washington.

9. That portion of Government Lot 3 and of the
northeast quarter of the southwest quarter
of Section 32, Township 25 North, Range 6 East,
W.M., in King County, Washington, described
as follows:
Beginning at a point on the northwesterly
line of the right of way of Northern Pacific
Railway measured 38°05'37" west along said
right of way line 262.99 feet from the inter-
section of said right of way line with the
east and west center line of said section;
thence south 38°05'37" west along said right
of way line 326.65 feet; thence at right angles
north 51°54'23" west to the government meander
line of Lake Sammamish; thence northeasterly
along said meander line to a point from which
the point of beginning bears south 51°54'23"
east; thence south 51°54'23" east to the point
of beginning; TOGETHER WITH second class shore-
lands adjoining.

10. Certificate No. 27 for 200 shares of capital
stock of Ebright Investment Company.

11. Certificate No. 1315 for 7 shares of Northern
Life Insurance Company capital stock, par value $100.

12. Certificate No. 2508, dated March 18, 1957, for
63 shares Northern Life Insurance Company capital
stock, par value $20.

13. Certificate No. 42, dated October 4, 1955, for
155 shares of capital stock of Seattle Trust and
Savings Bank, $20. par value. [now $10. par]

14. Certificate No. 6323, dated March 3, 1955, for
20 shares of General America Corporation,
$10. par value.

15. Certificate No. 083021 for 63 shares of $12.50
par value capital stock of The Chase Manhattan Bank.

16. The following United States of America 2-1/2%
Treasury Bonds of 1967-72, dated June 1, 1945,
due June 15, 1972, redeemable on and after June 15,
1967, all with coupons due June 15, 1959, et seq.,
attached:

| No. 141368J | $10,000.00 |
|---|---|
| 141369J | 10,000.00 |
| 141390L | 10,000.00 |
| 141391A | 10,000.00 |

17. Certificate No. 2103 for 155 shares of capital
stock of Seattle Trust and Savings Bank, $10 par value.



Ex. 3RRR-1



```
                                          TH S 01-26-2? W ALG N-S CTR LIN
                                          OF L-R GL 2 TH S 89-02-55 W
                                          ALG N LN TH E 59 E LY WGN
                                          179.96 FT TH S 89-00-24 E 56.09
                                          FT TH N 60-43-53 E 149? FT TO
                                          TPOB
```

| PARCEL NUMBER — NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SN YR | RL CODE | B S LEVY CODE | VALUATION LAND IMPS | GEN'L TAX | SPEC. ASMT | P | TOTAL | AMOUNT PAID | RECT # – DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 202506-9083-02<br>CO—     CN—     SN—<br>FERRY ED          0580<br>152 HENRY ST<br>SAN FRANCISCO CA    94114 | 20-25-06      9083    15.527<br>POR OF GL 4 IN SW 1/4 BEG SE COR<br>THOF TH N 01-26-29 E ALG E LN OF<br>SD SD 1001.70 FT TO TPOB TH S<br>75-58-29 W 145.04 FT TH N<br>14-58-31 W 170 FT TH N 72-58-29<br>E 201.81 FT TO E LN OF SD GL TH<br>S ALG E LN THOF 170.25 FT TO<br>TPOB | 80 | T | 7260 L | 4000 | 6211 | | P | 6211 | 6211 | 5/06/0<br>0067249<br>10/29/0<br>0580473 |
| 202506-9084-01<br>CO—     CN—     SN—<br>HALL PATRICK N     1079<br>2265 E LAKE SAMMAMISH PKWY NE<br>REDMOND WA         98052 | 20-25-06      9084    15.527<br>POR OF GL 4 IN SW 1/4 BEG NE COR<br>OF SD GL TH S ALG E LN THOF 25.70<br>FT TH S 72-58-29 554.75 FT TO<br>TPOB TH CONT S 72-58-29 W<br>193.19 FT TH N 30-52-31 W 186.77<br>FT TH S 87-30-37 E 52-31 FT TP N<br>43-03-58 E 58.34 FT TH S<br>54-21-00 E 153.92 FT TH ON CRV<br>LFT RAD 163 FT T/A 18-10-00 A<br>DIST OF 51.51 TH TH ON CRV RGT<br>RAD 78 FT C/A 4-??-48 A DIST OF<br>54.45 FT TO TPOB TGW UND 1/6<br>INT IN FOLG BEG NE COR OF GL 4<br>TH N 89-18-53 W ALG N LN 1200.34<br>FT TH S 23-25-06 E ALG SWLY WGN<br>RR R/W 179.98 FT TO TPOB TH CONT<br>S 23-25-06 E 10 FT TH S<br>03-56-54 W TO SH LN OF LAKE TH<br>NWLY ALG SH LN TAP BRG S<br>86-04-01 W FR THOB TH N<br>86-04-01 E TO TPOB & SH LDS ADJ | 80 | T | 7260 L | 9000<br>36700 | 70958 | | P | 70958 | 70958 | 4/30/0<br>0856275<br>10/31/0<br>0701541 |

*(left margin notation: 1980 *)*

| 202506-9085-00<br>CO—     CN—     SN—<br>HUGHES WILLIAM F    S-0878<br>3202 E LAKE SAMM RD<br>REDMOND WA | 20-25-06      9085    15.527<br>NWLY 200 FT OF 2ND CL SH LUS<br>FRONTING N 569.64 FT OF GL 2<br>LESS SELY 96 FT THOF | 80 | T | 7260 L | 6200 | 9627 | | P | 9627 | 9627 | 4/23/0<br>0236457<br>10/72/0<br>0563050 |
| 202506-9086-09<br>J  6 | 20-25-06      9086    15.527 | 80 | T | 7260 L | 6200 | | | | | | 8/25/0 |

