vr 2866 pre 650

## 3929069
### REFEREE'S CORRECTIVE DEED

By virtue of a decree entered January 21, 1949, in the
Superior Court of the State of Washington for King County in a
certain cause, being cause No. 367315, wherein Bert Stares and
Florence Stares, his wife, are plaintiffs, and Minnie Hughes,
Executrix of the Last Will and Testament of Maude Palmberg,
deceased, Annie Stangroom, nee Annie B. Palmberg, and S. L.
Stangroom, her husband; Gertrude Hughes, formerly Gertie Gorman;
Bertha Tuttle, Alfred Zengel, Charlotte Zengel, Mary Moore and
Dadora Zengel, children, and J. A. Zengel, administrator and
surviving husband, and heirs at law of Elizabeth Zengel, nee
Elizabeth E. Palmberg, deceased, who appears of record also as
Bessie Zengel; Reah Whitehead Harrison, administratrix of the
estate of Alfred Palmberg, deceased; the unknown heirs of
Elizabeth Zengel, nee Elizabeth E. Palmberg, deceased, who
appears of record also as Bessie Zengel; the unknown heirs of
Alfred Palmberg, deceased; the unknown heirs of Maude Palmberg,
deceased; also "all other persons or parties unknown claiming
any right, title, estate, lien or interest in the real estate
described in the complaint herein", are defendants, which
plaintiffs and defendants are hereinafter known as the heirs of
Alfred Palmberg, deceased, which decree was supplemented by order
of said Court entered in said cause on March 23, 1949, and
pursuant to a sale held April 30, 1949, under the authority
aforesaid, at which the grantee hereinafter named became the
purchaser of the property hereinafter described, which sale was
confirmed by order of said Court entered in said cause May 20, 1949;

And by virtue of an order entered in said cause No. 367315
August 12, 1949, authorizing the undersigned grantor to execute
and deliver this corrective deed; Now, Therefore,

-1-

Ex. 13A-1

vol 2866 page 651

CHARLES W. BOVEE, hereinafter known as the grantor, being
the Referee appointed and authorized by said decree to make this
sale and conveyance, in consideration of Six Thousand Six Hundred
Sixty Dollars ($6660.00) to him in hand paid, grants, bargains,
sells, conveys and confirms to J. A. EARLEY, the grantee, the
following described real estate:

All shore lands of the second class formerly
owned by the State of Washington situated in front
of, adjacent to or abutting upon government lot 2,
section 20, township 25 north, range 6 east, W. M.,
except the shore lands in front of the following
described tract:

Beginning at a point on the east line of said
government lot 2, 569.64 feet south of the northeast
corner thereof; thence west 221.58 feet; thence
southwesterly at right angles to the center line of
the Northern Pacific Railway 15.3 feet to the
easterly margin of the right of way of said railway;
thence southeasterly along said right of way 240.04
feet; thence east 87 feet to the east line of said
government lot 2; thence north 200 feet to said
point of beginning.

The portions of said government lot 2, not
thus excepted, have a frontage of 15.81 lineal chains,
more or less, measured along the government meander
line.

The shorelands hereby conveyed are all the shore
lands of the second class conveyed by that certain deed
from the State of Washington to Alfred Palmberg, Maude
Palmberg, Annie Stangroom, Bessie Zengel, Gertie Gorman
and Bert Stares by deed dated February 27, 1940, recorded
March 15, 1940, in volume 1889 of deeds, page 1, under
auditor's file No. 3090903, records of King County.

The grantor, for the aforesaid heirs of Alfred Palmberg,
deceased, does by these presents covenant with the grantee, his
heirs and assigns, as follows and not otherwise: That this conveyance
passes to the grantee the title of all the said heirs of Alfred
Palmberg, deceased, that said title is free from any encumbrances
done or suffered from said heirs of Alfred Palmberg, deceased, and
that the grantee shall have quiet enjoyment of said real estate
against the said heirs of Alfred Palmberg, deceased, and their heirs
and assigns.

-2-

vol 2866 page 652

The intent of this deed is to clarify the description of the land sold as aforesaid and conveyed by the deed of said grantor to the grantee dated June 8, 1949, and recorded June 17, 1949, in volume 2851 of Deeds, page 212, records of King County, Washington.

Dated at Seattle, Washington, this 11th day of August, 1949.

_____
Grantor

STATE OF WASHINGTON }
                       } SS:
COUNTY OF            }

On this day personally appeared before me CHARLES W. BOVEE, to me known to be the individual described in and who executed the within and foregoing instrument, and acknowledged that he signed the same as his free and voluntary act and deed for the uses and purposes therein mentioned.

GIVEN UNDER MY HAND AND OFFICIAL SEAL this 11th day of 1949.

_____
Theodore J. Turner
Notary Public in and for the State
of Washington, residing at Seattle.

Approved:

_____
Judge of the Superior Court
of King County, Washington.

Filed for Record Aug 8 1949 2 P.M.
Request of Seattle Title Company
ROBERT A. MORRIS, County Auditor

Ex. 13A-3

Printed for Distribution
by
Lawyers Title Insurance Corp.

# Real Estate Contract

FORM L-19 6-56

**THIS AGREEMENT,** made and entered into this 29th day of November, 1961

between    ROSE EARLEY, a widow

hereinafter called the "seller," and    DONALD W. BARRETT and JEANNETTE C. BARRETT, his wife

hereinafter called the "purchaser,"

**WITNESSETH:** That the seller agrees to sell to the purchaser and the purchaser agrees to purchase of the seller the following described real estate situate in King County, State of Washington, to-wit:

> The southeasterly 475 feet of the second class shorelands adjoining
> that portion of Government Lot 2, section 20, township 25 north,
> range 6 east, W.M., described as follows:
> Beginning at the northeast corner of said government lot; thence
> south along the east line thereof 569.64 feet; thence west 221.58
> feet; thence southwesterly at right angles to the right of way of
> the Northern Pacific Railway Co., (formerly the Seattle and International
> Railway) 15.3 feet to the northeasterly line of said right of way; thence
> northwesterly along said northeasterly line to the north line of said
> government lot; thence east along said north line to the point of beginning;
> EXCEPT county road; and EXCEPT portion if any, in said railroad right of way.

with the appurtenances, on the following terms and conditions: The purchase price for said described premises is the sum of TWENTY EIGHT THOUSAND FIVE HUNDRED AND 00/100 - - - - -($28,500.00) Dollars, of which the sum of SEVEN THOUSAND AND 00/100- - - - - - - - - -($7,000.00) Dollars has this day been paid, the receipt whereof is hereby acknowledged, and the balance of said purchase price in the sum of TWENTY ONE THOUSAND FIVE HUNDRED AND 00/100- - - - - - - - - - -($21,500.00) Dollars shall be paid as follows: FIVE HUNDRED AND 00/100- - - ($500.00) or more on or before the 30th day of April , 1962, and FIVE HUNDRED AND 00/100- - -($500.00)dollars, or more, on or before the last day of each and every quarter thereafter until the entire purchase price, including interest on the unpaid portion thereof at the rate of 6½% per annum, has been fully paid. The quarterly payment herein provided shall include both principal and interest, said quarterly payment to be applied first to accrued interest and the balance applied to principal.
Interest to begin on the 1st day of December, 1961.

**SALES TAX LIEN**
**PAID**

DEC 4 1961
A. K. [...]
KING COUNTY TREASURER
[signature]
E448061

(1) The purchaser assumes and agrees to pay before delinquency all taxes and assessments that may as between grantor and grantee hereafter become a lien on said premises.

(2) The purchaser agrees, until full payment of the said purchase price, to keep all buildings on said described premises insured to the full insurable value thereof against loss or damage by fire in some company acceptable to the seller and for the seller's benefit as his interest may appear and to deliver all policies, renewals thereof, and premium receipts to the seller.

(3) The purchaser agrees that full inspection of said described premises has been made and that neither the seller nor assigns shall be held to any covenant respecting the condition of any improvements on said premises nor to any agreement for alterations, improvements or repairs, unless the covenant or agreement relied on be in writing and attached to and made a part of this contract.

(4) The purchaser assumes all hazards of damage to or destruction of any improvements now on said premises or hereafter placed thereon, and of the taking of said premises or any part thereof for public use; and agrees that no such damage or taking shall constitute a failure of consideration, and that in case of such damage or taking, all money received by the seller by reason thereof, less any sums which the seller may be required to expend in procuring such money, shall be applied as payment on the purchase price herein, or at the election of the seller, to the rebuilding or restoration of such improvements.

(5) The seller has procured or agrees to procure, within 10 days from date hereof, from Lawyers Title Insurance Corporation a purchaser's policy of title insurance, insuring the purchaser to the full amount of said purchase price against loss or damage by reason of defect in the title of the seller to the said described premises or by reason of prior liens or encumbrances not assumed by the purchaser under this agreement.

(6) The seller agrees, on full payment of said purchase price in manner hereinbefore specified, to make, execute and deliver to the purchaser a good and sufficient   warranty   deed of conveyance of said described premises

**2 sheets**

DEC 4 - 1961   830   Filed by LTI

Ex. 13B-1

(7) Time is of the essence of this contract, and in case the purchaser shall fail to make any payment of the said purchase price, promptly at the time the same shall fall due as hereinbefore specified, or promptly to perform any covenant or agreement aforesaid, the seller may elect to terminate this contract, and upon such election being made all rights of the purchaser hereunder shall cease and determine, and any payments theretofore made hereunder by the purchaser shall be retained by the seller in liquidation of all damages sustained by reason of such failure, and no waiver by the seller of any default on the part of the purchaser shall be construed as a waiver of any subsequent default.

Service upon purchaser of all demands, notices or other papers with respect to such declaration of forfeiture and termination may be made by U. S. Registered Mail, sent to purchaser at the address of said premises, to-wit: _____ _____ or at such other address as the purchaser may in writing indicate to the seller.

(8) The purchaser shall be entitled to possession of said premises on __December 1, 1961__ and to retain possession so long as purchaser is not in default hereunder. The purchaser agrees to keep the buildings and other improvements on the premises in good repair and not to permit waste and not to use the premises for any illegal purpose.

(9) In case the purchaser fails to make any payment or to insure the premises as herein provided for, the seller may make such payment or effect such insurance, and any amount so paid by the seller, together with interest at the rate of 10% per annum thereon from date of payment until repaid, shall be deemed a part of the purchase price and become payable forthwith, all without prejudice to any other right the seller might have by reason of such default.

IN WITNESS WHEREOF, the parties hereto have executed this instrument in duplicate the day and year first herein written.

X _____ (Seal)

_____ (Seal)

_Donald W. Barrett_ (Seal)
_by Gordon O. Barrett_
His Attorney in Fact

_Kenneth C. Barrett_ (Seal)
_by Gordon O. Barrett_
Her Attorney in Fact

STATE OF WASHINGTON   }
County of ____KING____ } ss.

On this day personally appeared before me ____ROSE BAILEY, a widow____

_____

_____

to me known to be the individual   described in and who executed the within and foregoing instrument and acknowledged to me that __she__ signed the same as __her__ free and voluntary act and deed for the purposes therein mentioned.

Given under my hand and official seal this __20th__ day of __November__ 19__61__

_Harold O. Wilson_
Notary Public in and for the State of Washington,

residing at __Seattle, Washington.__

WHEN RECORDED, RETURN TO

EVERGREEN ESCROW CO.
23533 Aurora Avenue North
Seattle, Washington

LAWYERS
TITLE INSURANCE
CORPORATION
SEATTLE, WASHINGTON

Filed for Record at Request of

NAME ____EVERGREEN ESCROW CO.____

ADDRESS ____13533 Aurora Avenue North____

CITY AND STATE ____Seattle, Washington____

THIS SPACE RESERVED FOR RECORDER'S USE

DEC 4 - 1961   830   Filed by LTI

Ex. 13B-2

LAWYERS
TITLE INSURANCE
CORPORATION
SEATTLE, WASHINGTON

for Record at Request of

Filed for Record at Request of

Name. DONALD W. BARRETT
Address 2920 E. LK SAMMAMISH RD
N.
REDMOND, WASHINGTON

NAME    Evergreen Escrow Co.
ADDRESS    13533 Aurora Avenue North
CITY AND STATE   Seattle, Washington

THIS SPACE RESERVED FOR RECORDER'S USE

RECORDED KC RECORDS

FORM L58

# Statutory Warranty Deed

THE GRANTOR    ROSE EARLEY, a widow

for and in consideration of  $1.00 and other value

in hand paid, conveys and warrants to    DONALD W. BARRETT and JEANNETTE C. BARRETT, his wife

the following described real estate, situated in the county of         KING                    , State of
Washington:

    The southeasterly 475 feet of the second class shorelands adjoining
that portion of Government lot 2, section 20, township 25 north,
range 6 east, W.M., described as follows:
    Beginning at the northeast corner of said government lot; thence
south along the east line thereof ᶠ69.64 feet; thence west 221.58
feet; thence southwesterly at right angles to the right of way of
the Northern Pacific Railway Co., (formerly the Seattle and International
Railway) 15.3 feet to the northeasterly line of said right of way; thence
north westerly along said northeasterly line to the north line of said
government lot; thence east along said north line to the point of beginning;
EXCEPT county road; and EXCEPT portion if any, in said railroad right of way.

This deed is given in fulfillment of that certain real estate contract between the parties hereto, dated
November 29                              , 19 61, and conditioned for the conveyance of the above
described property, and the covenants of warranty herein contained shall not apply to any title, interest or
encumbrance arising by, through or under the purchaser in said contract, and shall not apply to any taxes,
assessments or other charges levied, assessed or becoming due subsequent to the date of said contract.

Subject to all easements, restrictions and reservations of record, if any.

Dated this    1st                        day of   December, 1961

_Rose Earley_ _____ (SEAL)

_____ (SEAL)

STATE OF WASHINGTON,
                  ss.
County of    KING

    On this day personally appeared before me   ROSE EARLEY, a widow

to me known to be the individual described in and who executed the within and foregoing instrument, and
acknowledged that    she       signed the same as    her       free and voluntary act and deed, for the
uses and purposes therein mentioned.

    GIVEN under my hand and official seal this    1st       day of   December, 1961

SALES TAX PAID ON CONTRACT AFF. NO. F448061
KING CO. RECORDS DIVISION

BY _____ , DEPUTY

_Howard O. Wilson_
Notary Public in and for the State of Washington,
residing at  Seattle, Washington.

045-0396-7

Ex. 13C-1





# LOT LINE ADJUSTMENT APPLICATION

BUILDING AND
LAND DEVELOPMENT DIVISION

RECEIVED
BLDG. & LAND DEVELOP.
AUG 25 1987 ✓

450 KING COUNTY ADMINISTRATION BUILDING, SEATTLE, WASH. 98104    TEL: 344-7980

| | Owner's Name | Address | City | Zip | Phone |
|---|---|---|---|---|---|
| Lot A | Donald W. Barrett | 2920 E. Lk. Sammamish Rd | N. Redmond WA | 98053 | 868-311 |
| Lot B | June Michaels | 322 Berkely Ave | Tacoma WA | 98466 | 564-5082 |
| Lot C | | | | | |

| | Tax Lot # | Source of Water | Sewage Disposal | I certify that the information furnished by me is true and correct to the best of my knowledge | |
|---|---|---|---|---|---|
| Lot A | 9041 | none | none | | Lot A Signature |
| Lot B | 9114 | Community well | septic tank | | Lot B Signature |
| Lot C | | | | | Lot C Signature |

| 1/4 Sec | 1/4 Sec | Sec | Twn | Rg | Do Not Complete | Krall Pg | Zoning | Related File |
|---|---|---|---|---|---|---|---|---|
| NW | SW | 20 | 25 | 6 | | 536W | RS9600 | |

Legal Description:

Lot A

See attached

Lot B

See attached

#8708030
LOT-L          120.00
SURCHARGE       11.00
TTL     131.00
CHEK TEND  131.00
CCNG        .00

08:41 #0025P001
08/25/87

```
16 CLK#16 0025
08/25/87
08:41 #0025P001
CCNG
CHEK TEND
TTL  131.00
SURCHARGE
LOT-L
#8708030
                131.00  .00
                        11.00
                        120.00
KING COUNTY
```

Lot C

R#

F-271-1

Ex. 13D-2



Do Not Write Below This Line

☒ Approval is hereby granted subject to: AH

☐ Disapproved because:

OBTAIN THE EAST SIDE K.C. HEALTH DISTRICT
APPROVAL FOR THE EXISTING SEPTIC TANK
SEWAGE DISPOSAL SYSTEM (CALL 340-4795)

Planner                                    Date

NOTE: Approval of this adjustment does not assure the property owner that
the subject property itself has satisfied the State and County sub-
division requirements (RCW 58.17 and King County Title 19).  P. ase
be advised that building permits will not be issued to lots which
have not complied with the requirements of said statute and code.

F-271-2
9/83

Ex. 13D-3

Tax Lot ♦ 41
PARCEL 'A'

The southeasterly 475 feet of the second class shorelands
adjoining that portion of Government lot 2, section 20,
township 25 north, range 6 east, W.M., described as follows:

Beginning at the northeast corner of said government lot;
thence south along the east line therof 569.64 feet; thence
west 221.58 feet; thence southwesterly at right angles to the
right of way of the Northern Pacific Railway Co., (formerly
the Seattle and International Railway) 15.3 feet to the
northeasterly line of said right of way; thence northwesterly
along said northeasterly line to the north line of said
government lot; thence east along said north line to the point
of beginning; EXCEPT county road; and EXCEPT portion if any,
in said railroad right of way.



TAX LoT 114
PARCEL 'B'

## LOT 3 LEGAL DESCRIPTION

That portion of Government Lot 2, Section 20, Township 25 North, Rnage 6 East, W.M. in King County, Washington described as follows:

Beginning at a point on the line between Government lots 2 & 3 in Section 20, Township 25 North, Range 6 East, W.M. 569.64 ft. South of the Northwest corner of said Lot 3; thence West in said Lot 2, 221.58 ft.; thence Southwesterly along a line drawn at right angles to the centerline of the Burlington Northern Railroad Company, Inc. railway, as successors to the Seattle Lakeshore and Eastern Railway Company 15.3 ft. to the Easterly margin of the right-of-way of said railway company, said point being hereinafter referred to as Point A; thence Southerly along said right-of-way 240.4 ft.

Thence Westerly at right angles to the centerline of said railroad 100 ft. to the Westerly margin of said right-of-way; thence Northerly along said Westerly margin to a point which is 150 ft. as measured along said Westerly margin from the intersection of said Westerly margin with the boundary line between the Barrett Estate and Early properties as described in the Boundary Line Agreement recorded under Auditor's File #8302140262, said point is hereinafter referred to as Point B.

Thence
Commencing at the above described Point A; thence Southwesterly at right angles to the centerline of the railroad right-of-way to the Westerly boundary of the shorelands of the second class previously owned by the State of Washington and acquired by deed dated December 3, 1928 and recorded in Volume 16, page 286 of the State of Washington's Records of Tideland Deeds; thence Southerly along    TC
said Westerly boundary of shorelands to the intersection with a line from Point    114
B which bears Southwesterly at right angles to railroad centerline; thence North-
easterly along said line to Point B; thence continuing on the same bearing a
distance of 100 ft. to the Easterly margin of railroad right-of-way; thence
Northwesterly along said Easterly margin to Point A.

Providing, however, that the Northeasterly 100 ft. of the above parcel is subject to the interests presumably acquired by Burlington Northern Railway Co., Inc. as successors to the Seattle Lakeshore & Eastern Railroad by deed recorded under Auditor's File #13877 to locate, construct, and operate a railroad in part for the benefits and advantages to accrue to the Grantor excepting however all riperian and waterfront rights on Lake Sammamish are expressly reserved for Grantor.

Subject to the rights of railroad company contained in AF #13877 to go upon the land adjacent to said line for a distance of 200 ft. on each side thereof and cut down all trees dangerous to the operation of said railroad. Also subject to other easements which may be of record.

SHORT PLAT # 8708030    DATE SENT_____    INITIAL_____

**Distribute to:**

- ☒ OWNER(S)
- ☐ AGENT(S)
- ☐ TRAFFIC
- ☐ SWM
- ☒ ASSESSOR
- ☐ OPERATIONS
- ☐ HEALTH
- ☐ PARTIES OF RECORD
- ☐ _____
- ☐ _____

BALD
F 254 2/86

**Sent to:**    ☐ OWNER            ☐ AGENT

- ☐ COVER LETTER
- ☐ LEGAL DESCRIPTION
- ☐ EXTRA PAGE
- ☐ LAND SURVEYOR MAP
- ☐ NON-SURVEYOR MAP
- ☐ DECLARATION PAGE
- ☐ HEALTH FORMS
- ☐ PRIVATE ROAD CRID
- ☐ PUBLIC ROAD CRID
- ☐ A-1 & ___ A-2s

- ☐ B-1 & ___ B-2s
- ☐ C-1 & ___ C-2s
- ☐ DEDICATION PAGE
- ☐ REVISED DECLARATION
- ☐ REVISED DEDICATION
- ☐ TYPICAL SECTION,
  DRAWING NO(s). ____
- ☐ *Sent 12-21-87 Ch.*
- ☐ _____
- ☐ _____

Ex. 13D-6

# LOT LINE ADJUSTMENT *(Submit in Triplicate)*

APPLICATION FOR ~~PRELIMINARY~~ FINAL
SUBDIVISION APPROVAL
(Short and Long Plat)

NOTE: This also applies to Rezones and
Lot Line Revisions.

SEATTLE-KING COUNTY DEPARTMENT OF PUBLIC HEALTH
ENVIRONMENTAL HEALTH SERVICES

IMPORTANT: Please be advised this is the application for
preliminary subdivision approval. An application for
final subdivision approval is required prior
to receiving final approval for this plat.

NAME OF PLAT _____ LLA 8708030 P 2: 56

APPROX. ADDRESS _2927 E LK. SAMMAMISH KROO NORTH_

LEGAL DESCRIPTION Tx Lots # 202506-9114 and # 202506-9041

OWNER Donald W. Barrett ADDRESS 2930 E.LK.SAMM. RD W REDMND WA 98053 PHONE 868-311
~~AGENT~~ OWNER AGENT June Michaels ADDRESS 322 Berkly Ave Tacoma WA 98466 PHONE 564-5582
                          Street        City    State  Zip

NUMBER OF ACRES _____  NUMBER OF LOTS ___2___  SMALLEST LOT SIZE ~12,000☐

NOTE: The following section must be completed and the appropriate fee must accompany this application.
Fee: $100.00 plus $25.00 per lot. If public water and public sewer - Total Fee $25.00.

## WATER SUPPLY:  (Complete one (1) section below)

Section 1. ☒ Existing Public Water Supply _UNAPPROVED CLASS IV (BARRETT)_
                                                           (Name)
           ☐ Letter of Service Availability Attached

Section 2. ☐ Proposed Public Water Supply _____
                                                           (Name)
           ☐ Protective Covenant Attached ☐ Recording # _____, or
                                          ☐ To be recorded with final approval
           ☐ Waterline Easements Attached ☐ Recording # _____, or
                                          ☐ To be recorded with final approval
           ☐ Water System Operating Maintenance and Management Agreement Attached
                                          ☐ Recording # _____, or
                                          ☐ To be recorded with final approval
           ☐ Restrictive Covenant(s) (if applicable) Attached
                                          ☐ Recording # _____, or
                                          ☐ To be recorded with final approval
Section 3. ☒ Individual Wells  ☐ All lots greater than 5 acres

## SEWAGE DISPOSAL:  (Complete one (1) section below)

Section 1. ☐ Existing Sewer District _____
                                                  (Name)
           ☐ Letter of Service Availability Attached
Section 2. ☒ Individual On-Site Sewage System
           ☐ Soil Logs Attached (Minimum 1 per lot)
           ☐ Plot Plan Attached (Include lot lines, lot size, & location of soil logs)
           ☐ Certified Designer's Name _____ ID # _____
Section 3. ☐ Community/Larger On-Site Sewage System
           ☐ Preliminary Report - Community/Larger On-Site System Attached

RECEIVED
EAST DISTRICT
SEWAGE CENTER
DEC 1 1987

I, hereby, certify the information given in this application is a true and accurate representation of the existing
conditions on this plat.

Signature of Owner/Agent _Dudolle Ban_  Date _10/27/87_
Signature of Certified
Designer, Engineer or R.S. _____  Date _____

OFFICE USE ONLY

☒ APPROVED   12-3-87
○ DISAPPROVED  (Date)            (Sanitarian)          (District Supervisor)
Comments _LLA acceptable, this is not an approved of the existing
system or water supply_

DISTRICT HEALTH CENTERS

| CENTRAL | SOUTHWEST | SOUTHEAST | EAST | NORTH |
|---|---|---|---|---|
| 172 - 20th Avenue | 10821 - 8th Ave. S.W. | 3001 N.E. 4th | 2424 - 156th Ave. N.E. | 10501 Meridian Ave. N. |
| SEATTLE 587-4632 | SEATTLE 344-6000 | RENTON 344-6708 | BELLEVUE 344-6891 | SEATTLE 363-4765 |

Ex. 13D-7



10 July 1987

King County Building & Land Development Division
Short Subdivision Section
450 King County Administration Bldg
500 Fourth
Seattle, Washington  98104

Dear Sirs:

    We would like approval of the attached Lot Line
Adjustment application.  We desire the adjustment so
as to eliminate the encroachment by the Northwest
corner of the house on tax lot 202406-9114 onto tax
lot 202506-9041 - the line would be adjusted nine
feet to the Northwest so as to clear the house plus
providing a five foot side lot clearance.

    Please let us know if any additional info is
required.

    Thanking you in advance,

Sincerely,

June Michaels

Donald Barrett

Ex. 13D-9



## ATTACHMENTS

1.  Copy of the Statutory Warranty Deed for my 475' tax lot.

2.  Copy of the Assessor"s tax lot informationfor the other property involved.

3.  Copy of Mary H. Barrett's will – inaccurate legal description of the estates southern boundary is highlighted-the cabin that was will'd to Elizabeth Barrett is the middle third of the property (property effectively divided into three pieces).  Attachment 2 is the northern thirds of the subdivided property.

4.  Court order which corrected the legal description of the Estates southern boundary.

Ex. 13D-10

ATTACHMENT #1

LAWYERS
TITLE INSURANCE
CORPORATION     for Record at Request of

Filed for Record at Request of    DONALD W. BARRETT

399, E LK SAMMAMISH BD

REDM    WA. KING, Wash

NAME    Evergreen Escrow Co.

ADDRESS    13131 Auburn Avenue S

CITY AND STATE    Seattle, Washington

TL 41

## Statutory Warranty Deed

**THE GRANTOR**    ROSE EASLEY, a widow

for and in consideration of $1.00 and other value

in hand paid, conveys and warrants to    DONALD W. BARRETT and JEANNETTE G. BARRETT, his wife

the following described real estate, situated in the county of    KING    , State of
Washington:

The southeasterly 415 feet of the second class shorelands adjoining
that portion of Government lot 2, section 26, township 24 north,
range 6 east, W.M., described as follows:
   Beginning at the northeast corner of said government lot; thence
south along the east line thereof 469.44 feet; thence west 221.18
feet; thence southwesterly at right angles to the right of way of
the Northern Pacific Railway Co., (formerly the Seattle and International
Railway) 15.3 feet to the northeasterly line of said right of way; thence
north westerly along said northeasterly line to the north line of said
government lot; thence east along said north line to the point of beginning;
EXCEPT county road; and EXCEPT portion if any, in said railroad right of way.

