## STEWART TITLE COMPANY
### of Washington, Inc.

*"A Tradition of Excellence"*

FILED FOR RECORD AT REQUEST OF

THIS SPACE PROVIDED FOR RECORDER'S USE

Oct 12  3 52 PM '88

KING COUNTY
EXCISE TAX PAID
OCT 12 1988
E1026613

RECEIVED THIS DAY

WHEN RECORDED RETURN TO:

Name  NORWEST ESCROW, formerly:
      PACIFIC WEST ESCROW CO., INC.
Address 1355' N.E. Bel-Red Road, Suite 228
City, State, Zip Bellevue, Washington 98005  Escrow #3-6065

### Statutory Warranty Deed

THE GRANTOR   BARRY G. LEWIS, an unmarried person as his separate estate

for and in consideration of TEN DOLLARS ($10.00) and all other good and valuable consideration

in hand paid, conveys and warrants to  HOWARD L. FREEDMAN and PAMELA C. FREEDMAN, husband and wife

the following described real estate, situated in the County of   King   , State of Washington:

LEGAL DESCRIPTION IS HERETO ATTACHED AND MADE A PART HEREOF.

SUBJECT TO:
EXHIBIT "A" HERETO ATTACHED AND MADE A PART HEREOF.

*Said instrument is being rerecorded to correct
the legal description herein.

Dated   October 10th                1988

BARRY G. LEWIS

STATE OF WASHINGTON,
County of   King

I hereby certify that I know or have satisfactory
evidence that       Barry G. Lewis
is the person who appeared before me, and said person
acknowledged that he     signed this instru-
ment and acknowledged it to be     his      free
and voluntary act for the uses and purposes mentioned
in this instrument.

Dated     October 10, 1988

STATE OF WASHINGTON,
County of

I certify that I know or have satisfactory evidence that
is the person who appeared before me, and said person acknowledged that
he     signed this instrument, on oath stated that
authorized to execute the instrument and acknowledged it as the
of
to be the free and voluntary act of such party for the uses and purposes
mentioned in this instrument.

Dated

LEGAL
DESCRIPTION:

SECOND CLASS SHORELANDS ADJOINING THAT PORTION OF GOVERNMENT LOT 2, SECTION
20, TOWNSHIP 25 NORTH, RANGE 6 EAST W.M., DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF SAID GOVERNMENT LOT;
THENCE SOUTH ALONG THE EAST LINE THEREOF, 589.64 FEET;
THENCE WEST 221.58 FEET;
THENCE SOUTHWESTERLY AT RIGHT ANGLES TO THE RIGHT-OF-WAY OF THE NORTHERN
PACIFIC RAILWAY CO. (FORMERLY THE SEATTLE AND INTERNATIONAL RAILWAY) 15.3 FEET
TO THE NORTHEASTERLY LINE OF SAID RIGHT-OF-WAY;
THENCE NORTHWESTERLY ALONG SAID NORTHEASTERLY LINE TO THE NORTH LINE OF SAID
GOVERNMENT LOT;
THENCE EAST ALONG SAID NORTH LINE TO THE POINT OF BEGINNING;

EXCEPT PORTION, IF ANY, IN SAID RAILWAY RIGHT-OF-WAY, HEREINAFTER REFERRED TO
AS THE "MAIN TRACT";

AND EXCEPT NORTHERLY 200 FEET AND THE SOUTHERLY 420 FEET, AS MEASURED ALONG
THE SOUTHWESTERLY MARGIN OF SAID RAILROAD RIGHT-OF-WAY;

579* HF 4/22/91    TCF 4/22/91

AND EXCEPT PORTION LYING WITHIN ISSAQUAH-REDMOND ROAD;

SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON.


EXHIBIT "A"


Right to enter said premises to cut trees which constitute a menace or danger
to the railroad right-of-way adjoining said property, as granted in instrument
recorded under Recording No. 13877.

Reservation contained in deed from the State of Washington recorded under
Recording No. 3090003, reserving to the grantor all oil, gases, coal, ores,
minerals, fossils, etc., and the right of entry for opening, developing and
working the same, and providing that such rights shall not be exercised until
provision has been made for full payment of all damages sustained by reason
of such entry.

Right of State of Washington or its successors, subject to payment of
compensation therefor, to acquire rights-of-way for private railroads, skid
roads, flumes, canals, water courses or other easements for transporting and
moving timber, stone, minerals and other products from this and other property,
as reserved in deed referred to above.

Declaration of covenants and the terms and conditions thereof, preventing
certain practices in the use of that portion of the property lying within 100
feet from a well, as disclosed by instrument recorded under Recording No.
7305220489.

Declaration of covenants and the terms and conditions thereof, preventing
certain practices in the use of that portion of the property lying within 100
feet from a well, as disclosed by instrument recorded under Recording No.
7305220490.

Question of location of lateral boundaries of said second class shore lands

Any prohibition of or limitation of use, occupancy or improvement of the land
resulting from the rights of the public or riparian owners to use any portion
which is now, or has formerly been covered by water.

Rights and easements for commerce, navigation, recreation and fisheries.

END OF EXHIBIT "A".

9104300653



9104300653

KING COUNTY
NO EXCISE TAX DUE
APR 30 1991
E1186441

~~STATE~~ OF WASHINGTON }
County of King } ss

The Director of Records & Elections, King County, State of Washington, and ex officio Recorder of Deeds and other instruments, do hereby certify the foregoing copy has been compared with the original instrument as the same appears on file and of record in the office, and that the same is a true and perfect transcript of said original and of the whole thereof.

Witness my hand and official seal this _____ day

of _____ APR 18 1991 _____ 19___

Director of Records & Elections

By _____ Deputy _____

91/04/30          #0653 1A
RECD F      7.00
RECFEE      2.00
CASHSL      *****9.00

81/09/15     #0641  A
RECD F    3.00
CASHSL      ****3.00
22

### STATUTORY WARRANTY DEED

THE GRANTOR, JOHN A. EARLEY, Executor of the Estate of ROSE A. EARLEY, for and in consideration of the sum of Ten Dollars and Other Valuable Consideration, in hand paid, conveys and warrants to JOHN A. EARLEY, individually, the following-described real estate, situated in King County, Washington:

Shorelands in front of that portion of Government Lot 2,
Section 20, Township 25 North, Range 6 East, W.M., in King
County, Washington, lying Northerly of the following-described
line:
Commencing at the Northeast corner of Government Lot 3 of
said Section 20;
Thence West 1342.40;
Thence South 879.64 feet;
Thence South 58°26'43" West 101.26 feet to the Westerly line
of Northern Pacific Railway and to the point of beginning
Thence continuing South 58°26'43" West to the shoreline of
Lake Sammamish, and Southerly of the shorelands in front of
the following-described tract:
Commencing at a point on the East line of Lot 2, 569.94 feet
South of the Northeast corner thereof, the West 221.58 feet;
Thence Southwesterly at right angles to the centerline of
the Northern Pacific Railway 15.3 feet to the Easterly margin
of the right-of-way of said Railway;
Thence Southeasterly along said right-of-way 240.04 feet;
Thence East 87 feet to the East line of said Lot 2;
Thence North 200 feet to said point of beginning.

RECORDED THIS DAY

SEP 15   2 27 PM '81

THE DIVISION OF
RECORDS & ELECTIONS
KING COUNTY

DATED _September 14_, 1981.

_Jhn A. Earley    Executor_
JOHN A. EARLEY, Executor of the Estate
of ROSE A. EARLEY, Deceased

KING COUNTY
NO EXCISE TAX
SEP 1 5 1981
E0653062

STATE OF WASHINGTON )
                     ) ss.
GRAYS HARBOR COUNTY  )

On this day personally appeared before me JOHN A. EARLEY, to me known to be the individual described in and who executed the within and foregoing instrument, and acknowledged that he signed the same as his free and voluntary act and deed, for the uses and purposes therein mentioned.

GIVEN under my hand and official seal on _September 14_, 1981.

_Robert Charlette_
NOTARY PUBLIC FOR WASHINGTON
Residing at _Aberdeen_

FILED for Record at Request of

CHARETTE SCHUMACHER BROWN EDWARDS & LEWIS
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
ABERDEEN SQUARE • 110 WEST MARKET STREET
POST OFFICE BOX 1906
ABERDEEN, WASHINGTON 98520
(206) 533-1600 OR 532-1960

WARRANTY DEED

8109150641

Ex. 130-1



83/02/14    #0262  A
RECD F    5.00
REV S    15.00
CASHSL    ****21.00
11

## BOUNDARY LINE AGREEMENT

WHEREAS, Herbert W. Simonton, as Executor of the Estate of Mary H. Barrett, deceased, King County Cause No. E230468 and John A. Earley, as his separate property, desire to enter into a boundary line agreement concerning property of the Barrett Estate and John A. Earley, which abuts and has a common boundary located upon Government Lot 2, Section 20, Township 25 North, Range 6 East of the Willamette Meridian, in King County, Washington, and

WHEREAS, the parties have had said property surveyed and each accept the survey, now, therefore,

IT IS MUTUALLY AGREED between Herbert W. Simonton as Executor of the Estate of Mary H. Barrett and John A. Earley, as his separate property that the boundary line between the property of each shall be as set forth in the "legal description for boundary line agreement" between the Barrett Estate property and the Earley property, which is attached hereto and by reference incorporated herein.

IT IS FURTHER AGREED that insofar as this boundary line agreement changes any former ownership, each of the parties to this agreement conveys and quit claims to the other that portion of the property that is necessary to set the boundary as described herein.

