D July 17-56
JxxJuly 5-56 $10.00 $8.80:rs$8.st (Tx pd 227769)              4712061

Willis J  Connell as his sep pty
    to Doris McCarty

Cy and W

    Thatptnof govt lot 2 sec 32-25-6 swm in KCW dsf;
Beg at intersectionof s lineofsd govt lot 2 w'thNWly line
o fNorther Pacific Railway Right of way; th N 38°00'00" E a
a lg sd R/w line3'3.29 ft to tpob; thCont N 38°00'00" E
alg sd r/w line75.00 ftth N 52°00'00" W 330 fsm/l to Wly
line of sd lot 2;th SWly alg sdWly line to a pt which
bears N 52°00'00" W fromthe tpob; th S 52°00'00" E 230
ft m/l to pob aka tt 8 and NEly 25ftof tt 7 connell's
s'bdvnsscdg tounrec plathof. TGW second classshoue lands
frontingtherthron.
    Subjec tto righttoenter sd pty for repeahs as granted
a uds 2628804.
    Eamt for rdwy over SEly 15ft of sd pty
Exceons and rsavtn auds 1439800

XCNOK
M1 to --
F1bySTC 520632 U12          K