DFeb 11 1933
Feb 3 1933    $10
Willis J Connell as his sole and sep pty
    to Fohn Investment Co a wash corp
fp cy and war to sp the fd ld in kcw;

    beg at the intersection of the south line of govt lot 2 sec
32 twp 25 n r 6 e w m; with the wly line of the Northern Pacific
Railway r/w th no 38 deg 00' east al sd r/w line 1238.29 ft to
true pl of beg; th no 38 deg 00' east al said r/w line 50 ft;
th no 52 deg 00' west 175 ft m or l to the wly line of sd lot; th
swly al sd lot line to a pt no 52 deg 00' west of true pob; th
so 52 deg 00' east 210 ft m or l to pob
    (being known as tt 26 of plat of Connell's Subdivision, accdg
to the unrecdd plat thereof)

    Subj to a roadway over the se 15 ft thof;
    togeth with the shore lands fronting thereon

    subj to easement for electric transmission line as granted
to Puget Sound Power & Light Co by inst recdd und aud file No
2636840 recs of said county;
    subj also to exceptions and reservations of all oils, gases,
coal, minerals, etc as contd in deed from st of wn und aud file No
965278 recs of sd co
    subj further to the folg restrictions; "No part of the land
des shall in anywise be used for public or resort purps; this
restriction shall be acovt rg with the title to the land des,
being binding on the h or a, of the purchr"
    This deed is gn in fulfillment of that ctn cont for the
sale of the hin des prems entd into on May 22 1930 by and bet
Willis J Connell and M J Fohn
                                Willis J Connell
kcw Feb 3 1933 by Willis J Connell bef Stanley J Padden np for wn
res at s n s Oct 7 1933
fld by Padden & Moriarty Merte American bank bldg
                        ----
                        (FOR)