D Fld Nov 18 1931
Nov 18 1931 #10
Willis J Connell
   to EthelC Berry and the heirs and devisees of Clarence R
   Berry decd
ip cy nd war to sp the folg re est
   beg at the intersection of the so line of govt lot 2 sec 32
twp 25 n r 6 e w m with the wly line of the Northern Pacific
Railway Co's r/w; th nely al sd r/w line 1289.29 ft to the true
pl of beg; th nely al sd r/w line, 50ft; th no 52 deg 00' west 145
ft m or l to the wly line ofsd lot; th swly al sd lot line to a
pt no 52 deg 00' west of the pt of beg; th so 52 deg 00' east 175
ft m or l to the pt ofbeg, (being known as tt 27 of Connell's
Subdivision, accdg to the unrecd plat thereof) subj to a roadway
over the se 15 ft thereof, togeth with shorelands fronting thereon
sit in kcw             WillisJ Connell
kcw Nov 18 1931 by Willis J Connell bef Thomas R Lyons n p for
wn res at s n s   Sept 22 1934
mail W J Connell 2032, Yale ave no
               ---

1500
561
2699313