D Aug 11 1937                                                2959705
Apr 25 1929  $10 and o g c
Willis J Connell  in his sole and sep right                1744/278
    to A F Ebken
fp cy and war to sp fdldin kcw;

   beg at the intersection of the so line of govt lot 2 in sec
32 twp 25 n r 6 e w m with the wly line of the Northern Pacific
Railway right of way; th no 38 deg 00' east al sd right of way li
688.29 ft to the true pl of beg; th no 38 deg 00' east al
sd right of way li 100 ft; th no 52 deg 00' west 225 ft m or l to
the wly line of sd lot; th swly al sd lot li to a pt no 52 deg 00'
west of the pob; th so 52 deg 00' east 225 ft m or l to pob;
(FOR)

705--2

Subj to a roadway over the se 15 ft thereof; togeth with the shorelands fronting thereon, being tts 15 and 16, of the unrecdd plat of Connell's Subdivision, sitd in kcw;

This deed is md subj to the reservations in sd shore lands as md by the st ofwn;

One ofthe considns of this cyance is that nopart of the land des shall in anywise be used for public or resort purposes; this restriction shall be a covt rg with the title of the land des, shal be binding on the heirs and asgns of the purchr; failure to fully comply with this restriction shall cause the forfeiture to the herein grantors, his h or a, ofall right, title and int in the lqnd des          WillisJ Connell

kcw May 6 1929 by WillisJConnell befPaulF McKenna, n p for wn res at s n sNov 17 1930    fld by sp   4122 Bagley ave

---