```
D Jan 27 40                                          1881
Jan 27 40  $10.  $4.50 irs and $4.50 st              ─────  3083577
Willis J Connell and Etta C Connell hwf              273
    to John J Nelson and Margaret E Nelson, hwf

fp cy and war to sp fl gd des res it in kcw
```

Beg at the intsn of the S line of Govt lot 2 in sec 32 tp 25 NR 6 ewm, and with the wly line of the Nthn Pac Ry right of way; th N 38°00' E al sd right of way line 588.29 ft to true place of beg; th N 38°00' E al sd right of way line 50 ft; th N 52°00' W 230 ft ml, to the wly line of sd lot; th swly al sd lot line to a point N 52°00' W of point of beg, th S 52°00' E 235 ft, ml, to the point of beg, tgw the shorelands fronting thon,
    sub to reservations in sd shorelands as made by the St of Wn, being Tract 13 of the unrecorded plat of Connell's Subdvn, and is sub to a roadway over the SE 15 ft of the land des, sub also to content d into and bet Willis J Connell in his sole and sep right, vendor and Chas. C Fleming, as purchr, May 21 29, which is assd to the grantee hin

Beg at the intsn of the S line of Govt lot 2, in sec 32 tp 25 NR 6 ewm, with the wly line of the Nthn Pac Ry right of way; th N 38°00' E al sd right of way line 788.29 ft to k true place of beg; th N 38°00' E al sd right of way line 100 ft; th N 52°00' W 230 ft, ml, to the wly line of sd lot; th swly al sd lot line to a point N 52°00' W of point of beg ; th S 52°E 225 ft, ml, to point of beg, tgw the shorelands fronting thon, sub to the reservations in sd shorelands as made by the St of Wn; sub to a raodway over the se 15 ft of the land des; sub to a content d into and bet Agnes Elizabeth Connell widow of William A Connell, in her sole and sep right, vendor and A F Ebken purchr May 12 28, the land des being Tracts 17 and 18, of the unrecd plat of Connell's subdvn, wh sd cont is assd to the grtee hin

Beg at the intsn of the S line of Govt lot 2, in sec 32, tp 25 NR 6 ewm, with the wly line of the Nthn Pac Ry rt of way; th N 38°00' E al k sd right of say line 988.29 ft to the true place of beg, th N 38°00' E al sd right of way line 150 ft; th N 52°00' W 220 ft, ml, to wly line of sd lots; th swly al sd lot line to a point N 52°00' W of the point of beg; th S 52°00' E 230 ft, ml, to the point of beg;
sub to a roadway over the se 15 ft thof; tgw the shorelands fronting thon; sub to the resrvations in sd shorelands as made by the St of Wn, being knas Tracts 21, 22, and 23 of the Unrecorded plat of Connell's Subdvn
                            Willis J Connell
                            Etta C Connell
kcw Jan 27 40 by Willis J Connell and Etta C Connell husand wft f Byron F Wisen np Wn rests (NS Nov 15 41) ml st ∞