S. F. No. 1556—7-50—5M. 25608.

# R_PORT OF ENGINEER

STATE OF WASHINGTON
OFFICE OF
**COMMISSIONER OF PUBLIC LANDS**

Olympia, March 7, 1951

*To the Honorable Commissioner of Public Lands, Olympia, Wash.:*

SIR: I herewith submit the following report on Application No. 12036 **by Gertie Gorman Hughes,** Route 1, Redmond, Washington, to purchase the shore lands of the second class in front of a portion of Lot 1, Section 20, Township 25 North, Range 6 East, W.M., located on the northeasterly side of Lake Sammamish near the town of Sammamish in northwestern King County.

The desired shore lands were last covered by Application No. 11890 to purchase, filed May 11, 1949 by J. A. Earley. Said Application No. 11890 was rejected by order of January 25, 1951 and the desired shore lands are now open.

Said Lot 1, was patented September 5, 1890.

The applicant has submitted an affidavit of actual ownership and waiver of preference right dated July 28, 1950 which shows that J. J. Simpson is the legal and record owner of the abutting uplands, and that J. J. Simpson desires to and does waive his preference to purchase the shorelands in favor of the applicant.

A certificate by Seattle Title Company dated March 23, 1950 on file in Application No. 11890 shows J. J. Simpson to be the record owner of the abutting upland.

The application states that the applicant is the record contract purchaser, that J. J. Simpson, 123 - 13th Avenue East, Kirkland, Washington is the owner of the abutting upland, and that there are no improvements on the desired shorelands.

The description follows:

The shore lands of the second class, owned by the State of
Washington, situate in front of, adjacent to, or abutting upon
that portion of Lot 1, Section 20, Township 25 North, Range 6
East, W.M., lying southeasterly of a line running S 45°35' W
from a point in said Lot 1 which is East 630 feet and South 900
feet from the northwest corner thereof, with a frontage of 4.04
lineal chains, more or less.

Respectfully submitted,

RAYMOND F. REID
Chief Engineer

RCC:gbt
App. 12036
Comp. MCV

S. F. No. 455—2-49—3M. 20793.

3-12-51

# COMMISSIONER OF PUBLIC LANDS
### OLYMPIA, WASH.



RECEIVED
MAR 30 1951
COMMISSIONER OF PUBLIC LANDS

# INSPECTOR'S REPORT

Name of Grant _2nd Class Shoreland_ ........... County of _King_ .........

The _In front portion Lot 1_ ........ Sec. _20_ .... Town. _25 N_ Range _6 E_

## TOPOGRAPHY

_See attached sketch_

Purchase

Application No. _12036_

DISTANCE and DIRECTION from corporate limits of any incorporated city or town, navigable lake, stream or body of water.

DISTANCE. _About 4 Miles_

DIRECTION _South of Redmond_

## BACKGROUND—COLORS

Use dark green to represent green timber; vermillion, burnt-over timber land; blue for water, with appropriate indications of swamp or marsh land; yellow, sand, or very poor soil suitable for grazing only, with appropriate indications of scab rock, etc., burnt sienna, flat tint, to represent land and soil suitable for growing crops and where actually cultivated, use the same color ruled with brown suggestive furrows.

Inspected _3-22-51_ , 19

_M E Bowler_
Inspector.

Report written , 19

Inspector.

SOIL—Examine closely, and make soil tests by ten-acre tracts, and report fully as to the character of soil and sub-soil, surface conditions, kinds of crops or products the land will yield, with estimates or amounts per acre. Also whether the land requires irrigation and if so, whether water is available and how or by what method can water be applied.

*How many acres agricultural?* _____ ; *pastoral?* _____ ; *scab?* _____

*Can the land be irrigated?* _____ *If so, state the source and condition of the water supply*
_____

*What is the present market value of the land, exclusive of timber and improvements? (Answer by legal subdivisions and, if necessary, by ten-acre tracts.)*

$40.00 per chain

NOTE: Improvements for the purposes of this report include fencing, diking, draining, ditching, houses, barns, shelters, wells, slashings, clearing, orchards, breaking, and everything that has changed the land from its natural state.

*Describe all improvements in detail, and state the value of each item separately:*

None

**GENERAL REMARKS**

These shorelands are sand and gravel. At the present water level there is a strip of gravel exposed about 40' wide lying below what looks like the line of ordinary high water. The & of the Railroad is about 50' east from high water line and the paved county road is about 90' east of the railroad. The uplands are undeveloped.

**Exhibit 33, Page 5**