IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY

BERT STARES, et al,

    Plaintiffs,

vs.

MAUDE PALMBERG, et al,

    Defendants.

No. 367315

A N S W E R

Comes now the defendants, Stuart L. Stangroom and the community consisting of himself and his wife, Annie Stangroom, and J.A. Zengel, individually and as Administrator of estate of Elizabeth Zengel, deceased, in the above entitled action and in answer to the complaint of the plaintiffs, admit, deny and allege as follows:

I.

Admit that the parties herein, with the exception of Stuart L. Stangroom, are joint owners of the following described property in King County, Washington:

"Those portions of Government Lots 1, 2 and 3 of Section 20, Township 25 North, Range 6 E.W.M., described as follows:

PARCEL "A"

Beginning at a point on the North Line of said Government Lot 1, 630 feet East of the Northwest corner thereof; thence South 900 feet; thence Southwesterly, at right angles to the right-of-way of the Northern Pacific Railway Company (formerly the Seattle and International Railway) to the Northeasterly line of said right-of-way; thence Southeasterly, along said Northeasterly line to the South line of said Government Lot 1; thence East, along said South line to the Southeast corner thereof; thence North, along the East line thereof, to the Northeast corner thereof; thence West, along the North line, to the point of beginning, EXCEPT County Road.

PARCEL "C"

Beginning at the Southeast corner of said Government Lot 2; thence North, along the East line thereof, 310 feet; thence East 90 feet to the

> Northeasterly line of the right-of-way of the
> Northern Pacific Railway Company (formerly the
> Seattle and International Railway); thence South-
> easterly, along said Northeasterly line, to the
> point of beginning. TOGETHER WITH second class
> shore lands adjoining, EXCEPT County Road."

and the second class shore lands adjoining and butting Parcels "B" and "C".

Defendants, Stuart L. Stangroom and J.A. Zengel, individually and as Administrator of estate of Elizabeth Zengel, deceased, deny that the parties herein are joint owners of the following described property in King County, Washington:

> "Those portions of Government Lots 1, 2 and 3 of
> Section 20, Township 25 North, Range 6 E.W.N.,
> described as follows:
>
> PARCEL "B"
>
> "Beginning at the Northeast corner of said Govern-
> ment Lot 2; thence South, along the East line there-
> of, 569.64 feet; thence West 211.58 feet; thence
> Southwesterly, at right angles to the right-of-way
> of the Northern Pacific Railway Company (formerly
> the Seattle and International Railway), 15.3 feet,
> to the Northeasterly line of said right-of-way;
> thence Northwesterly, along said Northeasterly line,
> to the North line of said Government Lot 2; thence
> East, along said North line, to the point of
> beginning, TOGETHER WITH second class shore lands
> adjoining, except County Road.

II.

Admit the allegations contained in Paragraph II of the said complaint.

III.

Deny the allegations contained in Paragraph III of the said complaint. Further answering said complaint and by way of AFFIRMATIVE DEFENSE, defendants Stuart L. Stangroom and J.A. Zengel, individually and as Administrator of estate of Elizabeth Zengel, deceased, in the above entitled action and in answer to the complaint of the plaintiffs, alleges:

I.

That the following described real property situated in King County, Washington, is the community property of the defendants, Annie Stangroom and Stuart L. Stangroom, her husband, and that none of the other parties herein have any interest whatever in the following described real property situated

page 2

in King County, Washington:

"those portions of Government Lots 1, 2 and 3 of Section 20, Township 25 North, Range 6 E.W.M., described as follows:

PARCEL "B"

Beginning at the Northeast corner of said Government Lot 2; thence South, along the East line thereof, 569.34 feet; thence West 221.58 feet; thence Southwesterly, at right angles to the right-of-way of the Northern Pacific Railway Company (formerly the Seattle and International Railway; 15.3 feet, to the Northeasterly line of said right-of-way; thence Northwesterly, along said Northeasterly line, to the North line of said Government Lot 2; thence East, along said North line, to the point of beginning, TOGETHER WITH second class shore lands adjoining, EXCEPT County Road.

WHEREFORE, the defendants having fully answered the plaintiff's Complaint, defendants pray that the plaintiffs recover nothing thereby, and that the defendants have and recover from the plaintiff their costs and disbursements herein to be taxed.

PHILIP W. SCHOEL, Attorney for defendants Stuart L. Stangroom and J.A. Zengel, individually and as Administrator of estate of Elizabeth Zengel, deceased.

STATE OF WASHINGTON )
                    ) ss.
COUNTY OF KING      )

PHILIP W. SCHOEL, being first duly sworn on oath deposes and says that he is the attorney for defendants Stuart L. Stangroom and the community consisting of himself and his wife, Anna Stangroom, and J.A. Zengel individually and as administrator of estate of Elizabeth Zengel, deceased; that he has read the foregoing Answer, knows the contents thereof, believes the same to be true and that all the material allegations of this Answer are within the personal knowledge of Philip W. Schoel.

SUBSCRIBED and SWORN to before me this 11th day of February, 1946.

NOTARY PUBLIC in and for the State of Washington, residing at Seattle

COPY RECEIVED
DATE Feb 11-1946
FIRM
BY

Ex. 20-3