FILED
1946 MAR 29 PM
NORMAN R. RIDDELL CLERK
KING COUNTY, WASH

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY

BERT STARES et al., Plaintiffs

v.

MAUDE PALMBERG et al., Defendants

No. 367315

ANSWER of Estate of Alfred Palmberg, Deceased

Comes now Reah Whitehead Harrison, as administratrix of the estate of the above named defendant Alfred Palmberg, deceased, and answering complaint of plaintiffs herein, admits, denies and alleges as follows:

I

That she, said Reah Whitehead Harrison, is the duly appointed, qualified and acting administratrix of the estate of said defendant Alfred Palmberg, deceased.

II

Admits the allegations contained in paragraph I of said complaint.

III

Admits the allegations contained in paragraph II of said complaint.

IV

Denies each and every other allegation, matter and thing in said complaint contained.

WHEREFORE, having fully answered said complaint, said Reah Whitehead as such administratrix prays that the court make such order and render such judgment herein as may fully protect the interests of said estate of Alfred Palmberg, deceased, and that she have and recover her costs and disbursements herein, and for such other and further judgment as the court may deem just and equitable.

Reah Whitehead Harrison
As Administratrix of the Estate of Defendant Alfred Palmberg, deceased.

Ex 21-1

STATE OF WASHINGTON
County of King  ss

      Reah Whitehead, being duly sworn, on oath states that she is administratrix of the estate of the above named defendant, Alfred Palmberg, deceased; that she has read the foregoing answer, knows the contents thereof, and believes the same to be true.

                                          *Reah Whitehead*

Subscribed and sworn to before me
this ___ day of March, 1946.

*[signature]*

Notary Public in and for the State of
Washington, residing at Seattle