IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY

BERT STARES,

        Plaintiff,

-vs-

MAUDE PALMBERG, ANNIE STANGROOM, GERTIE GORMAN HUGHES, MRS. ARTHUR HARISS, formerly Eileen Stangroom, BESSIE ZENGEL, Deceased, and her heirs, and ALFRED PALMBERG, deceased, and his heirs,

        Defendants.

NO. 367315

ANSWER OF DEFENDANTS PALMBERG AND HUGHES

Come now the defendants Maude Palmberg and Gertie Gorman Hughes, and for answer to the complaint of the plaintiff herein say:

I.

Answering Paragraph I of the complaint, these defendants admit that the parties are joint owners of Parcels A and C of said designated paragraph, but deny all the remainder of said paragraph.

II.

These defendants admit that the plaintiffs desire a partition.

III.

These defendants deny Paragraph III of the complaint and petition.

FOR FURTHER ANSWER AND BY WAY OF A CROSS-COMPLAINT AGAINST THE PLAINTIFF, THESE DEFENDANTS SAY:

I.

That the property involved in this proceeding is the property owned by the parents of the parties hereto. That the plaintiff was the administrator of the estate. That after the

-1-

Ex. 22-1

close of the estate these defendants and the other defendants, while the property was still intact, gave to the plaintiff the taxes to pay upon the said property, relying upon the plaintiff to pay the same. That after some time these defendants discovered that the plaintiff had misappropriated the money and had not paid the taxes, and as a result of which these defendants lost their interest in Parcel B of the property mentioned in the complaint, and same was sold for taxes and the same has become a total loss to these defendants, as well as the money which they advanced to pay the taxes.

II.

That if partition be had in this case these defendants assert that they are entitled to have their portion of Parcel B that was lost by reason of the taxes not being paid charged against the plaintiff, as well as the money which they advanced for taxes and misappropriated by him.

WHEREFORE, having fully answered these defendants pray the equities of this court.

*[signature]*
Attorneys for Defendants
Gertie Gorman Hughes and
Maude Palmberg.

STATE OF WASHINGTON ) ss.
County of King )

GERTIE GORMAN HUGHES, being first duly sworn, on oath deposes and says: That she is one of the answering defendants herein; that she has read the foregoing answer, knows the contents thereof, and believes the same to be true.

*Gertie Gorman Hughes*

SUBSCRIBED AND SWORN TO before me this 17th day of May, 1946.

*[signature]*
NOTARY PUBLIC in and for the State of Washington, residing in Seattle.

-2-

Ex. 22-2