IN THE SUPERIOR COURT OF THE ESTATE OF WASHINGTON FOR KING COUNTY

BERT STARES,
    Plaintiff

-vs-

MAUDE PALMBERG, ANNIE
HOLBROOK, GERTIE GORMAN
HUGHES, MRS. ARTHUR HARRIS,
formerly Eileen Stangroom,
BESSIE ZENGEL, deceased,
and her heirs, and ALFRED
PALMBERG, deceased, and
his heirs,
    Defendants.

NO. 367315

AMENDED ANSWER OF DEFENDANTS
PALMBERG AND HUGHES


FILED
DEC 19 AM 10 54
NORMAN R. RIDDELL CLERK
KING COUNTY WASH

Come now the defendants Maude Palmberg and Gertie Gorman Hughes, and for answer to the complaint of the plaintiff herein says:

I.

Answering Paragraph I of the complaint, these defendants admit that the parties are joint owners of Parcels A and C of said designated paragraph, but deny all the remainder of said paragraph.

II.

These defendants admit that the plaintiffs desire a partition.

III.

These defendants deny Paragraph III of the complaint and petition.

FOR FURTHER ANSWER AND BY WAY OF A CROSS-COMPLAINT AGAINST THE PLAINTIFF, THESE DEFENDANTS SAY:

I.

That the property involved in this proceeding is the property owned by the parents of the parties hereto. That the

-1-

12-18-46
Copy Rec'd
Donmo??
nal

Ex. 27-1

plaintiff was administrator of the estate. That after the close of the estate these defendants and the other defendants, while the property was still intact, gave to plaintiff the taxes to pay upon said property, relying upon plaintiff to pay the same; that after some time these defendants discovered that plaintiff had misappropriated the money and had not paid the taxes, as a result of which these defendants lost their interest in Parcel B of the property mentioned in the complaint, and same was sold for taxes and the same has become a total loss to these defendants, as well as the money which they advanced to pay the taxes.

II.

That if the partition be had in this case these defendants assert that they are entitled to have their portion of Parcel B that was lost by reason of the taxes not being paid charged against the plaintiff, as well as the money which they advanced for taxes and which was misappropriated by him.

III.

That the plaintiff has continuously used and lived on a part of the property involved, namely Parcel A, since 1925, has paid no rent therefor and has used the whole of said Parcel A; that a reasonable rental therefor is $50.00 per month, which plaintiff should be required to pay to defendants as reasonable rental.

For a further Answer, and by way of an Affirmative Defense, these defendants say:

I.

That there is a defect of parties plaintiff and defendant; that as to the property sought to be partitioned in this case there are many other parties interest, who have an interest, and they have not been made defendants, neither have they been made plaintiffs in this cause, and that to proceed with this cause would amount to nothing.

-2-

WHEREFORE, having fully answered these defendants pray the equities of this Court.

_____
Attorneys for Defendants Gertie
Gorman Hughes and Maude Palmberg.

STATE OF WASHINGTON ) 
COUNTY OF KING ) ss.

GERTIE GORMAN HUGHES being first duly sworn on oath deposes and says: That she is the answering defendant herein; that she has read the foregoing Amended Answer, knows the contents thereof, and believes the same to be true.

*Gertie Gorman Hughes*

SUBSCRIBED and sworn to before me this 12th day of December, 1946.

_____
NOTARY PUBLIC in and for the
State of Washington, residing
at Seattle.

-3-