

Ex. 28-1

Ex. 5A-1



A) Installed and used vegetable garden.
B) Planted landscaping as a buffer from the train tracks.
C) Basketball hoop installed after surface was paved.
D) Parking spaces on gravel/grass, then paved.

Ex. 28-2

Ex. 6D-1







Ex. 10A-1





Ex. 28-7

Ex. 14A-1



Ex. 28-8

Ex. 15C-1



Ex. 28-9

Ex. 16A-1