*Beres v. United States*, Case No. 3-785 (Fed. Cl.)

### 1. Plaintiffs Who are Litigating Title

| Case | Plaintiffs | Specific Issue(s) Litigated |
|---|---|---|
| *Collins v. United States*, case no. 04-1472L. | Donald Barrett | Shorelands,[1] adverse possession |
| | D. Michael and Vanessa Collins | Shorelands, adverse possession (one lot)[2] |
| | Howard and Pam Freedman | Shorelands, adverse possession |
| *Nelson v. United States,* case no. 04-1465L. | Robert and Beth Nelson | Shorelands, adverse possession |
| | The Estate of William F. Hughes | Shorelands, adverse possession  (two lots) |
| *Peterson v. United States,* case no. 04-1459L. | Donna Marie Raab Matrinez | *Roeder*; adverse possession |
| *Schroeder v. United States,* case no. 04-1456L. | Clifford and Kathy Schroeder | *Roeder*; adverse possession |
| *Spencer v. United States,* case no. 04-1463L. | Reid and Susan Brockway | *Roeder*; adverse possession |
| | John and Carolyn Rossi | *Roeder*; adverse possession |
| | Raymond and Lael Spencer | *Roeder*; adverse possession |

### 2. Plaintiffs Who are Not Litigating Title

**a. Plaintiffs who are settling.**

| Case | Plaintiffs |
|---|---|
| *Collins v. United States,* case no. 04-1472L. | George Sutherland |

---

[1] The Barretts are not claiming interest in the community beach parcel, which was previously the subject of the dispute concerning metes and bounds. *See* fn2, below.

[2] The Collins Plaintiffs own three parcels at issue. Two of those parcels are no longer in dispute as to title. Those parcels are Tax Lot #9113 and the community beach parcel, addressed in the Government's brief (Doc. 235) in § I.A., concerning metes and bounds.

| | |
|---|---|
| *Chamberlin v. United States,* case no. 04-41457L.<br><br>**All Plaintiffs in this case are settling.** | Hans Apel |
| | Martin and Carol Chamberlin |
| | Beverly Crump, Lowell Jenkins, and Ourania Giannakou-Ariqat |
| | Steven and Karin Farrar |
| | Patrick and Chenoa Haluptzok |
| | Gary Nelson |
| | Craig and Tammy Owens |
| | Lester and Barbara Peterson |
| | Joanne T. Pietromonaco |
| | Frederic and Linda Vicik |
| | Henry and Eden Waggoner |
| *Estate of Pearl Welch v. United States,* case no. 04-1471L.<br><br>**All Plaintiffs in this case are settling.** | Estate of Pearl Welch |
| | Robert and Patricia Folkman |
| | Charles and Anita Karr |
| | David Pickering and Sandra deMers for the Pickering property |
| | Shirley Seil |
| | Paul and JoAnn Spears |
| *Klein v. United States,* case no. 04-1458L.<br><br>**All Plaintiffs in this case are settling.** | Henry and Judy Klein |
| *Lane v. United States,* case no. 04-1468L.<br><br>**All Plaintiffs in this case** | Phyllis Lane |

| | |
|---|---|
| **are settling.** | |
| *Manning v. United States,* case no. 04-1466L.<br><br>**All Plaintiffs in this case are settling.** | DeMeester Family Partnership II |
| | Paul and Joy Manning |
| *Morel v. United States*, case no. 04-1467L. | Karl Crispin, as Personal Representative for the Estate of Rory Crispin |
| *Peterson v. United States,* case no. 04-1459L. | Herb & Judith Gilbo |
| | Clarence Peterson |
| *Ritzen v. United States*, case no. 04-1469L.<br><br>**All Plaintiffs in this case are settling.** | Alex and Jean Ritzen |
| | James Lee Sutter, Fred Robert Sutter, Richard Sutter, Pamela Joy Sutter Spencer, Robert B. Sutter |
| *Spencer v. United States*, case no. 04-1463L. | Estate of Beverly Helling |
| | Thomas and Angela Napier |
| | Debra Grove |
| | Douglas & Jill Hendel |
| | Christine Calderon |
| | Douglas & Joyce McCallum |
| | Estate of Mavis N. Welcome; Karen and Diane Gregory |
| | James and Billie Cairns |
| | William and Lynda Ott |
| | William and Carolyn Daly |
| | Robert Lester |
| | Phillip and Arlene Pielemeier |

|  | Welch Family LLC |
|---|---|
| *Waverly Hills Club v. United States*, No. 04-1474L.<br><br>**All Plaintiffs in this case are settling.** | Mary and Brian Conway |
|  | Scott and Sandra deMers |
|  | Carol Fedigan |
|  | Kosenkranius Family Trust & Evi S. Currie |
|  | Kosenkranius Family Trust |
|  | Leo Kosenkranius, Sandra Kosenkranius, and Kosenkranius Family Trust |
|  | Eugene Liekhus and the Estate of Betty L. Liekhus |
|  | Connie Rie and Franklin E. Olsen, Jr. |
|  | Barbara Petzold |
|  | Foster and Lemoine Radford |
|  | Waverly Hills Club, Inc. |
|  | Bill Wilson & the Lois Wilson Bypass Trust |

**b. Plaintiffs whose properties are at issue in the *Neighbors* case.**

| Case | Plaintiffs |
|---|---|
| *Brown v. United States*, case no. 04-1473L. | Reid and Teresa Brown |
| *Morel v. United States*, case no. 04-1467L. | Gordon and Myrna Conger, Elizabeth and Claus Mueller, Lois Jarman, Douglas and Myrna Conger |
|  | Eugene and Elizabeth Morel |
|  | Ivan Stewart |
|  | Stephen and Jean Guthrie (successors are in *Neighbors* litigation) |

Ex. 1-4

| | Mary Heston (successors are in *Neighbors* litigation) |
| --- | --- |
| | Ashok Kuruganti (successors are in *Neighbors* litigation) |
| | Bernita McNabb |
| | Douglas Schumacher |
| | Charlene A. Tagas |

**c. Plaintiffs whose title is not disputed and whose claim is not settled.**

| *Beres v. United States,* case no. 03-785L. | Warren and Vicki Beres |
| --- | --- |
| *Collins v. United States,* case no. 04-1472L. | D. Michael and Vanessa Collins |