VOL 2600

# WARRANTY DEED

(STATUTORY FORM)

FOR PROPERTY WITHIN THE STATE OF WASHINGTON

THE GRANTOR GUY E. PETERMAN and ELIZABETH M. PETERMAN, his wife

of Seattle county of King State of Washington,

for and in consideration of Ten and 00/100 ($10.00) dollars,

in hand paid, convey and warrant to HILDA E. SPRAGUE

the following described real estate, situate in the county of King state of Washington:

West Half (W½) of Government Lot Three (3) and of the Northeast Quarter (NE¼) of the Southwest Quarter (SW¼) of Section Thirty-two (32), Township Twenty-five (25) North of Range Six (6) East, W. M., described as follows: Beginning at the intersection of the westerly line of the Northern Pacific Railway's Company's right-of-way with the east and west center line of said section; thence along said right-of-way line south 38 degrees, five minutes and thirty-seven seconds west 222.99 feet; thence north fifty-one degrees fifty-four minutes and twenty-three seconds west 190 feet, more or less, to the westerly line of said Government lot; thence northeasterly along said lot line to the northwest corner thereof; thence easterly along said lot line to the point of beginning; TOGETHER with second class shore lands of Lake Sammamish fronting thereon, with the appurtenances.

subject to Restrictions and Reservations of Record.

Dated this 27th day of February, 1947

Guy E. Peterman
Elizabeth M. Peterman

STATE OF WASHINGTON
county of King } ss.

I, the undersigned, a notary public in and for the state of Washington, hereby certify that on this 27th day of February, 1947 personally appeared before me Guy E. Peterman and Elizabeth M. Peterman

to me known to be the individuals described in and who executed the foregoing instrument, and acknowledged that they signed and sealed the same as their free and voluntary act and deed, for the uses and purposes therein mentioned.

Given under my hand and official seal the day and year last above written.

Notary Public in and for the state of Washington



O. L. ANDERSON & ASSOC.

SURVEYORS & ENGINEERS

LEGEND

⊙   Existing Iron Pipe
◎   Existing Iron Pipe in Bulkhead
⊡   Existing Hub and Iron Pipe
△   2x3 Stake (Set)
X   Conc. Nail in Bulkhead (Set)
——   Original shoreline as
shown on Ebright's unre-
corded plat.

N 53°39'05" W
(Measured)

E-W Centerline Sec. 32
(As shown on Unrec. Plat.)

EXIST. FENCE
N 88°53'34" W - 218.46 (Measured)
(Shown as N 89°03'45" W - 220.18 on
Ebright's Sammamish Shores Unrec.)

50     50     30

162.99

282.99

PARCEL "A"

186.60
N 56°31'01" W

N 38°05'37" E

45'   N51°54'23" W

PARCEL "B"

157.71
N 57°21'50" W

45'   N51°54'23"

HOUSE   SHED
GARAGE

N 207.99±
242.99±

NORTHERN   PACIFIC   R.R. R/W

60'   LAKE SAMMAMISH

PARCEL "C"

186.00 (Meas)
N 51°54'23" W

44'

75.00

282.99

EAST LAKE SAMMAMISH ROAD

SURVEY AND DESCRIPTIONS

FOR: FRANK SPRAGUE
IN SEC. 32, T25N, RGE.

January 19, 1967

SCALE: 1" = 50'

DRW. H

GERALD L. ANDERSON
STATE OF WASHINGTON
PROFESSIONAL
REGISTERED
Engineer & Land Surveyor

1421 212TH S. E. ≡ ISSAQUAH, WASHINGTON 98027 ≡ EX 2-6868

Job No. 6702

Ex. 3 O-1



## STEWART TITLE COMPANY

"A Tradition of Excellence"

FILED FOR RECORD AT REQUEST OF

THIS SPACE PROVIDED FOR RECORDER'S USE

WHEN RECORDED RETURN TO

Name: Gordon A. Livengood
LIVENGOOD, CARTER, TJOSSEM, FITZGERALD & ALSKOG

Address: 1313 Market Street
P.O. BOX 908

City, State, Zip: Kirkland, WA 98083-0908

LPB No. 12

### Quit Claim Deed

THE GRANTOR   GEORGE W. RAAB and MILDRED M. RAAB, husband and wife

for and in consideration of   LOVE AND AFFECTION

conveys and quit claims to GEORGE W. RAAB, as his separate estate, an undivided one-half
interest with the intent to sever the community property interest in

the following described real estate, situated in the County of   King   , State of Washington:
together with all after acquired title of the grantor(s) therein:

That portion of government lot 3 and the northeast quarter of the
southeast quarter of section 32, township 25 north, range 6 east,
W.M., in King County, Washington, described as follows:
Beginning at the intersection of the westerly line of the Northern
Pacific Railway Company's right-of-way with the east-west center line
of said section; thence south 38°05'37" west 282.99 feet; thence
north 51°54'23" west 190 feet, more or less, to the westerly line of
said government lot; thence northeasterly along said lot line to the
northwest corner thereof; thence easterly along said lot line to the
point of beginning;
TOGETHER with second class shorelands of Lake Sammamish fronting thereon,
EXCEPT that portion thereof lying southwesterly of the following
described line:
Beginning at a point in the westerly margin of Northern Pacific
Railway Company's right-of-way, distant 162.99 feet measured along
said westerly margin, from the east-west centerline of said section,
as established by the unrecorded plat of Ebright's Sammamish Shores
and Waterfront Tracts; thence north 56°31'01" west 186.60 feet; thence
North 51°54'23" west to the outer limits of said second class shorelands.

Dated   December  21  , 19 92

[signatures]
Mildred M. Raab

By _____
   President

By _____
   Secretary

STATE OF WASHINGTON,   )
                       ) ss
County of   King       )

I hereby certify that I know or have satisfactory evidence that
George W. Raab and Mildred Raab

is the person(s) who appeared before
me, and said person(s) acknowledged that (he, she, they) signed this instrument and
acknowledged it to be (his, her, their) free and voluntary act for the uses and
purposes mentioned in this instrument.

