SEC. 20, TWP. 25N, R. 6E.



Ex. 3NNN-1

In the Superior Court of the State of Washington, County of King

## IN PROBATE

IN THE MATTER OF THE ESTATE OF

WILLIAM A. CONNELL

Deceased.

No. 43692

**INVENTORY AND APPRAISEMENT**

STATE OF WASHINGTON,
COUNTY OF KING } ss.

AGNES ELIZABETH CONNELL, Executrix of the above named

Estate being duly sworn on her oath, says that the within is a true Inventory of all the Estate of

said decedent coming into her hands.

*Agnes Elizabeth Connell*

Subscribed and sworn to before me this _____ day of _____ January _____ 192 8.

Notary Public in and for the State of Washington, residing _____, Washington

STATE OF WASHINGTON,
COUNTY OF KING } ss.

EDWARD CONNOR, H. E. REED and EDWARD BENSON

Being first duly sworn, on oath, each for himself, says: That he will truly, honestly and impartially
appraise the property of said estate which shall be exhibited to him, to the best of his knowledge
and ability.

*Edward Connor*

*Edward Benson*

*H S Reed*

Subscribed and sworn to before me this _____ day of _____ February _____ 192 8.

Notary Public in and for the State of Washington, residing at _____, Washington

## INVENTORY

| REAL ESTATE | APPRAISED VALUE |
|---|---|
| That portion of Government Lot 2, Section 32, | |
| Township 25, North, Range 6 E. W. M., lying West | |
| of the Northern Pacific Railroad right of way, | |
| together with the shore lands of the second class | |
| fronting thereon , less the north ten feet previously | |
| conveyed. | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total Valuation of Real Estate Carried Forward | $ 4 000 |

F I L E D

IN PROBATE DEPT.
KING COUNTY, WASH.
FEB 24 1928
ABE M. OLSON
By GLENN J. TWIGG
DEPUTY



Ex. 3PPP-1



Ex. 3PPP-2

## In the Superior Court of the State of Washington
## for the County of King

IN THE MATTER OF THE ESTATE OF

**LOTTA N. EBRIGHT**

No. **15455A**

INVENTORY AND APPRAISEMENT

Deceased.

**Date of death:  June 16, 1959**

STATE OF WASHINGTON, } ss.
County of King

**CARROLL MALCOLM EBRIGHT**, Executor _____ of the above entitled estate,
being first duly sworn on **his** oath, says: That the within is a true inventory of all the estate of said
decedent coming into **his** hands.

*Carroll Malcolm Ebright*

Subscribed and sworn to before me this __37__ day of _____ **August** _____ 19**59**

*Ward O'Dunnn*
Notary Public in and for the State of Washington,
residing at _____ **Seattle**

STATE OF WASHINGTON, } ss.
County of King

**MICHAEL GALLAGHER** _____   **FRED M. DARNELL**
and ____ **A. M. MORTON** _____, duly appointed appraisers of the above entitled
estate, being duly sworn, each for himself, says:
I will honestly and impartially appraise the property of said estate, which shall be exhibited to me,
according to the best of knowledge and ability.

Subscribed and sworn to before me this _____ day of _____ 19**59**

Notary Public in and for the State of Washington,
residing at _____ **Seattle**

| INVENTORY OF PROPERTY OF SAID ESTATE | ASSESSED VALUATION | | APPRAISED VALUE | |
|---|---|---|---|---|
| | Real Estate | Improvements | Personal Property | Real Property |
| **community interest in:** Lot 4, Block 7, University Heights, according to plat recorded in Volume 9 of plats, page 41, auditor's records of King County, Washington. | 8,000.00 | 1,800.00 | | |
| An undivided one-half interest in Lot 2, Block 54, John H. Nagle's Second Addition to the City of Seattle, according to plat recorded in Volume 5 of plats, page 57, auditor's records of King County, Washington. | 7,500.00 | 1,600.00 | | |
| An undivided one-half interest in Lots 5 and 6, Block 41, Second Addition to the Town of Seattle, as laid off by the Heirs of Sarah A. Bell, (deceased), Commonly known as Heirs of Sarah A. Bell's 2nd Addition, to the City of Seattle) according to plat recorded in Volume 1 of plats, page 121, auditor's records of King County, Washington. | 11,600.00 | | | |
| Totals Carried Forward | $ | $ | $ | $ |

| INVENTORY OF PROPERTY OF SAID ESTATE | ASSESSED VALUATION | | APPRAISED VALUES | |
|---|---|---|---|---|
| | Real Estate | Improvements | Personal Property | Real Property |
| Brought Forward | | | | |
| 4. An undivided one-half interest in the [illegible] feet of Lots 3, Block 16, Addition [illegible] of Seattle as laid off by the [illegible] Sarah A. Bell, deceased [illegible] Bell's Addition to the City of Seattle), according to plat recorded in Volume 1 of plats, page 183, auditor's records of [illegible] Washington; [illegible] portion condemned for street. | 6,480.00 | 3,400.00 | | |
| 5. Lot 8, Block B, Phinney's Addition to the City of Seattle, according to plat recorded in Volume 1 of plats, page 175, auditor's records for King County, Washington. | 1,000.00 | 1,300.00 | | |
| 6. Northwest quarter of the southeast quarter of Section 32, Township 25 North, Range 6 East W.M., in King County, Washington. | 1,600.00 | | | |
| 7. The south 300 feet of the north 774.31 feet of the east 225 feet of the north-east quarter of the southwest quarter of Section 32, Township 25 North, Range 6 East W.M.; in King County, Washington. | | | | |
| 8. A strip of land 20 feet in width over a portion of the northeast quarter of the southwest quarter of Section 32, Township 25 North, Range 6 East, W.M., the longi-tudinal center line of said strip being described as follows: Beginning at a point in the said northeast quarter of the southwest quarter, (from which the northeast corner thereof bears north 0°56'30" east 512.00 feet and north 89°01'45" east 225.00 feet) thence northwesterly to a point in the south-easterly line of the Monohan County Road, (cont'd). | | | | |
| TOTALS | $ | $ | $ | $ |

Total Assessed Valuation of Real Estate ........................ $

Total Appraised Valuation of Estate ........................ $

We, the undersigned appraisers, do hereby certify that we have appraised the property described in the above inventory at

the fair value thereof.

Dated this ........ day of ........................ 19....

**APPRAISERS' FEES**

........................ day ........ miles $ ........

........................ day ........ miles $ ........

........................ day ........ miles $ ........

Ex. 3QQQ-2

INVENTORY AND APPRAISEMENT
Estate of Lotta M. Ebright, Deceased

Personal Property Appraised Value

Real Property App. Val

a distance of 461.00 feet, south 38°05'37"
west from the point of intersection of said
southeasterly line with the north line of
said northeast quarter of southwest quarter,
situated in King County, Washington.

9. That portion of Government Lot 3 and of the
northeast quarter of the southwest quarter
of Section 32, Township 25 North, Range 6 East,
W.M., in King County, Washington, described
as follows:
Beginning at a point on the northwesterly
line of the right of way of Northern Pacific
Railway measured 38°05'37" west along said
right of way line 262.99 feet from the inter-
section of said right of way line with the
east and west center line of said section;
thence south 38°05'37" west along said right
of way line 326.65 feet; thence at right angles
north 51°54'23" west to the government meander
line of Lake Sammamish; thence northeasterly
along said meander line to a point from which
the point of beginning bears south 51°54'23"
east; thence south 51°54'23" east to the point
of beginning; TOGETHER WITH second class shore-
lands adjoining.

