vol. 2866 page 650

## 3929069
### REFEREE'S CORRECTIVE DEED

By virtue of a decree entered January 21, 1949, in the Superior Court of the State of Washington for King County in a certain cause, being cause No. 367315, wherein Bert Stares and Florence Stares, his wife, are plaintiffs, and Minnie Hughes, Executrix of the Last Will and Testament of Maude Palmberg, deceased, Annie Stangroom, nee Annie B. Palmberg, and S. L. Stangroom, her husband; Gertrude Hughes, formerly Gertie Gorman; Bertha Tuttle, Alfred Zengel, Charlotte Zengel, Mary Moore and Dadora Zengel, children, and J. A. Zengel, administrator and surviving husband, and heirs at law of Elizabeth Zengel, nee Elizabeth E. Palmberg, deceased, who appears of record also as Bessie Zengel; Reah Whitehead Harrison, administratrix of the estate of Alfred Palmberg, deceased; the unknown heirs of Elizabeth Zengel, nee Elizabeth E. Palmberg, deceased, who appears of record also as Bessie Zengel; the unknown heirs of Alfred Palmberg, deceased; the unknown heirs of Maude Palmberg, deceased; also "all other persons or parties unknown claiming any right, title, estate, lien or interest in the real estate described in the complaint herein", are defendants, which plaintiffs and defendants are hereinafter known as the heirs of Alfred Palmberg, deceased, which decree was supplemented by order of said Court entered in said cause on March 23, 1949, and pursuant to a sale held April 30, 1949, under the authority aforesaid, at which the grantee hereinafter named became the purchaser of the property hereinafter described, which sale was confirmed by order of said Court entered in said cause May 20, 1949;

And by virtue of an order entered in said cause No. 367315 August 12, 1949, authorizing the undersigned grantor to execute and deliver this corrective deed; Now, Therefore,

-1-

Ex. 13A-1

vol 2866 page 651

CHARLES W. BOVEE, hereinafter known as the grantor, being the Referee appointed and authorized by said decree to make this sale and conveyance, in consideration of Six Thousand Six Hundred Sixty Dollars ($6660.00) to him in hand paid, grants, bargains, sells, conveys and confirms to J. A. EARLEY, the grantee, the following described real estate:

All shore lands of the second class formerly owned by the State of Washington situated in front of, adjacent to or abutting upon government lot 2, section 20, township 25 north, range 6 east, W. M., except the shore lands in front of the following described tract:

Beginning at a point on the east line of said government lot 2, 569.64 feet south of the northeast corner thereof; thence west 221.58 feet; thence southwesterly at right angles to the center line of the Northern Pacific Railway 15.3 feet to the easterly margin of the right of way of said railway; thence southeasterly along said right of way 240.04 feet; thence east 87 feet to the east line of said government lot 2; thence north 200 feet to said point of beginning.

The portions of said government lot 2, not thus excepted, have a frontage of 15.81 lineal chains, more or less, measured along the government meander line.

The shorelands hereby conveyed are all the shore lands of the second class conveyed by that certain deed from the State of Washington to Alfred Palmberg, Maude Palmberg, Annie Stangroom, Bessie Zengel, Gertie Gorman and Bert Stares by deed dated February 27, 1940, recorded March 15, 1940, in volume 1889 of deeds, page 1, under auditor's file No. 3090903, records of King County.

The grantor, for the aforesaid heirs of Alfred Palmberg, deceased, does by these presents covenant with the grantee, his heirs and assigns, as follows and not otherwise: That this conveyance passes to the grantee the title of all the said heirs of Alfred Palmberg, deceased, that said title is free from any encumbrances done or suffered from said heirs of Alfred Palmberg, deceased, and that the grantee shall have quiet enjoyment of said real estate against the said heirs of Alfred Palmberg, deceased, and their heirs and assigns.

-2-

Ex. 13A-2

vol 2866 page 652

The intent of this deed is to clarify the description of the land sold as aforesaid and conveyed by the deed of said grantor to the grantee dated June 8, 1949, and recorded June 17, 1949, in volume 2851 of Deeds, page 212, records of King County, Washington.

Dated at Seattle, Washington, this 11th day of August, 1949.

_____
Grantor

STATE OF WASHINGTON }
COUNTY OF          } SS:

On this day personally appeared before me CHARLES W. BOVEE, to me known to be the individual described in and who executed the within and foregoing instrument, and acknowledged that he signed the same as his free and voluntary act and deed for the uses and purposes therein mentioned.

GIVEN UNDER MY HAND AND OFFICIAL SEAL this 11th day of 1949.

_____
Notary Public in and for the State
of Washington, residing at Seattle.

Approved:

_____
Judge of the Superior Court
of King County, Washington.

Filed for Record Aug. 6, 1949 2 P.M.
Request of Seattle Title Company
ROBERT A. MORRIS, County Auditor

Ex. 13A-3

Printed for Distribution
by
Lawyers Title Insurance Corp.

# Real Estate Contract

FORM L-19 6-56

THIS AGREEMENT, made and entered into this   29th   day of   November, 1961

between   ROSE EARLEY, a widow

hereinafter called the "seller," and   DONALD W. BARRETT and JEANNETTE C. BARRETT, his wife

hereinafter called the "purchaser,"

WITNESSETH: That the seller agrees to sell to the purchaser and the purchaser agrees to purchase of the seller the following described real estate situate in King County, State of Washington, to-wit:

The southeasterly 475 feet of the second class shorelands adjoining that portion of Government Lot 2, section 20, township 25 north, range 6 east, W.M., described as follows:
Beginning at the northeast corner of said government lot; thence south along the east line thereof 369.64 feet; thence west 221.58 feet; thence southwesterly at right angles to the right of way of the Northern Pacific Railway Co., (formerly the Seattle and International Railway) 15.3 feet to the northeasterly line of said right of way; thence northwesterly along said northeasterly line to the north line of said government lot; thence east along said north line to the point of beginning; EXCEPT county road; and EXCEPT portion if any, in said railroad right of way.

with the appurtenances, on the following terms and conditions: The purchase price for said described premises is the sum of   TWENTY EIGHT THOUSAND FIVE HUNDRED AND 00/100 - - - -($28,500.00)   Dollars, of which the sum of   SEVEN THOUSAND AND 00/100- - - - - - - - - -($7,000.00)   Dollars has this day been paid, the receipt whereof is hereby acknowledged, and the balance of said purchase price in the sum of   TWENTY ONE THOUSAND FIVE HUNDRED AND 00/100- - - - - - - - -($21,500.00)   Dollars shall be paid as follows:   FIVE HUNDRED AND 00/100- - - ($500.00)   or more on or before the 30th day of April , 1962, and FIVE HUNDRED AND 00/100- - -($500.00)dollars, or more, on or before the last day of each and every quarter thereafter until the entire purchase price, including interest on the unpaid portion thereof at the rate of 6½% per annum, has been fully paid. The quarterly payment herein provided shall include both principal and interest, said quarterly payment to be applied first to accrued interest and the balance applied to principal.
Interest to begin on the 1st day of December, 1961.

SALES TAX LIEN
PAID
DEC 4 1961
A. N. BIGLER
KING COUNTY TREASURER
E448061

(1) The purchaser assumes and agrees to pay before delinquency all taxes and assessments that may as between grantor and grantee hereafter become a lien on said premises.

(2) The purchaser agrees, until full payment of the said purchase price, to keep all buildings on said described premises insured to the full insurable value thereof against loss or damage by fire in some company acceptable to the seller and for the seller's benefit as his interest may appear and to deliver all policies, renewals thereof, and premium receipts to the seller.

(3) The purchaser agrees that full inspection of said described premises has been made and that neither the seller nor assigns shall be held to any covenant respecting the condition of any improvements on said premises nor to any agreement for alterations, improvements or repairs, unless the covenant or agreement relied on be in writing and attached to and made a part of this contract.

(4) The purchaser assumes all hazards of damage to or destruction of any improvements now on said premises or hereafter placed thereon, and of the taking of said premises or any part thereof for public use; and agrees that no such damage or taking shall constitute a failure of consideration, and that in case of such damage or taking, all money received by the seller by reason thereof, less any sums which the seller may be required to expend in procuring such money, shall be applied as payment on the purchase price herein, or at the election of the seller, to the rebuilding or restoration of such improvements.

(5) The seller has procured or agrees to procure, within   10   days from date hereof, from Lawyers Title Insurance Corporation a purchaser's policy of title insurance, insuring the purchaser to the full amount of said purchase price against loss or damage by reason of defect in the title of the seller to the said described premises or by reason of prior liens or encumbrances not assumed by the purchaser under this agreement.

(6) The seller agrees, on full payment of said purchase price in manner hereinbefore specified, to make, execute and deliver to the purchaser a good and sufficient   Warranty   deed of conveyance of said described premises

2 sheets

DEC 4 - 1961   830   Filed by LTI

Ex. 13B-1

(7) Time is of the essence of this contract, and in case the purchaser shall fail to make any payment of the said purchase price, promptly at the time the same shall fall due as hereinbefore specified, or promptly to perform any covenant or agreement aforesaid, the seller may elect to terminate this contract, and upon such election being made all rights of the purchaser hereunder shall cease and determine, and any payments theretofore made hereunder by the purchaser shall be retained by the seller in liquidation of all damages sustained by reason of such failure, and no waiver by the seller of any default on the part of the purchaser shall be construed as a waiver of any subsequent default.

Service upon purchaser of all demands, notices or other papers with respect to such declaration of forfeiture and termination may be made by U. S. Registered Mail, sent to purchaser at the address of said premises, to-wit: 24721 Marine View Drive S., or at such other address as the purchaser may in writing indicate to the seller

(8) The purchaser shall be entitled to possession of said premises on: December 1, 1961 and to retain possession so long as purchaser is not in default hereunder. The purchaser agrees to keep the buildings and other improvements on the premises in good repair and not to permit waste and not to use the premises for any illegal purpose.

(9) In case the purchaser fails to make any payment or to insure the premises as herein provided for, the seller may make such payment or effect such insurance, and any amount so paid by the seller, together with interest at the rate of 10% per annum thereon from date of payment until repaid, shall be deemed a part of the purchase price and become payable forthwith, all without prejudice to any other right the seller might have by reason of such default.

IN WITNESS WHEREOF, the parties hereto have executed this instrument in duplicate the day and year first herein written

X _Roy Evans_____(Seal)

_____(Seal)

_Ronald W. Barrett_____(Seal)

by _Gordon G. Barrett_____(Seal)
His Attorney in Fact

_Kenneth C. Barrett_____

by _Gordon G. Barrett_____
Her Attorney in Fact

STATE OF WASHINGTON

County of ___KING___ } ss.

On this day personally appeared before me _ROSE BAILEY, a widow_

_____

_____

to me known to be the individual    described in and who executed the within and foregoing instrument and acknowledged to me that __she__ signed the same as __her__ __free and voluntary act and deed for the purposes therein mentioned.

Given under my hand and official seal this __30th__ day of __November__ 19_61_.

_Howard O. Wilson_____
Notary Public in and for the State of Washington,

residing at __Seattle, Washington._____

WHEN RECORDED, RETURN TO

EVERGREEN ESCROW CO.
13533 Aurora Avenue North
Seattle, Washington

LAWYERS
TITLE INSURANCE
CORPORATION
SEATTLE, WASHINGTON

Filed for Record at Request of

NAME __EVERGREEN ESCROW CO._____

ADDRESS __13533 Aurora Avenue North___

CITY AND STATE __Seattle, Washington___

THIS SPACE RESERVED FOR RECORDER'S USE

2855151

DEC 4 - 1961    830    Filed by LTI

Ex. 13B-2

**LAWYERS TITLE INSURANCE CORPORATION**
SEATTLE, WASHINGTON.

for Record at Request of

Filed for Record at Request of

Name. DONALD W. BARRETT
Address 2920 E. LK SAMMAMISH RD
N.
REDMOND, WASHINGTON

NAME    Evergreen Escrow Co.

ADDRESS    13533 Aurora Avenue North

CITY AND STATE    Seattle, Washington

THIS SPACE RESERVED FOR RECORDER'S USE

RECORDED KC RECORD
JUL 26 11 02 AM '77

FORM L58



# Statutory Warranty Deed

THE GRANTOR    ROSE EARLEY, a widow

for and in consideration of $1.00 and other value

in hand paid, conveys and warrants to    DONALD W. BARRETT and JEANNETTE C. BARRETT, his wife

the following described real estate, situated in the county of    KING    , State of Washington:

The southeasterly 475 feet of the second class shorelands adjoining that portion of Government lot 2, section 20, township 25 north, range 6 east, W.M., described as follows:
  Beginning at the northeast corner of said government lot; thence south along the east line thereof F69.64 feet; thence west 221.58 feet; thence southwesterly at right angles to the right of way of the Northern Pacific Railway Co., (formerly the Seattle and International Railway) 15.3 feet to the northeasterly line of said right of way; thence north westerly along said northeasterly line to the north line of said government lot; thence east along said north line to the point of beginning; EXCEPT county road; and EXCEPT portion if any, in said railroad right of way.

This deed is given in fulfillment of that certain real estate contract between the parties hereto, dated
November 29                    , 19 61, and conditioned for the conveyance of the above described property, and the covenants of warranty herein contained shall not apply to any title, interest or encumbrance arising by, through or under the purchaser in said contract, and shall not apply to any taxes, assessments or other charges levied, assessed or becoming due subsequent to the date of said contract.

Subject to all easements, restrictions and reservations of record, if any.

Dated this    1st                    day of  December, 1961

                                    Rose Earley                    (SEAL)

                                    _____    (SEAL)

STATE OF WASHINGTON, }
                     } ss.
County of    KING    }

On this day personally appeared before me    ROSE EARLEY, a widow

to me known to be the individual described in and who executed the within and foregoing instrument, and acknowledged that    she    signed the same as    her    free and voluntary act and deed, for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this    1st    day of    December, 1961

SALES TAX PAID ON CONTRACT AFF. NO. E448061
KING CO. RECORDS DIVISION

BY _____ , DEPUTY

                    Howard O. Wilson
                    Notary Public in and for the State of Washington,
                    residing at    Seattle, Washington.

                    045-0396-7

Ex. 13C-1

Non-Order Search                    Page 1 of 1                    Requested By: emilia.delrosario, Printed: 11/10/2017 12:42 PM
Doc: WAKING:PREC 19770726 00752

# Lot
# Line #
## 8708030

Ex. 13D-1



# LOT LINE ADJUSTMENT
# APPLICATION

BUILDING AND
LAND DEVELOPMENT DIVISION

RECEIVED
BLDG. & LAND DEVELOP.

AUG 2 5 1987 ✓

450 KING COUNTY ADMINISTRATION BUILDING, SEATTLE, WASH. 98104    TEL: 344-7980

| | Owner's Name | Address | City | Zip | Phone |
|---|---|---|---|---|---|
| Lot A | Donald W. Barrett | 2920 E. Lk. Sammamish Rd | N Redmond WA | 98053 | 868 311 |
| Lot B | June Michaels | 322 Berkely Ave | Tacoma WA | 98466 | 564-5082 |
| Lot C | | | | | |

| | Tax Lot # | Source of Water | Sewage Disposal | I certify that the information furnished by me is true and correct to the best of my knowledge | |
|---|---|---|---|---|---|
| Lot A | 9041 | none | none | | Lot A Signature |
| Lot B | 9114 | Community well | septic tank | | Lot B Signature |
| Lot C | | | | | Lot C Signature |

| 1/4 Sec | 1/4 Sec | Sec | Twn | Rg | Do Not Complete | Xmit Pg | Zoning | Related File |
|---|---|---|---|---|---|---|---|---|
| NW | SW | 20 | 25 | 6 | | 536W | RS 9600 | |

Legal Description:

Lot A

See attached

#8708030
LOT-L                120.00
SURCHARGE            11.00
TTL        131.00
CHEK-TEND        131.00
CCNG             .00

Lot B

See attached

08:41 #0025P001
08/25/87



#8708030
LOT-L        120.00
SURCHARGE    11.00
TTL    131.00
CHEK TEND    131.00
CCNG    .00
08:41 #0025P001
08/25/87
16 CLK#16  0025

KING COUNTY

Lot C

RH

F-271-1

Ex. 13D-2



Ex. 13D-3

Do Not Write Below This Line

☒ Approval is hereby granted subject to:

☐ Disapproved because:

OBTAIN THE EAST SIDE K.C. HEALTH DISTRICT
APPROVAL FOR THE EXISTING SEPTIC TANK
SEWAGE DISPOSAL SYSTEM (CALL 340-4795)

Planner

NOTE: Approval of this adjustment does not assure the property owner that
the subject property itself has satisfied the State and County sub-
division requirements (RCW 58.17 and King County Title 19).  P. ase
be advised that building permits will not be issued to lots which
have not complied with the requirements of said statute and code.

F-271-2
9/83

Tax Lot # 41
PARCEL 'A'

The southeasterly 475 feet of the second class shorelands adjoining that portion of Government lot 2, section 20, township 25 north, range 6 east, W.M., described as follows:

Beginning at the northeast corner of said government lot; thence south along the east line therof 569.64 feet; thence west 221.58 feet; thence southwesterly at right angles to the right of way of the Northern Pacific Railway Co., (formerly the Seattle and International Railway) 15.3 feet to the northeasterly line of said right of way; thence northwesterly along said northeasterly line to the north line of said government lot; thence east along said north line to the point of beginning; EXCEPT county road; and EXCEPT portion if any, in said railroad right of way.



TAX LOT 114
PARCEL 'B'

## LOT 3 LEGAL DESCRIPTION

That portion of Government Lot 2, Section 20, Township 25 North, Rnage 6 East, W.M. in King County, Washington described as follows:

Beginning at a point on the line between Government lots 2 & 3 in Section 20, Township 25 North, Range 6 East, W.M. 569.64 ft. South of the Northwest corner of said Lot 3; thence West in said Lot 2, 221.58 ft.; thence Southwesterly along a line drawn at right angles to the centerline of the Burlington Northern Railroad Company, Inc. railway, as successors to the Seattle Lakeshore and Eastern Railway Company 15.3 ft. to the Easterly margin of the right-of-way of said railway company, said point being hereinafter referred to as Point A; thence Southerly along said right-of-way 240.4 ft.

Thence Westerly at right angles to the centerline of said railroad 100 ft. to the Westerly margin of said right-of-way; thence Northerly along said Westerly margin to a point which is 150 ft. as measured along said Westerly margin from the intersection of said Westerly margin with the boundary line between the Barrett Estate and Early properties as described in the Boundary Line Agreement recorded under Auditor's File #8302140262, said point is hereinafter referred to as Point B.

Thence
Commencing at the above described Point A; thence Southwesterly at right angles to the centerline of the railroad right-of-way to the Westerly boundary of the shorelands of the second class previously owned by the State of Washington and acquired by deed dated December 3, 1928 and recorded in Volume 16, page 286 of the State of Washington's Records of Tideland Deeds; thence Southerly along said Westerly boundary of shorelands to the intersection with a line from Point B which bears Southwesterly at right angles to railroad centerline; thence Northeasterly along said line to Point B; thence continuing on the same bearing a distance of 100 ft. to the Easterly margin of railroad right-of-way; thence Northwesterly along said Easterly margin to Point A.

TL
114

Providing, however, that the Northeasterly 100 ft. of the above parcel is subject to the interests presumably acquired by Burlington Northern Railway Co., Inc. as successors to the Seattle Lakeshore & Eastern Railroad by deed recorded under Auditor's File #13877 to locate, construct, and operate a railroad in part for the benefits and advantages to accrue to the Grantor excepting however all riperian and waterfront rights on Lake Sammamish are expressly reserved for Grantor.

Subject to the rights of railroad company contained in AF #13877 to go upon the land adjacent to said line for a distance of 200 ft. on each side thereof and cut down all trees dangerous to the operation of said railroad. Also subject to other easements which may be of record.

MICHAEL YUHL
STATE OF WASHINGTON
7014
REGISTERED
PROFESSIONAL LAND SURVEYOR

SHORT PLAT # **8708 030**    DATE SENT _____    INITIAL _____

**Distribute to:**

- [X] OWNER(S)
- [ ] AGENT(S)
- [ ] TRAFFIC
- [ ] SWM
- [X] ASSESSOR
- [ ] OPERATIONS
- [ ] HEALTH
- [ ] PARTIES OF RECORD
- [ ] _____
- [ ] _____

BALD
F 254 2/86

**Sent to:**    [ ] OWNER

- [ ] COVER LETTER
- [ ] LEGAL DESCRIPTION
- [ ] EXTRA PAGE
- [ ] LAND SURVEYOR MAP
- [ ] NON-SURVEYOR MAP
- [ ] DECLARATION PAGE
- [ ] HEALTH FORMS
- [ ] PRIVATE ROAD CRID
- [ ] PUBLIC ROAD CRID
- [ ] A-1 & ___ A-2s

[ ] AGENT

- [ ] R-1 & ___ B-2s
- [ ] C-1 & ___ C-2s
- [ ] DEDICATION PAGE
- [ ] REVISED DECLARATION
- [ ] REVISED DEDICATION
- [ ] TYPICAL SECTION,
     DRAWING NO(s). ____
- [ ] *Sent 12·21·87 Ch.*
- [ ] _____
- [ ] _____

Ex. 13D-6

# LOT LINE ADJUST MENT *(Submit in Triplicate)*

APPLICATION FOR ~~PRELIMINARY~~ FINAL
SUBDIVISION APPROVAL
(Short and Long Plat)

NOTE: This also applies to Rezones and Lot Line Revisions.

SEATTLE-KING COUNTY DEPARTMENT OF PUBLIC HEALTH
ENVIRONMENTAL HEALTH SERVICES

IMPORTANT: Please be advised this is the application for preliminary subdivision approval. An application for final subdivision approval is required prior to receiving final approval for this plat.

NAME OF PLAT _____ LLA 8708030 P2:56

APPROX. ADDRESS __2927 E. LK. SAMMAMISH Road North__

LEGAL DESCRIPTION Tx Lots # 202506-9014 and # 202506-9041

OWNER Donald W. Barrett ADDRESS 2930 G.LK.Samm. Rd W Redmond WA96053 PHONE 868-311
OWNER ~~AGENT~~ June Michaels ADDRESS 322 Berkly Ave Tacoma WA 94466 PHONE 564-5482
                          Street        City    State   Zip

NUMBER OF ACRES _____ NUMBER OF LOTS __2__ SMALLEST LOT SIZE ~12,000□

NOTE: The following section must be completed and the appropriate fee must accompany this application. Fee: $100.00 plus $25.00 per lot. If public water and public sewer - Total Fee $25.00.

## WATER SUPPLY: (Complete one (1) section below)

Section 1. ☒ Existing Public Water Supply __UNAPPROVED CLASS IV (BARRETT)__
                                                          (Name)
           ☐ Letter of Service Availability Attached

Section 2. ☐ Proposed Public Water Supply _____
                                                          (Name)
           ☐ Protective Covenant Attached ☐ Recording # _____, or
                                          ☐ To be recorded with final approval

           ☐ Waterline Easements Attached ☐ Recording # _____, or
                                          ☐ To be recorded with final approval

           ☐ Water System Operating Maintenance and Management Agreement Attached
                                          ☐ Recording # _____, or
                                          ☐ To be recorded with final approval

           ☐ Restrictive Covenant(s) (if applicable) Attached
                                          ☐ Recording # _____, or
                                          ☐ To be recorded with final approval

Section 3. ☒ Individual Wells   ☐ All lots greater than 5 acres

## SEWAGE DISPOSAL: (Complete one (1) section below)

Section 1. ☐ Existing Sewer District _____
                                                          (Name)
           ☐ Letter of Service Availability Attached

Section 2. ☒ Individual On-Site Sewage System
           ☐ Soil Logs Attached (Minimum 1 per lot)
           ☐ Plot Plan Attached (Include lot lines, lot size, & location of soil logs)
           ☐ Certified Designer's Name _____ ID # _____

Section 3. ☐ Community/Larger On-Site Sewage System
           ☐ Preliminary Report - Community/Larger On-Site System Attached

EAST DISTRICT SEWAGE CENTER
RECEIVED
DEC 1 1987

I, hereby, certify the information given in this application is a true and accurate representation of the existing conditions on this plat.

Signature of Owner/Agent _Donald W. Ba___  Date _10/27/87_

Signature of Certified Designer, Engineer or R.S. _____ Date _____

### OFFICE USE ONLY

☒ APPROVED   _12-3-87_
○ DISAPPROVED   (Date)   (Sanitarian)   (District Supervisor)

Comments _LLA acceptable, ... this is not an approval of the existing system or water supply_

### DISTRICT HEALTH CENTERS

| CENTRAL | SOUTHWEST | SOUTHEAST | EAST | NORTH |
|---|---|---|---|---|
| 172 - 20th Avenue SEATTLE 587-4632 | 10821 - 8th Ave. S.W. SEATTLE 344-6000 | 3001 N.E. 4th RENTON 344-6708 | 2424 - 156th Ave. N.E. BELLEVUE 344-6891 | 10501 Meridian Ave. N. SEATTLE 363-4765 |

Ex. 13D-7



Ex. 13D-8

10 July 1987

King County Building & Land Development Division
Short Subdivision Section
450 King County Administration Bldg
500 Fourth
Seattle, Washington  98104

Dear Sirs:

    We would like approval of the attached Lot Line
Adjustment application.  We desire the adjustment so
as to eliminate the encroachment by the Northwest
corner of the house on tax lot 202406-9114 onto tax
lot 202506-9041 - the line would be adjusted nine
feet to the Northwest so as to clear the house plus
providing a five foot side lot clearance.

    Please let us know if any additional info is
required.

    Thanking you in advance,


                              Sincerely,

                              June Michaels
                              June Michaels

                              Donald Barrett



## ATTACHMENTS

1.  Copy of the Statutory Warranty Deed for my 475' tax lot.

2.  Copy of the Assessor"s tax lot informationfor the other property involved.

3.  Copy of Mary H. Barrett's will – inaccurate legal description of the estates southern boundary is highlighted– the cabin that was will'd to Elizabeth Barrett is the middle third of the property (property effectively divided into three pieces).  Attachment 2 is the northern thirds of the subdivided property.

4.  Court order which corrected the legal description of the Estates southern boundary.

Ex. 13D-10

ATTACHMENT #1

Ex. 13D-11

LAWYERS
TITLE INSURANCE
CORPORATION    for Record at Request of

Filed for Record at Request of Name DONALD W. BARRETT

Address 399, E LK SAMMAMISH

REDM WA. King. Trust

NAME Evergreen Escrow Co.

ADDRESS 12155 Auburn Avenue 1

CITY AND STATE Seattle, Washington

TL 41

## Statutory Warranty Deed

THE GRANTOR    ROSE FARLEY, a widow

for and in consideration of $1.00 and other value

in hand paid, conveys and warrants to    DONALD W. BARRETT and JEANNETTE G. BARRETT, his wife

the following described real estate, situated in the county of    KING    , State of Washington:

The southeasterly 115 feet of the second class shorelands adjoining
that portion of Government lot 2, section 26, township 25 north,
range 6 east, W.M., described as follows:
Beginning at the northeast corner of said government lot; thence
south along the east line thereof 469.44 feet; thence west 221.48
feet; thence southwesterly at right angles to the right of way of
the Northern Pacific Railway Co., (formerly the Seattle and International
Railway) 15.9 feet to the northeasterly line of said right of way; thence
north westerly along said northeasterly line to the north line of said
government lot; thence east along said north line to the point of beginning;
EXCEPT county road; and EXCEPT portion if any, in said railroad right of way.