P A R C E L   C O N T I N U E D   O N   N E X T   P A G E

---

| PARCEL NUMBER — NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SN YR | RL CODE | B S LEVY CODE | VALUATION LAND IMPS | GEN'L TAX | SPEC. ASMT | P | TOTAL | AMOUNT PAID | RECT # – DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CO—     CN—     SN—<br>PETTICORD DAN C    C1080<br>20112 SE 20TH PL<br>ISSAQUAH WA         98027 | LOT 2 TGW UND INT IN PRIVATE RD<br>OF KC SHORT PLAT NO 8127711B<br>RECORDING NO 7901100957 SD PLAT<br>DAF – POR GL 2 – BEG NE COR GL 2<br>TH SLY ALG E LN 569.64 FT TH ULY<br>221.58 FT TH SWLY AT R/A TO R/W<br>N P R 15.3 FT TO E LN SD R/W<br>TH NWLY ALG SD R/W TO N LN GL 2<br>TH ELY ALG SD N LN TO POB LESS<br>CO RD | | | | | 9627 | | | 9627 | 9627 | 0537473 |
| 202506-9087-08<br>CO—     CN—     SN—<br>BYCO CONSTRUCTION INC    S-0279<br>1200 TAYLOR AVE N #101<br>SEATTLE WA          98109 | 20-25-06      9087    15.52/<br>LOT 3 TGW UND INT IN PRIVATE RD<br>OF KC SHORT PLAT NO 8127711B<br>RECORDING NO 7901100957 SD PLAT<br>DAF – POR GL 2 – BEG NE COR GL 2<br>TH SLY ALG E LN 569.64 FT TH ULY<br>221.58 FT TH SWLY AT R/A TO R/W<br>N P R 15.3 FT TO E LN SD R/W<br>TH NWLY ALG SD R/W TO N LN GL 2<br>TH ELY ALG SD N LN TO POB LESS<br>CO RD | 80 | 1 | 7260 L | 6300 | 9782 | | P | 9782 | 9782 | 4/23/0<br>0243594<br>10/09/0<br>0342323 |
| 202506-9088-07<br>CO—     CN—     SN—<br>BYCO CONSTRUCTION INC    S-0279<br>1200 TAYLOR AVE N #101<br>SEATTLE WA          98109 | 20-25-06      9088    15.527<br>LOT 4 TGW UND INT IN PRIVATE RD<br>OF KC SHORT PLAT NO 8127711B<br>RECORDING NO 7901100957 SD PLAT<br>DAF – POR GL 2 – BEG NE COR GL 2<br>TH SLY ALG E LN 569.64 FT TH ULY<br>221.58 FT TH SWLY AT R/A TO R/W<br>N P R 15.3 FT TO E LN SD R/W<br>TH NWLY ALG SD R/W TO N LN GL 2<br>TH ELY ALG SD N LN TO POB LESS<br>CO RD | 80<br>79 | T<br>T | 7260 L<br>7260 L | 5900<br>5900 | 9161<br>11459 | | F | 9161<br>11459 | | |
| 202506-9089-06 PURGED REFERENCE<br>CO—     CN—     SN— S-0879<br>CONWILL INC—BLOCK BROS INC<br>MILNOR DEVELOPMENTS INC<br>PO BOX 437<br>KIRKLAND WA         98033 | 20-25-06      9089    15.527<br>THAT POR OF NE 1/4 SEC 20 TWP<br>25 RNG 6 BEG NW COR SD SUBD TH<br>S 89-10-26 E ALG N LN SD SUBD<br>221.38 FT TO TPOB TH CONT ALG<br>SD LN N 574-71 FT TH DUE S<br>75.06 FT TH DUE W 235 FT TH<br>N 72-30-00 W 180 FT TH DUE W<br>110 FT TH N 63-15-00 W 64.93 TO<br>TPOB ALSO THAT POR OF NE 1/4<br>SD SEC BEG NE COR SD SUBD TH<br>S 0-21-57 W ALG E LN SD SUBD 200<br>FT TH S 52-20-00 W 255 FT TH<br>N 85-45-00 W 82.45 FT TH<br>S 89-20-00 W 75 FT TH<br>S 89-20-00 W 120 FT TH<br>TH N 27-00-00 W 335 FT TH<br>S 55-30-00 W 110 FT TH N<br>66-20-00 W 230 FT TH N 53-20-00 E<br>135-30-00 W N 70-53-45 W 65.65 FT<br>TO N LN SD SUBD TH S 89-10-26 E<br>ALG SD LN 868.77 FT TO BEG<br>TGW POR OF NE 1/4 BEG NW<br>COR SD SUBD TH S 89-10-26 E ALG<br>N LN SD SUBD 95.66 FT TH<br>S 26-45-00 W 45.04 FT TO BEG<br>OF CRV RGT RAD OF 121 FT TH<br>SWLY ALG SD CRV C/A 9-28-13 | 80<br>79 | T<br>T | 7270 L<br>7270 L | 21000<br>21000 | 32607<br>40788 | | F | 32607<br>40788 | | |

P A R C E L   C O N T I N U E D   O N   N E X T   P A G E

MINOLTA

Ex. 3TTT-1

| | PKWY NE TH NWLY ALG SD ELY MGN |
| 171 PG 7 TH S 189-00-31 E $26.89 |

| 40490 | 140490 | 1169258<br>10/27/1<br>1281828 |

202506-9083-02<br>CO-    CN-    SN-    0580<br>FERRY ED<br>152 HENRY ST<br>SAN FRANCISCO CA    94114

20-25-06    9083    09.366    81 T 7260L  23600    22104<br>POR OF GL 4 IN SW 1/4 BEG SE COR<br>THOF TH N 01-26-29 E ALG E LN OF<br>SD GL 1001.70 FT TO TPOB TH S<br>72-58-29 W 145.04 FT TH N