This deed is given in fulfillment of that certain real estate contract between the parties hereto, dated
November 29    , 19 61, and conditioned for the conveyance of the above
described property, and the covenants of warranty herein contained shall not apply to any title, interest or
encumbrance arising by, through or under the purchaser in said contract, and shall not apply to any taxes,
assessments or other charges levied, assessed or becoming due subsequent to the date of said contract.

Subject to all easements, restrictions and reservations of record, if any.

Dated this    1st    day of December, 1961

_____ (SEAL)

_____ (SEAL)

STATE OF WASHINGTON,
County of    KING

   On this day personally appeared before me    ROSE, a widow

to me known to be the individual described in and who executed the within and foregoing instrument, and
acknowledged that    she    signed the same as    her    free and voluntary act and deed, for the
uses and purposes therein mentioned

   GIVEN under my hand and official seal this    1st    day of    September, 19

_____
Notary Public in and for the State of Washington,
residing at    Seattle, Washington.

SALES TAX PAID ON CONTRACT AFF. NO. E448061
KING CO. RECORDS DIVISION

BY _____ DEPUTY



RPCI 202506911439          CAN:00000  SUP:00000000  S/M:G-002425   STATUS:ACTIVE
MICHAELS JUNE OPAL              739B00    05/18/87    FOR GL 2 SEC 20-25-6 LY 150
322 BERKELEY TACOMA AVE                                BY NWLY OF LN AGREED UPON
TACOMA WA                         9B466                 BY BLA REC #B3021402-2 & LY
                                                        SELY OF FOLG LN - BAAP ON
LOT:20-25-06        BLOCK:9114     LAST LEGAL           LN BEG GL 2 & 3 SD SEC 20  AAF
                                        IS    15        569.64 FT S OF NW COR SD LOT 3
RY DY ST SC NC LEVY DM-LV          LAND                 IMPS       BILLED       PAID P A
B8   I     7279                 49.700              13.400              .00          .00
B7   I     7279                 49.700              13.400           857.80      435.70 H
                                                                                 422.10
YR FF/ACRE DIST BENACRE BENEFIT  ST BILL ST PAID FF BILL FF PAID    RECEIPT DATE
                                          TOTAL TAX DUE              7044447 04147
                                                                    7143B68 05947
                                                                             F/N

            A531   ADDITIONAL DATA

ATTACHMENT #2

Ex. 13D-12

ATTACHMENT #3

# Last Will and Testament of

................................ Mry. E. Barrett .................................... E250468

I,.................................... Mry. E. Barrett .....................................................

of ...................... Redmond, Washington ................... declare this to be my Last Will, hereby

revoking all wills and any codicils thereto at any time heretofore made by me.

**EXECUTOR....:**

I appoint.................... Elvin William Collins ........................ as Execut or....

of this my Last Will, but if for any reason ....he shall be unable or unwilling to so act; I appoint

........................ Herbert William Elmonton ............................ as Execut or....

either to act as such without bond, and without intervention of any court as hereinafter provided.

## NONINTERVENTION CLAUSE:

I further direct that my Execut or... act without the intervention of any Court, except as may be
required in the case of nonintervention wills. My Execut or shall have full power: to sell, convey
and encumber, without notice or confirmation, any assets of my estate, real or personal, at such prices
and terms as may seem just to him; to mortgage or pledge any estate property; to continue all of my
business operations; to invest and reinvest any assets of my estate; to advance funds and borrow
money, secured or unsecured, from any source; and to select any part of the estate in satisfaction
of any partition or distribution thereunder, in kind, in money, or both. Such powers may be exer-
cised whether or not necessary for the administration of my estate

## DISPOSITION OF ESTATE:

I give, devise and bequeath unto the following persons the following items:

............................ To June Opal Michaels my automobile.................................
To Gordon L. Barrett my Gorman Silver "b", the sum of $5,000.00,
.................................... his grandfather's watch, the old flintlock
.................................... pistol and powder horn, and such other guns as
.................................... do not belong to his brother.
To Donald V. Barrett my Peridot ring, his grandfather's other watch,
.................................... the Civil War rifle, and such of my books as he
.................................... desires.
.................... To Elizabeth A. Barrett my Michaels engagement ring, the large oil
.................................... painting by Grandma Collins, the large frame
.................................... mirror, and the brown cabin at 2921 East Lake
.................................... Sammamish Road North, Redmond, Washington with
.................................... 65' of beach and described as: the north 65 feet
.................................... of the south 175.04 feet of the north 769.84 feet
.................................... as measured along the east line of that portion
.................................... of Government Lot #8, Section #10, Township 25
.................................... north, Range 6 E.W.M., King County, Washington,
.................................... lying westerly of the Northern Pacific
.................................... Railway right of way ( Arlington and Northern)
.................................... Together with the second class shorelands ad-
.................................... joining said 65 feet being westerly of said
.................................... right of way.

I give, devise and bequeath unto my four children above named, share and share alike,

all of my estate whether real, personal or mixed, of whatsoever kind and wheresoever

situated of which I shall die seized or possessed or to which I shall be in any

manner entitled at the time of my death. In the event that any of my said children

Ex. 13D-13

ATTACHMENT #4

DEC 12 1986

IN THE SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

HERBERT W. SIMONTON, Personal
Representative for the Estate
of MARY H. BARRETT, deceased,

        Plaintiff,

v.

VIRL E. EICKMEYER, et ux.,
et al.,

        Defendants.

NO.  85-2-15594-7

AGREED ORDER REFORMING
LEGAL DESCRIPTION ON
REAL ESTATE CONTRACTS

THIS MATTER having come before the undersigned upon motion of the plaintiffs for partial summary judgment; counsel for the parties herein having agreed by execution below to the entry of this order prior to the hearing on plaintiffs' motion; the court having considered the files and records herein; now, therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. That the portion of the legal description on the Real Estate Contract dated October 8, 1970 between Donald W. Barrett and Jeannette C. Barrett, his wife, and Mary Barrett, as sellers, and the defendants Virl E. Eickmeyer and Susan C. Eickmeyer, his wife, as purchasers recorded under King County No. 6717396 which reads as follows:

ORDER REFORMING LEGAL
DESCRIPTION - PAGE 1



MORRIS & RODGERS
ATTORNEYS AT LAW
11111 NE THIRD STREET
BELLEVUE, WASHINGTON 98004
(206) 455-1110

Ex. 13D-14

"Together with a 1/7th interest in the south 40 feet of the north 769.64 feet as measured along the east line of that portion of Government Lot 2 of said Section 20, if any, lying westerly of the Northern Pacific Railroad Right-of-Way (Burlington Northern)

TOGETHER with a 1/7th interest in the second class shorelands adjoining said south 40 feet lying westerly of said right-of-way."

is reformed and shall hereafter be described as set forth on Exhibit No. 1 attached and incorporated herein by this reference.

2.   That the portion of the legal description of the community beach as described on that Real Estate Contract dated November 10, 1970 between Mary Barrett, as seller, and defendants David J. Zuniga and Joseph A. W. McGee, as purchasers which reads as follows:

"Together with a 4/7ths interest in the south 40 feet of the north 769.64 feet as measured along the east line of that portion of Government Lot 2 of said Section 20, if any, lying westerly of the Northern Pacific Railroad railway right-of-way "Burlington & Northern"

TOGETHER with a 4/7th interest in the second class shorelands adjoining said south 40 feet lying westerly of said right-of-way"

is reformed and shall hereafter be described as set forth on Exhibit No. 2 attached and incorporated herein by this reference.

3.   The counterclaims of the defendants are not affected by this order and are specifically preserved for trial or later disposition by this court.

ORDER REFORMING LEGAL
DESCRIPTION - PAGE 2

MORRIS & RODGERS
ATTORNEYS AT LAW
11111 NE THIRD STREET
BELLEVUE, WASHINGTON 980
(206) 455-1110

Ex. 13D-15

DONE IN OPEN COURT this ____ day of _____, 1986.

DEC 1 1 1986

**JACK A. RICHEY**
~~JUDGE~~/COURT COMMISSIONER

Presented By:

MORRIS & RODGERS

Daryl A. Deutsch
Attorney for Plaintiff

Copy Received; Approved For Entry
and Notice of Presentation Waived:

J. Stephen Funk
Attorney for Defendants
Zuniga & McKee

James W. Abbott
Attorney for Defendants
Eickmeyer, Limbocker and
Carragher

ORDER REFORMING LEGAL
DESCRIPTION - PAGE 3

MORRIS & RODGERS
ATTORNEYS AT LAW
11111 NE THIRD STREET
BELLEVUE, WASHINGTON 98004
(206) 455-1110

Ex. 13D-16

## DESCRIPTION OF 40 FOOT WIDE BEACH TRACT

An undivided 4/7 interest in the following described property:

The uplands and shorelands of the Second Class, in front of, and adjacent to, or abutting upon that portion of Government Lot 2, Section 20, Township 25 North, Range 6 East of the Willamette Meridian, in King County, Washington, described as follows:

Commencing at the South Quarter Corner of said Section 20, which corner is marked by a concrete monument, from which corner King County Aerial Survey Monument J-285 bears S 86° 12' 40" W a distance of 591.42 feet, and from which corner the North-South center line of said Section 20 bears N 0° 06' 54" E; thence N 32° 16' 31" W a distance of 2505.04 feet to the Southeast corner of Short Plat No. R-1277118, as recorded under Auditor's File No. 7901100957, records of King County, Washington, as said Short Plat was surveyed and staked, and shown on that survey recorded in Volume 16 of Surveys, page 158, records of said county, and which point bears S 0° 16' 35" E a distance of 569.64 feet from the Northeast corner of said Short Plat; thence S 89° 40' 10" W, parallel with the North line of said Short Plat, a distance of 221.58 feet; thence S 49° 09' 51" W, at right angles to the center line (radially to the curve) of the Burlington Northern Railway (formerly the Northern Pacific Railway), a distance of 3.66 feet to a point on the curve of the Northeasterly margin of the right-of-way of said railway, at which point the tangent to said curve bears S 40° 50' 09"E; thence in a Southeasterly direction, along said curve, to the right, having a radius of 2342.01 feet, an arc distance of 240.04 feet;  thence  S 55° 02' 12" W, at right angles to said right-of-way (radially to the curve), a distance of 100.00 feet to a point on the curve of the Southwesterly margin of said right-of-way, and which point is referred to hereinafter as Point "D";  thence continuing  S 55° 02' 12" W to a point on the Line of Navigability of Lake Sammamish, and which point is the True Point of Beginning of this description;  thence  N 55° 02' 12" E to said Point "D";  thence in a Northwesterly direction, along the curve of the Southwesterly margin of the right-of-way of said railway, to the left, having a radius of 2242.01 feet, an arc distance of 40.00 feet;  thence  S 55° 02' 12" W to a point on said Line of Navigability;  thence in a Southwesterly direction, along said Line of Navigability to the True Point of Beginning.  Bearings in the above description are oriented to said recorded survey.

Ex. 13D-17

## DESCRIPTION OF 40 FOOT WIDE BEACH TRACT

An undivided 1/7 interest in the following described property:

The uplands and shorelands of the Second Class, in front of, and adjacent to, or abutting upon that portion of Government Lot 2, Section 20, Township 25 North, Range 6 East of the Willamette Meridian, in King County, Washington, described as follows:

Commencing at the South Quarter Corner of said Section 20, which corner is marked by a concrete monument, from which corner King County Aerial Survey Monument J-285 bears S 86° 12' 40" W a distance of 591.42 feet, and from which corner the North-South center line of said Section 20 bears N 0° 06' 54" E; thence N 32° 16' 31" W a distance of 2505.04 feet to the Southeast corner of Short Plat No. R-1277118, as recorded under Auditor's File No. 7901100957, records of King County, Washington, as said Short Plat was surveyed and staked, and shown on that survey recorded in Volume 16 of Surveys, page 158, records of said county, and which point bears S 0° 16' 35" E a distance of 569.64 feet from the Northeast corner of said Short Plat; thence S 89° 40' 10" W, parallel with the North line of said Short Plat, a distance of 221.58 feet; thence S 49° 09' 51" W, at right angles to the center line (radially to the curve) of the Burlington Northern Railway (formerly the Northern Pacific Railway), a distance of 3.66 feet to a point on the curve of the Northeasterly margin of the right-of-way of said railway, at which point the tangent to said curve bears S 40° 50' 09"E; thence in a Southeasterly direction, along said curve, to the right, having a radius of 2342.01 feet, an arc distance of 240.04 feet; thence S 55° 02' 12" W, at right angles to said right-of-way (radially to the curve), a distance of 100.00 feet to a point on the curve of the Southwesterly margin of said right-of-way, and which point is referred to hereinafter as Point "D"; thence continuing S 55° 02' 12" W to a point on the Line of Navigability of Lake Sammamish, and which point is the True Point of Beginning of this description; thence N 55° 02' 12" E to said Point "D"; thence in a Northwesterly direction, along the curve of the Southwesterly margin of the right-of-way of said railway, to the left, having a radius of 2242.01 feet, an arc distance of 40.00 feet; thence S 55° 02' 12" W to a point on said Line of Navigability; thence in a Southwesterly direction, along said Line of Navigability to the True Point of Beginning. Bearings in the above description are oriented to said recorded survey.

LS 80-115
5-15-86

Ex. 13D-18

August 19, 1987

King County Building & Land Development Division
Parks, Planning & Resources Department
450 King County Administration Building
500 Fourth Avenue
Seattle, WA  98104

Attn:  Anna Marie Nelson

Dear Ms. Nelson:

    Per my conversation with you on the 13th of August, attached is an expanded Lot Line Adjustment form.

    Hopefully the attachments will explain the corrected legal description for the Estates southern boundary and show how the property was legally divided into three pieces.

    Please let me know if there are any further questions.

    Thanking you in advance,

                 Sincerely,

                 Donald W. Barrett

Ex. 13D-19

King County
**Building & Land Development Division**
Parks, Planning and Resources Department

TO Donald Barrett

FROM Short Plat Technician
Anna Marie Nelson          PHONE

SUBJECT Proposed Lot line Adjustment Application  DATE 7/20/87

MESSAGE Please provide the following:

1) Documentation of legal lot status.
(See Bulletin #2 enclosed)

2) Clearly designate on the site plan the
proposed and existing lot lines of the
entire parcels and proposed setbacks
to existing structures.

SIGNED

REPLY If you have any questions, please contact
this office at 344-7980

Sincerely,
Anna Marie Nelson

SIGNED                                DATE

F-386
4/87

PINK COPY FOR FILE
YELLOW COPY FOR REPLY

Ex. 13D-20

| PARCEL NUMBER—NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR YR | S T | LEVY CODE | VALUATIONS LAND IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | RECT # · DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 23241 SE 53RD ST<br>ISSAQUAH WA<br>98027 | 216 FT TH SWLY AT R/A TO RR R/W 282 FT TH NWLY ALG NELY MGN OF CO RD 150 FT TH NELY TO BEG & POR OF SD GL & SH LDS ADJ ON SW LY SWLY OF SD R/W & BET SWLY PROD OF NWLY & SELY LNS TNOF | | | | | | | | | | |
| 202506-9026-02<br>CO—    CN—    SN—<br>HUGHES WILLIAM<br>3202 E LK SAMMAMISH RD<br>REDMOND WA<br>98052 | 20-25-06    9026    15.527 POR OF GL 1 IN NW 1/4 LY NELY OF RR R/W & ELY OF LN RNG S 500 FT FR PT ON N LN OF SD GL 630 FT E OF NW COR TH SWLY AT R/A TO SD R/W LESS CO RD & LESS BAAP ON NRLY MGN OF SD RD N W 44-21-30 W 265.61 FT FR NXN WITH S LN OF SD GL TH N 45-38-30 E 337.19 FT TH S 44-21-30 E 117.22 FT TH S 45-38-30 W 337.19 FT TH N 44-21-30 W 117.22 FT BEG & LESS BEG SD NXN TH N 44-21-30 W 34.80 FT TH N 45-38-30 E 219.64 FT TH S 44-21-30 E 247.00 FT M/L TH W ALG SD S LN 306.20 FT M/L TO BEG | 80 | T | 7260 | I | 65600 200 | 102168 | P | 102168 | 102168 | 4/23/0 0242347 10/22/0 0563051 |
| 202506-9028-00<br>CO—    CN—    SN—<br>EVEREST DEVEL CORP<br>PO BOX 701<br>ELNORA ALBERTA CANADA<br>C1180 | 20-25-06    9028    15.527 2ND CL SH LDS FRONTING GL 2 EXCEPT N 769.64 FT MEAS ALG E LN OF SD LOT 2 | 80 | T | 7260 | L | 5000 | 7763 | P | 7763 | 7763 | 4/03/0 0148319 |
| 202506-9029-09<br>CO—    CN—    SN—<br>EVEREST DEVEL CORP<br>PO BOX 701<br>ELNORA ALBERTA CANADA<br>C1180 | 20-25-06    9029    14.698 BEG NW COR OF GL 3 IN SW 1/4 TH S 00-13-45 E ALG W LN 94.00 FT TH S 45-16-47 E 269.73 FT TH N 33-0B-33 E 19.00 FT TH NELY ALG CURVE RGT RAD 185.76 FT ARC DIST 143.99 FT TH N 14-19-27 W 163.09 FT TH S 89-43-00 W ALG N LN TO BEG | 80 | T | 7225 | L | 4900 | 7202 | P | 7202 | 7202 | 4/25/0 0256656 |
| 202506-9030-06<br>CO—    CN—    SN—<br>EVEREST DEVEL CORP<br>PO BOX 701<br>ELNORA ALBERTA CANADA<br>C1180 | 20-25-06    9030    15.527 2ND CL SH LDS ADJ FOLG-BEG NE COR GL 2 IN SW 1/4 TH S ALG E LN 369.66 FT TH W 221.5B FT TH SWLY AT R/A TO RR R/W 15.3 FT TO NELY MGN SD R/W TH NWLY ALG NELY MGN TO N LN SD GL TH E TO BEG LESS NWLY 200 FT & SELY 579 FT AS MEAS ALG SWLY MGN SD R/W LESS RR R/W | 80 | T | 7260 | L | 8000 46600 | 84777 | H | 84777 | 42389 | 4/29/0 0289513 |
| 202506-9031-05<br>CO—    CN—    SN—<br>EVEREST DEVL CORP<br>PO BOX 701<br>ELNORA ALBERTA CANADA<br>C1180 | 20-25-06    9031    15.527 BEG 673.28 FT S OF NE COR OF GL 3 TH N 356.64 FT TH S 54-31-0B W 1378.74 FT M/L TO NELY LN CO RD TH A/G RD 179.96 FT TO PT S 70-16-52 W OF BEG TH N 70-16-52 E 1232.72 FT TO BEG ALSO BEG AT NE COR OF GL 3 TH W 1342.40 FT TH S 00-13-45 E 879.64 FT TO SWLY LN OF CO RD TH S 58-26-43 W 101.26 FT TO SWLY LN OF NP R/W | 80 | T | 7260 | L | 30000 75000 | 163189 | | 163189 | 163189 | 4/28/0 0268855 10/22/0 0367110 |

P A R C E L   C O N T I N U E D   O N   N E X T   P A G E

L 5

---

| PARCEL NUMBER—NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR YR | S T | LEVY CODE | VALUATIONS LAND IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | RECT # · DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TH SELY ON CURVE TO RGT RAD 2242.54 FT DIST 120.51 FT TO TPOB TH CONTG SELY 25.93 FT TH S 27-34-00 E 94.58 FT TH S 62-26-00 W TO SWLY LN OF GL 3 TH NWLY ALG SD LN ¬ PT S 62-26-00 W OF BEG TH N 62-26-00 E TO BEG TGW SH LDS ADJ TGW POR · IF A'MY OF TH 118.66 FT OF S 355.42 FT OF SD GL 3 LY BETW NELY MGN OF NP R/W & SWLY MGN OF CO RD | | | | | | | | | | |
| 202506-9032-04<br>CO—    CN—    SN—<br>EVEREST DEVL CORP<br>PO BOX 701<br>ELNORA ALBERTA CANADA<br>C1180 | 20-25-06    9032    15.527 BEG SE COR OF GL 3 TH N 00-10-00 E 336.63 FT TH S 77-29-40 W 1101.33 FT M/L TO CO RD TH S 27-34-00 E 120 FT TO S LN SD GL TH N 89-32-09 E 1018.76 FT M/L TO BEG ALSO BEG AT A PT S A9-35-09 W 1180.22 FT & S 62-26-00 W 1346.27 FT FR SE COR GL 3 TH N 27-34-00 W 120 FT TH S 62-2¬-00 W TO SWLY LN GL 3 TH SELY TO PT S 62-26-00 W OF BEG TH N 62-26-00 E TO BEG & SH LDS ADJ TGW POR OF S 118.16 FT OF SD GL LY BETW RR R/W & CO RD | 80 | T | 7260 | L | 22700 21100 | 68008 | P | 68008 | 68008 | 4/21/0 0220916 10/20/0 0358473 |
| 202506-9033-03<br>CO—    CN—    SN—<br>SCHLEPP AUGUST W<br>2818 E LAKE SAMMAMISH BLVD<br>REDMOND WA<br>98052<br>00676 | 20-25-06    9033    15.527 POR GL 3 BEG AT PT 1009.92 FT S OF NE COR TH N 336.64 FT TH S 70-16-52 W 1232.72 FT TO NELY LN CO RD TH SELY ALG SD LN 179.96 FT TO PT S 77-29-40 W TO TPOB TH W 77-29-40 E 1101.33 FT M/L TO BEG ALSO BEG AT NE COR TH W 1342.40 FT TH S 879.64 FT TO SWLY LN OF CO RD TH S 58-26-43 W 101.26 FT TO SWLY LN OF N P R/W TH SELY ON CURVE TO RGT RAD 2242.54 FT ARC DIST 146.44 FT TH S 27-34-00 E 94.58 FT TO TPOB TH S 27-34-00 E | 80 | T | 7260 | I | 26000 37900 | 99217 | F | 99217 | | 4/06/0 |

MINOLTA

Ex. 13E-1

| PARCEL NUMBER—NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL YR | S T | LEVY CODE | VALUATIONS LAND IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | RECT # - DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CO—        CN—        SN— C1078<br>KOHLOFF DENNIS<br>10915 NE 45TH<br>KIRKLAND WA            98033 | S 200 FT OF GL 4 LY ELY OF CO RD | | | 79<br>7B<br>77 | T<br>T<br>T | 7260L<br>7260L<br>7260L | 12100 12100<br>12100 12100<br>12100 12100 | 18788 23902 24894 29704 | F<br>F<br>F<br>F | 18788 23902 24894 29704 | 29704 | 7445163 |
| 202506-9036-00 PURGED REFERENCE<br>CO—        CN—        SN—<br>PAULSON GARY L       R1179<br>3100 168TH PL SE<br>BELLEVUE WA          98003 | 20-25-06     9036      15.527<br>N 100 FT OF S 300 FT OF GL 4<br>LY ELY OF CO RD & N 75 FT<br>OF S 300 FT LY WLY OF N P R/W<br>& SH LDS ADJ | | | 80 | T | 7260L | 7500 | 11645 | F | 11645 | 5823 | 5/05/0<br>0049769 |
| 202506-9036-34<br>CO—        CN—        SN— 40623<br>PAULSON GARY L       R1179<br>3100 168TH PL SE<br>BELLEVUE WA          98003 | 20-25-06     9036      15.527<br>N 100 FT OF S 300 FT OF GL 4<br>LY ELY OF CO RD & N 75 FT<br>OF S 300 FT LY WLY OF N P R/W<br>& SH LDS ADJ | | | 80 | T | 7260L | 7500 | 11645 | P | 11645 | 11645 | 5/05/0<br>0049769<br>11/04/0<br>0617657 |
| 202506-9027-09<br>CO—        CN—        SN—<br>GAUDY OLIVER M<br>2466 E SAMMAMISH RD N<br>REDMOND WA           98052 | 20-25-06     9036      15.527<br>BEG AT PT 1001.7 FT N OF SE COR<br>OF GL 4 TH S 701.70 FT TH W TO W<br>LN SD GL TH NWLY TO PT S 72-58-00<br>W FR BEG TH N 72-58-00 E 920 FT<br>M/L TO BEG TGW SH LDS ADJ LESS<br>CO RD LESS N P R/W LESS BEG ON E<br>LN GL 4 AT PT 843.56 FT NLY<br>OF SE COR THOF TH N 01-26-00 E<br>153.14 FT TH S 72-58-00 W<br>920 FT M/L TO W LN OF SD GL TH<br>SELY ALG WLY LN TO PT BRG S<br>72-58-00 W FRM POB TH N 72-58-00<br>E TO POB | | | 80 | T | 7260L | 22500 | 34936 | P | 34936 | 34936 | 5/05/0<br>0056114<br>11/03/0<br>0612066 |
| 202506-9038-08<br>CO—        CN—        SN—<br>HUGHES WILLIAM F<br>3202 E LAKE SAMMAMISH<br>REDMOND WA           98052 | 20-25-06     9038      15.527<br>POR GL 1 DAF-BEG AT NXW OF NELY<br>MGN OF ISSAQUAH-REDMOND CO RD<br>WITH S LN OF SD GL TH N 44-21-30<br>W ALG SD MGN 34.80 FT TH N<br>43-38-31 E 219.64 FT TH S<br>44-21-30 E 247 FT M/L TO S LN TH<br>W ALG S LN 306 FT M/L TO POB | | | 80 | T | 7260L<br>I | 5500<br>30400 | 55742 | P | 55742 | 55742 | 4/23/0<br>0242544<br>10/22/0<br>0563052 |
| 202506-9039-07<br>CO—        CN—        SN—<br>GAUDY OLIVER M<br>2466 E SAMMAMISH RD N<br>REDMOND WA           98052 | 20-25-06     9039      15.527<br>BEG ON E LN GL 4 AT PT<br>843.56 FT NLY OF SE COR THOF TH N<br>01-26-00 E 158.14 FT TH S<br>72-58-00 W 920 FT M/L TO W LN OF<br>SD GL TH SELY ALG WLY LN TO PT<br>BRG S 72-58-00 W FRM POB TH N<br>72-58-00 E TO POB TGW SH LDS<br>ADJ LESS CO RD LESS N P R/W | | | 80 | T | 7260L<br>I | 15200<br>36300 | 79964 | P | 79964 | 79964 | 5/05/0<br>0056113<br>11/03/0<br>0612065 |
| 202506-9040-04<br>CO—        CN—        SN—<br>FRIES RANDOLPH<br>19650 N E 40TH<br>REDMOND WA           98052 | 20-25-06     9040      15.527<br>POR OF NW 1/4 OF NW 1/4 LY NLY<br>OF LN DRN FR PT ON N SUBD LN<br>660 FT E OF NW COR TO PT ON W<br>SUBD LN 60 FT S OF SW NW COR | | | 80 | T | 7260L | 1000 | 1553 | P | 1553 | 1553 | 3/18/0<br>0109195<br>10/06/0<br>0335289 |
| 202506-9041-03<br>CO—        CN—        SN—<br>BARRETT DONALD W     R0378<br>BOWERS FLORENCE<br>4708 ASBURY RD<br>ERIE PA              16506 | 20-25-06     9041      15.527<br>SELY 475 FT AS MEAS ALG SWLY<br>MGN OF RR R/W OF SH LDS ADJ<br>FOLG-BEG NE COR GL 2 IN SW 1/4<br>TH S ALG E LN 569.64 FT TH<br>221.58 FT TH SWLY AT R/A TO | | | 80 | T | 7260L | 20000 | 31054 | P | 31054 | 31054 | 4/14/0<br>0185482 |