DATED: January 14th, 1983.


_____
JOHN A. EARLEY

_____
Estate of Mary H. Barrett, Deceased
by Herbert W. Simonton, Executor

1% EXCISE TAX NOT REQUIRED
King Co. Records Division

By _____, Deputy


FILED for Record at Request of
CHARETTE BROWN EDWARDS LEWIS & JANHUNEN
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
ABERDEEN SQUARE - 110 WEST MARKET STREET
POST OFFICE BOX 1000
ABERDEEN, WASHINGTON 98520
(206) 533-1800 or 532-1960

BOUNDARY LINE AGREEMENT - 1

Ex. 13P-1

STATE OF WASHINGTON )
                     ) ss.
COUNTY OF KING       )

On this day personally appeared before me Herbert W. Simonton, executor of the estate of Mary H. Barrett, King County Cause No. E230468, to me known to be the individual described in and who executed the within and foregoing boundary line agreement and acknowledged the same as his free and voluntary act and deed for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this /4th day of January, 1983.

NOTARY PUBLIC FOR WASHINGTON
Residing at    Tacoma

STATE OF WASHINGTON  )
                      ) ss.
GRAYS HARBOR COUNTY  )

On this day personally appeared before me John A. Earley, to me known to be the individual described in and who executed the within and foregoing instrument and acknowledged the same as his free and voluntary act and deed for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this /4 day of January, 1983.

NOTARY PUBLIC FOR WASHINGTON
Residing at Aberdeen

BOUNDARY LINE AGREEMENT - 2

CHARETTE BROWN EDWARDS LEWIS & JANHUNEN
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
ABERDEEN SQUARE - 110 WEST MARKET STREET
POST OFFICE BOX 1808
ABERDEEN, WASHINGTON 98520
(206) 533-1600 OR 532-1860

Ex. 13P-2

LEGAL DESCRIPTION FOR BOUNDARY LINE AGREEMENT BETWEEN THE BARRETT ESTATE
PROPERTY AND THE EARLEY PROPERTY

A line dividing shorelands of the second class in front of, adjacent to,
or abutting upon Government Lot 2, Section 20, Township 25 North, Range
6 East of the Willamette Meridian, in King County, Washington, which
line is described as follows:

Commencing at the South Quarter Corner of said Section 20, which corner
is marked by a concrete monument, from which corner King County Aerial
Survey Monument J-285 bears S 86° 12' 40" W a distance of 591.42 feet,
and from which corner the North-South center line of said Section 20
bears N 0° 06" 54" E; thence N 32° 16' 31" W a distance of 2505.04 feet
to the Southeast corner of Short Plat No. R-1277118, as recorded under
Auditor's File No. 7901100957, records of King County, Washington, as
said Short Plat was surveyed and staked, and shown on that survey
recorded in Volume 16 of surveys, page 158, records of said county,
which point bears S 0° 16' 35" E a distance of 569.64 feet from the
Northeast corner of said Short Plat; thence S 89° 40' 10" W, parallel
with the North line of said Short Plat, a distance of 221.58 feet,
thence S 49° 09' 51" W, at right angles to the center line (radially to
the curve) of the Burlington Northern Railway (formerly the Northern
Pacific Railway), a distance of 3.66 feet to a point on the curve of
the Northeasterly margin of the right-of-way of said railway, at which
point the tangent to said curve bears S 40° 50' 09" E; thence in a
Southeasterly direction, along said curve, to the right, having a
radius of 2342.01 feet, an arc distance of 240.04 feet; thence S 55° 02'
12" W, at right angles to said right-of-way (radially to the curve), a
distance of 100.00 feet to a point on the curve of the Southwesterly
margin of said right-of-way, which point is the True Point of Beginning
of this line description; thence continuing S 55° 02' 12" W to a point
on the Line of Navigability of Lake Sammamish. Bearings in this description
are oriented to said recorded survey. All in accordance with the attached
Exhibit "A-1".

LS 82-044
12-15-82
CML:jlw

8302140262



EXHIBIT "A-1"

BOUNDARY LINE
AGREEMENT DETAIL
LINES LOCATED IN RELATION
TO SOUTH ¼ CORNER OF
SEC. 20, T.25N. R.6E. W.M.
& TO SHORT PLAT NO.
R-1277118 (AFN 7901100957)
AS STAKED & SHOWN ON
SURVEY RECORDED IN
VOL. 16 SURVEYS, PAGE 158
KING COUNTY, WASHINGTON

NOVEMBER 22, 1982
SCALE: 1" = 50'

CLARK M. LEEMAN
REGISTERED PROFESSIONAL
LAND SURVEYOR NO. 9597

Ex. 13P-4

8301240263

```
83/02/14        #0263  A
RECD F    6.00
REV  S   15.00
CASHSL        ***21.00
                  11
```

## BOUNDARY LINE AGREEMENT

WHEREAS, Glenn C. Liffick and Erja Liffick, husband and wife, and John A. Earley, as his separate property, desire to enter into a boundary line agreement concerning property of the Lifficks and John A. Earley, which abuts and has a common boundary located upon Government Lot 2, Section 20, Township 25 North, Range 6 East of the Willamette Meridian, in King County, Washington, and

WHEREAS, the parties have had said property surveyed by Clark M. Leeman, P.L.S., on or about November 22, 1982 and each accept the survey, now, therefore,

IT IS MUTUALLY AGREED between Glenn C. Liffick and Erja Liffick, husband and wife, and John A. Earley, as his separate property, that the boundary line between the property of each shall be as set forth in the "legal description for boundary line agreement between the Liffick property and the Earley property", which is attached hereto and by reference incorporated herein.

IT IS FURTHER AGREED that insofar as this boundary line agreement changes only the boundary line common to former adjoining ownerships, each of the parties to this agreement conveys and quit claims to the other that portion of the property that is necessary to set the boundary as described herein.

DATED: January 17, 1983.

JOHN A. EARLEY

GLENN C. LIFFICK

ERJA LIFFICK

1% EXCISE TAX NOT REQUIRED
King Co. Records Division
By _____, Deputy

BOUNDARY LINE
AGREEMENT  -1

FILED for Record at Request of
CHARETTE BROWN EDWARDS LEWIS & JANHUNEN
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
ABERDEEN SQUARE • 110 WEST MARKET STREET
POST OFFICE BOX 1808
ABERDEEN, WASHINGTON 98520
(206) 533-1600 OR 532-1960

VOL. 16 SURVEYS, PAGE 158
KING COUNTY, WASHINGTON


Registered
Professional Land Surveyor

CLARK M. LEEMAN
REGISTERED PROFESSIONAL
LAND SURVEYOR NO. 9597

Ex. 13Q-1

STATE OF WASHINGTON) ss.
COUNTY OF KING       )

On this day personally appeared before me GLENN C. LIFFICK and ERJA LIFFICK, husband and wife, to me known to be the individuals described in and who executed the within and foregoing instrument and acknowledged to me that they signed and sealed the same as their sole and separate property for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this 17 day of January, 1983.

NOTARY PUBLIC FOR WASHINGTON
Residing at Issaquah


STATE OF WASHINGTON) ss.
GRAYS HARBOR COUNTY)

On this day personally appeared before me JOHN A. EARLEY, to me known to be the individual described in and who executed the within and foregoing instrument and acknowledged to me that he signed and sealed the same as his sole and separate property for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this 17 day of January, 1983.

NOTARY PUBLIC FOR WASHINGTON
Residing at Aberdeen


ROBERT L. CHARETTE
COMMISSION EXPIRES
NOTARY PUBLIC
OCTOBER 24, 1983
STATE OF WASHINGTON

BOUNDARY LINE
AGREEMENT  -2

CHARETTE BROWN EDWARDS LEWIS & JANHUNEN
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
ABERDEEN SQUARE • 110 WEST MARKET STREET
POST OFFICE BOX 1608
ABERDEEN, WASHINGTON 98520
(206) 533-1600 OR 532-1960

VOL. 16 SURVEYS, PAGE 158
KING COUNTY, WASHINGTON



REGISTERED PROFESSIONAL
LAND SURVEYOR NO. 9597

Ex. 13Q-2

8302140263

LEGAL DESCRIPTION FOR BOUNDARY LINE AGREEMENT BETWEEN THE LIFFICK
PROPERTY AND THE EARLEY PROPERTY.

A line dividing shorelands of the second class in front of, adjacent to,
or abutting upon Government Lot 2, Section 20, Township 25 North, Range
6 East of the Willamette, Meridian, in King County, Washington, which
line is described as follows:

Commencing at the South Quarter Corner of said Section 20, which corner
is marked by a concrete monument, from which corner King County Aerial
Survey Monument J-285 bears S 86° 12' 40" W a distance of 591.42 feet,
and from which corner the North-South center line of said Section 20
bears N 0° 06' 54" E; thence N 32° 16' 31" W a distance of 2505.04 feet
to the Southeast corner of Short Plat No. R-1277118, as recorded under
Auditor's File No. 7901100957, records of King County, Washington, as
said Short Plat was surveyed and staked and shown on that survey recorded
in Volume 16 of Surveys, page 158, records of said county, which point
bears S 0° 16' 35" E a distance of 569.64 feet from the Northeast corner
of said Short Plat; thence S 0° 16' 35" E, along the Southerly extension
of the East line of said Short Plat, a distance of 307.32 feet; thence S
58° 25' 34" W a distance of 102.88 feet to a point on the curve of the
Southwesterly margin of the Burlington Northern Railway right-of-way
(formerly the Northern Pacific Railway), at which point the tangent to
said curve bears S 31° 34' 26" E, and which point is the True Point of
Beginning of this line description; thence continuing S 58° 25' 34" W,
radially to said curve, to a point on the Line of Navigability of Lake
Sammamish.  Bearings in this description are oriented to said recorded
survey. All in accordance with the attached Exhibit "A-1".