Dated   December 21 , 1992

[signature]
Notary Public in and for the State of Washington,

residing at   Seattle

My appointment expires   12/25/92

STATE OF WASHINGTON,   )
                       ) ss
County of _____      )

I certify that I know or have satisfactory evidence that

_____ is the person(s) who appeared before
me, and said person(s) acknowledged that (he, she, they) signed this instrument, on
oath stated that _____ was authorized to execute
the instrument and acknowledged it as the _____
_____ to be the free and voluntary act
of such party for the uses and purposes mentioned in this instrument.

Dated _____

_____
Notary Public in and for the State of Washington,

residing at _____

My appointment expires _____

E1285320 12/22/1992   .00   .00

Ex. 2 9212221555

9212221555

 **STEWART TITLE COMPANY**

"A Tradition
of Excellence"

FILED FOR RECORD AT REQUEST OF

THIS SPACE PROVIDED FOR RECORDER'S USE

WHEN RECORDED RETURN TO
Name    Gordon A. Livengood
        LIVENGOOD, CARTER, TJOSSEM,
        FITZGERALD & ALSKOG
Address 1313 Market Street
        P.O. BOX 908
City, State, Zip  Kirkland, WA 98083-0908

LPB No. 12

### Quit Claim Deed

THE GRANTOR  GEORGE W. RAAB, a married man as his separate estate

for and in consideration of    LOVE AND AFFECTION

conveys and quit claims to  DONNA MARIE RAAB, as Trustee under the GEORGE W. RAAB
QUALIFIED PERSONAL RESIDENCE TRUST AGREEMENT dated December 21,
1992, an undivided one-half interest in

the following described real estate, situated in the County of         King            , State of Washington:
together with all after acquired title of the grantor(s) therein.

> That portion of government lot 3 and the northeast quarter of the
> southwest quarter of section 32, township 25 north, range 6 east,
> W.M., in King County, Washington, described as follows:
> Beginning at the intersection of the westerly line of the Northern
> Pacific Railway Company's right-of-way with the east-west center line
> of said section; thence south 38°05'37" west 282.99 feet; thence
> north 51°54'23" west 190 feet, more or less, to the westerly line of
> said government lot; thence northeasterly along said lot line to the
> northwest corner thereof; thence easterly along said lot line to the
> point of beginning;
> TOGETHER with second class shorelands of Lake Sammamish fronting thereon,
> EXCEPT that portion thereof lying southwesterly of the following
> described line:
> Beginning at a point in the westerly margin of Northern Pacific
> Railway Company's right-of-way, distant 162.99 feet measured along
> said westerly margin, from the east-west centerline of said section,
> as established by the unrecorded plat of Ebright's Sammamish Shores
> and Waterfront Tracts; thence north 56°31'01" west 185.60 feet; thence
> North 51°54'23" west to the outer limits of said second class shorelands.

Dated     December  21 , 19 92

[signature]

By _____
   President
By _____
   Secretary

STATE OF WASHINGTON,                    STATE OF WASHINGTON,
County of    King                       County of

I hereby certify that I know or have satisfactory evidence that    I certify that I know or have satisfactory evidence that

     George W. Raab                     _____ is the person(s) who appeared before
_____        me, and said person(s) acknowledged that (he,she,they) signed this instrument, on
is the person(s) who appeared before me,   oath stated that _____ authorized to execute
and said person(s) acknowledged that (he/she/they) signed this instrument and   the instrument and acknowledged it as the
acknowledged it to be (his,her,their) free and voluntary act for the uses and   _____ to be the free and voluntary act
purposes mentioned in the instrument.    of such party for the uses and purposes mentioned in this instrument.

Dated    December  21 , 1992

[signature]
[notary seal: GORDON A. LIVENGOOD, NOTARY PUBLIC, DEC..., STATE OF WASH]

Notary Public in and for the State of Washington,   _____ Public in and for the State of Washington,
residing at    Seattle
My appointment expires    12/25/92     _____ appointment expires

D-2

E1285924 12/22/1992     .00     .00

Ex 3P-2

9212221556

9212221556

9212221556

IF THE DOCUMENT IN THIS FRAME IS LESS CLEAR THAN THIS NOTICE
IT IS DUE TO THE QUALITY OF THE DOCUMENT.



**STEWART TITLE COMPANY**

"A Tradition
of Excellence"

FILED FOR RECORD AT REQUEST OF

THIS SPACE PROVIDED FOR RECORDER'S USE

WHEN RECORDED RETURN TO

Name       Gordon A. Livengood
           LIVENGOOD, CARTER, TJOSSEM,
           FITZGERALD & ALSKOG
Address    1313 Market Street
           P.O. BOX 908
City, State, Zip  Kirkland, WA 98083-0908

LPB No. 12

**Quit Claim Deed**

THE GRANTOR   MILDRED M. RAAB, a married woman as her separate estate

for and in consideration of   LOVE AND AFFECTION

conveys and quit claims to   DONNA MARIE RAAB, as Trustee under the MILDRED M. RAAB
QUALIFIED PERSONAL RESIDENCE TRUST AGREEMENT dated December _21_, 1992,
an undivided one-half interest in

the following described real estate, situated in the County of          King          State of Washington:
together with all after acquired title of the grantor(s) therein:

That portion of government lot 3 and the northeast quarter of the
southwest quarter of section 32, township 25 north, range 6 east,
W.M., in King County, Washington, described as follows:
Beginning at the intersection of the westerly line of the Northern
Pacific Railway Company's right-of-way with the east-west center line
of said section; thence south 38°05'37" west 282.99 feet; thence
north 51°56'23" west 190 feet, more or less, to the westerly line of
said government lot; thence northwesterly along said lot line to the
northwest corner thereof; thence easterly along said lot line to the
point of beginning;
TOGETHER with second class shorelands of Lake Sammamish fronting thereon.
EXCEPT that portion thereof lying southwesterly of the following
described line:
Beginning at a point in the westerly margin of Northern Pacific
Railway Company's right-of-way, distant 162.99 feet measured along
said westerly margin, from the east-west centerline of said section,
as established by the unrecorded plat of Ebright's Sammamish Shores
and Waterfront Tracts; thence north 56°31'01" west 186.60 feet; thence
North 51°56'23" west to the outer limits of said second class shorelands.