10. Certificate No. 27 for 200 shares of capital
stock of Ebright Investment Company.

11. Certificate No. 1315 for 7 shares of Northern
Life Insurance Company capital stock, par value $100.

12. Certificate No. 2508, dated March 18, 1957, for
63 shares Northern Life Insurance Company capital
stock, par value $20.

13. Certificate No. 42, dated October 4, 1955, for
155 shares of capital stock of Seattle Trust and
Savings Bank, $20. par value. [now $10. par]

14. Certificate No. 6323, dated March 3, 1955, for
20 shares of General America Corporation,
$10. par value.

15. Certificate No. 083021 for 63 shares of $12.50
par value capital stock of The Chase Manhattan Bank.

16. The following United States of America 2-1/2%
Treasury Bonds of 1967-72, dated June 1, 1945,
due June 15, 1972, redeemable on and after June 15,
1967, all with coupons due June 15, 1959, et seq.,
attached:

No. 141368J     $10,000.00
    141369J      10,000.00
    141390L      10,000.00
    141391A      10,000.00

17. Certificate No. 2103 for 155 shares of capital
stock of Seattle Trust and Savings Bank, $10 par value.

Ex. 3QQQ-3



Ex. 3RRR-1



1980
*

202506-9083-02
FERRY ED        CO-    CN-    SN-    0580
152 HENRY ST
SAN FRANCISCO CA          94114

202506-9084-01
HALL PATRICK N  CO-    CN-    SN-    1079
22615 E LAKE SAMMAMISH PKWY NE
REDMOND WA               98052

202506-9085-00
HUGHES WILLIAM F  CO-  CN-  SN-  S-0878
3202 E LAKE SAMM RD
REDMOND WA               98052

202506-9086-09
J B

---

| PARCEL NUMBER—NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | BA YR | RL YR | LEVY CODE | VALUATION-LAND IMPS | GEN'L TAX | SPEC. ASS'MT | TOTAL | AMOUNT PAID | RECT # - DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|

CO-    CN-    SN-
PETTICORD DAN C          C1080
20112 SE 20TH PL
ISSAQUAH WA              98027

202506-9087-08  CO- CN- SN- S-0279
BYCO CONSTRUCTION INC #101
1200 TAYLOR AVE N
SEATTLE WA               98109

202506-9088-07  CO- CN- SN- S-0279
BYCO CONSTRUCTION INC #101
1200 TAYLOR AVE N
SEATTLE WA               98109

202506-9089-06  PURGED REFERENCE
CO- CN- SN- S-0879
CONWILL INC-BLOCK BROS INC
MILNOR DEVELOPMENTS INC
PO BOX 437
KIRKLAND WA              98033



MINOLTA

Ex. 3TTT-1

| | | | |
|---|---|---|---|
| 040490 | 140490 | 5/05 1166258 10/27 1261628 | |

ON NEXT PAGE

PKWY NE TH NWLY ALG SD ELY MGN
127.96 FT TH S 89-00-31 E 56.89
FT TO N 60-45-46 E 257.19 TO
TPOB

| PARCEL NUMBER—NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL YR | S T | LEVY CODE | VALUATIONS L-LAND IMPS | GEN'L TAX | SPEC. ASM'T | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 202506-9083-02<br>CO—    CN—    SN—    0580<br>FERRY ED<br>152 HENRY ST<br>SAN FRANCISCO CA    94114 | 20-25-06    9083    09.366<br>POR OF GL 4 IN SW 1/4 BEG SE COR<br>THOF TH N 01-26-29 E ALG E LN OF<br>SD GL 1001.70 FT TO TPOB TH S<br>72-58-29 W 145.04 FT TH N | | 81 | T | 7260L | 23600 | 22104 | P | 9 |

J 1

| | | 3/13/1 | |
|---|---|---|---|
| 6652 | 6652 | 1311919 | |

| PARCEL NUMBER—NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL YR | S T | LEVY CODE | VALUATIONS L-LAND IMPS | GEN'L TAX | SPEC. ASM'T | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | 17-01-31 W 170 FT TH N 72-58-29<br>E 201.81 FT TO E LN OF SD GL TH<br>S ALG E LN THOF 179.23 FT TO<br>TPOB | | | | | | | | |
| 202506-9084-01<br>CO—    CN—    SN—    1079<br>HALL PATRICK N<br>2668 E LAKE SAMMAMISH PKWY NE<br>REDMOND WA    98052 | 20-25-06    9084    09.366<br>POR OF SD GL 4 IN SW 1/4 BEG NE COR<br>OF SD GL TH S ALG E LN THOF 25.70<br>FT TH S 72-58-29 W 554.75 FT TO<br>TPOB TH CONTG S 72-58-29 W<br>193.19 FT TH N 30-52-37 W 186.77<br>FT TH S 87-30-00 E 27.33 FT TH N<br>43-03-58 E 58.34 FT TH S<br>54-21-00 E 153.92 FT TH ON CRV<br>LFT RAD 163 FT C/A 18-10-00 A<br>DIST OF 51.68 FT TH ON CRV RGT<br>RAD 78 FT C/A 39-59-48 A DIST OF<br>54.45 FT TO TPOB TGW UND 1/6<br>INT IN FOLG BEG NE COR OF GL 4<br>TH N 89-11-35 W ALG N LN 1200.34<br>FT TH S 26-23-06 E ALG SWLY MGN<br>RR R/Y 119.98 FT TO TPOB TH CONT<br>S 26-23-06 E 10 FT TH S<br>65-36-54 W 10 SH LN OF LAKE TH<br>NWLY ALG SH LN TAP BRG S<br>86-04-01 W FR TPOB TH N<br>86-04-01 E TO TPOB & SH LDS ADJ | 81 | T | 7260L | 22400<br>80700 | 96563 | P | 9 |

| | | 4/28/1<br>1091813<br>12/14/1<br>1608905 | |
|---|---|---|---|
| 71837 | 71837 | | |

| | | 5/01/1<br>1383127<br>10/19/1<br>1503410 | |
|---|---|---|---|
| 47298 | 47298 | | |

1981
*

| | | 4/11/1<br>13/11/89<br>10/23/1<br>15160 8 | |
|---|---|---|---|
| 83451 | 83451 | | |

| 202506-9085-00<br>CO—M 4495 CN—    SN—    S-0878<br>HUGHES WILLIAM F<br>3202 E LAKE SAMM RD<br>REDMOND WA    98052 | 20-25-06    9085    09.366<br>NWLY 200 FT OF 2ND CL SH LDS<br>& UPLANDS ADJ THAT POR GL 2<br>IN SEC 20-25-06 DAF BEG NE<br>COR SD GL TH S ALG E LN THOF<br>569.64 FT TH W 221.58 FT TH<br>SWLY AT R/A TO R/W NPRR<br>15.3 FT TO NELY LN SD R/W TH<br>NWLY ALG SD NELY LN TO N LN<br>SD GL TH E ALG SD N LN TO<br>POB LESS CO RD & LESS POR IF<br>ANY IN OR NELY OF SD RR R/W<br>LESS SELY 96 FT THOF | 81 | T | 7260L | 24500 | 22947 | P | 9 |