This deed is given in fulfillment of that certain real estate contract between the parties hereto, dated
November 29    , 19 61 , and conditioned for the conveyance of the above
described property, and the covenants of warranty herein contained shall not apply to any title, interest or
encumbrance arising by, through or under the purchaser in said contract, and shall not apply to any taxes,
assessments or other charges levied, assessed or becoming due subsequent to the date of said contract.

Subject to all easements, restrictions and reservations of record, if any.

Dated this    1st    day of December, 1961

_____ (SEAL)

_____ (SEAL)

STATE OF WASHINGTON,
County of    KING

On this day personally appeared before me    ROSE, a widow
to me known to be the individual described in and who executed the within and foregoing instrument, and
acknowledged that    she    signed the same as    her    free and voluntary act and deed, for the
uses and purposes therein mentioned

GIVEN under my hand and official seal this    1st    day of    December, 1961

SALES TAX PAID ON CONTRACT AFF. NO. E448061
KING CO. RECORDS DIVISION

BY _____ DEPUTY

_____
Notary Public in and for the State of Washington,
residing at    Seattle, Washington.

on o 316.7



```
RPCI 20250069 11439           CAN:00000  SUP:0000000  S/M:G-002425   STATUS:ACTIVE
MICHAELS JUNE OPAL               739800   05/18/87   FOR GL 2 SEC 20-25-6 LY 150
322 BERKELEY TACOMA AVE                              BY NWLY OF LN AGREED UPON
TACOMA WA                        98466               BY BLA REC #8302140262 & LY
                                                     SELY OF FOLG LN - BAAP ON
LOT:20-25-06   BLOCK:9114   LAST LEGAL  LN BEG GL 2 & 3 SD SEC 20 AAP
                              IS    15   569.64 FT S OF NW COR SD LOT 3

RY DY ST SC NC LEVY CM-LV    LAND      IMPS      BILLED      PAID P A
B8  T  7279                 49.700    13.400       .00          .00
B7  T  7279                 49.700    13.400     857.80      435.70 H
                                      TOTAL TAX DUE          422.10
YR FF/ACRE DIST BENACRE BENEFIT  ST BILL ST PAID FF BILL FF PAID   RECEIPT  DATE
                                                                   7044447  04147
                                                                   7143868  05947
                                                                              F/N

        A531  ADDITIONAL DATA
```

ATTACHMENT #2

Ex. 13D-12

ATTACHMENT #3

# Last Will and Testament of

................................. Mary E. Barrett ................................. E230468

I,................................. Mary E. Barrett .................................,

of ................................. Redmond, Washington ................................. declare this to be my Last Will, hereby

revoking all wills and any codicils thereto at any time heretofore made by me.

**EXECUTOR...:**

I appoint ................................. Elvin William Collins ................................. as Executor... 

of this my Last Will, but if for any reason ....he shall be unable or unwilling to so act; I appoint

................................. Herbert William Elmonton ................................. as Executor ....

either to act as such without bond, and without intervention of any court as hereinafter provided.

**NONINTERVENTION CLAUSE:**

I further direct that my Executor... act without the intervention of any Court, except as may be
required in the case of nonintervention wills. My Execut...or shall have full power: to sell, convey
and encumber, without notice or confirmation, any assets of my estate, real or personal, at such prices
and terms as may seem just to him; to mortgage or pledge any estate property; to continue all of my
business operations; to invest and reinvest any assets of my estate; to advance funds and borrow
money, secured or unsecured, from any source; and to select any part of the estate in satisfaction
of any partition or distribution thereunder, in kind, in money, or both. Such powers may be exer-
cised whether or not necessary for the administration of my estate.

**DISPOSITION OF ESTATE:**

I give, devise and bequeath unto the following persons the following items:

.................To June Opal Michaels my automobile.
To Gordon L. Barrett my Gorman Sliver "b", the sum of $5,000.00,
.................his grandfather's watch, the old flintlock
pistol and powder horn, and such other guns as
do not belong to his brother.
To Donald V. Barrett my Peridot ring, his grandfather's other watch,
.................the Civil War rifle, and such of my books as he
desires.
.................To Elizabeth A. Barrett my Japanese amethyst ring, the large oil
painting by Grandma Collins, the large frame
mirror, and the brown cabin at 2921 East Lake
Semmamish Road North, Redmond, Washington with
50' of beach and described as: the north 50 feet
of the south 175.04 feet of the north 700.84 feet
as measured along the west line of that portion
of Government Lot #2, Section #10, Township 25
north, Range 6 E.W.M., King County, Washington,
lying Westerly of the Northern Pacific
Railway right of way ( Burlington and Northern)
Together with the second class shorelands ad-
joining said 50 feet lying westerly of said
right of way.

I give, devise and bequeath unto my four children above named, share and share alike,

all of my estate whether real, personal or mixed, of whatsoever kind and wheresoever

situated of which I shall die seized or possessed or to which I shall be in any

manner entitled at the time of my death. In the event that any of my said children

Ex. 13D-13

ATTACHMENT #4

DEC 12 1986

IN THE SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

HERBERT W. SIMONTON, Personal )
Representative for the Estate )    NO.   85-2-15594-7
of MARY H. BARRETT, deceased, )
                              )    AGREED ORDER REFORMING
          Plaintiff,          )    LEGAL DESCRIPTION ON
                              )    REAL ESTATE CONTRACTS
v.                            )
                              )
VIRL E. EICKMEYER, et ux.,    )
et al.,                       )
                              )
          Defendants.         )
_____)

THIS MATTER having come before the undersigned upon
motion of the plaintiffs for partial summary judgment;
counsel for the parties herein having agreed by execution
below to the entry of this order prior to the hearing on
plaintiffs' motion; the court having considered the files
and records herein; now, therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as
follows:

1.  That the portion of the legal description on the
Real Estate Contract dated October 8, 1970 between Donald W.
Barrett and Jeannette C. Barrett, his wife, and Mary
Barrett, as sellers, and the defendants Virl E. Eickmeyer
and Susan C. Eickmeyer, his wife, as purchasers recorded
under King County No. 6717396 which reads as follows:

ORDER REFORMING LEGAL
DESCRIPTION - PAGE 1



MORRIS & RODGERS
ATTORNEYS AT LAW
11111 NE THIRD STREET
BELLEVUE, WASHINGTON 98004
(206) 455-1110

Ex. 13D-14

> "Together with a 1/7th interest in the south 40 feet
> of the north 769.64 feet as measured along the east
> line of that portion of Government Lot 2 of said
> Section 20, if any, lying westerly of the Northern
> Pacific Railroad Right-of-Way (Burlington Northern)
>
> TOGETHER with a 1/7th interest in the second class
> shorelands adjoining said south 40 feet lying
> westerly of said right-of-way."

is reformed and shall hereafter be described as set forth on

Exhibit No. 1 attached and incorporated herein by this

reference.

2.  That the portion of the legal description of the

community beach as described on that Real Estate Contract

dated November 10, 1970 between Mary Barrett, as seller, and

defendants David J. Zuniga and Joseph A. W. McGee, as

purchasers which reads as follows:

> "Together with a 4/7ths interest in the south 40
> feet of the north 769.64 feet as measured along the
> east line of that portion of Government Lot 2 of
> said Section 20, if any, lying westerly of the
> Northern Pacific Railroad railway right-of-way
> "Burlington & Northern"
>
> TOGETHER with a 4/7th interest in the second class
> shorelands adjoining said south 40 feet lying
> westerly of said right-of-way"

is reformed and shall hereafter be described as set forth on

Exhibit No. 2 attached and incorporated herein by this

reference.

3.  The counterclaims of the defendants are not

affected by this order and are specifically preserved for

trial or later disposition by this court.

ORDER REFORMING LEGAL
DESCRIPTION - PAGE 2

MORRIS & RODGERS
ATTORNEYS AT LAW
11111 NE THIRD STREET
BELLEVUE, WASHINGTON 980
(206) 455-1110

Ex. 13D-15

DONE IN OPEN COURT this _____ day of _____, 1986.

**DEC 1 1 1986**

**JACK A. RICHEY**
~~JUDGE~~/COURT COMMISSIONER

Presented By:

MORRIS & RODGERS

_____
Daryl A. Deutsch
Attorney for Plaintiff

Copy Received; Approved For Entry
and Notice of Presentation Waived:

_____
J. Stephen Funk
Attorney for Defendants
Zuniga & McKee

_____
James W. Abbott
Attorney for Defendants
Eickmeyer, Limbocker and
Carragher

ORDER REFORMING LEGAL
DESCRIPTION - PAGE 3

MORRIS & RODGERS
ATTORNEYS AT LAW
11111 NE THIRD STREET
BELLEVUE, WASHINGTON 98004
(206) 455-1110

Ex. 13D-16

## DESCRIPTION OF 40 FOOT WIDE BEACH TRACT

An undivided 4/7 interest in the following described property:

The uplands and shorelands of the Second Class, in front of, and adjacent to, or abutting upon that portion of Government Lot 2, Section 20, Township 25 North, Range 6 East of the Willamette Meridian, in King County, Washington, described as follows:

Commencing at the South Quarter Corner of said Section 20, which corner is marked by a concrete monument, from which corner King County Aerial Survey Monument J-285 bears S 86° 12' 40" W a distance of 591.42 feet, and from which corner the North-South center line of said Section 20 bears N 0° 06' 54" E; thence N 32° 16' 31" W a distance of 2505.04 feet to the Southeast corner of Short Plat No. R-1277118, as recorded under Auditor's File No. 7901100957, records of King County, Washington, as said Short Plat was surveyed and staked, and shown on that survey recorded in Volume 16 of Surveys, page 158, records of said county, and which point bears S 0° 16' 35" E a distance of 569.64 feet from the Northeast corner of said Short Plat; thence S 89° 40' 10" W, parallel with the North line of said Short Plat, a distance of 221.58 feet; thence S 49° 09' 51" W, at right angles to the center line (radially to the curve) of the Burlington Northern Railway (formerly the Northern Pacific Railway), a distance of 3.66 feet to a point on the curve of the Northeasterly margin of the right-of-way of said railway, at which point the tangent to said curve bears S 40° 50' 09" E; thence in a Southeasterly direction, along said curve, to the right, having a radius of 2342.01 feet, an arc distance of 240.04 feet; thence  S 55° 02' 12" W, at right angles to said right-of-way (radially to the curve), a distance of 100.00 feet to a point on the curve of the Southwesterly margin of said right-of-way, and which point is referred to hereinafter as Point "D"; thence continuing  S 55° 02' 12" W to a point on the Line of Navigability of Lake Sammamish, and which point is the True Point of Beginning of this description;  thence  N 55° 02' 12" E to said Point "D";  thence in a Northwesterly direction, along the curve of the Southwesterly margin of the right-of-way of said railway, to the left, having a radius of 2242.01 feet, an arc distance of 40.00 feet;  thence  S 55° 02' 12" W to a point on said Line of Navigability;  thence in a Southwesterly direction, along said Line of Navigability to the True Point of Beginning.  Bearings in the above description are oriented to said recorded survey.

Ex. 13D-17

## DESCRIPTION OF 40 FOOT WIDE BEACH TRACT

An undivided 1/7 interest in the following described property:

The uplands and shorelands of the Second Class, in front of, and adjacent to, or abutting upon that portion of Government Lot 2, Section 20, Township 25 North, Range 6 East of the Willamette Meridian, in King County, Washington, described as follows:

Commencing at the South Quarter Corner of said Section 20, which corner is marked by a concrete monument, from which corner King County Aerial Survey Monument J-285 bears S 86° 12' 40" W a distance of 591.42 feet, and from which corner the North-South center line of said Section 20 bears N 0° 06' 54" E; thence N 32° 16' 31" W a distance of 2505.04 feet to the Southeast corner of Short Plat No. R-1277118, as recorded under Auditor's File No. 7901100957, records of King County, Washington, as said Short Plat was surveyed and staked, and shown on that survey recorded in Volume 16 of Surveys, page 158, records of said county, and which point bears S 0° 16' 35" E a distance of 569.64 feet from the Northeast corner of said Short Plat; thence S 89° 40' 10" W, parallel with the North line of said Short Plat, a distance of 221.58 feet; thence S 49° 09' 51" W, at right angles to the center line (radially to the curve) of the Burlington Northern Railway (formerly the Northern Pacific Railway), a distance of 3.66 feet to a point on the curve of the Northeasterly margin of the right-of-way of said railway, at which point the tangent to said curve bears S 40° 50' 09"E; thence in a Southeasterly direction, along said curve, to the right, having a radius of 2342.01 feet, an arc distance of 240.04 feet; thence S 55° 02' 12" W, at right angles to said right-of-way (radially to the curve), a distance of 100.00 feet to a point on the curve of the Southwesterly margin of said right-of-way, and which point is referred to hereinafter as Point "D"; thence continuing S 55° 02' 12" W to a point on the Line of Navigability of Lake Sammamish, and which point is the True Point of Beginning of this description; thence N 55° 02' 12" E to said Point "D"; thence in a Northwesterly direction, along the curve of the Southwesterly margin of the right-of-way of said railway, to the left, having a radius of 2242.01 feet, an arc distance of 40.00 feet; thence S 55° 02' 12" W to a point on said Line of Navigability; thence in a Southwesterly direction, along said Line of Navigability to the True Point of Beginning. Bearings in the above description are oriented to said recorded survey.

LS 80-115
5-15-86

Ex. 13D-18

August 19, 1987

King County Building & Land Development Division
Parks, Planning & Resources Department
450 King County Administration Building
500 Fourth Avenue
Seattle, WA  98104

Attn:  Anna Marie Nelson

Dear Ms. Nelson:

     Per my conversation with you on the 13th of August,
attached is an expanded Lot Line Adjustment form.

     Hopefully the attachments will explain the corrected
legal description for the Estates southern boundary and show
how the property was legally divided into three pieces.

     Please let me know if there are any further questions.

     Thanking you in advance,

                              Sincerely,

                              Donald W. Barrett

**King County**
**Building & Land Development Division**
Parks, Planning and Resources Department

**TO** Donald Barrett

**FROM** Short Plat Technician
Anna Marie Nelson **PHONE**

**SUBJECT** Proposed Lotline Adjustment Application **DATE** 7/20/87

**MESSAGE** Please provide the following:

1) Documentation of legal lot status.
(See Bulletin #2 enclosed)

2) Clearly designate on the site plan the proposed and existing lot lines of the entire parcels and proposed setbacks to existing structures.

**SIGNED**

**REPLY** If you have any questions, please contact this office at 344-7980

Sincerely,
Anna Marie Nelson

**SIGNED**                     **DATE**

F-386
4/87

PINK COPY FOR FILE
YELLOW COPY FOR REPLY

Ex. 13D-20

| PARCEL NUMBER—NAME & ADDRESS | | LEGAL DESCRIPTION | LEVY RATE | SR YR | S T | LEVY CODE | VALUATION LAND/IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | RECT # - DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23241 SE 53RD ST<br>ISSAQUAH WA | 98027 | 216 FT TH SWLY AT R/A TO RR R/W<br>282 FT TH NWLY ALG NELY MGN OF<br>CO RD 150 FT TH NELY TO BEG &<br>POR OF SD GL & SH LDS ADJ ON<br>SW LY SWLY OF SD R/W & BET SWLY<br>PROD OF NWLY & SELY LNS TNOF | | | | | | | | | | |
| 202506-9026-02<br>CO—    CN—    SN—<br>HUGHES WILLIAM<br>3202 E LK SAMMAMISH RD<br>REDMOND WA | 98052 | 20-25-06      9026      15.527<br>POR OF GL 1 IN NW 1/4 LY NELY<br>OF RR R/W & ELY OF LK RNG S<br>900 FT FR PT ON N LN OF SD GL<br>630 FT E OF NW COR TH SWLY AT<br>R/A TO SD R/W LESS CO RD & LESS<br>BAAP ON NRLY MGN OF SD RD N<br>44-21-30 W 265.61 FT FR NXN WITH<br>S LN OF SD GL TH N 45-38-30 E<br>337.19 FT TH S 44-21-30 E<br>117.22 FT TH S 45-38-30 W<br>337.19 FT TH N 44-21-30 W<br>117.22 FT TO BEG & LESS BEG SD<br>NXN TH N 44-21-30 W 94.80 FT TH<br>N 45-38-30 E 219.64 FT TH S<br>44-21-30 E 247.00 FT M/L TH W<br>ALG SD S LN 306.20 FT M/L TO BEG | 80 | T | 7260 | I | 65600<br>200 | 102168 | P | 102168 | 102168 | 4/23/0<br>0242347<br>10/22/0<br>0563051 |
| 202506-9028-00<br>CO—    CN—    SN—<br>EVEREST DEVEL CORP<br>PO BOX 701<br>ELNORA ALBERTA CANADA | C1180 | 20-25-06      9028      15.527<br>2ND CL SH LDS FRONTING GL 2<br>EXCEPT N 769.64 FT MEAS ALG E LN<br>OF SD LOT 2 | 80 | T | 7260 | L | 5000 | 7763 | P | 7763 | 7763 | 4/03/0<br>0148319 |
| 202506-9029-09<br>CO—    CN—    SN—<br>EVEREST DEVEL CORP<br>PO BOX 701<br>ELNORA ALBERTA CANADA | C1180 | 20-25-06      9029      14.698<br>BEG NW COR OF GL 3 IN SW 1/4 TH<br>S 00-13-45 E ALG W LN 94.00 FT TH<br>S 49-14-47 E 269.73 FT TH N<br>33-08-33 E 19.00 FT TH NELY ALG<br>CURVE RGT RAD 185.76 FT ARC DIST<br>143.99 FT TH N 14-19-27 W<br>163.09 FT TH S 89-43-00 W ALG N<br>LN TO BEG | 80 | T | 7225 | L | 4900 | 7202 | P | 7202 | 7202 | 4/25/0<br>0256656 |
| 202506-9030-06<br>CO—    CN—    SN—<br>EVEREST DEVEL CORP<br>PO BOX 701<br>ELNORA ALBERTA CANADA | C1180 | 20-25-06      9030      15.527<br>2ND CL SH LDS ADJ FOLG-BEG NE<br>COR GL 2 IN SW 1/4 TH S ALG E<br>LN 369.66 FT TH W 221.36 FT TH<br>SWLY AT R/A TO RR R/W 15.3 FT<br>TO NELY MGN SD R/W TH NWLY ALG<br>NELY MGN TO N LN SD GL TH E TO<br>BEG LESS NWLY 200 FT & SELY<br>579 FT AS MEAS ALG SWLY MGN SD<br>R/W LESS RR R/W | 80 | T | 7260 | L | 8000<br>46600 | 84777 | H | 84777 | 42389 | 4/29/0<br>0289513 |
| 202506-9031-05<br>CO—    CN—    SN—<br>EVEREST DEVL CORP<br>PO BOX 701<br>ELNORA ALBERTA CANADA | C1180 | 20-25-06      9031      15.527<br>BEG 673.28 FT S OF NE COR OF GL 3<br>TH N 356.64 FT TH S 54-31-08 W<br>1378.74 FT M/L TO NELY LN CO RD<br>TH A.G RD 179.96 FT TO PT S<br>70-16-52 W OF BEG TH N 70-16-52<br>E 1232.72 FT TO BEG ALSO BEG AT<br>NE COR OF GL 3 TH W 1342.40 FT<br>TH S 00-13-45 E 879.64 FT TO<br>SWLY LN OF CO RD TH S 58-26-43 W<br>101.26 FT TO SWLY LN OF N P R/W | 80 | T | 7260 | L | 30000<br>75000 | 163189 | | 163189 | 163189 | 4/28/0<br>0268853<br>10/22/0<br>0367110 |
| | | PARCEL CONTINUED ON NEXT PAGE | | | | | | | | | | |

L 5

| PARCEL NUMBER—NAME & ADDRESS | | LEGAL DESCRIPTION | LEVY RATE | SR YR | S T | LEVY CODE | VALUATION LAND/IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | RECT # - DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | TH SELY ON CURVE TO RGT RAD<br>2242.54 FT DIST 120.51 FT TO TPOB<br>TH CONTG SELY 25.93 FT TH S<br>27-34-00 E 94.58 FT TH S 62-26-00<br>W TO SWLY LN OF GL 3 TH NWLY ALG<br>SD LN '' PT S 62-26-00 W OF BEG<br>TH N 62-26-00 E TO BEG TGW SH LDS<br>ADJ TGW POR LF ASY ON M<br>118.66 FT OF S 355.42 FT OF SD<br>GL 3 LY BETW NELY MGN OF NP R/W<br>& SWLY MGN OF CO RD | | | | | | | | | | |
| 202506-9032-04<br>CO—    CN—    SN—<br>EVEREST DEVL CORP<br>PO BOX 701<br>ELNORA ALBERTA CANADA | C1180 | 20-25-06      9032      15.527<br>BEG SE COR OF GL 3 TH N 00-10-00<br>E 336.63 FT TH S 77-29-40 W<br>1101.33 FT M/L TO CO RD TH S<br>27-34-00 E 120 FT TO S LN SD GL<br>TH N 89-32-00 E 1018.76 FT M/L<br>TO BEG ALSO BEG AT A PT S<br>89-35-09 W 1180.22 FT & S<br>62-26-00 W 14.27 FT FR SE COR<br>GL 3 TH N 27-34-00 W 120 FT TH S<br>62-2-00 W TO SWLY LN GL 3 TH<br>SELY TO PT S 62-26-00 W OF BEG<br>TH N 62-26-00 E TO BEG & SH LDS<br>ADJ TGW POR OF S 118.16 FT OF SD<br>GL LY BETW RR R/W & CO RD | 80 | T | 7260 | I | 22700<br>21100 | 68008 | P | 68008 | 68008 | 4/21/0<br>0220916<br>10/20/0<br>0358473 |
| 202506-9033-03<br>CO—    CN—    SN—<br>SCHLEPP AUGUST W<br>2818 E LAKE SAMMAMISH BLVD<br>REDMOND WA | 00676<br>98052 | 20-25-06      9033      15.527<br>POR GL 3 BEG AT PT 1009.92 FT S<br>OF NE COR TH N 356.64 FT TH S<br>70-16-52 W 1232.72 FT M/L TO NELY<br>LN CO RD TH SELY ALG SD LN<br>179.96 FT TO PT S 77-29-40 W TO<br>TPOB TH N 77-29-40 E 1101.33 FT<br>M/L TO BEG ALSO BEG AT NE COR TH<br>N 1342.40 FT TH S 879.64 FT TO<br>SWLY LN OF CO RD TH S<br>58-26-43 W 101.26 FT TO SWLY LN<br>OF N P R/W TH SELY ON CURVE TO<br>RGT RAD 2242.54 FT ARC DIST<br>146.44 FT TH S 27-34-00 E<br>94.58 FT TO TPOB TH S 27-34-00 E | 80 | T | 7260 | I | 26000<br>37900 | 99217 | F | 99217 | | 4/21/0 |

MINOLTA

Ex. 13E-1

| PARCEL NUMBER—NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL YR | S T | LEVY CODE | VALUATIONS LAND IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | RECT # - DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CO—   CN—   SN—   C1078<br>KOHLOFF DENNIS<br>10915 NE 45TH<br>KIRKLAND WA   98033 | S 200 FT OF GL 4 LY ELY OF CO RD | | | 79<br>78<br>77 | T<br>T<br>T | 7260L<br>7260L<br>7260L | 12100<br>12100<br>12100 | 18788<br>23902<br>24892<br>29704 | F<br>F<br>F | 18788<br>23902<br>24892<br>29704 | 29704 | 7445163 |
| 202506-9036-00 PURGED REFERENCE<br>CO—   CN—   R1179<br>PAULSON GARY L<br>3100 168TH PL SE<br>BELLEVUE WA   98005 | 20-25-06   9036   15.527<br>N 100 FT OF S 300 FT OF GL 4<br>LY ELY OF CO RD & N 75 FT<br>OF S 300 FT LY WLY OF N P R/W<br>& SH LDS ADJ | | | 80 | T | 7260L | 7500 | 11645 | F | 11645 | 5823 | 5/05/0<br>0049769 |
| 202506-9036-34<br>CO—   CN—   SN—   40623<br>PAULSON GARY L<br>3100 168TH PL SE<br>BELLEVUE WA   98003 | 20-25-06   9036   15.527<br>N 100 FT OF S 300 FT OF GL 4<br>LY ELY OF CO RD & N 75 FT<br>OF S 300 FT LY WLY OF N P R/W<br>& SH LDS ADJ | | | 80 | T | 7260L | 7500 | 1645 | P | 11645 | 11645 | 5/05/0<br>0049769<br>11/04/0<br>0617657 |
| 202506-9027-09<br>CO—   CN—   SN—<br>GAUDY OLIVER M<br>2466 E SAMMAMISH RD N<br>REDMOND WA   98052 | 20-25-06   9027   15.527<br>BEG AT PT 1001.7 FT N OF SE COR<br>OF GL 4 TH S 701.70 FT TH W TO W<br>LN SD GL TH NWLY TO PT S 72-58-00<br>W FR BEG TH N 72-58-00 E 920 FT<br>M/L TO BEG TGW SH LDS ADJ LESS<br>CO RD LESS N P R/W LESS BEG ON E<br>LN GL 4 AT PT 843.56 FT NLY<br>OF SE COR THOF TH N 01-26-00 E<br>153.14 FT TH S 72-58-00 W<br>920 FT M/L TO W LN OF SD GL TH<br>SELY ALG WLY LN TO PT BRG S<br>72-58-00 W FRM POB TH N 72-58-00<br>E TO POB | | | 80 | T | 7260L | 22500 | 34936 | P | 34936 | 34936 | 5/05/0<br>0056114<br>11/03/0<br>0612066 |
| 202506-9038-08<br>CO—   CN—   SN—<br>HUGHES WILLIAM F<br>3202 E LAKE SAMMAMISH<br>REDMOND WA   98052 | 20-25-06   9038   15.527<br>POR GL 1 DAF-BEG AT NXW OF NELY<br>MGN OF ISSAQUAH-REDMOND CO RD<br>WITH S LN OF SD GL TH N 44-21-30<br>W ALG SD MGN 34.80 FT TH N<br>45-38-30 E 219.64 FT TH S<br>44-21-30 E 247 FT M/L TO S LN TH<br>W ALG S LN 306 FT M/L TO POB | | | 80 | T | 7260L<br>I | 5500<br>304000 | 55742 | P | 55742 | 55742 | 4/23/0<br>0242364<br>10/22/0<br>0563052 |
| 202506-9039-07<br>CO—   CN—   SN—<br>GAUDY OLIVER M<br>2466 E SAMMAMISH RD N<br>REDMOND WA   98052 | 20-25-06   9039   15.527<br>BEG ON E LN GL 4 AT PT<br>843.56 FT NLY OF SE COR THOF TH N<br>01-26-00 E 158.14 FT TH S<br>72-58-00 W 920 FT M/L TO W LN OF<br>SD GL TH SELY ALG WLY LN TO PT<br>BRG S 72-58-00 W FRM POB TH N<br>72-58-00 E TO POB TGW SH LDS<br>ADJ LESS CO RD LESS N P R/W | | | 80 | T | 7260L<br>I | 15200<br>36300 | 79964 | P | 79964 | 79964 | 5/05/0<br>0056113<br>11/03/0<br>0612065 |
| 202506-9040-04<br>CO—   CN—   SN—<br>FRIES RANDOLPH<br>19650 N E 40TH<br>REDMOND WA   98052 | 20-25-06   9040   15.527<br>POR OF NW 1/4 OF NW 1/4 LY NLY<br>OF LN DRN FR PT ON N SUBD LN<br>660 FT E OF NW COR TO PT ON W<br>SUBD LN 60 FT S OF SD NW COR | | | 80 | T | 7260L | 1000 | 1553 | P | 1553 | 1553 | 3/18/0<br>0109195<br>10/06/0<br>0335289 |
| 202506-9041-03<br>CO—   CN—   SN—   R0378<br>BARRETT DONALD W<br>BOWERS FLORENCE<br>4708 ASBURY RD<br>ERIE PA   16506 | 20-25-06   9041   15.527<br>SELY 475 FT AS MEAS ALG SWLY<br>MGN OF RR R/W OF SH LDS ADJ<br>FOLG-BEG NE COR GL 2 IN SW 1/4<br>TH S ALG E LN 569.64 FT TH W<br>221.58 FT TH SWLY AT R/A TO | | | 80 | T | 7260L | 20000 | 31054 | P | 31054 | 31054 | 4/14/0<br>0185482 |
| | | | | | P A R C E L   C O N T I N U E D   O N   N E X T   P A G E | | | | | | | |