J 1

P A R C E L   C O N T I N U E D

| | AMOUNT PAIL | RECT # - DATE | | PARCEL NUMBER—NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL YR | S T | LEVY CODE | VALUATIONS L-LAND IMPVS | GEN'L TAX | SPEC ASM'T | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6652 | 6652 | 3/13/1<br>1311919 | | | 17-01-31 W 170 FT TH N 72-58-29<br>E 201.81 FT TO E LN OF SD GL TH<br>S ALG E LN THOF 179.23 FT TO<br>TPOB | | | | | | | | | |
| 71837 | 71837 | 4/28/1<br>1091513<br>12/14/1<br>1608905 | | 202506-9084-01<br>CO-    CN-    SN-    1079<br>HALL PATRICK N<br>2668 E LAKE SAMMAMISH PKWY NE<br>REDMOND WA    98052 | 20-25-06    9084    09.366<br>POR OF SD GL 4 IN SW 1/4 BEG NE COR<br>OF SD GL TH S ALG E LN THOF 25.70<br>FT TH S 72-58-29 W 554.75 FT TO<br>TPOB TH CONTG S 72-58-29 W<br>193.19 FT TH N 30-52-37 W 186.77<br>FT TH S 87-50-21 E 27.33 FT TH N<br>43-03-58 E 58.34 FT TH S<br>54-21-00 E 153.92 FT TH ON CRV<br>LFT RAD 163 FT C/A 18-10-00 A<br>DIST OF 51.68 FT TH ON CRV RG1<br>RAD 78 FT C/A 39-59-48 A DIST OF<br>54.45 FT TO TPOB TGW UND 1/6<br>INT TH FOLG BEG NE COR OF GL 4<br>TH N 89-19-55 W ALG N LN 1200.34<br>FT TH S 26-23-06 E ALG SWLY MGN<br>RR R/Y 119.98 FT TO TPOB TH CONT<br>S 26-23-06 E 10 FT TH S<br>63-36-54 W TO SH LN OF LAKE TH<br>NWLY ALG SH LN TAP BRG S<br>86-04-01 W FR TPOB TH N<br>86-04-01 E TO TPOB & SH LDS ADJ | 81 T 7260L | I | 22400<br>80700 | | 96563 | P | 9 |
| 47298 | 47298 | 5/01/1<br>1383127<br>10/19/1<br>1503410 | | | | | | | | | | | | |
| 83451 | 83451 | 4/11/1<br>1341199<br>10/21/1<br>15160 8 | | | | | | | | | | | | |
| 1981 | | | | | | | | | | | | | | |
| 16578 | 8289 | 4/24/1<br>1106416 | | 202506-9085-00<br>CO-M 4495 CN-    SN-    S-0878<br>HUGHES WILLIAM F<br>3202 E LAKE SAMM RD<br>REDMOND WA    98052 | 20-25-06    9085    09.366<br>NWLY 200 FT OF 2ND CL SH LDS<br>& UPLANDS ADJ THAT POR GL 2<br>IN SEC 20-25-06 DAF BEG NE<br>COR SD GL TH S ALG E LN THOF<br>569.64 FT TH W 221.58 FT TH<br>SWLY AT R/A TO R/W NPRR<br>15.3 FT TO NELY LN SD R/W TH<br>NWLY ALG SD NELY LN TO N LN<br>SD GL TH E ALG SD N LN TO<br>POB LESS CO RD & LESS POR IF<br>ANY LN OR NELY OF SD RR R/W<br>LESS SELY 96 FT THOF | 87 T 7260L | | 24500 | | 22947 | P | 25 |
| 14798 | 14798 | 4/24/1<br>1106416<br>11/04/1<br>1578868 | | 202506-9086-09<br>CO-    CN-    SN-    E0781<br>STULIZ ALAN I<br>15167 NE 13TH<br>BELLEVUE WA    98007 | 20-25-06    9086    09.366<br>LOT 2 TGW UND INT IN PRIVATE RD<br>OF KC SHORT PLAT NO R1277118<br>RECORDING NO 7901100957 SD PLAT<br>DAF – POR GL 2 – BEG NE COR GL 2<br>TH SLY ALG E LN 569.64 FT TH WLY<br>221.58 FT TH SWLY AT R/A TO R/W<br>N P R R 15.3 FT TO E LN SD R/W<br>TH NWLY ALG SD R/W TO N LN GL 2<br>TH ELY ALG SD N LN TO POB LESS<br>CO RD | 81 T 7260L | | 30000 | | 28098 | P | 28 |
| 44957 | 44957 | 4/24/1<br>1106086 | | 202506-9087-08<br>CO-    CN-    SN-    S-0279<br>BYCO CONSTRUCTION INC<br>1200 TAYLOR AVE N #101<br>SEATTLE WA    98109 | 20-25-06    9087    09.366<br>LOT 3 TGW UND INT IN PRIVATE RD<br>OF KC SHORT PLAT NO R1277118<br>RECORDING NO 7901100957 SD PLAT<br>DAF – POR GL 2 – BEG NE COR GL 2<br>TH SLY ALG E LN 569.64 FT TH WLY<br>221.58 FT TH SWLY AT R/A TO R/W<br>N P R R 15.3 FT TO E LN SD R/W<br>TH NWLY ALG SD R/W TO N LN GL 2 | 81 T 7260L | I | 30000<br>101000 | | 122695 | P | 12 |

P A R C E L   C O N T I N U E D

K 1

| | AMOUNT PAID | RECT # - DATE | | PARCEL NUMBER—NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL YR | S T | LEVY CODE | VALUATIONS L-LAND IMPVS | GEN'L TAX | SPEC ASM'T | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9359 | 49359 | 4/30/1<br>1710741<br>10/30/1<br>1888046 | | 202506-9088-07 PURGED REFERENCE<br>CO-    CN-    SN-    C0481<br>SCOTT REVICE G<br>19931 NE 30TH COURT<br>REDMOND WA    98052 | 20-25-06    9088    09.366<br>TH ELY ALG SD N LN TO POB LESS<br>CO RD<br>LOT 4 TGW UND INT IN PRIVATE RD<br>OF KC SHORT PLAT NO R1277118<br>RECORDING NO 7901100957 SD PLAT<br>DAF – POR GL 2 – BEG NE COR GL 2<br>TH SLY ALG E LN 569.64 FT TH WLY | 81 T 7260L | | 30000 | | 28098 | F | 28 |
| 5360 | 7680 | 4/28/1<br>1401475 | | | 221.58 FT TH SWLY AT R/A TO R/W<br>N P R R 15.3 FT TO E LN SD R/W<br>TH NWLY ALG SD R/W TO N LN GL 2<br>TH ELY ALG SD N LN TO POB LESS<br>CO RD | 80 T 7260L<br>79 T 7260L | | 5900<br>5900 | | 9161<br>11459 | F<br>F | 9<br>1 |
| 6830 | 176830 | 4/20/1<br>1343040<br>10/27/1<br>1524195 | | 202506-9088-31<br>CO-M 2200 CN-    SN-    C0481<br>SCOTT REVICE G<br>19931 NE 30TH COURT<br>REDMOND WA    98052 | 20-25-06    9088    09.366<br>LOT 4 TGW UND INT IN PRIVATE RD<br>OF KC SHORT PLAT NO R1277118<br>RECORDING NO 7901100957 SD PLAT<br>DAF – POR GL 2 – BEG NE COR GL 2<br>TH SLY ALG E LN 569.64 FT TH WLY<br>221.58 FT TH SWLY AT R/A TO R/W<br>N P R R 15.3 FT TO E LN SD R/W | 81 T 7260L | | 30000 | | 28098 | P | 28 |
| 9899 | 39899 | 4/09/1<br>1330466<br>10/27/1<br>1267181 | | | TH NWLY ALG SD R/W TO N LN GL 2<br>TH ELY ALG SD N LN TO POB LESS<br>CO RD TGW POR SD GL 2<br>LY NWLY OF & LESS POR OF<br>SD 1/4 OF SP #R1277118<br>& SD GL 2 LY SELY OF<br>FOLG DESC LN – BAAP ON<br>E LN SD GL 2 S 00-13-45 E | 80 T 7260L<br>79 T 7260L | | 5900<br>5900 | | 9161<br>11459 | P<br>P | 9<br>11 |