P A R C E L   C O N T I N U E D   O N   N E X T   P A G E

A 6

| PARCEL NUMBER—NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL YR | S T | LEVY CODE | VALUATIONS LAND IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | RECT # - DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RR R/W 15.3 FT TO NELY MGN SD RR<br>TH NWLY ALG NELY MGN TO N LN SD<br>GL TH E TO BEG LESS RR R/W | | | | | | | | | | | |
| 202506-9042-02<br>CO—        CN—        SN— C1079<br>NELSON ROBERT G<br>3123 E LAKE SAMMAMISH RD NE<br>REDMOND WA           98052 | 20-25-06     9042      15.527<br>SELY 96 FT OF NWLY 200 FT OF 2ND<br>CL SH LDS FRONTING N 569.64 FT OF<br>GL 2 | | | 80 | T | 7260L<br>I | 5800<br>38800 | 69250 | P | 69250 | 69250 | 4/30/0<br>0500460<br>11/03/0<br>0604008 |
| 202506-9043-01<br>CO—        CN—        SN—<br>LEUENBERGER K A      R0479<br>11825 NE 172ND<br>BOTHELL WA           98011 | 20-25-06     9043      15.527<br>E 149 FT OF W 386.58 FT OF N<br>293 FT OF SW 1/4 OF NW 1/4 OF NW<br>1/4 | | | 80 | T | 7260L | 4800 | 7453 | P | 7453 | 7453 | 4/21/0<br>0220795 |
| 202506-9045-09<br>CO—        CN—        SN— C1179<br>HARLE THOMAS W<br>2914 E LAKE SAMMAMISH NE<br>REDMOND WA           98052 | 202506       9045      15.527<br>BAAP ON W LN OF GL 3 IN SW 1/4<br>S 00-13-45 E 521 FT FR NW COR<br>TH N 00-13-45 W 38.41 FT TH N<br>60-59-34 E 190.99 FT TH S<br>03-34-32 E 63.59 FT TH SELY ALG<br>CURVE LFT RAD 20 FT ARC DIST<br>24.49 FT TH S 73-44-29<br>68.78 FT TH SELY ALG CURVE RGT<br>RAD 20 FT ARC DIST 50.05 FT TH<br>SWLY ALG REVERSE CURVE LFT RAD<br>43-56 FT ARC DIST 24.79 FT TH S<br>37-07-00 W 170.55 FT TH WLY ALG<br>CURVE RGT RAD 66 FT ARC DIST<br>30.05 FT TH N 31-09-36 W<br>207.50 FT TO BEG | | | 80 | T | 7260L<br>I | 5900<br>64000 | 108534 | H | 108534 | 54267 | 4/25/0<br>0259286 |
| 202506-9046-08<br>CO—        CN—        SN— C1179<br>HARLE THOMAS W<br>2914 E LAKE SAMMAMISH NE<br>REDMOND WA           98052 | 202506       9046      15.527<br>BAAP ON W LN OF GL 3 IN SW 1/4<br>S 00-13-45 E 94 FT FR NW COR TH<br>S 00-13-45 E 388.59 FT TH N<br>60-59-34 E 190.99 FT TH N<br>60-54-32 W 39.59 FT TH NLY ALG<br>CURVE RGT RAD 50 FT ARC DIST<br>32.04 FT TH N 53-08-33 E 80.41 FT<br>TH N 53-57-57 W 269.73 FT<br>TO BEG | | | 80 | T | 7260L | 5700 | 8850 | H | 8850 | 4425 | 4/25/0<br>0259285 |

Ex. 13E-2

| PARCEL NUMBER—NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR YR | R EX | S | L T | LEVY CODE | VALUATIONS LAND IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | RECT # - DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | R/A TO SD R/W LESS CO RD & LESS BAAP ON NELY MGN OF SD R/W 44-21-30 W 265.61 FT FR NXN WITH S LN OF SD GL TH N 45-38-30 E 337.12 FT TH S 44-21-30 E 117.22 FT TH S 45-38-30 E 337.15 FT TH N 44-21-30 W 117.22 FT TO BEG & LESS BEG SD NXN TH N 44-21-30 W 34.80 FT TH N 45-38-30 E 219.64 FT TH S 44-21-30 E 247.00 FT M/L TO BEG ALG SD S LN 306.00 FT M/L TO BEG | | | | | | | | | | | | |
| 202506-9028-00<br>CO-M 3270 CN-    SN-<br>EARLEY JOHN A  EXECUTOR    C0681<br>EARLEY ROSE A ESTATE<br>PO BOX 64<br>ABERDEEN WA         98520 | 9028       09.366<br>POR OF GL 2 & SH LDS ADJ LY WLY OF FORMER N P R/W & NLY OF LN BEG NE COR GL 3 TH W 1342.40 FT TH S 879.64 FT TH S 58-26-43 W 101.26 FT TO WLY LN SD R/W & TPOB TH S 58-26-43 W TO SH LN OF LAKE SAMMAMISH & SLY OF SLY LN OF "OLG TRACT EXTENDED BEG ON F  OF SD GL 2 569.96 FT S   NE COR THOF TH N 221.58 FT TH SWLY AT R/A TO C/L OF SD NP R/W 15.3 FT TO ELY MGN OF SD R/W TH SELY ALG SD R/W 240.04 FT TH E 200 FT TO E W OF SD GL 2 TH N 200 FT TO BEG | 20-25-06 | 81 | | T | | 7260L | 21200 | 19856 | P | 19856 | 19856 | 6/05/1<br>1436498 |
| 202506-9029-09<br>CO-    CN-    SN-<br>JUME OPAL MICHAELS    C0581<br>322 BERKELEY<br>TACOMA WA         98466 | 9029       08.366<br>BEG NW COR OF GL 3 IN SW 1/4 TH S 00-13-45 E ALG W LN 94.00 FT TH S 53-53-57 E 269.73 FT TH N 33-08-53 E 19.00 FT TH NELY ALG CURVE RGT RAD 185.76 FT ARC DIST 145.99 FT TH N 14-19-27 W 163.09 FT TH S 89-43-00 W ALG N LN TO BEG | 20-25-06 | 81 | | T | | 7225L | 30000 | 25098 | | 25098 | 25098 | 5/07/1<br>1429905<br>10/27/1<br>1524963 |
| 202506-9030-06<br>CO-M 4492 CN-    SN-<br>LEWIS BARRY G    T0381<br>3113 E LAKE SAMMAMISH RD NE<br>REDMOND WA         98052 | 9030       09.366<br>2ND CL SH LDS & UPLANDS ADJ FOLG-BEG NE COR GL 2 IN SW 1/4 TH S ALG E LN 569.64 FT TH N 221.58 FT TH SWLY AT R/A TO RR R/W 15.3 FT TO NELY MGN SD R/W TH NWLY ALG SD NELY MGN TO N LN SD GL 3 TH E TO BEG LESS NWLY 200 FT & SELY 579 FT AS MEAS ALG SWLY MGN SD R/W LESS POR LY NELY OF SWLY MGN SD R/W | 20-25-06 | 81<br><br>80 | | T<br><br>T | | 7260L<br><br>7260L | 82600<br>92500<br>8000<br>46600 | 163999<br><br>34777 | P | 163999<br><br>34777 | 163999<br><br>34777 | 1/05/1<br>0000528<br>5/04/1<br>1158908<br>10/29/1<br>1278311 |
| 202506-9031-05 PURGED REFERENCE<br>CO-    CN-    SN-<br>SHORT ZELLA F    C0381<br>2838 E SAMMAMISH RD NE<br>REDMOND WA         98052 | 9031       09.366<br>BEG 673.28 FT S OF NE COR OF GL 3 TH N 336.64 FT TH S 64-31-08 W 1378.74 FT M/L TO NELY LN CO RD TH ALG RD 179.96 FT TO PT S 70-16-52 W OF BEG TH N 70-16-52 E 1232.72 FT TO BEG ALSO BEG AT NE COR OF GL 3 TH W 1342.40 FT | 20-25-06 | 81 | | T | | 7260L | 90300<br>158100 | 232651 | P | 232651 | 116326 | 4/02/1<br>1042713 |
| | PARCEL CONTINUED ON NEXT PAGE | | | | | | | | | | | | |

L 16

| PARCEL NUMBER—NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR YR | R EX | S | L T | LEVY CODE | VALUATIONS LAND IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | RECT # - DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TH S 00-13-45 E 879.64 FT TO SWLY LN OF CO RD TH S 58-26-43 W 101.26 FT TO SWLY LN OF N P R/W TH SELY ON CURVE TO RGT RAD 2242.54 FT DIST 120.51 FT TO TPOB TH CONTG SELY 25.93 FT TH S 27-34-00 E 94.68 FT TH S 62-26-00 W TO SWLY LN OF GL 3 TH NWLY ALG SD LN TO PT S 62-26-00 W OF BEG TH N 62-26-00 E TO BEG TGW SH LDS ADJ TGW POR -IF ANY- OF N 118.66 FT OF S 355.42 FT OF SD GL 3 LY BETW NELY MGN OF NP R/W & SWLY MGN OF CO RD | | | | | | | | | | | | |
| 202506-9031-39<br>CO-M 2949 CN-    SN-<br>SHORT ZELLA F    C0381<br>2838 E SAMMAMISH RD NE<br>REDMOND WA         98052 | 9031       09.366<br>LOT 2<br>KC SHORT PLAT NO 181013 REC NO 8104300743 SD PLAT DAF - POR OF GL 3 IN SW 1/4 BAAP ON E LN SD GL S 00-10-00 W 673.28 FT FR NE COR THOF TH N 00-10-00 E 336.64 FT TH S 64-31-08 W 1378.74 FT M/L TO NELY LN OF ISSAQUAH-REDMOND CO RD TH SELY ALG NELY LN TO POC CONCAVE TO SW RAD 2402.54 FT A DIST OF 71.28 FT TH S 27-34-00 E ALG SD NELY LN 108.68 FT TAP S 70-16-52 W FR POB TH N 70-16-52 E 1232.72 FT M/L TO BEG | 20-25-06 | 81 | | T | | 7260L | 43200<br>58800 | 95533 | P | 95533 | 95533 | 4/02/1<br>1042713<br>10/15/1<br>1499993 |
| 202506-9032-04<br>CO-M 4497 CN-    SN-<br>ODELL PATRICIA J    C0481<br>2804 E LAKE SAMMAMISH PKY NE<br>REDMOND WA         98052 | 9032       09.366<br>BEG SE COR OF GL 3 TH N 00-10-00 E 336.65 FT TH S 77-29-40 W 1101.33 FT M/L TO CO RD TH S 27-34-00 E 120 FT TO S LN SD GL TH N 89-32-09 E 1018.76 FT M/L TO BEG ALSO BEG AT A PT S 89-32-09 W 1180.22 FT & S 62-26-00 W 16.27 FT FR S COR GL 3 TH N 27-34-00 W 120 FT TH S 62-26-00 W SWLY LN GL 3 TH SELY TO PT S 62-26-00 W OF BEG TH N 62-26-00 E TO BEG & SH LDS | 20-25-06 | 81 | | T | | 7260L | 61000<br>41800 | 96282 | P | 96282 | 96282 | 4/30/1<br>1135562<br>10/06/1<br>1484812 |


MINOLTA

Ex. 13E-3

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR YR | RL S T | LEVY CODE | VALUATIONS LAND IMPS | GEN'L TAX | SPEC AS'MT | TOTAL | AMOUNT PAID | REC'T # - DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NP RR R/W LESS BEG ON W LN GL 4 AT PT 843.56 FT NLY OF SE COR THOF TH N 01-26-00 E 158.14 FT TH S 72-58-00 W 920 FT M/L TO W LN SD GL TH SELY ALG WLY LN TAP BRNG S 72-58-00 W FRM POB TH N 72-58-00 E TO POB TGW SH LDS ADJ POR REMAINING | | | | | | | | | | |
| 202506-9038-08 CO- CN- SN- HUGHES WILLIAM F 3202 E LAKE SAMMAMISH REDMOND WA 98052 | 20-25-06 9038 09.366 POR GL 1 DAF-BEG AT NXN OF NELY MGN OF ISSAQUAH-REDMOND CO RD WITH S LN OF SD GL TH N 44-21-30 W ALG SD MGN 34.80 FT TH N 45-38-30 E 219.66 FT TH S 44-21-30 E 247 FT M/L TO S LN TH W ALG S LN 306 FT M/L TO POB | | 81 | T | 7260 L I | 11200 74000 | 79798 | P | 79798 | 79798 | 4/30/1 1136761 10/28/1 1531268 |
| 202506-9039-07 CO- CN- SN- GAUDY OLIVER M 2466 E SAMMAMISH RD N REDMOND WA 98052 | 20-25-06 9039 09.366 BEG ON E LN GL 4 AT PT 843.56 FT NLY OF SE COR THOF TH N 01-26-00 E 158.14 FT TH S 72-58-00 W 920 FT M/L TO W LN OF SD GL TH SELY ALG WLY LN TO PT BRG S 72-58-00 W FRM POB TH N 72-58-00 E TO POB TGW SH LDS ADJ LESS CO RD LESS N P R/W | | 81 | T | 7260 L I | 75000 70800 | 136556 | P | 136556 | 136556 | 5/04/1 1150614 11/04/1 1578864 |
| 202506-9040-04 CO- CN- SN- FRIES RANDOLPH 19650 N E 40TH REDMOND WA 98052 | 20-25-06 9040 09.366 POR OF NW 1/4 OF NW 1/4 LY NLY OF LN DRN FR PT ON N SUBD LN 660 FT E OF NW COR TO PT ON W SUBD LN 60 FT S OF SD NW COR | | 81 | T | 7260 L | 2400 | 2248 | P | 2248 | 2248 | 2/23/1 1008282 |
| 202506-9041-03 CO-M 4496 CN- SN- BARRETT DONALD W BOWERS FLORENCE 4708 ASBURY RD ERIE PA R0378 16506 | 20-25-06 9041 09.366 SELY 475 FT AS MEAS ALG SWLY MGN OF RR R/W OF 2ND CL SH LDS & UPLANDS ADJ FOLG - BEG NE COR GL 2 IN SW 1/4 TH S ALG E LN 569.64 FT TH W 221.58 FT TH SWLY AT R/A TO RR R/W 15.3 FT TO NELY MGN SD R/W TH NWLY ALG SD NELY MGN TO N LN SD GL TH E TO BEG LESS POR LY NELY OF SWLY MGN SD RR R/W | | 81 | T | 7260 L | 82600 | 77363 | P | 77363 | 77363 | 3/09/1 1308474 |
| 202506-9042-02 CO-M 4493 CN- SN- NELSON ROBERT G 123 E LAKE SAMMAMISH RD NE REDMOND WA C1079 98052 | 20-25-06 9042 09.366 SELY 96 FT OF NWLY 200 FT OF 2ND CL SH LDS & UPLANDS ADJ THAT POR GL 2 IN SEC 20-25-06 DAF BEG NE COR SD GL TH S ALG E LN THOF 569.64 FT TH W 221.58 FT TH SWLY AT R/A TO R/W NPRR 15.3 FT TO NELY LN SD R/W TH NWLY ALG SD NELY LN TO N LN SD GL TH E ALG SD N LN TO POB LESS CO RD & LESS POR IF ANY IN OR NELY OF SD RR R/W | | 81 | T | 7260 L I | 79300 85300 | 154164 | P | 154164 | 154164 | 5/04/1 1388470 10/26/1 1262502 |
| 202506-9043-01 | 20-25-06 9043 09.366 | | 81 | T | 7260 L | 10600 | P A R C E L   C O N T I N U E D   O N   N E X T   P A G E | | | | 5/04/1 |

B 1

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR YR | RL S T | LEVY CODE | VALUATIONS LAND IMPS | GEN'L TAX | SPEC AS'MT | TOTAL | AMOUNT PAID | REC'T # - DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CO- CN- SN- LEUENBERGER K A 11825 NE 172ND BOTHELL WA R0479 98011 | E 149 FT OF W 386.58 FT OF N 293 FT OF SW 1/4 OF NW 1/4 OF NW 1/4 | | | | | | 9928 | | 9928 | 9928 | 1162930 |
| 202506-9045-09 CO- CN- SN- LICHTER BARRY L 2914 E LAKE SAMMAMISH RD NE REDMOND WA 109999 98052 | 202506 9045 09.366 BAAP ON W LN OF GL 3 IN SW 1/4 S 00-13-45 E 521 FT FR NW COR TH N 00-13-45 W 38.41 FT TH S 60-59-34 E 190.99 FT TH S 03-34-32 E 63.59 FT TH SELY ALG CURVE LFT RAD 20 FT ARC DIST 24.49 FT TH S 73-44-29 E 68.78 FT TH SELY ALG CURVE RGT RAD 20 FT ARC DIST 50.05 FT TH SWLY ALG REVERSE CURVE LFT RAD 43.56 FT ARC DIST 24.79 FT TH S 37-01-20 W 170.51 FT TH WLY ALG CURVE RGT RAD 66 FT ARC DIST 30.05 FT TH N 31-09-36 W 207.50 FT TO BEG | | 81 80 | T T | 7260 L I 7260 L | 27100 110200 5900 64000 | 128595 108534 | P | 128595 108534 | 128595 108534 | 10/07/1 1487099 10/07/1 0487099 |
| 202506-9046-08 CO- CN- SN- LICHTER BARRY L 2914 E LK SAMMAMISH RD NE REDMOND WA 109999 98052 | 202506 9046 09.366 BAAP ON W LN OF GL 3 IN SW 1/4 S 00-13-45 E 94 FT FR NW COR TH S 00-13-45 E 388.59 FT TH N 60-59-34 E 190.99 FT TH N 03-34-32 W 39.59 FT TH NLY ALG CURVE RGT RAD 50 FT ARC DIST 32.04 FT TH N 33-08-33 E 80.41 FT TH N 53-57-57 W 269.73 FT TO BEG | | 81 80 | T T | 7260 L I 7260 L | 30000 600 5700 | 28660 8850 | P | 28660 8850 | 28660 8850 | 10/07/1 1487098 10/07/1 0487098 |
| 202506-9047-07 CO-M 4494 CN- SN- SCOTT KEVIN C 15214 NE 8TH #G10 BELLEVUE WA 1178 98007 | 202506 9047 09.366 BEG NW COR OF GL 3 IN SW 1/4 TH N 89-43-00 E PLT 769.64 FT TH N 89-43-00 E ALG W LN THOF N LN SD GL 3 55.25 FT TH N 58-47-36 E ALG A LN WCH IF EXTND WOULD INTRST NE COR SD GL 3 483.28 FT TH N 47-42-52 W 154.55 FT TO TPOB TH S 47-42-52 W 207.62 FT TH S 33-08-33 W 53.41 FT TD TAN CRV HAV RAD 50 FT TH ALG SD CRV LST THRU C/A 74-42-06 23.93 | | 81 80 | T T | 7260 L I 7260 L | 21200 116300 5000 | 128782 7763 | P | 128782 7763 | 128782 7763 | 2/20/1 0008153 |

30
MINOLTA

Ex. 13E-4

| PARCEL NUMBER — NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR YR | RL Y | LEVY CODE | VALUATION L-LAND H-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | RECT # - DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3202 E LK SAMMAMISH RD<br>REDMOND WA 98052 | 900 FT FR PT ON N LN OF SD GL<br>630 FT E OF NW COR TH SWLY AT<br>R/A TO SD R/W LESS CO RD & LESS<br>BAAP ON NELY MGN OF SD RD N<br>44-21-30 W 265.61 FT FR NXN WITH<br>S LN OF SD GL TH N 45-38-30 E<br>337.19 FT TH S 44-21-30 E<br>117.22 FT TH S 45-38-30 W<br>337.19 FT TH N 44-21-30 W<br>117.22 FT TO BEG & LESS BEG SD<br>NXN TH N 44-21-30 W 34.80 FT TH<br>N 45-38-30 E 219.64 FT TH S<br>44-21-30 E 247.00 FT M/L TO BEG<br>ALG SD S LN 306.00 FT M/L TO BEG | | | | | | | | | | 2684921 |
| 202506-9028-00<br>CO—    CN—    SN—<br>EAKLEY JOHN A<br>221689<br>PO BOX 64<br>ABERDEEN WA 98028 | 20-25-06    9028    9.82500<br>POR OF GL 2 & SH LDS ADJ LY<br>WLY OF FORMER N P R/W & WLY<br>OF LN BEG NE COR GL 3 TH W<br>1342.40 FT TH S 879.64 FT TH<br>S 58-26-43 W 101.26 FT TO WLY LN<br>SD R/W & TPOB TH S 58-26-43 W<br>TO SH LN OF LAKE SAMMAMISH<br>& SLY OF GL 3 OF FOLG TRACT<br>EXTENDED BEG ON E LN OF SD<br>GL 2 569.94 FT S OF NE COR<br>THOF TH W 221.58 FT TH SWLY<br>AT R/A TO C/L OF SD NP R/W<br>15.3 FT TO ELY MGN OF SD R/W<br>TH SELY ALG SD R/W 240.04 FT<br>TH E 87 FT TO E LN OF SD GL<br>2 TH N 200 FT TO BEG | 82 | T | | 7260 | L 21200 | 20829 | H | 20829 | 10415 | 4/13/2<br>2048072 |
| 202506-9029-09<br>CO—    CN—    SN—<br>JUNE OPAL MICHAELS<br>C0581<br>322 BERKELEY<br>TACOMA WA 98466 | 20-25-06    9029    8.82500<br>BEG NW COR OF GL 3 IN SW 1/4 TH<br>S 00-13-45 E ALG W LN 94.00 FT TH<br>S 53-53-57 E 269.73 FT TH N<br>38-08-33 E 19.00 FT TH NELY ALG<br>CURVE RGT RAD 185.76 FT ARC DIST<br>145.99 FT TH N 14-19-27 W<br>163.09 FT TH S 89-43-00 W ALG N<br>LN TO BEG | 82 | T | | 7225 | L 30000 | 26475 | P | 26475 | 26475 | 5/03/2<br>2526774<br>11/01/2<br>2023504 |
| 202506-9030-06<br>CO—    CN—    SN—<br>LEWIS BARRY G<br>T0381<br>3113 E LAKE SAMMAMISH RD NE<br>REDMOND WA 98052 | 20-25-06    9030    8.82500<br>2ND CL SH LDS & UPLANDS ADJ<br>FOLG-BEG NE COR GL 2<br>IN SW 1/4 TH S ALG E LN<br>569.64 FT TH W 221.58 FT<br>TH SWLY AT R/A TO RR R/W<br>15.3 FT TO NELY MGN SD R/W<br>TH NWLY ALG SD NELY MGN TO<br>N LN SD GL TH E TO BEG<br>LESS NWLY 200 FT & SELY 579<br>FT AS MEAS ALG SWLY MGN<br>SD R/W LESS POR LY NELY OF<br>SWLY MGN SD R/W | 82 | T | | 7260 | L 82600<br>I 92500 | 172036 | P | 172036 | 172036 | 5/03/2<br>2114149<br>10/28/2<br>2218282 |
| 202506-9031-05 PURGED REFERENCE<br>CO—    CN—    SN—<br>SHORT 7FLLA F<br>C0381<br>283E E SAMMAMISH RD NE<br>REDMOND WA 98052 | 20-25-06    9031    9.82500<br>LOT 2<br>KC SHORT PLAT NO 181013 REC NO<br>8104300743 SD PLAT DAF - POR OF<br>GL 3 IN SW 1/4 BAAP ON E LN SD GL<br>S 00-10-00 W 673.28 FT FR NE COR | 82 | T | | 7260 | L 43200<br>I 58800 | 100215 | F | 100215 | | |

P A R C E L    C O N T I N U E D    O N    N E X T    P A G E

| PARCEL NUMBER — NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR YR | RL Y | LEVY CODE | VALUATION L-LAND H-IMPS | GEN'L TAX | SP. AS'MT | TOTAL | AMOUNT PAID | RECT # - DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | THOF TH N 00-10-00 E 336.64 FT TH<br>S 64-31-08 W 1378.74 FT M/L TO<br>NELY LN OF ISSAQUAH-REDMOND<br>CO RD TH SELY ALG SD NELY LN<br>TO POC CONCAVE TO SW RAD<br>2402.54 FT A DIST OF 71.28 FT<br>TH S 27-34-00 E ALG SD NELY LN<br>108.68 FT TAP S 70-16-52 W FR<br>POB TH N 70-16-52 E 1232.72 FT<br>M/L TO BEG | | | | | | | | | | |
| 202506-9031-39<br>CO—A    428 CN—    SN—<br>SHORT ZELLA F<br>C0381<br>283E E SAMMAMISH RD NE<br>REDMOND WA 98052 | 20-25-06    9031    9.82500<br>LOT 2<br>KC SHORT PLAT NO 181013 REC NO<br>8104300743 SD PLAT DAF - POR OF<br>GL 3 IN SW 1/4 BAAP ON E LN SD GL<br>S 00-10-00 W 673.28 FT FR NE COR<br>THOF TH N 00-10-00 E 336.64 FT TH<br>S 64-31-08 W 1378.74 FT M/L TO<br>NELY LN OF ISSAQUAH-REDMOND<br>CO RD TH SELY ALG SD NELY LN<br>TO POC CONCAVE TO SW RAD<br>2402.54 FT A DIST OF 71.28 FT<br>TH S 27-34-00 E ALG SD NELY LN<br>108.68 FT TAP S 70-16-52 W FR<br>POB TH N 70-16-52 E 1232.72 FT<br>M/L TO BEG TGW POR DAF - BEG<br>NE COR GL 3 IN SW 1/4 TH W1342.40<br>FT TH S 00-13-45 E 879.64 FT TO<br>SWLY LN OF CO RD TH S 58-26-43<br>W 101.26 FT TO SWLY LN OF NP R/W<br>TH SELY ON CRV RGT RAD 2242.54<br>FT DIST 120.51 FT TO TPOB THCONTG<br>SELY 25.93 FT TH S 27-43 E<br>94.68 FT TH S 62-26 W TO SWLY<br>LN OF GL 3 TH NWLY ALG SD LN<br>TAP S 62-26 W OF TPOB TH N<br>62-26 E TO BEG TGW SH LDS ADJ<br>TGW POR IF ANY OF N 118.66 FT OF<br>S 755.42 FT OF SD GL 3 LY<br>BETW NELY MGN OF NP R/W<br>& SWLY MGN OF CO RD | 82 | T | | 7260 | L 80000<br>I 58800 | 136371 | P | 136371 | 136371 | 4/19/2<br>2059081<br>11/01/2<br>2015463 |
| | 20-25-06    9032    9.82500<br>POR GL 3 SEC 20-25-06 DAF - | 82 | T | | 7260 | L 65000 | | | | | 4/16/2 |