LS 82-044
12-15-82
CML:jlw

SURVEY RECORDED IN
VOL. 16 SURVEYS, PAGE 158
KING COUNTY, WASHINGTON



CLARK M. LEEMAN
REGISTERED PROFESSIONAL
LAND SURVEYOR NO. 9597

Ex. 13Q-3



EXHIBIT "A-1"

BOUNDARY LINE
AGREEMENT DETAIL
LINES LOCATED IN RELATION
TO SOUTH ¼ CORNER OF
SEC. 20, T.25N. R.6E. W.M.
& TO SHORT PLAT NO.
R-1277118 (AFN 7901100957)
AS STAKED & SHOWN ON
SURVEY RECORDED IN
VOL. 16 SURVEYS, PAGE 158
KING COUNTY, WASHINGTON

NOVEMBER 22, 1982
SCALE: 1" = 50'

CLARK M. LEEMAN
REGISTERED PROFESSIONAL
LAND SURVEYOR NO. 9597

Ex. 13Q-4

**SAFECO**

SAFECO TITLE INSURANCE COMPANY

THIS SPACE RESERVED FOR RECORDER'S USE

Filed for Record at Request of

NAME   Charette Brown Edwards Lewis & Janhunen

ADDRESS   P.O. Box 1806

CITY AND STATE   Aberdeen, WA  98520

```
83/03/07          #0571   B
  RECD F    5.00
  CASHSL          ****5.00
                          22
```

83030"05571

## STATUTORY
## WARRANTY DEED

THE GRANTOR   JOHN A. EARLEY, as his separate property

for and in consideration of   Ten Dollars and Other Valuable Consideration

in hand paid, conveys and warrants to   ZELLA F. SHORT, a widow

the following described real estate, situated in the County of          King                    , State of
Washington:

LEGAL DESCRIPTION IDENTIFIED AS EXHIBIT A AND BOUNDARY LINE AGREEMENT
DETAIL IDENTIFIED AS EXHIBIT A-1 ATTACHED HERETO AND INCORPORATED
HEREIN BY REFERENCE.

    

KING COUNTY
EXCISE TAX PAID
MAR 7 1983
E0709804

Dated  February  28th  , 19 83

John A. Earley  (Individual)

(Individual)

By _____
                    (President)

By _____
                    (Secretary)

STATE OF WASHINGTON
COUNTY OF GRAYS HARBOR                }ss.

On this day personally appeared before me _____
_____ John A. Earley

to me known to be the individual described in and who
executed the within and foregoing instrument, and acknowl-
edged that        he
signed the same as _____
free and voluntary act and deed, for the uses and purposes
therein mentioned.

GIVEN under my hand and official seal this
_____ day of ____ February _____

Notary Public in and for the State of Washington, residing
at _____ Aberdeen _____

STATE OF WASHINGTON
COUNTY OF                                      }ss.

On this _____ day of _____
19 ___, before me, the undersigned, a Notary Public in and
for the State of Washington, duly commissioned and sworn,
personally appeared _____

and _____
to me known to be the _____ President
and _____ Secretary, respectively, of
the corporation that executed the foregoing instrument, and
acknowledged the said instrument to be the free and volun-
tary act and deed of said corporation, for the uses and pur-
poses therein mentioned, and on oath stated that _____
_____ authorized to execute the said
instrument and that the seal affixed is the corporate seal of
said corporation.

Witness my hand and official seal hereto affixed the day and
year first above written.

Notary Public in and for the State of Washington, residing
at _____

TL-3 R2 3/76

Ex. 13R-1

Exhibit "A"

LEGAL DESCRIPTION OF THE JOHN A. EARLEY PROPERTY AS REVISED IN ACCORDANCE
WITH THE BARRETT ESTATE-EARLEY-LIFFICK BOUNDARY LINE AGREEMENTS.

Shorelands of the Second Class in front of, adjacent to, or abutting
upon Government Lot 2, Section 20, Township 25 North, Range 6 East of
the Willamette Meridian, in King County, Washington described as follows:

Commencing at the South Quarter Corner of said Section 20, which corner
is marked by a concrete monument, from which corner King County Aerial
Survey Monument J-285 bears S 86° 12' 40" W a distance of 591.42 feet,
and from which corner the North-South center line of said Section 20
bears N 0° 06' 54" E; thence N 32° 16' 31" W a distance of 2505.04 feet
to the Southeast corner of Short Plat No. R-1277118, as recorded under
Auditor's File No. 7901100957, records of King County, Washington, as
said Short Plat was surveyed and staked, and shown on that survey
recorded in Volume 16 of Surveys, page 158, records of said county,
which point bears S 0° 16' 35" E a distance of 569.64 feet from the
Northeast corner of said Short Plat; and which point is referred to
hereinafter as Point "A"; thence S 0° 16' 35" E, along the Southerly
extension of the East line of said Short Plat, a distance of 307.32 feet
to a point referred to hereinafter as Point "B"; thence N 0° 16' 35" W a
distance of 307.32 feet to a said Point "A"; thence S 89° 40' 10" W,
parallel with the North line of said Short Plat, a distance of 221.58
feet; thence S 49° 09' 51" W, at right angles to the center line (radially
to the curve) of the Burlington Northern Railway (formerly the Northern
Pacific Railway), a distance of 3.66 feet to a point on the curve of the
Northeasterly margin of the right-of-way of said railway, at which point
the tangent to said curve bears S 40° 50' 09" E; thence in a Southeasterly
direction, along said curve, to the right, having a radius of 2342.01
feet, an arc distance of 240.04 feet; thence S 55° 02' 12" W, at right
angles to said right-of-way (radially to the curve), a distance of
100.00 feet to a point on the curve of the Southwesterly margin of said
right-of-way, at which point the tangent to said curve bears S 34° 57'
48" E, and which point is the True Point of Beginning of this description;
thence in a Southeasterly direction, along the curve of the Southwesterly
margin of said right-of-way, to the right, having a radius of 2242.01
feet, an arc distance of 132.63 feet to a point that bears S 58° 25' 34"
W, a distance of 102.88 feet from said Point "B"; thence S 58° 25' 34"
W, radially to said curve, to a point on the Line of Navigability of Lake
Sammamish; thence in a Northwesterly direction along said Line of Navigability,
to a point that bears S 55° 02' 12" W from the True Point of Beginning;
thence N 55° 02' 12" E to the True Point of Beginning.  Bearings in this
description are oriented to said recorded survey.  All in accordance with
the attached Exhibit "A-1".

LS 82-044
12-15-82
CML:jlw

EXHIBIT "A-1"

BOUNDARY LINE
AGREEMENT DETAIL
LINES LOCATED IN RELATION
TO SOUTH ¼ CORNER OF
SEC. 20, T. 25N. R.6E. W.M.
& TO SHORT PLAT NO.
R-1277118 (AFN 7901100957)
AS STAKED & SHOWN ON
SURVEY RECORDED IN
VOL. 16 SURVEYS, PAGE 158
KING COUNTY, WASHINGTON

CLARK M. LEEMAN
State of Washington
Registered
Professional Land Surveyor

NOVEMBER 22, 1982
SCALE: 1" = 50'

Clark M. Leeman
CLARK M. LEEMAN
REGISTERED PROFESSIONAL
LAND SURVEYOR NO. 9597

Ex. 13R-3

AFTER RECORDING RETURN TO:

SHELTER MORTGAGE
875 - 124th Avenue N.E.
Bellevue, WA 98005

RECEIVED THIS DAY

AFTER RECORDING RETURN TO:

DAVID M. COLLINS

16185R0

KING COUNTY
EXCISE TAX PAID
SEP 28 1989
E1087798

8909280479

STATUTORY WARRANTY DEED

THE GRANTOR  JANET S. LEVICK, AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF
ZELLA F. SHORT, DECEASED

for and consideration of  TEN DOLLARS AND OTHER VALUABLE CONSIDERATION

in hand paid, conveys and warrants to  DAVID M. COLLINS AND  VANESSA F.
COLLINS HUSBAND AND WIFE

the following described real estate, situated in the County of  KING  STATE
OF WASHINGTON:

AS PER LEGAL DESCRIPTION HERETO ATTACHED.

SUBJECT TO:  EXCEPTIONS AND RESERVATIONS CONTAINED IN DEED FROM THE
STATE OF WASHINGTON, WHEREBY THE GRANTOR EXCEPTS AND RESERVES ALL
OIL, GASES, COAL, ORES, MINERALS, FOSSILS, ETC., AND THE RIGHT OF
ENTRY FOR OPENING, DEVELOPING AND WORKING THE SAME AND PROVIDING THAT
SUCH RIGHTS SHALL NOT BE EXERCISED UNTIL PROVISION HAS BEEN MADE FOR
FULL PAYMENT OF ALL DAMAGES SUSTAINED BY REASON OF SUCH ENTRY;
RECORDED UNDER RECORDING NUMBER 695428.  QUESTION OF LOCATION OF
LATERAL BOUNDARIES OF SAID SECOND CLASS TIDE (OR SHORE) LANDS. ANY
PROHIBITION OF OR LIMITATIN OF USE, OCCUPANCY OR IMPROVEMENT OF THE
LAND RESULTING FROM THE RIGHTS OF THE PUBLIC OR RIPARIAN OWNERS TO
USE ANY PORTION WHICH IS NOW OR HAS BEEN FORMERLY COVERED BY WATER.