Dated ___December 21___, 19 92

_Mildred M. Raab_

By _____
        President
By _____
        Secretary

STATE OF WASHINGTON,          }
                              } ss
County of   King              }

I hereby certify that I know or have satisfactory evidence that

        Mildred M. Raab
_____ is the person(s) who executed before me,
and said person(s) acknowledged that she/he/they signed this instrument and
acknowledged it to be the/his/her/their free and voluntary act for the uses and
purposes mentioned in this instrument.

Dated   December 21, 19__

_Gordon A. Livengood_
Notary Public in and for the State of Washington,
residing at   Seattle
My appointment expires   12/25/92

STATE OF WASHINGTON,          }
                              } ss
County of _____ }

I certify that I know or have satisfactory evidence that _____
_____ is the person(s) who appeared before
me, and said person(s) acknowledged that she/he/they signed this instrument, on
oath stated that _____ authorized to execute
the instrument and acknowledged it as the _____
_____ to be the free and voluntary act
of such party for the uses and purposes mentioned in this instrument.

Dated _____

_____
Notary Public in and for the State of Washington,
residing at _____
My appointment expires _____

D-1

E1285926  12/22/1992      .00      .00

IF THE DOCUMENT IN THIS FRAME IS LESS CLEAR THAN THIS NOTICE.
IT IS DUE TO THE QUALITY OF THE DOCUMENT.

9212221557

Ex 3P-3
9212221557



**STEWART TITLE COMPANY**

"A Tradition of Excellence"

FILED FOR RECORD AT REQUEST OF

THIS SPACE PROVIDED FOR RECORDER'S USE

WHEN RECORDED RETURN TO
Name: Gordon A. Livengood
LIVENGOOD, CARTER, TJOSSEN,
FITZGERALD & ALSKOG
Address: 1313 Market Street
P.O. BOX 908
City, State, Zip: Kirkland, WA 98083-0908

LPB No. 12

### Quit Claim Deed

THE GRANTOR  GEORGE W. RAAB and MILDRED M. RAAB, husband and wife

for and in consideration of  LOVE AND AFFECTION

conveys and quit claims to  MILDRED M. RAAB, as her separate estate, an undivided one-half interest with the intent to sever the community property interest in

the following described real estate, situated in the County of  King  State of Washington;
together with all after acquired title of the grantor(s) therein:

That portion of government lot 3 and the northeast quarter of the southwest quarter of section 32, township 25 north, range 6 east, W.M. in King County, Washington, described as follows:
Beginning at the intersection of the westerly line of the Northern Pacific Railway Company's right-of-way with the east-west center line of said section; thence south 38°05'37" west 282.99 feet; thence north 51°54'23" west 190 feet, more or less, to the westerly line of said government lot; thence northwesterly along said lot line to the northwest corner thereof; thence easterly along said lot line to the point of beginning;
TOGETHER with second class shorelands of Lake Sammamish fronting thereon, EXCEPT that portion thereof lying southwesterly of the following described line:
Beginning at a point in the westerly margin of Northern Pacific Railway Company's right-of-way, distant 162.99 feet measured along said westerly margin, from the east-west centerline of said section, as established by the unrecorded plat of Ebright's Sammamish Shores and Waterfront Tracts; thence north 56°31'01" west 186.60 feet; thence North 51°54'23" west to the outer limits of said second class shorelands.

Dated  December  21  19 92

George W. Raab
Mildred M. Raab

By _____
      President
By _____
      Secretary

STATE OF WASHINGTON,
County of  King

I hereby certify that I know or have satisfactory evidence that
George W. Raab and Mildred Raab
_____ is the person(s) who appeared before me,
and said person(s) acknowledged that (he/she/they) signed this instrument, and
acknowledged it to be (his/her/their) free and voluntary act for the uses and
purposes mentioned in this instrument.

Dated  December 21, 1992

Gordon A. Livengood
Notary Public in and for the State of Washington
residing at  Seattle
My appointment expires  12/25/92

STATE OF WASHINGTON
County of _____

I certify that I know or have satisfactory evidence that
_____ is the person(s) who appeared before
me, and said person(s) acknowledged that (he/she/they) signed
this instrument, on oath stated that _____
the instrument and acknowledged it as the _____
to be the free and voluntary act
of such party for the uses and purposes mentioned in the instrument.

_____
_____ and for the State of Washington
_____
_____
_____

E1205328  12/28/1992    .00    .00

No. _544016_

_P. & N. Valentine_
TO
_King County_

# QUIT-CLAIM DEED

The grantor _herein P. & N. Valentine_ _____

for the consideration of _One ___ "00 _____ Dollars

and also of benefits to accrue to _____ by reason of laying out and establishing a public road through ____ property, and which is hereafter described, convey.. release.. and quit-claim.. to the County of King, State of Washington, for use of the Public forever, as a public road and highway, all interest in the following described real estate, viz:

Description by _right foregut, to _ recorded _by 10, Ex..

     A strip of Land 60 ft. in width in Lot 2, Sec. 31 Twp. 25 N. R. 6 E., both the east Line of which is described as follows:

     Beginning at a point on the south line of said Lot 2, 190 ft. more or less the east of the S.E. cor. of said Sec. 31, Thence running parallel with and 60 ft. east of this N.P. Ry track to a point of the East line of said Lot 2, a distance of 130 more or less.

     Containing .80 Acres, more or less - - - - - - - - - -
     Right of Way Morehan Road - - - - - - - - -

situated in the County of King, State of Washington.

Dated this _____ day of _April_ _____ A. D. 190_.

Witnesses _____ _P. & N. Valentine_

State of Washington, } ss.
County of _King_

On this _____ day of _April_ _____ 190_, before me, a Notary Public in and for the State of Washington, duly commissioned and sworn, personally came _P. & N. Valentine_ to me known to be the individual.. described in and _____ executed the within instrument and acknowledged to me that _____ signed and sealed the same as _____ free and voluntary act and deed for the uses and purposes therein mentioned.