| | | 4/24/1<br>1106416 | |
|---|---|---|---|
| 16578 | 8289 | | |

| 202506-9086-09<br>CO—    CN—    SN—    E0781<br>STULTZ ALAN I<br>15167 NE 13TH<br>BELLEVUE WA    98007 | 20-25-06    9086    09.366<br>LOT 2 TGW UND INT IN PRIVATE RD<br>OF KC SHORT PLAT NO R1277118<br>RECORDING NO 7901100957 SD PLAT<br>DAF — POR GL 2 — BEG NE COR GL 2<br>TH SLY ALG E LN 569.64 FT TH WLY<br>221.58 FT TH SWLY AT R/A TO R/W<br>N P R R 15.3 FT TO E LN SD R/W<br>TH NWLY ALG SD R/W TO N LN GL 2<br>TH ELY ALG SD N LN TO POB LESS<br>CO RD | 81 | T | 7260L | 30000 | 28098 | P | 2 |

| | | 4/24/1<br>1106416<br>11/04/1<br>1578868 | |
|---|---|---|---|
| 14798 | 14798 | | |

| 202506-9087-08<br>CO—    CN—    SN—    S-0279<br>BYCO CONSTRUCTION INC<br>1200 TAYLOR AVE N #101<br>SEATTLE WA    98109 | 20-25-06    9087    09.366<br>LOT 3 TGW UND INT IN PRIVATE RD<br>OF KC SHORT PLAT NO R1277118<br>RECORDING NO 7901100957 SD PLAT<br>DAF — POR GL 2 — BEG NE COR GL 2<br>TH SLY ALG E LN 569.64 FT TH WLY<br>221.58 FT TH SWLY AT R/A TO R/W<br>N P R R 15.3 FT TO E LN SD R/W<br>TH NWLY ALG SD R/W TO N LN GL 2 | 81 | T | 7260L | 30000<br>101000 | 122695 | P | 12 |

| | | 4/24/1<br>1106086 | |
|---|---|---|---|
| 44957 | 44957 | | |

ON NEXT PAGE

K 1

| | AMOUNT PAID | RECT # - DATE | |
|---|---|---|---|
| 9359 | 49359 | 4/30/1<br>1710791<br>10/30/1<br>1888046 | |
| 5360 | 7680 | 4/28/1<br>1401475 | |
| 6830 | 176830 | 4/20/1<br>1343040<br>10/27/1<br>1524155 | |
| 9899 | 39899 | 4/09/1<br>1330466<br>10/27/1<br>1267181 | |

| PARCEL NUMBER—NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL YR | S T | LEVY CODE | VALUATIONS L-LAND IMPS | GEN'L TAX | SPEC. ASM'T | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | TH ELY ALG SD N LN TO POB LESS<br>CO RD | | | | | | | | |
| 202506-9088-07 PURGED REFERENCE<br>CO—    CN—    SN—    C0481<br>SCOTT REVICE G<br>19931 NE 30TH COURT<br>REDMOND WA    98052 | 20-25-06    9088    09.366<br>LOT 4 TGW UND INT IN PRIVATE RD<br>OF KC SHORT PLAT NO R1277118<br>RECORDING NO 7901100957 SD PLAT<br>DAF — POR GL 2 — BEG NE COR GL 2<br>TH SLY ALG E LN 569.64 FT TH WLY<br>221.58 FT TH SWLY AT R/A TO R/W<br>N P R R 15.3 FT TO E LN SD R/W<br>TH NWLY ALG SD R/W TO N LN GL 2<br>TH ELY ALG SD N LN TO POB LESS<br>CO RD | 81<br><br>80<br>79 | T<br><br>T<br>T | 7260L<br><br>7260L<br>7260L | 30000<br><br>5900<br>5900 | 28098<br><br>9161<br>11459 | F | 28 |
| 202506-9088-31<br>CO—M 2200 CN—    SN—    C0481<br>SCOTT REVICE G<br>19931 NE 30TH COURT<br>REDMOND WA    98052 | 20-25-06    9088    09.366<br>LOT 4 TGW UND INT IN PRIVATE RD<br>OF KC SHORT PLAT NO R1277118<br>RECORDING NO 7901100957 SD PLAT<br>DAF — POR GL 2 — BEG NE COR GL 2<br>TH SLY ALG E LN 569.64 FT TH WLY<br>221.58 FT TH SWLY AT R/A TO R/W<br>N P R R 15.3 FT TO E LN SD R/W<br>TH NWLY ALG SD R/W TO N LN GL 2<br>TH ELY ALG SD N LN TO POB LESS<br>CO RD TGW POR SD GL 2<br>LY NWLY OF & LESS POR OF<br>SD 1/2 LY W OF SP #R1277118<br>& SD GL 2 LY SELY OF<br>FOLG DESC LN — BAAP ON<br>E LN SD GL 2 S 00-13-45 E | 81<br><br>80<br>79 | T<br><br>T<br>T | 7260L<br><br>7260L<br>7260L | 30000<br><br>5900<br>5900 | 28098<br><br>9161<br>11459 | F<br><br>F | 28<br><br>11 |

MINOLTA

Ex. 3TTT-2

| PARCEL NUMBER—NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL YR | S | LEVY CODE | VALUATIONS LAND IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T # - DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 202506-9040-04 CO— CN— SN— FRIES RANDOLPH 19650 N E 40TH REDMOND WA 98052 | 20-25-06  9040  15.527 POR OF NW 1/4 OF NW 1/4 LY WLY OF LN DRN FR PT ON N SUBD LN 660 FT E OF NW COR TO PT ON W SUBD LN 60 FT S OF SD NW COR | 80 | T | 7260 L | 1000 | 1553 | P | 1553 | 1553 | 3/18 01091 10/06 03552 |
| 202506-9041-03 CO— CN— SN— BARRETT DONALD W  R0378 BOWERS FLORENCE 4708 ASBURY RD ERIE PA 16506 | 20-25-06  9041  15.527 SELY 1.75 FT AS MEAS ALG SWLY MGN OF RR R/W OF SH LDS BLI FOLG-BEG NE COR GL 2 IN SW 1/4 TH S ALG E LN 569.64 FT TH SWLY 221.58 FT TH SWLY AT R/A TO | 80 | T | 7260 L | 20000 | 31054 | P | 31054 | 31054 | 4/14 01854 |