A 6

| PARCEL NUMBER—NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL YR | S T | LEVY CODE | VALUATIONS LAND IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | RECT # - DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RR R/W 15.3 FT TO NELY MGN SD SH<br>TH NWLY ALG NELY MGN TO N LN SD<br>GL TH E TO BEG LESS RR R/W | | | | | | | | | | | |
| 202506-9042-02<br>CO—   CN—   SN—   C1079<br>NELSON ROBERT G<br>3123 E LAKE SAMMAMISH RD NE<br>REDMOND WA   98052 | 20-25-06   9042   15.527<br>SELY 96 FT OF NWLY 200 FT OF 2ND<br>CL SH LDS FRONTING N 569.64 FT OF<br>GL 2 | | | 80 | T | 7260L<br>I | 5800<br>38800 | 69250 | P | 69250 | 69250 | 4/30/0<br>0500460<br>11/03/0<br>0604008 |
| 202506-9043-01<br>CO—   CN—   SN—   R0479<br>LEUENBERGER K A<br>11825 NE 172ND<br>BOTHELL WA   98011 | 20-25-06   9043   15.527<br>E 149 FT OF W 386.58 FT OF N<br>293 FT OF SW 1/4 OF NW 1/4 OF NW<br>1/4 | | | 80 | T | 7260L | 4800 | 7453 | P | 7453 | 7453 | 4/21/0<br>0220795 |
| 202506-9045-09<br>CO—   CN—   SN—   C1179<br>HARLE THOMAS W<br>2914 E LAKE SAMMAMISH NE<br>REDMOND WA   98052 | 202506   9045   15.527<br>BAAP ON W LN OF GL 3 IN SW 1/4<br>S 00-13-45 E 521 FT FR NW COR<br>TH N 00-13-45 W 38.41 FT TH N<br>60-59-34 E 190.99 FT TH S<br>03-34-32 E 63.59 FT TH SELY ALG<br>CURVE LFT RAD 20 FT ARC DIST<br>24.49 FT TH S 73-44-29 E<br>68.78 FT TH SELY ALG CURVE RGT<br>RAD 20 FT ARC DIST 50.05 FT TH<br>SWLY ALG REVERSE CURVE LFT RAD<br>43-56 FT ARC DIST 24.79 FT TH S<br>37-07-00 W 170.55 FT TH WLY ALG<br>CURVE RGT RAD 66 FT ARC DIST<br>30.05 FT TH N 31-09-36 W<br>207.50 FT TO BEG | | | 80 | T | 7260L<br>I | 5900<br>64000 | 108534 | H | 108534 | 54267 | 4/25/0<br>0259286 |
| 202506-9046-08<br>CO—   CN—   SN—   C1179<br>HARLE THOMAS W<br>2914 E LAKE SAMMAMISH NE<br>REDMOND WA   98052 | 202506   9046   15.527<br>BAAP ON W LN OF GL 3 IN SW 1/4<br>S 00-13-45 E 94 FT FR NW COR<br>S 00-13-45 E 388.59 FT TH N<br>60-59-34 E 190.99 FT TH N<br>00-54-32 U 39.59 FT TH NLY ALG<br>CURVE RGT RAD 50 FT ARC DIST<br>32.04 FT TH N 33-08-33 E 80.41 FT<br>TH N 53-57-57 W 269.73 FT<br>TO BEG | | | 80 | T | 7260L | 5700 | 8850 | H | 8850 | 4425 | 4/25/0<br>0259285 |

| PARCEL NUMBER—NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | BR YR | RL S | LEVY CODE | VALUATIONS LAND & IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | RECT # - DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TH N 05 TO SD R/W LESS CO RD & LESS BAAP ON NELY MGN OF SD RD N N 44-21-30 W 265.61 FT FR NXN WITH S LN OF SD GL TH N 45-38-30 E 177.12 FT TH S 44-21-30 E 177.22 FT TH S 45-38-30 E 337.15 FT TH N 44-21-30 W 117.22 FT TO BEG & LESS BEG SD NXN TH N 44-21-30 W 34.80 FT TH N 45-38-30 E 219.64 FT TH S 44-21-30 E 247.00 FT M/L TO BEG ALG SD S LN 306.00 FT M/L TO BEG | | | | | | | | | | |
| 202506-9028-00 CO-M 3270 CN-  SN- EARLEY JOHN A  EXECUTOR EARLEY ROSE A ESTATE PO BOX 64 ABERDEEN WA  98520 | 9028    09.366 POR OF GL 2 & SH LDS ADJ LY WLY OF FORMER N P R/W & NLY OF LN BEG NE COR GL 3 TH W 1342.40 FT TH S 879.64 FT TH S 58-26-43 W 101.26 FT TO WLY LN SD R/W & TPOB TH S 58-26-43 W TO SH LN OF LAKE SAMMAMISH & SLY OF SLY LN OF "OLG TRACT EXTENDED BEG ON E  OF SD GL 2 569.94 FT S   NE COR THOF TH W 221.58 FT TH SWLY AT R/A TO C/L OF SD NP R/W 15.3 FT TO ELY MGN OF SD R/W TH SELY ALG SD R/W 240.04 FT TH E 87 FT TO E LN OF SD GL 2 TH N 200 FT TO BEG | C0681 | 81 T | 7260L | 21200 | 19856 | P | 19856 | 19856 | 6/05/1 1436498 |
| 202506-9029-09 CO-  CN-  SN- JUME OPAL MICHAELS 322 BERKELEY TACOMA WA  98466 | 9029    08.366 BEG NW COR OF GL 3 IN SW 1/4 TH S 00-13-45 E ALG W LN 94.00 FT TH S 53-53-57 E 269.73 FT TH N 33-08-53 E 19.00 FT TH NELY ALG CURVE RGT RAD 185.76 FT ARC DIST 145.99 FT TH N 14-19-27 W 163.09 FT TH S 89-43-00 W ALG N LN TO BEG | C0581 | 81 T | 7225L | 30000 | 25098 | P | 25098 | 25098 | 5/07/1 1429905 10/27/1 1524963 |
| 202506-9030-06 CO-M 4492 CN-  SN- LEWIS BARRY G 3113 E LAKE SAMMAMISH RD NE REDMOND WA  98052 | 9030    09.366 2ND CL SH LDS & UPLANDS ADJ FOLG—BEG NE COR GL 2 IN SW 1/4 TH S ALG E LN 569.64 FT TH W 221.58 FT TH SWLY AT R/A TO NP R/W 15.3 FT TO NELY MGN SD R/W TH NWLY ALG SD NELY MGN TO N LN SD GL TH E TO BEG LESS NWLY 200 FT & SELY 579 FT AS MEAS ALG SWLY MGN SD R/W LESS POR LY NELY OF SWLY MGN SD R/W | T0381 | 81 T | 7260L | 82600 92500 | 163999 | P | 163999 | 163999 | 1/05/1 0000528 5/04/1 1158908 10/29/1 1278311 |
| | | | 80 T | 7260L | 8000 46600 | 34777 | | 34777 | 34777 | |
| 202506-9031-05 PURGED REFERENCE CO-  CN-  SN- SHORT ZELLA F 2838 E SAMMAMISH RD NE REDMOND WA  98052 | 9031    09.366 BEG 673.28 FT S OF NE COR OF GL 3 TH N 336.64 FT TH S 64-31-08 W 1378.74 FT M/L TO NELY LN CO RD TH ALG RD 179.96 FT TO PT S 70-16-52 W OF BEG TH N 70-16-52 E 1232.72 FT TO BEG ALSO BEG AT NE COR OF GL 3 TH W 1342.40 FT | C0381 | 81 T | 7260L | 90500 158100 | 232651 | P | 232651 | 116326 | 4/02/1 1042713 |

P A R C E L   C O N T I N U E D   O N   N E X T   P A G E

L 16

| PARCEL NUMBER—NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | BR YR | RL S | LEVY CODE | VALUATIONS LAND & IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | RECT # - DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TH S 00-13-45 E 879.64 FT TO SWLY LN OF CO RD TH S 58-26-43 W 101.26 FT TO SWLY LN OF N P R/W TH SELY ON CURVE TO RGT RAD 2242.54 FT DIST 120.51 FT TO TPOB TH CONTG SELY 25.93 FT TH S 27-34-00 E 94.68 FT TH S 62-26-00 W TO SWLY LN OF GL 3 TH NWLY ALG SD LN TO PT S 62-26-00 W OF BEG TH N 62-26-00 E TO BEG TGW SH LDS ADJ TGW POR   IF ANY, OF N 118.66 FT OF S 355.42 FT OF SD GL 3 LY BETW NELY MGN OF NP R/W & SWLY MGN OF CO RD | | | | | | | | | | |
| 202506-9031-39 CO-M 2949 CN-  SN- SHORT ZELLA F 2838 E SAMMAMISH RD NE REDMOND WA  98052 | 9031    09.366 LOT 2 KC SHORT PLAT NO 181013 REC NO 8104300743 SD PLAT DAF - POR OF GL 3 IN SW 1/4 BAAP ON E LN SD GL S 00-10-00 W 673.28 FT FR NE COR THOF TH N 00-10-00 E 336.64 FT TH S 64-31-08 W 1378.74 FT M/L TO NELY LN OF ISSAQUAH-REDMOND CO RD TH SELY ALG SD NELY LN TO POC CONCAVE TO SW RAD 2402.54 FT A DIST OF 71.28 FT TH S 27-34-00 E ALG SD NELY LN 108.68 FT TAP S 70-16-52 W FR POB TH N 70-16-52 E 1232.72 FT M/L TO BEG | C0381 | 81 T | 7260L | 43200 58800 | 95533 | P | 95533 | 95533 | 4/02/1 1042713 10/15/1 1499993 |
| 202506-9032-04 CO-M 4497 CN-  SN- ODELL PATRICIA J 2804 E LAKE SAMMAMISH PKY NE REDMOND WA  98052 | 9032    09.366 BEG SE COR OF GL 3 TH N 00-10-00 E 336.65 FT TH S 77-29-40 W 1101.33 FT M/L TO CO RD TH S 27-34-00 E 120 FT TO S LN SD GL TH N 89-32-00 E 1018.76 FT M/L TO BEG ALSO BEG A PT S 89-32-00 W 1180.22 FT S 62-26-00 W 162.27 FT FR S COR GL 3 TH N 27-34-00 W 120 FT TH S 62-26-00 W SWLY LN GL 3 TH SELY TO PT S 62-26-00 W OF BEG TH N 62-26-00 E TO BEG & SH LDS | C0481 | 81 T | 7260L | 61000 81800 | 96282 | P | 96282 | 96282 | 4/30/1 1135562 10/06/1 1484812 |


MINOLTA

Ex. 13E-3

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL YR | S T | LEVY CODE | VALUATIONS LAND IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T # - DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NP RR R/W LESS BEG IN W LN GL 4 AT PT 843.56 FT NLY OF SE COR THOF TH N 01-26-00 E 158.14 FT TH S 72-58-00 W 920 FT M/L TO W LN SD GL TH SELY ALG WLY LN TAP BRNG S 72-58-00 W FRM POB TH N 72-58-00 E TO POB TGW SH LDS ADJ POR REMAINING | | | | | | | | | | | |
| 202506-9038-08 CO- CN- SN- HUGHES WILLIAM F 3202 E LAKE SAMMAMISH REDMOND WA 98052 | 20-25-06 9038 09.366 POR GL 1 DAF-BEG AT NXN OF NELY MGN OF ISSAQUAH-REDMOND CO RD WITH S LN OF SD GL TH N 44-21-30 W ALG SD MGN 34.80 FT TH N 45-38-30 E 219.66 FT TH S 44-21-30 E 247 FT M/L TO S LN TH W ALG S LN 306 FT M/L TO POB | 81 | T | | 7260 L I | 11200 74000 | 79798 | P | 79798 | 79798 | 4/30/1 1136761 10/28/1 1531268 |
| 202506-9039-07 CO- CN- SN- GAUDY OLIVER M 2466 E SAMMAMISH RD N REDMOND WA 98052 | 20-25-06 9039 09.366 BEG ON E LN GL 4 AT PT 843.56 FT NLY OF SE COR THOF TH N 01-26-00 E 158.14 FT TH S 72-58-00 W 920 FT M/L TO W LN OF SD GL TH SELY ALG WLY LN TO PT BRG S 72-58-00 W FRM POB TH N 72-58-00 E TO POB TGW SH LDS ADJ LESS CO RD LESS N P R/W | 81 | T | | 7260 L I | 75000 70800 | 136556 | P | 136556 | 136556 | 5/04/1 1150614 11/04/1 1578864 |
| 202506-9040-04 CO- CN- SN- FRIES RANDOLPH 19650 N E 40TH REDMOND WA 98052 | 20-25-06 9040 09.366 POR OF NW 1/4 OF NW 1/4 LY NLY OF LN DRN FR PT ON N SUBD LN 660 FT E OF NW COR TO PT ON W SUBD LN 60 FT S OF SD NW COR | 81 | T | | 7260 L | 2400 | 2248 | P | 2248 | 2248 | 2/23/1 1008282 |
| 202506-9041-03 CO-M 4496 CN- SN- BARRETT DONALD W BOWERS FLORENCE 4708 ASBURY RD ERIE PA 16506 R0378 | 20-25-06 9041 09.366 SELY 475 FT AS MEAS ALG SWLY MGN OF RR R/W OF 2ND CL SH LDS & UPLANDS ADJ FOLG - BEG NE COR GL 2 IN SW 1/4 TH S ALG E LN 569.64 FT TH W 221.58 FT TH SWLY AT R/A TO RR R/W 15.3 FT TO NELY MGN SD R/W TH NWLY ALG SD NELY MGN TO N LN SD GL TH E TO BEG LESS POR LY NELY OF SWLY MGN SD RR R/W | 81 | T | | 7260 L | 82600 | 77363 | P | 77363 | 77363 | 3/09/1 1308474 |
| 202506-9042-02 CO-M 4493 CN- SN- NELSON ROBERT G 123 E LAKE SAMMAMISH RD NE REDMOND WA 98052 C1079 | 20-25-06 9042 09.366 SELY 96 FT OF NWLY 200 FT OF 2ND CL SH LDS & UPLANDS ADJ THAT POR GL 2 IN SEC 20-25-06 DAF BEG NE COR SD GL TH S ALG E LN THOF 569.64 FT TH W 221.58 FT TH SWLY AT R/A TO R/W NPRR 15.3 FT TO NELY LN SD R/W TH NWLY ALG SD NELY LN TO N LN SD GL TH E ALG SD N LN TO POB LESS CO RD & LESS POR IF ANY IN OR NELY OF SD RR R/W | 81 | T | | 7260 L | 79300 85300 | 154164 | P | 154164 | 154164 | 5/04/1 1388470 10/26/1 1262502 |
| 202506-9043-01 | 20-25-06 9043 09.366 | 81 | T | | 7260 L | 10600 | P A R C E L | | C O N T I N U E D | O N  N E X T | P A G E | 5/04/1 |

B 1

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL YR | S T | LEVY CODE | VALUATIONS LAND IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T # - DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CO- CN- SN- LEUENBERGER K A 11825 NE 172ND BOTHELL WA 98011 R0479 | E 149 FT OF W 386.58 FT OF N 293 FT OF SW 1/4 OF NW 1/4 OF NW 1/4 | | | | | | | 9928 | P | 9928 | 9928 | 1162930 |
| 202506-9045-09 CO- CN- SN- LICHTER BARRY L 2914 E LAKE SAMMAMISH RD NE REDMOND WA 98052 109999 | 202506 9045 09.366 BAAP ON W LN OF GL 3 IN SW 1/4 S 00-13-45 E 521 FT FR NW COR TH N 00-13-45 W 38.41 FT TH S 60-59-34 E 190.99 FT TH S 03-34-32 E 63.59 FT TH SELY ALG CURVE LFT RAD 20 FT ARC DIST 24.49 FT TH S 73-44-29 E 68.78 FT TH SELY ALG CURVE RGT RAD 20 FT ARC DIST 50.05 FT TH SWLY ALG REVERSE CURVE LFT RAD 43.56 FT ARC DIST 24.79 FT TH S 37-01-20 W 170.51 FT TH WLY ALG CURVE RGT RAD 66 FT ARC DIST 30.05 FT TH N 31-09-36 W 207.50 FT TO BEG | 81 80 | T T | | 7260 L I 7260 L | 27100 110200 5900 64000 | 128595 108534 | P P | 128595 108534 | 128595 108534 | 10/07/1 1487099 10/07/1 0487099 |
| 202506-9046-08 CO- CN- SN- LICHTER BARRY L 2914 E LK SAMMAMISH RD NE REDMOND WA 98052 109999 | 202506 9046 09.366 BAAP ON W LN OF GL 3 IN SW 1/4 S 00-13-45 E 944 FT FR NW COR TH S 00-13-45 E 38.59 FT TH N 60-59-34 E 190.99 FT TH N 03-34-32 W 39.59 FT TH NLY ALG CURVE RGT RAD 50 FT ARC DIST 32.04 FT TH N 33-08-33 E 80.41 FT TH N 53-57-57 W 269.73 FT TO BEG | 81 80 | T T | | 7260 L I 7260 L | 30000 600 5700 | 28660 8850 | P P | 28660 8850 | 28660 8850 | 10/07/1 1487098 10/07/1 0487098 |
| 202506-9047-07 CO-M 4494 CN- SN- SCOTT KEVIN C 15214 NE 8TH #G10 BELLEVUE WA 98007 1178 | 202506 9047 09.366 BEG NW COR OF GL 3 IN SW 1/4 TH S 00-13-45 E ALG W LN THOF 769.64 FT TH N 89-43-00 E PLT N LN SD GL 3 55.25 FT TH N EXTND WOULD INTRST NE COR SD GL 3 483.28 FT TH N 47-42-52 W 154.55 FT TO TPOB TH N 47-42-52 W 202.07 FT TH S 33-08-33 W 53.41 FT TO TAN CRV HAV RAD 50 FT TH ALG SD CRV LFT THRU C/A 34-47-46 73.07 FT | 81 80 | T T | | 7260 L I 7260 L | 21200 116300 5000 | 128782 7763 | P | 128782 7763 | 7763 | 2/20/1 0008153 |

MINOLTA

| PARCEL NUMBER—NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR YR | RL EX | LEVY T CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T #—DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3202 E LK SAMMAMISH RD<br>REDMOND WA 98052 | 900 FT FR PT ON N LN OF SD GL<br>630 FT E OF NW COR TH SWLY AT<br>R/A TO SD R/W LESS CO RD & LESS<br>BAAP ON NELY MGN OF SD RD N<br>44-21-30 W 265.61 FT FR NXN WITH<br>S LN OF SD GL TH N 45-38-30 E<br>337.19 FT TH S 44-21-30 E<br>117.22 FT TH S 45-38-30 W<br>337.19 FT TH N 44-21-30 W<br>117.22 FT TO BEG & LESS BEG SD<br>NXN TH N 44-21-30 W 34.80 FT TH<br>N 45-38-30 E 219.64 FT TH S<br>44-21-30 E 247.00 FT M/L TH N<br>ALG SD S LN 306.00 FT M/L TO BEG | | | | | | | | | | 2684921 |
| 202506-9028-00<br>CO—    CN—    SN—<br>EAKLEY JOHN A    221689<br>PO BOX 64<br>ABERDEEN WA 98028 | 20-25-06    9028    8.82500<br>POR OF GL 2 & SH LDS ADJ LY<br>WLY OF FORMER N P R/W & WLY<br>OF LN BEG NE COR GL 3 TH W<br>1342.40 FT TH S 879.64 FT TH<br>S 58-26-43 W 101.26 FT TO WLY LN<br>SD R/W & TPOB TH S 58-26-43 W<br>TO SH LN OF LAKE SAMMAMISH<br>& SLY OF GL OF FOLG TRACT<br>EXTENDED BEG ON E LN OF SD<br>GL 2 569.94 FT S OF NE COR<br>THOF TH W 221.58 FT TH SWLY<br>AT R/A TO C/L OF SD NP R/W<br>15.3 FT TO ELY MGN OF SD R/W<br>TH SELY ALG SD R/W 240.04 FT<br>TH E 87 FT TO E LN OF SD GL<br>2 TH N 200 FT TO BEG | 82 | T | 7260 | L  21200 | 20829 | H | 20829 | 10415 | 4/13/2<br>2048072 |
| 202506-9029-09<br>CO—    CN—    SN—<br>JUNE OPAL MICHAELS    C0581<br>322 BERKELEY<br>TACOMA WA 98466 | 20-25-06    9029    8.82500<br>BEG NW COR OF GL 3 IN SW 1/4 TH<br>S 00-13-45 E ALG W LN 94.00 FT TH<br>S 53-53-57 E 269.73 FT TH N<br>33-08-33 E 19.00 FT TH NELY ALG<br>CURVE RGT RAD 185.76 FT ARC DIST<br>145.99 FT TH N 14-19-27 W<br>163.09 FT TH S 89-43-00 W ALG N<br>LN TO BEG | 82 | T | 7225 | L  30000 | 26475 | P | 26475 | 26475 | 5/03/2<br>2526774<br>11/01/2<br>2023504 |
| 202506-903C-06<br>CO—    CN—    SN—<br>LEWIS BARRY G    T0381<br>3113 E LAKE SAMMAMISH RD NE<br>REDMOND WA 98052 | 20-25-06    9030    8.82500<br>2ND CL SH LDS & UPLANDS ADJ<br>FOLG-BEG NE COR GL 2<br>IN SW 1/4 TH S ALG E LN<br>569.64 FT TH W 221.58 FT<br>TH SWLY AT R/A TO RR R/W<br>15.3 FT TO NELY MGN SD R/W<br>TH NWLY ALG SD NELY MGN TO<br>N LN SD GL TH E TO BEG<br>LESS NWLY 200 FT & SELY 579<br>FT AS MEAS ALG SWLY MGN<br>SD R/W LESS POR LY NELY OF<br>SWLY MGN SD R/W | 82 | T | 7260 | L  82600<br>I  92500 | 172036 | P | 172036 | 172036 | 5/03/2<br>2114149<br>10/28/2<br>2218282 |
| 202506-9031-05 PURGED REFERENCE<br>CO—    CN—    SN—<br>SHORT 7FLLA F<br>283B E SAMMAMISH RD NE<br>REDMOND WA 98052 | 20-25-06    9031    9.82500<br>LOT 2<br>KC SHORT PLAT NO 181013 REC NO<br>8104300743 SD PLAT DAF - POR OF<br>GL 3 IN SW 1/4 BAAP ON E LN SD GL<br>S 00-10-00 W 673.28 FT FR NE COR | 82 | T | 7260 | L  43200<br>I  58800 | 100215 | F | 100215 | | |

PARCEL CONTINUED ON NEXT PAGE

F 1

| PARCEL NUMBER—NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR YR | RL EX | LEVY T CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SP. AS'MT | TOTAL | AMOUNT PAID | REC'T #—DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | THOF TH N 00-10-00 E 336.64 FT TH<br>S 64-31-08 W 1378.74 FT M/L TO<br>NELY LN OF ISSAQUAH-REDMOND<br>CO RD TH SELY ALG SD NELY LN<br>TO POC CONCAVE TO SW RAD<br>2402.54 FT A DIST OF 71.28 FT<br>TH S 27-34-00 E ALG SD NELY LN<br>108.68 FT TAP S 70-16-52 W FR<br>POB TH N 70-16-52 E 1232.72 FT<br>M/L TO BEG | | | | | | | | | |
| 202506-9031-39<br>CO-A   428 CN—    SN—<br>SHORT ZELLA F<br>283B E SAMMAMISH RD NE<br>REDMOND WA 98052    C0381<br>98052 | 20-25-06    9031    9.82500<br>LOT 2<br>KC SHORT PLAT NO 181013 REC NO<br>8104300743 SD PLAT DAF - POR OF<br>GL 3 IN SW 1/4 BAAP ON E LN SD GL<br>S 00-10-00 W 673.28 FT FR NE COR<br>THOF TH N 00-10-00 E 336.64 FT TH<br>S 64-31-08 W 1378.74 FT M/L TO<br>NELY LN OF ISSAQUAH-REDMOND<br>CO RD TH SELY ALG SD NELY LN<br>TO POC CONCAVE TO SW RAD<br>2402.54 FT A DIST OF 71.28 FT<br>TH S 27-34-00 E ALG SD NELY LN<br>108.68 FT TAP S 70-16-52 W FR<br>POB TH N 70-16-52 E 1232.72 FT<br>M/L TO BEG TGW POR DAF - BEG<br>NE COR GL 3 IN SW 1/4 W 1342.40<br>FT TH S 00-13-45 E 879.64 FT TO<br>SWLY LN OF CO RD TH S 58-26-43<br>W 101.26 FT TO SWLY LN OF NP R/W<br>TH SELY ON CRV RGT RAD 2242.54<br>FT DIST 120.51 FT TO TPOB THCONTG<br>SELY 25.93 FT TH S 27-43 E<br>94.68 FT TH S 62-26 W TO SWLY<br>LN OF GL 3 TH NWLY ALG SD LN<br>TAP S 62-26 W OF TPOB TH N<br>62-26 E TO BEG TGW SH LDS ADJ<br>TGW POR IF ANY OF N 118.66 FT OF<br>S 755.42 FT OF SD GL 3 LY<br>BETW NELY MGN OF NP R/W<br>& SWLY MGN OF CO RD | 82 | T | 7260 | L  80000<br>I  58800 | 136371 | P | 136371 | 136371 | 4/19/2<br>2059081<br>11/01/2<br>2015463 |
| | 20-25-06    9032    9.82500<br>POR GL 3 SEC 20-25-06 DAF - | 82 | T | 7260 | L  65000 | | | | | 4/16/2 |