MINOLTA

| PARCEL NUMBER—NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL YR | S | LEVY CODE | VALUATIONS LAND IMPR | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | RECT # - DA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 72-58-00 E TO POB TGW SN LDS LESS SD R/W LESS RR R/W | | | | | | | | | | | |
| 202506-9040-04 CO- CN- SN- FRIES RANDOLPH 19630 N E 40TH REDMOND WA 98052 | 20-25-06 9040 15.527 POR OF NW 1/4 OF NW 1/4 LY WLY OF LN DRN FR PT ON N SUBD LN 660 FT E OF NW COR TO PT ON W SUBD LN 60 FT S OF SD NW COR | 80 | T | 7260 | L | | 1000 | 1553 | | 1553 | 1553 | 3/18 0109 10/06 0355 |
| 202506-9041-03 CO- CN- SN- BARRETT DONALD W BOWERS FLORENCE 4708 ASBURY RD ERIE PA 16506 | 20-25-06 9041 15.527 SELY 275 FT AS MEAS ALG SWLY MGN OF RR R/W OF SH LDS BLY FOLG-BEG NE COR GL 2 IN SW 1/4 TH S ALG E LN 569.64 FT TH 221.58 FT TH SWLY AT R/A TO | 80 | T | 7260 | L | | 20000 | 31054 | | 31054 | 31054 | 4/14 0165 |
| A 6 | | | | | | P A R C E L   C O N T I N U E D   O N   N E X T   P A G E | | | | | | |

| PARCEL NUMBER—NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL YR | S | LEVY CODE | VALUATIONS LAND IMPR | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | RECT # - DA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RR R/W 15.3 FT TO NELY MGN SD R/W TH NWLY ALG NELY MGN TO N LN GL TH E TO BEG LESS RR R/W | | | | | | | | | | | |
| 202506-9042-02 CO- CN- SN- NELSON ROBERT G N188 E LAKE SAMMAMISH RD NE REDMOND WA 98052 | 20-25-06 9042 15.527 SELY 96 FT OF NWLY 200 FT OF 2ND GL SH LDS FRONTING N 569.64 FT OF GL 2 | 80 | T | 7260 | L | I | 5800 38000 | 69250 | | P | 69250 | 69250 | 4/30/ 0500 11/03/ 0604 |
| 202506-9043-01 CO- CN- SN- LEUENBERGER K A 11825 NE 172ND BOTHELL WA 98011 | 20-25-06 9043 15.527 E 149 FT OF W 386.38 FT OF N 293 FT OF SW 1/4 OF NW 1/4 OF NW 1/4 | 80 | T | 7260 | L | | 4800 | 7453 | | | 7453 | 7453 | 4/21/ 0220795 |
| 202506-9045-09 CO- CN- SN- HARLE THOMAS W 2914 E LAKE SAMMAMISH NE REDMOND WA 98052 | 202506 9045 15.527 BAAP ON W LN OF GL 3 IN SW 1/4 S 00-13-45 E 521 FT FR NW COR TH N 00-13-45 W 38.41 FT TH N 03-04-32 E 190.09 FT TH S 03-54-32 E 35.59 FT TH SELY ALG CURVE LFT RAD 50 FT ARC DIST 32.04 FT TH N 50-43-27 E 68.78 FT TH SELY ALG CURVE RGT RAD 20 FT ARC DIST 50.05 FT TH SWLY ALG REVERSE CURVE LFT RAD 23.56 FT ARC DIST 24.49 FT TH S 37-07-30 W 170.51 FT TH WLY ALG CURVE RGT RAD 66 FT ARC DIST 60.08 FT TH N 03-09-36 W 207.50 FT TO BEG | 80 | T | 7260 | L | I | 5200 64000 | 108534 | | H | 108534 | 54267 | 4/25/0 0259286 |
| 202506-9046-08 CO- CN- SN- HARLE THOMAS W 2914 E LAKE SAMMAMISH NE REDMOND WA 98052 | 202506 9046 15.527 BAAP ON W LN OF GL 3 IN SW 1/4 S 00-13-45 E 94 FT FR NW COR TH S 00-13-45 E 388.59 FT TH N 03-54-32 W 190.09 FT TH N 03-54-32 W 35.59 FT TH NLY ALG CURVE RGT RAD 50 FT ARC DIST 32.04 FT TH N 33-08-33 E 80.41 FT TH N 55-57-57 W 269.73 FT TO BEG | 80 | T | 7260 | L | | 5700 | 8850 | | H | 8850 | 4425 | 4/25/0 0259285 |
| 202506-9047-07 CO- CN- SN- SCOTT KEVIN C 15214 NE 8TH #G10 BELLEVUE WA 98007 | 202506 9047 15.527 BEG NW COR OF GL 3 IN SW 1/4 TH S 00-13-45 E 94 FT ALG W LN TH S 59-17-57 E 269.73 FT ALG N LN S 33-08-33 W 27 FT TO TPOB TH CONT S 33-03-33 W 53.41 FT TH SLY ALG CURVE LFT RAD 50 FT ARC DIST 73.04 FT TH S 03-54-32 E 103.18 FT TH SELY ALG CURVE LFT RAD 20 FT ARC DIST 24.49 FT TH S 73-42-20 E 68.78 FT TH ELY ALG CURVE RGT RAD 20 FT ARC DIST 12.05 FT TH N 50-45-19 E 36.96 FT TH N 47-42-52 W 207.62 FT TO TPOB | 80 | T | 7260 | L | | 5000 | 7763 | | H | 7763 | 3882 | 4/18/0 0214493 |
| 202506-9048-06 CO- CN- SN- EICKMEYER VIRL E | 20-25-06 9048 15.527 POR OF GL 3 DAF BEG AT NE COR OF SD GL TH S 84-43-00 W ALG N LN | 80 | T | 7260 | L | | 7400 | 11490 | | P | 11490 | 11490 | 6/23/0 0526 6/23 0526 |
| B 6 | | | | | | P A R C E L   C O N T I N U E D   O N   N E X T   P A G E | | | | | | |