MINOLTA

| PARCEL NUMBER — NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR YR | BL | S | LEVY CODE | VALUATIONS LAND-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | RECT # - DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 80 | T | 7260 | L | 12100 | 18788 | | 18788 | 18788 | |
| 202506-9036-00<br>CO—   CN—   SN—<br>PAULSON GARY L<br>3100 168TH PL SE<br>BELLEVUE WA   R1179<br>98003 | 20-25-06    9036    9.82500<br>N 100 FT OF S 300 FT OF GL 4<br>LY ELY OF CO RD & N 75 FT<br>OF S 300 FT LY WLY OF N P R/W<br>& SH LDS ADJ | | 82 | T | 7260 | L | 30200 | 29671 | | P | 29671 | 29671 | 4/26/2<br>2074466<br>11/03/2<br>2259723 |
| 202506-9037-09<br>CO—   CN—   SN—<br>GAUDY OLIVER M<br>2466 E SAMMAMISH RD N<br>REDMOND WA<br>98052 | 20-25-06    9037    9.82500<br>BEG AT PT 1001.7 FT N OF SE COR<br>OF GL 4 TH S 701.70 FT TH W TO W<br>LN SD GL TH NWLY TO PT S 72-58-00<br>W FR BEG TH N 72-58-00 E 920 FT<br>M/L TO BEG LESS BEG ON E<br>LN GL 4 AT PT 843.56 FT NLY<br>OF SE COR THOF TH N 01-26-00 E<br>158.14 FT TH S 72-58-00 W 920<br>FT M/L TO W LN SD GL TH<br>SELY ALG WLY LN TAP BRNG S<br>72-58-00 W FRM POB TH N<br>72-58-00 E TO POB TGW SH LDS<br>ADJ POR REMAINING | | 82 | T | 7260 | L | 100000 | 98250 | | P | 98250 | 98250 | 5/03/2<br>2550746<br>11/12/2<br>2287284 |
| 202506-9038-0B<br>CO—   CN—   SN—<br>HUGHES WILLIAM F<br>3202 E LAKE SAMMAMISH<br>REDMOND WA<br>98052 | 20-25-06    9038    9.82500<br>POR GL 1 DAF=BEG AT NXN OF NELY<br>MGN OF ISSAQUAH-REDMOND CO RD<br>WITH S LN OF SD GL TH N 44-21-30<br>W ALG SD MGN 34.80 FT TH W<br>45-38-30 E 219.64 FT TH S<br>44-21-30 E 247 FT M/L TO S LN TH<br>W ALG S LN 306 FT M/L TO POB | | 82 | T | 7260 | I | 11200<br>74000 | 83709 | | P | 83709 | 83709 | 4/28/2<br>2500763<br>10/26/2<br>2684922 |
| 202506-9039-07<br>CO—   CN—   SN—<br>GAUDY OLIVER M<br>2466 E SAMMAMISH RD N<br>REDMOND WA<br>98052 | 20-25-06    9039    9.82500<br>BEG ON E LN GL 4 AT PT<br>843.56 FT NLY OF SE COR THOF TH N<br>01-26-00 E 158.14 FT TH S<br>72-58-00 W 920 FT M/L TO W LN OF<br>SD GL TH SELY ALG WLY LN TO PT<br>BRG S 72-58-00 W FRM POB TH N<br>72-58-00 E TO POB TGW SH LDS<br>ADJ LESS CO RD LESS N P R/W | | 82 | T | 7260 | I | 75000<br>70800 | 143248 | | P | 143248 | 143248 | 5/03/2<br>2550747<br>11/12/2<br>2287283 |
| 202506-9040-04<br>CO—   CN—   SN—<br>FRIES RANDOLPH<br>19650 N E 40TH<br>REDMOND WA<br>98052 | 20-25-06    9040    9.82500<br>POR OF NW 1/4 OF NW 1/4 LY NLY<br>OF LN DRN FR PT ON N SUBD LN<br>660 FT E OF NW COR TO PT ON W<br>SUBD LN 60 FT S OF SD NW COR | | 82 | T | 7260 | L | 2400 | 2358 | | P | 2358 | 2358 | 3/05/2<br>2017731<br>10/18/2<br>2660004 |
| 202506-9041-03<br>CO—   CN—   SN—<br>BARRETT DONALD W<br>2920 E LK SAMMAMISH RD N<br>REDMOND WA   252532<br>98052 | 20-25-06    9041    9.82500<br>SELY 475 FT AS MEAS ALG SWLY<br>MGN OF RR R/W OF 2ND CL SH<br>LDS & UPLANDS ADJ FOLG — BEG<br>NE COR GL 2 IN SW 1/4 TH S<br>ALG E LN 569.64 FT TH W<br>221.58 FT TH SWLY AT R/A TO<br>RR R/W 15.3 FT TO NELY MGN<br>SD R/W TH NWLY ALG SD NELY<br>MGN TO N LN SD GL TH E<br>TO BEG LESS POR LY NELY OF<br>SWLY MGN SD RR R/W | | 82 | T | 7260 | L | 82600 | 81154 | | P | 81154 | 81154 | 4/23/2<br>2071717<br>10/08/2<br>2642754 |
| 202506-9042-02 | 20-25-06    9042    9.82500<br>PARCEL CONTINUED ON NEXT PAGE | | 82 | T | 7260 | L | 79300 | | | | | 5/06/2 |

| PARCEL NUMBER — NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR YR | BL | S | LEVY CODE | VALUATIONS LAND-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | RECT # - DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CO—   CN—   SN—<br>NELSON ROBERT G<br>3125 E LAKE SAMMAMISH RD NE<br>REDMOND  WA   C1079<br>98052 | SELY 96 FT OF NWLY 200 FT OF 2ND<br>CL SH LDS & UPLANDS ADJ<br>THAT POR GL 2 IN SEC 20-25-06<br>DAF BEG NE COR SD GL TH<br>S ALG E LN THOF 569.64 FT<br>TH W 221.58 FT TH SWLY AT<br>R/A TO R/W NPRR 15.3 FT TO<br>NELY LN SD R/W TH NWLY ALG<br>SD NELY LN TO N LN SD GL<br>TH E ALG SD N LN TO POB<br>LESS CO RD & LESS POR IF ANY<br>IN OR NELY OF SD RR R/W | | | | | | 85300 | 161719 | | P | 161719 | 161719 | 2142115<br>11/02/2<br>2030253 |
| 202506-9043-01<br>CO—   CN—   SN—<br>LEUENBERGER K A<br>11825 NE 172ND<br>BOTHELL WA   R0479<br>98011 | 20-25-06    9043    9.82500<br>E 149 FT OF W 386.58 FT OF N<br>293 FT OF SW 1/4 OF NW 1/4 OF NW<br>1/4 | | 82 | T | 7260 | L | 10600 | 10414 | | P | 10414 | 10414 | 5/05/2<br>2137780<br>1C 21/2<br>2669708 |
| 202506-9045-09<br>CO—   CN—   SN—<br>LICHTER BARRY L<br>2914 E LAKE SAMMAMISH RD NE<br>REDMOND WA   109999<br>98052 | 202506    9045    9.82500<br>BAAP ON W LN OF GL 3 IN SW 1/4<br>S 00-13-45 E 521 FT FR NW COR<br>TH N 00-13-45 W 38.41 FT TH N<br>60-59-34 E 190.99 FT TH S<br>03-34-32 E 63.59 FT TH SELY ALG<br>CURVE LFT RAD 20 FT ARC DIST<br>24.49 FT TH S 73-44-29 E<br>68.78 FT TH SELY ALG CURVE RGT<br>RAD 20 FT ARC DIST 50.05 FT TH<br>SWLY ALG REVERSE CURVE LFT RAD<br>43.56 FT ARC DIST 24.79 FT TH S<br>57-01-20 W 170.51 FT TH WLY ALG<br>CURVE RGT RAD 66 FT ARC DIST<br>30.05 FT TH N 31-09-36 W<br>207.50 FT TO BEG | | 82 | T | 7260 | I | 27100<br>110200 | 134897 | | P | 134897 | 134897 | 4/30/2<br>2524495<br>11/03/2<br>2042946 |
| 202506-9046-08<br>CO—   CN—   SN—<br>LICHTER BARRY L<br>2914 E LK SAMMAMISH RD NE<br>REDMOND WA   109999<br>98052 | 202506    9046    9.82500<br>BAAP ON W LN OF GL 3 IN SW 1/4<br>S 00-13-45 E 94 FT FR NW COR TH<br>S 00-13-45 E 388.59 FT TH N<br>60-59-34 E 190.99 FT TH N<br>03-34-32 W 39.59 FT TH NLY ALG<br>CURVE RGT RAD 50 FT ARC DIST<br>32.04 FT TH N 33-08-33 E 80.41 FT<br>TH N 53-57-57 W 269.73 FT<br>TO BEG | | 82 | T | 7260 | I | 50000<br>600 | 30064 | | P | 30064 | 30064 | 4/30/2<br>2524494<br>11/03/2<br>2042947 |

MINOLTA

Ex. 13E-6

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | R L S YR | LEVY CODE | S VALUATIONS -LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | RECT#&DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 15.3 FT TO ELY MGN OF SD R/W TH SELY ALG SD R/W 240.04 FT TH E 87 FT TO E LN OF SD GL 2 TH N 200 FT TO BEG | | | | | | | | | | |
| 202506-9028-34<br>CO-B 1909 CN-     SN-<br>SHORT ZELLA F              359999<br>2838 E LK SAMMAMISH RD N<br>REDMOND WA           98052 | 20-25-06          9028   10.91500<br>POR OF GL 2 & SH LDS ADJ LY<br>IN FOLG – BEG S 1/4 COR SD<br>SEC 20 TH N 32-16-31 W DIST<br>OF 2505.04 FT TO SE COR KCSP<br>RR1272118 REC #790/100957<br>WCH PT BRS S 00-16-35 E DIST<br>569.64 FT FR NE COR SD SP<br>WCH PT AKA PT "A" TH S<br>00-16-35 E ALG SLY PROD<br>OF E LN SD SP DIST 307.32<br>FT TAP AKA PT "B" TH N<br>00-16-35 W DIST 307.32 FT<br>TO SD PT "A" TH S 89-40-10 W<br>PLW N LN SD SP DIST 221.58<br>FT TH S 49-09-51 W AT R/A TO<br>C/L OF BN RR R/W DIST 3.66<br>FT TAP ON CRV OF NELY MGN<br>OF SD RR R/W TH NELY ALG<br>SD CRV TO RGT HAV RAD 2342.01<br>FT ARC DIST 240.04 FT TH S<br>55-02-12 W AT R/A TO SD R/W<br>DIST 100 FT TAP ON CRV OF SWLY<br>MGN SD R/W WCH PT IS TPOB<br>TH SELY ALG CRV RGT ALG<br>SD R/W RAD 2242.01 FT ARC<br>DIST 132.63 FT TAP TH AT BRS<br>S 58-25-34 W DIST 102.88 FT<br>FR SD PT "B" TH S 58-25-34<br>W RADIALLY TO SD CRV TAP ON<br>LN OF NAVIGABILITY LK SAMM<br>TH NWLY ALG SD LN OF<br>NAVIGABILITY TAP BRNG S<br>55-02-12 W FR TPOB TH N<br>55-02-12 E TO TPOB | | 83 | 7260 | L<br><br><br><br><br>L | 60000<br><br><br><br>21200 | 65490<br><br><br><br>20829 | P<br><br><br><br>P | 65490<br><br><br><br>20829 | 65490<br><br><br><br>20829 | 5/11/3<br>2555057<br>32/2/3<br>3238876<br>10/31/3<br>3342277 |
| 202506-9029-09<br>CO-     CN-     SN-<br>JUME OPAL MICHAELS       C0581<br>322 BERKELEY<br>TACOMA WA               98466 | 20-25-06          9029    9.95455<br>BEG NW COR OF GL 3 IN SW 1/4 TH<br>S 00-13-45 E ALG W LN 94.00 FT TH<br>S 89-43-55 E 260.73 FT TH N<br>33-08-33 E TO C/L OF TH NELY ALG<br>CURVE RGT RAD 185.76 FT ARC DIST<br>145.99 FT TH N 14-19-22 W<br>163.09 FT TH S 89-43-00 W ALG N<br>LN TO BEG | | 83 | 7221 | L | 38000 | 37827 | P | 37827 | 37827 | 5/02/3<br>3142828<br>10/17/3<br>3273435 |
| 202506-9030-06<br>CO-     CN-     SN-<br>LEWIS BARRY G            T0381<br>3113 E LAKE SAMMAMISH RD NE<br>REDMOND WA            98052 | 20-25-06          9030   10.91500<br>2ND CL SH LDS & UPLANDS ADJ<br>FOLG–BEG NE COR GL 2<br>IN SW 1/4 TH S ALG E LN<br>569.64 FT TH W 291.58 FT<br>TH SWLY AT R/A TO RR R/W<br>15.3 FT TO NELY MGN SD R/W<br>TH NWLY ALG SD NELY MGN TO<br>N LN SD GL TH E TO BEG<br>LESS NWLY 200 FT & SELY 579<br>FT AS MEAS ALG SWLY MGN<br>SD R/W LESS POR LY NELY OF | | 83 | 7260 | L<br>I | 82600<br>110400 | 210659 | P | 210659 | 210659 | 4/29/3<br>3130753<br>10/27/3<br>3310325 |
| | | | | | | P A R C E L   C O N T I N U E D   O N   N E X T   P A G E | | | | | |

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | R L S YR | LEVY CODE | S VALUATIONS -LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | RECT#&DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | SWLY MGN SD R/W | | | | | | | | | | |
| 202506-9031-05 PURGED REFERENCE<br>CO-     CN-     SN-<br>SHORT ZELLA F            C0381<br>2838 E SAMMAMISH RD NE<br>REDMOND WA            98052 | 20-25-06          9031   10.91500<br>LOT 2<br>KC SHORT PLAT NO 181013 REC NO<br>8104300743 SD PLAT DAF – POR OF<br>GL 3 IN SW 1/4 BAAP ON E LN SD GL<br>S 00-10-00 W 673.28 FT FR NE COR<br>THOF TH N 00-10-00 E 336.64 FT TH<br>S 64-31-08 W 1378.74 FT M/L TO<br>NELY LN OF ISSAUQAH-REDMOND<br>CO RD TH SELY ALG SD NELY LN<br>TO POC CONCAVE TO SW RAD<br>2402.54 FT A DIST OF 71.28 FT<br>TH S 27-34-00 E ALG SD NELY LN<br>108.68 FT TAP S 70-16-52 W FR<br>POB TH N 70-16-52 E 1232.72 FT<br>M/L TO BEG TGW POR DAF – BEG<br>NE COR GL 3 IN SW 1/4 TH W1342.40<br>FT TH S 00-13-45 E 879.64 FT TO<br>WLY MGN OF CO RD TH S 58-26-43<br>W 101.26 FT TO SWLY LN OF NP R/W<br>TH SELY ON CRV RGT RAD 2242.54<br>FT DIST 120.51 FT TO TPOB THCONTG<br>SELY 25.93 FT TH S 27-43 E<br>94.68 FT TH S 62-26 W TO SWLY<br>LN OF GL 3 TH NWLY ALG SD LN<br>TAP S 62-26 W OF TPOB TH N<br>62-26 E TO BEG TGW SH LDS ADJ<br>TGW POR IF ANY OF N 118.66 FT OF<br>S 355.42 FT OF SD GL 3 LY<br>BETW NELY MGN OF NP R/W<br>& SWLY MGN OF CO RD | | 83 | 7260 | L<br>I | 174000<br>84300 | 281934 | P | 281934 | 140967 | 5/02/3<br>3503601 |
| 202506-9031-39<br>CO-     CN-2/588 PURGED<br>CO-     CN-     SN-<br>                         C0381<br>                         98052 | 20-25-06          9031   10.91500<br>LOT 2<br>KC SHORT PLAT NO 181013 REC NO<br>8104300743 SD PLAT DAF – POR OF<br>GL 3 IN SW 1/4 BAAP ON E LN SD GL<br>S 00-10-00 W 673.28 FT FR NE COR<br>THOF TH N 00-10-00 E 336.64 FT TH<br>S 64-31-08 W 1378.74 FT M/L TO | | 83 | 7260 | L<br>I | 100000<br>84300 | 201163 | P | 201163 | 201163 | 5/02/3<br>3503601<br>10/31/3<br>3342278 |



MINOLTA

## 202506-9039-07                                    H 08

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL S YRT CODE | LEVY EX | VALUATIONS -LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T#-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 202506-9039-07 PURGED REFERENCE<br>CO-     CN-     SN-<br>GAUDY OLIVER M<br>2466 E SAMMAMISH RD N<br>REDMOND WA          98052 | 20-25-06        9039    7.19422S<br>BEG ON E LN GL 4 AT PT<br>843.56 FT NLY OF SE COR THOF TH N<br>01-26-00 E 158.14 FT TH S<br>72-58-00 W 920 FT M/L TO W LN OF<br>SD GL TH SELY ALG WLY LN TO PT<br>BRG S 72-58-00 W FRM POB TH N<br>72-58-00 E TO POB TGW SH LDS<br>ADJ LESS CO RD LESS N P R/W | 8 3 | | T7260 | L<br>I | 115000<br>84600 | 143597 | | P | 143597 | | |
| 202506-9039-31 PURGED REFERENCE<br>CO-     CN-     SN-<br>GAUDY OLIVER M<br>2466 E SAMMAMISH RD N<br>REDMOND WA          98052 | 20-25-06        9039    7.19422S<br>BEG ON E LN GL 4 AT PT<br>843.56 FT NLY OF SE COR THOF TH N<br>01-26-00 E 158.14 FT TH S<br>72-58-00 W 920 FT M/L TO W LN OF<br>SD GL TH SELY ALG WLY LN TO PT<br>BRG S 72-58-00 W FRM POB TH N<br>72-58-00 E TO POB TGW SH LDS<br>ADJ LESS CO RD LESS N P R/W<br>TAX POR PAR EX UND RCW 84.36.381<br>THRU .389 | 8 3 | | T7260 | L<br>I | 67600<br>84600 | 109496 | | P | 109496 | 54748 | 5/03/3<br>3175340 |
| 202506-9039-49<br>CO-B  4857 CN-     SN-<br>GAUDY OLIVER M<br>2466 E SAMMAMISH RD N<br>REDMOND WA          98052 | 20-25-06        9039    7.19422S<br>BEG ON E LN GL 4 AT PT<br>843.56 FT NLY OF SE COR THOF TH N<br>01-26-00 E 158.14 FT TH S<br>72-58-00 W 920 FT M/L TO W LN OF<br>SD GL TH SELY ALG WLY LN TO PT<br>BRG S 72-58-00 W FRM POB TH N<br>72-58-00 E TO POB TGW SH LDS<br>ADJ LESS CO RD LESS N P R/W<br>LESS ELY 448FT AS MEAS<br>AT R/A TO S LN THOF AS<br>REVISED PER KCLLA #583101 | 8 3 | | T7260 | L<br>I | 67600<br>84600 | 109496 | | P | 109496 | 109496 | 5/03/3<br>3175340<br>10/31/3<br>3647531 |
| 202506-9039-80 PURGED KILL<br>CO-B  4857 CN-     SN-<br>GAUDY OLIVER M                  349800<br>2466 E SAMMAMISH RD N<br>REDMOND WA          98052 | 20-25-06        9039    10.91500<br>BEG ON E LN GL 4 AT PT 843.56 FT<br>NLY OF SE COR THOF TH N 01-26-00<br>E 158.14 FT TH S 72-58-00 W 920<br>FT M/L TO W LN OF SD GL TH SELY<br>ALG WLY LN TAP BRG S 72-58-00 W<br>FRM POB TH N 72-58-00 E TO POB<br>TGW SH LDS ADJ LESS CO RD LESS<br>N P R/W - TAX POR PAR EX UND RCW<br>84.36.381 THRU .389 NOT INC | 8 3 | | T7260 | | | | | P | | | 5/03/3<br>3173129 |
| 202506-9040-04<br>CO-     CN-     SN-<br>FRIES RANDOLPH<br>19650 N E 40TH<br>REDMOND WA          98052 | 20-25-06        9040    10.91500<br>POR OF NW 1/4 OF NW 1/4 LY NLY<br>OF LN DRN FR PT ON N SUBD LN<br>660 FT E OF NW COR TO PT ON W<br>SUBD LN 60 FT S OF SD NW COR | 8 3 | | T7260 | L | 2400 | 2620 | | P | 2620 | 2620 | 4/06/3<br>3043357<br>10/11/3<br>3265586 |
| 202506-9041-03<br>CO-     CN-     SN-<br>BARRETT DONALD W             252532<br>2920 E LK SAMMAMISH RD N<br>REDMOND WA          98052 | 20-25-06        9041    10.91500<br>SELY 475 FT AS MEAS ALG SWLY<br>CL SH LDS & UPLANDS ADJ FOLG - BEG<br>NE COR GL 2 IN SW 1/4 TH S<br>269 FT TH SWLY AT R/A TO<br>221.58 FT TH SWLY AT R/A TO<br>RR R/W 15.3 FT TO NELY MGN<br>SD R/W TH NWLY ALG SD NELY<br>MGN TO N LN SD GL TH E<br>TO BEG LESS POR LY NELY OF | 8 3 | | T7260 | L | 140500 | 153356 | | P | 153356 | 153356 | 4/19/3<br>3076815<br>10/28/3<br>3617716 |
| | | | | | | PARCEL CONTINUED ON NEXT PAGE | | | | | |

## 202506-9042-02                                    08

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL S YRT CODE | LEVY EX | VALUATIONS -LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T#-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | SWLY MGN SD RR R/W | | | | | | | | | | |
| 202506-9042-02<br>CO-     CN-     SN-<br>NELSON ROBERT G             C1079<br>3123 E LAKE SAMMAMISH RD NE<br>REDMOND  WA          98052 | 20-25-06        9042    10.91500<br>SELY 96 FT OF NWLY 200 FT OF 2ND<br>CL SH LDS & UPLANDS ADJ<br>THAT POR GL 2 IN SEC 20-25-06<br>DAF BEG NE COR SD GL TH<br>S ALG E LN THOF 569.64 FT<br>TH W 221.58 FT TH SWLY AT<br>R/A TO R/W NPRR 15.3 FT TO<br>NELY LN SD R/W TH NWLY ALG<br>SD NELY LN TO N LN SD GL<br>TH E ALG SD N LN TO POB<br>LESS CO RD & LESS POR IF ANY<br>IN OR NELY OF SD RR R/W | 8 3 | | T7260 | L<br>I | 79300<br>101200 | 197016 | | P | 197016 | 197016 | 5/02/3<br>3147047<br>11/01/3<br>3349016 |
| 202506-9043-01<br>CO-     CN-     SN-<br>LEUENBERGER K A             R0479<br>11825 NE 172ND<br>BOTHELL WA          98011 | 20-25-06        9043    10.91500<br>E 149 FT OF W 386.58 FT OF N<br>293 FT OF SW 1/4 OF NW 1/4 OF NW<br>1/4 | 8 3 | | T7260 | L | 21000 | 22921 | | P | 22921 | 22921 | 4/29/3<br>3480472<br>10/28/3<br>3317404 |
| 202506-9045-09<br>CO-     CN-     SN-<br>LICHTER BARRY L           109999<br>2914 E LAKE SAMMAMISH RD NE<br>REDMOND WA          98052 | 202506        9045    10.91500<br>BAAP ON W LN OF GL 3 IN NW 1/4<br>S 00-13-45 E 521 FT FR NW COR<br>TH N 00-13-45 W 38.41 FT TH N<br>60-59-34 E 190.99 FT TH S<br>35-34-32 E 63.59 FT TH SELY ALG<br>CURVE LFT RAD 50 FT ARC DIST<br>43.75 FT TH S 73-44-29 E<br>68.78 FT TH SELY ALG CURVE RGT<br>RAD 20 FT ARC DIST 50.05 FT TH<br>SWLY ALG REVERSE CURVE LFT RAD<br>55 FT ARC DIST 24.79 FT TH S<br>37-01-20 W 170.51 FT TH NWLY ALG<br>CURVE RGT RAD 66 FT ARC DIST<br>50.05 FT TH N 31-09-36 W<br>207.50 FT TO BEG | 8 3 | | T7260 | C<br>I | 37000<br>118700 | 169946 | | P | 169946 | 169946 | 4/28/3<br>3475972<br>11/03/3<br>3667493 |
| 202506-9046<br>BAAP ON W LN OF GL 3 IN SW 1/4<br>S 00-13-45 E 94 FT FR NW COR TH | 202506        9046    10.91500 | 8 3 | | T7260 | L<br>I | 38000<br>2000 | 43660 | | P | 43660 | 43660 | 2/18/3<br>3402565<br>11/03/3 |
| (continued)          109999 | | | | | | | | | | | |