Filed by Stewart Title
97765-6 (9028)

September 26, 1989

JANET S. LEVICK

89/09/28      #0479  A
RECD F     6.00
RECFEE     2.00
CASHSL     *****8.00
                      55

STATE OF WASHINGTON,}
                     } ss.
County of _____

I hereby certify that I know or have satisfactory evidence that ___Janet S. Levick___
is the person who appeared before me, and said person acknowledged that (__he___) signed this instrument, on oath
stated that ___she is____ ___the Attorney in  Personal Representation___ authorized to execute the instrument
and acknowledged it as the _____ of ___Zella F. Short___
to be the free and voluntary act of such party for the uses and purposes mentioned in this instrument.
Dated: ___9/26/89___

Notary Public in and for the State of Washington,
residing at ___Seattle___

My appointment expires ___4/15/90___

A-10 REPRESENTATIVE

The land referred to in this commitment is situated in the county of King, state of Washington, and described as follows:

Shorelands of the Second Class in front of, adjacent to, or abutting upon Government Lot 2, Section 20, Township 25 North, Range 6 East, W.M., in King County, Washington, described as follows:

Commencing at the south quarter corner of said Section 20, which corner is marked by a concrete monument, from which corner King County Aerial Survey Monument J-285 bears south 86°12'40" west a distance of 591.42 feet, and from which corner the north-south center line of said Section 20 bears north 0°06'54" east; thence north 32°16'31" west a distance of 2,505.04 feet to the southeast corner of Short Plat No. R-1277118, as recorded under King County Recording Number 7901100957, as said Short Plat was surveyed and staked, and shown on that survey recorded in Volume 16 of Surveys, page 158, records of said county, which point bears south 0°16'35" east a distance of 569.64 feet from the northeast corner of said Short Plat; and which point is referred to hereinafter as Point "A";
thence south 0°16'35" east, along the southerly extension of the east line of said Short Plat, a distance of 307.32 feet to a point referred to hereinafter as Point "B";
thence north 0°16'35" west a distance of 307.32 feet to a said Point "A";
thence south 89°40'10" west, parallel with the north line of said Short Plat, a distance of 221.58 feet;
thence south 49°09'51" west, at right angles to the center line (radially to the curve) of the Burlington Northern Railway (formerly the Northern Pacific Railway), a distance of 3.66 feet to a point on the curve of the northeasterly margin of the right-of-way of said railway, at which point the tangent to said curve bears south 40°50'09" east;
thence in a southeasterly direction, along said curve, to the right, having a radius of 2,342.01 feet, an arc distance of 240.04 feet;
thence south 55°02'12" west, at right angles to said right-of-way (radially to the curve), a distance of 100.00 feet to a point on the curve of the southwesterly margin of said right-of-way, at which point the tangent to said curve bears south 34°57'48" east, and which point is the TRUE POINT OF BEGINNING of this description;
thence in a southeasterly direction, along the curve of the southwesterly margin of said right-of-way, to the right, having a radius of 2,242.01 feet, an arc distance of 132.63 feet to a point that bears south 58°25'34" west, a distance of 102.88 feet from said Point "B";
thence south 58°25'34" west, radially to said curve, to a point on the Line of Navigability of Lake Sammamish;
thence in a northwesterly direction along said Line of Navigability, to a point that bears south 55°02'12" west from the TRUE POINT OF BEGINNING;
thence north 55°02'12" east to the TRUE POINT OF BEGINNING.

8909280479

## STEWART TITLE COMPANY

a language
of Excellence

FILED FOR RECORD AT REQUEST OF

Stewart Title Company has placed this document of record as a courtesy service and accepts no liability for the accuracy or validity of this document

THIS SPACE PROVIDED FOR RECORDER'S USE

WHEN RECORDED RETURN TO

Name _____ Vanessa F. Collins

Address _____ 2834 E. Lake Sommamish
Parkway
City, State, Zip Redmond, WA 98053

### Quit Claim Deed

LPB No 12

THE GRANTOR   David M. Collins and Vanessa F. Collins, Husband and Wife

for and in consideration of To Establish Separate Property

conveys and quit claims to Vanessa F. Collins, a Married Woman

the following described real estate, situated in the County of   King   , State of Washington
together with all after acquired title of the grantor(s) therein.

Filed by Stewart Title

9111180540

As per legal description hereto attached.

Dated   November 14   19 91

_David M. Collins_

_Vanessa F. Collins_

By _____
     President

By _____
     Secretary

STATE OF WASHINGTON
County of _____ }ss

I certify that I know or have satisfactory evidence that
_David M. Collins and Vanessa_
_Collins_ is the person(s) who appeared before me
and said person(s) acknowledged that (he she they) signed this instrument and
acknowledged it to be (his her their) free and voluntary act for the uses and
purposes mentioned in this instrument

Dated _November 14, 1991_

_____
Notary Public in and for the State of Washington
residing at _Bothell_
My appointment expires   03-22-93

STATE OF WASHINGTON
County of _____ }ss

I certify that I know or have satisfactory evidence that
_____ is the person(s) who appeared before
me  and said person(s) acknowledged that (he she they) signed this instrument on
oath stated that _____ authorized to execute
the instrument and acknowledged it as the
of _____ to be the free and voluntary act
of such party for the uses and purposes mentioned in this instrument.
Dated

_____
Notary Public in and for the State of Washington
residing at
My appointment expires

8303070571

9111180540

TO THE LESS CLEAR THAN THIS NOTICE, THE DOCUMENT... IT IS DUE TO THE QUA...

Shorelands of the Second Class in front of, adjacent to, or abutting upon Government Lot 2, Section 20, Township 25 North, Range 6 East of the Willamette Meridian, in King County, Washington described as follows:

Commencing at the South Quarter Corner of said Section 20, which corner is marked by a concrete monument, from which corner King County Aerial Survey Monument J-285 bears S 86° 12' 40" W a distance of 591.42 feet, and from which corner the North-South center line of said Section 20 bears N 0° 05' 54" E; thence N 32° 16' 31" W a distance of 2505.04 feet to the Southeast corner of Short Plat No. R-1277118, as recorded under Auditor's File No. 7901100957, records of King County, Washington, as said Short Plat was surveyed and staked, and shown on that survey recorded in Volume 16 of Surveys, page 158, records of said county, which point bears S 0° 16' 35" E a distance of 569.64 feet from the Northeast corner of said Short Plat; and which point is referred to hereinafter as Point "A"; thence S 0° 16' 35" E, along the Southerly extension of the East line of said Short Plat, a distance of 307.32 feet to a point referred to hereinafter as Point "B"; thence N 0° 16' 35" W a distance of 307.32 feet to a said Point "A"; thence S 89° 40' 10" W, parallel with the North line of said Short Plat, a distance of 221.58 feet; thence S 49° 09' 51" W, at right angles to the center line (radially to the curve) of the Burlington Northern Railway (formerly the Northern Pacific Railway), a distance of 3.66 feet to a point on the curve of the Northeasterly margin of the right-of-way of said railway, at which point the tangent to said curve bears S 40° 50' 09" E; thence in a Southeasterly direction, along said curve, to the right, having a radius of 2342.01 feet, an arc distance of 260.04 feet; thence S 55° 02' 12" W, at right angles to said right-of-way (radially to the curve), a distance of 100.00 feet to a point on the curve of the Southwesterly margin of said right-of-way, at which point the tangent to said curve bears S 34° 57' 48" E, and which point is the True Point of Beginning of this description; thence in a Southeasterly direction, along the curve of the Southwesterly margin of said right-of-way, to the right, having a radius of 2242.01 feet, an arc distance of 132.63 feet to a point that bears S 58° 25' 34" W, a distance of 102.86 feet from said Point "B"; thence S 58° 25' 34" W, radially to said curve, to a point on the Line of Navigability of Lake Sammamish; thence in a Northwesterly direction along said Line of Navigability, to a point that bears S 55° 02' 12" W from the True Point of Beginning; thence N 55° 02' 12" E to the True Point of Beginning. Bearings in this description are oriented to said recorded survey.



**First American Title Insurance Company**

Filed for Record at Request of

Name ___ Mr. and Mrs. David M. Collins

Address ___ 2841 East Lake Sammamish Parkway Northeast

City and State ___ Redmond, Washington  98053

THIS SPACE PROVIDED FOR RECORDER'S USE

921228-0419  02:29:00 PM  KING COUNTY RECORDS  D02  RTD

E1086068  12/28/1992

## Quit Claim Deed

THE GRANTOR    Vanessa F. Collins, a Married Woman

for and in consideration of    No Monetary Consideration-To Establish Community Property

conveys and quit claims to    David M. Collins and Vanessa F. Collins, Husband and Wife

the following described real estate, situated in the County of            King            State of Washington,
together with all after acquired title of the grantor(s) therein:

As per legal description hereto attached

1ST AM-S 243 2019

921228019

Filed for Record at Request of
**FIRST AMERICAN TITLE**
FOURTH & BLANCHARD BLDG.
SEATTLE, WA  98121

IT IS DUE TO THE QUALITY OF THE DOCUMENT.

Dated            December 21            , 19 92

*Vanessa F. Collins*
(Individual)

Vanessa F. Collins
(Individual)

By _____
(President)

By _____
(Secretary)

STATE OF WASHINGTON
COUNTY OF _____ }ss.