Witness my hand and official seal the day and year first above written.

_C. E. Eastings_
Notary Public in and for the State of Washington, residing at _Seattle_

Filed for record at the request of _J. P. Joguim County Auditor_ on the _13_ day of _June_ 1905.

at _50_ minutes past _11_ o'clock _A._ M.

_____ County Auditor.

Ex. 3Q-1

628

Signed and Sealed
in Presence of          D.L.CO.CORP.SEAL       - - - DENNY LAND COMPANY
P. F. MURPHY                                BY O.O. DENNY  ITS PRESIDENT.

                                        ATTEST:  MARGARET L. DENNY
                                                        ITS  SECRETARY.

                                        VICTOR CLEMENTS      (SEAL)

STATE OF WASHINGTON)
                   (SS
COUNTY OF KING     )

On this 15th day of April A.D. 1911 before me  the undersigned a Notary Public in .s

and for the State of Washington duly commissioned and sworn personally appeared O.O. Denny

and Margaret L. Denny to me known to be the President and Secretary of the Denny Land Com-

pany, the corporation that executed the within and foregoing instrument and acknowledged

the said instrument to be the free and voluntary act and deed of said corporation for the

uses and purposes therein mentioned and on oath stated that they were authorized to execute

said instrument and that the seal affixed is the corporate seal of said corporation.

In Witnesseth Whereof, I have hereunto set my hand and affixed my official seal the day

and year in this certificate first above written.

F.F.M.NOTARIAL SEAL                               F..F. MURPHY
COM.EX.NOV.28,1914
- - - - - - - -Notary Public in and for the State of Washington, residing at Seattle.

Filed for record at request of Grantee Apr 17 1911 at 55  min past 10 A.M.

                                          Otto acara
SS                                         COUNTY AUDITOR
742042                     9999
T. N. TALLENTIRE
        TO                                      WARRANTY DEED

OTTO  JOHNSON et ux.

                        WARRANTY DEED- STATUTORY FORM.

THE GRANTOR, T.N. Tallentire, a bachelor, of Seattle, Washington, for and in consider-

ation of Five thousand and forty Dollars ($5040.00) in hand paid conveys and warrants to

Otto Johnson and his wife, Annie Johnson, both of Car_bonado, Washington, the following

described real estate:

Lot two (2) in Section thirty-one (31) and lot four (4) and the southeast quarter

of the southwest quarter both in Section thirty-two (32) all in Township twenty-five (25)

north of Range six (6) east, W.M., except the following piece of land, to-wit:

Beginning at a point between Section five and six, Township twenty-four north  of

Range six east, W.M. and Sections  thirty-one and thirty-two Township twenty-five, north

of Range six east, W.M., and runs Six hundred and twenty-four feet east, thence Four hun-

dred and sixteen feet north; thence Six hundred and twenty-four feet west; thence Four

hundred and sixteen feet south to the place of beginning being a part of lot four above

described, containing six acres more or less; which said six acres shall in no way be af-

fected by this Deed but shall still be and remain the property of said T.N. Tallentire.

As part of the said purchase price and consideration causing said T.N. Tallentire to

execute this deed, is that said Otto Johnson and his wife Annie Johnson do hereby assume

and agree to pay when due that certain Mortgage and note made and executed by T.N. Tallen-

tire, in favor of Robert McCormick, under date of June 3, 1908 for Thirty-five hundred Dol-

lars ($3500) together with all interest that has or may accrue thereon at the rate of seven

per cent (7%) per annum, which said note and Mortgage is payable about June 3, 1910, and

is a lien on above described property and which Mortgage is recorded in Volume  419 Mort-

624

gage records of King County, Washington, at page 290; situated in the County of King, State of Washington; all taxes assumed by grantee.    Dated this 5 day of February 1909.

Witnesses                                                    T.N. TALLENTIRE
EVERETT SMITH

STATE OF WASHINGTON)
                                (SS
COUNTY OF KING        )

    I, the undersigned, a Notary Public do hereby certify that on this 5th day of February 1909, personally appeared before me the said T.N. Tallentire, a bachelor, to me known to be the individual described in and who executed the within instrument and acknowledged that he signed and sealed the same as his free and voluntary act and deed for the uses and purposes therein mentioned.

    Given under my hand and official seal this 5th day of February 1909.

E.S.NOTARIAL SEAL                           EVERETT SMITH
COM.EX.MAY 27,1910
- - - - - - - -Notary Public in and for the State of Washington,residing at Seattle.

    Filed for record at request of Everett Smith Apr 17 1911 at 2 min past 11 A.M.

SS                                          COUNTY AUDITOR

742075    EUGENE E. HAROLD                ####

                    TO                                      QUIT-CLAIM DEED

J. C. HEITMAN

    THIS INDENTURE, Made this Eighth day of October A.D. 1910, between Eugene E. Harold, a bachelor party of the first part and J.C. Heitman  party of the second part;

    WITNESSETH: That the said party of the first part for and in consideration of the ni sum of One Dollar and other valuable considerations  lawful money of the United States of America to him in hand paid by the said party of the second part, does by these presents, remise, release convey and quit-claim unto the said party of the second part his heirs, executors, administrators and assigns all interest of the party of the first part in the following described real estate, lying and being in the County of King State of Washington, to-wit:

    Lots twenty-one (21) and twenty two (22) Block thirteen (13) Ross 2nd Addition to the City of Seattle, King County Washington;

    To have and to hold, unto the said party of the second part his heirs executors, administrators and assigns forever all the interest of the party of the first part in th the above described premises with al the privileges and appurtenances thereto belonging.

    In Witness Whereof, The said party of the first part has hereunto set his hand and seal the day and year first above written.

Signed and Sealed                           EUGENE  E. HAROLD  (SEAL)
in the Presence of
WILLIAM  T. JOHNSTON

STATE OF WASHINGTON)
                                (SS
COUNTY OF KING        )

    I, the undersigned a Notary Public in and for the State of Washington, residing at Seattle in said County do hereby certify that on this Sixth day of December A.D. 1910 personally appeared before me Eugene E. Harold (a bachelor of Seattle Washington) to me known to be the  individual described in and who executed the within instrument and acknowledged that he signed and sealed the same as his free and voluntary act and deed for

Ex. 3R-2

In the Superior Court of the State of Washington
FOR THE COUNTY OF KING

## IN PROBATE

IN THE MATTER OF THE ESTATE OF

OTTO KYYPPA JOHNSON, Deceased.