PARCEL CONTINUED ON NEXT PAGE

1980

*

| PARCEL NUMBER—NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL YR | S | LEVY CODE | VALUATIONS LAND IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T # - DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | RR R/W 15.3 FT TO NELY MGN SD R/W TH NWLY ALG NELY MGN TO N LN SD GL TH E TO BEG LESS RR R/W |  |  |  |  |  |  |  |  |  |  |  |
| 202506-9042-02 CO— CN— SN— NELSON ROBERT G  C1079 N188 E LAKE SAMMAMISH RD NE REDMOND WA 98052 | 20-25-06  9042  15.527 SELY 96 FT OF NWLY 200 FT OF 2ND GL SH LDS FRONTING N 569.64 FT OF GL 2 | 80 | T | 7260 L | I | 5800  38800 | 69250 | P | 69250 | 69250 | 4/30/0 05004 11/03/ 06040 |
| 202506-9043-01 CO— CN— SN— LEUENBERGER K A  R0479 11625 NE 172ND BOTHELL WA 98011 | 20-25-06  9043  15.527 E 149 FT OF W 386.38 FT OF N 293 FT OF SW 1/4 OF NW 1/4 OF NW 1/4 | 80 | T | 7260 L | 4800 | 7453 | P | 7453 | 7453 | 4/21/0 0220795 |
| 202506-9045-09 CO— CN— SN— HARLE THOMAS W  C1179 2914 E LAKE SAMMAMISH NE REDMOND WA 98052 | 202506  9045  15.527 BAAP ON W LN OF GL 3 IN SW 1/4 TH S 00-13-45 E 521 FT FR NW COR TH N 00-13-45 W 38.41 FT TH N 89-59-34-5 190.09 FT TH S 03-34-32 E 33.59 FT TH SELY ALG CURVE LFT RAD 20 FT ARC DIST 32.24 FT TH N 50-45-19 E 68.78 FT TH SELY ALG CURVE RGT RAD 20 FT ARC DIST 56.05 FT TH SWLY ALG REVERSE CURVE LFT RAD 31.56 FT ARC DIST 16.79 FT TH S 37-01-20 W 170.51 FT TH WLY ALG CURVE RGT RAD 66 FT ARC DIST 64.08 FT TH N 89-09-36 W 207.50 FT TO BEG | 80 | T | 7260 L | I | 5900  64000 | 108534 | H | 108534 | 54267 | 4/25/0 0259286 |
| 202506-9046-08 CO— CN— SN— HARLE THOMAS W  C1179 2914 E LAKE SAMMAMISH NE REDMOND WA 98052 | 202506  9046  15.527 BAAP ON W LN OF GL 3 IN SW 1/4 TH S 00-13-45 E 94 FT FR NW COR TH S 00-13-45 E 388.59 FT TH N 89-59-34-5 190.09 FT TH N 03-34-32 W 39.59 FT TH NLY ALG CURVE RGT RAD 20 FT ARC DIST 32.06 FT TH N 33-08-33 E 80.41 FT TH N 55-57-57 W 269.73 FT TO BEG | 80 | T | 7260 L | 5700 | 8850 | H | 8850 | 4425 | 4/25/0 0259285 |
| 202506-9047-07 CO— CN— SN— SCOTT KEVIN C  1178 15214 NE 8TH #G10 BELLEVUE WA 98007 | 202506  9047  15.527 BEG NW COR OF GL 3 IN SW 1/4 TH S 00-13-45 E 94 FT ALG W LN TH S 00-13-45 E 269.73 FT TH S 33-08-33 W 27 FT TO TPOB TH CONT S 33-03-33 W 53.41 FT TH SLY ALG CURVE LFT RAD 50 FT ARC DIST 53.04 FT TH S 03-34-32 E 103.18 FT TH SELY ALG CURVE LFT RAD 20 FT ARC DIST 24.49 FT TH S 73-42-20 E 68.78 FT TH ELY ALG CURVE RGT RAD 20 FT ARC DIST 13.05 FT TH N 50-45-19 E 16.96 FT TH N 47-42-52 W 207.62 FT TO TPOB | 80 | T | 7260 L | 5000 | 7763 | H | 7763 | 3882 | 4/18/0 0214493 |
| 202506-9048-06 CO— CN— SN— EICKMEYER VIRL E  C0575 | 20-25-06  9048  15.527 POR OF GL 3 DAF BEG AT NE COR OF SD GL TH S 24-43-00 W ALG N LN | 80 | T | 7260 L | 7400 | 11490 | P | 11490 | 11490 | 6/23/0 05254 05254 |

PARCEL CONTINUED ON NEXT PAGE

B 6

| PARCEL NUMBER—NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL YR | S | LEVY CODE | VALUATIONS LAND IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T # - DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8405 140TH AVE N E REDMOND WA 98052 | THOF 657.81 FT TH S 00-13-45 E 393.26 FT TH N 58-51-26 E 766.68 FT TO BEG |  |  |  |  |  |  |  |  |  |  | 9522548 9522/0 8522548 9522/0 7522548 |
|  |  |  |  | 79 78 77 | T T T | 7260 L 7260 L 7260 L | 7400 7400 7400 | 14373 13252 18166 | P P P | 14373 13252 18166 | 14373 13252 18166 | 7522548 |
| 202506-9049-05 CO— CN— SN— NOBLE IVEN G  R0578 3510 179TH NE REDMOND WA 98052 | 20-25-06  9049  15.527 E 330 FT OF W 1980 FT OF S 172 OF N 1/2 OF NW 174 | 80 | T | 7260 L | 15000 | 23290 | P | 23290 | 23290 | 5/08/0 0307743 10/20/0 0557922 |
| 202506-9050-01 CO— CN— SN— SAHALEE COUNTRY CLUB  F0176 21200 NE 28TH PL REDMOND WA 98052 | 20-25-06  9050  15.527 SE 174 OF SE 1/4 LESS POR PLATTED SAHALEE VILLAGE LESS POR PLATTED SAHALEE 1 & 2 BEING POR SAHALEE COUNTRY CLUB 27 HOLE GOLF COURSE | 80 | T | 7263 L | I | 41900  63400 | 163499 | P | 163499 | 163499 | 5/05/0 005*480 6/23/0 459480 10/31/0 0429367 |
|  |  |  |  | 74 | T | 7222 L | 20950  25650 | 204937 | FF  460 | 205397 | 205397 |  |
| 202506-9052 CO— SN—  C0580 | 20-25-06  9052  15.527 UND 1/2 INT IN S 726 FT OF SW 1/4 OF NE 1/4 THIS PARCEL DESIGNATED FOREST LAND PURSUANT | 80 | T | 7263 L | 990 | 1537 | P | 1537 | 1537 | 4/01/0 0140611 |

MINOLTA

Ex. 3UUU-1

MINOLTA
Ex. 3UUU-2

| PARCEL NUMBER  NAME & ADDRESS | | | LEGAL DESCRIPTION | LEVY RATE | SR YR | RL T | S EX | LEVY CODE | VALUATIONS LAND IMPS | GEN TAX | SPEC AS'MT | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 202506-9039-07  CO-  CN-  GAUDY OLIVER M  2466 E SAMMAMISH RD N  REDMOND WA | SN- | 98052 | 9039  BEG ON E LN GL 4 AT PT 843.56 FT NLY OF SE COR THOF TH N 01-26-00 E 158.14 FT TH S 72-58-00 W 920 FT M/L TO W LN OF SD GL TH SELY ALG WLY LN TO PT BRG S 72-58-00 W FRM POB TH N 72-58-00 E TO POB TGW SH LDS ADJ LESS CO RD LESS N P R/W | 09.366 | 81 | T | 7260L | 75000 70800 | 136556 | | 136 | |
| 202506-9040-04  CO-  CN-  FRIES RANDOLPH  19650 N E 40TH  REDMOND WA | SN- | 98052 | 9040  POR OF NW 1/4 OF NW 1/4 LY NLY OF LN DRN FR PT ON N SUBD LN 660 FT E OF NW COR TO PT ON W SUBD LN 60 FT S OF SW NW COR | 09.366 | 81 | T | 7260L | 2400 | 2248 | | 22 | |
| 202506-9041-03  CO-M 4496 CN-  BARRETT DONALD W  BOWERS FLORENCE  4708 ASBURY RD  ERIE PA | SN- | R0378  16506 | 9041  SELY 77 FT AS MEAS ALG SWLY MGN OF RR R/W OF 2ND CL SH LDS & UPLANDS ADJ FOLG - BEG NE COR GL 2 IN SW 1/4 TH S ALG E LN THOF 569.64 FT TH 221.58 FT TH SWLY AT R/A TO RR R/W 15.3 FT TO NELY MGN SD R/W TH NWLY ALG SD NELY MGN TO N LN SD GL TH E TO BEG LESS POR LY NELY OF SWLY MGN SD RR R/W | 09.366 | 81 | T | 7260L | 82600 | 77363 | | 773 | |
| 202506-9042-02  CO-M 4493 CN-  NELSON ROBERT G  3123 E LAKE SAMMAMISH RD NE  REDMOND WA | SN- | C1079  98052 | 9042  SELY 96 FT OF NW 200 FT OF 2ND CL SH LDS & UPLANDS ADJ THAT POR GL 2 IN SEC 20-25-06 DAF BEG NE COR SD GL TH S ALG E LN THOF 569.64 FT TH 221.58 FT TH SWLY AT R/A TO R/W NPRR 15.3 FT TO NELY M SD R/W TH NWLY ALG SD NELY LN TO N LN SD GL TH E ALG SD N LN TO POB LESS CO RD & LESS POR IF ANY IN OR NELY OF SD RR R/W | 09.366 | 81 | T | 7260L | 79300 85500 | 154164 | | 1541 | |
| 202506-9043-01 | | | 9043 | 09.366 | 81 | T | 7260L | 10600 | | | | |