MINOLTA

| PARCEL NUMBER — NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR YR | RL S | LEVY CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | RECT # · DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 80 | T | 7260 L | 12100 | 18788 | | 18788 | 18788 | |
| 202506-9036-00<br>CO—       CN—      SN—<br>PAULSON GARY L<br>3100 168TH PL SE<br>BELLEVUE WA      98003 | 20-25-06      9036   9.82500<br>N 100 FT OF S 300 FT OF GL 4<br>LY ELY OF CO RD & N 75 FT<br>OF S 300 FT LY WLY OF N P R/W<br>& SH LDS ADJ | R1179 | 82 | T | 7260 L | 30200 | 29671 | P | 29671 | 29671 | 4/26/2<br>2074466<br>11/03/2<br>2259723 |
| 202506-9037-09<br>CO—       CN—      SN—<br>GAUDY OLIVER M<br>2466 E SAMMAMISH RD N<br>REDMOND WA      98052 | 20-25-06      9037   9.82500<br>BEG AT PT 1001.7 FT N OF SE COR<br>OF GL 4 TH S 701.70 FT TH W TO W<br>LN SD GL TH NWLY TO PT S 72-58-00<br>W FR BEG TH N 72-58-00 E 920 FT<br>M/L TO BEG LESS CO RD LESS<br>NP RR R/W LESS BEG ON E<br>LN GL 4 AT PT 843.56 FT NLY<br>OF SE COR THOF TH N 01-26-00 E<br>158.14 FT TH S 72-58-00 W 920<br>FT M/L TO W LN SD GL TH<br>SELY ALG WLY LN TAP BRNG S<br>72-58-00 W FRM POB TH N<br>72-58-00 E TO POB TGW SH LDS<br>ADJ POR REMAINING | | 82 | T | 7260 L | 100000 | 98250 | P | 98250 | 98250 | 5/03/2<br>2550746<br>11/12/2<br>2287284 |
| 202506-9038-0B<br>CO—       CN—      SN—<br>HUGHES WILLIAM F<br>3202 E LAKE SAMMAMISH<br>REDMOND WA      98052 | 20-25-06      9038   9.82500<br>POR GL 1 DAF=BEG AT NXN OF NELY<br>MGN OF ISSAQUAH-REDMOND CO RD<br>WITH S LN OF SD GL TH N 44-21-30<br>W ALG SD MGN 34.80 FT TH N<br>45-38-30 E 219.64 FT TH S<br>44-21-30 E 247 FT M/L TO S LN TH<br>W ALG S LN 306 FT M/L TO POB | | 82 | T | 7260 L<br>I | 11200<br>74000 | 83709 | P | 83709 | 83709 | 4/28/2<br>2500763<br>10/26/2<br>2684922 |
| 202506-9039-07<br>CO—       CN—      SN—<br>GAUDY OLIVER M<br>2466 E SAMMAMISH RD N<br>REDMOND WA      98052 | 20-25-06      9039   9.82500<br>BEG ON E LN GL 4 AT PT<br>843.56 FT NLY OF SE COR THOF TH N<br>01-26-00 E 158.14 FT TH S<br>72-58-00 W 920 FT M/L TO W LN OF<br>SD GL TH SELY ALG WLY LN TO PT<br>BRG S 72-58-00 W FRM POB TH N<br>72-58-00 E TO POB TGW SH LDS<br>ADJ LESS CO RD LESS N P R/W | | 82 | T | 7260 L<br>I | 75000<br>70800 | 143248 | P | 143248 | 143248 | 5/03/2<br>2550747<br>11/12/2<br>2287285 |
| 202506-9040-04<br>CO—       CN—      SN—<br>FRIES RANDOLPH<br>19650 N E 40TH<br>REDMOND WA      98052 | 20-25-06      9040   9.82500<br>POR OF NW 1/4 OF NW 1/4 LY NLY<br>OF LN DRN FR PT ON N SUBD LN<br>660 FT E OF NW COR TO PT ON W<br>SUBD LN 60 FT S OF SD NW COR | | 82 | T | 7260 L | 2400 | 2358 | P | 2358 | 2358 | 3/05/2<br>2017731<br>10/18/2<br>2660004 |
| 202506-9041-03<br>CO—       CN—      SN—<br>BARRETT DONALD W<br>2020 E LK SAMMAMISH RD N<br>REDMOND WA | 20-25-06      9041   9.82500<br>SELY 475 FT AS MEAS ALG SWLY<br>MGN OF RR R/W OF 2ND CL SH<br>LDS & UPLANDS ADJ FOLG — BEG<br>NE COR GL 2 IN SW 1/4 TH S<br>ALG E LN 569.64 FT TH W<br>221.58 FT TH SWLY AT R/A TO<br>RR R/W 15.3 FT TO NELY MGN<br>SD R/W TH NWLY ALG SD NELY<br>MGN TO N LN SD GL TH E<br>TO BEG LESS POR LY NELY OF<br>SWLY MGN SD RR R/W | 252532 | 82 | T | 7260 L | 82600 | 81154 | P | 81154 | 81154 | 4/23/2<br>2071717<br>10/08/2<br>2642754 |
| 202506-9042-02 | 20-25-06      9042   9.82500 | | 82 | T | 7260 L | 79300 | | | | | 5/06/2 |
| | PARCEL CONTINUED ON NEXT PAGE | | | | | | | | | | |

| PARCEL NUMBER — NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR YR | RL S | LEVY CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | RECT # · DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CO—       CN—      SN—<br>NELSON ROBERT G<br>3125 E LAKE SAMMAMISH RD NE<br>REDMOND WA      98052 | SELY 96 FT OF NWLY 200 FT OF 2ND<br>CL SH LDS & UPLANDS ADJ<br>THAT POR GL 2 IN SEC 20-25-06<br>DAF BEG NE COR SD GL TH<br>S ALG E LN THOF 569.64 FT<br>TH W 221.58 FT TH SWLY AT<br>R/A TO R/W NPRR 15.3 FT TO<br>NELY LN SD R/W TH NWLY ALG<br>SD NELY LN TO N LN SD GL<br>TH E ALG SD N LN TO POB<br>LESS CO RD & LESS POR IF ANY<br>IN OR NELY OF SD RR R/W | C1079 | | | | 85300 | 161719 | P | 161719 | 161719 | 2142115<br>11/02/2<br>2030253 |
| 202506-9043-01<br>CO—       CN—      SN—<br>LEUENBERGER K A<br>11825 NE 172ND<br>BOTHELL WA      98011 | 20-25-06      9043   9.82500<br>E 149 FT OF W 386.58 FT OF N<br>293 FT OF SW 1/4 OF NW 1/4 OF NW<br>1/4 | R0479 | 82 | T | 7260 L | 10600 | 10414 | P | 10414 | 10414 | 5/05/2<br>2137780<br>1C 21/2<br>2669708 |
| 202506-9045-09<br>CO—       CN—      SN—<br>LICHTER BARRY L<br>2914 E LAKE SAMMAMISH RD NE<br>REDMOND WA      98052 | 202506      9045   9.82500<br>BAAP ON W LN OF GL 3 IN SW 1/4<br>S 00-13-45 E 521 FT FR NW COR<br>TH N 00-13-45 W 38.41 FT TH N<br>60-59-34 E 190.99 FT TH S<br>03-34-32 E 63.59 FT TH SELY ALG<br>CURVE LFT RAD 20 FT ARC DIST<br>24.49 FT TH S 73-44-29 E<br>68.78 FT TH SELY ALG CURVE RGT<br>RAD 20 FT ARC DIST 50.05 FT TH<br>SWLY ALG REVERSE CURVE LFT RAD<br>43.56 FT ARC DIST 24.79 FT TH S<br>57-01-20 W 170.51 FT TH WLY ALG<br>CURVE RGT RAD 66 FT ARC DIST<br>30.05 FT TH N 31-09-36 W<br>207.50 FT TO BEG | 109999 | 82 | T | 7260 L<br>I | 27100<br>110200 | 134897 | P | 134897 | 134897 | 4/30/2<br>2524495<br>11/03/2<br>2042946 |
| 202506-9046-08<br>CO—       CN—      SN—<br>LICHTER BARRY L<br>2914 E LK SAMMAMISH RD NE<br>REDMOND WA      98052 | 202506      9046   9.82500<br>BAAP ON W LN OF GL 3 IN SW 1/4<br>S 00-13-45 E 94 FT FR NW COR TH<br>S 00-13-45 E 388.59 FT TH N<br>60-59-34 E 190.99 FT TH N<br>03-34-32 W 39.59 FT TH NLY ALG<br>CURVE RGT RAD 50 FT ARC DIST<br>32.04 FT TH N 33-08-33 E 80.41 FT<br>TH N 53-57-57 W 269.73 FT<br>TO BEG | 109999 | 82 | T | 7260 L<br>I | 30000<br>600 | 30064 | P | 30064 | 30064 | 4/30/2<br>2524494<br>11/03/2<br>2042947 |

MINOLTA

Ex. 13E-6

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RLS YR | LEVY CODE | VALUATIONS -LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | RECT#&DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 15.3 FT TO ELY MGN OF SD R/W TH SELY ALG SD R/W 240.04 FT TH E 87 FT TO E LN OF SD GL 2 TH N 200 FT TO BEG | | | | | | | | | | |
| 202506-9028-34<br>CO-B 1909 CN-      SN-<br>SHORT ZELLA F          359999<br>2838 E LK SAMMAMISH RD N<br>REDMOND WA           98052 | 20-25-06       9028   10.91500<br>POR OF GL 2 & SH LDS ADJ LY<br>IN FOLG - BEG S 1/4 COR SD<br>SEC 20 TH N 32-16-31 W DIST<br>OF 2505.04 FT TO SE COR KCSP<br>RR1277118 REC #790110057<br>WCH PT BRS S 00-16-35 E DIST<br>569.64 FT FR NE COR SD SP<br>WCH PT AKA PT "A" TH S<br>00-16-35 E ALG SLY PROD<br>OF E LN SD SP DIST 307.32<br>FT TAP AKA PT "B" TH N<br>00-16-35 W DIST 307.32 FT<br>TO SD PT "A" TH S 89-40-10 W<br>PLW N LN SD SP DIST 221.58<br>FT TH S 49-09-51 W AT R/A TO<br>C/L OF BN RR R/W DIST 3.66<br>FT TAP ON CRV OF NELY MGN<br>OF SD RR R/W TH NELY ALG<br>SD CRV TO RGT HAV RAD 2342.01<br>FT ARC DIST 240.04 FT TH S<br>55-02-12 W AT R/A TO SD R/W<br>DIST 100 FT TAP ON CRV OF SWLY<br>MGN SD R/W WCH PT IS TPOB<br>TH SELY ALG CRV RGT ALG<br>SD R/W RAD 2242.01 FT ARC<br>DIST 132.63 FT TAP TH AT BRS<br>S 58-25-34 W DIST 102.88 FT<br>FR SD PT "B" TH S 58-25-34<br>W RADIALLY TO SD CRV TAP ON<br>LN OF NAVIGABILITY LK SAMM<br>TH NWLY ALG SD LN OF<br>NAVIGABILITY TAP BRNG S<br>55-02-12 W FR TPOB TH N<br>55-02-12 E TO TPOB | 83 | 82 | 17 17 | 260 L<br>260 L | 60000<br>21200 | 65490<br>20829 | P<br>P | 65490<br>20829 | 65490<br>20829 | 5/11/3<br>2555067<br>222473<br>3238876<br>10/31/3<br>3342277 |
| 202506-9029-09<br>CO-      CN-      SN-<br>JUME OPAL MICHAELS     C0581<br>322 BERKELEY<br>TACOMA WA              98466 | 20-25-06       9029    9.95455<br>BEG NW COR OF GL 3 IN SW 1/4 TH<br>S 00-13-45 E ALG W LN 94.00 FT TH<br>S 44-53-57 E 266.73 FT TH N<br>33-08-33 E 79.00 FT TH NELY ALG<br>CURVE RGT RAD 185.76 FT ARC DIST<br>145.99 FT TH N 14-19-27 W<br>163.09 FT TH S 89-43-00 W ALG N<br>LN TO BEG | 83 | | 17 | 221 L | 38000 | 37827 | P | 37827 | 37827 | 5/02/3<br>3142828<br>10/17/3<br>3273435 |
| 202506-9030-06<br>CO-      CN-      SN-<br>LEWIS BARRY G          T0381<br>3113 E LAKE SAMMAMISH RD NE<br>REDMOND WA            98052 | 20-25-06       9030   10.91500<br>2ND CL SH LDS & UPLANDS ADJ<br>FOLG-BEG NE COR GL 2<br>IN SW 1/4 TH S ALG E LN<br>569.64 FT TH W 271.58 FT<br>TH SWLY AT R/A TO RR R/W<br>15.3 FT TO NELY MGN SD R/W<br>TH NWLY ALG SD NELY MGN TO<br>N LN SD GL TH E TO BEG<br>LESS NWLY 200 FT & SELY 579<br>FT AS MEAS ALG SWLY MGN<br>SD R/W LESS POR LY NELY OF | 83 | | 17 | 260 L<br>260 I | 82600<br>110400 | 210659 | P | 210659 | 210659 | 4/29/3<br>3130753<br>10/27/3<br>3310325 |
| | | | | | | PARCEL CONTINUED ON NEXT PAGE | | | | | |

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RLS YR | LEVY CODE | VALUATIONS -LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | RECT#&DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | SWLY MGN SD R/W | | | | | | | | | | |
| 202506-9031-05 PURGED REFERENCE<br>CO-      CN-      SN-<br>SHORT ZELLA F          C0381<br>2838 E SAMMAMISH RD NE<br>REDMOND WA            98052 | 20-25-06       9031   10.91500<br>LOT 2<br>KC SHORT PLAT NO 181013 REC NO<br>8104300743 SD PLAT DAF - POR OF<br>GL 3 IN SW 1/4 BAAP ON E LN SD GL<br>S 00-10-00 W 673.28 FT FR NE COR<br>THOF TH N 00-10-00 E 336.64 FT TH<br>S 64-31-08 W 1378.74 FT M/L TO<br>NELY LN OF ISSAQUAH-REDMOND<br>CO RD TH SELY ALG SD NELY LN<br>TO POC CONCAVE TO SW RAD<br>2402.54 FT A DIST OF 71.28 FT<br>TH S 27-34-00 E ALG SD NELY LN<br>108.68 FT TAP S 70-16-52 W FR<br>POB TH N 70-16-52 E 1232.72 FT<br>M/L TO BEG TGW POR DAF - BEG<br>NE COR GL 3 IN SW 1/4 TH W1342.40<br>FT TH S 00-13-45 E 879.64 FT TO<br>SELY LN OF CO RD TH S 58-26-43<br>W 101.26 FT TO SWLY LN OF NP R/W<br>TH SELY ON CRV RGT RAD 2242.54<br>FT DIST 120.51 FT TO TPOB THCONTG<br>SELY 25.93 FT TH S 27-43 E<br>94.68 FT TH S 62-26 W TO SWLY<br>LN OF GL 3 TH NWLY ALG SD LN<br>TAP S 62-26 W OF TPOB TH N<br>62-26 E TO BEG TGW SH LDS ADJ<br>TGW POR IF ANY OF N 118.66 FT OF<br>S 355.42 FT OF SD GL 3 LY<br>BETW NELY MGN OF NP R/W<br>& SWLY MGN OF CO RD | 83 | | 17 | 260 I | 174000<br>84300 | 281934 | P | 281934 | 140967 | 5/02/3<br>3503601 |
| 202506-9031-39<br>CO-      CN-2/588  SN-<br>                        C0381<br>                        98052 | 20-25-06       9031   10.91500<br>LOT 2<br>KC SHORT PLAT NO 181013 REC NO<br>8104300743 SD PLAT DAF - POR OF<br>GL 3 IN SW 1/4 BAAP ON E LN SD GL<br>S 00-10-00 W 673.28 FT FR NE COR<br>THOF TH N 00-10-00 E 336.64 FT TH<br>S 64-31-08 W 1378.74 FT M/L TO | 83 | | 17 | 260 I | 100000<br>84300 | 201163 | P | 201163 | 201163 | 5/02/3<br>3503601<br>10/31/3<br>3342278 |

MINOLTA<br>This is a sample image 'cut' from almost a One-Step Process

Ex. 13E-7

## 202506-9039-07

H 08

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RLS YRT | LEVY CODE | VALUATIONS -LAND -IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T#-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 202506-9039-07<br>CO— CN— SN—<br>GAUDY OLIVER M<br>2466 E SAMMAMISH RD N<br>REDMOND WA 98052 | 20-25-06 9039 7.19422S<br>BEG ON E LN GL 4 AT PT<br>843.56 FT NLY OF SE COR THOF TH N<br>01-26-00 E 158.14 FT TH S<br>72-58-00 W 920 FT M/L TO W LN OF<br>SD GL TH SELY ALG WLY LN TO PT<br>BRG S 72-58-00 W FRM POB TH N<br>72-58-00 E TO POB TGW SH LDS<br>ADJ LESS CO RD LESS N P R/W | 831 | | 7260 | L<br>I | 115000<br>84600 | 143597 | P | 143597 | | |
| 202506-9039-31 PURGED REFERENCE<br>CO— CN— SN—<br>GAUDY OLIVER M<br>2466 E SAMMAMISH RD N<br>REDMOND WA 98052 | 20-25-06 9039 7.19422S<br>BEG ON E LN GL 4 AT PT<br>843.56 FT NLY OF SE COR THOF TH N<br>01-26-00 E 158.14 FT TH S<br>72-58-00 W 920 FT M/L TO W LN OF<br>SD GL TH SELY ALG WLY LN TO PT<br>BRG S 72-58-00 W FRM POB TH N<br>72-58-00 E TO POB TGW SH LDS<br>ADJ LESS CO RD LESS N P R/W<br>TAX POR PAR EX UND RCW 84.36.381<br>THRU .389 | 831 | | 7260 | L<br>I | 67600<br>84600 | 109496 | P | 109496 | 54748 | 5/03/3<br>3175340 |
| 202506-9039-49<br>CO—B 4857 CN— SN—<br>GAUDY OLIVER M<br>2466 E SAMMAMISH RD N<br>REDMOND WA 98052 | 20-25-06 9039 7.19422S<br>BEG ON E LN GL 4 AT PT<br>843.56 FT NLY OF SE COR THOF TH N<br>01-26-00 E 158.14 FT TH S<br>72-58-00 W 920 FT M/L TO W LN OF<br>SD GL TH SELY ALG WLY LN TO PT<br>BRG S 72-58-00 W FRM POB TH N<br>72-58-00 E TO POB TGW SH LDS<br>ADJ LESS CO RD LESS N P R/W<br>LESS ELY 448FT AS MEAS<br>AT R/A TO S LN THOF AS<br>REVISED PER KCLLA #583101 | 831 | | 7260 | L<br>I | 67600<br>84600 | 109496 | P | 109496 | 109496 | 5/03/3<br>3175340<br>10/31/3<br>3647531 |
| 202506-9039-80 PURGED KILL<br>CO—B 4857 CN— SN—<br>GAUDY OLIVER M 349800<br>2466 E SAMMAMISH RD N<br>REDMOND WA 98052 | 20-25-06 9039<br>BEG ON E LN GL 4 AT PT 843.56 FT<br>NLY OF SE COR THOF TH N 01-26-00<br>E 158.14 FT TH S 72-58-00 W 920<br>FT M/L TO W LN OF SD GL TH SELY<br>ALG WLY LN TAP BRG S 72-58-00 W<br>FRM POB TH N 72-58-00 E TO POB<br>TGW SH LDS ADJ LESS CO RD LESS<br>N P R/W - TAX POR PAR EX UND RCW<br>84.36.381 THRU .389 NOT INC | 831 | | 7260 | | | | P | | | 5/03/3<br>3173129 |
| 202506-9040-04<br>CO— CN— SN—<br>FRIES RANDOLPH<br>19650 N E 40TH<br>REDMOND WA 98052 | 20-25-06 9040 10.91500<br>POR OF NW 1/4 OF NW 1/4 LY NLY<br>OF LN DRN FR PT ON N SUBD LN<br>660 FT E OF NW COR TO PT ON W<br>SUBD LN 60 FT S OF SD NW COR | 831 | | 7260 | L<br>I | 2400 | 2620 | P | 2620 | 2620 | 4/06/3<br>3043357<br>10/11/3<br>3265586 |
| 202506-9041-03<br>CO— CN— SN—<br>BARRETT DONALD W 252532<br>2920 E LK SAMMAMISH RD N<br>REDMOND WA 98052 | 20-25-06 9041 10.91500<br>SELY 475 FT AS MEAS ALG SWLY<br>LN OF RR R/W OF 2ND CL SH<br>LDS & UPLANDS ADJ FOLG - BEG<br>NE COR GL 2 IN SW 1/4 TH S<br>269<br>221.58 FT TH SWLY AT R/A TO<br>RR R/W 15.3 FT TO NELY MGN<br>SD R/W TH NWLY ALG SD NELY<br>MGN TO N LN SD GL TH E<br>TO BEG LESS POR LY NELY OF | 831 | | 7260 | L<br>I | 140500 | 153356 | P | 153356 | 153356 | 4/19/3<br>3076813<br>10/28/3<br>3617716 |

PARCEL CONTINUED ON NEXT PAGE

## 202506-9042-02

08

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RLS YRT | LEVY CODE | VALUATIONS -LAND -IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T#-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | SWLY MGN SD RR R/W | | | | | | | | | | |
| 202506-9042-02<br>CO— CN— SN—<br>NELSON ROBERT G C1079<br>3123 E LAKE SAMMAMISH RD NE<br>REDMOND WA 98052 | 20-25-06 9042 10.91500<br>SELY 96 FT OF NWLY 200 FT OF 2ND<br>CL SH LDS & UPLANDS ADJ<br>THAT POR GL 2 IN SEC 20-25-06<br>DAF BEG NE COR SD GL TH<br>S ALG E LN THOF 569.64 FT<br>TH W 221.58 FT TH SWLY AT<br>R/A TO R/W NPRR 15.3 FT TO<br>NELY LN SD R/W TH NWLY ALG<br>SD NELY LN TO N LN SD GL<br>TH E ALG SD N LN TO POB<br>LESS CO RD & LESS POR IF ANY<br>IN OR NELY OF SD RR R/W | 831 | | 7260 | L<br>I | 79500<br>101200 | 197016 | P | 197016 | 197016 | 5/02/3<br>3147047<br>11/01/3<br>3349016 |
| 202506-9043-01<br>CO— CN— SN—<br>LEUENBERGER K A R0479<br>11825 NE 172ND<br>BOTHELL WA 98011 | 20-25-06 9043 10.91500<br>E 149 FT OF W 386.58 FT OF N<br>293 FT OF SW 1/4 OF NW 1/4 OF NW<br>1/4 | 831 | | 7260 | L<br>I | 21000 | 22921 | P | 22921 | 22921 | 4/29/3<br>3480472<br>10/28/3<br>3317404 |
| 202506-9045-09<br>CO— CN— SN—<br>LICHTER BARRY L 109999<br>2914 E LAKE SAMMAMISH RD NE<br>REDMOND WA 98052 | 202506 9045 10.91500<br>BAAP ON W LN OF GL 3 IN SW 1/4<br>S 00-13-45 E 521 FT FR NW COR<br>TH N 00-13-45 W 38.41 FT TH N<br>60-59-34 E 190.99 FT TH S<br>05-34-32 E 63.59 FT TH SELY ALG<br>CURVE LFT RAD 20 FT ARC DIST<br>35 FT TH S 73-44-29 E<br>68.78 FT TH SELY ALG CURVE RGT<br>RAD 20 FT ARC DIST 50.05 FT TH<br>SWLY ALG REVERSE CURVE LFT RAD<br>33.11 FT ARC DIST 24.79 FT TH S<br>37-01-20 W 170.51 FT TH WLY ALG<br>CURVE RGT RAD 66 FT ARC DIST<br>50.05 FT TH N 31-09-36 W<br>207.50 FT TO BEG | 831 | | 7260 | C<br>I | 37000<br>118700 | 169946 | P | 169946 | 169946 | 4/28/3<br>3473972<br>11/03/3<br>3667493 |
| | 202506 9046 10.91500<br>BAAP ON W LN OF GL 3 IN SW 1/4 | 831 | | 7260 | L<br>I | 38000<br>2000 | 43660 | P | 43660 | 43660 | 2/18/3<br>3402565 |
| 109999 | S 00-13-45 E 94 FT FR NW COR TH | | | | | | | | | | 11/03/3 |