| PARCEL NUMBER—NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL YR | S | LEVY CODE | VALUATIONS LAND IMPR | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | RECT # - DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8405 140TH AVE N E REDMOND WA 98052 | THOF 657.81 FT TH S 00-13-45 E 393.26 FT TH N 58-51-26 E 766.68 FT TO BEG | | | | | | | | | | | 9522548 4552/0 8522548 4252/0 7522548 |
| | | | | 79 78 77 | T T T | 7260 7260 7260 | L L L | 7400 7400 7400 | 14373 13333 18166 | | 14373 13333 18166 | 14373 13333 18166 | 9522548 4552/0 8522548 4252/0 7522548 |
| 202506-9049-05 CO- CN- SN- NOBLE IVEN G 3510 179TH NE REDMOND WA 98052 | 20-25-06 9049 15.527 E 330 FT OF W 1980 FT OF S 1/2 OF N 1/2 OF NW 1/4 | 80 | T | 7260 | L | | 15000 | 23290 | | P | 23290 | 23290 | 5/08/0 0307743 10/20/0 0557922 |
| 202506-9050-01 CO- CN- SN- SAHALEE COUNTRY CLUB 21200 NE 28TH PL REDMOND WA 98052 | 20-25-06 9050 15.527 SE 1/4 OF SE 1/4 LESS POR PLATTED SAHALEE VILLAGE LESS POR PLATTED SAHALEE 1 & 2 BEING POR SAHALEE COUNTRY CLUB 27 HOLE GOLF COURSE | 80 | T | 7263 | L | I | 41900 63400 | 163499 | | P | 163499 | 163499 | 5/05/0 005*480 6/29/0 4059480 10/31/0 0429367 |
| | | | | 74 | T | 7222 | L | 20950 25650 | 204937 | 460 | FF | 205397 | 205397 | 4/01/0 0140011 |
| | 20-25-06 9052 15.527 UND 1/2 INT IN S 728 FT OF SW 1/4 OF NE 1/4 THIS PARCEL DESIGNATED FOREST LAND | 80 | T | 7263 | L | | 990 | 1537 | | P | 1537 | 1537 | 4/01/0 0140011 |
| C0580 | | | | | | | | | | | | |

1980

MINOLTA

```
202506-9039-07                      20-25-06        9039      09.366   81 │T│7260│   75000           136556
CO-           CN-         SN-       BEG ON E LN GL 4 AT PT                         │ │    │   70800
GAUDY OLIVER M                      843.56 FT NLY OF SE COR THOF TH N
2466 E SAMMAMISH RD N               01-26-00 E 158.14 FT TH S
REDMOND WA                          72-58-00 W 920 FT M/L TO W LN OF
                          98052     SD GL TH SELY ALG WLY LN TO PT
                                    BEG S 72-58-00 W FRM POB TH N
                                    72-58-00 E TO POB TGW SH LDS
                                    ADJ LESS CO RD LESS N P R/W

202506-9040-04                      20-25-06        9040      09.366   81 │T│7260│    2400            2248
CO-           CN-         SN-       POR OF NW 1/4 OF NW 1/4 LY NLY
FRIES RANDOLPH                      OF LN DRN FR PT ON N SUBD LN
19650 N E 40TH                      660 FT E OF NW COR TO PT ON W
REDMOND WA                          SUBD LN 60 FT S OF SW NW COR
                          98052

202506-9041-03                      20-25-06        9041      09.366   81 │T│7260│   82600           77363
CO-M  4496 CN-          SN-        SELY 77 FT AS MEAS ALG SWLY
BARRETT DONALD W                    MGN OF RR R/W OF 2ND CL SH
BOWERS FLORENCE           R0378     LDS & UPLANDS ADJ FOLG - BEG
4708 ASBURY RD                      NE COR GL 2 IN SW 1/4 TH S
ERIE PA                             ALG E LN 569.66 FT TH
                          16506     221.58 FT TH SWLY AT R/A TO
                                    RR R/W 15.3 FT TO NELY MGN
                                    SD R/W TH NWLY ALG SD NELY
                                    MGN TO N LN SD GL TH E
                                    TO BEG LESS POR LY NELY OF
                                    SWLY MGN SD RR R/W

202506-9042-02                      20-25-06        9042      09.366   81 │T│7260│   79300          154164
CO-M  4495 CN-          SN-        SELY 96 FT OF NWLY 200 FT OF 2ND          │ │    │   85300
NELSON ROBERT G           C1079     CL SH LDS & UPLANDS ADJ
3123 E LAKE SAMMAMISH RD NE         THAT POR GL 2 IN SEC 20-25-06
REDMOND WA                98052     DAF BEG NE COR SD GL TH
                                    S ALG E LN THOF 569.64 FT
                                    TH W 221.58 FT TH SWLY AT
                                    R/A TO R/W NPRR 15.3 FT TO
                                    NELY MN SD R/W TH NWLY ALG
                                    SD NELY LN TO N LN SD GL
                                    TH E ALG SD N LN TO POB
                                    LESS CO RD & LESS POR IF ANY
                                    IN OR NELY OF SD RR R/W

202506-9043-01                      20-25-06        9043      09.366   81 │T│7260│   10600
                                    B-1                                    P A R C E L   C O N T I N U E D
```