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL YRT | LEVY CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T8-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CO-H   601  CN-<br>HUGHES WILLIAM F      SN-   650685<br>3202 E SAMMAMISH RD NE<br>REDMOND WA          98053 | POR GL 1 IN NW 1/4 SEC 20-25-6 LY<br>NELY OF RR R/W & ELY OF LN RNNG<br>S 900 FT OF NW COR SD GL 1<br>630 FT E OF NW COR SD GL 1 TH<br>S 45-35 W 282 FT TO NELY MGN<br>CO RD & TERM SD LN DESC<br>LESS CO RD & LESS BAAP ON<br>NELY MGN SD CO RD N 44-21-30<br>W 265-61 FT FRM NXN WITH S<br>LN SD GL 1 - TH N 45-38-30 E<br>337-19 FT TH S 44-21-30 E<br>142-22 FT TH S 45-38-30 W<br>347-19 FT TH N 44-21-30 W<br>142-22 FT TO BEG & LESS BEG SD<br>NXN TH N 44-21-30 W 34.80 FT TH<br>N 45-38-30 E 219.64 FT TH S<br>44-21-30 E 21 FT TH TO S<br>LN SD GL 1 TH W ALG SD<br>S LN 306 FT M/ TO BEG<br>AKA PCL A KC LLA #8709008<br>APPROVED 11/10/87 | | | | | | 390314 | | F | 390314 | 195157 | 8121108 |
| 202506-9026-44        SN-<br>4795  CN-<br>HUGHES WILLIAM F      SN-   650685<br>3202 E SAMMAMISH RD NE<br>REDMOND WA          98053 | 20-25-06        9026    13-54319<br>POR GL   1 IN NW 1/4 SEC 20-25-6 LY<br>NELY OF RR R/W & ELY OF LN RNNG<br>S 900 FT FRP ON N LN SD GL<br>630 FT E OF NW COR SD GL 1 TH<br>S 45-35 W 282 FT TO NELY MGN<br>CO RD & TERM SD LN DESC<br>LESS CO RD & LESS BAAP ON<br>NELY MGN SD CO RD N 44-21-30<br>W 265-61 FT FRM NXN WITH S<br>LN SD GL 1-TH N 45-38-30 E<br>337-19 FT TH CONT N 45-38-30 E<br>50 FT TH N 44-21-30 E 126-54<br>FT TH S 44-21-30 E 142-22 FT<br>TH S 89-22-48 W 174-28 FT<br>TH S 45-38-30 W 337-19 FT TO<br>SD RD MGN TH N 44-21-30<br>W ALG SD MGN 147-22 FT TO<br>BEG ALSO LESS POR SLY OF LN BEGSD<br>NXN RD MGN & S LN SD GL 1<br>TH N 44-21-30 W 34-8 FT TH<br>CONT ALG SD RD MGN N 44-21-30<br>W 83-59 FT TO BEG N DESD<br>TH N 45-38-30 E 337-19 FT TH<br>TH N 59-25-48 E 174-54 FT TH<br>N 44-21-30 W 77-22 FT TH N<br>71-25-57 E 455-46 FT TO TERM<br>AT E LN SD GL 1 AKA PCL A<br>KC LLA #8805025 APPRVD 7/9/88 | 8817 | 279L | | | 210700 | 285355 | | P | 285355 | 285355 | 4/28/8<br>8121108<br>10/26/8<br>8459046 |
| 202506-9028-00<br>CO-   CN-<br>ESTATE OF ZELLA F SHORT   781043<br>C/O JANET LEVICK<br>16406 75TH ST KPN<br>LAKEBAY WA          98349 | 20-25-06        9028    13-54319<br>POR OF GL 2 & SH LDS ADJ LY<br>IN FOLG - BEG S 1/4 COR SD<br>SEC 20 TH N 32-16-31 W DIST<br>OF 2505.04 FT TO GE COR KGCSP<br>#RC277118 REC #790100957<br>KGCSP DRS S 00-16-35 E DIST<br>305.32 FT & FR NE TO SD SP<br>WCH PT AKA PT "A" TH S<br>00-16-35 E ALG SLY PROD<br>OF E LN SD SP DIST 307.32 | 8817 | 279L | | | 81000 | 109700 | | P | 109700 | 109700 | 5/02/8<br>8156140<br>10/25/8<br>8442571 |

PARCEL CONTINUED ON NEXT PAGE

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL YRT | LEVY CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T8-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FT TAP AKA PT "B" TH N<br>00-16-35 W DIST 307.32 FT<br>TO SD PT "A" TH S 89-20-10 W<br>PLW N LN SD SP DIST 221.58<br>FT TH S 49-09-51 W AT 87A TO<br>C/L OF BN RR R/W DIST 3.66<br>FT TAP ON CRV OF NELY MGN<br>OF SD RR R/W TH SELY ALG<br>SD CRV TO RGT HAV RAD 2342.01<br>FT ARC DIST 240.04 FT TH S<br>55-02-12 W AT R/A TO SD R/W<br>DIST 100 FT TAP ON CRV OF SWLY<br>MGN SD R/W WCH PT IS TPOB<br>TH SELY ALG CRV 981 ALG<br>SD R/W RAD 2242.01 FT ARC<br>DIST 132-63 FT TAP TH AT BRS<br>S 58-12-44 W DIST 10-28 FT<br>FR SD PT "B" TH S 58-55-54<br>W RADIALLY TO SD CRV TAP ON<br>LN OF NAVIGABILITY LK SAMM<br>TH NALY ALG SD LN OF<br>NAVIGABILITY TAP DRNG S<br>22-16-12 W FR TPOB TH N<br>55-02-12 E TO TPOB | | | | | | | | | | |
| 202506-9029-09<br>CO-   CN-<br>MICHAELS JUNE OPAL      SN-   752194<br>16406 75TH ST KPN<br>LAKEBAY WA          98349 | 20-25-06        9029    13-54319<br>BEG NW COR OF GL 3 IN SW 1/4<br>SEC 20-25-06 TH S 00-34-56 E<br>ALG N LN THOF 94 FT TH S<br>53-57-36 E 269.73 FT TH N<br>35-08-33 E 19 FT TH NELY ALG<br>CRV RGT RAD 185.76 FT ARC DIST<br>145.59 FT TH N 14-19-27 W 163.09<br>FT TH S 89-43 W ALG N LN<br>SD SUBD TO BEG TGW UND 1/7<br>INT IN S 40 FT OF N 769.64 FT<br>AS MEAS ALG E LN OF THAT<br>POR OF GL 2 SD SEC 20 LY WLY<br>OF NE RR R/W & 2ND CL SH LDS<br>ADJ SD 40 FT LY WLY OF SD R/W | 8817 | 279L | | | 53400 | 72321 | | P | 72321 | 72321 | 5/16/8<br>8584956<br>10/26/8<br>8455663 |
| | 20-25-06        9030    13-54319 | 8817 | 279L | | | 100400 | | | | | | 5/02/8 |

Case 2:03-cv-00785-MBH    Document 244-21    Filed 02/02/18    Page 36 of 61

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL YRT | LEVY CODE | VALUATIONS -LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T8-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FT TAP AKA PT "B" TH N 00-16-35 W DIST 30'.32 FT TO SD PT "A" TH S 89-40-10 W PLW N LN SD SP DIST 221.58 FT TH S 49-09-51 W AT R/A TO C/L OF BN RR R/W DIST 3.56 FT TAP ON CRV OF NELY ALG SD CRV TO RGT HAV RAD 2342.01 FT ARC DIST 240.04 FT TH S 55-02-55 E AT R/A TO SD R/W DIST 100 FT TAP ON CRV OF SWLY MGN SD R/W WCH PT IS TPOB TH SELY ALG CRV RGT ALG SD R/W RAD 2242.01 FT ARC DIST 182.65 FT TAP TH AT BRS S 50-25-34 W DIST 102.88 FT FR SD PT "B" TH S 58-25-34 W RADIALLY TO SD CRV TAP ON LN OF NAVIGABILITY LK SAMM TH NWLY ALG SD LN OF NAVIGABILITY TAP BRNG S 55-02-12 E FR TPOB TH N 55-02-12 E TO TPOB | | | | | | | | | | |
| 202506-9029-09 CO-    CN-    SN- MICHAELS JUNE OPAL    752194 16406 75TH ST KPN LAKEBAY WA    98349 | 20-25-06    9029    13.54319 BEG SW COR OF GL 5 IN SW 1/4 SEC 20-25-6 TH S 00-13-45 E ALG N LN TPOF 94 FT TH S 89-46-15 E 569.73 FT TH N 03-06-33 E 92 FT TH NELY ALG CRV RGT RAD 185.76 FT ARC DIST 145.19 FT TH N 14-19-27 W 163.09 FT TH S 89-53 W ALG N LN SD SUBB TO BEG TGM UND 1/7 INT IN S 40 FT OF N 769.64 FT AS MEAS ALG E LN OF THAT POR OF GL 3 SD SEC 20 LY WLY OF NP RR R/W & 2ND CL SH LDS ADJ SD 40 FT LY WLY OF SD R/W | 88 | 17 | 279 | L | 53400 | 72321 | P | 72321 | 72321 | 5/16/8 8584956 10/26/8 8455663 |
| 202506-9030-06 CO-    CN-    SN- FREEDMAN HOWARD L+PAMELA C 8N9999 5113 EAST LAKE SAMMAMISH ROAD NE REDMOND WA    98053 | 20-25-06    9030    13.54319 SH SH LDS & UPLANDS ADJ FOLG-BEG NE COR GL 2 IN SW 1/4 TH S ALG E LN 569.64 FT TH W 221.58 FT TH SWLY AT R/A TO NP RR R/W 15.5 FT TO NELY MGN SD R/W TH NWLY ALG NELY MGN TO N LN SD GL TH E TO BEG LESS NWLY 200 FT & SELY 579 FT AS MEAS ALG SWLY MGN SD R/W LESS POR LY NELY OF SMLY MGN SD R/W | 88 | 17 | 279 | L I | 104400 83900 | 255018 | P | 255018 | 255018 | 5/02/8 8547195 10/26/8 804 1060 |
| 202506-9031-05 CO-    CN-    SN- COURTNEY PHYLLIS & LEVICK J800389 2838 E LAKE SAMMAMISH PKWY NE REDMOND WA    98053 | 20-25-06    9031    13.54319 LOT 2 KCSP #181013R REC# 8104300723 REVISED BY REC #8611291016 SD SP DAF LOTS 1 & 2 KCSP #181013 REC #: 8104300723 BEING POR GL 3 IN SW 1/4 SEC 20-25-6 | 88 | 17 | 279 | L I | 40500 70100 | 149788 | P | 149788 | 149788 | 4/29/8 8757797 10/31/8 8855456 |
| 202506-9032-04 | 20-25-06    9032    13.54319 | 88 | 17 | 279 | L | 182300 | | | | | 6/01/8 |
| | PARCEL    CONTINUED    ON    NEXT    PAGE | | | | | | | | | | |

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL YRT | LEVY CODE | VALUATIONS -LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T8-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 202506-9033-03 CO-    CN-    SN- O'DELL PATRICIA JO    8N9999 2804 E LK SAMMAMISH PKWY REDMOND WA    98052 | POR GL 3 SEC 20-25-06 DAF - BEG SE COR SD GL 3 TH N 00-10 E 535.65 FT TH S 77-29-40 W 1101.33 FT M/L TO NELY MGN ISSAQ-RED CO RD TH S 27-34 E 120 FT M/L TO S LN SD GL 3 TH N 89-32-09 E 1018.76 FT M/L TO TPOB & THAT POR GL 3 SD SEC BAAP WCH IS S 89-32-09 W 1180.22 FT & S 62-26 W 16.27 FT FR SE COR SD GL 3 SD POB BEING NON S LN SD GL 3 & SWLY LN OF NP RR R/W TH N 55-02 W 120 FT TH S 62-26 W TO SW W 120 FT TH S TH SELY TAP WCH BRS S 62-26 W FR POB TH N 62-26 E TO POB TGM SH LDS OF 2ND CL ADJ & TGM THAT POR OF S 118.16 FT OF SD GL 3 IF ANY LY BETWN NELY MGN OF NP RR R/W & SWLY MGN ISSAQ-REDMOND CO RD | 88 | 17 | 279 | I | 56600 | 323547 | P | 323547 | 323547 | 8217346 9/15/8 8594796 |
| 202506-9033-03 CO-    CN-    SN- SCHLEPP AUGUST W    450639 2823 E LK SAMM RD N REDMOND WA    98053 | 20-25-06    9033    13.54319 KCSP #170052 REC # 8106150884 SD SP DAF THAT POR GL 3 SEC 20-25-06 BAAP S 0-10-00 W 1009.92 FT FR NE COR SD GL 3 TH N 00-10-00 E 535.65 FT TH N 00-16-52 W 1232.72 FT M/L TO NELY LN OF ISS-RED CO RD TH SELY ALG SD NELY LN S 27-34-00 E 179.92 FT TAP WCH IS S 77-29-40 W OF TPOB TH N 77-29-40 E 1101.33 FT M/L TO TPOB | 88 | 17 | 279 | I | 49500 75000 | 168613 | P | 168613 | 168613 | 4/26/8 8755974 10/19/8 8025984 |
| CO-    CN-    SN- 409800 98053 | 20-25-06    9034    13.54319 KCSP #883032R REC #8411080719 SD SP DAF POR GL 4 SEC 20-25-6 BAAP ON N | 88 | 17 | 279 | I | 70200 64900 | 183104 | P | 183104 | 183104 | 4/07/8 804 4714 |

MINOLTA    This is a security image to test the Minolta Overlay Manager.

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RLB YR | LEVY CODE | VALUATIONS LAND I-MPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T#-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ALG SD ELY LN 01-26 E DIST 158.74 FT TH S 72-58 W TO NELY MGN E LK SAMM PKWY NE TH SLY ALG SD MGN TO LN BRNG S 72-58 E FR POB TH N 72-58 E TO POB LESS POR THOF LY NELY OF LN BRNG N 17-02 W FAP S 72-58 W 448 FT FR ABOVE DESC POB | | | | | | | | | | |
| 202506-9040-04    SN- FRIES RANDY H 19650 N E 40TH REDMOND WA    98052 | 20-25-06    9040   13.54319 POR OF NW 1/4 OF NW 1/4 LY NELY OF LN DNN FR PT ON N SUBD LN 60 FT E OF NW COR TO PT ON W SUBD LN 60 FT S OF SD NW COR | | | 88 87 | 7260 L | 2000 | 2709 | | 2709 | 2709 | 3/04/8 8095518 1001378 8016469 |
| 202506-9041-03 PURGED REFERENCE CO-C812258 CN-   SN-   451448 BARRETT DONALD W 2920 E LK SAMM RD N REDMOND WA    98053 | 20-25-06    9041   13.54319 SELY 475 FT AS MEAS ALG SWLY MGN OF RR R/W OF 2ND CL SH LDS & UPLANDS ADJ FOLG - BEG NE COR GL 2 1IN SW 1/4 TH S ALG E LN 569.64 FT TH W 221.58 FT TH SWLY AT R/A TO RR R/W 15.3 FT TO NELY MGN SD R/W TH NWLY ALG SD NELY MGN TO N LN SD GL TH E TO BEG LESS POR LY NELY OF SWLY MGN SD RR R/W | | | 88 87 | 7279 L 7279 L | 140500 140500 | 190282 191001 | | 190282 191001 | 191001 | F F |
| 202506-9041-37 PURGED REFERENCE CO-C812258 CN- 76535   SN-   451448 BARRETT DONALD W 2920 E LK SAMM RD N REDMOND WA    98053 | 20-25-06    9041   13.54319 SELY 475 FT AS MEAS ALG SWLY MGN OF RR R/W OF 2ND CL SH LDS & UPLANDS ADJ FOLG - BEG NE COR GL 2 IN SW 1/4 TH S ALG E LN 569.64 FT TH W 221.58 FT TH SMLY AT R/A TO RR R/W 15.3 FT TO NELY MGN SD R/W TH NWLY ALG SD NELY MGN TO N LN SD GL TH E TO BEG LESS POR LY NELY OF SWLY MGN SD RR R/W | | | 88 87 | 7279 L 7279 L | 140500 310500 | 190282 422105 | | 190282 422105 | 191001 | F |
| 202506-9041-45 CO-   CN- 76522   SN- 451448 BARRETT DONALD W 2920 E LK SAMM RD N REDMOND WA    98053 | 20-25-06    9041   13.54319 SELY 475 FT LESS SELY 9 FT THOF AS MEAS ALG SWLY MGN OF RR/RW OF 2ND CL SH LDS & UPLANDS ADJ OF FOLG: BEG NE COR GL 2 IN SW 1/4 TH S ALG E LN 569.64 FT TH W 221.58 FT TH SMLY AT R/A TO RR R/W 15.3 FT TO NELY MGN SD R/W TH NWLY ALG SD NELY MGN TO N LN SD GL TH E TO BEG LESS POR LY NELY OF SWLY MGN SD RR/RW AKA PCL A KC LLA #8706030 APPRVD 12/17/87 | | | 88 87 | 7279 L 7279 L | 139200 310500 | 188521 422105 | | 188521 422105 | 188521 422105 | 4/28/8 8191588 1012878 7581582 1072878 8105283 |
| 202506-9042-02 CO-   CN-   SN- C1079 NELSON ROBERT G 3123 E LAKE SAMMAMISH RD NE REDMOND WA    98053 | 20-25-06    9042   13.54319 SELY 95 FT OF NWLY 200 FT OF 2ND CL SH LDS & UPLANDS ADJ THAT POR GL 2 IN SEC 20-25-06 DAF BEG NE COR SD GL TH S ALG E LN THOF 569.64 FT | | | 88 | 7279 | 97700 81500 | 242423 | | 242423 | 242423 | 4/28/8 8491588 1012878 8068978 |
| | | | | | | P A R C E L    C O N T I N U E D    O N    N E X T    P A G E | | | | | |

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RLB YR | LEVY CODE | VALUATIONS LAND I-MPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T#-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TH W 221.58 FT TH SWLY AT R/A TO R/W NPRR 15.3 FT TO NELY LN SD R/W TH NWLY ALG SD NELY LN TO N LN SD GL TH E ALG SD N LN TO POB LESS CO RD & LESS POR IF ANY LN OR NELY OF SD RR R/W | | | | | | | | | | |
| 202506-9043-01 CO-   CN-   SN- 501301 LEUENBERGER K A 9910 NE 119 #A103 KIRKLAND WA    98034 | 20-25-06    9043   13.54319 E 149 FT OF W 386.58 FT OF N 293 FT OF SW 1/4 OF NW 1/4 OF NW 1/4 | | | 88 87 | 7279 L | 19800 | 26815 | | 26815 | 26815 | 4/25/8 8475575 10/12/8 8013915 |
| 202506-9045-09 CO-   CN-   SN- 679999 LINK DONOVAN D+YVONNE R 2914 E LAKE SAMM RD NE REDMOND WA    98052 | 202506    9045   13.54319 BAAP ON W LN OF GL 3 IN SW 1/4 S 00-13-45 E 521 FT FR NW COR TH N 00-13-45 W 39.41 FT TH N 60-59-34 E 190.69 FT TH S 53-49-38 E 68.78 FT TH SELY ALG CURVE LFT RAD 20 FT ARC DIST 24-49 FT TH S 73-44-29 E 68.78 FT TH SELY ALG CURVE RGT RAD 20 FT ARC DIST 30.05 FT TH SWLY ALG REVERSE CURVE LFT RAD 43-29-01 ARC DIST 24-79 FT TH S 53-49-38 E 170.51 FT TH NWLY ALG CURVE RGT RAD 60 FT ARC DIST 30.05 FT TH N 31-09-56 W 207.50 FT TO BEG | | | 88 87 | 7279 L | 45000 109000 | 208565 | | 208565 | 208565 | 4/28/8 8759160 10/31/8 8845207 |
| 202506-9046-08 CO-   CN-   SN- 693311 LICHTER BARRY LYNN 9727 NE JUANITA DR #308 KIRKLAND WA    98034 | 20-25-06    9046   13.54319 BAAP ON W LN OF GL 3 IN SW 1/4 S 00-13-45 E 521 FT FR NW COR TH S 00-13-45 E 138.59 FT TH N 60-59-34 E 190.69 FT TH N 09-34-32 W 39.66 FT TH NWLY ALG CURVE RGT RAD 50 FT ARC DIST 32.04 FT TH N 53-49-38 W 80.41 FT TH N 55-57-57 W 269.73 FT TO BEG | | | 88 87 | 7279 L | 47700 2000 | 67310 | | 67310 | 67310 | 4/26/8 8095290 11/21/8 8146607 |

MINOLTA

Ex. 13E-11

**202506-9028-00**

G 09

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE SR EX | RLS YR | LEVY CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T#-DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | W 83.59 FT TO BEG LN DESC TH N 45-38-30 E 337.19 FT TH N 59-25-48 E 181.43 FT TH N 49-17-24 W 79.14 FT TH N 71-21-57 E 455.46 FT TO TERM AT E LN SD GL 1 AKA PCL C KCLLA #8805025 REC 8809220933 | | | | | | | | | |
| 202506-9028-00 CO- SN- COLLINS VANESSA F 2834 E LK SAMMAMISH PKWY REDMOND WA | 20-25-06 9028 12.83326 POR OF GL 2 & SH LDS ADJ LY IN FOLG - BEG S 1/4 COR SD SEC 20 TH N 32-16-31 W DIST OF 2505.14 FT TO SE COR KCSP #R127711₆ REC #7901100957 WCH PT CRS S 00-16-35 E DIST 569.64 FT FR NE COR SD SP WCH PT AKA PT "A" TH S 00-16-35 E ALG SLY PROD OF E LN SD SP DIST 30⅟₄.32 FT TAP AKA PT "B" TH N 00-16-35 W DIST 307.32 FT TO SD PT "A" TH S 89-40-10 W PLW N LN SD SP DIST 221.58 FT TH S 49-09-51 W AT R/A TO C/L OF BN RR R/W DIST 3.66 FT TAP ON CRV OF NELY MGN OF SD RR R/W TH SELY ALG SD CRV TO RGT HAV RAD 2342.01 FT ARC DIST 240.04 FT TH S 55-02-12 W AT R/A TO SD R/W DIST 100 FT TAP ON CRV OF SWLY MGN SD R/W WCH PT IS TPOB TH SELY ALG CRV RGT ALG SD R/W RAD 2242.01 FT ARC DIST 132.63 FT TAP TH AT BRS N 58-25-34 W DIST 102.88 FT FR SD PT "B" TH S 58-25-34 W RADIALLY TO SD CRV TAP ON LN OF NAVIGABILITY LK SAMM TH NWLY ALG SD LN OF NAVIGABILITY TAP BRNG S 55-02-12 W FR TPOB TH N 55-02-12 E TO TPOB | 9117279L | | 250000 | 320831 | P | 320831 | 320831 | 4/29/1 1151384 10/07/1 1250634 |
| 202506-9029-09 CO- SN- MICHAELS PAUL S 322 BERKELEY TACOMA WA | 20-25-06 9029 12.83326 BEG NW COR OF GL 3 IN SW 1/4 SEC 20-25-6 TH S 00-13-45 E ALG W LN THOF 94 FT TH S 53-57-57 E 269.73 FT TH N 33-08-33 E 19 FT TH NELY ALG CRV RGT RAD 185.76 FT ARC DIST 145.99 FT TH N 14-19-27 W 163.09 FT TH S 89-43 W ALG N LN SD SUBD TO BEG TGW UND 1/7 INT IN S 40 FT OF N 769.64 FT AS MEAS ALG E LN OF THAT POR OF GL 2 SD SEC 20 LY WLY OF NP RR R/W & 2ND CL SH LDS ADJ SD 40 FT LY WLY OF SD R/W | 9117279L | | 68000 | 87266 | P | 87266 | 87266 | 2/25/1 1409570 10/24/1 1415285 |
| 202506-9030-06 CO- CN- FREEDMAN HOWARD L&PAMELA C 180966 | 20-25-06 9030 12.83326 2ND CL SH LDS & UPLANDS ADJ FOLG-BEG NE COR GL 2 | 9117279L I | | 414000 153900 | 728801 | P | 728801 | 728801 | 4/25/1 1475729 10/29/1 |
| | PARCEL CONTINUED ON NEXT PAGE | | | | | | | | | |

**202506-9031-05**

H 09

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE SR EX | RLS YR | LEVY CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T#-DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 3113 E LAKE SAMMAMISH PKWY NE REDMOND WA 98053 | IN SW 1/4 TH S ALG E LN 569.64 FT TH W 221.58 FT TH SWLY AT R/A TO RR R/W 15.3 FT TO NELY MGN SD R/W TH NWLY ALG SD NELY MGN TO N LN SD GL TH E TO BEG LESS NWLY 200 FT & SELY 579 FT AS MEAS ALG SWLY MGN SD R/W LESS POR LY NELY OF SWLY MGN SD R/W | | | | | | | | | 1044258 |
| 202506-9031-05 CO- SN- COURTNEY PHYLLIS & LEVICK J800389 2838 E SAMMAMISH PKWY NE REDMOND WA 98053 | 20-25-06 9031 12.83326 LOT 2 OF REVISED K C SHORT PLAT NO 181013 RECORDING NO 8611251016 SD SHORT PLAT DAF - LOTS 1 & 2 OF K C SHORT PLAT NO 181013 RECORDING NO 8104300743 BEING A POR OF GOV LOT 3 IN SW 1/4 | 9117279L C I | | 85000 98000 | 234849 | P | 234849 | 234849 | 4/30/1 1822970 10/31/1 1913681 |
| 202506-9032-04 CO- SN- O'DELL PATRICIA J 902162 2804 E LAKE SAMM PKWY NE REDMOND WA 98053 | 20-25-06 9032 12.83326 POR GL 3 SEC 20-25-06 DAF - BEG SE COR SD GL 3 TH N 00-10 E 336.65 FT TH S 72-29-40 W 1101.33 FT M/L TO NELY MGN ISSAQ-RED CO RD TH S 27-34 E 120 FT M/L TO S LN SD GL 3 TH N 89-32-09 E 1018.76 FT M/L TO TPOB | 9117279L I | | 100000 103000 | 260515 | P | 260515 | 260515 | 5/06/1 1585831 11/04/1 1117938 |
| 202506-9033-03 CO- CN- SN- SCHLEPP AUGUST W 450639 2823 E LK SAMM RD N 98053 | 20-25-06 9033 12.83326 LOT 1 KCSP #179032 REC # 8106150884 SD SP DAF THAT POR GL 3 SEC 20-25-06- BAAP S 0-10-00 W 1009.92 FT FR NE COR SD GL 3 TH S 00-10-00 E 336.64 FT TH S 70-16-52 W 1232.72 FT M/L TO NELY LN OF ISS-RED CO RD TH SELY ALG SD NELY LN | 9117279L I | | 85000 96600 | 233052 | P | 233052 | 233052 | 5/28/1 1603016 10/29/1 1430520 |