On this day personally appeared before me

Vanessa F. Collins

to me known to be the individual described in and who
executed the within and foregoing instrument, and
acknowledged that she signed the same
as her free and voluntary act and deed,
for the uses and purposes therein mentioned

GIVEN under my hand and official seal this
21st    day of    December    , 19 92

*signature*
Notary Public in and for the State of Washington, residing at
Seattle

My commission expires:  8/14/93

LPB-12 (6/84)

STATE OF WASHINGTON
COUNTY OF _____ }ss.

On this            day of            , 19
before me, the undersigned, a Notary Public in and for the State of Washington, duly com-
missioned and sworn, personally appeared

and
to me known to be the            President and            Secretary,
respectively, of
the corporation that executed the foregoing instrument, and acknowledged the said instru-
ment to be the free and voluntary act and deed of said corporation, for the uses and purposes
therein mentioned, and on oath stated that
authorized to execute the said instrument and that the seal affixed is the corporate seal of said
corporation.

Witness my hand and official seal hereto affixed the day and year first above written

_____
Notary Public in and for the State of Washington, residing at

Ex. 13U-1

SHORELANDS OF THE SECOND CLASS IN FRONT OF, ADJACENT TO, OR
ABUTTING UPON GOVERNMENT LOT 2, SECTION 20, TOWNSHIP 25 NORTH,
RANGE 6 EAST W.M., IN KING COUNTY, WASHINGTON, DESCRIBED AS
FOLLOWS:

COMMENCING AT THE SOUTH QUARTER CORNER OF SAID SECTION 20, WHICH
CORNER IS MARKED BY A CONCRETE MONUMENT, FROM WHICH CORNER KING
COUNTY AERIAL SURVEY MONUMENT J-295 BEARS SOUTH 86°12'40" WEST A
DISTANCE OF 591.42 FEET, AND FROM WHICH CORNER THE NORTH-SOUTH
CENTER LINE OF SAID SECTION 20 BEARS NORTH 0°06'54" EAST;
THENCE NORTH 32°16'31" WEST A DISTANCE OF 2,505.04 FEET TO THE
SOUTHEAST CORNER OF SHORT PLAT NO. R-1277118, AS RECORDED UNDER
KING COUNTY RECORDING NO. 7901100957, AS SAID SHORT PLAT WAS
SURVEYED AND STAKED, AND SHOWN ON THAT SURVEY RECORDED IN VOLUME
16 OF SURVEYS, PAGE 158, RECORDS OF SAID COUNTY, WHICH POINT
BEARS SOUTH 0°16'35" EAST A DISTANCE OF 569.64 FEET FROM THE
NORTHEAST CORNER OF SAID SHORT PLAT; AND WHICH POINT IS REFERRED
TO HEREINAFTER AS POINT "A";
THENCE SOUTH 0°16'35" EAST, ALONG THE SOUTHERLY EXTENSION OF THE
EAST LINE OF SAID SHORT PLAT, A DISTANCE OF 307.32 FEET TO A
POINT REFERRED TO HEREINAFTER AS POINT "B";
THENCE NORTH 0°16'35" WEST A DISTANCE OF 307.32 FEET TO A SAID
POINT "A";
THENCE SOUTH 89°40'10" WEST, PARALLEL WITH THE NORTH LINE OF SAID
SHORT PLAT, A DISTANCE OF 221.58 FEET;
THENCE SOUTH 49°09'51" WEST, AT RIGHT ANGLES TO THE CENTER LINE
(RADIALLY TO THE CURVE) OF THE BURLINGTON NORTHERN RAILWAY
(FORMERLY THE NORTHERN PACIFIC RAILWAY), A DISTANCE OF 3.66 FEET
TO A POINT ON THE CURVE OF THE NORTHEASTERLY MARGIN OF THE RIGHT-
OF-WAY OF SAID RAILWAY, AT WHICH POINT THE TANGENT TO SAID CURVE
BEARS SOUTH 40°50'09" EAST;
THENCE IN A SOUTHEASTERLY DIRECTION, ALONG SAID CURVE, TO THE
RIGHT, HAVING A RADIUS OF 2,342.01 FEET, AN ARC DISTANCE OF
240.04 FEET;

THENCE SOUTH 55°02'12" WEST, AT RIGHT ANGLES TO SAID RIGHT-OF-WAY
(RADIALLY TO THE CURVE), A DISTANCE OF 100.00 FEET TO A POINT ON
THE CURVE OF THE SOUTHWESTERLY MARGIN OF SAID RIGHT-OF-WAY, AT
WHICH POINT THE TANGENT TO SAID CURVE BEARS SOUTH 34°57'48" EAST,
AND WHICH POINT IS THE TRUE POINT OF BEGINNING OF THIS
DESCRIPTION;
THENCE IN A SOUTHEASTERLY DIRECTION, ALONG THE CURVE OF THE
SOUTHWESTERLY MARGIN OF SAID RIGHT-OF-WAY, TO THE RIGHT, HAVING A
RADIUS OF 2,242.01 FEET, AN ARC DISTANCE OF 132.63 FEET TO A
POINT THAT BEARS SOUTH 58°25'34" WEST, A DISTANCE OF 102.88 FEET
FROM SAID POINT "B";
THENCE SOUTH 58°25'34" WEST, RADIALLY TO SAID CURVE, TO A POINT
ON THE LINE OF NAVIGABILITY OF LAKE SAMMAMISH;
THENCE IN A NORTHWESTERLY DIRECTION ALONG SAID LINE OF
NAVIGABILITY TO A POINT THAT BEARS SOUTH 55°02'12" WEST FROM THE
TRUE POINT OF BEGINNING;
THENCE NORTH 55°02'12" EAST TO THE TRUE POINT OF BEGINNING.

SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON.

IT IS DUE TO THE QUALITY OF THE DOCUMENT.



## King County Department of Assessments
Fair, Equitable, and Understandable Property Valuations

You're in: Assessor >> Look up Property Info >> eReal Property

ADVERTISEMENT

New Search | Property Tax Bill | Map This Property | Glossary of Terms | Area Report | Print Property Detail

### PARCEL DATA

| | | | |
|---|---|---|---|
| Parcel | 202506-9028 | Jurisdiction | SAMMAMISH |
| Name | COLLINS DAVID MICHAEL+VANES | Levy Code | 2208 |
| | | Property Type | R |
| Site Address | 2841 EAST LAKE SAMMAMISH PKWY NE 98074 | Plat Block / Building Number | |
| | | Plat Lot / Unit Number | |
| Residential Area | 047-001 (NE Appraisal District) | Quarter-Section-Township-Range | SW-20-25-6 |
| Property Name | | | |

**Legal Description**

POR OF GOV LOT 2 IN SW 1/4 OF SECTION 20-25-06 & SHORELANDS ADJ DAF - BEG S 1/4 CORNER OF SECTION 20 WHICH CORNER IS MARKED BY A CONCRETE MONUMENT FROM WHICH CORNER K C AERIAL SURVEY MONUMENT J-285 BEARS S 86-12-40 W 591.42 FT AND FROM WHICH CORNER THE N/S CENTER LINE OF SECTION 20 BEARS N 0-06-54 E TH N 32-16-31 W 2505.04 FT TO SE CORNER OF K C SHORT PLAT NO R1277118 RECORDING NO 7901100957 WHICH PT BEARS S 0-16-35 E 569.54 FT FROM NE CORNER OF SAID SHORT PLAT & WHICH PT IS REFERRED TO HEREINAFTER AS PT "A" TH S 0-16-35 E 307.32 FT TAP REFERRED TO AS PT "B" TH N 0-16-35 W 307.32 FT TO SAID POINT "A" TH S 89-40-10 W 221.58 FT TH S 49-09-51 W 3.66 FT TAP ON CURVE OF NELY MGN OF R/W OF BURLINGTON NORTHERN RR R/W WHICH PT THE TANGENT TO SAID CURVE BEARS S 40-50-09 E TH IN SELY DIRECTION ALONG SAID CURVE TO RGT RAD OF 2342.01 FT ARC DISTANCE OF 240 FT TH S 55-02-12 W 100 FT TAP ON CURVE OF SWLY MGN OF SAID R/W WHICH PT THE TANGENT TO SAID CURVE BEARS S 34-57-48 E & POB TH IN SELY DIRECTION ALONG CURVE OF SWLY MGN OF R/W TO RGT RAD OF 2242.01 FT ARC DISTANCE OF 132.63 FT TAP BEARING S 58-25-34 W 102.88 FT FROM SAID POINT "B" TH S 58-25-34 W RADIALLY TO SAID POINT "B" TH ON THE LINE OF NAVIGABILITY OF LAKE SAMMAMISH TH IN NWLY DIRECTION ALONG SAID LINE OF NAVIGABILITY TAP INTERSECTION OF SWLY MGN OF R/W FROM POB TH N 55-02-12 E TO POB TGW UND 1/28TH INTEREST IN COMMON BEACH AREA LY IN SLY 40 FT OF N 769.64 FT AS MEAS ALONG E LINE OF POR OF GOV LOT 2 LY WLY OF BURLINGTON NORTHERN RR R/W & 2ND CLASS SHORELANDS ADJ SAID S 40 FT
PLat Block:
Plat Lot:

### LAND DATA

| | | | |
|---|---|---|---|
| Highest & Best Use As If Vacant | SINGLE FAMILY | Percentage Unusable | |
| Highest & Best Use As Improved | PRESENT USE | Unbuildable | NO |
| Present Use | Single Family(Res Use/Zone) | Restrictive Size Shape | NO |
| Land SqFt | 7,261 | Zoning | R4 |
| Acres | 0.17 | Water | WATER DISTRICT |
| | | Sewer/Septic | PUBLIC |
| | | Road Access | PUBLIC |
| | | Parking | |
| | | Street Surface | PAVED |

| Views | | | Waterfront | |
|---|---|---|---|---|
| Rainier | | | Waterfront Location | LAKE SAMM |
| Territorial | | | Waterfront Footage | 126 |
| Olympics | | | Lot Depth Factor | 0 |
| Cascades | | | Waterfront Bank | LOW |
| Seattle Skyline | | | Tide/Shore | |
| Puget Sound | | | Waterfront Restricted Access | |
| Lake Washington | | | Waterfront Access Rights | NO |
| Lake Sammamish | EXCELLENT | | Poor Quality | NO |
| Lake/River/Creek | | | Proximity Influence | NO |
| Other View | | | | |

| Designations | | | Nuisances | |
|---|---|---|---|---|
| Historic Site | | | Topography | |
| Current Use | (none) | | Traffic Noise | |
| Nbr Bldg Sites | | | Airport Noise | |
| Adjacent to Golf Fairway | NO | | Power Lines | |
| Adjacent to Greenbelt | NO | | Other Nuisances | |
| Other Designation | NO | | **Problems** | |
| Deed Restrictions | NO | | Water Problems | NO |
| Development Rights Purchased | NO | | Transportation Concurrency | NO |
| Easements | NO | | Other Problems | NO |
| Native Growth Protection Easement | NO | | **Environmental** | |
| DNR Lease | NO | | Environmental | NO |

| Environmental Type | Information Source | Delineation study | Percentage Affected |
|---|---|---|---|

**Reference Links:**

- King County Tax Links
- Property Tax Advisor
- Washington State Department of Revenue (External link)
- Washington State Board of Tax Appeals (External link)
- Board of Appeals/Equalization
- Districts Report
- iMap
- Recorder's Office
- Scanned images of surveys and other map documents

Notice mailing date: 09/07/2017

ADVERTISEMENT

**Department of Assessments**

500 Fourth Avenue. Suite ADM-AS-0708, Seattle, WA 98104

Office Hours:
Mon - Fri
8:30 a.m. to
4:30 p.m.

TEL: 206-296-7300
FAX: 206-296-5107
TTY: 206-296-7888

Send us mail

Ex. 13V-1

| | | | | |
|---|---|---|---|---|
| HundredYrFloodPlain | JURISDICTION | N | | 0 |
| ErosionHazard | JURISDICTION | N | | 0 |

## BUILDING

| | | | |
|---|---|---|---|
| Building Number | 1 | | |
| Year Built | 1993 | Picture of Building 1 | |
| Year Renovated | 0 |  | |
| Stories | 2 | Floor plan of Building 1 | |
| Living Units | 1 | | |
| Grade | 10 Very Good | | |
| Grade Variant | 0 | | |
| Condition | Average | | |
| Basement Grade | | | |
| 1st Floor | 2,450 | | |
| 1/2 Floor | 0 | | |
| 2nd Floor | 1,580 | | |
| Upper Floor | 0 | | |
| Finished Basement | 0 | | |
| Total Finished Area | 4,030 | | |
| Total Basement | 0 | | |
| Basement Garage | 0 | | |
| Unfinished 1/2 | 0 | | |
| Unfinished Full | 0 | | |
| AGLA | 4,030 | | |
| Attached Garage | 570 | | |
| Bedrooms | 3 | | |
| Full Baths | 2 | | |
| 3/4 Baths | 0 | | |
| 1/2 Baths | 1 | | |
| Heat Source | Gas | | |
| Heat System | Forced Air | | |
| Deck Area SqFt | 0 | | |
| Open Porch SqFt | 100 | | |
| Enclosed Porch SqFt | 0 | | |
| Brick/Stone | 0 | | |
| Fireplace Single Story | 0 | | |
| Fireplace Muliti Story | 0 | | |
| Fireplace Free Standing | 0 | | |
| Fireplace Additional | 0 | | |
| AddnlCost | 0 | | |
| Obsolescence | 0 | | |
| Net Condition | 0 | | |
| Percentage Complete | 0 | | |
| Daylight Basement | | | |
| View Utilization | | | |

**Accessory Of Building Number:** 1

| Accessory Type | Picture | Description | SqFt | Grade | Eff Year | % | Value | Date Valued |
|---|---|---|---|---|---|---|---|---|
| MISC IMP | | Dock | | | | | 10000 | 10/20/2010 |

## TAX ROLL HISTORY

| Account | Valued Year | Tax Year | Omit Year | Levy Code | Appraised Land Value ($) | Appraised Imps Value ($) | Appraised Total Value ($) | New Dollars ($) | Taxable Land Value ($) | Taxable Imps Value ($) | Taxable Total Value ($) | Tax Value Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 202506902800 | 2017 | 2018 | | 2208 | 2,221,000 | 578,000 | 2,799,000 | 0 | 2,221,000 | 578,000 | 2,799,000 | |
| 202506902800 | 2016 | 2017 | | 2187 | 2,136,000 | 585,000 | 2,721,000 | 0 | 2,136,000 | 585,000 | 2,721,000 | |
| 202506902800 | 2015 | 2016 | | 2187 | 2,084,000 | 552,000 | 2,636,000 | 0 | 2,084,000 | 552,000 | 2,636,000 | |
| 202506902800 | 2014 | 2015 | | 2187 | 1,993,000 | 530,000 | 2,523,000 | 0 | 1,993,000 | 530,000 | 2,523,000 | |
| 202506902800 | 2013 | 2014 | | 2187 | 1,689,000 | 461,000 | 2,150,000 | 0 | 1,689,000 | 461,000 | 2,150,000 | |
| 202506902800 | 2012 | 2013 | | 2187 | 1,563,000 | 353,000 | 1,916,000 | 0 | 1,563,000 | 353,000 | 1,916,000 | |
| 202506902800 | 2011 | 2012 | | 2187 | 1,563,000 | 353,000 | 1,916,000 | 0 | 1,563,000 | 353,000 | 1,916,000 | |
| 202506902800 | 2010 | 2011 | | 2184 | 1,245,000 | 690,000 | 1,935,000 | 0 | 1,245,000 | 690,000 | 1,935,000 | |
| 202506902800 | 2009 | 2010 | | 2184 | 1,192,000 | 659,000 | 1,851,000 | 0 | 1,192,000 | 659,000 | 1,851,000 | |
| 202506902800 | 2008 | 2009 | | 2184 | 1,403,000 | 782,000 | 2,185,000 | 0 | 1,403,000 | 782,000 | 2,185,000 | |
| 202506902800 | 2007 | 2008 | | 2184 | 1,220,000 | 731,000 | 1,951,000 | 0 | 1,220,000 | 731,000 | 1,951,000 | |
| 202506902800 | 2006 | 2007 | | 2184 | 1,017,000 | 700,000 | 1,717,000 | 0 | 1,017,000 | 700,000 | 1,717,000 | |
| 202506902800 | 2005 | 2006 | | 2184 | 960,000 | 815,000 | 1,775,000 | 0 | 960,000 | 815,000 | 1,775,000 | |
| 202506902800 | 2004 | 2005 | | 2184 | 568,000 | 857,000 | 1,425,000 | 0 | 568,000 | 857,000 | 1,425,000 | |
| 202506902800 | 2003 | 2004 | | 2184 | 541,000 | 797,000 | 1,338,000 | 0 | 541,000 | 797,000 | 1,338,000 | |
| 202506902800 | 2002 | 2003 | | 2184 | 541,000 | 797,000 | 1,338,000 | 0 | 541,000 | 797,000 | 1,338,000 | |
| 202506902800 | 2001 | 2002 | | 2184 | 502,000 | 739,000 | 1,241,000 | 0 | 502,000 | 739,000 | 1,241,000 | |
| 202506902800 | 2000 | 2001 | | 2184 | 0 | 0 | 0 | 0 | 474,000 | 626,000 | 1,100,000 | |
| 202506902800 | 1999 | 2000 | | 2184 | 405,000 | 600,000 | 1,005,000 | 0 | 405,000 | 600,000 | 1,005,000 | |
| 202506902800 | 1998 | 1999 | | 7279 | 419,000 | 304,000 | 723,000 | 0 | 419,000 | 304,000 | 723,000 | |
| 202506902800 | 1997 | 1998 | | 7279 | 0 | 0 | 0 | 0 | 358,200 | 260,000 | 618,200 | |
| 202506902800 | 1996 | 1997 | | 7279 | 0 | 0 | 0 | 0 | 358,200 | 260,000 | 618,200 | |
| 202506902800 | 1995 | 1996 | | 7279 | 0 | 0 | 0 | 0 | 358,200 | 260,000 | 618,200 | |
| 202506902800 | 1994 | 1995 | | 7279 | 0 | 0 | 0 | 0 | 358,200 | 281,300 | 639,500 | |
| 202506902800 | 1993 | 1994 | | 7279 | 0 | 0 | 0 | 0 | 260,000 | 281,300 | 541,300 | |

Ex. 13V-2



| 202506902800 | 1992 | 1993 | 7279 | 0 | 0 | 0 | 0 | 260,000 | 260,000 | |
| 202506902800 | 1990 | 1991 | 7279 | 0 | 0 | 0 | 0 | 250,000 | 250,000 | |
| 202506902800 | 1988 | 1989 | 7279 | 0 | 0 | 0 | 0 | 100,300 | 100,300 | |
| 202506902800 | 1986 | 1987 | 7279 | 0 | 0 | 0 | 0 | 81,000 | 81,000 | |
| 202506902800 | 1984 | 1985 | 7260 | 0 | 0 | 0 | 0 | 60,000 | 60,000 | |
| 202506902800 | 1982 | 1983 | 7260 | 0 | 0 | 0 | 0 | 60,000 | 60,000 | |