No. 43048

PETITION FOR LETTERS OF
ADMINISTRATION

To the Honorable Judge of the Above Entitled Court:

The PETITION OF..... ANNA JOHNSON

respectfully shows to this Court:

That Otto Kyyppa Johnson............ died in ........ Renton........................... in the County of ...... King................, and State of.....Washington..........., on the......5th....day of July........., A. D. 19.22, and that ...he was, at the time of his........ death, a resident of Redmond......., in the County of ......King..............., in the State of .. Washington...........

That the decedent left no will.

That the said decedent left estate in the State of Washington subject to administration consisting of real estate on Lake Sammamish about 50 acres, and a shorelands, and one Paige car;

................................................of the probable value of $ 3750.00................

That the said decedent left surviving the following heirs:

| Name | Age | Relationship | Address | Estimated Value of Distributive Shares |
|------|-----|-------------|---------|-----|
| Anna Johnson | 52 | Widow | Redmond, Washington | |
| Haas Alfred Johnson | 27 | Son | Redmond, Washington | |
| Irene Violet Johnson Brown | 26 | Daughter | Redmond, Washington | |

FILED
IN COUNTY CLERK'S OFFICE
KING COUNTY, WASH.
OCT 20 1927
ABE N. OLSON
By H. C. O_____

That Anna Johnson .....................................a resident of .. Redmond........................... in the County of ......King ......................................and State of Washington, is qualified to act as administratrix of said estate, ..........................................

WHEREOF, your petitioner... pray s that ...she , Anna Johnson ,...................... be appointed administratrix..... of said estate..................................... and that letters of administration ........................................ upon said estate be issued to her............................................

STATE OF WASHINGTON }
COUNTY OF KING }

anna johnson
Petitioner.

.... ANNA JOHNSON ............ Being first duly sworn, on oath, says: That ..she is the Petitioner.. named in the foregoing petition.... that ..she. ha.. heard said petition read, knows the contents thereof and believes the same to be true.

anne Johnson

Subscribed and sworn to before me this ....20th.... day of ...October............, 19.27.

Notary Public in and for the State of Washington, residing at Seattle.

.....Attorney... for Petitioner.

Address 907 Arctic Building,
Seattle, Washington

In the Superior Court of the State of Washington, County of King

## IN PROBATE

IN THE MATTER OF THE ESTATE OF          No. 13018

OTTO HYYPPA JOHNSON, Deceased.     **Inventory and Appraisement**

STATE OF WASHINGTON, } ss.
COUNTY OF KING.

ANNA JOHNSON, administratrix                    of the above named

Estate being duly sworn on h 8 r     oath, says that the within is a true Inventory of all the Estate of said decedent
coming in h  8 r   hands.

_anna Johnson_

Subscribed and sworn to before me this   20   day of   October   192 7

_Notary Public in and for the State of Washington, residing at Seattle, Washington._

STATE OF WASHINGTON, } ss.
COUNTY OF KING.

J. J. Lundell, John W. Barlow and Joseph E. Thomas
being first duly sworn on oath, each for himself says: That he will truly, honestly and impartially appraise the
property of said estate which shall be exhibited to him, to the best of his knowledge and ability.

_J. J. Lundell_

_John W. Barlow_

_Joseph E. Thomas_

Subscribed and sworn to before me this   2   day of   October   192 7

_Notary Public in and for the State of Washington, residing at Seattle, Washington._

### INVENTORY

| REAL ESTATE | APPRAISED VALUE |
|---|---|
| Lot Four except Railroad right of way, less South 416 | |
| feet of West 624 feet thereof, and less County road and | |
| shorelands adjoining and Southeast quarter of Southwest | |
| quarter, all less North twenty acres, in Section 32, | |
| Township 26 North Range 6 E. W. M. | |
| Also Lot Two, less South 100 feet and less Railroad | |
| and less County road and all shorelands adjoining said | |
| lot, in Section 31, Township 26 North Range 6 E. W. M. | |
| | |

FILED
King County, Wash.
OCT 20 1927
ABE N. OLSON
By H. O. GORDON
Deputy

| Total amount of Real Estate Carried Forward | 3750 — |



FILED
KING COUNTY, WASH.
APR 24 1928
ABE N. OLSON
By GLENN ... DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY

IN PROBATE

In the Matter of the Estate

of

OTTO HYYPPA JOHNSON,

Deceased.

NO. 43048

FINAL ACCOUNT AND REPORT AND
PETITION FOR DISTRIBUTION

Comes now Anna Johnson, administratrix of the estate of
Otto Hyyppa Johnson, deceased, and for a final account and report
and petition for distribution represents as follows:

I.

That on or about the 5th day of July, 1922 the said Otto
Hyyppa Johnson died within King County, Washington, leaving an
estate therein consisting of real and personal property.

II.

That on or about the 20th day of October, 1927 the under-
signed caused to be filed in the above entitled court her petition
praying for her appointment as administratrix of the estate of said
decedent, and at the time of filing said petition the undersigned
also filed in said estate a document setting forth the date of the
death of the said decedent, his place of residence, the name and
residence of the undersigned, as well as the name and address of
the attorney for the undersigned and the nature and estimated value
of the estate of said decedent, together with the names and addresses
of the heirs at law and next of kin of the said decedent, conforming
in all respects with the statutes of the State of Washington in that
behalf provided.

III.

That such proceedings were duly had and taken as that on
the 20th day of October, 1927 the undersigned was by the above en-
titled court duly appointed administratrix of the estate of said de-

cedent and thereupon qualified according to law and the order of
her appointment, and has ever since been and now is the duly ap-
pointed, qualified and acting administratrix of the estate of said
decedent.

IV.