PARCEL CONTINUED ON

| AMOUNT PAID | RECT # | DATE |
|---|---|---|
| B-1 | | |

| PARCEL NUMBER  NAME & ADDRESS | | | LEGAL DESCRIPTION | LEVY RATE | SR YR | RL T | S EX | LEVY CODE | VAL ATIONS LAND IMPS | GEN TAX | SPEC AS'MT | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CO-  CN-  LEUENBERGER K A  11825 NE 172ND  BOTHELL WA | SN- | R0479  98011 | E 149 FT OF W 386.58 FT OF N 293 FT OF SW 1/4 OF NW 1/4 OF NW 1/4 | | | | | | | 9928 | | 9928 | |
| 202506-9045-09  CO-  CN-  LICHTER BARRY L  2914 E LAKE SAMMAMISH RD NE  REDMOND WA | SN- | 109999  98052 | 202506  9045  BAAP ON W LN OF GL 3 IN SW 1/4 S 00-13-45 E 521 FT FR NW COR TH N 00-13-65 W 38.41 FT TH N 60-59-34 E 190.99 FT TH S 01-54-32 E 53.59 FT TH SELY ALG CURVE LFT RAD 20 FT ARC DIST 24.49 FT TH S 73-44-29 E 68.78 FT TH SELY ALG CURVE RGT RAD 20 FT ARC DIST 50.05 FT TH SWLY ALG REVERSE CURVE LFT RAD 43.56 FT ARC DIST 24.79 FT TH S 37-01-20 W 170.51 FT TH WLY ALG CURVE RGT RAD 66 FT ARC DIST 30.05 FT TH N 51-09-36 W 207.50 FT TO BEG | 09.366 09.366 | 81 80 | T T | 7260L 7260L | 27100 110200 5900 64000 | 128595 108534 | | 128595 108534 | |
| 202506-9046-08  CO-  CN-  LICHTER BARRY L  2914 E LK SAMMAMISH RD NE  REDMOND WA | SN- | 109999  98052 | 202506  9046  BAAP ON W LN OF GL 3 IN SW 1/4 S 00-13-45 E 94 FT FR NW COR TH S 00-13-45 E 388.59 FT TH N 03-34-34 E 190.99 FT TH N 03-34-32 W 39.59 FT TH NLY ALG CURVE RGT RAD 50 FT ARC DIST 32.04 FT TH N 33-08-33 E 80.41 FT TH N 53-57-57 W 269.73 FT TO BEG | 09.366 09.366 | 81 80 | T T | 7260L 7260L | 30000 600 5700 | 28660 8850 | | 28660 8850 | |
| 202506-9047-07  CO-M 4494 CN-  SCOTT KEVIN C  15214 NE 8TH #G10  BELLEVUE WA | SN- | 1178  98007 | 202506  9047  BEG NW COR OF GL 3 IN SW 1/4 TH S 00-13-45 E ALG W LN THOF 769.64 FT TH N 89-43-00 E PLT N LN SD GL 3 55.25 FT TH N 58-47-36 E ALG A LN WCH IF EXTND WOULD INTRST NE COR SD GL 3 483.28 FT TH N 47-42-52 W 154.55 FT TO TPOB TH N 47-42-52 W 207.62 FT TH S 33-08-33 W 53.41 FT TO TAN CRV HAV RAD 50 FT TH ALG SD CRV LFT THRU C/A 36-43-05 32.04 FT TH S 03-34-32 E 103.18 FT TO TAN CRV HAV RAD 20 FT TH ALG SD CRV TO LFT THRU C/A 70-09-57 24.49 FT TH S 73-44-29 E 68.78 FT TO TAN CRV HAV RAD 20 FT TH ALG SD CRV TO RGT THRU C/A 34-29-48 12.05 FT TAP WCH BRS S 50-45-19 W FR TPOB TH N 50-45-19 E 136.96 FT TO TPOB | 09.366 09.366 | 81 80 | T T | 7260L 7260L | 21200 316300 5000 | 128782 7763 | | 128782 7763 | |
| 202506-9048-06  CO-  CN-  MEYER VIRL E  140TH AVE N E  REDMOND WA | SN- | C0575  98052 | 20-25-06  9048  POR OF GL 3 DAF BEG AT NE COR OF SD GL TH S 89-43-00 W ALG N LN THOF 657.81 FT TH S 00-13-45 E 393.26 FT TH N 01-26 E | 09.366 | 81 | T | 7260L | 38600 | 36153 | | 36153 | |