MINOLTA

Ex. 13E-8

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL YR | LEVY CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SPEC. ASS'MT | TOTAL | AMOUNT PAID | REC'TS-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CO-H     601  CN-<br>HUGHES WILLIAM F      SN- 650685<br>5202 E SAMMAMISH RD NE<br>REDMOND WA        98053 | POR GL 1 IN NW 1/4 SEC 20-25-6 LY<br>NELY OF RR R/W & ELY OF LN RNNG<br>S 900 FT FAP ON N LN SD GL 1 TH<br>630 FT E OF NW COR SD GL 1 TH<br>S 45-35 W 282 FT TO NELY MGN<br>CO RD TH TERM SD LN DESC<br>LESS CO RD & LESS BAAP ON<br>NELY MGN SD CO RD N 44-21-30<br>W 265-61 FT FRM NXN WITH S<br>LN SD GL 1 - TH N 45-38-30 E<br>352-19 FT TH S 44-21-30 E<br>142-22 FT TH S 45-38-30 W<br>142-19 FT TH N 44-21-30 W<br>142-19 FT TO BEG & LESS BEG SD<br>NXN TH N 44-21-30 W 34.80 FT TH<br>N 45-38-30 E 219.64 FT TH S<br>44-21-30 E 34.80 FT NL TO S<br>LN SD GL 1 TH W ALG SD<br>S LN 305 FT M/L TO BEG<br>AKA PCL A KC LLA #8709008<br>APPROVED 11/10/87 | | | | | | 390314 | | 390314 | 195157 | F<br>8121108 |
| 202506-9026-44      SN-<br>2795  CN-<br>HUGHES WILLIAM F       650685<br>5202 E SAMMAMISH RD NE<br>REDMOND WA        98053 | 20-25-06        9026  13-54319<br>POR GL 1 IN NW 1/4 SEC 20-25-6 LY<br>NELY OF RR R/W & ELY OF LN RNNG<br>S 900 FT FAP ON N LN SD GL<br>630 FT E OF NW COR SD GL 1 TH<br>S 45-35 W 282 FT TO NELY MGN<br>CO RD & TERM SD LN DESC<br>LESS CO RD & LESS BAAP ON<br>NELY MGN SD CO RD N 44-21-30<br>W 265-61 FT FRM NXN WITH S<br>LN SD GL 1-TH N 45-38-30 E<br>352-19 FT TH CONT N 45-38-30 E<br>30 FT TH N 44-21-30 W 128.54<br>FT TH S 44-21-30 E 142-22 FT<br>TH S 45-38-30 W 174-19 FT<br>TH S 45-38-30 W 142-19 FT TO<br>SD RD MGN TH N 44-21-30 W<br>W ALG SD MGN 147.22 FT TO<br>BEG ALSO LESS POR SLY OF LN BEGSD<br>NXN RD MGN & S LN SD GL 1<br>TH N 44-21-30 W 34.8 FT TH<br>CONT ALG SD RD MGN N 44-21-30<br>W 83.59 FT TO BEG IN DESC<br>TH N 45-38-30 E 352-19 FT TH<br>N 59-25-48 E 174.54 FT TH<br>N 44-21-30 W 77-22 FT TH N<br>71-25-57 E 455.46 FT TO TERM<br>AT E LN SD GL 1 AKA PCL A<br>KC LLA #8805025 APPRVD 7/9/88 | 8817279L | | | | 210700 | 285355 | | 285355 | 285355 | P<br>4/28/8<br>8121108<br>10/25/8<br>8459046 |
| 202506-9028-00      SN-<br>CO-     CN-<br>ESTATE OF ZELLA F SHORT  781043<br>C/O JANET LEVICK<br>16406 75TH ST KPN<br>LAKEBAY WA        98349 | 20-25-06        9028  13-54319<br>POR OF GL 2 & SH LDS ADJ LY<br>IN FOLG - BEG S 1/4 COR SD<br>SEC 20 TH N 32-16-31 W DIST<br>OF 2505.04 FT TO GE COR KGSP<br>#8127118 REC #7901100957<br>WCH PT BRS S 00-16-35 E DIST<br>505.27 FT FR NE GL SD SP<br>WCH PT AKA PT "A" TH S<br>00-16-35 E ALG SLY PROD<br>OF E LN SD SP DIST 307.32 | 8817279L | | | | 81000 | 109700 | | 109700 | 109700 | P<br>5/02/8<br>8156140<br>10/25/8<br>8442571 |

P A R C E L   C O N T I N U E D   O N   N E X T   P A G E

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL YR | LEVY CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SPEC. ASS'MT | TOTAL | AMOUNT PAID | REC'TS-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FT TAP AKA PT "B" TH N<br>00-16-35 W DIST 307.32 FT<br>TO SD PT "A" TH S 89-20-10 W<br>PLW N LN SD SP DIST 221.58<br>FT TH S 49-09-51 W AT 87A TO<br>C/L OF BN RR R/W DIST 3.66<br>FT TAP ON CRV OF NELY MGN<br>OF SD RR R/W TH SELY ALG<br>SD CRV TO RGT HAV RAD 2342.01<br>FT ARC DIST 240.04 FT TH S<br>55-02-12 W AT R/A TO SD R/W<br>DIST 100 FT TAP ON CRV OF SWLY<br>MGN SD R/W WCH PT IS TPOB<br>TH SELY ALG CRV & ALG<br>SD R/W RAD 2242.01 FT ARC<br>DIST 132-63 FT TAP TO AT BRS<br>S 58-32-44 W DIST 100 FT<br>FR SD PT "B" TH S 58-25-34<br>W RADIALLY TO SD CRV TAP ON<br>LN OF NAVIGABILITY LK SAMM<br>TH NALY ALG SD LN OF<br>NAVIGABILITY TAP DRNG S<br>55-02-12 W FR TPOB TH N<br>55-02-12 E TO TPOB | | | | | | | | | | |
| 202506-9029-09      SN-<br>CO-     CN-<br>MICHAELS JUNE OPAL  752194<br>16406 75TH ST KPN<br>LAKEBAY WA        98349 | 20-25-06        9029  13-54319<br>BEG NW COR OF GL 3 IN SW 1/4<br>SEC 20-25-6 TH S 53-51-57 E<br>ALG N LN THOF 94 FT TH S<br>53-51-57 E 269.73 FT TH N<br>33-08-33 E 19 FT TH NELY ALG<br>CRV RGT RAD 185.576 FT ARC DIST<br>165.99 FT TH N 14-19-27 W 163.09<br>FT TH S 89-43 W ALG N LN<br>SD SUBD TO BEG TGW LND TO<br>INT IN S 40 FT OF N 769.64 FT<br>AS MEAS ALG E LN OF THAT<br>POR OF GL 2 SD SEC 20 LY WLY<br>AND SLY OF R/W SD SLY LDS<br>ADJ SD 40 FT LY WLY OF SD R/W | 8817279L | | | | 53400 | 72321 | | 72321 | 72321 | P<br>5/16/8<br>8584956<br>10/26/8<br>8455663 |
| | 20-25-06        9030  13-54319 | 8817279L | | | | 104400 | | | | | 5/02/8 |

MINOLTA

Ex. 13E-9

**202506-9029-09**

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL YRT | LEVY CODE | VALUATIONS LAND I-MPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T&-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FT TAP AKA PT "B" TH N 00-16-35 W DIST 30¢-32 FT TO SD PT "A" TH S 89-40-10 W PLW N LN SD SP DIST 221.58 FT TH S 49-29-51 W AT R/A TO C/L OF BN RR R/W DIST 3.56 FT TAP ON CRV OF NELY ALG OF SD RR R/W TH SELY ALG SD CRV TO RGT HAV RAD 2342.01 FT ARC DIST 240.04 FT TH S 55-02-53 E AT R/A TO SD R/W DIST 100 FT TAP ON CRV OF SWLY MGN SD R/W WCH PT IS TPOB TH SELY ALG CRV RGT ALG SD R/W RAD 2242.01 FT ARC DIST 132-43 FT TAP TH AT BRS S 80-25-34 W DIST 102.88 FT FR SD PT "B" TH S 58-25-34 W RADIALLY TO SD CRV TAP ON LN OF NAVIGABILITY LK SAMM TH NWLY ALG SD LN OF NAVIGABILITY TAP BRNG S 55-02-12 E TO TPOB TH N 55-02-12 E TO TPOB | | | | | | | | | | |
| 202506-9029-09 CO—      CN—      SN— MICHAELS JUNE OPAL      752194 16406 75TH ST KPN LAKEBAY WA      98349 | 20-25-06      9029      13.54319 POR NW POR OF GL S IN SW 1/4 SEC 20-25-6 TH S 00-13-45 E ALG N LN THOF 94      FT TH S 00-03-33 E DIST 289-73 FT TH S 33-06-33 E 9¢ FT TH NELY ALG CRV RGT RAD 185.76 FT ARC DIST 146.59 FT TH N 14-19-27 W 163.09 FT TH S 89-55-4 W ALG N LN SD SUBD TO BEG TGM UND 1/7 INT IN S 40 FT OF N 769.64 FT AS MEAS ALG E LN OF THAT POR OF GL 3 SD SEC 20 LY WLY OF NP RR R/W & 2ND CL SH LDS ADJ SD 40 FT LY WLY OF SD R/W | 88 | 17 | 279 | L | 53400 | 72321 | P | 72321 | 72321 | 5/16/8 8584956 10/26/8 8455663 |
| 202506-9030-06 CO—      CN—      SN— FREEDMAN HOWARD L+PAMELA C 8N9999 5113 EAST LAKE SAMMAMISH ROAD NE REDMOND WA      98053 | 20-25-06      9030      13.54319 2ND CL SH LDS & UPLANDS ADJ FOLG-BEG NE COR GL 2 IN SW 1/4 TH S ALG E LN 569.64 FT TH W 221.58 FT TH SWLY AT R/A TO BN RR R/W 15.3 FT TO NELY MGN SD R/W TH NWLY ALG SD NELY MGN TO N LN SD GL TH E TO BEG LESS NWLY 200 FT & SELY 579 FT AS MEAS ALG SWLY MGN SD R/W LESS POR LY NELY OF SWLY MGN SD R/W | 88 | 17 | 279 | L | 104400 83900 | 255018 | P | 255018 | 255018 | 5/02/8 8141035 10/26/8 8041060 |
| 202506-9031-05 CO—      CN—      SN— COURTNEY PHYLLIS & LEVICK J800389 2838 E LAKE SAMMAMISH PKWY NE REDMOND WA      98053 | 20-25-06      9031      13.54319 LOT 2 KCSP #181013R REC# 8104300723 REVISED BY REC #8611251016 SD SP DAF LOTS 1 & 2 KCSP #181013 REC # 8104300723 BEING POR GL 3 IN SW 1/4 SEC 20-25-6 | 88 | 17 | 279 | L | 40500 70100 | 149788 | P | 149788 | 149788 | 4/29/8 8757797 10/31/8 8835456 |
| 202506-9032-04 | 20-25-06      9032      13.54319 | 88 | 17 | 279 | L | 182300 | | | | | 6/01/8 |

P A R C E L   C O N T I N U E D   O N   N E X T   P A G E

---

**202506-9033-03**

G 02

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL YRT | LEVY CODE | VALUATIONS LAND I-MPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T&-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CO—      CN—      SN— O'DELL PATRICIA JO      8N9999 2804 E LK SAMMAMMISH PKWY REDMOND WA      98052 | POR GL 3 SEC 20-25-06 DAF – BEG SE COR SD GL 3 TH N 00-10 E 536.62 FT TH S 77-29-40 W 1101.33 FT M/L TO NELY MGN ISSAQ–RED CO RD TH S 27-56 E 120 FT M/L TO S LN SD GL 3 TH N 89-32-09 E 1018.76 FT M/L TO TPOB & THAT POR GL 3 SD SEC BAAP WCH IS S 89-32-09 W 1180.22 FT & S 62-26 W 16.27 FT FR SE COR SD GL 3 SD POB BEING NXN S LN SD GL 3 & SWLY LN OF NP RR R/W TH N S-14 W 120 FT TH S 62-26 W TO S4 W LN SD GL 3 TH SELY TAP WCH BRS S 62-26 W FR POB TH N 62-26 E TO POB TGM SH LDS OF 2ND CL ADJ & TGM THAT POR OF S 118.16 FT OF SD GL 3 IF ANY LY BETWN NELY MGN OF NP RR R/W & SWLY MGN ISSAQ–REDMOND CO RD | 88 | 17 | 279 | I | 56600 | 323547 | P | 323547 | 323547 | 8217346 9/15/8 8594796 |
| 202506-9033-03 CO—      CN—      SN— SCHLEPP AUGUST W      450639 2823 E LK SAMM RD N REDMOND WA      98053 | 20-25-06      9033      13.54319 KCSP #170052 REC # 8106150884 SD SP DAF THAT POR GL 3 SEC 20-25-06 BAAP S 0-10-00 W 1009.92 FT FR NE COR SD GL 3 TH N 00-10-00 E 536.64 FT TH N 20-16-52 W 1232.72 FT M/L TO NELY LN OF ISS-RED CO RD TH SELY ALG SD NELY LN S 27-34-00 E 179.9¢ FT TAP WCH IS S 77-29-40 W OF TPOB TH N 77-29-40 E 1101.33 FT M/L TO TPOB | 88 | 17 | 279 | I | 49500 75000 | 168613 | P | 168613 | 168613 | 4/26/8 8755974 10/19/8 8025984 |
| CO—      CN—      SN— | 20-25-06      9034      13.54319 KCSP #883032R REC #8411080719 SD SP DAF POR GL 4 SEC 20-25-6 | 88 | 17 | 279 | I | 70700 64500 | 183104 | P | 183104 | 183104 | 4/07/8 8044714 |

MINOLTA

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE EX | SR | RLR YR | LEVY CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T#-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ALG SD ELY LN 01-26 E DIST 158.14 FT TH S 72-58 W TO NELY MGN E LK SAMM PKWY NE TH SLY ALG SD MGN TO LN BRNG S 72-58 E FR POB TH N 72-58 E TO PROB LESS POR THOF LY NELY OF LN BRNG N 17-02 W FAP S 72-58 W 448 FT FR ABOVE DESC POB | | | | | | | | | | |
| 202506-9040-04           SN- FRIES RANDOLPH                    19550 N E 40TH REDMOND WA              98052 | 20-25-06        9040   13.54319 POR OF NW 1/4 OF NW 1/4 LY NELY OF LN DRN FR PT ON N SUBD LN 660 FT E OF NW COR TO PT ON W SUBD LN 60 FT S OF SD NW COR | | | 88 17 | 260 | L        2000 | 2709 | | 2709 | 2709 | 3/04/8 8069518 1001378 8016469 |
| 202506-9041-03 PURGED REFERENCE CO-C812258 CN-           SN- BARRETT DONALD W          451448 2920 E LK SAMM RD N REDMOND WA              98053 | 20-25-06        9041   13.54319 SELY 475 FT AS MEAS ALG SWLY MGN OF RR R/W OF 2ND CL SH LDS & UPLANDS ADJ FOLG — BEG NE COR GL 2 IN SW 1/4 TH S ALG E LN 569.64 FT TH W 221.58 FT TH SWLY AT R/A TO RR R/W 15.3 FT TO NELY MGN SD R/W TH NWLY ALG SD NELY MGN TO N LN SD GL TH E TO BEG LESS POR LY NELY OF SWLY MGN SD RR R/W | | | 88 17 87 17 | 279 279 | L      140500 L      140500 | 190282 191001 | | F F | 190282 191001 | 191001 | |
| 202506-9041-37 PURGED REFERENCE CO-C812258 CN- SN- 76626 BARRETT DONALD W          451448 2920 E LK SAMM RD N REDMOND WA              98053 | 20-25-06        9041   13.54319 SELY 475 FT AS MEAS ALG SWLY MGN OF RR R/W OF 2ND CL SH LDS & UPLANDS ADJ FOLG — BEG NE COR GL 2 IN SW 1/4 TH S ALG E LN 569.64 FT TH W 221.58 FT TH SMLY AT R/A TO RR R/W 15.3 FT TO NELY MGN SD R/W TH NWLY ALG SD NELY MGN TO N LN SD GL TH E TO BEG LESS POR LY NELY OF SWLY MGN SD RR R/W | | | 88 17 87 17 | 279 279 | L      140500 L      310500 | 190282 422105 | | F | 190282 422105 | 191001 | |
| 202506-9041-45 CO-           CN-           SN- 76626 BARRETT DONALD W          451448 2920 E LK SAMM RD N REDMOND WA              98053 | 20-25-06        9041   13.54319 SELY 475 FT LESS SELY 9 FT THOF AS MEAS ALG SWLY MGN OF RR/RW OF 2ND CL SH LDS & UPLANDS ADJ OF FOLG: BEG NE COR GL 2 IN SW 1/4 TH S ALG E LN 569.64 FT TH W 221.58 FT TH SMLY AT R/A TO RR R/W 15.3 FT TO NELY MGN SD R/W TH NWLY ALG SD NELY MGN TO N LN SD GL TH E TO BEG LESS POR LY NELY OF SWLY MGN SD RR/RW AKA PCL A KC LLA #8708050 APPRVD 12/17/87 | | | 88 17 87 17 | 279 279 | L      139200 L      310500 | 188521 422105 | | P | 188521 422105 | 188521 422105 | 4/28/8 8491588 1273878 7581382 1072878 8105283 |
| 202506-9042-02 CO-           CN-           SN- NELSON ROBERT G          C1079 3123 E LAKE SAMMAMISH RD NE REDMOND WA              98053 | 20-25-06        9042   13.54319 SELY 95 FT OF NWLY 200 FT OF 2ND CL SH LDS & UPLANDS ADJ THAT POR GL 2 IN SEC 20-25-06 DAF BEG NE COR SD GL TH S ALG E LN THOF 569.64 FT | | | 88 17 | 279 | I       97700 I       81500 | 242423 | | P | 242423 | 242423 | 4/28/8 8491588 1072878 8068978 |
| | | | | | | P A R C E L    C O N T I N U E D    O N    N E X T    P A G E | | | | | | |

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE EX | SR | RLR YR | LEVY CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T#-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TH W 221.58 FT TH SWLY AT R/A TO R/W NMPR 15.3 FT TO NELY LN SD R/W TH NWLY ALG SD NELY LN TO N LN SD GL TH E ALG SD N LN TO POB LESS CO RD & LESS POR IF ANY LN OR NELY OF SD RR R/W | | | | | | | | | | |
| 202506-9043-01 CO-           CN-           SN- LEUENBERGER K A          501301 9910 NE 119 #A103 KIRKLAND WA              98034 | 20-25-06        9043   13.54319 E 149 FT OF W 386.58 FT OF N 293 FT OF SW 1/4 OF NW 1/4 OF NW 1/4 | | | 88 17 | 279 | L       19800 | 26815 | | P | 26815 | 26815 | 4/25/8 8473575 10/12/8 8013915 |
| 202506-9045-09 CO-           CN-           SN- LINK DONOVAN D+YVONNE R          679999 2914 E LAKE SAMM RD NE REDMOND WA              98052 | 202506           9045   13.54319 BAAP ON W LN OF GL 3 IN SW 1/4 S 00-13-45 E 521 FT FR NW COR TH N 00-13-45 W 39.41 FT TH N 60-32-34 E 190.09 FT TH S 00-34-33 E 63.29 FT TH SELY ALG CURVE LFT RAD 50 FT TH ARC DIST 24-49 FT TH S 73-44-29 E 68.78 FT TH SELY ALG CURVE RGT RAD 80 FT ARC DIST 30.05 FT TH SWLY ALG REVERSE CURVE LFT RAD 43-26-01 ARC DIST 24-79 FT TH S 89-25-30 W 170.51 FT TH NWLY ALG CURVE RGT RAD 66 FT ARC DIST 30.05 FT TH N 31-04-56 W 207.50 FT TH N BEG | | | 88 17 | 279 | I       45000 I      109000 | 208565 | | P | 208565 | 208565 | 4/26/8 8479516 10/13/8 8845207 |
| 202506-9046-08 CO-           CN-           SN- LICHTER BARRY LYNN          693311 9727 NE JUANITA DR #308 KIRKLAND WA         98034 | 202506           9046   13.54319 BAAP ON W LN OF GL 3 IN SW 1/4 S 00-13-45 E 542 FT FR NW COR TH N 00-13-45 E 138.59 FT TH N 60-32-34 E 190.09 FT TH N 03-34-33 W 39.99 FT TH NLY ALG CURVE RGT RAD 50 FT ARC DIST 32-04 FT TH S 53-49-46 E 80.41 FT TH N 55-57-57 W 269.73 FT TO BEG | | | 88 17 | 279 | I       47700 I        2000 | 67310 | | P | 67310 | 67310 | 4/26/8 8095290 11/23/8 8148607 |

MINOLTA

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE SR EX | RLS YRT | LEVY CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T#-DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | W 83.59 FT TO BEG LN DESC TH N 45-38-30 E 337.19 FT TH N 59-25-48 E 181.43 FT TH N 49-12-34 W 79.14 FT TH N 71-21-57 E 455.46 FT TO TERM AT E LN SD GL 1 AKA PCL C KCLLA #8805025 REC 8809220933 | | | | | | | | | |
| 202506-9028-00 CO-  CN-  SN- COLLINS VANESSA F 2834 E LK SAMMAMISH PKWY REDMOND WA   98053 | 20-25-06   9028   12.83326 POR OF GL 2 & SH LDS ADJ LY IN FOLG - BEG S 1/4 COR SD SEC 20 TH N 32-16-31 W DIST OF 2505.14 FT TO SE COR KCSP #R127711b REC #7901100957 WCH PT CRS S 00-16-35 E DIST 569.64 FT FR NE COR SD SP WCH PT AKA PT "A" TH S 00-16-35 E ALG SLY PROD OF E LN SD SP DIST 30/.32 FT TAP AKA PT "B" TH N 00-16-35 W DIST 307.32 FT TO SD PT "A" TH S 89-40-10 W PLW N LN SD SP DIST 221.58 FT TH S 49-09-51 W AT R/A TO C/L OF BN RR R/W DIST 3.66 FT TAP ON CRV OF NELY MGN OF SD RR R/W TH SELY ALG SD CRV TO RGT HAV RAD 2342.01 FT ARC DIST 240.04 FT TH S 55-02-12 W AT R/A TO SD R/W DIST 100 FT TAP ON CRV OF SWLY MGN SD R/W WCH PT IS TPOB TH SELY ALG CRV RGT ALG SD R/W RAD 2242.01 FT ARC DIST 132.63 FT TAP TH AT BRS 58-25-34 W DIST 102.88 FT FR SD PT "B" TH S 58-25-34 W RADIALLY TO SD CRV TAP ON LN OF NAVIGABILITY LK SAMM TH NWLY ALG SD LN OF NAVIGABILITY TAP BRNG S 55-02-12 W FR TPOB TH N 55-02-12 E TO TPOB | 9117279L | | 250000 | 320831 | | P | 320831 | 320831 | 4/29/1 1151384 10/07/1 1250634 |
| 202506-9029-09 CO-  CN-  SN- MICHAELS PAUL S 322 BERKELEY TACOMA WA   98466 | 20-25-06   9029   12.83326 BEG NW COR OF GL 3 IN SW 1/4 SEC 20-25-6 TH S 00-13-45 E ALG W LN THOF 94 FT TH S 53-57-57 E 269.73 FT TH N 33-08-33 E 19 FT TH NELY ALG CRV RGT RAD 185.76 FT ARC DIST 145.99 FT TH N 14-19-27 W 163.09 FT TH S 89-43 W ALG N LN SD SUBD TO BEG TGW UND 1/7 INT IN S 40 FT OF N 769.64 FT AS MEAS ALG E LN OF THAT POR OF GL 2 SD SEC 20 LY WLY OF NP RR R/W & 2ND CL SH LDS ADJ SD 40 FT LY WLY OF SD R/W | 9117279L | | 68000 | 87266 | | P | 87266 | 87266 | 2/25/1 1409570 10/24/1 1415285 |
| 202506-9030-06 CO-  CN-  SN- FREEDMAN HOWARD L&PAMELA C 180966 | 20-25-06   9030   12.83326 2ND CL SH LDS & UPLANDS ADJ FOLG-BEG NE COR GL 2 | 9117279L I | | 414000 153900 | 728801 | | P | 728801 | 728801 | 4/25/1 1475729 10/29/1 |
| | PARCEL CONTINUED ON NEXT PAGE | | | | | | | | | |

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE SR EX | RLS YRT | LEVY CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T#-DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 3113 E LAKE SAMMAMISH PKWY NE REDMOND   WA   98053 | IN SW 1/4 TH S ALG E LN 569.64 FT TH W 221.58 FT TH SWLY AT R/A TO RR R/W 15.3 FT TO NLY MGN SD R/W TH NWLY ALG SD NELY MGN TO N LN SD GL TH E TO BEG LESS NWLY 200 FT & SELY 579 FT AS MEAS ALG SWLY MGN SD R/W LESS POR LY NELY OF SWLY MGN SD R/W | | | | | | | | | 1044258 |
| 202506-9031-05 CO-  CN-  SN- COURTNEY PHYLLIS & LEVICK J800389 2838 E LAKE SAMMAMISH PKWY NE REDMOND WA   98053 | 20-25-06   9031   12.83326 LOT 2 OF REVISED K C SHORT PLAT NO 181013 RECORDING NO 8611251016 SD SHORT PLAT DAF - LOTS 1 & 2 OF K C SHORT PLAT NO 181013 RECORDING NO 8104300743 BEING A POR OF GOV LOT 3 IN SW 1/4 | 9117279L C | I | 85000 98000 | 234849 | | P | 234849 | 234849 | 4/30/1 1822970 10/31/1 1913681 |
| 202506-9032-04 CO-  CN-  SN- O'DELL PATRICIA J 902162 2804 E LAKE SAMM PKWY NE REDMOND WA   98053 | 20-25-06   9032   12.83326 POR GL 3 SEC 20-25-06 DAF - BEG SE COR SD GL 3 TH N 00-10 E 336.65 FT TH S 72-29-40 W 1101.33 FT M/L TO NELY MGN ISSAQ-RED CO RD TH S 27-34 E 120 FT M/L TO S LN SD GL 3 TH N 89-32-09 E 1018.76 FT M/L TO TPOB | 9117279L | I | 100000 103000 | 260515 | | P | 260515 | 260515 | 5/06/1 1585831 11/04/1 1117938 |
| 202506-9033-03 CO-  CN-  SN- SCHLEPP AUGUST W 450639 2823 E LK SAMM RD N 98053 | 20-25-06   9033   12.83326 LOT 1 KCSP #179032 REC # 8106150884 SD SP DAF POR GL 3 SEC 20-25-06- BAAP S 0-10-00 W 1009.92 FT FR NE COR SD GL 3 TH S 00-10-00 E 336.64 FT TH S 70-16-52 W 1232.72 FT M/L TO NELY LN OF ISS-RED CO RD TH SELY ALG SD NELY LN | 9117279L | I | 85000 96600 | 233052 | | P | 233052 | 233052 | 5/28/1 1603016 10/29/1 1430520 |

MINOLTA

This is a sample image to test the Minolta Series Manager.