AMOUNT PAID │ RECT # │ DATE

| PARCEL NUMBER  NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR YR EX | RL T | S LEVY CODE | VAL ATIONS L/LAND IMPS | GEN-TAX | SPEC AS'MT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| CO-           CN-         SN- LEUENBERGER K A 11825 NE 172ND BOTHELL  WA              98011 | E 149 FT OF W 386.58 FT OF N 293 FT OF SW 1/4 OF NW 1/4 OF NW 1/4 | R0479 | | 81 T | 7260L | 9928 | | | 9928 |
| 202506-9045-09 CO-           CN-         SN- LICHTER BARRY L 2914 E LAKE SAMMAMISH RD NE REDMOND WA             98052 | 202506           9045      09.366 BAAP ON W LN OF GL 3 IN SW 1/4 S 00-13-45 E 521 FT FR NW COR TH N 00-13-65 W 38.41 FT TH N 60-59-34 E 190.99 FT TH S 03-54-32 E 53.59 FT TH SELY ALG CURVE LFT RAD 291 FT ARC DIST 24.49 FT TH S 73-44-29 E 68.78 FT TH SELY ALG CURVE RGT RAD 20 FT ARC DIST 50.05 FT TH SWLY ALG REVERSE CURVE LEFT RAD 43.56 FT ARC DIST 24.79 FT TH S 37-01-20 W 170.51 FT TH WLY ALG CURVE RGT RAD 66 FT ARC DIST 30.05 FT TH N 51-09-36 W 207.50 FT TO BEG | 109999 109999 | | 81 T 80 T | 7260L 7260L | 27100 I 110200 5900 I  64000 | 128595 108534 | | 128595 108534 |
| 202506-9046-08 CO-           CN-         SN- LICHTER BARRY L 2914 E LK SAMMAMISH RD NE REDMOND WA             98052 | 202506           9046      09.366 BAAP ON W LN OF GL 3 IN SW 1/4 S 00-13-45 E 94 FT FR NW COR TH S 00-13-45 E 388.59 FT TH N 03-54-34 E 190.99 FT TH N 03-54-32 W 39.59 FT TH NLY ALG CURVE RGT RAD 50 FT ARC DIST 32.04 FT TH N 33-08-33 E 80.41 FT TH N 53-57-57 W 269.75 FT TO BEG | 109999 109999 | | 81 T 80 T | 7260L 7260L | 30000 600 5700 | 28660 8850 | | 28660 8850 |
| 202506-9047-07 CO-M  4494 CN-         SN- SCOTT KEVIN C 15214 NE 8TH #G10 BELLEVUE WA | 202506           9047      09.366 BEG NW COR OF GL 3 IN SW 1/4 TH S 00-13-45 E ALG W LN THOF 769.64 FT TH N 89-43-00 E PLT N LN SD GL 3 55.25 FT TH N 58-47-36 E ALG A LN WCH IF EXTND WOULD INTRST NE COR SD GL 3 483.28 FT TH N 47-42-52 W 154.55 FT TO TPOB TH N 47-42-52 W 207.62 FT TH S 33-08-33 W 53.41 FT TO TAN CRV HAV RAD 50 FT TH ALG SD CRV LFT THRU C/A 36-43-05 32.04 FT TH S 03-34-32 E 103.18 FT TO TAN CRV HAV RAD 20 FT TH ALG SD CRV TO LFT THRU C/A 70-09-57 24.49 FT TH S 73-44-29 E 68.78 FT TO TAN CRV HAV RAD 20 FT TH ALG SD CRV TO RGT THRU C/A 34-29-48 12.05 FT TAP WCH BRS S 50-45-19 W FR TPOB TH N 50-45-19 E 136.96 FT TO TPOB | 1178 | | 81 T 80 T | 7260L 7260L | 21200 I 316300 5000 | 128782 7763 | | 128782 7763 |
| 6-9048-06 CO-           CN-         SN- MEYER VIRL E 140TH AVE N E OND WA              98052 | 20-25-06         9048      09.366 POR OF GL 3 DAF BEG AT NE COR OF SD GL TH S 89-43-00 W ALG N LN THOF 657.81 FT TH S 00-13-45 E 393.26 FT TH W | C0575 | | 81 T | 7260L | 38600 | 36153 | | 36153 |



SEC. 20, TWP. 25N., R. 6E.

G.L.1

N.E. COR. G.L.3

688.63

G.L.2

G.L.3

PARCEL "B"

N.P.R.R., B.N.R.R., SEATTLE & INTERNATIONAL RAILWAY

E. LAKE SAMMAMISH PKWY N.E.

APPROXIMATE SHORELINE

50'  50'  30'  30'

104'  200'  96'

569.64

221.58  55.23

3.66'

PARCEL "A"

240.04'

200

55.23

LAKE SAMMAMISH

N

NO SCALE

Ex. 3VVV-1

1980

✳

| PARCEL NUMBER — NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR YR | R T | LEVY CODE | VALUATION LAND IMPS | GEN'L TAX | SPEC. ASM'T | TOTAL | AMOUNT PAID | REC'T # - DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 202506-9070-31 CO-L 4416 CN- SN- DECKER CHARLES L ETAL 0780 17501 NE 53RD PL NE REDMOND WA 98052 | 20-25-06 9070 15.527 | 80 | T | 7260L | 23125 | 35906 | P | 35906 | 35906 | 5/02/0 0051036 8/26/0 0557815 11/04/0 0431399 |
| 202506-9071-06 CO- CN- SN- HUGHES WILLIAM F 3202 E SAMMAMISH RD N REDMOND WA 98052 | 20-25-06 9071 15.527 | 80 | T | 7260L | 7500 | 11645 | P | 11645 | 11645 | 4/23/0 0245545 10/22/0 0563049 |
| 202506-9072-05 PURGED REFERENCE CO- CN- SN- E0780 BECKWITH JAMES T 3260 E LAKE SAMMAMISH PKWY NE REDMOND WA 98052 | 20-25-06 9072 15.527 | 80 | T | 7260L | I 21200 6000 | 42233 | F | 42233 | 2117 | 4/16/0 0201034 |
| 202506-9072-39 CO-L 4800 CN- SN- E0780 BECKWITH JAMES T 3260 E LAKE SAMMAMISH PKWY NE G 6 | 20-25-06 9072 15.527 PARCEL | 80 | T | 7260L CONTINUED | I 21200 6125 | 42427 ON | P NEXT | 42427 | 42427 PAGE | 4/16/0 0201034 8/26/0 0557815 |

| PARCEL NUMBER — NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR YR | R T | LEVY CODE | VALUATION LAND IMPS | GEN'L TAX | SPEC. ASM'T | TOTAL | AMOUNT PAID | REC'T # - DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REDMOND WA 98052 | | | | | | | | | | | 9/30/0 0328524 |
| 202506-9073-04 CO- CN- SN- ASHCRAFT ELTON R 1207 212TH SE ISSAQUAH WA 98027 | 20-25-06 9073 15.527 | 80 | T | 7260L | 5500 | 8540 | P | 8540 | 8540 | 4/09/0 0168717 |
| 202506-9074-03 CO- CN- SN- CRANE ROBERT F 14134 121ST NE KIRKLAND WA 98033 | 20-25-06 9074 15.527 | 80 | T | 7260L | 5000 | 7763 | P | 7763 | 7763 | 4/10/0 0176409 10/15/0 0551483 |
| 202506-9075-02 CO- CN- SN- JORGENSEN GORDON L R0677 4519 170TH PL NE REDMOND WA 98052 | 20-25-06 9075 15.527 | 80 | T | 7260L | 4000 | 6211 | P | 6211 | 6211 | 4/23/0 0241687 |
| | 20-25-06 9076 15.527 | 80 | T | 7260L | 5000 | 7763 | P | 7763 | 7763 | 5/07/0 0073461 11/06/0 0620441 |
| | 98033 | | | | | | | | | | |