MINOLTA

Ex. 13E-12

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RLS YRT | LEVY CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T#-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 158.14 FT TH S 72-58 W TO NELY MGN E LK SAMM PKWY NE TH SLY ALG SD MGN TO LN BRNG S 72-58 E FR POB TH N 72-58 E TO TPOB LESS POR THOF LY NELY OF LN BRNG N 17-02 W FAP S 72-58 W 448 FT FR ABOVE DESC POB | | | | | | | | | | |
| 202506-9040-04 PURGED REFERENCE CO— CN— SN— FRIES RANDOLPH 19650 N E 40TH REDMOND WA 98052 | 20-25-06    9040    12.83326 POR OF NW 1/4 OF NW 1/4 LY NLY OF LN DRN FR PT ON N SUBD LN 660 FT E OF NW COR TO PT ON W SUBD LN 60 FT S OF SD NW COR | 12.83326 | | 911726 | 0L | 2300 | 2952 | F | 2952 | 2952 | 3/01/1 1006427 |
| 202506-9040-38 PURGED REFERENCE CO-A 1250 CN— SN— FRIES RANDOLPH 100983 4010 196TH AVE NE REDMOND WA 9805? | 20-25-06    9040    12.83326 POR OF NW 1/4 OF NW 1/4 LY NLY OF LN DRN FR PT ON N SUBD LN 660 FT E OF NW COR TO PT ON W SUBD LN 60 FT S OF SD NW COR LESS E 307.41 FT AS MEAS ALG SD LN AKA POR OF KC LLA S90M0218 APP 8/29/90 | 12.83326 | | 911726 | 0L | 1200 | 1540 | F | 1540 | 1540 | 3/01/1 1006427 |
| 202506-9040-46 PURGED KILL CO-A 6981 CN— SN— FRIES RANDOLPH 100983 4010 196TH AVE NE REDMOND WA 98053 | 20-25-06    9040    12.83326 POR OF NW 1/4 OF NW 1/4 LY NLY OF LN DRN FR PT ON N SUBD LN 660 FT E OF NW COR TO PT ON W SUBD LN 60 FT S OF SD NW COR LESS E 307.41 FT AS MEAS ALG SD LN AKA POR OF KC LLA S90M0218 APP 8/29/90 | 12.83326 | | 911726 | 0L | 1200 | 1540 | P | 1540 | 1540 | 3/01/1 1006427 |
| 202506-9041-03 CO— CN— SN— BARRETT DONALD M 451448 2920 E LK SAMM RD N REDMOND WA 98053 | 20-25-06    9041    12.83326 SELY 475 FT LESS SELY 9 FT THOF AS MEAS ALG SWLY MGN OF RR/RW OF 2ND CL SH LDS & UPLANDS ADJ OF FOLG: BEG NE COR GL 2 IN SW 1/4 TH S ALG E LN 569.64 FT TH W 221.58 FT TH SWLY AT R/A TO RR R/W 15.3 FT TO NELY MGN SD R/W TH NWLY ALG SD NELY MGN TO N LN SD GL TH E TO BEG LESS POR LY NELY OF SWLY MGN SD RR/RW AKA PCL A KC LLA #8708030 APPRVD 12/17/87 | 12.83326 | | 911727 | 9L | 375000 | 481247 | F | 481247 | 481247 | 4/23/1 1097688 10/29/1 1065324 |
| 202506-9042-02 PURGED REFERENCE CO— CN— SN— NELSON ROBERT G C1079 3123 E LAKE SAMMAMISH RD NE REDMOND WA 98053 | 20-25-06    9042    12.83326 SELY 96 FT OF NWLY 200 FT OF 2ND CL SH LDS & UPLANDS ADJ THAT POR GL 2 IN SEC 20-25-06 DAF BEG NE COR SD GL TH S ALG E LN THOF 569.64 FT TH W 221.58 FT TH SWLY AT R/A TO R/W NPRR 15.3 FT TO NELY LN SD R/W TH NWLY ALG SD NELY LN TO N LN SD GL TH E ALG SD N LN TO POB LESS CO RD & LESS POR IF ANY IN OR NELY OF SD RR R/W | 12.83326 | | 911727 | 9I | 348000 92700 | 565562 | F | 565562 | 282781 | 4/29/1 1493532 |

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RLS YRT | LEVY CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T#-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 202506-9042-36 CO— CN— SN— NELSON ROBERT G C1079 3123 E LAKE SAMMAMISH RD NE REDMOND WA 98053 | 20-25-06    9042    12.83326 SELY 96 FT OF NWLY 200 FT OF 2ND CL SH LDS & UPLANDS ADJ THAT POR GL 2 IN SEC 20-25-06 DAF BEG NE COR SD GL TH S ALG E LN THOF 569.64 FT TH W 221.58 FT TH SWLY AT R/A TO R/W NPRR 15.3 FT TO NELY LN SD R/W TH NWLY ALG SD NELY LN TO N LN SD GL TH E ALG SD N LN TO POB LESS CO RD & LESS POR IF ANY IN OR NELY OF SD RR R/W | 12.83326 | | 911727 | 9I | 242500 92700 | 430171 | P | 430171 | 430171 | 4/29/1 1493532 10/29/1 1425597 |
| 202506-9043-01 CO— CN— SN— LEUENBERGER K A 142241 1219 SEARLE DRIVE CENTRALIA WA 98531 | 20-25-06    9043    12.83326 E 149 FT OF W 386.58 FT OF N 293 FT OF SW 1/4 OF NW 1/4 OF NW 1/4 | 12.83326 | | 911727 | 9L | 36800 | 47226 | P | 47226 | 47226 | 4/15/1 1439811 10/16/1 1267492 |
| 202506-9045-09 CO— CN— SN— LINK DONOVAN D+YVONNE R 679999 2914 E LAKE SAMM RD NE REDMOND WA 98052 | 202506    9045    12.83326 BAAP ON W LN OF GL 3 IN SW 1/4 S 00-13-45 E 521 FT FR NW COR TH N 00-13-45 W 38.41 FT TH N 60-59-34 E 190.99 FT TH S 03-34-32 E 63.59 FT TH SELY ALG CURVE LFT RAD 20 FT ARC DIST 24.49 FT TH S 73-44-29 E 68.78 FT TH SELY ALG CURVE RGT RAD 20 FT ARC DIST 50.05 FT TH SWLY ALG REVERSE CURVE LFT RAD 43.56 FT ARC DIST 24.79 FT TH S 37-01-20 W 170.51 FT TH NLY ALG CURVE RGT RAD 66 FT ARC DIST 30.05 FT TH N 31-09-36 W 207.50 FT TO BEG | 12.83326 | | 911727 | 9I | 70000 165800 | 302608 | P | 302608 | 302608 | 4/30/1 1839523 10/31/1 1929321 |
| 202506-9046 CO— CN— SN— 693311 9803t | 202506    9046    12.83326 BAAP ON W LN OF GL 3 IN SW 1/4 S 00-13-45 E 94 FT FR NW COR TH S 00-13-45 E 388.59 FT TH N 60-59-34 E 190.99 FT TH N | 12.83326 | | 911727 | 9I | 60000 5400 | 83929 | P | 83? | 83929 | 4/05/1 1424387 10/15/1 1625272 |

MINOLTA

RESTART DATA: FICHE   262 262 CKPT:   1   14570  144   0   1   0   0   WORKORDER #: 519802   SETUP: KCSS410

## 202506-9028-00                                                                          13 A

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY YR RATE | RL EX | S VR | LEVY CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'TO-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | R/W OF BURLINGTON NORTHERN RR R/W WHICH PT THE TANGENT TO SAID CURVE BEARS S 40-50-09 E TH IN SELY DIRECTION ALONG SAID CURVE TO RGT RAD OF 2342.01 FT ARC DISTANCE OF 240 FT TH S 55-02-12 W 100 FT TAP ON CURVE OF SWLY MGN OF SAID R/W WHICH PT THE TANGENT TO SAID CURVE BEARS S 34-57-48 E & POB TH IN SELY DIRECTION ALONG CURVE OF SWLY MGN OF R/W TO RGT RAD OF 2242.01 FT ARC DISTANCE OF 132.63 FT TAP BEARING S 58-25-34 W 102.88 FT FROM SAID POINT "B" TH S 58-25-34 W RADIALLY TO SAID CURVE TAP ON THE LINE OF NAVIGABILITY OF LAKE SAMMAMISH TH IN NWLY DIRECTION ALONG SAID LINE OF NAVIGABILITY TAP BEARING S 55-02-12 W FROM POB TH N 55-02-12 E TO POB TGW UND 1/20TH INTEREST IN COMMON BEACH AREA LY IN SLY 40 FT OF N 769.64 FT AS MEAS ALONG E LINE OF POR OF GOV LOT 2 LY WLY OF BURLINGTON NORTHERN RR R/W & 2ND CLASS SHORELANDS ADJ SAID S 40 FT | | | | | | | | | | |
| 202506-9028-00 REFERENCE 07/16/98 REVALUE COLLINS DAVID M+VANESSA F 339999 2041 E LK SAMM PKWY NE REDMOND WA 98053 | 20-25-06    9028   13.52268 POR OF GOV LOT 2 IN SW 1/4 OF SECTION 20-25-06 & SHORELANDS ADJ DAF - BEG S 1/4 CORNER OF SECTION 20 WHICH CORNER IS MARKED BY A CONCRETE MONUMENT FROM WHICH CORNER K C AERIAL SURVEY MONUMENT J-285 BEARS S 85-12-40 W 591.42 FT AND FROM WHICH CORNER THE N/S CENTER LINE OF SECTION 20 BEARS N 0-06-54 E TH N 32-16-31 W 2505.04 FT TO SE CORNER OF K C SHORT PLAT NO R1277118 RECORDING NO 7901100957 WHICH PT BEARS S 0-16-35 E 569.54 FT FROM NE CORNER OF SAID SHORT PLAT & WHICH PT IS REFERRED TO HEREINAFTER AS PT "A" TH S 0-16-35 E 307.32 FT TAP REFERRED TO AS PT "B" TH N 0-16-35 W 307.32 FT TO SAID POINT "A" TH S 89-40-10 W 221.50 FT TH S 49-09-51 W 3.66 FT TAP ON CURVE OF NELY MGN OF R/W OF BURLINGTON NORTHERN RR R/W WHICH PT THE TANGENT TO SAID CURVE BEARS S 40-50-09 E TH IN SELY DIRECTION ALONG SAID CURVE | 9817 279 | | | I | 350000 260000 | 835972 | UN 7263 UN 1239 CV 500 | P | 844974 | 844974 |

**P A R C E L   C O N T I N U E D   O N   N E X T   P A G E**

## 202506-9028-00                                                                          13 B

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY YR RATE | RL EX | S VR | LEVY CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'TO-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TO RGT RAD OF 2342.01 FT ARC DISTANCE OF 240 FT TH S 55-02-12 W 100 FT TAP ON CURVE OF SWLY MGN OF SAID R/W WHICH PT THE TANGENT TO SAID CURVE BEARS S 34-57-48 E & POB TH IN SELY DIRECTION ALONG CURVE OF SWLY MGN OF R/W TO RGT RAD OF 2242.01 FT ARC DISTANCE OF 132.63 FT TAP BEARING S 58-25-34 W 102.88 FT FROM SAID POINT "B" TH S 58-25-34 W RADIALLY TO SAID CURVE TAP ON THE LINE OF NAVIGABILITY OF LAKE SAMMAMISH TH IN NWLY DIRECTION ALONG SAID LINE OF NAVIGABILITY TAP BEARING S 55-02-12 W FROM POB TH N 55-02-12 E TO POB TGW UND 1/20TH INTEREST IN COMMON BEACH AREA LY IN SLY 40 FT OF N 769.64 FT AS MEAS ALONG E LINE OF POR OF GOV LOT 2 LY WLY OF BURLINGTON NORTHERN RR R/W & 2ND CLASS SHORELANDS ADJ SAID S 40 FT | | | | | | | | | | |
| 202506-9028-00 REFERENCE 12/05/97 COLLINS DAVID M+VANESSA F 339999 2041 E LK SAMM PKWY NE REDMOND WA 98053 | 20-25-06    9028   13.52268 POR OF GOV LOT 2 IN SW 1/4 OF SECTION 20-25-06 & SHORELANDS ADJ DAF - BEG S 1/4 CORNER OF SECTION 20 WHICH CORNER IS MARKED BY A CONCRETE MONUMENT FROM WHICH CORNER K C AERIAL SURVEY MONUMENT J-285 BEARS S 86-12-40 W 591.42 FT AND FROM WHICH CORNER THE N/S CENTER LINE OF SECTION 20 BEARS N 0-06-54 E TH N 32-16-31 W 2505.04 FT | 9817 279 | | | I | 350000 260000 | 835972 | | P | 835972 | 835972 |

This is a sample image in low resolution. The Minolta Desktop Microcopier.
MINOLTA

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY YR RATE EX | BLS VRT | LEVY CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T&DATE |
|---|---|---|---|---|---|---|---|---|---|---|

TO RGT RAD OF 2342.01 FT
ARC DISTANCE OF 240 FT
TH S 55-02-12 W 100 FT
TAP ON CURVE OF SWLY MGN OF SAID
R/W WHICH PT THE TANGENT TO
SAID CURVE BEARS S 34-57-48 E
& POB TH IN SELY DIRECTION ALONG
CURVE OF SWLY MGN OF R/W TO RGT
RAD OF 2242.01 FT ARC DISTANCE
OF 132.63 FT TAP BEARING
S 58-25-34 W 102.88 FT FROM
SAID POINT "B" TH S 58-25-34 W
RADIALLY TO SAID CURVE TAP ON
THE LINE OF NAVIGABILITY OF LAKE
SAMMAMISH TH IN NWLY DIRECTION
ALONG SAID LINE OF NAVIGABILITY
TAP BEARING S 55-02-12 W FROM POB
TH N 55-02-12 E TO POB TGW
UND 1/20TH INTEREST IN
COMMON BEACH AREA LY IN SLY
40 FT OF N 769.64 FT AS
MEAS ALONG E LINE OF POR OF
GOV LOT 2 LY WLY OF BURLINGTON
NORTHERN RR R/W & 2ND CLASS
SHORELANDS ADJ SAID S 40 FT

**202506-9028-00 REFERENCE**
12/05/97
COLLINS DAVID M+VANESSA F   339999
2841 E LK SAMM PKWY NE
REDMOND WA   90053

| | 20-25-06   9020   13.52260 | 98 | 7 | 279L | 350200 260000 | 035972 | P | 035972 | 035972 | |

POR OF GOV LOT 2 IN SW 1/4 OF
SECTION 20-25-06 & SHORELANDS
ADJ DAF - BEG S 1/4 CORNER OF
SECTION 20 WHICH CORNER IS MARKED
BY A CONCRETE MONUMENT FROM
WHICH CORNER K C AERIAL SURVEY
MONUMENT J-205 BEARS
S 86-12-40 W 591.42 FT AND
FROM WHICH CORNER THE N/S
CENTER LINE OF SECTION 20
BEARS N 0-06-54 E
TH N 32-16-31 W 2505.04 FT
TO SE CORNER OF K C SHORT PLAT
NO R127119 RECORDING
NO 7901100052 WHICH PT BEARS
S 0-16-35 E 569.54 FT FROM
NE CORNER OF SAID SHORT PLAT &
WHICH PT IS REFERRED TO
HEREINAFTER AS PT "A"
TH S 0-16-35 E 307.32 FT
TAP REFERRED TO AS PT "B"
TH N 0-16-35 W 307.32 FT
TO SAID POINT "A"
TH S 89-40-10 W 221.50 FT
TH S 49-09-51 W 3.65 FT
TAP ON CURVE OF NELY MGN OF
R/W OF BURLINGTON NORTHERN
RR R/W WHICH PT THE
TANGENT TO SAID CURVE BEARS
S 40-50-09 E TH IN SELY
DIRECTION ALONG SAID CURVE
TO RGT RAD OF 2342.01 FT
ARC DISTANCE OF 240 FT
TH S 55-02-12 W 100 FT
TAP ON CURVE OF SWLY MGN OF SAID
R/W WHICH PT THE TANGENT TO

PARCEL CONTINUED ON NEXT PAGE

---

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY YR RATE EX | BLS VRT | LEVY CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T&DATE |
|---|---|---|---|---|---|---|---|---|---|---|

SAID CURVE BEARS S 34-57-48 E
& POB TH IN SELY DIRECTION ALONG
CURVE OF SWLY MGN OF R/W TO RGT
RAD OF 2242.01 FT ARC DISTANCE
OF 132.63 FT TAP BEARING
S 58-25-34 W 102.88 FT FROM
SAID POINT "B" TH S 58-25-34 W
RADIALLY TO SAID CURVE TAP ON
THE LINE OF NAVIGABILITY OF LAKE
SAMMAMISH TH IN NWLY DIRECTION
ALONG SAID LINE OF NAVIGABILITY
TAP BEARING S 55-02-12 W FROM POB
TH N 55-02-12 E TO POB TGW
UND 1/28TH INTEREST IN
COMMON BEACH AREA LY IN SLY
40 FT OF N 769.64 FT AS
MEAS ALONG E LINE OF POR OF
GOV LOT 2 LY WLY OF BURLINGTON
NORTHERN RR R/W & 2ND CLASS
SHORELANDS ADJ SAID S 40 FT

**202506-9029-09**
08/06/98 REVALUE
MICHAELS PAUL S   980518
322 BERKELEY
TACOMA WA   98466

| | 20-25-06   9029   13.52260 | 98 | 7 | 279L | 92000 124400 | CU | 500 | P | 124509 | 124509 | 92898 R8624968 U8624968 33098 R8418796 U8418796 |

BEG NW COR OF GL 3 IN SW 1/4
SEC 20-25-6 TH S 00-13-45 E
ALG W LN THOF 94 FT TH S
53-57-57 E 269.73 FT TH N
33-00-33 E 19 FT TH NELY ALG
CRV RGT RAD 185.76 FT ARC DIST
145.99 FT TH N 14-19-27 W 163.09
FT TH S 89-43 W ALG N LN
SD SUBD TO BEG TGW UND 1/7
INT IN S 40 FT OF N 769.64 FT
AS MEAS ALG E LN OF THAT
POR OF GL 2 SD SEC 20 LY WLY
OF NP RR R/W & 2ND CL SH LDS
ADJ SD 40 FT LY WLY OF SD R/W

**202506-9029-09 REFERENCE**
07/15/98 REVALUE
   980518
   99466

| | 20-25-06   9029   13.52260 | 98 | 7 | 279L | 92000 124400 | CU | 500 | P | 124509 | 124509 | |

BEG NW COR OF GL 3 IN SW 1/4
SEC 20-25-6 TH S 00-13-45 E
ALG W LN THOF 94 FT TH S
53-57-57 E 269.73 FT TH N
33-00-33 E 19 FT TH NELY ALG
CRV RGT RAD 185.76 FT ARC DIST

MINOLTA
Ex. 13E-15

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | ALB VRT | LEVY CODE | VALUATION L-LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC·T®·DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | INY IN S 40 FT OF N 769.64 FT AS MEAS ALG E LN OF THAT POR OF GL 2 SD SEC 20 LY WLY OF NP RR R/W & 2ND CL SH LDS ADJ SD 40 FT LY WLY OF SD R/W | | | | | | | | | | |
| 202506-9030-06 08/06/98 REVALUE FREEDMAN HOWARD L&PAMELA C 180966 3113 E LAKE SAMMAMISH PKWY NE REDMOND WA 98053 | 2ND CL SH LDS & UPLANDS ADJ FOLG-BEG NE COR GL 2 IN SW 1/4 TH S ALG E LN 569.64 FT TH W 221.50 FT TH SWLY AT R/A TO RR R/W 15.3 FT TO NELY MGN SD R/W TH NWLY ALG SD NELY MGN TO N LN SD GL TH E TO BEG LESS NWLY 200 FT & SELY 579 FT AS MEAS ALG SWLY MGN SD R/W LESS POR LY NELY OF SWLY MGN SD R/W | 9030 13.52268 | 98T7279 L I | | | 477000 161000 | 862747 | UN 7263 UN 1239P CV 500 | 871749 | 871749 | 110298 R807075 V807075 V807075 V807075 50198 R9185434 V8185434 V8185434 V8185434 |
| 202506-9030-06 REFERENCE 07/16/98 REVALUE FREEDMAN HOWARD L&PAMELA C 180966 3113 E LAKE SAMMAMISH PKWY NE REDMOND WA 98053 | 2ND CL SH LDS & UPLANDS ADJ FOLG-BEG NE COR GL 2 IN SW 1/4 TH S ALG E LN 569.64 FT TH W 221.50 FT TH SWLY AT R/A TO RR R/W 15.3 FT TO NELY MGN SD R/W TH NWLY ALG SD NELY MGN TO N LN SD GL TH E TO BEG LESS NWLY 200 FT & SELY 579 FT AS MEAS ALG SWLY MGN SD R/W LESS POR LY NELY OF SWLY MGN SD R/W | 9030 13.52268 | 98T7279 L I | | | 477000 161000 | 862747 | UN 7263 UN 1239P CV 500 | 871749 | 871749 | |
| 202506-9030-06 REFERENCE 08/28/97 FREEDMAN HOWARD L&PAMELA C 180966 3113 E LAKE SAMMAMISH PKWY NE REDMOND WA 98053 | 2ND CL SH LDS & UPLANDS ADJ FOLG-BEG NE COR GL 2 IN SW 1/4 TH S ALG E LN 569.64 FT TH W 221.50 FT TH SWLY AT R/A TO RR R/W 15.3 FT TO NELY MGN SD R/W TH NWLY ALG SD NELY MGN TO N LN SD GL TH E TO BEG LESS NWLY 200 FT & SELY 579 FT AS MEAS ALG SWLY MGN SD R/W LESS POR LY NELY OF SWLY MGN SD R/W | 20-25-06 9030 13.52268 | 98T7279 L I | | | 477000 161000 | 862747 | P | 862747 | 862747 | |
| 202506-9031-05 08/06/98 REVALUE COURTNEY PHYLLIS & LEVICK J800389 2838 E LAKE SAMMAMISH PKWY NE REDMOND WA 98053 | LOT 2 OF REVISED K C SHORT PLAT NO 181013 RECORDING NO 8611251016 SD SHORT PLAT DAF - LOTS 1 & 2 OF K C SHORT PLAT NO 181013 RECORDING NO 8104300743 BEING A POR OF GOV LOT 3 IN SW 1/4 | 20-25-06 9031 13.52268 | 98T7279 L I | | | 92000 126000 | 294794 | UN 7263 UN 1239P CV 500 | 303796 | 303796 | 103098 R999998 R8953578 U8953578 U8953578 U8953578 43098 R8730385 V8730385 X8730385 V8730385 |
| 202506-9031-05 REFERENCE 07/16/98 REVALUE | LOT 2 OF REVISED K C SHORT | 20-25-06 9031 13.52268 | 98T7279 L I | | | 92000 126000 | 294794 | UN 7263 UN 1239P CV 500 | 303796 | 303796 | |

PARCEL CONTINUED ON NEXT PAGE

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | ALB VRT | LEVY CODE | VALUATION L-LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC·T®·DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COURTNEY PHYLLIS & LEVICK J800389 2838 E LAKE SAMMAMISH PKWY NE REDMOND WA 98053 | PLAT NO 181013 RECORDING NO 8611251016 SD SHORT PLAT DAF - LOTS 1 & 2 OF K C SHORT PLAT NO 181013 RECORDING NO 8104300743 BEING A POR OF GOV LOT 3 IN SW 1/4 | | | | | | | CV 500 | | | |
| 202506-9031-05 REFERENCE 08/28/97 COURTNEY PHYLLIS & LEVICK J800389 2838 E LAKE SAMMAMISH PKWY NE REDMOND WA 98053 | LOT 2 OF REVISED K C SHORT PLAT NO 181013 RECORDING NO 8611251016 SD SHORT PLAT DAF - LOTS 1 & 2 OF K C SHORT PLAT NO 181013 RECORDING NO 8104300743 BEING A POR OF GOV LOT 3 IN SW 1/4 | 20-25-06 9031 13.52268 | 98T7279 L I | | | 92000 126000 | 294794 | P | 294794 | 294794 | |
| 202506-9032-04 08/06/98 REVALUE POUND ROBERT D+YVONNE L 7D9999 2904 E LAKE SAMMAMISH PKWY NE REDMOND WA 98053 | LOT 1 TGW UND INT IN TRACT X KING CO SHORT PLAT NO 898S0422 REC NO 9506179002 SD SHORT PLAT DAF: PORTION OF GOUT LOT 3 STR 20-25-06 DAF - BEG AT SE COR SD GOUT LOT 3 TH N 0-10-00 E 336.65 FT TH S 77-29-40 W 1101.33 FT M/L TO NELY LN OF ISSAQUAH-REDMOND RD TH S 27-34-00 E 120.00 FT M/L TO S LN SD GOUT LOT 3 TH N 89-32-09 E 1018.76 FT M/L TO TPOB | 20-25-06 9032 13.52268 | 98T7279 L I | | | 92000 132000 | 302908 | UN 7263 UN 1239P CV 500 | 311910 | 311910 | 102698 R8837279 U8837279 U8837279 U8837279 42798 R8892418 U8892418 X8892418 U8892418 |
| 202506-9032-04 REFERENCE 07/16/98 REVALUE POUND ROBERT D+YVONNE L 7D9999 2904 E LAKE SAMMAMISH PKWY NE REDMOND WA 98053 | LOT 1 TGW UND INT IN TRACT X KING CO SHORT PLAT NO 898S0422 REC NO 9506179002 SD SHORT PLAT DAF: PORTION OF GOUT LOT 3 STR 20-25-06 DAF - BEG AT SE COR SD GOUT LOT 3 TH N 0-10-00 E 336.65 FT TH S 77-29-40 W 1101.33 FT M/L TO NELY LN OF ISSAQUAH-REDMOND RD TH S 27-34-00 E 120.00 FT M/L | 20-25-06 9032 13.52268 | 98T7279 L I | | | 92000 132000 | 302908 | UN 7263 UN 1239P CV 500 | 311910 | 311910 | |

MINOLTA

This is a sample image to test the Minolta Duplex Microscanner.