### SALES HISTORY

| Excise Number | Recording Number | Document Date | Sale Price | Seller Name | Buyer Name | Instrument | Sale Reason |
|---|---|---|---|---|---|---|---|
| 2717771 | 20150311000512 | 3/10/2015 | $0.00 | KOBI'S CROSSING LLC | COLLINS DAVID MICHAEL+VANESSA | Statutory Warranty Deed | Other |
| 2604395 | 20130509001647 | 5/3/2013 | $0.00 | COLLINS DAVID MICHAEL+VANESSA | KOBI'S CROSSING LLC | Statutory Warranty Deed | Other |
| 2541279 | 20120430001918 | 4/27/2012 | $0.00 | COLLINS DAVID MICHAEL+VANESSA | KOBI'S CROSSING LLC | Statutory Warranty Deed | Other |
| 2578514 | 20121211001522 | 4/26/2012 | $0.00 | KOBI'S CROSSING LLC | COLLINS DAVID MICHAEL+VANESSA | Statutory Warranty Deed | Other |
| 2446758 | 20100621000294 | 6/17/2010 | $0.00 | KOBIS CROSSING LLC | COLLINS DAVID MICHAEL & VANESSA | Statutory Warranty Deed | Other |
| 2426166 | 20100121000963 | 1/20/2010 | $0.00 | COLLINS DAVID MICHAEL+VANESSA | KOBIS CROSSING LLC | Statutory Warranty Deed | Other |
| 1286068 | 199212282019 | 12/21/1992 | $0.00 | COLLINS VANESSA F | COLLINS DAVID M+VANESSA F | Quit Claim Deed | Settlement |

### REVIEW HISTORY

| Tax Year | Review Number | Review Type | Appealed Value | Hearing Date | Settlement Value | Decision | Status |
|---|---|---|---|---|---|---|---|
| 2007 | 65234 | State Appeal | $1,881,000 | 7/26/2007 | $1,717,000 | REVISE | Completed |
| 2007 | 0600152 | Local Appeal | $1,881,000 | 1/1/1900 | $1,881,000 | SUSTAIN | Completed |
| 2006 | 0501538 | Local Appeal | $1,775,000 | 1/1/1900 | $1,775,000 | SUSTAIN | Completed |
| 2001 | 57559 | State Appeal | $0 | 6/20/2002 | $1,100,000 | REVISE | Completed |
| 2001 | 0003570 | Local Appeal | $1,152,000 | 1/1/1900 | $1,152,000 | SUSTAIN | Completed |
| 2000 | 9901847 | Local Appeal | $1,152,000 | 1/1/1900 | $1,005,000 | REVISE | Completed |
| 1996 | 9500359 | Local Appeal | $643,300 | 1/1/1900 | $618,200 | REVISE | Completed |
| 1993 | 9204289 | Local Appeal | $322,500 | 1/1/1900 | $260,000 | REVISE | Completed |
| 1987 | 8610497 | Local Appeal | $81,000 | 1/1/1900 | $81,000 | SUSTAIN | Completed |

### PERMIT HISTORY

| Permit Number | Permit Description | Type | Issue Date | Permit Value | Issuing Jurisdiction | Reviewed Date |
|---|---|---|---|---|---|---|
| B96A4161 | | Accessory, New | 11/27/1996 | $7,740 | | |

### HOME IMPROVEMENT EXEMPTION

| Exempt Number | Building Number | Received Date | Estimated Cost | Estimated Completion Date | Begin Year | End Year | Amount | Permit Jurisdiction |
|---|---|---|---|---|---|---|---|---|
| 9892 | 0 | 2/11/1997 | $0 | 1/1/1900 | | | $0 | KING COUNTY |

New Search   Property Tax Bill   Map This Property   Glossary of Terms   Area Report   Print Property Detail

ADVERTISEMENT

Updated: March 17, 2016          Share   Tweet   Email   Print

## Information for...

Residents
Businesses
Job seekers
Volunteers
King County employees

## Do more online

Trip Planner
Property tax information & payment
Jail inmate look up
Parcel viewer or iMap
Public records
More online tools...

## Get help

Contact us
Customer service
Phone list
Employee directory
Subscribe to alerts

Stay connected!   View King County social media

King County

© King County, WA 2018   Privacy   Accessibility   Terms of use

Ex. 13V-3

Information for...          Do more online
Get help





| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2007 | 2008 | 1,220,000 | 731,000 | 1,951,000 | 1,220,000 | 731,000 | 1,951,000 |
| 2006 | 2007 | 1,017,000 | 700,000 | 1,717,000 | 1,017,000 | 700,000 | 1,717,000 |
| 2005 | 2006 | 960,000 | 815,000 | 1,775,000 | 960,000 | 815,000 | 1,775,000 |
| 2004 | 2005 | 568,000 | 857,000 | 1,425,000 | 568,000 | 857,000 | 1,425,000 |
| 2003 | 2004 | 541,000 | 797,000 | 1,338,000 | 541,000 | 797,000 | 1,338,000 |
| 2002 | 2003 | 541,000 | 797,000 | 1,338,000 | 541,000 | 797,000 | 1,338,000 |
| 2001 | 2002 | 502,000 | 739,000 | 1,241,000 | 502,000 | 739,000 | 1,241,000 |
| 2000 | 2001 | 0 | 0 | 0 | 474,000 | 626,000 | 1,100,000 |
| 1999 | 2000 | 405,000 | 600,000 | 1,005,000 | 405,000 | 600,000 | 1,005,000 |
| 1998 | 1999 | 419,000 | 304,000 | 723,000 | 419,000 | 304,000 | 723,000 |
| 1997 | 1998 | 0 | 0 | 0 | 358,200 | 260,000 | 618,200 |
| 1996 | 1997 | 0 | 0 | 0 | 358,200 | 260,000 | 618,200 |
| 1995 | 1996 | 0 | 0 | 0 | 358,200 | 260,000 | 618,200 |
| 1994 | 1995 | 0 | 0 | 0 | 358,200 | 281,300 | 639,500 |
| 1993 | 1994 | 0 | 0 | 0 | 260,000 | 281,300 | 541,300 |
| 1992 | 1993 | 0 | 0 | 0 | 260,000 | 0 | 260,000 |
| 1990 | 1991 | 0 | 0 | 0 | 250,000 | 0 | 250,000 |
| 1988 | 1989 | 0 | 0 | 0 | 100,300 | 0 | 100,300 |
| 1986 | 1987 | 0 | 0 | 0 | 81,000 | 0 | 81,000 |
| 1984 | 1985 | 0 | 0 | 0 | 60,000 | 0 | 60,000 |
| 1982 | 1983 | 0 | 0 | 0 | 60,000 | 0 | 60,000 |

ADVERTISEMENT

Updated: March 17, 2016

Share   Tweet   Email   Print

**Information for...**
Residents
Businesses
Job seekers
Volunteers
King County employees

**Do more online**
Trip Planner
Property tax information & payment
Jail inmate look up
Parcel viewer or iMap
Public records
More online tools...

**Get help**
Contact us
Customer service
Phone list
Employee directory
Subscribe to alerts

Stay connected!   View King County social media

King County

© King County, WA 2018  Privacy  Accessibility  Terms of use

**Information for...**        **Do more online**
**Get help**

Ex. 13V-6





| | |
|---|---|
| Grade Variant | 0 |
| Condition | Average |
| Basement Grade | |
| 1st Floor | 2,190 |
| 1/2 Floor | 310 |
| 2nd Floor | 2,510 |
| Upper Floor | 0 |
| Finished Basement | 0 |
| Total Finished Area | 5,010 |
| Total Basement | 0 |
| Basement Garage | 0 |
| Unfinished 1/2 | 0 |
| Unfinished Full | 0 |
| AGLA | 5,010 |
| Attached Garage | 740 |
| Bedrooms | 5 |
| Full Baths | 4 |
| 3/4 Baths | 1 |
| 1/2 Baths | 1 |
| Heat Source | Electricity |
| Heat System | Heat Pump |
| Deck Area SqFt | 250 |
| Open Porch SqFt | 300 |
| Enclosed Porch SqFt | 0 |
| Brick/Stone | 0 |
| Fireplace Single Story | 3 |
| Fireplace Mullti Story | 0 |
| Fireplace Free Standing | 0 |
| Fireplace Additional | 0 |
| AddnlCost | 9000 |
| Obsolescence | 0 |
| Net Condition | 0 |
| Percentage Complete | 0 |
| Daylight Basement | |
| View Utilization | |

**Accessory Of Building Number:   1**

| Accessory Type | Picture | Description | SqFt | Grade | Eff Year | % | Value | Date Valued |
|---|---|---|---|---|---|---|---|---|
| MISC IMP | ? | Dock & Boat lift | | | | | 13000 | 2/16/2017 |
| MISC IMP | ? | Beach House | | | | | 5000 | 8/22/2016 |
| MISC IMP | | outdoor kitchen | | | | | 6000 | 8/22/2016 |