That within thirty days after the appointment of the under-
signed as such administratrix she caused to be filed with the clerk
of the above entitled court an inventory of all of the property of
the said decedent which had come to her knowledge, hands, possession
or control, and that no property whatsoever has come to the know-
ledge or possession of the undersigned except such as is shown by
the said inventory, and that the property therein described has been
duly appraised by three disinterested persons appointed by the court
herein to appraise said estate, and that a report has been returned
into court by the said appraisers showing the appraised valuation
of the said estate to be the sum of $3760.00.

V.

That the undersigned caused to be published in The Argus,
a weekly newspaper published within King County, Washington and of
general circulation therein, a notice to creditors to present their
claims against said estate, together with a notice of the appoint-
ment and qualification of the undersigned as administratrix herein,
which said notice conformed in all respects to the statute in such
cases made and provided, the first publication thereof being on
the 22nd day of October, 1927, and that after said notice was pub-
lished in the manner required by law a return thereof was made by
the publisher of the paper in which said notice to creditors was
published by affidavit duly filed in the above entitled court, and
that the last day within which creditors had to present their claims
was the 23rd day of April, 1928.



## VI.

That the inventory and appraisement on file herein shows real property described as follows:

Lot Four except Railroad right of way, less South 416 feet of West 624 feet thereof, and less County Road and shorelands adjoining and Southeast quarter of South-west quarter, all less North twenty acres, in Section 32, Township 25 North, Range 6 E. W. M.
Also Lot Two, less South 100 feet and less Railroad and less County road and all shorelands adjoining said lot, in Section 31, Township 25 North, Range 6 E. W. M. All in King County, Washington,

and personal property consisting of one Paige car, and that sub-sequent to the commencement of this proceeding the only issue of the marriage of the undersigned and the decedent made, executed acknow-ledged and delivered to the undersigned a deed of conveyance wherein and whereby all of the right, title and interest of the issue of said marriage in the said real property passed to the undersigned, which deed was recorded November 9, 1927 in Volume 1371 of Deeds, page 387, records of the County Auditor's office of King County, Washington, and that thereby the undersigned succeeded to and is now the sole owner of all of the real property involved in this proceeding.

## VII.

That the expenses of the last sickness of the decedent, together with the funeral expenses and all claims against said estate or the said decedent have been paid in full, excepting only the ex-penses of administration herein and an inheritance tax if any be due, and that the time for filing claims against said estate has fully expired.

## VIII.

That the next of kin and heirs at law of the said decedent are as follows:

Anna Johnson, widow, residing at Redmond, Washington, be-ing the undersigned.
Hans Alfred Johnson, son, residing at Redmond, Washington.
Irene Violet Johnson Brown, daughter, residing at Red-mond, Washington.

IX.

That the undersigned employed Robert D. Hamlin, Esq., a member of the bar of the State of Washington, to conduct this proceeding for the undersigned and has counseled and advised with the said attorney during the pendency thereof.

WHEREFORE, the undersigned prays that a day may be fixed for the hearing of this report and account and petition for distribution, and that due notice thereof be given according to law; upon the hearing of this petition proof be taken and that the persons entitled to share in said estate be determined and that the account of the undersigned be settled and approved and the same allowed and confirmed; that the court make provision for the expenses incident to the closing of the estate and fix the compensation for the undersigned for services herein, as well as the compensation of the attorney for the undersigned for services herein; that the property of the estate may be distributed to the persons entitled to the same and that the undersigned, after having performed said decree of distribution and after the closing of said estate, may be honorably discharged and her bondsman exonerated, and that she have such other and further or different relief as the court may deem meet and equitable and consistent with the proof offered at said hearing.

_____
Attorney for Administratrix.

anna johnson
Administrator of said Estate

STATE OF WASHINGTON } ss.
COUNTY OF KING }

ANNA JOHNSON, being first duly sworn deposes and says
that she is the person administering upon the above entitled estate
and the person who made and signed the foregoing final account and
report and petition for distribution; that she knows the contents
thereof and that the same contains a full and true account of the
said estate and of all the moneys and property which have come
to her hands, possession or knowledge, and that the same is true
and correct.

*Anna Johnson*

Subscribed and sworn to before me this 24th day of April,
A. D. 1928.

Notary Public in and for the State of
Washington, residing therein at Seattle.

Ex. 3S-7

## QUIT CLAIM DEED

The Grantors -- HANS ALFRED JOHNSON and IRENE VIOLET JOHNSON BROWN, for and in consideration of Ten ($10.00) Dollars in hand paid, convey and quitclaim to ANNA JOHNSON, the following described real estate, situated in the County of King, State of Washington, to-wit:

> Lot Four except Railroad right of way, less
> South 416 feet of West 624 feet thereof, and
> less County road and shorelands adjoining, and
> Southeast quarter of Southwest quarter, all
> less North twenty acres, in Section 32, Town-
> ship 26 North Range 6 E. W. M.

Also,

> Lot Two, less South 100 feet and less Railroad
> and less County road and all shorelands adjoin-
> ing said lot, in Section 31, Township 26 North
> Range 6 E. W. M.

Dated this 5th day of November, A. D. 1927.

*Hans Alfred Johnson*

*Irene Violet Johnson Brown*

Grantors.

STATE OF WASHINGTON )
                     ) ss.
COUNTY OF KING       )

On this 5th day of November, A. D. 1927, before me, the undersigned, a Notary Public in and for the State of Washington, duly commissioned and sworn, personally appeared HANS ALFRED JOHNSON and IRENE VIOLET JOHNSON BROWN, to me known to be the individuals described in and who executed the foregoing instrument, and acknowledged to me that they signed and sealed the said instrument as their free and voluntary act and deed for the uses and purposes therein mentioned.

Witness my hand and official seal hereto affixed the day and year in this certificate above written.

*MBManning*

Notary Public in and for the State
of Washington, residing at Issaquah.