*SEC. 20, TWP. 25N., R. 6E.*

Ex. 3VVV-1

**1980**

✳

| PARCEL NUMBER – NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR YR | R T | B | LEVY CODE | VALUATIONS LAND IMPS | GEN'L TAX | SPEC. ASMT | TOTAL | AMOUNT PAID | REC'T # · DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 202506-9070-31 CO–L  4416 CN–  SN– DECKER CHARLES L ETAL  0780 17501 NE 53RD PL NE REDMOND WA  98052 | BEG NW COR OF GL 1 IN NW 1/4 TH S 89-04-33 E ALG LN 630.00 FT TO TPOB TH CONT S 00-51-56 W 282.22 FT TH N 43-05-48 W ALG NELY MGN OF CO RD 150.00 FT TH N 46-54-12 E 178.40 FT TH N 0-51-56 E 355.66 FT TH S 89-04-33 E 285.00 FT TO TPOB & SELY 60.00 FT IN WIDTH OF POR OF SD GL 1 LY SWLY OF RR R/W & NWLY OF SWLY PROD OF SELY LN OF ABOVE DESC TR & SH LDS ADJ ON SW AKA PAR 4 KC SP #7741 TGW UND INT IN STRIP OF LAND 60 FT IN WIDTH LY 30 FT ON EACH SIDE OF FOLG DESC C/L – BEG NW COR SD GL 1 TH S 89-04-33 E ALG N LN THOF 315 FT TH S 00-51-56 W 365 FT TO TPOB THIS DESC TH CONTG S 00-51-56 W 339.74 FT TH S 46-54-12 W 165.66 FT W/L TO NELY MGN ISS-RED CO RD (AKA E SAMM RD N) & TERM THIS DESC | 15.527 | 80 | T |  | 7260L | 23125 | 35906 | P | 35906 | 35906 | 5/02/0 0051036 8/26/0 0557813 11/04/0 0431399 |
| 202506-9071-06 CO–     CN–  SN– HUGHES WILLIAM F 3202 E SAMMAMISH RD N REDMOND WA  98052 | POR GL 1 & 2 BEG NXN S LN GL 1 & SWLY MGN RR R/W TH NLY ALG SD SWLY MGN 171.06 FT TH S 45-38-30 W TO SH LN SELY ALG SH LN TO PT & 45-38-30 W FR BEG TH N 45-38-30 E TO BEG & SH LDS ADJ ON SH | 15.527 | 80 | T |  | 7260L | 7500 | 11645 | P | 11645 | 11645 | 4/23/0 0245545 10/22/0 0563049 |
| 202506-9072-05 PURGED REFERENCE CO–     CN–  SN– E0780 BECKWITH JAMES T 3260 E LAKE SAMMAMISH PKWY NE REDMOND WA  98052 | POR GL 1 IN NW 1/4 BEG NW COR TH S ALG W LN 550 FT TO PT A TH CONTG S 67.08 FT W/L TO NELY MGN ISSAQUAH REDMOND RD TH S 43-05-48 E 92 FT TO TPOB TH S 43-05-48 E 92 FT TH N 46-54-12 E 218 FT TH N 00-51-56 E 20 FT TO TPOB TH S 89-04-33 E FR PT A TH N 89-04-33 W TO PT N 46-54-12 E FR TPOB TH S 46-54-12 W 155 FT TO POB TGW UND 1/6 INT IN W 35 FT OF GL 1 LY SWLY OF NP R/W & SH LDS ADJ AKA POR PAR 5 KC SP #7741 SWLY OF NP R/W & SHR LDS ADJ | 15.527 | 80 | T |  | 7260L I | 6000 21200 | 42233 | F | 42233 | 2117 0 | 4/16/0 0201034 |
| 202506-9072-39 CO–L  4800 CN–  SN– E0780 BECKWITH JAMES T 3260 E LAKE SAMMAMISH PKWY NE  G 6 | POR GL 1 IN NW 1/4 BEG NW COR TH S ALG W LN 550 FT TO PT A TH CONTG S 67.08 FT W/L TO NELY | 15.527 | 80 | T |  | 7260L I | 6125 21200 | 42427 | | 42427 | 42427 | 4/16/0 0201034 8/26/0 0557813 |

PARCEL CONTINUED ON NEXT PAGE

| PARCEL NUMBER – NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR YR | R T | B | LEVY CODE | VALUATIONS LAND IMPS | GEN'L TAX | SPEC. ASMT | TOTAL | AMOUNT PAID | REC'T # · DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REDMOND WA  98052 | MGN ISSAQUAH REDMOND RD TH S 43-05-48 E 92 FT TO TPOB TH S 43-05-48 E 92 FT TH N 46-54-12 E 230.2 FT TH N 00-51-56 E 30.818 FT TAP S 89-04-33 E FR P1 A TH N 89-04-33 W TAP N 46-54-12 E FR TPOB TH S 46-54-12 W 191.722 FT TO TPOB TGW UND 1/6 INT IN W 35 FT OF GL 1 LY SWLY OF NP R/W & SH LDS ADJ AKA POR PAR 5 KC SP #7741 TGW UND INT IN STRIP OF LAND 60 FT IN WIDTH LY 30 FT ON EACH SIDE OF FOLG DESC C/L – BEG NW COR SD GL 1 TH S 89-04-33 E ALG N LN THOF 315 FT TH S 00-51-56 W 365 FT TO TPOB THIS DESC TH CONTG S 00-51-56 W 339.74 FT TH S 46-54-12 W 165.66 FT W/L TO NELY MGN ISS-RED CO RD (AKA E SAMM RD N) & TERM THIS DESC | | | | | | | | | | | 9/30/0 0328524 |
| 202506-9073-04 CO–     CN–  SN– ASHCRAFT ELTON R 1207 212TH SE ISSAQUAH WA  98027 | NWLY 104 FT OF SELY 579 FT AS MEAS ALG SWLY MGN RR R/W LN OF 2ND CL SH LDS ADJ FOLG-BEG NE COR GL 2 IN SW 1/4 TH S ALG E LN 569.64 FT TH W 221.58 FT TH SWLY AT R/A TO RR R/W 15.3 FT TO NELY MGN SD R/W TH NWLY ALG NELY MGN TO N LN SD GL TH E TO BEG LESS RR R/W | 15.527 | 80 | T |  | 7260L | 5500 | 8540 | P | 8540 | 8540 | 4/09/0 0168717 |
| 202506-9074-03 CO–     CN–  SN– CRANE ROBERT F 14134 121ST NE KIRKLAND WA  98033 | N 75 FT OF S 225 FT OF GL 4 LY WLY OF N P R/W & SH LDS ADJ | 15.527 | 80 | T |  | 7260L | 5000 | 7763 | P | 7763 | 7763 | 4/10/0 0176409 10/15/0 0551483 |
| 202506-9075-02 CO–     CN–  SN– R0677 JORGENSEN GORDON L 4519 170TH PL NE REDMOND WA  98052 | S 50 FT OF N 100 FT OF S 200 FT OF GL 4 LY WLY OF N P R/W & SH LDS ADJ | 15.527 | 80 | T |  | 7260L | 4000 | 6211 | P | 6211 | 6211 | 4/23/0 0241687 |
| | S 100 FT OF GL 4 LY WLY OF N P R/W & SH LDS ADJ | 15.527 | 80 | T |  | 7260L | 5000 | 7763 | P | 7763 | 7763 | 5/07/0 0073461 11/06/0 0620441 |
| 98033 | | | | | | | | | | | | |

Ex. 3WWW-1

Case 2:13-cv-00780-RSM Document 208-8 Filed 09/13/18 Page 16 of 23

202506-9070-07
MACDONALD GLEN H
J MACDONALD
2183 NW 201ST ST
SEATTLE WA
98177

PARCEL CONTINUED ON NEXT PAGE

## 202506-9071-06

H 15

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RLS YR | LEVY CODE | VALUATIONS LAND / IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T# DA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2ND CL SH LDS ADJ SD 60 FT STRIP AKA NER 4 KC SP #7741 TGW LAND INT IN STRIP OF LAND 60 FT IN WIDTH LY 30 FT ON EACH SIDE OF FOLG DESC L/C-BEG NW COR OF GL 1 TH S 89-04-33 E ALG N LN THOF 315 FT TH S 00-51-56 W 165 FT TO TPOB TH CONTG S 00-51-56 W 165 FT M/L TO NELY MGN ISS-RED CO RD (AKA E SAMM RD N) & TERM THIS DESC | | | | | | | | | | |