Ex. 13E-12

## 202506-9040-04

J 09

| PARCEL NUMBER · NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL S LEVY YR CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T#-DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | 158.14 FT TH S 72-58 W TO NELY MGN E LK SAMM PKWY NE TH SLY ALG SD MGN TO LN BRNG S 72-58 E FR POB TH N 72-58 E TO TPOB LESS POR THOF LY NELY OF LN BRNG N 17-02 W FAP S 72-58 W 448 FT FR ABOVE DESC POB | | | | | | | | | |
| 202506-9040-04 PURGED REFERENCE CO- CN- SN- FRIES RANDOLPH 19650 N E 40TH REDMOND WA 98052 | 20-25-06 9040 12.83326 POR OF NW 1/4 OF NW 1/4 LY NLY OF LN DRN FR PT ON N SUBD LN 660 FT E OF NW COR TO PT ON W SUBD LN 60 FT S OF SD NW COR | 12.83326 | | 91 17260 L | 2300 | 2952 | F | 2952 | 2952 | 3/01/1 1006427 |
| 202506-9040-38 PURGED REFERENCE CO-A 1250 CN- SN- FRIES RANDOLPH 4010 196TH AVE NE REDMOND WA 98057 | 20-25-06 9040 12.83326 POR OF NW 1/4 OF NW 1/4 LY NLY OF LN DRN FR PT ON N SUBD LN 660 FT E OF NW COR TO PT ON W SUBD LN 60 FT S OF SD NW COR LESS E 307.41 FT AS MEAS ALG SD LN AKA POR OF KC LLA S90M0218 APP 8/29/90 | 12.83326 | 100983 | 91 17260 L | 1200 | 1540 | F | 1540 | 1540 | 3/01/1 1006427 |
| 202506-9040-46 PURGED KILL CO-A 6981 CN- SN- FRIES RANDOLPH 4010 196TH AVE NE REDMOND WA 98053 | 20-25-06 9040 12.83326 POR OF NW 1/4 OF NW 1/4 LY NLY OF LN DRN FR PT ON N SUBD LN 660 FT E OF NW COR TO PT ON W SUBD LN 60 FT S OF SD NW COR LESS E 307.41 FT AS MEAS ALG SD LN AKA POR OF KC LLA S90M0218 APP 8/29/90 | 12.83326 | 100983 | 91 17260 L | 1200 | 1540 | P | 1540 | 1540 | 3/01/1 1006427 |
| 202506-9041-03 CO- CN- SN- BARRETT DONALD W 2920 E LK SAMM RD N REDMOND WA 98053 | 20-25-06 9041 12.83326 SELY 475 FT LESS SELY 9 FT THOF AS MEAS ALG SWLY MGN OF RR/RW OF 2ND CL SH LDS & UPLANDS ADJ OF FOLG: BEG NE COR GL 2 IN SW 1/4 TH S ALG E LN 569.64 FT TH W 221.58 FT TH SWLY AT R/A TO R/R R/W 15.3 FT TO NELY MGN SD R/W TH NWLY ALG SD NELY MGN TO N LN SD GL TH E TO BEG LESS POR LY NELY OF SWLY MGN SD RR/RW AKA PCL A KC LLA #8708030 APPRVD 12/17/87 | 12.83326 | 451448 | 91 17279 L | 375000 | 481247 | F | 481247 | 481247 | 4/23/1 1097688 10/29/1 1065329 |
| 202506-9042-02 PURGED REFERENCE CO- CN- SN- NELSON ROBERT G 3123 E LAKE SAMMAMISH RD NE REDMOND WA 98053 | 20-25-06 9042 12.83326 SELY 96 FT OF NWLY 200 FT OF 2ND CL SH LDS & UPLANDS ADJ THAT POR GL 2 IN SEC 20-25-06 DAF BEG NE COR SD GL TH S ALG E LN THOF 569.64 FT TH W 221.58 FT TH SWLY AT R/A TO R/W NPRR 15.3 FT TO NELY LN SD R/W TH NWLY ALG SD NELY LN TO N LN SD GL TH E ALG SD N LN TO POB LESS CO RD & LESS POR IF ANY IN OR NELY OF SD RR R/W | 12.83326 | C1079 | 91 17279 L | 348000 I 92700 | 565562 | F | 565562 | 282781 | 4/29/1 1493532 |

## 202506-9042-36

K 09

| PARCEL NUMBER · NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | SR EX | RL S LEVY YR CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T#-DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 202506-9042-36 CO- CN- SN- NELSON ROBERT G 3123 E LAKE SAMMAMISH RD NE REDMOND WA 98053 | 20-25-06 9042 12.83326 SELY 96 FT OF NWLY 200 FT OF 2ND CL SH LDS & UPLANDS ADJ THAT POR GL 2 IN SEC 20-25-06 DAF BEG NE COR SD GL TH S ALG E LN THOF 569.64 FT TH W 221.58 FT TH SWLY AT R/A TO R/W NPRR 15.3 FT TO NELY LN SD R/W TH NWLY ALG SD NELY LN TO N LN SD GL TH E ALG SD N LN TO POB LESS CO RD & LESS POR IF ANY IN OR NELY OF SD RR R/W | 12.83326 | C1079 | 91 17279 L | 242500 I 92700 | 430171 | P | 430171 | 430171 | 4/29/1 1493532 10/29/1 1425597 |
| 202506-9043-01 CO- CN- SN- LEUENBERGER K A 1219 SEARLE DRIVE CENTRALIA WA 98531 | 20-25-06 9043 12.83326 E 149 FT OF W 386.58 FT OF N 293 FT OF SW 1/4 OF NW 1/4 OF NW 1/4 | 12.83326 | 142241 | 91 17279 L | 36800 | 47226 | P | 47226 | 47226 | 4/15/1 1439811 10/16/1 1267492 |
| 202506-9045-09 CO- CN- SN- LINK DONOVAN D+YVONNE R 2914 E LAKE SAMM RD NE REDMOND WA 98052 | 202506 9045 12.83326 BAAP ON W LN OF GL 3 IN SW 1/4 S 00-13-45 E 521 FT FR NW COR TH N 00-13-45 W 38.41 FT TH N 60-59-34 E 190.99 FT TH S 03-34-32 E 63.59 FT TH SELY ALG CURVE LFT RAD 20 FT ARC DIST 24.49 FT TH S 73-44-29 E 68.78 FT TH SELY ALG CURVE RGT RAD 20 FT ARC DIST 50.05 FT TH SWLY ALG REVERSE CURVE LFT RAD 43.56 FT ARC DIST 24.79 FT TH S 37-01-20 W 170.51 FT TH NLY ALG CURVE RGT RAD 66 FT ARC DIST 30.05 FT TH N 31-09-36 W 207.50 FT TO BEG | 12.83326 | 679999 | 91 17279 L | 70000 I 165800 | 302608 | P | 302608 | 302608 | 4/30/1 1839523 10/31/1 1929321 |
| 202506-9046 CO- CN- SN- | 202506 9046 12.83326 BAAP ON W LN OF GL 3 IN SW 1/4 S 00-13-45 E 94 FT FR NW COR TH S 00-13-45 E 388.59 FT TH N 60-59-34 F 190.99 FT TH N | 12.83326 | 693311 98034 | 91 17279 L | 60000 I 5400 | 83929 | P | 83929 | 83929 | 4/05/1 1424387 10/15/1 1625272 |

MINOLTA

Ex. 13E-13

RESTART DATA: FICHE   262 262 CKPT:   1   14570   144   0   1   0   0   WORKORDER #: 519802   SETUP: KCSS410

## 202506-9028-00                                                                                    13 A

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY OR RATE | YR | RL EX VRT | LEVY CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'TO-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | R/W OF BURLINGTON NORTHERN RR R/W WHICH PT THE TANGENT TO SAID CURVE BEARS S 40-50-09 E TH IN SELY DIRECTION ALONG SAID CURVE TO RGT RAD OF 2342.01 FT ARC DISTANCE OF 240 FT TH S 55-02-12 W 100 FT TAP ON CURVE OF SWLY MGN OF SAID R/W WHICH PT THE TANGENT TO SAID CURVE BEARS S 34-57-48 E & POB TH IN SELY DIRECTION ALONG CURVE OF SWLY MGN OF R/W TO RGT RAD OF 2242.01 FT ARC DISTANCE OF 132.63 FT TAP BEARING S 50-25-34 W 102.88 FT FROM SAID POINT "B" TH S 58-25-34 W RADIALLY TO SAID CURVE TAP ON THE LINE OF NAVIGABILITY OF LAKE SAMMAMISH TH IN NWLY DIRECTION ALONG SAID LINE OF NAVIGABILITY TAP BEARING S 55-02-12 W FROM POB TH N 55-02-12 E TO POB TGW UND 1/20TH INTEREST IN COMMON BEACH AREA LY IN SLY 40 FT OF N 769.64 FT AS MEAS ALONG E LINE OF POR OF GOV LOT 2 LY WLY OF BURLINGTON NORTHERN RR R/W & 2ND CLASS SHORELANDS ADJ SAID S 40 FT | | | | | | | | | |
| 202506-9028-00 REFERENCE 07/16/98 REVALUE COLLINS DAVID M+VANESSA F 2041 E LK SAMM PKWY NE REDMOND WA | 20-25-06   9028   13.52268 POR OF GOV LOT 2 IN SW 1/4 OF SECTION 20-25-06 & SHORELANDS ADJ DAF - BEG S 1/4 CORNER OF SECTION 20 WHICH CORNER IS MARKED BY A CONCRETE MONUMENT FROM WHICH CORNER K C AERIAL SURVEY MONUMENT J-205 BEARS S 86-12-40 W 591.42 FT AND FROM WHICH CORNER THE N/S CENTER LINE OF SECTION 20 BEARS N 0-06-54 E TH N 32-16-31 W 2505.04 FT TO SE CORNER OF K C SHORT PLAT NO R1277118 RECORDING NO 7901100952 WHICH PT BEARS S 0-16-35 E 569.54 FT FROM NE CORNER OF SAID SHORT PLAT & WHICH PT IS REFERRED TO HEREINAFTER AS PT "A" TH S 0-16-35 E 307.32 FT TAP REFERRED TO AS PT "B" TH N 0-16-35 W 307.32 FT TO SAID POINT "A" TH S 89-40-10 W 221.50 FT TH S 49-09-51 W 3.66 FT TAP ON CURVE OF NELY MGN OF R/W OF BURLINGTON NORTHERN RR R/W WHICH PT THE TANGENT TO SAID CURVE BEARS S 40-50-09 E TH IN SELY DIRECTION ALONG SAID CURVE | 339999   98053 | | 98 | 1272 79 L I | 350000 260000 | 83597 | UN 7263 UN 1239 P CV 500 | 84497 | 84497 |

P A R C E L   C O N T I N U E D   O N   N E X T   P A G E

## 202506-9028-00                                                                                    13 B

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY OR RATE | YR | RL EX VRT | LEVY CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'TO-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TO RGT RAD OF 2342.01 FT ARC DISTANCE OF 240 FT TH S 55-02-12 W 100 FT TAP ON CURVE OF SWLY MGN OF SAID R/W WHICH PT THE TANGENT TO SAID CURVE BEARS S 34-57-48 E & POB TH IN SELY DIRECTION ALONG CURVE OF SWLY MGN OF R/W TO RGT RAD OF 2242.01 FT ARC DISTANCE OF 132.63 FT TAP BEARING S 50-25-34 W 102.88 FT FROM SAID POINT "B" TH N 58-25-34 W RADIALLY TO SAID CURVE TAP ON THE LINE OF NAVIGABILITY OF LAKE SAMMAMISH TH IN NWLY DIRECTION ALONG SAID LINE OF NAVIGABILITY TAP BEARING S 55-02-12 W FROM POB TH N 55-02-12 E TO POB TGW UND 1/20TH INTEREST IN COMMON BEACH AREA LY IN SLY 40 FT OF N 769.64 FT AS MEAS ALONG E LINE OF POR OF GOV LOT 2 LY WLY OF BURLINGTON NORTHERN RR R/W & 2ND CLASS SHORELANDS ADJ SAID S 40 FT | | | | | | | | | |
| 202506-9028-00 REFERENCE 12/05/97 COLLINS DAVID M+VANESSA F 2041 E LK SAMM PKWY NE REDMOND WA | 20-25-06   9028   13.52268 POR OF GOV LOT 2 IN SW 1/4 OF SECTION 20-25-06 & SHORELANDS ADJ DAF - BEG S 1/4 CORNER OF SECTION 20 WHICH CORNER IS MARKED BY A CONCRETE MONUMENT FROM WHICH CORNER K C AERIAL SURVEY MONUMENT J-205 BEARS S 86-12-40 W 591.42 FT AND FROM WHICH CORNER THE N/S CENTER LINE OF SECTION 20 BEARS N 0-06-54 E TH N 32-16-31 W 2505.04 FT | 339999   98053 | | 98 | 1272 79 L I | 350000 260000 | 83597 | P | 83597 | 83597 |


MINOLTA
This is a sample image in low resolution mode. The Minolta Desktop Manager.

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE EX | BLS VRT | LEVY CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T-TO-DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | TO RGT RAD OF 2342.01 FT ARC DISTANCE OF 100 FT TH S 55-02-12 W 100 FT TAP ON CURVE OF SWLY MGN OF SAID R/W WHICH PT THE TANGENT TO SAID CURVE BEARS S 34-57-48 E & POB TH IN SELY DIRECTION ALONG CURVE OF SWLY MGN OF R/W TO RGT RAD OF 2242.01 FT ARC DISTANCE OF 132.63 FT TAP BEARING S 58-25-34 W 102.88 FT FROM SAID POINT "B" TH S 58-25-34 W RADIALLY TO SAID CURVE TAP ON THE LINE OF NAVIGABILITY OF LAKE SAMMAMISH TH IN NWLY DIRECTION ALONG SAID LINE OF NAVIGABILITY TAP BEARING S 55-02-12 W FROM POB TH N 55-02-12 E TO POB TGW UND 1/28TH INTEREST IN COMMON BEACH AREA LY IN SLY 40 FT OF N 769.64 FT AS MEAS ALONG E LINE OF POR OF GOV LOT 2 LY WLY OF BURLINGTON NORTHERN RR R/W & 2ND CLASS SHORELANDS ADJ SAID S 40 FT | | | | | | | | | |
| 202506-9028-00 REFERENCE 12/05/97 COLLINS DAVID M+VANESSA F 2841 E LK SAMM PKWY NE REDMOND WA | 20-25-06   9020   13.52268 POR OF GOV LOT 2 IN SW 1/4 OF SECTION 20-25-06 & SHORELANDS ADJ DAF - BEG S 1/4 CORNER OF SECTION 20 WHICH CORNER IS MARKED BY A CONCRETE MONUMENT FROM WHICH CORNER A C AERIAL SURVEY MONUMENT J-285 BEARS S 86-12-40 W 591.42 FT AND FROM WHICH CORNER THE N/S CENTER LINE OF SECTION 20 BEARS N 0-06-54 E TH N 32-16-31 W 2505.04 FT TO SE CORNER OF K C SHORT PLAT NO R127119 RECORDING NO 7901100052 WHICH PT BEARS S 0-16-35 E 569.54 FT FROM NE CORNER OF SAID SHORT PLAT & WHICH PT IS REFERRED TO HEREINAFTER AS PT "A" TH S 0-16-35 E 307.32 FT TAP REFERRED TO AS PT "B" TH N 0-16-35 W 307.32 FT TO SAID POINT "A" TH S 89-40-10 W 221.50 FT TH S 49-09-51 W 3.65 FT TAP ON CURVE OF NELY MGN OF R/W OF BURLINGTON NORTHERN RR R/W WHICH PT THE TANGENT TO SAID CURVE BEARS S 40-50-09 E TH IN SELY DIRECTION ALONG SAID CURVE TO RGT RAD OF 2342.01 FT ARC DISTANCE OF 240 FT TH S 55-02-12 W 100 FT TAP ON CURVE OF SWLY MGN OF SAID R/W WHICH PT THE TANGENT TO | 9007279L | I | 359200 260000 035972 | 035972 | P | 035972 | 035972 | | |

P A R C E L   C O N T I N U E D   O N   N E X T   P A G E

---

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE EX | BLS VRT | LEVY CODE | VALUATIONS L-LAND I-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'T-TO-DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | SAID CURVE BEARS S 34-57-48 E & POB TH IN SELY DIRECTION ALONG CURVE OF SWLY MGN OF R/W TO RGT RAD OF 2242.01 FT ARC DISTANCE OF 132.63 FT TAP BEARING S 58-25-34 W 102.88 FT FROM SAID POINT "B" TH S 58-25-34 W RADIALLY TO SAID CURVE TAP ON THE LINE OF NAVIGABILITY OF LAKE SAMMAMISH TH IN NWLY DIRECTION ALONG SAID LINE OF NAVIGABILITY TAP BEARING S 55-02-12 W FROM POB TH N 55-02-12 E TO POB TGW UND 1/28TH INTEREST IN COMMON BEACH AREA LY IN SLY 40 FT OF N 769.64 FT AS MEAS ALONG E LINE OF POR OF GOV LOT 2 LY WLY OF BURLINGTON NORTHERN RR R/W & 2ND CLASS SHORELANDS ADJ SAID S 40 FT | | | | | | | | | |
| 202506-9029-09 08/06/98 REVALUE MICHAELS PAUL S 322 BERKELEY TACOMA WA | 20-25-06   9029   13.52268 BEG NW COR OF GL 3 IN SW 1/4 SEC 20-25-6 TH S 00-13-45 E ALG W LN THOF 94 FT TH S 53-57-57 E 269.73 FT TH N 33-00-33 E 19 FT TH NELY ALG CRV RGT RAD 185.76 FT ARC DIST 145.99 FT TH N 14-19-29 W 163.09 FT TH S 89-43 W ALG N LN SD SUBD TO BEG TGW UND 1/7 INT IN S 40 FT OF N 769.64 FT AS MEAS ALB E LN OF THAT POR OF GL 2 SD SEC 20 LY WLY OF NP RR R/W & 2ND CL SH LDS ADJ SD 40 FT LY WLY OF SD R/W | 9007279L | | 92000 | 124409 CU 500 | P | 124509 | 124509 | 92898 U862496B U862496B 33098 R0418796 U0418796 |
| 202506-9029-09 REFERENCE 07/15/98 REVALUE | 20-25-06   9029   13.52268 BEG NW COR OF GL 3 IN SW 1/4 SEC 20-25-6 TH S 00-13-45 E ALG W LN THOF 94 FT TH S 53-57-57 E 269.73 FT TH N 33-00-33 E 19 FT TH NELY ALG CRV RGT RAD 185.76 FT ARC DIST | 9007279L | | 92000 | 124409 CU 500 | P | 124509 | 124509 | |

MINOLTA

This is a security image to lock the Minolta Overlay Manager.

Ex. 13E-15

| Parcel Number — Name & Address | Legal Description | Levy SR Rate EX | RLB VRT | Levy Code | Valuation L-Land / I-Imps | Gen'l Tax | Spec. As'mt | Total | Amount Paid | Rec'to Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | INT IN S 40 FT OF N 769.64 FT AS MEAS ALG E LN OF THAT POR OF GL 2 SD SEC 20 LY WLY OF NP RR R/W & 2ND CL SH LDS ADJ SD 40 FT LY WLY OF SD R/W | | | | | | | | | |
| 202506-9030-06 08/06/98 REVALUE FREEDMAN HOWARD L&PAMELA C 180966 3113 E LAKE SAMMAMISH PKWY NE REDMOND WA 98053 | 20-25-06 9030 13.52268 2ND CL SH LDS & UPLANDS ADJ FOLG-BEG NE COR GL 2 IN SW 1/4 TH S ALG E LN 569.64 FT TH W 221.50 FT TH SWLY AT R/A TO RR R/W 15.3 FT TO NELY MGN SD R/W TH NWLY ALG SD NELY MGN TO N LN SD GL TH E TO BEG LESS NWLY 200 FT & SELY 579 FT AS MEAS ALG SWLY MGN SD R/W LESS POR LY NELY OF SWLY MGN SD R/W | 98 T7 279 L I | | | 477000 161000 | 862747 | UN 7263 UN 1239P CV 500 | 871749 | 871749 | 110298 807075 V807075 V807075 V807075 50198 R9185434 V8185434 X8185434 V8185434 |
| 202506-9030-06 REFERENCE 07/16/98 REVALUE FREEDMAN HOWARD L&PAMELA C 180966 3113 E LAKE SAMMAMISH PKWY NE REDMOND WA 98053 | 20-25-06 9030 13.52268 2ND CL SH LDS & UPLANDS ADJ FOLG-BEG NE COR GL 2 IN SW 1/4 TH S ALG E LN 569.64 FT TH W 221.50 FT TH SWLY AT R/A TO RR R/W 15.3 FT TO NELY MGN SD R/W TH NWLY ALG SD NELY MGN TO N LN SD GL TH E TO BEG LESS NWLY 200 FT & SELY 579 FT AS MEAS ALG SWLY MGN SD R/W LESS POR LY NELY OF SWLY MGN SD R/W | 98 T7 279 L I | | | 477000 161000 | 862747 | UN 7263 UN 1239P CV 500 | 871749 | 871749 | |
| 202506-9030-06 REFERENCE 08/28/97 FREEDMAN HOWARD L&PAMELA C 180966 3113 E LAKE SAMMAMISH PKWY NE REDMOND WA 98053 | 20-25-06 9030 13.52268 2ND CL SH LDS & UPLANDS ADJ FOLG-BEG NE COR GL 2 IN SW 1/4 TH S ALG E LN 569.64 FT TH W 221.50 FT TH SWLY AT R/A TO RR R/W 15.3 FT TO NELY MGN SD R/W TH NWLY ALG SD NELY MGN TO N LN SD GL TH E TO BEG LESS NWLY 200 FT & SELY 579 FT AS MEAS ALG SWLY MGN SD R/W LESS POR LY NELY OF SWLY MGN SD R/W | 98 T7 279 L I | | | 477000 161000 | 862747 | P | 862747 | 862747 | |
| 202506-9031-05 08/06/98 REVALUE COURTNEY PHYLLIS & LEVICK J800389 2838 E LAKE SAMMAMISH PKWY NE REDMOND WA 98053 | 20-25-06 9031 13.52268 LOT 2 OF REVISED K C SHORT PLAT NO 181013 RECORDING NO 8611251016 SD SHORT PLAT DAF — LOTS 1 & 2 OF K C SHORT PLAT NO 181013 RECORDING NO 8104300743 BEING A POR OF GOV LOT 3 IN SW 1/4 | 98 T7 279 L I | | | 92000 126000 | 294794 | UN 7263 UN 1239P CV 500 | 303796 | 303796 | 103098 899999 103098 R8953578 V8953578 V8953578 V8953578 43098 R8730385 V8730385 X8730385 V8730385 |
| 202506-9031-05 REFERENCE 07/16/98 REVALUE | 20-25-06 9031 13.52268 LOT 2 OF REVISED K C SHORT | 98 T7 279 L I | | | 92000 126000 | 294794 | UN 7263 UN 1239P | 303796 | 303796 | |

P A R C E L   C O N T I N U E D   O N   N E X T   P A G E

| Parcel Number — Name & Address | Legal Description | Levy SR Rate EX | RLB VRT | Levy Code | Valuation L-Land / I-Imps | Gen'l Tax | Spec. As'mt | Total | Amount Paid | Rec'to Date |
|---|---|---|---|---|---|---|---|---|---|---|
| COURTNEY PHYLLIS & LEVICK J800389 2838 E LAKE SAMMAMISH PKWY NE REDMOND WA 98053 | PLAT NO 181013 RECORDING NO 8611251016 SD SHORT PLAT DAF — LOTS 1 & 2 OF K C SHORT PLAT NO 181013 RECORDING NO 8104300743 BEING A POR OF GOV LOT 3 IN SW 1/4 | | | | | | CV 500 | | | |
| 202506-9031-05 REFERENCE 08/28/97 COURTNEY PHYLLIS & LEVICK J800389 2838 E LAKE SAMMAMISH PKWY NE REDMOND WA 98053 | 20-25-06 9031 13.52268 LOT 2 OF REVISED K C SHORT PLAT NO 181013 RECORDING NO 8611251016 SD SHORT PLAT DAF — LOTS 1 & 2 OF K C SHORT PLAT NO 181013 RECORDING NO 8104300743 BEING A POR OF GOV LOT 3 IN SW 1/4 | 98 T7 279 L I | | | 92000 126000 | 294794 | P | 294794 | 294794 | |
| 202506-9032-04 08/06/98 REVALUE POUND ROBERT D+YVONNE L 7D9999 2904 E LAKE SAMMAMISH PKWY NE REDMOND WA 98053 | 20-25-06 9032 13.52268 LOT 1 TGW UND INT IN TRACT X KING CO SHORT PLAT NO S98S0422 REC NO 9506179002 SD SHORT PLAT DAF: PORTION OF GOV LOT 3 STR 20-25-06 DAF — BEG AT SE COR SD GOVT LOT 3 TH N 0-10-00 E 336.65 FT TH S 77-29-40 W 1101.33 FT M/L TO NELY LN OF ISSAQUAH-REDMOND RD TH S 27-34-00 E 120.00 FT M/L TO S LN SD GOVT LOT 3 TH N 89-32-09 E 1018.76 FT M/L TO TPOB | 98 T7 279 L I | | | 92000 132000 | 302900 | UN 7263 UN 1239P CV 500 | 311910 | 311910 | 102698 8837779 V8837779 V8837779 V8837779 42298 R8892418 X8892418 X8892418 V8892418 |
| 202506-9032-04 REFERENCE 07/16/98 REVALUE POUND ROBERT D+YVONNE L 7D9999 2904 E LAKE SAMMAMISH PKWY NE REDMOND WA 98053 | 20-25-06 9032 13.52268 LOT 1 TGW UND INT IN TRACT X KING CO SHORT PLAT NO S98S0422 REC NO 9506179002 SD SHORT PLAT DAF: PORTION OF GOV LOT 3 STR 20-25-06 DAF — BEG AT SE COR SD GOVT LOT 3 TH N 0-10-00 E 336.65 FT TH S 77-29-40 W 1101.33 FT M/L TO NELY LN OF ISSAQUAH-REDMOND RD TH S 27-34-00 E 120.00 FT M/L | 98 T7 279 L I | | | 92000 132000 | 302900 | UN 7263 UN 1239P CV 500 | 311910 | 311910 | |

MINOLTA — This is a sample image to test the Minolta Desktop Microscanner. (Control documents or logo)

Ex. 13E-16

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | BR EX | RLS VRT | LEVY CODE | VALUATIONS L-LAND 1-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'TS DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ON ELY LN GL ← AAP 843.56 FT NLY FR SE COR THOF TH CONTG ALG SD ELY LN N 01-26 E DIST 158.14 FT TH S 72-58 W TO NELY MGN E LK SAMM PKWY NE TH SLY ALG SD MGN TO LN BRNG S 72-58 E FR POB TH N 72-58 E TO TPOB LESS POR THOF LY NELY OF LN BRNG N 17-02 W AAP S 72-58 W 448 FT FR ABOVE DESC POB | | | | | | | | | | |
| 202506-9041-03 08/06/98 REVALUE BARRETT DONALD W 2920 E LK SAMM RD N REDMOND WA 451448 98053 | 20-25-06 9041 13.52268 SELY 475 FT LESS SELY 9 FT THOF AS MEAS ALG SWLY MGN OF RR/RW OF 2ND CL SH LDS & UPLANDS ADJ OF FOLG: BEG NE COR GL 2 IN SW 1/4 TH S ALG E LN 569.64 FT TH W 221.58 FT TH SWLY AT R/A TO RR R/W 15.3 FT TO NELY MGN SD R/W TH NWLY ALG SD NELY MGN TO N LN SD GL TH E TO BEG LESS POR LY NELY OF SWLY MGN SD RR/RW AKA PCL A KC LLA #8700030 APPRVD 12/17/87 THIS PARCEL CLASSIFIED AS OPEN SPACE LAND PURSUANT TO CHAPTER 84.34 RCW | 9817279L | | | | 193520 | 261691CU | 500P | 262191 | 262191 | 110298 R8484780 U8484780 42898 R8507375 U8507375 |
| 202506-9041-03 REFERENCE 07/16/98 REVALUE BARRETT DONALD W 2920 E LK SAMM RD N REDMOND WA 451448 98053 | 20-25-06 9041 13.52268 SELY 475 FT LESS SELY 9 FT THOF AS MEAS ALG SWLY MGN OF RR/RW OF 2ND CL SH LDS & UPLANDS ADJ OF FOLG: BEG NE COR GL 2 IN SW 1/4 TH S ALG E LN 569.64 FT TH W 221.58 FT TH SWLY AT R/A TO RR R/W 15.3 FT TO NELY MGN SD R/W TH NWLY ALG SD NELY MGN TO N LN SD GL TH E TO BEG LESS POR LY NELY OF SWLY MGN SD RR/RW AKA PCL A KC LLA #8700030 APPRVD 12/17/87 THIS PARCEL CLASSIFIED AS OPEN SPACE LAND PURSUANT TO CHAPTER 84.34 RCW | 9817279L | | | | 193520 | 261691CU | 500P | 262191 | 262191 | |
| 202506-9041-03 REFERENCE 10/09/97 BARRETT DONALD W 2920 E LK SAMM RD N REDMOND WA 451448 98053 | 20-25-06 9041 13.52268 SELY 475 FT LESS SELY 9 FT THOF AS MEAS ALG SWLY MGN OF RR/RW OF 2ND CL SH LDS & UPLANDS ADJ OF FOLG: BEG NE COR GL 2 IN SW 1/4 TH S ALG E LN 569.64 FT TH W 221.58 FT TH SWLY AT R/A TO RR R/W 15.3 FT TO NELY MGN SD R/W TH NWLY ALG SD NELY MGN TO N LN SD GL TH E TO BEG LESS POR LY NELY OF SWLY MGN SD RR/RW AKA PCL A KC LLA #8700030 APPRVD 12/17/87 THIS PARCEL CLASSIFIED AS OPEN | 9817279L | | | | 193520 | 261691 | P | 261691 | 261691 | |