MINOLTA

Ex. 3WWW-1

Case 2:13-cv-00767-JCC Document 324-1 Filed 02/02/18 Page 16 of 23



PARCEL CONTINUED ON NEXT PAGE

## 202506-9071-06

H 15

*1986*

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL S | LEVY YR CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T#-DA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 202506-9071-06 CO— CN— HUGHES WILLIAM F 3202 E SAMMAMISH RD NE REDMOND WA 98053 SN— 650685 | 20-25-06 9071 12.44004 | | | 86 | 7260 L | 33000 | 41052 | P | 41052 | 41052 | 4/28/ 647083 10/22/ 661240 |
| 202506-9072-05 CO— CN— DMITRIEV MICHAEL N 3260 E LAKE SAMM BLVD NE REDMOND WA 98052 SN— 229999 | 20-25-06 9072 12.44004 | | | 86 | 7260 | 22000 80500 | 136218 | P | 136218 | 136218 | 4/22/ 644831 10/22/ 660297 |
| 202506-9073-04 CO— CN— EVANS RUSSELL E 130 206TH NE REDMOND WA 98052 SN— 259999 | 20-25-06 9073 12.44004 | | | 86 85 84 | 7260 L 7260 L 7260 L | 72500 72500 72500 | 90190 93380 83794 | F P P | 90190 93380 83794 | 83794 | 11/06/ 402410 |

PARCEL CONTINUED ON NEXT PAG

## 202506-9074-03

I 1

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL S | LEVY YR CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 202506-9074-03 CO— CN— CRANE ROBERT F 14134 121ST AVE NE 98034 SN— 400682 | 20-25-06 9074 12.44004 N 75 FT OF S 225 FT OF GL 4 LY WLY OF N P R/W & SH LDS ADJ | | | 86 | 7260 L | 30000 | 37320 | P | 37320 | 37320 | 3/11 62639 10/03 62669 |
| | 20-25-06 9075 12.44004 S 50 FT OF N 100 FT OF S 200 FT OF GL 4 LY WLY OF N P R/W & SH LDS ADJ | | | 86 | 7260 L | 25000 | 31100 | P | 31100 | 31100 | 4/30 61399 |
| RO677 | | | | | | | | | | | |

Ex. 3WWW-2



Ex. 3XXX-1

. . . . .

D  Aug 8-23                    1 32                                    1767526
Jly 20-23                      $2800.    $3. trs x
William A Connell and Agnes E Connell, h and w
to
Andrew Breckberg

Fps cy and wr to sp, the fire in Kcw:

Tht ptn of Lot 2, Sec 32, Tp 25, N of R 6 E W M. lieing East of the
Co rd;  also a roadway 10 ft W alng the N ln of Lot 2, bet the r/w
of the Northern Pacific Railway and Lake Sammamish.
      The gas grantors reserve the rt to lay a pipe 4 inches or less
in diameter across this land to by cy water for the creek running
through the same.

                              Wm A Connell                    sl
                              Agnes E Connell                 sl
Kcw Aug 7-23 by Wm AConnell and Agnes E Connell, hw bef F M Roberts,
N P for the SW, res at S.   NS-OMIT   Ml to Weter & Roberts, at
Rt #1, Redmond, Washn, ?        Com by Oct 1st 1924

Ex. 3YYY-1

AFTER RECORDING MAIL TO

TO

GREAT NORTHWEST SAVINGS
Post Office Box 319
Bremerton, Washington 98310
(06) Byco

KING COUNTY
EXCISE TAX PAID

E476377

FORM L88

## Statutory Warranty Deed

THE GRANTOR   EILEEN A. HARRIS, as Executrix of the Estate of ANNIE BERTHA STANGROOM, Deceased. (Superior Court of Washington, King County, Probate No. E 233371)

for and in consideration of Ten Dollars and other valuable consideration.

in hand paid, conveys and warrants to BYCO, INC., a corporation

the following described real estate, situated in the County of       King       , State of Washington:

That portion of Government Lot 2 of Section 20, Township 25 North, Range 6 East, W.M., in King County, Washington, described as follows:

Beginning at the Northeast corner of said Government Lot 2;
thence South along East line thereof 569.64 feet;
thence West 221.58 feet;
thence Southwesterly at right angles to right of way of the Northern Pacific Railway Company (formerly the Seattle and International Railway) 15.3 feet to the Northeasterly line of said right of way;
thence Northwesterly along said Northeasterly line to the North line of said Government Lot 2;
thence East along said North line to the point of beginning;
EXCEPT portion thereof conveyed to King County for East Sammamish Road by Deed recorded September 30, 1914 under King County Recording Number 956024.

The Warranties herein contained bind only the estate of Annie Bertha Stangroom, Deceased, and not Eileen A. Harris personally.

Dated this  19 th       day of  May, 1978.

_Eileen A. Harris_ (SEAL)
EILEEN A. HARRIS, as Executrix of the
Estate of ANNIE BERTHA STANGROOM, Deceased.

STATE OF WASHINGTON,  }
                                          } ss.
County of   KING

On this day personally appeared before me   EILEEN A. HARRIS, as Executrix of the Estate of ANNIE BERTHA STANGROOM, Deceased - - - - - - - - - - - - - - to me known to be the individual   described in and who executed the within and foregoing instrument, and acknowledged that   she   signed the same as   her   free and voluntary act and deed, for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this             day of   May, 1978.