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE EX | RLS VRT | LEVY CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'TS-DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | ON ELY LN GL + AAP 843.56 FT<br>NLY FR SE COR THOF TH CONTG<br>ALG SD ELY LN N 01-25 E DIST<br>158.14 FT TH S 72-58 W TO<br>NELY MGN E LK SAMM PKWY<br>NE TH SLY ALG SD MGN TO<br>LN BRNG S 72-58 E FR POB<br>TH N 72-58 E TO TPOB LESS POR<br>THOF LY NELY OF LN BRNG N<br>17-02 W FAP S 72-58 W 448 FT<br>FR ABOVE DESC POB | | | | | | | | | |
| 202506-9041-03<br>08/06/98 REVALUE<br>BARRETT DONALD W        451448<br>2920 E LK SAMM RD N<br>REDMOND WA              98053 | 20-25-06    9041    13.52268<br>SELY 475 FT LESS SELY 9 FT<br>THOF AS MEAS ALG SWLY MGN<br>OF RR/RW OF 2ND CL SH LDS<br>& UPLANDS ADJ OF FOLG: BEG<br>NE COR GL 2 IN SW 1/4 TH S<br>ALG E LN 569.64 FT TH W<br>221.58 FT TH SWLY AT R/A TO<br>RR R/W 15.3 FT TO NELY MGN<br>SD R/W TH NWLY ALG SD NELY<br>MGN TO N LN SD GL TH E<br>TO BEG LESS POR LY NELY OF<br>SWLY MGN SD RR/RW AKA PCL A<br>KC LLA #8700030 APPRVD 12/17/87<br>THIS PARCEL CLASSIFIED AS OPEN<br>SPACE LAND PURSUANT TO<br>CHAPTER 84.34 RCW | 98 | | 7279L | 193520 | 261691 | CU   500P | 262191 | 262191 | 110298<br>R8484780<br>U8484780<br>42898<br>R8507375<br>U8507375 |
| 202506-9041-03 REFERENCE<br>07/16/98 REVALUE<br>BARRETT DONALD W        451448<br>2920 E LK SAMM RD N<br>REDMOND WA              98053 | 20-25-06    9041    13.52268<br>SELY 475 FT LESS SELY 9 FT<br>THOF AS MEAS ALG SWLY MGN<br>OF RR/RW OF 2ND CL SH LDS<br>& UPLANDS ADJ OF FOLG: BEG<br>NE COR GL 2 IN SW 1/4 TH S<br>ALG E LN 569.64 FT TH W<br>221.58 FT TH SWLY AT R/A TO<br>RR R/W 15.3 FT TO NELY MGN<br>SD R/W TH NWLY ALG SD NELY<br>MGN TO N LN SD GL TH E<br>TO BEG LESS POR LY NELY OF<br>SWLY MGN SD RR/RW AKA PCL A<br>KC LLA #8700030 APPRVD 12/17/87<br>THIS PARCEL CLASSIFIED AS OPEN<br>SPACE LAND PURSUANT TO<br>CHAPTER 84.34 RCW | 98 | | 7279L | 193520 | 261691 | CU   500P | 262191 | 262191 | |
| 202506-9041-03 REFERENCE<br>10/09/97<br>BARRETT DONALD W        451448<br>2920 E LK SAMM RD N<br>REDMOND WA              98053 | 20-25-06    9041    13.52268<br>SELY 475 FT LESS SELY 9 FT<br>THOF AS MEAS ALG SWLY MGN<br>OF RR/RW OF 2ND CL SH LDS<br>& UPLANDS ADJ OF FOLG: BEG<br>NE COR GL 2 IN SW 1/4 TH S<br>ALG E LN 569.64 FT TH W<br>221.58 FT TH SWLY AT R/A TO<br>RR R/W 15.3 FT TO NELY MGN<br>SD R/W TH NWLY ALG SD NELY<br>MGN TO N LN SD GL TH E<br>TO BEG LESS POR LY NELY OF<br>SWLY MGN SD RR/RW AKA PCL A<br>KC LLA #8700030 APPRVD 12/17/87<br>THIS PARCEL CLASSIFIED AS OPEN | 98 | | 7279L | 193520 | 261691 | P | 261691 | 261691 | |

PARCEL CONTINUED ON NEXT PAGE

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE EX | RLS VRT | LEVY CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'TS-DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | SPACE LAND PURSUANT TO<br>CHAPTER 84.34 RCW | | | | | | | | | |
| 202506-9042-02<br>08/06/98 REVALUE<br>NELSON ROBERT G        C1079<br>3123 E LAKE SAMMAMISH RD NE<br>REDMOND WA              98053 | 20-25-06    9042    13.52268<br>SELY 96 FT OF NWLY 200 FT OF 2ND<br>CL SH LDS & UPLANDS ADJ<br>THAT POR GL 2 IN SEC 20-25-06<br>DAF BEG NE COR SD GL TH<br>S ALG E LN THOF 569.64 FT<br>TH W 221.58 FT TH SWLY AT<br>R/A TO R/W NPRR 15.3 FT TO<br>NELY LN SD R/W TH NWLY ALG<br>SD NELY LN TO N LN SD GL<br>TH E ALG SD N LN TO POB<br>LESS CO RD & LESS POR IF ANY<br>IN OR NELY OF SD RR R/W | 98 | | 7279L I | 320000<br>119000 | 593646 | UN   7263<br>1239P<br>CU   500 | 602648 | 602648 | 110298<br>R8494275<br>U8494275<br>X8494275<br>R8494275<br>42998<br>R8515438<br>U8515438<br>X8515438<br>V8515438 |
| 202506-9042-02 REFERENCE<br>07/16/98 REVALUE<br>NELSON ROBERT G        C1079<br>3123 E LAKE SAMMAMISH RD NE<br>REDMOND WA              98053 | 20-25-06    9042    13.52268<br>SELY 96 FT OF NWLY 200 FT OF 2ND<br>CL SH LDS & UPLANDS ADJ<br>THAT POR GL 2 IN SEC 20-25-06<br>DAF BEG NE COR SD GL TH<br>S ALG E LN THOF 569.64 FT<br>TH W 221.58 FT TH SWLY AT<br>R/A TO R/W NPRR 15.3 FT TO<br>NELY LN SD R/W TH NWLY ALG<br>SD NELY LN TO N LN SD GL<br>TH E ALG SD N LN TO POB<br>LESS CO RD & LESS POR IF ANY<br>IN OR NELY OF SD RR R/W | 98 | | 7279L I | 320000<br>119000 | 593646 | UN   7263<br>1239P<br>CU   500 | 602648 | 602648 | |
| 202506-9042-02 REFERENCE<br>04/28/97<br>NELSON ROBERT G        C1079<br>3123 E LAKE SAMMAMISH RD NE<br>REDMOND WA              98053 | 20-25-06    9042    13.52268<br>SELY 96 FT OF NWLY 200 FT OF 2ND<br>CL SH LDS & UPLANDS ADJ<br>THAT POR GL 2 IN SEC 20-25-06<br>DAF BEG NE COR SD GL TH<br>S ALG E LN THOF 569.64 FT<br>TH W 221.58 FT TH SWLY AT<br>R/A TO R/W NPRR 15.3 FT TO<br>NELY LN SD R/W TH NWLY ALG<br>SD NELY LN TO N LN SD GL<br>TH E ALG SD N LN TO POB<br>LESS CO RD & LESS POR IF ANY<br>'N OR NELY OF SD RR R/W | 98 | | 7279L I | 320000<br>119000 | 593646 | P | 593646 | 593646 | |

MINOLTA

FORM 109

# REAL ESTATE CONTRACT

THIS CONTRACT, made this 31st day of May, 1962 between

Rose A. Earley, a widow hereinafter called the "seller" and

Donald W. Barrett and Jeannette C. Barrett, his wife hereinafter called the "purchaser,"

WITNESSETH: The seller agrees to sell to the purchaser, and the purchaser agrees to purchase of the seller the following described real estate with the appurtenances, situate in King County, Washington:

Second class shorelands adjoining that portion of Government Lot 2, Section 25, Township 25 North, Range 6, E.W.M., in King County, Washington, described as follows:

Beginning at the northeast corner of said Government Lot; thence south along the east line thereof, 569.64 feet; thence west 221.58 feet; thence southwesterly at right angles to the right of way of the Northern Pacific Railway Co. (formerly the Seattle and International Railway), 15.3 feet to the northeasterly line of said right of way; thence northwesterly along said northeasterly line to the north line of said Government Lot; thence east along said north line to the point of beginning; EXCEPT county road; EXCEPT portion, if any, in said railroad right of way; EXCEPT northerly 200 feet; and EXCEPT southerly 475 feet.

Free of incumbrances, except: Those of record

On the following terms and conditions: The purchase price is Twelve Thousand Four Hundred Eighty and 00/100 - - - - - - - - - - - - - - - -($ 12,480.00 ) dollars, of which Two Thousand Five Hundred Eighty and 00/100- - - - - - - - - - - - ($2,580.00 ) dollars has been paid, the receipt whereof is hereby acknowledged, and the purchaser agrees to pay the balance of said purchase price as follows:

Three Hundred and 00/100 ($300.00) Dollars, or more each quarter with interest at the rate of 6½ per cent computed on the principle balance each quarter. The first payment shall be due and payable 90 days following closing. The payments called for herein shall be made at such place as seller may direct in writing.

The purchaser agrees: (1) to pay before delinquency all payments of whatsoever nature, required to be made upon or by virtue of said mortgage, if any; also all taxes and assessment which are above assumed by him, if any, and all which may, as between grantor and grantee, hereafter become a lien on the premises; and also all taxes which may hereafter be levied or imposed upon, or by reason of, this contract or the obligation thereby evidenced, or any part thereof; (2) to keep the buildings now and hereafter placed upon the premises unceasingly insured against loss or damage by fire, to the full insurable value thereof, in the name of the seller as owner, in an insurance company satisfactory to the seller for the benefit of the mortgagee, the seller, and the purchaser, as their interests may appear, until the purchase price is fully paid, and to deliver to seller the insurance policies, renewals, and premium receipts, except such as are required to be delivered to the mortgagee; (3) to keep the buildings and all other improvements upon the premises in good repair and not to permit waste; and (4) not to use the premises for any illegal purpose.

In the event that the purchaser shall fail to pay before delinquency any taxes or assessments or any payments required to be made on account of the mortgage, or to insure the premises as above provided, the seller may pay such taxes and assessments, make such payments, and effect such insurance, and the amounts paid therefor by him shall be deemed a part of the purchase price and become payable forthwith with interest at the rate of 10 per cent per annum until paid, without prejudice to other rights of seller by reason of such failure.

JUN 28 1962 Filed by LTI

2 sheets

The **purchaser** agrees to assume all risk of damage to any improvements upon the premises, or of the taking of any part of the property for public use; that no such damage or taking shall constitute a failure of consideration, but in case of such damage or taking, all moneys received by the seller by reason thereof shall be applied as a payment on account of the purchase price of the property, less any sums of money which the seller may be required to expend in procuring such money, or at the election of the seller, to the rebuilding or restoration of such improvements.

The seller agrees, upon receiving full payment of the purchase price and interest in the manner above specified, to execute and deliver to purchaser a **Statutory Warranty** deed to the property, excepting such part thereof which may hereafter be condemned, if any, free of incumbrances except those above mentioned, and any that may accrue hereafter through any person other than the seller.

The seller has delivered, or within ten days herefrom will procure and deliver, to the purchaser, a title policy in usual form issued by the Puget Sound Title Insurance Company, insuring the purchaser to the full amount of said purchase price against loss or damage occasioned by reason of defect in, or incumbrance against, seller's title to the premises, not assumed by the purchaser, or as to which the conveyance hereunder is not to be subject.

The parties agree: (1) to execute all necessary instruments for the extension of payment or renewal of said mortgage during the period prior to the delivery of said deed, or the termination of purchaser's rights by virtue of the provisions hereof; provided the seller shall not be obligated thereby to assume any personal obligation or to execute any mortgage providing for a deficiency judgment against the seller, or securing a principal indebtedness in excess of that now unpaid on the above mentioned mortgage or bearing an interest rate of more than two per cent greater than that of the original mortgage indebtedness; (2) that the purchaser has made full inspection of the real estate and that no promise, agreement or representation respecting the condition of any building or improvement thereon, or relating to the alteration or repair thereof, or the placing of additional improvements thereon, shall be binding unless the promise, agreement or representation be in writing and made a part of this contract; (3) that the purchaser shall have possession of the real estate on _____ and be entitled to retain possession so long as purchaser is not in default in carrying out the terms hereof; and (4) that, upon default, forfeiture may be declared by notice sent by registered mail to the address of the purchaser, or his assigns, last known to the seller.

Time is of the essence hereof, and in the event the purchaser shall fail to comply with or perform any condition or agreement hereof promptly at the time and in the manner herein required, the seller may elect to declare all of the purchaser's rights hereunder terminated, and upon his doing so, all payments made by the purchaser hereunder and all improvements placed upon the premises shall be forfeited to the seller as liquidated damages, and the seller shall have the right to reenter and take possession of the property; and if the seller within six months after such forfeiture shall commence an action to procure an adjudication of the termination of the purchaser's rights hereunder, the purchaser agrees to pay the expense of searching the title for the purpose of such action, together with all costs and a reasonable attorney's fee.

*In Witness Whereof* the parties have signed and sealed this contract the day and year first above written.

        *Rose A. Earley* ............................... (Seal)
    x *Donald W. Barrett* ........................ (Seal)
    by *Gordon A Barrett his Atty-in-fact*
    x *Jeannette C. Barrett* ..................... (Seal)
    by *Gordon A Barrett her Atty-in-fact*

STATE OF WASHINGTON,}
County of _____ SNO. } ss.

I, the undersigned, a notary public in and for the state of Washington, hereby certify that on this ____ 31st ____ day of ____ May, 1962 ____ personally appeared before me Rose A. Earley, a widow and Donald W. Barrett and Jeannette C. Barrett, his wife to me known to be the individual ___ described in and who executed the foregoing instrument, and acknowledged that they signed and sealed the same as their ____ free and voluntary act and deed, for the uses and purposes therein mentioned.

Given under my hand and official seal the day and year last above written.

                    *Arnold C Bombol*
                    Notary Public in and for the state of Washington,
                    residing at _____ EDMONDS.

**PUGET SOUND**
**TITLE INSURANCE COMPANY**

Filed for Record at Request of

Filed for record at the request of
_____ State Cor. Filed
Puget Sound Title Ins. Co. Seattle, Washington

Name ___ Evergreen Escrow Company ___ #E 50

Address ___ 13533 Aurora Avenue North ___

City and State ___ Seattle, Washington ___

THIS SPACE RESERVED FOR RECORDER'S USE.

RECORDED
VOL _____
PAGE _____ REQUEST OF
1962 JUL 28 PM 2 17
ROBERT A. MORRIS, AUDITOR
KING COUNTY WASH.
_____ DEPUTY

**JUN 28 1962    Filed by LTI**

5416211 (vertical left margin)
5446214 (vertical left margin)

7308290277

```
LAWYERS
TITLE INSURANCE
CORPORATION
SEATTLE, WASHINGTON
```

Filed for Record at Request of

FILED FOR RECORD AT REQUEST OF
PIONEER NATL. TITLE INS. CO.
719 SECOND AVE.
SEATTLE, WASHINGTON 98104

MARYMOOR REALTY, INC.

NAME

ADDRESS

CITY AND STATE

THIS SPACE RESERVED FOR RECORDER'S USE

RECORDED

REQUEST OF

1973 AUG 29  AM 8 00

REC'D RECORD A
ELECTIONS - KING CO. WN.
DEPUTY

FILED FOR RECORDS AT R
PIONEER NATL. TITLE
719 SECOND AVE
SEATTLE WASH.

STATE OF
Washington
DEPT. OF
REVENUE  AUG 27 73    $ 2.50

## Statutory Warranty Deed

SALES TAX PAID ON CONTRACT NO. 473386
JACK V. McKENZIE, KING CO. TREASURER
BY

THE GRANTOR    ROSE A. EARLEY, a widow

for and in consideration of $10.00 and other valuable considerations

in hand paid, conveys and warrants to    DONALD W. BARRETT and JEANNETTE A. BARRETT, his wife

the following described real estate, situated in the County of    King                    , State of
Washington:

Second class shorelands adjoining that portion of Government Lot 2,
Section 20, Township 25 North, Range 6, E.W.M., in King County,
Washington, described as follows:
    Beginning at the northeast corner of said Government Lot; thence
south along the east line thereof, 569.64 feet; thence west 221.58
feet; thence southwesterly at right angles to the right of way of
the Northern Pacific Railway Co. (formerly the Seattle and Interna-
tional Railway), 15.3 feet to the northeasterly line of said right
of way; thence northwesterly along said northeasterly line to the
north line of said Government Lot; thence east along said north line
to the point of beginning; EXCEPT county road; EXCEPT portion, if any,
in said railroad right of way;
EXCEPT northerly 200 feet; and
EXCEPT southerly 475 feet.

E-473386-2

THIS DEED GIVEN IN FULFILLMENT OF THAT CERTAIN CONTRACT DATED  May 31, 1962.

Dated this                    15th            day of      June, 1962.

Rose A. Earley                                          (SEAL)

_____                (SEAL)

STATE OF WASHINGTON
County of  King            } ss.

    On this    15    day of    June  1962                            , before me, the
undersigned, a Notary Public in and for the State of Washington, duly commissioned and sworn, personally
appeared    Rose A. Earley

to me known to be the individual  described in and who executed the foregoing instrument, and acknowledged
to me that  s he  signed and sealed this said instrument as    her      free and voluntary act and deed for
the uses and purposes therein mentioned.

    GIVEN under my hand and official seal this    15    day of  June  1962

Howard O. Wilson
Notary Public in and for the State of Washington,
residing at

S-15

Ex. 13G-1



Ex. 13G-2

**Pioneer National Title Insurance Company**
WASHINGTON TITLE DIVISION

## REAL ESTATE CONTRACT

A-1964

*B907648*

6633998

THIS CONTRACT, made and entered into this **13th** day of **March, 1970**

between **DONALD W. BARRETT and JEANNETTE C. BARRETT, his wife**

hereinafter called the "seller," and **OTTO W. ZYLSTRA, whose wife is ANNABELLE F. ZYLSTRA**

hereinafter called the "purchaser,"

WITNESSETH: That the seller agrees to sell to the purchaser and the purchaser agrees to purchase from the seller the following described real estate, with the appurtenances, in **King** County, State of Washington:

**The legal description is set forth on Appendix A attached hereto and by this reference identified and incorporated herein.**

907648-5

The terms and conditions of this contract are as follows: The purchase price is **THIRTY THOUSAND AND NO/100--**
**------------------------------------------------------** ($ **30,000.00** ) Dollars, of which
**FIVE THOUSAND AND NO/100----------------------------**($ **5,000.00** ) Dollars have
been paid, the receipt whereof is hereby acknowledged, and the balance of said purchase price shall be paid as follows: **TWO HUNDRED FIFTY AND NO/100-----------------------------------------**($ **250.00** ) Dollars,
or more at purchaser's option, on or before the **20th** day of **April** , 19 70 ,
and **TWO HUNDRED FIFTY AND NO/100--------------------** ($ **250.00** ) Dollars,
or more at purchaser's option, on or before the **20th** day of each succeeding calendar month until the balance of said purchase price shall have been fully paid. The purchaser further agrees to pay interest on the diminishing balance of said purchase price at the rate of **7 1/2** per cent per annum from the **20th** day of **March** , 19 70 ,
which interest shall be deducted from each installment payment and the balance of each payment applied in reduction of principal. All payments to be made hereunder shall be made at **Pacific National Bank, Wallingford Branch**
or at such other place as the seller may direct in writing.

**Purchaser shall be entitled to a warranty deed in partial satisfaction of this real estate contract to either the north one-half or the south one-half of the herein-described property, when the deferred principal balance due hereunder has been reduced to $10,000.00, or less.**

**The property described herein contains approximately 208 feet of water-front as per Continental Engineering Company survey dated November 18, 1961.**

As referred to in this contract, "date of closing" shall be____**March 20, 1970**____

(1) The purchaser assumes and agrees to pay before delinquency all taxes and assessments that may as between grantor and grantee hereafter become a lien on said real estate; and if by the terms of this contract the purchaser has assumed payment of any mortgage, contract or other encumbrance, or has assumed payment of or agreed to purchase subject to, any taxes or assessments now a lien on said real estate, the purchaser agrees to pay the same before delinquency.

(2) The purchaser agrees, until the purchase price is fully paid, to keep the buildings now and hereafter placed on said real estate insured to the actual cash value thereof against loss or damage by both fire and windstorm in a company acceptable to the seller and for the seller's benefit, as his interest may appear, and to pay all premiums therefor and to deliver all policies and renewals thereof to the seller.

(3) The purchaser agrees that full inspection of said real estate has been made and that neither the seller nor his assigns shall be held to any covenant respecting the condition of any improvements thereon nor shall the purchaser or seller or the assigns of either be held to any covenant or agreement for alterations, improvements or repairs unless the covenant or agreement relied on is contained herein or is in writing and attached to and made a part of this contract.

(4) The purchaser assumes all hazards of damage to or destruction of any improvements now on said real estate or hereafter placed thereon, and of the taking of said real estate or any part thereof for public use; and agrees that no such damage, destruction or taking shall constitute a failure of consideration. In case any part of said real estate is taken for public use, the portion of the condemnation award remaining after payment of reasonable expenses of procuring the same shall be paid to the seller and applied as payment on the purchase price herein unless the seller elects to allow the purchaser to apply all or a portion of such condemnation award to the [...] restoration of any improvements damaged by such taking. In case of damage or destruction from a peril insured against, [...] insurance remaining after payment of the reasonable expense of procuring the same shall be devoted to the restor[ation...] improvements within a reasonable time, unless purchaser elects that said proceeds shall be paid to the seller for application [...] purchase price herein.

(5) The seller has delivered, or agrees to deliver within 15 days of the date of closing, a purchaser's [...] standard form, or a commitment therefor, issued by PIONEER NATIONAL TITLE INSURANCE COMPANY, insuring the purchase [...] said purchase price against loss or damage by reason of defect in seller's title to said real estate as of the date of clos[ing...] exceptions other than the following:
a. Printed general exceptions appearing in said policy form;
b. Liens or encumbrances which by the terms of this contract the purchaser is to assume, or as to which [...] is to be made subject; and
c. Any existing contract or contracts under which seller is purchasing said real estate, and any mortgage or oth[er...] seller by this contract agrees [...] which for the purpose of this paragraph (5) shall be deemed [...]

MAR 27 1970 - 8 30  FILED BY PNTI

**2 additional sheets**

(6) If seller's title to said real estate is subject to an existing contract or contracts under which seller is purchasing said real estate, or any mortgage or other obligation, which seller is to pay, seller agrees to make such payments in accordance with the terms thereof, and upon default, the purchaser shall have the right to make any payments necessary to remove the default, and any payments so made shall be applied to the payments next falling due the seller under this contract.

(7) The seller agrees, upon receiving full payment of the purchase price and interest in the manner above specified, to execute and deliver to purchaser a statutory warranty fulfillment _____ deed to said real estate, excepting any part thereof hereafter taken for public use, free of encumbrances except any that may attach after date of closing through any person other than the seller, and subject to the following: Exceptions and reservations contained in deed from the State of Washington recorded under Auditor's File No. 3090903. Right of the Northern Pacific Railway Company to cut down trees dangerous to the operation of its railroad contained in deed recorded under Auditor's File No. 13872.

(8) Unless a different date is provided for herein, the purchaser shall be entitled to possession of said real estate on date of closing and to retain possession so long as purchaser is not in default hereunder. The purchaser covenants to keep the buildings and other improvements on said real estate in good repair and not to permit waste and not to use, or permit the use of, the real estate for any illegal purpose. The purchaser covenants to pay all service, installation or construction charges for water, sewer, electricity, garbage or other utility services furnished to said real estate after the date purchaser is entitled to possession.

(9) In case the purchaser fails to make any payment herein provided or to maintain insurance, as herein required, the seller may make such payment or effect such insurance, and any amounts so paid by the seller, together with interest at the rate of 10% per annum thereon from date of payment until repaid, shall be repayable by purchaser on seller's demand, all without prejudice to any other right the seller might have by reason of such default.

(10) Time is of the essence of this contract, and it is agreed that in case the purchaser shall fail to comply with or perform any condition or agreement hereof or to make any payment required hereunder promptly at the time and in the manner herein required, the seller may elect to declare all the purchaser's rights hereunder terminated, and upon his doing so, all payments made by the purchaser hereunder and all improvements placed upon the real estate shall be forfeited to the seller as liquidated damages, and the seller shall have right to re-enter and take possession of the real estate; and no waiver by the seller of any default on the part of the purchaser shall be construed as a waiver of any subsequent default.

Service upon purchaser of all demands, notices or other papers with respect to forfeiture and termination of purchaser's rights may be made by United States Mail, postage pre-paid, return receipt requested, directed to the purchaser at his address last known to the seller.

(11) Upon seller's election to bring suit to enforce any covenant of this contract, including suit to collect any payment required hereunder, the purchaser agrees to pay a reasonable sum as attorney's fees and all costs and expenses in connection with such suit, which sums shall be included in any judgment or decree entered in such suit.

If the seller shall bring suit to procure an adjudication of the termination of the purchaser's rights hereunder, and judgment is so entered, the purchaser agrees to pay a reasonable sum as attorney's fees and all costs and expenses in connection with such suit, and also the reasonable cost of searching records to determine the condition of title at the date such suit is commenced, which sums shall be included in any judgment or decree entered in such suit.

IN WITNESS WHEREOF, the parties hereto have executed this instrument as of the date first written above.

_____ (SEAL)

_____ (SEAL)

_____ (SEAL)

Jeannette C. Barrett _____ (SEAL)

STATE OF ~~WASHINGTON~~ FLORIDA

County of Dade } ss.

On this day personally appeared before me Donald W. Barrett and Jeannette C. Barrett, his wife to me known to be the individual S described in and who executed the within and foregoing instrument, and acknowledged that they signed the same as their free and voluntary act and deed, for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this 2-3 day of March, 1970.

Notary Public in and for the State of ~~Washington~~ Florida

NOTARY PUBLIC, STATE OF FLORIDA AT LARGE
MY COMMISSION EXPIRES AUG. 23, 1971
BONDED THROUGH FRED W. DIESTELHORST

residing at 20205 S. Dixie Hwy.
Miami, Fla.
33157

Filed for Record at Request of
Pioneer National Title Insurance Company
(WASHINGTON TITLE DIVISION)

TO. POWELL, LIVENGOOD, DUNLAP & SILVERNALE
10031 Main Street
BOTHELL, WASHINGTON 98011

THIS SPACE RESERVED FOR RECORDER'S USE.

MAR 27 1970 - 8 30 FILED BY PNTI

APPENDIX A

Second Class shorelands adjoining that portion of Government Lot 2,
Section 20, Township 25, North, Range 6 East, W.M., in King County,
Washington, described as follows:

Beginning at the Northeast corner of said Government Lot; thence
South along the East line thereof, 569.64 feet; thence West 221.58 feet;
thence Southwesterly at right angles to the right of way of the Northern
Pacific Railway Co. "formerly the Seattle and International Railway"
15.3 feet to the Northeasterly line of said right of way; thence North-
westerly along said Northeasterly line to the North line of said
Government Lot; thence East along said North line to the point of
beginning; EXCEPT portion, if any, in said railway right of way; EXCEPT
Northerly 200 feet; AND EXCEPT Southerly 475 feet, EXCEPT portion
lying within Issaquah Redmond Road.

SUBJECT TO contract of sale recorded under Auditor's File No. 5446214,
which sellers herein shall continue to pay and perform in accordance
with its terms and conditions.

6633998

MAR 27 1970 - 8 3 0  FILED BY PNTI

Pioneer National Title Insurance Company
WASHINGTON TITLE DIVISION
Filed for Record at Request of

TO MR. OTTO W. ZYLSTRA
c/o RENA WARE DISTRIBUTORS INC.
222 112TH N.E.
BELLEVUE, WASH.
Contract recorded March 27,
1970 under Auditor's File
No. 6633998

THIS SPACE RESERVED FOR RECORDER'S USE.

RECORDED
OF
REQUEST OF

1973 AUG 29 PM 12 33

DIRECTOR
RECORDS & ELECTIONS
KING COUNTY, WASH.

FORM L58F

## Statutory Warranty Deed

THE GRANTORS  DONALD W. BARRETT and JEANNETTE C. BARRETT, his wife

for and in consideration of  TEN DOLLARS AND OTHER VALUABLE CONSIDERATION

in hand paid, conveys and warrants to OTTO W. ZYLSTRA and ANNABELLE F. ZYLSTRA, his wife

the following described real estate, situated in the County of  King , State of Washington:

The legal description is set forth on Appendix A attached hereto and by this reference identified and incorporated herein.

SALES TAX PAID ON CONTRACT AFF. No. 103702
JACK V. McKENZIE, KING CO. COMPTROLLER

BY _____ DEPUTY

This deed is given in fulfillment of that certain real estate contract between the parties hereto, dated  March 13 , 1970 , and conditioned for the conveyance of the above described property, and the covenants of warranty herein contained shall not apply to any title, interest or encumbrance arising by, through or under the purchaser in said contract, and shall not apply to any taxes, assessments or other charges levied, assessed or becoming due subsequent to the date of said contract.

Real Estate Excise Tax was paid on this sale or stamped exempt on Mar. 27, 1970 , Rec. No. 103702

Dated this  thirteenth  day of  March, 1970.