## TAX ROLL HISTORY

| Account | Valued Year | Tax Year | Omit Year | Levy Code | Appraised Land Value ($) | Appraised Imps Value ($) | Appraised Total Value ($) | New Dollars ($) | Taxable Land Value ($) | Taxable Imps Value ($) | Taxable Total Value ($) | Tax Value Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 202506903006 | 2017 | 2018 | | 2208 | 1,978,000 | 2,003,000 | 3,981,000 | 0 | 1,978,000 | 2,003,000 | 3,981,000 | |
| 202506903006 | 2016 | 2017 | | 2187 | 1,865,000 | 1,954,000 | 3,819,000 | 0 | 1,865,000 | 1,954,000 | 3,819,000 | |
| 202506903006 | 2015 | 2016 | | 2187 | 1,820,000 | 1,880,000 | 3,700,000 | 0 | 1,820,000 | 1,880,000 | 3,700,000 | |
| 202506903006 | 2014 | 2015 | | 2187 | 1,740,000 | 1,802,000 | 3,542,000 | 0 | 1,740,000 | 1,802,000 | 3,542,000 | |
| 202506903006 | 2013 | 2014 | | 2187 | 1,475,000 | 1,544,000 | 3,019,000 | 0 | 1,475,000 | 1,544,000 | 3,019,000 | |
| 202506903006 | 2012 | 2013 | | 2187 | 1,365,000 | 1,325,000 | 2,690,000 | 0 | 1,365,000 | 1,325,000 | 2,690,000 | |
| 202506903006 | 2011 | 2012 | | 2187 | 1,365,000 | 1,325,000 | 2,690,000 | 0 | 1,365,000 | 1,325,000 | 2,690,000 | |
| 202506903006 | 2010 | 2011 | | 2184 | 1,269,000 | 2,264,000 | 3,533,000 | 0 | 1,269,000 | 2,264,000 | 3,533,000 | |
| 202506903006 | 2009 | 2010 | | 2184 | 1,215,000 | 2,164,000 | 3,379,000 | 1,591,000 | 1,215,000 | 2,164,000 | 3,379,000 | |
| 202506903006 | 2008 | 2009 | | 2184 | 1,430,000 | 967,000 | 2,397,000 | 897,000 | 1,430,000 | 967,000 | 2,397,000 | |
| 202506903006 | 2007 | 2008 | | 2184 | 1,244,000 | 610,000 | 1,854,000 | 0 | 1,244,000 | 610,000 | 1,854,000 | |
| 202506903006 | 2006 | 2007 | | 2184 | 1,037,000 | 595,000 | 1,632,000 | 0 | 1,037,000 | 595,000 | 1,632,000 | |
| 202506903006 | 2005 | 2006 | | 2184 | 979,000 | 561,000 | 1,540,000 | 0 | 979,000 | 561,000 | 1,540,000 | |
| 202506903006 | 2004 | 2005 | | 2184 | 583,000 | 624,000 | 1,207,000 | 5 | 583,000 | 624,000 | 1,207,000 | |
| 202506903006 | 2003 | 2004 | | 2184 | 556,000 | 578,000 | 1,134,000 | 0 | 556,000 | 578,000 | 1,134,000 | |
| 202506903006 | 2002 | 2003 | | 2184 | 556,000 | 578,000 | 1,134,000 | 0 | 556,000 | 578,000 | 1,134,000 | |
| 202506903006 | 2001 | 2002 | | 2184 | 516,000 | 536,000 | 1,052,000 | 0 | 516,000 | 536,000 | 1,052,000 | |
| 202506903006 | 2000 | 2001 | | 2184 | 487,000 | 503,000 | 990,000 | 0 | 487,000 | 503,000 | 990,000 | |
| 202506903006 | 1999 | 2000 | | 7279 | 416,000 | 448,000 | 864,000 | 0 | 416,000 | 448,000 | 864,000 | |
| 202506903006 | 1998 | 1999 | | 7279 | 558,000 | 188,000 | 746,000 | 0 | 558,000 | 188,000 | 746,000 | |
| 202506903006 | 1997 | 1998 | | 7279 | 0 | 0 | 0 | 0 | 477,000 | 161,000 | 638,000 | |
| 202506903006 | 1996 | 1997 | | 7279 | 0 | 0 | 0 | 0 | 477,400 | 161,100 | 638,500 | |
| 202506903006 | 1994 | 1995 | | 7279 | 0 | 0 | 0 | 0 | 477,400 | 161,100 | 638,500 | |
| 202506903006 | 1993 | 1994 | | 7279 | 0 | 0 | 0 | 0 | 440,000 | 198,500 | 638,500 | |
| 202506903006 | 1992 | 1993 | | 7279 | 0 | 0 | 0 | 0 | 440,000 | 198,500 | 638,500 | |
| 202506903006 | 1990 | 1991 | | 7279 | 0 | 0 | 0 | 0 | 414,000 | 153,900 | 567,900 | |
| 202506903006 | 1988 | 1989 | | 7279 | 0 | 0 | 0 | 0 | 146,900 | 140,500 | 287,400 | |
| 202506903006 | 1986 | 1987 | | 7279 | 0 | 0 | 0 | 0 | 104,400 | 83,900 | 188,300 | |
| 202506903006 | 1984 | 1985 | | 7260 | 0 | 0 | 0 | 0 | 82,600 | 110,400 | 193,000 | |
| 202506903006 | 1982 | 1983 | | 7260 | 0 | 0 | 0 | 0 | 82,600 | 110,400 | 193,000 | |

## SALES HISTORY

Ex. 13W-2



| Excise Number | Recording Number | Document Date | Sale Price | Seller Name | Buyer Name | Instrument | Sale Reason |
|---|---|---|---|---|---|---|---|
| 2775332 | 20160108000927 | 1/6/2016 | $3,650,000.00 | HENKEL ALAN ROBERT+MICHELE J | AZELBY ROBERT+MICHELE | Statutory Warranty Deed | None |
| 2220846 | 20060710001718 | 6/28/2006 | $1,700,000.00 | FREEDMAN HOWARD L+PAMELA C | HENKEL ALAN B+ELIZABETH J | Statutory Warranty Deed | None |
| 1186441 | 199104300653 | 10/10/1988 | $0.00 | LEWIS BARRY G | FREEDMAN HOWARD L+PAMELA C | Warranty Deed | Correction (refiling) |

### REVIEW HISTORY

| Tax Year | Review Number | Review Type | Appealed Value | Hearing Date | Settlement Value | Decision | Status |
|---|---|---|---|---|---|---|---|
| 1993 | 9203364 | Local Appeal | $732,600 | 1/1/1900 | $638,500 | REVISE | Completed |

### PERMIT HISTORY

| Permit Number | Permit Description | Type | Issue Date | Permit Value | Issuing Jurisdiction | Reviewed Date |
|---|---|---|---|---|---|---|
| BLD2007-00732 | NSFR (New Single Family Res) | Building, New | 1/18/2008 | $1,200,000 | SAMMAMISH | 3/27/2009 |
| BLD2007-01146 | Demolish existing SFR | Demolition | 11/9/2007 | $0 | SAMMAMISH | 5/19/2008 |
| *9812473 | Pier restoration | Accessory, New | 9/15/1998 | $8,000 | KING COUNTY | 10/18/2004 |
| B97A3538 | | Accessory, New | 10/9/1997 | $15,254 | | |

### HOME IMPROVEMENT EXEMPTION

| New Search | Property Tax Bill | Map This Property | Glossary of Terms | Area Report | Print Property Detail |

ADVERTISEMENT

Updated: March 17, 2016

Share  Tweet  Email  Print

**Information for...**
- Residents
- Businesses
- Job seekers
- Volunteers
- King County employees

**Do more online**
- Trip Planner
- Property tax information & payment
- Jail inmate look up
- Parcel viewer or iMap
- Public records
- More online tools...

**Get help**
- Contact us
- Customer service
- Phone list
- Employee directory
- Subscribe to alerts

Stay connected!  View King County social media

King County

© King County, WA 2018  Privacy  Accessibility  Terms of use

**Information for...**     **Do more online**
**Get help**

Ex. 13W-3





| 1997 | 1998 | 0 | 0 | 0 | 477,000 | 161,000 | 638,000 |
| 1996 | 1997 | 0 | 0 | 0 | 477,400 | 161,100 | 638,500 |
| 1994 | 1995 | 0 | 0 | 0 | 477,400 | 161,100 | 638,500 |
| 1993 | 1994 | 0 | 0 | 0 | 440,000 | 198,500 | 638,500 |
| 1992 | 1993 | 0 | 0 | 0 | 440,000 | 198,500 | 638,500 |
| 1990 | 1991 | 0 | 0 | 0 | 414,000 | 153,900 | 567,900 |
| 1988 | 1989 | 0 | 0 | 0 | 146,900 | 140,500 | 287,400 |
| 1986 | 1987 | 0 | 0 | 0 | 104,400 | 83,900 | 188,300 |
| 1984 | 1985 | 0 | 0 | 0 | 82,600 | 110,400 | 193,000 |
| 1982 | 1983 | 0 | 0 | 0 | 82,600 | 110,400 | 193,000 |

ADVERTISEMENT

Updated: March 17, 2016

Share   Tweet   Email   Print

**Information for...**
Residents
Businesses
Job seekers
Volunteers
King County employees

**Do more online**
Trip Planner
Property tax information & payment
Jail inmate look up
Parcel viewer or iMap
Public records
More online tools...

**Get help**
Contact us
Customer service
Phone list
Employee directory
Subscribe to alerts

Stay connected!  View King County social media

King County

© King County, WA 2018  Privacy  Accessibility  Terms of use

**Information for...**     **Do more online**
**Get help**