## In the Superior Court of the State of Washington
## for the County of King

IN THE MATTER OF THE GUARDIANSHIP

OF

ANNA JOHNSON,

An Incompetent

142545

**Copy of Within Received**
OCT 18 1956
CHARLES O. CARROLL
PROSECUTING ATTORNEY

PETITION FOR APPOINTMENT

OF GUARDIAN

FILED

OCT 18 PM 42

TO THE HONORABLE JUDGE OF THE ABOVE ENTITLED COURT:

Your Petitioner respectfully shows:

That the above named ............ ANNA JOHNSON

aged / 80 years, is ....... an incompetent person

and a resident of .... King .... County, State of .... Washington

now in the care and custody of .... your petitioner

residing at Rt. 1, Box 1600, Redmond, Wn. and in need of a Guardian.

That said estate consists of .... real estate in King County and a bank

account of less than a thousand dollars plus personal effects

of the approximate value of $ ............

That .... IRENE V. GLADD, is her daughter

.... and has the legal

qualifications to act as Guardian for the person and estate of said .... ANNA JOHNSON

.... Wherefore .... IRENE V. GLADD

prays for an order of said Court appointing .... her

Guardian of the person and estate of said .... Anna Johnson.

*Irene V. Gladd*

Petitioner.

STATE OF WASHINGTON, }
                       } SS.
County of King.        }

.... IRENE V. GLADD .... being first duly sworn,

deposes and says: That .... she is the petitioner above named; that .... she has read the foregoing petition

and knows the contents thereof and that the same is true.

*Irene V. Gladd*

Sworn to and subscribed before me this 16th day of .... October .... 19 56

*Daniel Brink*

Notary Public in and for the State of Washington,
residing at Seattle.

*Daniel Brink*

Attorney for Petitioner.



(VOL 817 PG 143)

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY.
IN PROBATE.

IN THE MATTER OF THE GUARDIANSHIP

OF

ANNA JOHNSON,

In Incompetent.

No. 142545.

ORDER AUTHORIZING SALE OF REAL
PROPERTY AT PRIVATE SALE.

FILED

The above entitled matter coming on for hearing this day in
open court upon the petition of Irene W. Johnson, the Guardian of the
above named Ward, asking for an order to be entered herein, authorizing
her to sell a portion of the real property belonging to said Ward, and
it appearing to the Court from the records and files herein and testimony
adduced at the hearing thereof, that there is no personal property belong-
to the Ward which can be sold and that there is in the hands of the Guardian
the sum of $13.21 only, and that there are certain outstanding obligations
to be liquidated which were heretofore authorized by the Court, and that
it is necessary to sell a portion of the land owned by said Ward and it will
be to her advantage to have same sold at the present time and that the
Guardian believes the same can be sold for cash which will amply provide for
the care of said Ward, and that the said petition should be granted,

It is now, therefore, hereby ORDERED that the said Guardian
be and she hereby is authorized to sell the hereinafter described real
property to the highest and best bidder for cash or upon such terms as shall
be to the advantage of the estate of the said Ward upon giving notice of
said sale in the manner provided by law, said real property being more
particularly described as follows, to-wit:

That portion of Government Lot 4, Section 33, Township 24 North,
Range 5 East W.M.M situate in King County, State of Washington, approximately
described as follows:
    Starting at a point which is 229.55 feet east and 854.91 feet North
of the Southwest corner of said section and running Northwesterly 50
feet along the Northwesterly margin of the Northern Pacific Railroad
right of way to the point of beginning; thence North 70° 28' 04" west to
the shore of Lake Sammamish; thence Southwesterly along said shoreline
to a line which is parallel to and 250 feet Southwesterly of said
line.

VOL 817 PAGE 144

inital course of 70° 28 04" west; thence South 70° 28' 04" east
along said parallel line to the Northwesterly margin of the Northern
Pacific Railroad right of way; thence Northerly along said margin to the
point of Beginning, EXCEPT the Northeaster 100 feet thereof; and EXCEPT
THAT THERE SHALL BE RESERVED to the Vendor, her heirs, successors and
assigns the right to enter upon said premises for the purpose of taking
from the spring upon said premises such amount or amounts of spring water
which may be required for their personal use upon the various parcels of
real estate now owned by said Ward adjoining on the South and for the use
of Harry J. Gladd and Irene V. Gladd, their heirs, successors or assigns.

Done in open court this ____ day of June, 1961.

_____
Judge of the Superior Court.

Presented by:

J.W. ____
Attorney for Estate.

-2-



**SALES TAX LIEN PAID**

GUARDIAN'S DEED

This indenture made in the City of Seattle, County of King, and State of Washington, on the 24 day of July, 1961, between IRENE V. GLADD as Guardian of the person and property of ANNA JOHNSON, an incompetent, Grantor herein, and WILLIAM H. WILLIAMS and VIOLET M. WILLIAMS, his wife, Grantees, herein WITNESSETH:

That she is the duly appointed Guardian of the person and property of said Anna Johnson and that on the 19th day of June, 1961, in the Superior Court of the State of Washington for King County, "In the Matter of the Guardianship of Anna Johnson, An Incompetent," bearing Number 142545, she was duly and regularly authorized to sell the hereinafter described real property at private sale to the highest and best bidder therefor and after due notice thereof said property was sold to Grantees and return thereof made to the Court, which said sale was duly and regularly confirmed by said court, for the purchase price of Nineteen Thousand Dollars; now by virtue of the authority and power given to her by said order of Court and in consideration of the payment of Nineteen Thousand Dollars, paid by Grantees, the Grantor does hereby grant and convey unto Grantees, their heirs and assigns, forever, all the right, title and interest in that certain lot, piece or parcel of land bounded and described as follows:

That portion of Government Lot 4, Section 32, and Lot 2, Section 31 in Township 25 North, Range 6 East, W.M., situate in King County, State of Washington, particularly described as follows:

Starting at a point which is 229.36 feet East and 834.91 feet North of the Southwest corner of said Section 32 and running Southwesterly 66 feet along the Northwesterly margin of the Northern Pacific Railroad right of way to the point of beginning; thence North 70°28'04" West to the shore of Lake Sammamish; thence Southwesterly along said shore line to a line which is parallel to said 260 feet Southwesterly of said initial course of 70°28'04" East; thence South 70°28'04" East along said parallel line to the Northwesterly margin of the Northern Pacific Railroad right of way; thence Northerly along said margin to the point of beginning; EXCEPT the Northeasterly 100 feet thereof;

TOGETHER with second class shore lands adjoining;

This deed is given subject also to exceptions and reservations contained in the deed from the State of Washington, recorded under Auditor's file No. 259-667 whereby the grantor saves, excepts and reserves all oils, gases, coal, minerals and fossils, etc., together with the right to enter upon said lands for the purpose of opening, developing and working mines, etc., provided that no rights shall be exercised under this reservation until provision has been made by the State, its successors

-1-

**Vol. 4178 Pg. 172**

Ex. 3V-1

VOL 4173 PAGE 173

or assigns, for full payment of all damages sustained by owner by
reason of such entering.