1986
*

| 202506-9071-06 CO- CN- HUGHES WILLIAM F 5202 E SAMMAMISH RD NE REDMOND WA 98053 | 20-25-06     9071   12.44004 PORS GLS 1 & 2 IN SEC 20-25-6 LY SWLY OF NPER R/W & LY SELY OF LN DAF - BEG NXN S LN SD GL N DAF-BEG NXN S MR R/W TH S 42-38-30 W TO SELY MGN SD LN DESC & LESS ANY POR SD GL LY NWLY OF SWLY PROD OF LN DAF-BAAF 630 FT E & 684 FT S OF NW COR GL-35-95 W TH S 2-16 FT TO NELY MGN OF CO RD & TERM THIS LN DESC TGW POR SH LDS ADJ LY BETWN SELY & NWLY LNS THOF | 86 | 7260 | L | 33000 | 41052 | P | 41052 | 41052 | 4/28/ 647082 10/22/ 661249 |

| 202506-9072-05 CO- CN- DMITRIEV MICHAEL N 3260 E LAKE SAMM BLVD NE REDMOND WA 98052 | 20-25-06     9072   12.44004 POR GL 1 IN NW 1/4 BEG NW COR TH S ALG N LN 550 FT TO PT & TH CONTG S 270B FT M/L TO NELY MGN ISSAQUAH REDMOND RD TH NLY ALG SD MGN TO TPOB TH S 43-05-48 E 80 FT TH N 46-54-12 E 250.2 FT TH N 00-51-56 E 30.818 FT TH N 46-54-12 E 81 FT TH N 89-04-33 W TAP N 46-54-12 E FR TPOB TH S 46-54-12 W 191.722 FT TO TPOB TGW UND 176 INT IN SWLY 30 FT OF GL 1 SWLY OF NP R/W & SH LDS ADJ AKA POR PAR B KC SP #7741 TGW UND INT IN STRIP OF LAND 60 FT IN WIDTH LY 30 FT ON EACH SIDE OF FOLG DESC D/L - BEG NW COR SD GL 1 TH S 89-04-33 E ALG N LN THOF 315 FT TH S 00-51-56 W 165 FT TO TPOB THIS DESC TH CONTG S 00-51-56 W 339.74 FT TH S 46-54-12 W 165.66 FT M/L TO (AKA) MGN ISS-RED CO RD E SAMM RD N) & TERM THIS DESC | 86 | 7260 | I | 22000 80500 | 136218 | P | 136218 | 136218 | 4/22/ 644891 10/22/ 660297 |

| 202506-9073-04 CO- CN- EVANS RUSSELL E 130 206TH NE REDMOND WA 98052 | 20-25-06     9073   12.44004 SELY 104 FT OF FOLG-2ND CL SH LDS & UPLANDS ADJ THAT POR OF GL 2 SEC 20-25-06: BEG NE COR SD GL TH ALG E LN THOF 569.64 FT TH W 22T.58 FT TH SWLY AT R/A | 86 85 84 | 7260 7260 7260 | L L L | 72500 72500 72500 | 90190 93380 83794 | F P P | 90190 93380 83794 | 83794 | 11/06/ 402410 |

PARCEL CONTINUED ON NEXT PAGE

## 202506-9074-03

I 1

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RLS YR | LEVY CODE | VALUATIONS LAND / IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T# DA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TO N P RR R/W 15.3 FT TO NELY LN SD R/W TH NWLY ALG SD NELY LN TO N LN SD GL THE E ALG SD N LN TO POB LESS PORS OF NELY SH SWLY LN SD R/W & LESS NLY 200 FT & SLY 475 FT AS MEAS ALG SWLY LN SD R/W | | | | | | | | | | |

| 202506-9074-03 CO- CN- CRANE ROBERT F 14134 121ST AVE NE 98034 | 20-25-06     9074   12.44004 N 75 FT OF S 225 FT OF GL 4 LY WLY OF N P R/W & SH LDS ADJ | 86 | 7260 | L | 30000 | 37320 | P | 37320 | 37320 | 3/11 62039 10/03 62669 |

| 202506-9075 CO- CN- RO677 | 20-25-06     9075   12.44004 E 50 FT OF N 100 FT OF S 200 FT OF GL 4 LY WLY OF N P R/W & SH LDS ADJ | 86 | 7260 | L | 25000 | 31100 | P | 31100 | 31100 | 4/30 61393 |

MINOLTA

Ex. 3WWW-2



Ex. 3XXX-1

. . . . .

D  Aug 8-23                        1 32                                    1767526
Jly 20-23                         $2800.    $3. trs x
William A Connell and Agnes E Connell, h and w
to
Andrew Breckberg

Fps cy and wr to sp, the fire in Kcw:

Tht ptn of Lot 2, Sec 32, Tp 25, N of R 6 E W M. lieing East of the
Co rd;  also a roadway 10 ft W alng the N ln of Lot 2, bet the r/w
of the Northern Pacific Railway and Lake Sammamish.
    The gas grantors reserve the rt to lay a pipe 4 inches or less
in diameter across this land to by cy water for the creek running
through the same.

                        Wm A Connell                       al
                        Agnes E Connell                    al
Kcw Aug 7-23 by Wm AConnell and Agnes E Connell, hw bef F M Roberts,
N P for the SW, res at S.    NS-OMIT    Ml to Weter & Roberts, at
Rt #1, Redmond, Washn. ?        Com by Oct 1st 1974

CONVEYANCE TAX $46.00

AFTER RECORDING MAIL TO

TO

GREAT NORTHWEST SAVINGS
Post Office Box 319
Bremerton, Washington 98310
(06) Byco

KING COUNTY
EXCISE TAX PAID

1975    2    30

DIR... I..
RECORDS & ELECTIONS
... COUNTY, WASH.

FILED FOR RECORD AT REQUEST OF
SAFECO TITLE INSURANCE COMPANY
2015 4th AVENUE, SEATTLE, WA 98121

E476377

FORM LSS

## Statutory Warranty Deed

THE GRANTOR  EILEEN A. HARRIS, as Executrix of the Estate of ANNIE
BERTHA STANGROOM, Deceased.  (Superior Court of Washington, King
County, Probate No. E 233371)
for and in consideration of Ten Dollars and other valuable consideration.

in hand paid, conveys and warrants to BYCO, INC., a corporation

the following described real estate, situated in the County of    King    , State of
Washington:

That portion of Government Lot 2 of Section 20, Township 25 North,
Range 6 East, W.M., in King County, Washington, described as
follows:

Beginning at the Northeast corner of said Government Lot 2;
thence South along East line thereof 569.64 feet;
thence West 221.58 feet;
thence Southwesterly at right angles to right of way of the
Northern Pacific Railway Company (formerly the Seattle and
International Railway) 15.3 feet to the Northeasterly line
of said right of way;
thence Northwesterly along said Northeasterly line to the
North line of said Government Lot 2;
thence East along said North line to the point of beginning;
EXCEPT portion thereof conveyed to King County for East
Sammamish Road by Deed recorded September 30, 1914 under King
County Recording Number 956024.

The Warranties herein contained bind only the estate of
Annie Bertha Stangroom, Deceased, and not Eileen A. Harris
personally.

Dated this  19 th    day of  May, 1978.

_Eileen A. Harris_ (SEAL)
EILEEN A. HARRIS, as Executrix of the
Estate of ANNIE BERTHA STANGROOM, Deceased. (SEAL)

STATE OF WASHINGTON,
County of    KING    } ss.