PARCEL CONTINUED ON NEXT PAGE

| PARCEL NUMBER - NAME & ADDRESS | LEGAL DESCRIPTION | LEVY RATE | BR EX | RLS VRT | LEVY CODE | VALUATIONS L-LAND 1-IMPS | GEN'L TAX | SPEC. AS'MT | TOTAL | AMOUNT PAID | REC'TS DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | SPACE LAND PURSUANT TO CHAPTER 84.34 RCW | | | | | | | | | | |
| 202506-9042-02 08/06/98 REVALUE NELSON ROBERT G 3123 E LAKE SAMMAMISH RD NE REDMOND WA C1079 98053 | 20-25-06 9042 13.52268 SELY 96 FT OF NWLY 200 FT OF 2ND CL SH LDS & UPLANDS ADJ THAT POR GL 2 IN SEC 20-25-06 DAF BEG NE COR SD GL TH S ALG E LN THOF 569.64 FT TH W 221.58 FT TH SWLY AT R/A TO R/W NPRR 15.3 FT TO NELY LN SD R/W TH NWLY ALG SD NELY LN TO N LN SD GL TH E ALG SD N LN TO POB LESS CO RD & LESS POR IF ANY IN OR NELY OF SD RR R/W | 9817279L | | | I | 320000 119000 | 593646UN 593646CU | 7263 1239P 500 | 602640 | 602640 | 110298 R8494275 U8494275 X8494275 R8494275 42998 R8515438 U8515438 X8515438 U8515438 |
| 202506-9042-02 REFERENCE 07/16/98 REVALUE NELSON ROBERT G 3123 E LAKE SAMMAMISH RD NE REDMOND WA C1079 98053 | 20-25-06 9042 13.52268 SELY 96 FT OF NWLY 200 FT OF 2ND CL SH LDS & UPLANDS ADJ THAT POR GL 2 IN SEC 20-25-06 DAF BEG NE COR SD GL TH S ALG E LN THOF 569.64 FT TH W 221.58 FT TH SWLY AT R/A TO R/W NPRR 15.3 FT TO NELY LN SD R/W TH NWLY ALG SD NELY LN TO N LN SD GL TH E ALG SD N LN TO POB LESS CO RD & LESS POR IF ANY IN OR NELY OF SD RR R/W | 9817279L | | | I | 320000 119000 | 593646UN 593646CU | 7263 1239P 500 | 602640 | 602640 | |
| 202506-9042-02 REFERENCE 04/28/97 NELSON ROBERT G 3123 E LAKE SAMMAMISH RD NE REDMOND WA C1079 98053 | 20-25-06 9042 13.52268 SELY 96 FT OF NWLY 200 FT OF 2ND CL SH LDS & UPLANDS ADJ THAT POR GL 2 IN SEC 20-25-06 DAF BEG NE COR SD GL TH S ALG E LN THOF 569.64 FT TH W 221.58 FT TH SWLY AT R/A TO R/W NPRR 15.3 FT TO NELY LN SD R/W TH NWLY ALG SD NELY LN TO N LN SD GL TH E ALG SD N LN TO POB LESS CO RD & LESS POR IF ANY 'N OR NELY OF SD RR R/W | 9817279L | | | I | 320000 119000 | 593646 | P | 593646 | 593646 | |

MINOLTA
This is a accurate image be and in Minolta Drawing Messenger

FORM 109

# REAL ESTATE CONTRACT

THIS CONTRACT, made this      31st  day of      May, 1962                     between

Rose A. Earley, a widow                            hereinafter called the "seller" and

Donald W. Barrett and Jeannette C. Barrett, his wife      hereinafter called the "purchaser,"

WITNESSETH: The seller agrees to sell to the purchaser, and the purchaser agrees to purchase of the

seller the following described real estate with the appurtenances, situate in      King      County,
Washington:

Second class shorelands adjoining that portion of Government Lot 2,
Section 20, Township 25 North, Range 6, E.W.M., in King County,
Washington, described as follows:
Beginning at the northeast corner of said Government Lot; thence
south along the east line thereof, 569.64 feet; thence west 221.58
feet; thence southwesterly at right angles to the right of way of
the Northern Pacific Railway Co. (formerly the Seattle and Interna-
tional Railway), 15.3 feet to the northeasterly line of said right
of way; thence northwesterly along said northeasterly line to the
north line of said Government Lot; thence east along said north line
to the point of beginning; EXCEPT county road;
EXCEPT portion, if any, in said railroad right of way;
EXCEPT northerly 200 feet; and
EXCEPT southerly 475 feet.

Free of incumbrances, except:      Those of record

On the following terms and conditions: The purchase price is  Twelve Thousand Four Hundred
Eighty and 00/100 - - - - - - - - - - - - - -($ 12,480.00   ) dollars, of which
Two  Thousand Five Hundred Eighty and 00/100 - - - - - - ($2,580.00   ) dollars
has been paid, the receipt whereof is hereby acknowledged, and the purchaser agrees to pay the balance of said
purchase price as follows:

Three Hundred and 00/100 ($300.00) Dollars, or more
each quarter with interest at the rate of 6½ per cent
computed on the principle balance each quarter.
The first payment shall be due and payable 90 days
following closing. The payments called for herein
shall be made at such place as seller may direct in
writing.

The purchaser agrees: (1) to pay before delinquency all payments of whatsoever nature, required to be
made upon or by virtue of said mortgage, if any; also all taxes and assessment which are above assumed by
him, if any, and all which may, as between grantor and grantee, hereafter become a lien on the premises; and
also all taxes which may hereafter be levied or imposed upon, or by reason of, this contract or the obligation
thereby evidenced, or any part thereof; (2) to keep the buildings now and hereafter placed upon the premises
unceasingly insured against loss or damage by fire, to the full insurable value thereof, in the name of the seller
as owner, in an insurance company satisfactory to the seller for the benefit of the mortgagee, the seller, and the
purchaser, as their interests may appear, until the purchase price is fully paid, and to deliver to seller the
insurance policies, renewals, and premium receipts, except such as are required to be delivered to the mortgagee;
(3) to keep the buildings and all other improvements upon the premises in good repair and not to permit waste;
and (4) not to use the premises for any illegal purpose.

In the event that the purchaser shall fail to pay before delinquency any taxes or assessments or any pay-
ments required to be made on account of the mortgage, or to insure the premises as above provided, the seller
may pay such taxes and assessments, make such payments, and effect such insurance, and the amounts paid
therefor by him shall be deemed a part of the purchase price and become payable forthwith with interest at the
rate of 10 per cent per annum until paid, without prejudice to other rights of seller by reason of such failure.

JUN 28 1962   Filed by LTI                            2 sheets

Ex. 13F-1

5416211

The **purchaser** agrees to assume all risk of damage to any improvements upon the premises, or of the taking of any part of the property for public use; that no such damage or taking shall constitute a failure of consideration, but in case of such damage or taking, all moneys received by the seller by reason thereof shall be applied as a payment on account of the purchase price of the property, less any sums of money which the seller may be required to expend in procuring such money, or at the election of the seller, to the rebuilding or restoration of such improvements.

The seller agrees, upon receiving full payment of the purchase price and interest in the manner above specified, to execute and deliver to purchaser a  Statutory Warranty  deed to the property, excepting such part thereof which may hereafter be condemned, if any, free of incumbrances except those above mentioned, and any that may accrue hereafter through any person other than the seller.

The seller has delivered, or within ten days herefrom will procure and deliver, to the purchaser, a title policy in usual form issued by the Puget Sound Title Insurance Company, insuring the purchaser to the full amount of said purchase price against loss or damage occasioned by reason of defect in, or incumbrance against, seller's title to the premises, not assumed by the purchaser, or as to which the conveyance hereunder is not to be subject.

The parties agree: (1) to execute all necessary instruments for the extension of payment or renewal of said mortgage during the period prior to the delivery of said deed, or the termination of purchaser's rights by virtue of the provisions hereof; provided the seller shall not be obligated thereby to assume any personal obligation or to execute any mortgage providing for a deficiency judgment against the seller, or securing a principal indebtedness in excess of that now unpaid on the above mentioned mortgage or bearing an interest rate of more than two per cent greater than that of the original mortgage indebtedness; (2) that the purchaser has made full inspection of the real estate and that no promise, agreement or representation respecting the condition of any building or improvement thereon, or relating to the alteration or repair thereof, or the placing of additional improvements thereon, shall be binding unless the promise, agreement or representation be in writing and made a part of this contract; (3) that the purchaser shall have possession of the real estate so long as purchaser is not in default in carrying out the terms hereof; and (4) that, upon default, forfeiture may be declared by notice sent by registered mail to the address of the purchaser, or his assigns, last known to the seller.

Time is of the essence hereof, and in the event the purchaser shall fail to comply with or perform any condition or agreement hereof promptly at the time and in the manner herein required, the seller may elect to declare all of the purchaser's rights hereunder terminated, and upon his doing so, all payments made by the purchaser hereunder and all improvements placed upon the premises shall be forfeited to the seller as liquidated damages, and the seller shall have the right to reenter and take possession of the property; and if the seller within six months after such forfeiture shall commence an action to procure an adjudication of the termination of the purchaser's rights hereunder, the purchaser agrees to pay the expense of searching the title for the purpose of such action, together with all costs and a reasonable attorney's fee.

*In Witness Whereof* the parties have signed and sealed this contract the day and year first above written.

*Rose A. Earley* .............................................. (Seal)

x *Donald W. Barrett* .............................................. (Seal)

by *Gordon A. Barrett, his Atty-in-fact* .............................................. (Seal)

x *Jeanette C. Barrett* .............................................. (Seal)

by *Gordon A. Barrett, her Atty-in-fact*

STATE OF WASHINGTON,} ss.
County of ......... Sno. }

I, the undersigned, a notary public in and for the state of Washington hereby certify that on this ...... 31st ...... day of ...... May, 1962 ...... personally appeared before me Rose A. Earley, a widow and Donald W. Barrett and Jeannette C. Barrett, his wife

to me known to be the individual s described in and who executed the foregoing instrument, and acknowledged that ...they... signed and sealed the same as......their...... free and voluntary act and deed, for the uses and purposes therein mentioned.

Given under my hand and official seal the day and year last above written.

*Arnold F. Bomble*
Notary Public in and for the state of Washington,
residing at ...... EDMONDS......

PUGET SOUND
TITLE INSURANCE COMPANY

Filed for record at the request of .............................................. Title Insurance Company, Edmonds, Washington

Filed for Record at Request of ..............................................

Name  Evergreen Escrow Company   # E 50

Address 13533 Aurora Avenue North

City and State Seattle, Washington

5446214

THIS SPACE RESERVED FOR RECORDER'S USE.

RECORDED
VOL......
PAGE...... REQUEST OF

1962 JUN 28 PM 2 17

ROBERT A. MORRIS, KING COUNTY AUDITOR
KING COUNTY, WASH.
......DEPUTY

JUN 28 1962  Filed by L.T.I

Ex. 13F-2

7308290277

```
┌─────────────────────┐
│       LAWYERS       │
│  TITLE INSURANCE    │
│    CORPORATION      │
│  SEATTLE, WASHINGTON│
└─────────────────────┘
```

FILED FOR RECORD AT REQUEST OF
PIONEER NAT'L. TITLE INS. CO.
719 SECOND AVE.
SEATTLE, WASHINGTON 98104

THIS SPACE RESERVED FOR RECORDER'S USE

RECORDED

REQUEST OF

1973 AUG 29   AM 8  00

RECORDED - RECORD - A
ELECTIONS - KING CO. WA.
DEPUTY

FILED FOR RECORDS AT R...
PIONEER NAT'L TITLE I...
719 SECOND AVE...
SEATTLE WASH...

Filed for Record at Request of

MARYMOOR REALTY, INC.

NAME

ADDRESS

CITY AND STATE

STATE OF Washington
DEPT. OF    AUG27'73
REVENUE    FEB. 10989    $ 12.50

## Statutory Warranty Deed

SALES TAX PAID ON CONTRACT N°. NO. 473386
JACK V. McKENZIE, KING CO. TREASURER

THE GRANTOR    ROSE A. EARLEY, a widow    BY

for and in consideration of $10.00 and other valuable considerations

in hand paid, conveys and warrants to    DONALD W. BARRETT and JEANNETTE A. BARRETT, his wife

the following described real estate, situated in the County of    King    , State of
Washington:

Second class shorelands adjoining that portion of Government Lot 2,
Section 20, Township 25 North, Range 6, E.W.M., in King County,
Washington, described as follows:
Beginning at the northeast corner of said Government Lot; thence
south along the east line thereof, 569.64 feet; thence west 221.58
feet; thence southwesterly at right angles to the right of way of
the Northern Pacific Railway Co. (formerly the Seattle and Interna-
tional Railway), 15.3 feet to the northeasterly line of said right
of way; thence northwesterly along said northeasterly line to the
north line of said Government Lot; thence east along said north line
to the point of beginning; EXCEPT county road; EXCEPT portion, if any,
in said railroad right of way;
EXCEPT northerly 200 feet; and
EXCEPT southerly 475 feet.

Except Tax Lot
E-473386-2

THIS DEED GIVEN IN FULFILLMENT OF THAT CERTAIN CONTRACT DATED    May 31, 1962.

Dated this    15th    day of    June, 1962.

Rose A. Earley    (SEAL)

_____ (SEAL)

STATE OF WASHINGTON
County of    King    } ss.

On this    15    day of    June    19 62    , before me, the
undersigned, a Notary Public in and for the State of Washington, duly commissioned and sworn, personally
appeared    Rose A. Earley

to me known to be the individual   described in and who executed the foregoing instrument, and acknowledged
to me that  she  signed and sealed this said instrument as    her    free and voluntary act and deed for
the uses and purposes therein mentioned.

GIVEN under my hand and official seal this    15    day of    June    1962

Howard O. Wilson
Notary Public in and for the State of Washington,
residing at

S-15

Ex. 13G-1



S-15

Ex. 13G-2

Pioneer National
Title Insurance Company
WASHINGTON TITLE DIVISION

A-1954

**REAL ESTATE CONTRACT**

B907648

6633998

90 7648 -5

THIS CONTRACT, made and entered into this **13th** day of **March, 1970**

between **DONALD W. BARRETT and JEANNETTE C. BARRETT, his wife**

hereinafter called the "seller," and   **OTTO W. ZYLSTRA, whose wife is ANNABELLE F. ZYLSTRA**

hereinafter called the "purchaser,"

WITNESSETH: That the seller agrees to sell to the purchaser and the purchaser agrees to purchase from the seller the following described real estate, with the appurtenances, in **King** County, State of Washington:
**The legal description is set forth on Appendix A attached hereto and by this reference identified and incorporated herein.**

The terms and conditions of this contract are as follows: The purchase price is **THIRTY THOUSAND AND NO/100**‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ($ **30,000.00** ) Dollars, of which **FIVE THOUSAND AND NO/100**‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑($ **5,000.00** ) Dollars have been paid, the receipt whereof is hereby acknowledged, and the balance of said purchase price shall be paid as follows: **TWO HUNDRED FIFTY AND NO/100**‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ($ **250.00** ) Dollars, or more at purchaser's option, on or before the **20th** day of **April** , 19 **70** , and **TWO HUNDRED FIFTY AND NO/100**‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ($ **250.00** ) Dollars, or more at purchaser's option, on or before the **20th** day of each succeeding calendar month until the balance of said purchase price shall have been fully paid. The purchaser further agrees to pay interest on the diminishing balance of said purchase price at the rate of **7 1/2** per cent per annum from the **20th** day of **March** , 19 **70** , which interest shall be deducted from each installment payment and the balance of each payment applied in reduction of principal. All payments to be made hereunder shall be made at **Pacific National Bank, Wallingford Branch** or at such other place as the seller may direct in writing.
**Purchaser shall be entitled to a warranty deed in partial satisfaction of this real estate contract to either the north one-half or the south one-half of the herein-described property, when the deferred principal balance due hereunder has been reduced to $10,000.00, or less.**

**The property described herein contains approximately 208 feet of water front as per Continental Engineering Company survey dated November 18, 1961.**

As referred to in this contract, "date of closing" shall be_____**March 20, 1970**_____

(1) The purchaser assumes and agrees to pay before delinquency all taxes and assessments that may as between grantor and grantee hereafter become a lien on said real estate; and if by the terms of this contract the purchaser has assumed payment of any mortgage, contract or other encumbrance, or has assumed payment of or agreed to purchase subject to, any taxes or assessments now a lien on said real estate, the purchaser agrees to pay the same before delinquency.

(2) The purchaser agrees, until the purchase price is fully paid, to keep the buildings now and hereafter placed on said real estate insured to the actual cash value thereof against loss or damage by both fire and windstorm in a company acceptable to the seller and for the seller's benefit, as his interest may appear, and to pay all premiums therefor and to deliver all policies and renewals thereof to the seller.

(3) The purchaser agrees that full inspection of said real estate has been made and that neither the seller nor his assigns shall be held to any covenant respecting the condition of any improvements thereon nor shall the purchaser or seller or the assigns of either be held to any covenant or agreement for alterations, improvements or repairs unless the covenant or agreement relied on is contained herein or is in writing and attached to and made a part of this contract.

(4) The purchaser assumes all hazards of damage to or destruction of any improvements now on said real estate or hereafter placed thereon, and of the taking of said real estate or any part thereof for public use; and agrees that no such damage, destruction or taking shall constitute a failure of consideration. In case any part of said real estate is taken for public use, the portion of the condemnation award remaining after payment of reasonable expenses of procuring the same shall be paid to the seller and applied as payment on the purchase price herein unless the seller elects to allow the purchaser to apply all or a portion of such condemnation award to the rebuilding or restoration of any improvements damaged by such taking. In case of damage or destruction from a peril insured against, the proceeds of such insurance remaining after payment of the reasonable expense of procuring the same shall be devoted to the restoration or rebuilding of such improvements within a reasonable time, unless purchaser elects that said proceeds shall be paid to the seller for application on the purchase price herein.

(5) The seller has delivered, or agrees to deliver within 15 days of the date of closing, a purchaser's policy of title insurance in standard form, or a commitment therefor, issued by PIONEER NATIONAL TITLE INSURANCE COMPANY, insuring the purchaser to the full amount of said purchase price against loss or damage by reason of defect in seller's title to said real estate as of the date of closing and containing no exceptions other than the following:

a. Printed general exceptions appearing in said policy form;

b. Liens or encumbrances which by the terms of this contract the purchaser is to assume, or as to which the conveyance hereunder is to be made subject; and

c. Any existing contract or contracts under which seller is purchasing said real estate, and any mortgage or other obligation, which seller by the contract agrees to pay, none of which for the purpose of this paragraph (5) shall be deemed defects in seller's title.

MAR 27 1970 - 8 30 | **FILED BY PNTI**

**2 additional sheets**

(6) If seller's title to said real estate is subject to an existing contract or contracts under which seller is purchasing said real estate, or any mortgage or other obligation, which seller is to pay, seller agrees to make such payments in accordance with the terms thereof, and upon default, the purchaser shall have the right to make any payments necessary to remove the default, and any payments so made shall be applied to the payments next falling due the seller under this contract.

(7) The seller agrees, upon receiving full payment of the purchase price and interest in the manner above specified, to execute and deliver to purchaser a statutory warranty **fulfillment** _____ deed to said real estate, excepting any part thereof hereafter taken for public use, free of encumbrances except any that may attach after date of closing through any person other than the seller, and subject to the following: Exceptions and reservations contained in deed from the State of Washington recorded under Auditor's File No. 3090903.; Right of the Northern Pacific Railway Company to cut down trees dangerous to the operation of its railroad contained in deed recorded under Auditor's File No. 13872.

(8) Unless a different date is provided for herein, the purchaser shall be entitled to possession of said real estate on date of closing and to retain possession so long as purchaser is not in default hereunder. The purchaser covenants to keep the buildings and other improvements on said real estate in good repair and not to permit waste and not to use, or permit the use of, the real estate for any illegal purpose. The purchaser covenants to pay all service, installation or construction charges for water, sewer, electricity, garbage or other utility services furnished to said real estate after the date purchaser is entitled to possession.

(9) In case the purchaser fails to make any payment herein provided or to maintain insurance, as herein required, the seller may make such payment or effect such insurance, and any amounts so paid by the seller, together with interest at the rate of 10% per annum thereon from date of payment until repaid, shall be repayable by purchaser on seller's demand, all without prejudice to any other right the seller might have by reason of such default.

(10) Time is of the essence of this contract, and it is agreed that in case the purchaser shall fail to comply with or perform any condition or agreement hereof or to make any payment required hereunder promptly at the time and in the manner herein required, the seller may elect to declare all the purchaser's rights hereunder terminated, and upon his doing so, all payments made by the purchaser hereunder and all improvements placed upon the real estate shall be forfeited to the seller as liquidated damages, and the seller shall have right to re-enter and take possession of the real estate; and no waiver by the seller of any default on the part of the purchaser shall be construed as a waiver of any subsequent default.

Service upon purchaser of all demands, notices or other papers with respect to forfeiture and termination of purchaser's rights may be made by United States Mail, postage pre-paid, return receipt requested, directed to the purchaser at his address last known to the seller.

(11) Upon seller's election to bring suit to enforce any covenant of this contract, including suit to collect any payment required hereunder, the purchaser agrees to pay a reasonable sum as attorney's fees and all costs and expenses in connection with such suit, which sums shall be included in any judgment or decree entered in such suit.

If the seller shall bring suit to procure an adjudication of the termination of the purchaser's rights hereunder, and judgment is so entered, the purchaser agrees to pay a reasonable sum as attorney's fees and all costs and expenses in connection with such suit, and also the reasonable cost of searching records to determine the condition of title at the date such suit is commenced, which sums shall be included in any judgment or decree entered in such suit.

IN WITNESS WHEREOF, the parties hereto have executed this instrument as of the date first written above.

_____ (SEAL)

_____ (SEAL)

_____ (SEAL)

Jeannette C. Barrett (SEAL)

STATE OF ~~WASHINGTON~~ FLORIDA

County of Dade                    } ss.

On this day personally appeared before me   Donald W. Barrett and Jeannette C. Barrett, his wife to me known to be the individual S  described in and who executed the within and foregoing instrument, and acknowledged that they   signed the same as   their   free and voluntary act and deed, for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this  2-3  day of March, 1970.

NOTARY PUBLIC, STATE OF FLORIDA AT LARGE
MY COMMISSION EXPIRES AUG.   23, 1971
BONDED THROUGH FRED W. DIESTELHORST

Notary Public in and for the State of ~~Washington~~ Florida

residing at 2-02-05  S. Dixie Hwy
Miami, Fla,
33157

---

MAR 27 1970 - 8 30   FILED BY PNTI

APPENDIX A

Second Class shorelands adjoining that portion of Government Lot 2,
Section 20, Township 25, North, Range 6 East, W.M., in King County,
Washington, described as follows:

Beginning at the Northeast corner of said Government Lot; thence
South along the East line thereof, 569.64 feet; thence West 221.58 feet;
thence Southwesterly at right angles to the right of way of the Northern
Pacific Railway Co. "formerly the Seattle and International Railway"
15.3 feet to the Northeasterly line of said right of way; thence North-
westerly along said Northeasterly line to the North line of said
Government Lot; thence East along said North line to the point of
beginning; EXCEPT portion, if any, in said railway right of way; EXCEPT
Northerly 200 feet; AND EXCEPT Southerly 475 feet, EXCEPT portion
lying within Issaquah Redmond Road.

SUBJECT TO contract of sale recorded under Auditor's File No. 5446214,
which sellers herein shall continue to pay and perform in accordance
with its terms and conditions.

MAR 27 1970 - 8 30  FILED BY PNTI

Pioneer National Title Insurance Company
WASHINGTON TITLE DIVISION
Filed for Record at Request of

TO MR. OTTO W. ZYLSTRA
c/o RENA WARE DISTRIBUTORS INC
222 112TH N.E.
BELLEVILLE, WASH.
Contract recorded March 27,
1970 under Auditor's File
No. 6633998

THIS SPACE RESERVED FOR RECORDER'S USE.

RECORDED
OF
REQUEST OF
1973 AUG 29 PM 12 33

DIRECTOR
RECORDS & ELECTIONS
KING COUNTY, WASH.

FORM L58F

## Statutory Warranty Deed

THE GRANTORS  DONALD W. BARRETT and JEANNETTE C. BARRETT, his wife

for and in consideration of  TEN DOLLARS AND OTHER VALUABLE CONSIDERATION

in hand paid, conveys and warrants to OTTO W. ZYLSTRA and ANNABELLE F. ZYLSTRA, his wife
the following described real estate, situated in the County of  King  , State of Washington:

The legal description is set forth on Appendix A attached hereto and by this reference identified and incorporated herein.

SALES TAX PAID ON CONTRACT AFF. No. 103702
JACK V. McKENZIE, KING CO. COMPTROLLER

BY _____ DEPUTY

This deed is given in fulfillment of that certain real estate contract between the parties hereto, dated  March 13  , 1970 , and conditioned for the conveyance of the above described property, and the covenants of warranty herein contained shall not apply to any title, interest or encumbrance arising by, through or under the purchaser in said contract, and shall not apply to any taxes, assessments or other charges levied, assessed or becoming due subsequent to the date of said contract.

Real Estate Excise Tax was paid on this sale or stamped exempt on Mar. 27, 1970 , Rec. No. 103702

Dated this  thirteenth  day of  March, 1970.

_____ (SEAL)
Donald W. Barrett

_____ (SEAL)
Jeannette C. Barrett

STATE OF ~~WASHINGTON~~ FLORIDA
County of Dade } ss.

On this day personally appeared before me  Donald W. Barrett and Jeannette C. Barrett, his wife
to me known to be the individual s described in and who executed the within and foregoing instrument, and acknowledged that  they  signed the same as  their  free and voluntary act and deed, for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this  23  day of  March, 1970.