_Betty J. Lebeene_
Notary Public in and for the State of Washington,
residing at Seattle

Ex. 3ZZZ-1

SHORT PLAT NO **R** 1277118

**S. 20    T. 25 N   R. 6 E**          KING COUNTY, WASHINGTON

| | |
|---|---|
| This space reserved for recorder's use<br><br>RECORDED KC RECORDS<br><br>JUN 10 36 3 PM '79<br><br>Filed for record at the request of:<br>BYCO, INC.<br>Name<br><br>Return to:<br>Building & Land Development<br>450 KC Administration Bldg<br>Seattle, Washington 98104 | **APPROVAL**<br><br>Department of Planning and Community Development<br>Building and Land Development Division<br><br>Examined and approved this _10_ day of<br>_JAN_ , 19 79<br>Edward B. Sail<br>Manager, Building & Land Development Division<br><br>Department of Public Works<br><br>Examined and approved this _13_ day of<br>_Dec._ , 19 78<br>Director<br><br>Department of Assessments<br><br>Examined and approved this _20_ day of<br>_DECEMBER_ , 19 78<br>HARLEY H. HOPPE<br>Assessor<br>Q. Mault<br>Deputy Assessor          E H<br>GL 2   20-25-6 |

**LEGAL   DESCRIPTION**

That portion of Government Lot 2, Section 20, Township 25 North, Range 6 East, W.M. in King County, Washington, described as follows:

Beginning at the Northeast corner of Government Lot 2; thence Southerly along the East line said Government Lot 2 569.64 feet; thence Westerly 221.58 feet; thence Southwesterly at right angle to R/W N.P.R.R. 15.3 feet to East line of said R/W; thence Norhtwesterly along said R/W to the North line of said Government Lot 2; thence Easterly along said North line to the point of beginning; EXCEPT portion thereof conveyed to King County for East Sammamish Road by Deed recorded September 30, 1914 under King County Recording Number 956024.

20 25 06 - 9015

Map on File in Vault
NW 1/4 of SW 1/4
20 . 25 - 06

Page 1 of 4

Ex. 3ZZZ-2



Note 1.  Lots 1, 2, 3 and 4 to have an undivided interest in said private road.

Note 2.  Direct Vehicular access to East Lake Sammamish from Lots 1 and 4, which abut it, is prohibited.

Note 3.  Warning:  King County has no responsibility to build, improve, maintain, or otherwise service the private roads contained within or providing service to the property described in this short plat.

Land Surveyor's Certificate:

This short plat correctly represents a survey made by me or under my direction in conformance with the requirements of appropriate state and county statute and ordinance.

10/6/78.
Date

Certificate No: 15645

Short Plat No. R 1277118

Map on File in Vault

Direction:

Scale: 1" = 80'

0    80    160

Page 2 of 4

**DECLARATION:**

Know all men by these presents that we, the undersigned, owner(s) in fee simple [and contract purchaser(s)] of the land herein described do hereby make a short subdivision thereof pursuant to RCW 58.17.060 and declare this short plat to be the graphic representation of same, and that said short subdivision is made with the free consent and in accordance with the desire of the owner(s).

In witness whereof we have set our hands and seals.

GREAT NORTHWEST FEDERAL SAVINGS & LOAN ASSOC.                    BYCO, INC

By: _Norma J Brown_                    by _____
Name _Vice President_                  Name _PRESIDENT_

Name _____          Name _____

Name _____          Name _____

---

STATE OF WASHINGTON )
                    ) ss.
County of King      )

On this 12th day of _October_, 1978, before me, the undersigned, a Notary Public in and for the State of Washington, duly commissioned and sworn, personally appeared WILLIAM V. VETTER, to me known to be the President of BYCO, INC., the corporation that executed the foregoing instrument, and acknowledged the said instrument to be the free and voluntary act and deed of said corporation, for the uses and purposes therein mentioned, and on oath state that he is authorized to execute the said instrument.

WITNESS my hand and official seal hereto affixed the day and year first above written.

_Judith M. Neu_
Notary Public in and for the State of Washington, residing at _Seattle, King Co._

---

STATE OF WASHINGTON, )
                     ) ss.
County of _Kitsap_   )

On this _8th_ day of _December_ A. D., 19 _78_ before me personally appeared _NORMA J. BROWN_, to me known to be the _Vice President_ of the corporation that executed the within and foregoing instrument, and acknowledged the said instrument to be the free and voluntary act and deed of said corporation for the uses and purposes therein mentioned, and on oath stated that _she was_ authorized to execute said instrument.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

_Barbara E. Minveely_

Notary Public in and for the State of Washington, residing at _____ Bremerton

TL-35 R2 3/76       SAFECO Title Insurance Company — ACKNOWLEDGMENT -- CORPORATION

Short Plat Number _R1277118_                    Page _3_ of _4_

Ex. 3ZZZ-4

7901100957

DECLARATION OF COVENANT REQUIRING PRIVATE CONSTRUCTION AND MAINTENANCE
OF SHORT PLAT APPROVED PRIVATE ROAD, AND DEDICATION TO THE COUNTY WHEN
REQUIRED BY KING COUNTY.

"Declaration of Covenant

"In consideration of the approval by King County of short plat
# R1277118   , which said plat creates the lot(s) described as
follows:

the undersigned convenants and agrees that:

"1.  The owner(s) of the aforedescribed property or of any lot which
has been or is subsequently created on said property shall be responsible
for the financing for construction and maintenance of all private roads
within said short plat.

"2.  The road shall be improved consistent with King County standards
for short plat private roads.

"3.  Maintenance methods, standards, and financing shall be in a
manner determined by the owners of a majority of the square footage of
buildable land within such aforedescribed property.

"4.  In the event such private road is improved to King County stan-
dards for public streets and the County is willing to accept the
dedication of such road, each lot owner shall execute any documents
necessary to accomplish such dedication.

"5.  Owners of lots within the above referenced short plat, who are
served by such private road, may sue and recover from any owner of any
lot within the short plat which is similarly served who refuses to
participate in the road construction, financing, and maintenance.  Such
owners who refuse to share the costs under the percentage set forth
above shall be liable for any attorneys fees.

"6.  Warning:  King County has no responsibility to build, improve,
maintain, or otherwise service the private roads contained within or
providing service to the above referenced property."

BYCO, INC.

by _____
    owner    President

STATE OF WASHINGTON  )
                     )  ss.
County of King       )

On this 12th day of  October  , 1978, before me,
the undersigned, a Notary Public in and for the State of Wash-
ington, duly commissioned and sworn, personally appeared
WILLIAM V. VETTER, to me known to be the President of BYCO, INC.,
the corporation that executed the foregoing instrument, and
acknowledged the said instrument to be the free and voluntary
act and deed of said corporation, for the uses and purposes
therein mentioned, and on oath state that he is authorized to
execute the said instrument.
    WITNESS my hand and official seal hereto affixed the day
and year first above written.

Short Plat No: R1277118

Judith M. Long
Notary Public in and for the
State of Washington, residing
at Seattle, King Co.