_____ (SEAL)
Donald W. Barrett

_____ (SEAL)
Jeannette C. Barrett

STATE OF FLORIDA, WASHINGTON
County of Dade

On this day personally appeared before me  Donald W. Barrett and Jeannette C. Barrett, his wife
to me known to be the individual s described in and who executed the within and foregoing instrument, and acknowledged that  they  signed the name as  their  free and voluntary act and deed, for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this  23  day of  March, 1970.

NOTARY PUBLIC, STATE OF FLORIDA AT LARGE
MY COMMISSION EXPIRES AUG. 23, 1971
BONDED THROUGH FRED W. DICKERHOOF

_____
Notary Public in and for the State of FLORIDA
residing at 20215 So Dixie Hwy
Miami, Fla. 33158

APPENDIX A

Second Class shorelands adjoining that portion of Government Lot 2,
Section 20, Township 25, North, Range 6 East, W.M., in King County,
Washington, described as follows:

Beginning at the Northeast corner of said Government Lot; thence
South along the East line thereof, 569.64 feet; thence West 221.58 feet;
thence Southwesterly at right angles to the right of way of the Northern
Pacific Railway Co. "formerly the Seattle and International Railway"
15.3 feet to the Northeasterly line of said right of way; thence North-
westerly along said Northeasterly line to the North line of said
Government Lot; thence East along said North line to the point of
beginning; EXCEPT portion, if any, in said railway right of way; EXCEPT
Northerly 200 feet; AND EXCEPT Southerly 475 feet, EXCEPT portion
lying within Issaquah Redmond Road.

SUBJECT TO exceptions and reservations contained in deed from the
State of Washington recorded under Auditor's File No. 3090903.

SUBJECT TO right of the Northern Pacific Railway Company to cut down
trees dangerous to the operation of its railroad contained in deed
recorded under Auditor's File No. 13872.

**Pioneer National
Title Insurance Company**
WASHINGTON TITLE DIVISION

# REAL ESTATE CONTRACT

THIS CONTRACT, made and entered into this **15th** day of **October, 1971**

between **OTTO W. ZYLSTRA and ANNABELLE F. ZYLSTRA, his wife**

hereinafter called the "seller," and **BARRY G. LEWIS and NANCY J. LEWIS, his wife**

hereinafter called the "purchaser,"

WITNESSETH: That the seller agrees to sell to the purchaser and the purchaser agrees to purchase from the seller the following described real estate, with the appurtenances, in **King** County, State of Washington:

The legal description is set forth on Appendix A attached hereto and by this reference identified and incorporated herein.

71 10220470

The terms and conditions of this contract are as follows: The purchase price is **TWENTY FIVE THOUSAND FIVE HUNDRED AND NO/100——————————————————($ 25,500.00** ) Dollars, of which **FIVE THOUSAND AND NO/100——————————————————($ 5,000.00** ) Dollars have been paid, the receipt whereof is hereby acknowledged, and the balance of said purchase price shall be paid as follows: **ONE HUNDRED FIFTY AND NO/100——————————————————($150.00** ) Dollars, or more at purchaser's option, on or before the **1st** day of **December**, 1971, and **ONE HUNDRED FIFTY AND NO/100——————————————($ 150.00** ) Dollars, or more at purchaser's option, on or before the **1st** day of each succeeding calendar month until the balance of said purchase price shall have been fully paid. The purchaser further agrees to pay interest on the diminishing balance of said purchase price at the rate of **seven (7)** per cent per annum from the **20th** day of **October**, 19 71, which interest shall be deducted from each installment payment and the balance of each payment applied in reduction of principal. All payments to be made hereunder shall be made at **Seattle First National Bank, Bellevue, WA** or at such other place as the seller may direct in writing.

Additional terms and conditions are set forth on Appendix B attached hereto and by this reference identified and incorporated herein.

SALES-TAX-PAID
E159940
OCT 22 1971

As referred to in this contract, "date of closing" shall be **October 20, 1971**

(1) The purchaser assumes and agrees to pay before delinquency all taxes and assessments that may as between grantor and grantee hereafter become a lien on said real estate; and if by the terms of this contract the purchaser has assumed payment of any mortgage, contract or other encumbrance, or has assumed payment of or agreed to purchase subject to, any taxes or assessments now a lien on said real estate, the purchaser agrees to pay the same before delinquency.

(2) The purchaser agrees, until the purchase price is fully paid, to keep the buildings now and hereafter placed on said real estate insured to the actual cash value thereof against loss or damage by both fire and windstorm in a company acceptable to the seller and for the seller's benefit, as his interest may appear, and to pay all premiums therefor and to deliver all policies and renewals thereof to the seller.

(3) The purchaser agrees that full inspection of said real estate has been made and that neither the seller nor his assigns shall be held to any covenant respecting the condition of any improvements thereon nor shall the purchaser or seller or the assigns of either be held to any covenant or agreement for alterations, improvements or repairs unless the covenant or agreement relied on is contained herein or is in writing and attached to and made a part of this contract.

(4) The purchaser assumes all hazards of damage to or destruction of any improvements now on said real estate or hereafter placed thereon, and of the taking of said real estate or any part thereof for public use; and agrees that no such damage, destruction or taking shall constitute a failure of consideration. In case any part of said real estate is taken for public use, the portion of the condemnation award remaining after payment of reasonable expenses of procuring the same shall be paid to the seller and applied as payment on the purchase price herein unless the seller elects to allow the purchaser to apply all or a portion of such condemnation award to the rebuilding or restoration of any improvements damaged by such taking. In case of damage or destruction from a peril insured against, the proceeds of such insurance remaining after payment of the reasonable expense of procuring the same shall be devoted to the restoration or rebuilding of such improvements within a reasonable time, unless purchaser elects that said proceeds shall be paid to the seller for application on the purchase price herein.

(5) The seller has delivered, or agrees to deliver within 15 days of the date of closing, a purchaser's policy of title insurance in standard form, or a commitment therefor, issued by Pioneer National Title Insurance Company, insuring the purchaser to the full amount of said purchase price against loss or damage by reason of defect in seller's title to said real estate as of the date of closing and containing no exceptions other than the following:

a. Printed general exceptions appearing in said policy form;

b. Liens or encumbrances which by the terms of this contract the purchaser is to assume, or as to which the conveyance hereunder is to be made subject; and

c. Any existing contract or contracts under which seller is purchasing said real estate, and any mortgage or other obligation, which seller by this contract agrees to pay, none of which for the purpose of this paragraph (5) shall be deemed defects in seller's title.

(6) If seller's title to said real estate is subject to an existing contract or contracts under which seller is purchasing said real estate, or any mortgage or other obligation, which seller is to pay, seller agrees to make such payments in accordance with the terms thereof, and upon default, the purchaser shall have the right to make any payments necessary to remove the default, and any payments so made shall be applied to the payments next falling due the seller under this contract.

(7) The seller agrees, upon receiving full payment of the purchase price and interest in the manner above specified, to execute and deliver to purchaser a statutory warranty **fulfillment** deed to said real estate, excepting any part thereof hereafter taken for public use, free of encumbrances except any that may attach after date of closing through any person other than the seller, and subject to the following: Exceptions and reservations contained in deed from the State of Washington recorded under Auditor's File No. 3080903. Rights of the Northern Pacific Railway Company contained in deed recorded under Auditor's File No. 13872. And rights of navigation, together with incidental rights of fishing, boating, swimming, water-skiing and other related recreational purposes generally regarded as corollary to the right of navigation and the use of public waters.

(8) Unless a different date is provided for herein, the purchaser shall be entitled to possession of said real estate on date of closing and to retain possession so long as purchaser is not in default hereunder. The purchaser covenants to keep the buildings and other improvements on said real estate in good repair and not to permit waste and not to use, or permit the use of, the real estate for any illegal purpose. The purchaser covenants to pay all service, installation or construction charges for water, sewer, electricity, garbage or other utility services furnished to said real estate after the date purchaser is entitled to possession.

(9) In case the purchaser fails to make any payment herein provided or to maintain insurance, as herein required, the seller may make such payment or effect such insurance, and any amounts so paid by the seller, together with interest at the rate of 10% per annum thereon from date of payment until repaid, shall be repayable by purchaser on seller's demand, all without prejudice to any other right the seller might have by reason of such default.

(10) Time is of the essence of this contract, and it is agreed that in case the purchaser shall fail to comply with or perform any condition or agreement hereof or to make any payment required hereunder promptly at the time and in the manner herein required, the seller may elect to declare all the purchaser's rights hereunder terminated, and upon his doing so, all payments made by the purchaser hereunder and all improvements placed upon the real estate shall be forfeited to the seller as liquidated damages, and the seller shall have right to re-enter and take possession of the real estate; and no waiver by the seller of any default on the part of the purchaser shall be construed as a waiver of any subsequent default.

Service upon purchaser of all demands, notices or other papers with respect to forfeiture and termination of purchaser's rights may be made by United States Mail, postage pre-paid, return receipt requested, directed to the purchaser at his address last known to the seller.

(11) Upon seller's election to bring suit to enforce any covenant of this contract, including suit to collect any payment required hereunder, the purchaser agrees to pay a reasonable sum as attorney's fees and all costs and expenses in connection with such suit, which sums shall be included in any judgment or decree entered in such suit.

If the seller shall bring suit to procure an adjudication of the termination of the purchaser's rights hereunder, and judgment is so entered, the purchaser agrees to pay a reasonable sum as attorney's fees and all costs and expenses in connection with such suit, and also the reasonable cost of searching records to determine the condition of title at the date such suit is commenced, which sums shall be included in any judgment or decree entered in such suit.

IN WITNESS WHEREOF, the parties hereto have executed this instrument as of the date first written above.

_____ (SEAL)
_____ (SEAL)
_____ (SEAL)
_____ (SEAL)

STATE OF WASHINGTON, }
                      } ss.
County of   King      }

On this day personally appeared before me  Otto W. Zylstra and Annabelle F. Zylstra

to me known to be the individuals described in and who executed the within and foregoing instrument, and acknowledged that they signed the same as their free and voluntary act and deed, for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this  26th  day of  October, 1971.

_____
Notary Public in and for the State of Washington,

residing at  Woodinville

THIS SPACE RESERVED FOR RECORDER'S USE

TO

Filed for Record at Request of
WASHINGTON TITLE DIVISION
Pioneer National Title Insurance Company

APPENDIX A

Second Class shorelands adjoining that portion of Government Lot 2,
Section 30, Township 25 North, Range 6 East, W.M., in King County,
Washington, described as follows:

Beginning at the Northeast corner of said Government Lot; thence
South along the East line thereof, 569.54 feet; thence West 221.58
feet; thence Southwesterly at right angles to the right of way of
the Northern Pacific Railway Co. "formerly the Seattle and Inter-
national Railway" 15.3 feet to the Northeasterly line of said right
of way; thence Northwesterly along said Northeasterly line to the
North line of said Government Lot; thence East along said North
line to the point of beginning; EXCEPT portion, if any, in said
railway right of way; (hereinafter referred to as the "main tract");
EXCEPT the Northerly 200 feet and the Southerly 579 feet, as
measured along the Southwesterly margin of said railroad right of way,
AND EXCEPT portion lying within Issaquah-Redmond road.

TOGETHER WITH easement over the south 10 feet of the east 10 feet
of the north 408 feet of that portion of the "main tract" lying
Southwesterly of railroad right of way, as measured along the
Southwesterly margin thereof, for the installation, repair and
replacement of a well, pump and appurtenances for the non-exclusive
use of the lands agreed herein to be sold, and an easement over,
under and across the East 5 feet of the remainder of the South 104
feet of the North 408 feet of said portion of the "main tract" for
the installation, repair and replacement of a water pipe line from
said well, for the benefit of the lands agreed herein to be sold.

SUBJECT TO Contract of Sale recorded under Auditor's File No.
5446214.
AND SUBJECT TO Contract of Sale recorded under Auditor's File No.
6633998, which sellers herein shall continue to pay and perform
in accordance with its terms and conditions.

APPENDIX B

It is agreed by the parties that said premises are not a permissible
building site without adequate provisions for a septic tank drain
field, for which reason seller has negotiated a lease with Burlington
Northern, Inc., successor of Northern Pacific Railroad Company,
covering the Southwesterly 50 feet of that portion of said railroad
right of way lying adjacent to and East of the South 200 feet of the
North 300 feet of the "main tract", as measured along the southwesterly
margin of railroad right of way, for the installation, and maintenance
of a septic tank drain field.  Therefore, seller covenants and agrees
to assign, transfer and set over to purchaser all right, title and
interest in said lease as to the Northerly 100 feet of the leased
premises and execute all documents and do all things necessary to
transfer all rights in the Northerly 100 feet of the leased premises
to purchaser so that purchaser has the exclusive right, subject to
the terms of the lease, of the use of said northerly 100 feet of
leased premises for drain field for use by the lands herein agreed to
be sold.  Purchaser shall be obligated to reimburse seller for only
one-half of rental fee.

It being understood that seller is the holder of a permit from said
Burlington Northern, Inc. to cross the railroad right-of-way for the
purposes of access from Issaquah-Redmond Road to the lands herein
being sold, and other lands of seller adjoining to the south, the
parties mutually agree that purchaser shall have the right of equal
use of said crossing permit for the purpose of access, but shall share
equally with seller the burden of repairing and/or maintaining the
access from the public road, and the crossing,* This covenant shall
run with the land and be binding upon the future owners of the lands
above described, as well as the lands owned by seller adjoining to
the south.
*and such improvements thereto as the benefitted owners may mutually
agree upon.



RECORDED
VOL ............................ OF
PAGE ......... REQUEST OF

1971 O.  22  AM 11  30

DIRECTOR
RECORDS & ELECTIONS
KING COUNTY, WASH.

B C169496
us
REVENUE STAMPS

none
Per. Lewis

**PN TI**

**Pioneer National Title Insurance Company**
WASHINGTON TITLE DIVISION

Filed for Record at Request of

7307200344

THIS RECORDED FOR RECORDER'S USE

.................. REQUEST OF

1973 JUL 20 AM 8 00

DIRECTOR OF .........
ELECTIONS KING CO. WN.
.......... DEPUTY

TO *Barry G. Lewis*
*2450 W. Lk Samm Rd. N.E.*
*Redmond Wa. 98052*

FILED FOR RECORD AT REQUEST OF
PIONEER NATL. TITLE INS. CO.
719 SECOND AVENUE
SEATTLE, WASH. 98104

FILED FOR RECORD AT REQUEST OF
PIONEER NAT'L. TITLE INS. CO.
719 SECOND AVE.
SEATTLE, WASHINGTON 98104

FORM L58F

## Statutory Warranty Deed

THE GRANTORS  OTTO W. ZYLSTRA and ANNABELLE F. ZYLSTRA, his wife

for and in consideration of  TEN DOLLARS AND OTHER VALUABLE CONSIDERATION

in hand paid, conveys and warrants to  BARRY G. LEWIS and NANCY J. LEWIS, his wife

the following described real estate, situated in the County of        King                                    , State of Washington:

The legal description is set forth on Appendix A attached hereto and by this reference identified and incorporated herein.

SALES TAX PAID ON CONTRACT AFF. No. 159940
JACK V. McKENZIE, KING CO. COMPTROLLER

BY _____ DEPUTY

This deed is given in fulfillment of that certain real estate contract between the parties hereto, dated  October 15               , 19 71 , and conditioned for the conveyance of the above described property, and the covenants of warranty herein contained shall not apply to any title, interest or encumbrance arising by, through or under the purchaser in said contract, and shall not apply to any taxes, assessments or other charges levied, assessed or becoming due subsequent to the date of said contract.

Real Estate Excise Tax was paid on this sale or stamped exempt on    10/22/71          , Rec. No. E159940

Dated this  fifteenth                      day of  October, 1971.

*Otto W. Zylstra*                (SEAL)
Otto W. Zylstra
*Annabelle F. Zylstra*          (SEAL)
Annabelle F. Zylstra

STATE OF WASHINGTON,  } ss.
County of   King

On this day personally appeared before me Otto W. Zylstra and Annabelle F. Zylstra

to me known to be the individuals  described in and who executed the within and foregoing instrument, and acknowledged that  they      signed the same as       their         free and voluntary act and deed, for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this  20th      day of  October, 1971.

*Philip B. Haberl*
Notary Public in and for the State of Washington,
residing at  Woodinville

APPENDIX A

Second Class shorelands adjoining that portion of Government Lot 2,
Section 20, Township 25 North, Range 6 East, W.M., in King County,
Washington, described as follows:

Beginning at the Northeast corner of said Government Lot; thence
South along the East line thereof, 569.64 feet; thence West 221.58
feet; thence Southwesterly at right angles to the right of way of
the Northern Pacific Railway Co. "formerly the Seattle and Inter-
National Railway" 15.3 feet to the Northeasterly line of said right
of way; thence Northwesterly along said Northeasterly line to the
North line of said Government Lot; thence East along said North
line to the point of beginning; EXCEPT portion, if any, in said
railway right of way; (hereinafter referred to as the "main tract");
EXCEPT the Northerly 200 feet and the Southerly 579 feet, as
measured along the Southwesterly margin of said railroad right of way,
AND EXCEPT portion lying within Issaquah-Redmond road.

TOGETHER WITH easement over the south 10 feet of the east 10 feet
of the north 408 feet of that portion of the "main tract" lying
Southwesterly of railroad right of way, as measured along the
Southwesterly margin thereof, for the installation, repair and
replacement of a well, pump and appurtenances for the non-exclusive
use of the lands agreed herein to be sold, and an easement over,
under and across the East 5 feet of the remainder of the South 104
feet of the North 408 feet of said portion of the "main tract" for
the installation, repair and replacement of a water pipe line from
said well, for the benefit of the lands agreed herein to be sold.

SUBJECT TO:  Exceptions and reservations contained in deed from the
State of Washington recorded under Auditor's File No. 3090903.  Rights
of the Northern Pacific Railway Company contained in deed recorded
under Auditor's File No. 13872.  And rights of navigation, together
with incidental rights of fishing, boating, swimming, water-skiing and
other related recreational purposes generally regarded as corollary to
the right of navigation and the use of public waters.

**Transamerica**
Title Services

FILED FOR RECORD AT REQUEST OF

WHEN RECORDED RETURN TO

Name......CHARLES F. DIENER...........
............Attorney at Law...........
Address......16725 NE. 85th...........
............Redmond, Washington 98052......
City, State, Zip......Telephone: 206 — 885-2430....

THIS SPACE PROVIDED FOR RECORDER'S USE:

84/07/16          #0321  B
RECD F      3.00
CASHSL      ***3.00
                      22

KING COUNTY
NO EXCISE TAX

JUL 16 1984
8407083866

# Quit Claim Deed

THE GRANTOR, Nancy J. Lewis,

for and in consideration of   division of assets under Property Settlement Agreement
filed December 30, 1983
conveys and quit claims to    Barry G. Lewis

the following described real estate, situated in the County of     King     State of Washington,
together with all after acquired title of the grantor(s) therein:

Second class shorelands adjoining that portion of government Lot 2, Section 20, Township 25 N.,
Range 6 E., W.M., in King County, Washington, described as follows:

Beginning at the NE corner of said government lot: thence S along the E line thereof, 569.64
feet; thence W 221.58 feet; thence Southwesterly at right angles to the right of way of the
Northern Pacific Railway Co. "Formerly the Seattle and International Railway" 15.3 feet to
the Northeasterly line of said right of way; thence Northwesterly along said Northeasterly
line to the N line of said government lot; thence E along said N line to the point of beginning;
except portion, if any, in said railway right of way; "hereinafter referred to as the 'Main
Tract'"; except northlery 200 feet and the southerly 579 feet, as measured along the south-
westerly margin of said railroad right-of-way, and except portion lying within Issaquah-Redmond
Road.

Together with easement over the S 10 feet of the E 10 feet of the N 408 feet of that portion
of the "Main Tract" lying Southwesterly of railroad right-of-way, as measured along the
Southwesterly margin thereof, for the installation, repair and replacement of a well, pump
and appurtenances for the non-exclusive use of the lands agreed herein to be sold, and an
easement over, under and across the E 5 feet of the remainder of the S 104 feet of the N 408
feet of said portion of the "Main Tract" for the installation, repair and replacement of a
water pipe line from said well, for the benefit of the lands agreed herein to be sold.

Dated......JUNE 2/1...........19 84     SUBJECT TO lien in favor of grantor to secure
                                        interest in division of property as provided
...Nancy J. Lewis...(Individual)......    in Separation Contract filed 12/80/83,......
NANCY J. LEWIS     (Individual)          King County, Superior Court.

............................................
     (Individual)                       By............................................
                                                        (President)

                                        By............................................
                                                        (Secretary)

STATE OF WASHINGTON  }                  STATE OF WASHINGTON  }
COUNTY OF......KING.....  } ss.          COUNTY OF..............  } ss.

  On this day personally appeared before me      On this ................ day of ................, 19......,
                                        before me, the undersigned, a Notary Public in and for the State of Wash-
Nancy J. Lewis...........................  ington, duly commissioned and sworn, personally appeared................
to me known to be the individual described in and
who executed the within and foregoing instrument,   and............................................
and acknowledged that............she signed the same   to me known to be the ............President and............Secretary,
as..........her..........free and voluntary act and deed,   respectively, of............................................
for the uses and purposes therein mentioned.   the corporation that executed the foregoing instrument, and acknowledged
                                        the said instrument to be the free and voluntary act and deed of said corpor-
                                        ation, for the uses and purposes therein mentioned, and on oath stated that
                                        ............ authorized to execute the said instrument and that the seal
     GIVEN under my hand and official seal this   affixed is the corporate seal of said corporation.
...21st...day of...15 June.............., 19 84.     Witness my hand and official seal hereto affixed the day and year first
                                        above written.
...Judith C. Walden............
Notary Public in and for the State of Wash-   ............................................
ington, residing at........Redmond............   Notary Public in and for the State of Washington,
                                        residing at............................................

Form No. W-748



**STEWART TITLE COMPANY**
of Washington, Inc.

*"A Tradition
of Excellence"*

FILED FOR RECORD AT REQUEST OF

Oct 12  3 52 PM '88

THIS SPACE PROVIDED FOR RECORDER'S USE

88/10/12        #101a
RECD F        5,00
CASHSL        *****6.00
                         55

KING COUNTY
EXCISE TAX PAID
OCT 12 1988
E1026613

WHEN RECORDED RETURN TO

Name  NORWEST ESCROW, formerly;
          PACIFIC WEST ESCROW CO., INC.
Address 13555 N.E. Bel-Red Road, Suite 228
City, State, Zip  Bellevue, Washington 98005  Escrow #3-6065

8810121014

### Statutory Warranty Deed

THE GRANTOR    BARRY G. LEWIS, an unmarried person as his separate estate

for and in consideration of TEN DOLLARS ($10.00) and all other good and valuable consideration

in hand paid, conveys and warrants to   HOWARD L. FREEDMAN and PAMELA C. FREEDMAN, husband and wife

the following described real estate, situated in the County of          King         , State of Washington:

LEGAL DESCRIPTION IS HERETO ATTACHED AND MADE A PART HEREOF.

SUBJECT TO;
EXHIBIT "A" HERETO ATTACHED AND MADE A PART HEREOF.

Dated     October 10th                 , 1988

*Barry G. Lewis*
BARRY G. LEWIS

---

STATE OF WASHINGTON, } ss.

County of    King

I hereby certify that I know or have satisfactory
evidence that      Barry G. Lewis
is the person who appeared before me, and said person
acknowledged that (he/she) signed this instru-
ment and acknowledged it to be ___his___ free
and voluntary act for the uses and purposes mentioned
in this instrument.

Dated:       October 11, 1988

*[signature]*
Notary Public in and for the State of Washington,
residing at    Kent

My appointment expires  1-15-89

---

STATE OF WASHINGTON, } ss.

County of

I certify that I know or have satisfactory evidence that _____
_____
is the person who appeared before me, and said person acknowledged that
(__he__) signed this instrument, on oath stated that _____
authorized to execute the instrument and acknowledged it as the _____
_____ of _____
to be the free and voluntary act of such party for the uses and purposes
mentioned in this instrument.

Dated: _____

_____
Notary Public in and for the State of Washington.
residing at _____

My appointment expires _____

D-1
LPB No. 10

LEGAL
DESCRIPTION:

SECOND CLASS SHORELANDS ADJOINING THAT PORTION OF GOVERNMENT LOT 2, SECTION
20, TOWNSHIP 25 NORTH, RANGE 6 EAST W.M., DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF SAID GOVERNMENT LOT;
THENCE SOUTH ALONG THE EAST LINE THEREOF, 569.64 FEET;
THENCE WEST 221.58 FEET;
THENCE SOUTHWESTERLY AT RIGHT ANGLES TO THE RIGHT-OF-WAY OF THE NORTHERN
PACIFIC RAILWAY CO. (FORMERLY THE SEATTLE AND INTERNATIONAL RAILWAY) 15.3 FEET
TO THE NORTHEASTERLY LINE OF SAID RIGHT-OF-WAY;
THENCE NORTHWESTERLY ALONG SAID NORTHEASTERLY LINE TO THE NORTH LINE OF SAID
GOVERNMENT LOT;
THENCE EAST ALONG SAID NORTH LINE TO THE POINT OF BEGINNING;

EXCEPT PORTION, IF ANY, IN SAID RAILWAY RIGHT-OF-WAY, HEREINAFTER REFERRED TO
AS THE "MAIN TRACT";

AND EXCEPT NORTHERLY 200 FEET AND THE SOUTHERLY 479 FEET, AS MEASURED ALONG
THE SOUTHWESTERLY MARGIN OF SAID RAILROAD RIGHT-OF-WAY;

AND EXCEPT PORTION LYING WITHIN ISSAQUAH-REDMOND ROAD;

SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON.

EXHIBIT "A"

Right to enter said premises to cut trees which constitute a menace or danger
to the railroad right-of-way adjoining said property, as granted in instrument
recorded under Recording No. 13877.

Reservation contained in deed from the State of Washington recorded under
Recording No. 3090903, reserving to the grantor all oil, gases, coal, ores,
minerals, fossils, etc., and the right of entry for opening, developing and
working the same, and providing that such rights shall not be exercised until
provision has been made for full payment of all damages sustained by reason
of such entry.

Right of State of Washington or its successors, subject to payment of
compensation therefor, to acquire rights-of-way for private railroads, skid
roads, flumes, canals, water courses or other easements for transporting and
moving timber, stone, minerals and other products from this and other property,
as reserved in deed referred to above.

Declaration of covenants and the terms and conditions thereof, preventing
certain practices in the use of that portion of the property lying within 100
feet from a well, as disclosed by instrument recorded under Recording No.
7305220489.

Declaration of covenants and the terms and conditions thereof, preventing
certain practices in the use of that portion of the property lying within 100
feet from a well, as disclosed by instrument recorded under Recording No.
7305220490.

Question of location of lateral boundaries of said second class shore lands.

Any prohibition of or limitation of use, occupancy or improvement of the land
resulting from the rights of the public or riparian owners to use any portion
which is now, or has formerly been covered by water.

Rights and easements for commerce, navigation, recreation and fisheries.

END OF EXHIBIT "A".