To have and to hold the premises herein granted unto the said
Grantees, their heirs, successors and assigns for ever.

IN WITNESS WHEREOF, the Grantor has hereunto set her hand and
seal, the day and year first above written.

*Irene V. Ladd*

As Guardian of the person and property
of Anna Johnson, an incompetent.

STATE OF WASHINGTON)
                    ) ss
COUNTY OF KING.     )

On this day personally appeared before me, Irene V. Ladd,
to me known to be the individual described in and who executed the
within and foregoing instrument, and acknowledged that she signed the
same in her capacity as Guardian of the person and property of Anna
Johnson , an Incompetent person, as her free and voluntary act and
deed, for the uses and purposes therein mentioned.

Given under my hand and official seal this 24 day of July, 1961.

*Helen M. McHugh*

Notary Public in and for the State
of Washington, residing at Seattle.

Ex. 3V-2

# Property Survey for Clifford and Kathy Schroeder



Record of Survey for Clifford and Kathy Schroeder

Ex. 3W-1



VOL **4495** PAGE **202**

5689468

5689468

Statutory Warranty Deed

FORM L93

## Statutory Warranty Deed

THE GRANTOR   IRENE V. GLADD, as her separate estate

for and in consideration of   TEN DOLLARS and other good consideration

in hand paid, conveys and warrants to   RICHARD B. HOOPER

the following described real estate, situated in the County of   KING   , State of Washington

> That portion of Government Lot 4, section 32, township 25 north, range 6 east, W.M., in King County, Washington, described as follows: Beginning at the southwest corner of said section; thence east along the south line of said section, a distance of 1105 feet; thence north parallel with the west line of said section, a distance of 516 feet and the true point of beginning; thence north parallel with the west line of said section 80 feet; thence west parallel with the south line of said section, 850 feet, more or less, to the southeasterly line of the Issaquah-Redmond Road; thence southwesterly along said southeasterly line to the point 516 feet north of the south line of said section; thence east a distance of 900 feet more or less to the true point of beginning.

SUBJECT TO: Exceptions and reservations contained in the deed from the State of Washington, recorded under auditor's file No. 2594667.

   



**SALES TAX LIEN PAID**

JAN 20 1964

A. A. THOMAS

KING COUNTY TREASURER

Dated this                              day of January, 1964

.....................................(SEAL)

.....................................(SEAL)

STATE OF WASHINGTON,  } ss.
County of   KING

On this day personally appeared before me   IRENE V. GLADD, as her separate estate

to me known to be the individual   described in and who executed the within and foregoing instrument, and acknowledged that   she   signed the same as her   free and voluntary act and deed for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this   15th   day of   January, 1964.

Notary Public in and for the State of Washington,
residing at   Mercer Island.



Vol. 4495 Pg.202
Ex. 3X-1



SAMMAMISH

SCHROEDER PROPERTY →

Ex. 3X-2



RECORDED
VOL. 5071 deeds
PAGE 382 REQUEST OF

1968 APR 10 AM 8 30

ROBERT A. MORRIS AUDITOR
KING COUNTY WASH.
DEPUTY

FORM L58

## Statutory Warranty Deed

THE GRANTOR    Irene Violet Johnson Gladd

for and in consideration of    Ten Dollars and other valuable consideration

in hand paid, conveys and warrants to    Joy Ann Gladd Griswold

the following described real estate, situated in the County of    King    , State of
Washington:

Commencing at the Southwest corner of Section 32, Township 25 North, Range
6 East; thence easterly along the south line of said section 32 S 88°19'30" E.
692.74 feet; thence northerly parallel to North/South center line of said
Section No. 0050'51"E. 797.78 feet, said point being 162.50 feet south of the
southline of the North 20 acres of South 1/2 of Southwest 1/4 of Section 32;
thence westerly parallel to the above mentioned south line N 88°42'56" W. to
a point 119.17 feet east of the east margin of the East Sammamish Road S.E. as
now constructed, and the True Point of Beginning; thence southwesterly parallel
to the East margin of said road to a line 596.05 feet north of southwest
corner of Section 32-25-6; thence N 88°19'30" W. 119.17 feet to the east
margin of East Sammamish Road S. E.; thence northeasterly along east margin of
East Sammamish Road S. E. as constructed 1962 236.0 feet more or less to a
line 162.50 feet south of the south line of the North 20 acres of the South
1/2 of Southwest 1/4; thence S 88°42'56" E. 119.17 feet to the True Point of
Beginning.

Subject to and together with an easement for utility and road purposes over
the Northerly 20 feet thereof.

--No Revenue--

NO SALES TAX
REQUIRED
AFF. NO. 0139382
APR 9 1968
WILLIAMS
TREAS.

Dated this                    day of    April, 1968

Irene Violet Johnson Gladd (SEAL)

(SEAL)

STATE OF WASHINGTON,
County of    King    } ss.

On this day personally appeared before me    Irene Violet Johnson Gladd
to me known to be the individual    described in and who executed the within and foregoing instrument, and
acknowledged that    she    signed the same as    her    free and voluntary act and deed, for the
uses and purposes therein mentioned.

GIVEN under my hand and official seal this    4th    day of    April, 1968

Notary Public in and for the State of W...
residing at Bellevue, Washington



SCHROEDER PROPERTY ➔



**Deeded Right of Way**

<= SCHROEDER PROPERTY

"Deeded Right of Way"
SECTION 2 –
ATTACHMENT 1

Ex. 3Z-1