On this day personally appeared before me  EILEEN A. HARRIS, as Executrix of the
Estate of ANNIE BERTHA STANGROOM, Deceased - - - - - - - - - - - - - -
to me known to be the individual    described in and who executed the within and foregoing instrument, and
acknowledged that    she    signed the same as    her    free and voluntary act and deed, for the
uses and purposes therein mentioned.

GIVEN under my hand and official seal this    29th    day of  May, 1978.

_Betty J. Lekeene_
Notary Public in and for the State of Washington,
residing at  Seattle

Ex. 3ZZZ-1

## SHORT PLAT NO. 1277118

**S. 20   T. 25 N  R. 6 E**

# KING COUNTY, WASHINGTON

| | |
|---|---|
| This space reserved for recorder's use | **APPROVAL** |
| | Department of Planning and Community Development Building and Land Development Division |
| | Examined and approved this _10_ day of |
| RECORDED KC RECORDS | _JAN_ , 19 _79_ |
| JUN 10 3 36 PH '74 | _Edward B. Jail_ |
| | Manager, Building & Land Development Division |
| | Department of Public Works |
| | Examined and approved this _13_ day of |
| | _Dec._ , 19 _78_ |
| Filed for record at the request of: | Director |
| BYCO, INC. | |
| Name | Department of Assessments |
| | Examined and approved this _20_ day of |
| | _DECEMBER_ , 19 _78_ |
| Return to: Building & Land Development 450 KC Administration Bldg Seattle, Washington 98104 | _HARLEY H. HOPPE_ Assessor |
| | _Mark_ Deputy Assessor       E H |
| | GL 2  20-25-6 |

## LEGAL   DESCRIPTION

That portion of Government Lot 2, Section 20, Township 25 North, Range 6 East, W.M. in King County, Washington, described as follows:

Beginning at the Northeast corner of Government Lot 2; thence Southerly along the East line said Government Lot 2 569.64 feet; thence Westerly 221.58 feet; thence Southwesterly at right angle to R/W N.P.R.R. 15.3 feet to East line of said R/W; thence Northwesterly along said R/W to the North line of said Government Lot 2; thence Easterly along said North line to the point of beginning; EXCEPT portion thereof conveyed to King County for East Sammamish Road by Deed recorded September 30, 1914 under King County Recording Number 956024.

20 2506 - 9015

Map on File in Vault NW 1/4 of SW 1/4 20-25-06

Page 1 of 4

Ex. 3ZZZ-2



Note 1.   Lots 1, 2, 3 and 4 to have an undivided interest in said private road.

Note 2.   Direct Vehicular access to East Lake Sammamish from Lots 1 and 4, which abut it, is prohibited.

Note 3.   Warning:  King County has no responsibility to build, improve, maintain, or otherwise service the private roads contained within or providing service to the property described in this short plat.

Land Surveyor's Certificate:

This short plat correctly represents a survey made by me or under my direction in conformance with the requirements of appropriate state and county statute and ordinance.

10/6/78.
Date

Certificate No: 15645

Short Plat No. R 1277118

Map on File in Vault

Direction:

Scale: 1" = 80'

0        80       160

VERNON S. COLE
STATE OF WASHINGTON
REGISTERED
PROFESSIONAL LAND SURVEYOR

Page 2 of 4

Ex. 3ZZZ-3

**DECLARATION:**

Know all men by these presents that we, the undersigned, owner(s) in fee simple [and contract purchaser(s)] of the land herein described do hereby make a short subdivision thereof pursuant to RCW 58.17.060 and declare this short plat to be the graphic representation of same, and that said short subdivision is made with the free consent and in accordance with the desire of the owner(s).

In witness whereof we have set our hands and seals.

GREAT NORTHWEST FEDERAL SAVINGS & LOAN ASSOC.          BYCO, INC

By: _Norma J Brown_                          by _____ PRESIDENT
Name _Vice President_                          Name

Name _____                          Name _____

Name _____                          Name _____

STATE OF WASHINGTON )
                    ) ss.
County of King      )

On this _12th_ day of _October_, 1978, before me, the undersigned, a Notary Public in and for the State of Washington, duly commissioned and sworn, personally appeared WILLIAM V. VETTER, to me known to be the President of BYCO, INC., the corporation that executed the foregoing instrument, and acknowledged the said instrument to be the free and voluntary act and deed of said corporation, for the uses and purposes therein mentioned, and on oath state that he is authorized to execute the said instrument.

WITNESS my hand and official seal hereto affixed the day and year first above written.

_Judith M. Nemay_
Notary Public in and for the
State of Washington, residing
at _Seattle, King Co._

STATE OF WASHINGTON, )
                     ) ss.
County of _Kitsap_   )

On this _8th_ day of _December_ A. D., 19 _78_ before me personally appeared _NORMA J. BROWN_, to me known to be the _Vice President_ of the corporation that executed the within and foregoing instrument, and acknowledged the said instrument to be the free and voluntary act and deed of said corporation for the uses and purposes therein mentioned, and on oath stated that _she was_ authorized to execute said instrument.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

_Barbara E. Minnerly_

Notary Public in and for the State of Washington, residing at _____ Bremerton

TL-35 R2 3/76          SAFECO Title Insurance Company — ACKNOWLEDGMENT — CORPORATION

Short Plat Number _R1277118_                          Page _3_ of _4_

7901100957

Ex. 3ZZZ-4

DECLARATION OF COVENANT REQUIRING PRIVATE CONSTRUCTION AND MAINTENANCE OF SHORT PLAT APPROVED PRIVATE ROAD, AND DEDICATION TO THE COUNTY WHEN REQUIRED BY KING COUNTY.

"Declaration of Covenant

"In consideration of the approval by King County of short plat # _R127118_, which said plat creates the lot(s) described as follows:

the undersigned convenants and agrees that:

"1.  The owner(s) of the aforedescribed property or of any lot which has been or is subsequently created on said property shall be responsible for the financing for construction and maintenance of all private roads within said short plat.

"2.  The road shall be improved consistent with King County standards for short plat private roads.

"3.  Maintenance methods, standards, and financing shall be in a manner determined by the owners of a majority of the square footage of buildable land within such aforedescribed property.

"4.  In the event such private road is improved to King County standards for public streets and the County is willing to accept the dedication of such road, each lot owner shall execute any documents necessary to accomplish such dedication.

"5.  Owners of lots within the above referenced short plat, who are served by such private road, may sue and recover from any owner of any lot within the short plat which is similarly served who refuses to participate in the road construction, financing, and maintenance.  Such owners who refuse to share the costs under the percentage set forth above shall be liable for any attorneys fees.

"6.  Warning:  King County has no responsibility to build, improve, maintain, or otherwise service the private roads contained within or providing service to the above referenced property."

BYCO, INC.

by _____
owner    President

STATE OF WASHINGTON )
                    ) SS.
County of King      )

On this 12th day of October, 1978, before me, the undersigned, a Notary Public in and for the State of Washington, duly commissioned and sworn, personally appeared WILLIAM V. VETTER, to me known to be the President of BYCO, INC., the corporation that executed the foregoing instrument, and acknowledged the said instrument to be the free and voluntary act and deed of said corporation, for the uses and purposes therein mentioned, and on oath state that he is authorized to execute the said instrument.
WITNESS my hand and official seal hereto affixed the day and year first above written.

Short Plat No: R127118

Judith M. Long
Notary Public in and for the State of Washington, residing at Seattle, King Co.

Ex. 3ZZZ-5