NOTARY PUBLIC, STATE OF FLORIDA AT LARGE
MY COMMISSION EXPIRES AUG. 23, 1971
BONDED THROUGH FRED W. DISSELKOEN

_____
Notary Public in and for the State of Florida
residing at 20215 So Dixie Hwy
Miami, Fla, 33157

Non-Order Search
Doc: WAKING:PREC 19730829 00492
Page 1 of 2
Requested By: emilia.delrosario, Printed: 11/10/2017 12:36 PM
Ex. 13I-1

APPENDIX A

Second Class shorelands adjoining that portion of Government Lot 2, Section 20, Township 25, North, Range 6 East, W.M., in King County, Washington, described as follows:

Beginning at the Northeast corner of said Government Lot; thence South along the East line thereof, 569.64 feet; thence West 221.58 feet; thence Southwesterly at right angles to the right of way of the Northern Pacific Railway Co. "formerly the Seattle and International Railway" 15.3 feet to the Northeasterly line of said right of way; thence Northwesterly along said Northeasterly line to the North line of said Government Lot; thence East along said North line to the point of beginning; EXCEPT portion, if any, in said railway right of way; EXCEPT Northerly 200 feet; AND EXCEPT Southerly 475 feet, EXCEPT portion lying within Issaquah Redmond Road.

SUBJECT TO exceptions and reservations contained in deed from the State of Washington recorded under Auditor's File No. 3090903.

SUBJECT TO right of the Northern Pacific Railway Company to cut down trees dangerous to the operation of its railroad contained in deed recorded under Auditor's File No. 13872.

**Pioneer National
Title Insurance Company**
WASHINGTON TITLE DIVISION

# REAL ESTATE CONTRACT

THIS CONTRACT, made and entered into this 15th day of October, 1971

between   OTTO W. ZYLSTRA and ANNABELLE F. ZYLSTRA, his wife

hereinafter called the "seller," and   BARRY G. LEWIS and NANCY J. LEWIS, his wife

hereinafter called the "purchaser,"

WITNESSETH: That the seller agrees to sell to the purchaser and the purchaser agrees to purchase from the seller the following described real estate, with the appurtenances, in   King   County, State of Washington:

The legal description is set forth on Appendix A attached hereto and
by this reference identified and incorporated herein.

The terms and conditions of this contract are as follows: The purchase price is   TWENTY FIVE THOUSAND FIVE
HUNDRED AND NO/100——————————————————($ 25,500.00  ) Dollars, of which
FIVE THOUSAND AND NO/100——————————————($ 5,000.00  ) Dollars have
been paid, the receipt whereof is hereby acknowledged, and the balance of said purchase price shall be paid as follows:  ONE HUNDRED
FIFTY AND NO/100——————————————————($ 150.00  ) Dollars,
or more at purchaser's option, on or before the   1st   day of   December  , 1971 ,
and   ONE HUNDRED FIFTY AND NO/100———————————($ 150.00  ) Dollars,
or more at purchaser's option, on or before the   1st   day of each succeeding calendar month until the balance of said
purchase price shall have been fully paid. The purchaser further agrees to pay interest on the diminishing balance of said purchase price
at the rate of   seven (7)   per cent per annum from the   20th   day of   October  , 19 71 ,
which interest shall be deducted from each installment payment and the balance of each payment applied in reduction of principal.
All payments to be made hereunder shall be made at   Seattle First National Bank, Bellevue, WA
or at such other place as the seller may direct in writing.

Additional terms and conditions are set forth on Appendix B attached
hereto and by this reference identified and incorporated herein.

As referred to in this contract, "date of closing" shall be   October 20, 1971

SALES-TAX-PAID
E159940
OCT 22 1971
WILLIAMS

(1) The purchaser assumes and agrees to pay before delinquency all taxes and assessments that may as between grantor and grantee hereafter become a lien on said real estate; and if by the terms of this contract the purchaser has assumed payment of any mortgage, contract or other encumbrance, or has assumed payment of or agreed to purchase subject to, any taxes or assessments now a lien on said real estate, the purchaser agrees to pay the same before delinquency.

(2) The purchaser agrees, until the purchase price is fully paid, to keep the buildings now and hereafter placed on said real estate insured to the actual cash value thereof against loss or damage by both fire and windstorm in a company acceptable to the seller and for the seller's benefit, as his interest may appear, and to pay all premiums therefor and to deliver all policies and renewals thereof to the seller.

(3) The purchaser agrees that full inspection of said real estate has been made and that neither the seller nor his assigns shall be held to any covenant respecting the condition of any improvements thereon nor shall the purchaser or seller or the assigns of either be held to any covenant or agreement for alterations, improvements or repairs unless the covenant or agreement relied on is contained herein or is in writing and attached to and made a part of this contract.

(4) The purchaser assumes all hazards of damage to or destruction of any improvements now on said real estate or hereafter placed thereon, and of the taking of said real estate or any part thereof for public use; and agrees that no such damage, destruction or taking shall constitute a failure of consideration. In case any part of said real estate is taken for public use, the portion of the condemnation award remaining after payment of reasonable expenses of procuring the same shall be paid to the seller and applied as payment on the purchase price herein unless the seller elects to allow the purchaser to apply all or a portion of such condemnation award to the rebuilding or restoration of any improvements damaged by such taking. In case of damage or destruction from a peril insured against, the proceeds of such insurance remaining after payment of the reasonable expense of procuring the same shall be devoted to the restoration or rebuilding of such improvements within a reasonable time, unless purchaser elects that said proceeds shall be paid to the seller for application on the purchase price herein.

(5) The seller has delivered, or agrees to deliver within 15 days of the date of closing, a purchaser's policy of title insurance in standard form, or a commitment therefor, issued by Pioneer National Title Insurance Company, insuring the purchaser to the full amount of said purchase price against loss or damage by reason of defect in seller's title to said real estate as of the date of closing and containing no exceptions other than the following:

a. Printed general exceptions appearing in said policy form;

b. Liens or encumbrances which by the terms of this contract the purchaser is to assume, or as to which the conveyance hereunder is to be made subject; and

c. Any existing contract or contracts under which seller is purchasing said real estate, and any mortgage or other obligation, which seller by this contract agrees to pay, none of which for the purpose of this paragraph (5) shall be deemed defects in seller's title.

71 1022047O

(6) If seller's title to said real estate is subject to an existing contract or contracts under which seller is purchasing said real estate, or any mortgage or other obligation, which seller is to pay, seller agrees to make such payments in accordance with the terms thereof, and upon default, the purchaser shall have the right to make any payments necessary to remove the default, and any payments so made shall be applied to the payments next falling due the seller under this contract.

(7) The seller agrees, upon receiving full payment of the purchase price and interest in the manner above specified, to execute and deliver to purchaser a statutory warranty **fulfillment** deed to said real estate, excepting any part thereof hereafter taken for public use, free of encumbrances except any that may attach after date of closing through any person other than the seller, and subject to the following: Exceptions and reservations contained in deed from the State of Washington recorded under Auditor's File No. 3080903. Rights of the Northern Pacific Railway Company contained in deed recorded under Auditor's File No. 13872. And rights of navigation, together with incidental rights of fishing, boating, swimming, water-skiing and other related recreational purposes generally regarded as corollary to the right of navigation and the use of public waters.

(8) Unless a different date is provided for herein, the purchaser shall be entitled to possession of said real estate on date of closing and to retain possession so long as purchaser is not in default hereunder. The purchaser covenants to keep the buildings and other improvements on said real estate in good repair and not to permit waste and not to use, or permit the use of, the real estate for any illegal purpose. The purchaser covenants to pay all service, installation or construction charges for water, sewer, electricity, garbage or other utility services furnished to said real estate after the date purchaser is entitled to possession.

(9) In case the purchaser fails to make any payment herein provided or to maintain insurance, as herein required, the seller may make such payment or effect such insurance, and any amounts so paid by the seller, together with interest at the rate of 10% per annum thereon from date of payment until repaid, shall be repayable by purchaser on seller's demand, all without prejudice to any other right the seller might have by reason of such default.

(10) Time is of the essence of this contract, and it is agreed that in case the purchaser shall fail to comply with or perform any condition or agreement hereof or to make any payment required hereunder promptly at the time and in the manner herein required, the seller may elect to declare all the purchaser's rights hereunder terminated, and upon his doing so, all payments made by the purchaser hereunder and all improvements placed upon the real estate shall be forfeited to the seller as liquidated damages, and the seller shall have right to re-enter and take possession of the real estate, and no waiver by the seller of any default on the part of the purchaser shall be construed as a waiver of any subsequent default.

Service upon purchaser of all demands, notices or other papers with respect to forfeiture and termination of purchaser's rights may be made by United States Mail, postage pre-paid, return receipt requested, directed to the purchaser at his address last known to the seller.

(11) Upon seller's election to bring suit to enforce any covenant of this contract, including suit to collect any payment required hereunder, the purchaser agrees to pay a reasonable sum as attorney's fees and all costs and expenses in connection with such suit, which sums shall be included in any judgment or decree entered in such suit.

If the seller shall bring suit to procure an adjudication of the termination of the purchaser's rights hereunder, and judgment is so entered, the purchaser agrees to pay a reasonable sum as attorney's fees and all costs and expenses in connection with such suit, and also the reasonable cost of searching records to determine the condition of title at the date such suit is commenced, which sums shall be included in any judgment or decree entered in such suit.

IN WITNESS WHEREOF, the parties hereto have executed this instrument as of the date first written above.

_____ (SEAL)
_____ (SEAL)
_____ (SEAL)
_____ (SEAL)

STATE OF WASHINGTON, } ss.
County of King }

On this day personally appeared before me   Otto W. Zylstra and Annabelle F. Zylstra

to me known to be the individuals described in and who executed the within and foregoing instrument, and acknowledged that **they** signed the same as **their** free and voluntary act and deed, for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this   26th   day of   October, 1971

_____
Notary Public in and for the State of Washington,

residing at   Woodinville

APPENDIX A

Second Class shorelands adjoining that portion of Government Lot 2,
Section 30, Township 25 North, Range 6 East, W.M., in King County,
Washington, described as follows:

Beginning at the Northeast corner of said Government Lot; thence
South along the East line thereof, 569.54 feet; thence West 221.58
feet; thence Southwesterly at right angles to the right of way of
the Northern Pacific Railway Co. "formerly the Seattle and Inter-
National Railway" 15.3 feet to the Northeasterly line of said right
of way; thence Northwesterly along said Northeasterly line to the
North line of said Government Lot; thence East along said North
line to the point of beginning; EXCEPT portion, if any, in said
railway right of way; (hereinafter referred to as the "main tract");
EXCEPT the Northerly 200 feet and the Southerly 579 feet, as
measured along the Southwesterly margin of said railroad right of way,
AND EXCEPT portion lying within Issaquah-Redmond road.

TOGETHER WITH easement over the south 10 feet of the east 10 feet
of the north 408 feet of that portion of the "main tract" lying
Southwesterly of railroad right of way, as measured along the
Southwesterly margin thereof, for the installation, repair and
replacement of a well, pump and appurtenances for the non-exclusive
use of the lands agreed herein to be sold, and an easement over,
under and across the East 5 feet of the remainder of the South 104
feet of the North 408 feet of said portion of the "main tract" for
the installation, repair and replacement of a water pipe line from
said well, for the benefit of the lands agreed herein to be sold.

SUBJECT TO Contract of Sale recorded under Auditor's File No.
5446214.
AND SUBJECT TO Contract of Sale recorded under Auditor's File No.
6633998, which sellers herein shall continue to pay and perform
in accordance with its terms and conditions.

APPENDIX B

It is agreed by the parties that said premises are not a permissible
building site without adequate provisions for a septic tank drain
field, for which reason seller has negotiated a lease with Burlington
Northern, Inc., successor of Northern Pacific Railroad Company,
covering the Southwesterly 50 feet of that portion of said railroad
right of way lying adjacent to and East of the South 200 feet of the
North 300 feet of the "main tract", as measured along the southwesterly
margin of railroad right of way, for the installation, and maintenance
of a septic tank drain field.  Therefore, seller covenants and agrees
to assign, transfer and set over to purchaser all right, title and
interest in said lease as to the Northerly 100 feet of the leased
premises and execute all documents and do all things necessary to
transfer all rights in the Northerly 100 feet of the leased premises
to purchaser so that purchaser has the exclusive right, subject to
the terms of the lease, of the use of said northerly 100 feet of
leased premises for drain field for use by the lands herein agreed to
be sold.  Purchaser shall be obligated to reimburse seller for only
one-half of rental fee.

It being understood that seller is the holder of a permit from said
Burlington Northern, Inc. to cross the railroad right-of-way for the
purposes of access from Issaquah-Redmond Road to the lands herein
being sold, and other lands of seller adjoining to the south, the
parties mutually agree that purchaser shall have the right of equal
use of said crossing permit for the purpose of access, but shall share
equally with seller the burden of repairing and/or maintaining the
access from the public road, and the crossing,* This covenant shall
run with the land and be binding upon the future owners of the lands
above described, as well as the lands owned by seller adjoining to
the south.
*and such improvements thereto as the benefitted owners may mutually
agree upon.



7110220470

RECORDED
VOL ................................ OF
PAGE ........... REQUEST OF

1971 O . **22** AM 11 30

DIRECTOR
RECORDS & ELECTIONS
KING COUNTY, WASH.

4.00

FILED FOR RECORD AT REQUEST OF
PIONEER NAT'L TITLE INS. CO.
710 SECOND AVENUE
SEATTLE, WASH.

B 5169496
U5
REVENUE STAMPS
none
Per Lewis

**Pioneer National Title Insurance Company**
WASHINGTON TITLE DIVISION
Filed for Record at Request of

THIS SPACE PROVIDED FOR RECORDER'S USE

7307200344

AT THE REQUEST OF

1973 JUL 20 AM 8 00

DIRECTOR OF RECORDS &
ELECTIONS, KING CO. WN.
DEPUTY

FILED FOR RECORD AT REQUEST OF
PIONEER NATL. TITLE INS. CO.
719 SECOND AVENUE
SEATTLE, WASH. 98104

TO  Barry G. Lewis
2450 W. LK Samm Rd. N.E.
Redmond Wa. 98052

FILED FOR RECORD AT REQUEST OF
PIONEER NAT'L. TITLE INS. CO.
719 SECOND AVE.
SEATTLE, WASHINGTON 98104

FORM L58F

## Statutory Warranty Deed

THE GRANTORS  OTTO W. ZYLSTRA and ANNABELLE F. ZYLSTRA, his wife

for and in consideration of  TEN DOLLARS AND OTHER VALUABLE CONSIDERATION

in hand paid, conveys and warrants to  BARRY G. LEWIS and NANCY J. LEWIS, his wife

the following described real estate, situated in the County of        King                          , State of
Washington:
The legal description is set forth on Appendix A attached hereto and
by this reference identified and incorporated herein.

SALES TAX PAID ON CONTRACT AFF. No. 159445
JACK V. McKENZIE, KING CO. COMPTROLLER

BY _____ DEPUTY

This deed is given in fulfillment of that certain real estate contract between the parties hereto,
dated  October 15            , 19 71 , and conditioned for the conveyance of the above
described property, and the covenants of warranty herein contained shall not apply to any title,
interest or encumbrance arising by, through or under the purchaser in said contract, and shall not
apply to any taxes, assessments or other charges levied, assessed or becoming due subsequent
to the date of said contract.

Real Estate Excise Tax was paid on this sale or stamped exempt on    10/22/71            , Rec. No. E159940

Dated this  fifteenth              day of  October, 1971.

_Otto W. Zylstra_ (SEAL)
Otto W. Zylstra
_Annabelle F. Zylstra_ (SEAL)
Annabelle F. Zylstra

STATE OF WASHINGTON,  } ss.
County of  King

On this day personally appeared before me  Otto W. Zylstra and Annabelle F. Zylstra
to me known to be the individuals described in and who executed the within and foregoing instrument, and
acknowledged that they   signed the same as  their      free and voluntary act and deed, for the
uses and purposes therein mentioned.

GIVEN under my hand and official seal this  20th  day of  October, 1971.

_Philip B. Haberle_
Notary Public in and for the State of Washington,
residing at  Woodinville

Ex. 13K-1

APPENDIX A

Second Class shorelands adjoining that portion of Government Lot 2, Section 20, Township 25 North, Range 6 East, W.M., in King County, Washington, described as follows:

Beginning at the Northeast corner of said Government Lot; thence South along the East line thereof, 569.64 feet; thence West 221.58 feet; thence Southwesterly at right angles to the right of way of the Northern Pacific Railway Co. "formerly the Seattle and Inter-National Railway" 15.3 feet to the Northeasterly line of said right of way; thence Northwesterly along said Northeasterly line to the North line of said Government Lot; thence East along said North line to the point of beginning; EXCEPT portion, if any, in said railway right of way; (hereinafter referred to as the "main tract"); EXCEPT the Northerly 200 feet and the Southerly 579 feet, as measured along the Southwesterly margin of said railroad right of way, AND EXCEPT portion lying within Issaquah-Redmond road.

TOGETHER WITH easement over the south 10 feet of the east 10 feet of the north 408 feet of that portion of the "main tract" lying Southwesterly of railroad right of way, as measured along the Southwesterly margin thereof, for the installation, repair and replacement of a well, pump and appurtenances for the non-exclusive use of the lands agreed herein to be sold, and an easement over, under and across the East 5 feet of the remainder of the South 104 feet of the North 408 feet of said portion of the "main tract" for the installation, repair and replacement of a water pipe line from said well, for the benefit of the lands agreed herein to be sold.

SUBJECT TO: Exceptions and reservations contained in deed from the State of Washington recorded under Auditor's File No. 3090903. Rights of the Northern Pacific Railway Company contained in deed recorded under Auditor's File No. 13872. And rights of navigation, together with incidental rights of fishing, boating, swimming, water-skiing and other related recreational purposes generally regarded as corollary to the right of navigation and the use of public waters.

Non-Order Search
Doc: WAKING:PREC 19730720 00344                    Page 2 of 2                    Requested By: emilia.delrosario, Printed: 11/10/2017 12:28 PM

Ex. 13K-2

**Transamerica**
Title Services

FILED FOR RECORD AT REQUEST OF

Transamerica
Title Insurance Company

| THIS SPACE PROVIDED FOR RECORDER'S USE: |
| --- |
| 84/07/16         #0321  B |
| RECD F      3.00 |
| CASHSL      ****3.00 |
| 22 |

WHEN RECORDED RETURN TO

Name...........CHARLES F. DIGGER..........
Attorney at Law
Address........16275 NE. 85th.................
Redmond, Washington 98052
City, State, Zip....Telephone 206 -- 885-2630

KING COUNTY
NO EXCISE TAX

JUL 16 1984
B0783866

8407160321

## Quit Claim Deed

THE GRANTOR , Nancy J. Lewis,

for and in consideration of   division of assets under Property Settlement Agreement
filed December 30, 1983
conveys and quit claims to   Barry G. Lewis

the following described real estate, situated in the County of         King         State of Washington,
together with all after acquired title of the grantor(s) therein:

Second class shorelands adjoining that portion of government Lot 2, Section 20, Township 25 N.,
Range 6 E., W.M., in King County, Washington, described as follows:

Beginning at the NE corner of said government lot: thence S along the E line thereof, 569.64
feet; thence W 221.58 feet; thence Southwesterly at right angles to the right of way of the
Northern Pacific Railway Co. "Formerly the Seattle and International Railway" 15.3 feet to
the Northeasterly line of said right of way; thence Northwesterly along said Northeasterly
line to the N line of said government lot; thence E along said N line to the point of beginning;
except portion, if any, in said railway right of way; "hereinafter referred to as the 'Main
Tract'"; except northlery 200 feet and the southerly 579 feet, as measured along the south-
westerly margin of said railroad right-of-way, and except portion lying within Issaquah-Redmond
Road.

Together with easement over the S 10 feet of the E 10 feet of the N 408 feet of that portion
of the "Main Tract" lying Southwesterly of railroad right-of-way, as measured along the
Southwesterly margin thereof, for the installation, repair and replacement of a well, pump
and appurtenances for the non-exclusive use of the lands agreed herein to be sold, and an
easement over, under and across the E 5 feet of the remainder of the S 104 feet of the N 408
feet of said portion of the "Main Tract" for the installation, repair and replacement of a
water pipe line from said well, for the benefit of the lands agreed herein to be sold.

Dated..........JUNE   21st...............19 84

_Nancy J. Lewis_ (Individual)
NANCY J. LEWIS

..................................(Individual)

SUBJECT TO lien in favor of grantor to secure
interest in division of property as provided
in Separation Contract filed 12/80/83,
King County, Superior Court.

By.....................................................
(President)

By.....................................................
(Secretary)

STATE OF WASHINGTON   }
COUNTY OF........KING.......   } ss.

On this day personally appeared before me
Nancy J. Lewis
to me known to be the individual described in and
who executed the within and foregoing instrument,
and acknowledged that........she........signed the same
as........her........free and voluntary act and deed,
for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this
.....21st.....day of........15 June........, 19..84.

_Judith C. Wilson_
Notary Public in and for the State of Wash-
ington, residing at........Redmond............

STATE OF WASHINGTON   }
COUNTY OF.....................   } ss.

On this .................. day of ......................................., 19........,
before me, the undersigned, a Notary Public in and for the State of Wash-
ington, duly commissioned and sworn, personally appeared...................................

and..........................................................................................................
to me known to be the ............................President and......................Secretary,
respectively, of.................................................................................................
the corporation that executed the foregoing instrument, and acknowledged
the said instrument to be the free and voluntary act and deed of said corpor-
ation, for the uses and purposes therein mentioned, and on oath stated that
....................... authorized to execute the said instrument and that the seal
affixed is the corporate seal of said corporation.

Witness my hand and official seal hereto affixed the day and year first
above written.

..........................................................................................................
Notary Public in and for the State of Washington,
residing at...........................................................

Form No. W-748



# STEWART TITLE COMPANY
## of Washington, Inc.

*"A Tradition of Excellence"*

FILED FOR RECORD AT REQUEST OF

Oct 12   3 52 PM '88

THIS SPACE PROVIDED FOR RECORDER'S USE

88-10-12      8101a  6
REC0 F      C.01
CASHSL        4-46.00
55

KING COUNTY
EXCISE TAX PAID
OCT 12 1988
E1026613

WHEN RECORDED RETURN TO

Name  NORWEST ESCROW, formerly;
      PACIFIC WEST ESCROW CO., INC.
Address 13555 N.E. Bel-Red Road, Suite 228
City, State, Zip  Bellevue, Washington 98005   Escrow #3-6065

8810121014

817633

---

### Statutory Warranty Deed

THE GRANTOR    BARRY G. LEWIS, an unmarried person as his separate estate

for and in consideration of TEN DOLLARS ($10.00) and all other good and valuable consideration

in hand paid, conveys and warrants to    HOWARD L. FREEDMAN and PAMELA C. FREEDMAN, husband and wife

the following described real estate, situated in the County of    King    , State of Washington:

LEGAL DESCRIPTION IS HERETO ATTACHED AND MADE A PART HEREOF.

SUBJECT TO;
EXHIBIT "A" HERETO ATTACHED AND MADE A PART HEREOF.

Dated    October 10th    , 19 88

*Barry G. Lewis*
BARRY G. LEWIS

---

| STATE OF WASHINGTON, ⎱ ss. | STATE OF WASHINGTON, ⎱ ss. |
|---|---|
| County of    King | County of |

I hereby certify that I know or have satisfactory evidence that    Barry G. Lewis    is the person who appeared before me, and said person acknowledged that (_____he_____) signed this instrument and acknowledged it to be    his    free and voluntary act for the uses and purposes mentioned in this instrument.

Dated:   october 14, 1988

Notary Public in and for the State of Washington,
residing at    Kent

My appointment expires   1-15-89

I certify that I know or have satisfactory evidence that _____
is the person who appeared before me, and said person acknowledged that (_____he_____) signed this instrument, on oath stated that _____
authorized to execute the instrument and acknowledged it as the _____
_____ of _____
to be the free and voluntary act of such party for the uses and purposes mentioned in this instrument.

Dated: _____

Notary Public in and for the State of Washington,
residing at _____

My appointment expires _____

D-1
LPB No. 10

LEGAL
DESCRIPTION:

SECOND CLASS SHORELANDS ADJOINING THAT PORTION OF GOVERNMENT LOT 2, SECTION
20, TOWNSHIP 25 NORTH, RANGE 6 EAST W.M., DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF SAID GOVERNMENT LOT;
THENCE SOUTH ALONG THE EAST LINE THEREOF, 569.64 FEET;
THENCE WEST 221.58 FEET;
THENCE SOUTHWESTERLY AT RIGHT ANGLES TO THE RIGHT-OF-WAY OF THE NORTHERN
PACIFIC RAILWAY CO. (FORMERLY THE SEATTLE AND INTERNATIONAL RAILWAY) 15.3 FEET
TO THE NORTHEASTERLY LINE OF SAID RIGHT-OF-WAY;
THENCE NORTHWESTERLY ALONG SAID NORTHEASTERLY LINE TO THE NORTH LINE OF SAID
GOVERNMENT LOT;
THENCE EAST ALONG SAID NORTH LINE TO THE POINT OF BEGINNING;

EXCEPT PORTION, IF ANY, IN SAID RAILWAY RIGHT-OF-WAY, HEREINAFTER REFERRED TO
AS THE "MAIN TRACT";

AND EXCEPT NORTHERLY 200 FEET AND THE SOUTHERLY 479 FEET, AS MEASURED ALONG
THE SOUTHWESTERLY MARGIN OF SAID RAILROAD RIGHT-OF-WAY;

AND EXCEPT PORTION LYING WITHIN ISSAQUAH-REDMOND ROAD;

SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON.

8810121014

EXHIBIT "A"

Right to enter said premises to cut trees which constitute a menace or danger
to the railroad right-of-way adjoining said property, as granted in instrument
recorded under Recording No. 13877.

Reservation contained in deed from the State of Washington recorded under
Recording No. 3090903, reserving to the grantor all oil, gases, coal, ores,
minerals, fossils, etc., and the right of entry for opening, developing and
working the same, and providing that such rights shall not be exercised until
provision has been made for full payment of all damages sustained by reason
of such entry.

Right of State of Washington or its successors, subject to payment of
compensation therefor, to acquire rights-of-way for private railroads, skid
roads, flumes, canals, water courses or other easements for transporting and
moving timber, stone, minerals and other products from this and other property,
as reserved in deed referred to above.

Declaration of covenants and the terms and conditions thereof, preventing
certain practices in the use of that portion of the property lying within 100
feet from a well, as disclosed by instrument recorded under Recording No.
7305220489.

Declaration of covenants and the terms and conditions thereof, preventing
certain practices in the use of that portion of the property lying within 100
feet from a well, as disclosed by instrument recorded under Recording No.
7305220490.

Question of location of lateral boundaries of said second class shore lands.

Any prohibition of or limitation of use, occupancy or improvement of the land
resulting from the rights of the public or riparian owners to use any portion
which is now, or has formerly been covered by water.

Rights and easements for commerce, navigation, recreation and fisheries.

END OF EXHIBIT "A".